IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

Fort Worth Division

**FILED**
**January 7, 2021**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT  bb

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    4:21-CR-005-O |
| | ) |
| THE BOEING COMPANY, | ) |
| | ) |
| Defendant. | ) |

## WAIVER OF INDICTMENT

The defendant, The Boeing Company, has been informed that a one-count felony criminal Information (the "Information") has been filed which accuses the defendant of committing a violation of 18 U.S.C. § 371, that is, Conspiracy to Defraud the United States.

The defendant, being advised of the nature of the above charge and the proposed Information, understands the following:

1. The defendant has the right to have the defendant's case presented to a Federal Grand Jury;

2. The Grand Jury must consist of citizens of the Northern District of Texas, and the Grand Jury must consist of not more than 23 nor less than 16 citizens, 12 of whom must vote in favor of an indictment before such an indictment is returned or "true billed";

3. In order to return a "true bill" of indictment, the Grand Jury must find from the evidence presented, that there is probable cause to believe that a federal offense has been committed and that the defendant committed that federal offense;

4. The defendant may waive the defendant's clear legal right to have the defendant's case presented to the Grand Jury; and

5. The defendant has discussed with the defendant's lawyer the defendant's right to waive having the defendant's case presented to the Grand Jury, and the defendant's lawyer has fully explained the consequences of waiving this legal right.

After consultation with counsel, the defendant hereby voluntarily, knowingly, and intelligently waives the defendant's legal right to have the defendant's case presented to a Federal Grand Jury and consents that the prosecution may proceed by Information rather than by indictment.

Signed this __6th__ day of January, 2021.

By: _____
Brett C. Gerry
Chief Legal Officer and
Executive Vice President, Global Compliance
THE BOEING COMPANY

By: _____
Mark Filip
Craig S. Primis
Patrick Haney
KIRKLAND & ELLIS LLP
*Counsel for The Boeing Company*

By: _____
Richard Cullen
Benjamin L. Hatch
Brandon M. Santos
MCGUIREWOODS LLP
*Counsel for The Boeing Company*