IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | |
| Plaintiff § | | |
| § | | |
| v. § | NO.  4-21-CR-5-O | |
| § | | |
| THE BOEING COMPANY § | | |
| Defendant § | | |

## NOTICE OF APPEARANCE AS COUNSEL

TO THE HONORABLE COURT:

Now comes Richard B. Roper, of Thompson & Knight LLP, and hereby enters a Notice of Appearance on behalf of defendant the Boeing Company, in the above-entitled and numbered cause.  Mr. Roper is an attorney licensed to practice law in the State of Texas and currently admitted to practice in the Northern District of Texas.

Respectfully submitted,

*/s/ Richard B. Roper*
Richard B. Roper
State Bar No. 17233700
Richard.Roper@tklaw.com

THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas  75201
(214) 969-1700
(214) 969-1751 (Facsimile)

**ATTORNEYS FOR THE BOEING COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Appearance has been filed electronically, on this the 7th day of January 2021 and a copy sent to the United States Attorney's Office through the court's electronic filing system.

                                        */s/ Richard B. Roper*
                                        Richard B. Roper

555555.005714 24488600.1