UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

_____  §
            *Plaintiff*                                              §
                                                                            §
                                                                            §
            v.                                                          §   Case No. _____
                                                                            §
                                                                            §
                                                                            §
_____  §
            *Defendant*                                         §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

_____, with offices at

_____
(Street Address)

_____    _____    _____
(City)                                                              (State)                       (Zip Code)

_____    _____
(Telephone No.)                                              (Fax No.)

**II.**  Applicant will sign all filings with the name _____.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
                                    (List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

_____, where Applicant regularly practices law.

Bar license number:_____   Admission date:_____

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

11/13/19                      3:19-CV-02680-N

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Richard B. Roper, who has offices at

Thompson & Knight, One Arts Plaza, 1722 Routh Street
(Street Address)

Dallas                                   TX                 75201
(City)                                   (State)            (Zip Code)

(214) 969-1700                           (214) 969-1751
(Telephone No.)                          (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☐ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☑ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   7th   day of January, 2021.

Craig S. Primis
Printed Name of Applicant

*/s/ Craig S. Primis*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

V. Applicant has also been admitted to practice before the following courts:

| Court | Admission Date | Active or Inactive |
|---|---|---|
| DC Court of Appeals | 4/4/97 | Active |
| New York State Court | 1/23/96 | Active |
| US Court of Appeals, Sixth Circuit | 1/24/17 | Active |
| US District Court, EDNY | 9/26/16 | Active |
| US Supreme Court | 12/8/14 | Active |
| US Court of Appeals, Tenth Circuit | 7/7/10 | Active |
| US District Court, DCO | 3/30/09 | Active |
| US Court of Appeals, Second Circuit | 12/12/06 | Active |
| US District Court, SDNY | 7/30/02 | Active |
| US Court of Appeals, Third Circuit | 1/22/01 | Active |
| US District Court, DDC | 2/1/99 | Active |
| US Court of Appeals, Fourth Circuit | 3/18/96 | Active |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Craig S Primis*

was duly qualified and admitted on April 4, 1997 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 4, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.