**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>THE BOEING COMPANY<br>*Defendant* | §<br>§<br>§<br>§<br>§  Case No.  4:21cr5-O<br>§<br>§<br>§<br>§ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

McGuireWoods LLP                                                                                     , with offices at

800 East Canal Street
(Street Address)

Richmond                                          VA                         23219
(City)                                             (State)                    (Zip Code)

804-775-1009                                     804-698-2035
(Telephone No.)                                  (Fax No.)


**II.**  Applicant will sign all filings with the name  Richard Cullen                                 .


**III.**  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

The Boeing Company



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of _____Virginia_____, where Applicant regularly practices law.

Bar license number: 16765     Admission date: 4/28/1977

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached. | | |
| | | |
| | | |
| | | |

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Richard B. Roper, who has offices at

1722 Routh Street, Suite 1500
(Street Address)

Dallas                    TX           75201
(City)                    (State)      (Zip Code)

214-969-1210              214-880-3357
(Telephone No.)           (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☐ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☑ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the ___7th___ day of January_____, __2021____.

Richard Cullen
Printed Name of Applicant

*/s/ Richard Cullen*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

V. Applicant has also been admitted to practice before the following courts:

| Court | Admission Date | Active or Inactive |
|---|---|---|
| U.S. Supreme Court | 1/8/1996 | Active |
| US Court of Appeals, Fourth Circuit | 6/11/1985 | Active |
| US Court of Appeals, Eleventh Circuit | 8/12/2002 | Active |
| US District Court, EDVA | 7/19/1977 | Active |
| US District Court, WDVA | 3/26/1990 | Active |

# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

Richard Cullen

was admitted to practice as an attorney and counsellor at the bar of this Court on June 10, 1977.

I further certify that so far as the records of this office are concerned, Richard Cullen is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 6th day of January
A.D. 2021

By: _____
*Deputy Clerk*