### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>*Plaintiff* | §<br>§<br>§<br>§ |
| v. | §   Case No.  4:21cr5-O<br>§ |
| THE BOEING COMPANY<br>*Defendant* | §<br>§<br>§ |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

McGuireWoods LLP_____, with offices at

101 West Main Street, Suite 9000_____
(Street Address)

Norfolk_____     VA_____     23510_____
(City)                                              (State)                      (Zip Code)

757-640-3727_____     757-640-3947_____
(Telephone No.)                                       (Fax No.)

**II.**     Applicant will sign all filings with the name Benjamin L. Hatch_____.

**III.**     Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

The Boeing Company

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____ Virginia _____, where Applicant regularly practices law.

Bar license number: _70116_____    Admission date: _6/5/2005_____

<div style="border:1px solid">
For Court Use Only.
Bar StatusVerified:

_____
</div>

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

Court:                          Admission Date:              Active or Inactive:

_See attached._____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Richard B. Roper _____, who has offices at

1722 Routh Street, Suite 1500
(Street Address)

Dallas                                        TX                    75201
(City)                                        (State)              (Zip Code)

214-969-1210                                  214-880-3357
(Telephone No.)                               (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☐  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☑  Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _7th_ day of _January_ , _2021_ .

Benjamin L. Hatch
Printed Name of Applicant

Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

V. Applicant has also been admitted to practice before the following courts:

| Court | Admission Date | Active or Inactive |
|---|---|---|
| US District Court, DC | 4/9/2018 | Active |
| US District Court, EDVA | 5/11/2008 | Active |
| US District Court, NDIL | 10/26/2018 | Active |
| US Court of Appeals, Fourth Circuit | 6/24/2005 | Active |
| US Court of Appeals, Fifth Circuit | 8/25/2016 | Active |
| US Court of Appeals, Seventh Circuit | 9/12/2017 | Active |
| US Court of Appeals, Ninth Circuit | 9/5/2018 | Active |
| US Supreme Court | 2/22/2011 | Active |

# Supreme Court of Virginia

**AT RICHMOND**

# Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

## Benjamin Lucas Hatch

was admitted to practice as an attorney and counsellor at the bar of this Court on June 6, 2005.

I further certify that so far as the records of this office are concerned, Benjamin Lucas Hatch is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 6th day of January

A.D. 2021

By: _____

*Deputy Clerk*