IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

Fort Worth Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | 4:21-CR-5-O |
| v. | ) ) | |
| THE BOEING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

Upon the joint motion of the United States of America and the defendant, The Boeing Company (the "Company"), for exclusion of time under the Speedy Trial Act, and finding in accordance with 18 U.S.C. § 3161(h)(2) that prosecution has been deferred by the attorney for the Government pursuant to written agreement with the Company for the purpose of allowing the Company to demonstrate its good conduct, it is hereby:

**ORDERED** that the parties' joint motion is **GRANTED**; and it is further

**ORDERED** that all further criminal proceedings in this matter, including trial, be continued until further motion of the parties; and it is further

**ORDERED** that this Court approves the exclusion from the computation of time in which a trial must be commenced under the Speedy Trial Act a period of 3.5 years from the date on which the Information was filed.

Signed this 24th day of January 2021.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE