UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> THE BOEING COMPANY, ) <br> ) <br> *Defendant* ) <br> ) | Case No. 4:21-cr-005-O-1 |

**ENTRY OF APPEARANCE**

Warren T. Burns of the firm Burns Charest LLP, pursuant to the Local Rules of the United States District Court for the Northern District of Texas, hereby enters his appearance on behalf of Movants Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated ("victims' families"), and requests that all pleadings, motions, notices, and documents filed or served in this case be sent to him. Warren T. Burns certifies that he is admitted to practice in this court and is registered in this Court's Electronic Case Filing System.

Dated: December 16, 2021   Respectfully submitted,

/s/ Warren T. Burns
Warren T. Burns (Texas Bar No. 24053119)
Burns Charest, LLP
900 Jackson Street
Suite 500
Dallas, TX 75202
469-904-4550
wburns@burnscharest.com

ATTORNEY FOR VICTIMS' FAMILIES

**CERTIFICATE OF SERVICE**

I certify that on December 16, 2021, the foregoing document was served on the parties to the proceedings via the Court CM/ECF filing system.

/s/ Warren T. Burns
Warren T. Burns