UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Case No. 4:21-cr-005-O-1 |
| THE BOEING COMPANY, | ) ) ) | |
| *Defendant* | ) ) | |

**ORDER**

Upon the motion of Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated ("victim family members"), for Exercise of this Court's Supervisory Power over the Deferred Prosecution Agreement, it is hereby:

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Government shall confer with the victims' families and others similarly situated about modifications to the DPA; and

**ORDERED** that the Court will withhold its approval of DPA pending the parties making modifications rendering the DPA's penalty and monitoring provisions commensurate with Boeing's crimes.

Signed this _____ day _____ 2021.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE