UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  *Plaintiff* )<br>)<br>v. )<br>)<br>THE BOEING COMPANY, )<br>)<br>  *Defendant* )<br>_____ ) | Case No. 4:21-cr-005-O-1 |

**ORDER**

Upon the motion of Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated ("victims' families"), for an Arraignment of Boeing and a Hearing on Conditions of Release, it is hereby:

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Court will hold an arraignment of Boeing, pursuant to Rule 10 of the Federal Rules of Criminal Procedure, on _____; and it is further

**ORDERED** that, at the arraignment, the Court will also hold a hearing on the conditions of Boeing's release as required by 18 U.S.C. § 3142, at which hearing the victims' families shall be permitted to speak regarding those conditions of release.

Signed this _____ day _____ 2021.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE