# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

United States of America
         *Plaintiff*

§
§
§
§

v.
§
§

Case No. 4:21-cr-005-o-1

§

The Boeing Company
         *Defendant*

§
§

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Paul G. Cassell          , with offices at

Utah Appellate Project, S.J. Quinney College of Law, University of Utah, 383 S. University St.
(Street Address)

Salt Lake City           UT           84112
(City)           (State)           (Zip Code)

801-585-5202           801-585-0050
(Telephone No.)           (Fax No.)

**II.**     Applicant will sign all filings with the name Paul G. Cassell .

**III.**     Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Movants Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated ("victim family members")

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

_____ Utah _____, where Applicant regularly practices law.

Bar license number: _-6078_____          Admission date: _02/1992_____

<table>
<tr><td>For Court Use Only.<br>Bar StatusVerified:<br><br>_____</td></tr>
</table>

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**


**V.**      Applicant has also been admitted to practice before the following courts:

Court:                              Admission Date:                    Active or Inactive:

_See attached._____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____


**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A


**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A


**VIII.**   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Warren T. Burns _____, who has offices at

Burns Charest LLP, 900 Jackson Street, Suite 500
(Street Address)

Dallas                                          TX                    75202
(City)                                          (State)               (Zip Code)

469-904-4550                                    469-444-5002
(Telephone No.)                                 (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☐    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☑    Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the ___16th__ day of __December_____, __2021__.

Paul G. Cassell
Printed Name of Applicant

Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**Paul G. Cassell's Bar Admissions**

Utah Supreme Court -- May 27, 1992 (bar number: 6078) (active)

United States Supreme Court – July 17, 1992

U.S. Court of Appeals for the 1st Circuit – March 1, 2012 (bar number: 1151714)

U.S. Court of Appeals for the 2nd Circuit – June 24, 2010 (renewed June 9, 2015, through 2020; renewed May 4, 2020 through 2025)

U.S. Court of Appeals for the 3rd Circuit --- November 16, 2012

U.S. Court of Appeals for the 4th Circuit – December 1, 1987

U.S. Court of Appeals for the 5th Circuit – March 24, 2008

U.S. Court of Appeals for the 6th Circuit – November 23, 2011

U.S. Court of Appeals for the 7th Circuit – September 27, 2012

U.S. Court of Appeals for the 8th Circuit – Jan. 26, 2012

U.S. Court of Appeals for the 9th Circuit – May 21, 1998

U.S. Court of Appeals for the 10th Circuit – June 19, 1992

U.S. Court of Appeals for the 11th Circuit – November 25, 2008

U.S. Court of Appeals for the D.C. Circuit – January 22, 1988 (bar number: 38059)

U.S. District Court for the District of Utah – May 27, 1992

Pennsylvania Bar – October 1, 1986 (currently inactive)