UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Criminal Action No. 4:21-CR-5-O |
| THE BOEING COMPANY, | § § § | |
| Defendant. | § | |

### ORDER

Before the Court is the Government's Unopposed Motion for an Extension of Time to Respond to Motions Filed by Representatives of the Crash Victims of Lion Air Flight 610 and Ethiopian Airlines Flight 302 (ECF No. 26), filed December 21, 2021. Noting the motion is unopposed, the Court **GRANTS** the extension. Accordingly, the Court **ORDERS** that the Government's response is due on or before January 13, 2022.

**SO ORDERED** this **21st day** of **December, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE