# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **No. 4:21-CR-5-O** |
| THE BOEING COMPANY, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

## THE BOEING COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS FILED ON BEHALF OF CRASH VICTIMS OF LION AIR FLIGHT 610 AND ETHIOPIAN AIRLINES FLIGHT 302

The Boeing Company ("Boeing"), by and through undersigned counsel, respectfully submits this Unopposed Motion for Extension of Time to Respond to Motions Filed on behalf of Crash Victims of Lion Air Flight 610 and Ethiopian Flight 302. *See* Dkt. Nos. 15–18. In support thereof, Boeing states as follows:

1. On or about January 5, 2021, the United States and Boeing entered into a Deferred Prosecution Agreement (the "Agreement").

2. On January 7, 2021, the Agreement and related documents, including the parties' Joint Motion for Exclusion of Time Under the Speedy Trial Act (the "Joint Motion"), were filed publicly with this Court. Dkt. Nos. 1–5.

3. On January 24, 2021, this Court granted the parties' Joint Motion and ordered that all further criminal proceedings in this matter be continued until further motion of the parties. Dkt. No. 13.

4. On December 16, 2021, three motions and accompanying exhibits (collectively, the "Motions") were filed on behalf of fifteen victims of Lion Air Flight 610 and Ethiopian Airlines

- 2 -

Flight 302, and others similarly situated, seeking various relief under the Crime Victims' Rights Act, 18 U.S.C. § 3771.  Dkt. Nos. 15–18.

5.     On December 21, 2021, the United States requested that the Court grant it an extension of time to file a response to the Motions.  Dkt. No. 27.  The Court granted this request and ordered that the United States' response is due on or before January 13, 2022.  Dkt. No. 28.

6.     Given the approaching holiday season, and to conform Boeing's response deadline to that of the United States to allow for efficient proceedings, Boeing respectfully requests an extension to the period of time within which it may respond to the Motions, until January 13, 2022.  This request is not opposed by the movants or the United States.

\* \* \* \* \*

## **CONCLUSION**

Based on the foregoing, Boeing respectfully requests that the Court grant its Unopposed Motion for Extension of Time to Respond and extend the period of time within which Boeing may respond to the Motions until January 13, 2022.

Respectfully submitted,

| | |
|---|---|
| **McGUIREWOODS LLP** | **KIRKLAND & ELLIS LLP** |
| */s/ Benjamin L. Hatch* | */s/ Craig S. Primis* |
| Benjamin L. Hatch | Craig S. Primis |
| VA Bar No. 70116 | DC Bar No. 454796 |
| bhatch@mcguirewoods.com | cprimis@kirkland.com |
| | |
| Richard Cullen | Mark Filip |
| VA Bar No. 16765 | IL Bar No. 6226541 |
| rcullen@mcguirewoods.com | mark.filip@kirkland.com |
| | |
| Brandon M. Santos | Patrick Haney |
| VA Bar No. 75380 | DC Bar No. 1005326 |
| bsantos@mcguirewoods.com | patrick.haney@kirkland.com |
| | |
| McGuireWoods LLP | Kirkland & Ellis LLP |
| 888 16th Street N.W., Suite 500 | 1301 Pennsylvania Avenue NW |
| Black Lives Matter Plaza | One Freedom Plaza |
| Washington, DC 20006 | Washington, DC 20004 |
| Tel: 757.640.3727 | Tel: 202.879.5000 |
| Fax: 757.640.3947 | Fax: 202.654.9645 |
| | |
| *Counsel for The Boeing Company* | *Counsel for The Boeing Company* |

**HOLLAND & KNIGHT LLP**
*/s/ Richard B. Roper*
Richard B. Roper, III
TX Bar No. 17233700
richard.roper@hklaw.com

Holland & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: 214.969.1700
Fax: 214.969.1751

*Counsel for The Boeing Company*

- 4 -

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Criminal Rule 47.1(b), on December 21, 2021, counsel for Boeing conferred with counsel for the movants, Paul G. Cassell, Esq., and counsel for the United States, Cory E. Jacobs, Esq., who each stated that they are unopposed to this motion.

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch
