# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **Criminal Action No. 4:21-CR-5-O** |
| THE BOEING COMPANY, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

## ORDER

Before the Court is The Boeing Company's Unopposed Motion for Extension of Time to Respond to Motions Filed on behalf of Crash Victims of Lion Air Flight 610 and Ethiopian Flight 302 (ECF No. 28), filed December 22, 2021. Noting the motion is unopposed, the Court **GRANTS** the extension. Accordingly, the Court **ORDERS** that the Company may respond on or before January 13, 2022.

**SO ORDERED** this **22nd day** of **December, 2021**.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**