UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § § | |
| v. § § | Criminal Action No. 4:21-CR-5-O |
| THE BOEING COMPANY, § § | |
| Defendant. § | |

# ORDER

Before the Court is Boeing's Unopposed Motion for an Extension of Time to Respond to Motions Filed on behalf of Crash Victims of Lion Air Flight 610 and Ethiopian Flight 302 (ECF No. 28), filed December 22, 2021. Noting the motion is unopposed, the Court **GRANTS** the extension. Accordingly, the Court **ORDERS** that Boeing's response is due on or before January 13, 2022.

**SO ORDERED** this **22nd day** of **December, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE