UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Criminal Action No. 4:21-CR-5-O** |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On January 10, 2022, Erin Nealy Cox filed a declaration (ECF No. 33). Cox claims that Movants' allegations against her in their Amended Motion (ECF No. 32) are "unfounded, defamatory in nature, and made without any reasonable belief that they have evidentiary support." Cox Decl. 2, ECF No. 33. She requests that the Court issue a show-cause order and strike all unsupported allegations pertaining to her. *Id.* The Court **ORDERS** the Government, The Boeing Company, and Movants each to respond to Cox's declaration on or before **Tuesday, January 18, 2022**.

**SO ORDERED** this **11th day** of **January, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE