**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **No. 4:21-CR-5-O** |
| THE BOEING COMPANY, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

## NOTICE OF APPEARANCE OF JEREMY FIELDING

Notice is hereby given that Jeremy Fielding enters his appearance as follows as counsel for Defendant, The Boeing Company in the above-styled and numbered case:

Jeremy A. Fielding
State Bar No. 24040895
jeremy.fielding@kirkland.com
Kirkland & Ellis LLP
1601 Elm Street
Dallas, Texas 75201
Tel: (214) 972-1770
Fax: (214) 972-1771

Respectfully submitted,

**KIRKLAND & ELLIS LLP**
*/s/ Jeremy A. Fielding*
Jeremy A. Fielding
State Bar No. 24040895
jeremy.fielding@kirkland.com

Kirkland & Ellis LLP
1601 Elm Street
Dallas, Texas 75201
Tel: (214) 972-1770
Fax: (214) 972-1771

Craig S. Primis
DC Bar No. 454796
cprimis@kirkland.com

- 2 -

Mark Filip
IL Bar No. 6226541
mark.filip@kirkland.com

Patrick Haney
DC Bar No. 1005326
patrick.haney@kirkland.com

Kirkland & Ellis LLP
1301 Pennsylvania Avenue NW
One Freedom Plaza
Washington, DC 20004
Tel: 202.879.5000
Fax: 202.654.9645

***Counsel for The Boeing Company***