IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 4:21-CR-5-O |
| THE BOEING COMPANY, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

**ORDER GRANTING THE BOEING COMPANY'S UNOPPOSED MOTION
FOR WITHDRAWAL OF COUNSEL**

Before the Court is The Boeing Company's ("Boeing") Unopposed Motion for Withdrawal of Counsel seeking the withdrawal of Richard Cullen.  Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.  It is therefore ORDERED that Boeing's Unopposed Motion for Withdrawal is GRANTED.  The Clerk is directed to remove Richard Cullen as counsel of record for Boeing and from the Court's Electronic Notification System for this case.

**SO ORDERED** this _____ day of **January, 2022**.


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**