UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Criminal Action No. 4:21-CR-5-O |
| THE BOEING COMPANY, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Boeing's Unopposed Motion to Withdraw as Attorney (ECF No. 41), filed January 14, 2022. The Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to terminate Richard Cullen of McGuireWoods LLP as counsel for Boeing.

**SO ORDERED** this **14th day** of **January, 2022.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**