UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  *Plaintiff* )<br>)<br>v. )<br>)<br>THE BOEING COMPANY, )<br>)<br>  *Defendant* )<br>_____ ) | Case No. 4:21-cr-005-O-1 |

**ORDER**

Upon the motion of Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated ("victim family members"), for Extension of Time to File Response to Letter of Ms. Erin Cox, this Court finds that the motion should be **GRANTED**. It is hereby **ORDERED** that the Movants shall have until January 20, 2022 to respond to the Letter of Ms. Erin Cox.

Signed this _____ day _____ 2022.

 

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE