UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal Action No. 4:21-CR-5-O |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Movants' Unopposed Motion for Extension of Time to File Response to Letter of Ms. Erin Cox (ECF Nos. 43, 44), filed January 18, 2022. Noting the motion is unopposed, the Court **GRANTS** the extension. Accordingly, the Court **ORDERS** that Movants' response is due on or before January 20.

**SO ORDERED** this **18th day** of **January, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE