IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-CR-00005-O |
| THE BOEING COMPANY | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America ("the Government") respectfully submits this notice of attorney appearance to apprise the Court and the parties that the undersigned enters his appearance as co-counsel for the Government in this matter:

   Jerrob Duffy
   New York Bar No. 2803559
   Deputy Chief, Fraud Section
   Criminal Division
   U.S. Department of Justice
   1400 New York Avenue, N.W.
   Washington, D.C. 20005
   Jerrob.Duffy2@usdoj.gov
   202-514-2000 (office)
   202-514-3708 (fax)

Respectfully submitted,

| | |
|---|---|
| JOSEPH S. BEEMSTERBOER | CHAD E. MEACHAM |
| Acting Chief, Fraud Section | Acting United States Attorney |
| Criminal Division | Northern District of Texas |
| United States Department of Justice | |
| | |
| By: *s/ Jerrob Duffy* | By: *s/ Alex C. Lewis* |
| Jerrob Duffy, Deputy Chief | Alex C. Lewis, Assistant U.S. Attorney |
| New York Bar No. 2803559 | Missouri Bar No. 47910 |
| jerrob.duffy2@usdoj.gov | alex.lewis@usdoj.gov |
| | |
| United States Department of Justice | United States Attorney's Office |
| Criminal Division, Fraud Section | Northern District of Texas |
| 1400 New York Avenue, N.W. | 801 Cherry Street, 17th Floor |
| Washington, D.C. 20005 | Fort Worth, TX 76102 |
| 202-514-2000 (office) | 817-252-5200 |
| 202-514-3708 (fax) | |

**Certificate of Service**

I certify that on January 19, 2022, I electronically filed this pleading with the clerk of the court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system, which will send a notification of electronic filing to notify counsel for the defendant and movants.

*s/ Jerrob Duffy*
JERROB DUFFY
Deputy Chief, Fraud Section
New York Bar No. 2803559