IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-CR-5-O |
| THE BOEING COMPANY, | |
| Defendant | |

### UNITED STATES' UNOPPOSED MOTION FOR A SEVEN-DAY EXTENSION OF TIME TO RESPOND TO THE MOTIONS FILED BY REPRESENTATIVES OF CERTAIN CRASH VICTIMS OF LION AIR FLIGHT 610 AND ETHIOPIAN AIRLINES FLIGHT 302

The United States of America respectfully requests that the Court grant an additional seven-day extension of time to file a response to the Motions Filed by Representatives of Certain Crash Victims of Lion Air Flight 610 and Ethiopian Airlines Flight 302 (Dkt. Nos. 15, 17 & 18, as amended at No. 32 (collectively "motions")). The Government's response deadline is currently January 20, 2022. This request for an additional seven days is being made because the Attorney General of the United States intends to meet with certain representatives of the crash victims and their counsel, and seeks to do so within the next week. The Government respectfully requests the opportunity for this meeting to take place before a response to the motions is filed.

The Court has generously granted the Government's two prior motions to continue the response deadline (Dkt. Nos. 27 & 35), and the Government respectfully submits that no prejudice will result if this additional seven-day continuance is granted. Counsel for the movants and for The Boeing Company do not oppose the relief requested.

Respectfully submitted,

| | |
|---|---|
| JOSEPH S. BEEMSTERBOER<br>Acting Chief, Fraud Section<br>Criminal Division<br>United States Department of Justice | CHAD E. MEACHAM<br>Acting United States Attorney<br>Northern District of Texas |
| By: *s/ Jerrob Duffy*<br>Jerrob Duffy, Deputy Chief<br>New York Bar No. 2803559<br>jerrob.duffy2@usdoj.gov | By: *s/ Alex C. Lewis*<br>Alex C. Lewis, Assistant U.S. Attorney<br>Missouri Bar No. 47910<br>alex.lewis@usdoj.gov |
| United States Department of Justice<br>Criminal Division, Fraud Section<br>1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>202-514-2000 (office)<br>202-514-3708 (fax) | United States Attorney's Office<br>Northern District of Texas<br>801 Cherry Street, 17th Floor<br>Fort Worth, TX 76102<br>817-252-5200 |

## Certificate of Conference

Pursuant to Local Criminal Rule 47.1(b), on January 19, 2022, counsel for the United States conferred with counsel for the Movants, Paul G. Cassell, Esq., and counsel for The Boeing Company, Benjamin L. Hatch, Esq., who each stated they do not oppose the relief requested.

## Certificate of Service

I certify that on January 19, 2022, I electronically filed this pleading with the clerk of the court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system, which will send a notification of electronic filing to notify counsel for the defendant and movants.

*s/ Jerrob Duffy*
JERROB DUFFY
Deputy Chief, Fraud Section
New York Bar No. 2803559