UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>THE BOEING COMPANY,  §<br>§<br>Defendant.  § | Criminal Action No. 4:21-CR-5-O |

## ORDER

Before the Court are the Government's Unopposed MOTION for Extension of Time to File Response to Motions Filed by Representatives of Certain Crash Victims (ECF No. 47), filed January 19, 2022; and Boeing's Unopposed Motion for an Extension of Time (ECF No. 48), filed January 19. The Government and Boeing request an additional seven days to permit time to meet with the movants. Noting the motion is unopposed, the Court **GRANTS** the extension. Accordingly, the Court **ORDERS** that the Government's, Boeing's, and movants' responses are due on or before January 27, 2022.

**SO ORDERED** this **20th day** of **January, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE