UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Case No. 4:21-cr-005-O-1 |
| THE BOEING COMPANY, | ) ) ) | |
| *Defendant* | ) ) | |

**ORDER**

Upon the motion of Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated ("victims' families"), for a finding that the Proposed Boeing Deferred Prosecution Agreement was negotiated in violation of the victims' families' rights under the Crime Victims' Rights Act, 18 U.S.C. § 3771, it is hereby:

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that parties to this case and the victims' families to provide briefing on the appropriate remedies for those violations.

Signed this _____ day _____ 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE