UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> THE BOEING COMPANY, ) <br> ) <br> *Defendant* ) <br> _____ ) | Case No. 4:21-cr-005-O-1 |

**ORDER**

Upon the unopposed motion of Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated ("victim family members"), to Strike ECF Nos. 15 and 32 from the Record, this Court finds that the motion should be **GRANTED**. It is hereby **ORDERED** that ECF Nos. 15 and 32 are stricken from the record.

Signed this _____ day _____ 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE