UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Criminal Action No. 4:21-CR-5-O |
| THE BOEING COMPANY, | § § § | |
| Defendant. | § | |

### ORDER

On January 20, Movants filed a Response to Letter of Ms. Erin Cox and Unopposed Motion to Strike ECF Nos. 15 and 32 from the Record (ECF No. 53). Movants "acknowledge that there is no basis upon which to allege any impropriety, ethical or otherwise, on [Cox's] part and request that the Court strike both the Motion, ECF No. 15, and the Amended Motion, ECF No. 32, in their entirety." *Id.* The Court **GRANTS** the extension and **DIRECTS** the Clerk of Court to strike Movants' Motion (ECF No. 15) and Amended Motion (ECF No. 32) from the docket. The Court also **STAYS** all briefing deadlines related to Cox's Declaration (ECF No. 33).

**SO ORDERED** this **21st day** of **January, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE