UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Criminal Action No. 4:21-CR-5-O |
| § | |
| THE BOEING COMPANY, § | |
| § | |
| Defendant. § | |

### ORDER

On January 20, Movants filed a Second Amended Motion (ECF No. 52). In light of the Government's representation that the Attorney General of the United States intends to meet with representatives of the crash victims and their counsel next week, the Court **STAYS** all filing deadlines in this case. The Court also **ORDERS** the parties and Movants to meet, confer, and file a joint status report proposing a litigation schedule by **February 8, 2022**.

**SO ORDERED** this **21st day** of **January, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE