IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal Action No. 4:21-CR-5-O |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant, | § | |

[PROPOSED]
<u>ORDER SETTING BRIEFING SCHEDULE</u>

The Court having considered the joint status report filed by the United States of America ("the Government"), The Boeing Company ("Boeing"), and the representatives of eighteen crash victims of Lion Air Flight 610 and Ethiopian Airlines Flight 302 (the "Movants"), and the respective positions of the parties, the Court hereby orders the following briefing schedule in this matter:

The United States shall file a response to the Second Amended Motion of the Representatives of the Crash Victims (Dkt. 52) ("Second Amended Motion") no later than February 8, 2022.

Boeing shall file its response to the Second Amended Motion no later than February 11, 2022.

Counsel for Representatives of the Crash Victims shall file any reply no later than [DATE].

The Court will **STAY** consideration of the two additional pending motions, Motion for Exercise of Supervisory Power over the Deferred Prosecution Agreement (Dkt. No. 17), and Motion for Arraignment of Boeing (Dkt. No. 18), and order additional briefing as required after ruling on the Second Amended Motion.

**SO ORDERED** this _____ day of February, 2022.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**