UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  *Plaintiff* )<br>)<br>v. )<br>)<br>THE BOEING COMPANY, )<br>)<br>  *Defendant* )<br>_____ ) | Case No. 4:21-cr-005-O-1 |

**SCHEDULING ORDER**

In light of the Joint Status Report filed by the Government, The Boeing Company ("Boeing"), and Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, and Guy Daud Iskandar Zen S. ("Movants"), the Court orders the following litigation schedule in this matter:

The Government will file its response to the Second Amended Motion of the Representatives of the Boeing 737 MAX Crashes Victims (Dkt. 52) ("Second Amended Motion") no later than February 8, 2022, of up to 40 pages.

Boeing will file its response to the Second Amended Motion no later than February 11, 2022.

The Government and Boeing will file their responses to the Motion for Exercise of Supervisory Power over the Deferred Prosecution Agreement (Dkt. 17), and Motion for

Arraignment of Boeing (Dkt. 18) no later than February 11, 2022.

The Movants will file a motion for appropriate discovery no later than February 25, 2022.

The Government and Boeing will file their responses to the Movant's discovery motion no later than March 4.

The Movants will file their reply regarding their discovery motion no later than March 11.

Thereafter, the Court will, if necessary and appropriate, hold a hearing on the Movants' discovery motion. The Court will then issue its ruling on the discovery motion. Thereafter, two weeks after the production of any court-ordered discovery materials or two weeks after any denial of their motion for discovery, the Movants will file a single, consolidated reply to the Government's and Boeing's substantive responses to their motions (Dkts. 52, 17, and 18).

Signed this _____ day _____ 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE