UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal Action No. 4:21-CR-5-O |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 8, 2022, the Government filed a Joint Status Report (ECF No. 57). Having considered the positions of the parties and Movants, the Court **ORDERS** the following schedule:

1) Boeing's response to the Second Amended Motion (ECF No. 52) is due February 11, 2022.

2) The Government's and Boeing's responses to the Motion for Exercise of Supervisory Power over the Deferred Prosecution Agreement (ECF No. 17) and the Motion for Arraignment of Boeing (ECF No. 18) are due February 11, 2022.

3) Movants' replies for each motion (ECF Nos. 17, 18, 52) are due February 18, 2022.

4) Movants may file a motion for appropriate discovery no later than February 25, 2022. The Government's and Boeing's responses to Movants' discovery motion are due March 4, 2022. Movants' reply is due March 11, 2022.

**SO ORDERED** this **9th day** of **February, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE