# Curriculum Vitae:  Rune Storesund, D.Eng., P.E., G.E.

Storesund Consulting (President & CEO); 154 Lawson Road, Kensington, CA 94707; Phone: 510-526-5849; Email: rune@storesundconsulting.com (2005 to Present)

Storesund Construction Inc. (President & CEO); 154 Lawson Road, Kensington, CA 94707; Phone: 510-526-5849; Email: rune@sc-svcs.com (2015 to Present)

NextGen Mapping, Inc. (President & CEO); 154 Lawson Road, Kensington, CA 94707; Phone: 510-526-5849; Email: rune@ngm-inc.com (2016 to Present)

SafeR[3] non-profit, (Director & Co-Founder); 1709 Hopkins Street, Berkeley, CA 94707; Phone: 510-526-5849; Email:  rune@safer.world (2020 to Present)

Center for Catastrophic Risk Management (Executive Director); University of California, Berkeley; 8th Floor Barrows Hall, Berkeley, CA 94702; Phone:  510-225-5389; Email: rune@berkeley.edu (2012 to Present)

## PROFESSIONAL PREPARATION

| | |
|---|---|
| Dr. Eng | Civil Systems, University of California at Berkeley, 2009 |
| M.O.T. | University of California at Berkeley, 2007 |
| M.S. | Geotechnical Engineering, University of California at Berkeley, 2002 |
| B.S. | Civil & Environmental Engineering, University of California at Berkeley, 2000 |
| B.A. | Anthropology, University of California at Santa Cruz, 2000 |

## PROFESSIONAL REGISTRATIONS

California, Civil Engineer, RCE 64473
California, Geotechnical Engineer, GE 2855
Louisiana, Civil Engineer, RCE 35034
Hawaii, Civil Engineer, PE 1549
Washington, Civil Engineer, PE 52924
California Safety Assessment Program Engineer

## NATIONAL SUBJECT MATTER EXPERT ENGAGEMENTS

Klamath River Dam Removals, Del Norte County Technical Expert, 2019 – Present
Oroville Dam Ad-Hoc Oversight Committee, California Legislature, 2018-present
Dam Safety Culture Development, Assemblyman Gallagher (California Legislature), 2018-present
California Dam Safety Culture, Senator Jim Nielsen (California Legislature), 2018-present
South Platte River and Harvard & Weir Gulch Ecosystem Restoration and Flood Risk Management, U.S. Army Corps of Engineers Independent External Peer Review; 2018
Oso Landslide Investigation, Attorney General of State of Washington, 2014-2018
South Platte River and Harvard & Weir Gulch Ecosystem Restoration and Flood Risk Management, U.S. Army Corps of Engineers Independent External Peer Review; 2018
McCook Levee Small Flood Risk Management & Environmental Assessment; U.S. Army Corps of Engineers Independent External Peer Review; 2017
Houston Ship Channel Expansion Channel Improvement Project, Harris, Chambers, and Galveston Counties, Texas; U.S. Army Corps of Engineers Independent External Peer Review; 2017-2018

Curriculum Vitae:  Rune Storesund, D.Eng., P.E., G.E.

**MEDIA ENGAGEMENTS/CONSULTATIONS**

New York Times Science News, John Schwartz
CBS News – San Francisco, Kathleen Seccombe
KQED News, Peter Jon Shuler
KQED Radio Science News, Lauren Sommer
KQED Radio Water & Infrastructure News, Dan Brekke
NBC Bay Area News Investigative Unit, Jaxon Van Derbeken
UC Berkeley Media Relations, Sarah Yang

**PROFESSIONAL AFFILIATIONS**

American Geophysical Union (AGU)
ASCE GEO-Institute
ASCE Leadership and Management Committee
-   Chair, 2010-2011
-   Full Committee Member, 2009-Present
-   Corresponding Member, 2003-2009
ASCE Region 9 Governor, 2019 - Present
ASCE San Francisco Section
-   President 2011-2012
-   Tsunami Hazard Committee Chair, 2010-Present
-   President Elect 2009-2011
-   Vice President 2010 – 2011
-   Geotechnical Society Committee, 2000-2006
-   Infrastructure Report Card Committee, 2001-2003
-   Water Resources Group
    o   Director, 2010-2011
    o   Chair, 2009-2010
-   Younger Member Forum
    o   President 2003-2004
    o   Board Member, 2000-2004
National Society of Professional Engineers, 2005-Present
California Society of Professional Engineers, 2005-Present
Project Management Institute, 2005-2012
UC Berkeley Geotechnical Engineering Society, 2002-Present
UC Berkeley Engineering Alumni Society, 2009-Present

**TECHNICAL PEER REVIEWER ENGAGEMENTS**

ASCE Press (book peer reviews)
Association of Engineering Geologists (AEG), Technical Paper Peer Reviewer
Hydrology and Earth System Sciences (HESS), Technical Paper Peer Reviewer
National Academy of Forensic Engineers (NAFE), Technical Paper Peer Reviewer
Ocean Engineering: An International Journal of Research and Development, Technical Paper Peer
        Reviewer
Remote Sensing Journal, Technical Paper Peer Reviewer
Safety Science, Technical Paper Peer Reviewer

Curriculum Vitae:  Rune Storesund, D.Eng., P.E., G.E.

---

**HONORS AND AWARDS**

ASCE Edmund Friedman Young Engineer Award for Professional Achievement, 2013
H.J. Brunnier Award, San Francisco Section ASCE, 2013
President's Award, San Francisco Section ASCE, 2012
Outstanding ASCE Younger Member Forum Officer, ASCE Region 9, 2009
ASCE WRYMC Outstanding Engineer in the Private Sector, 2008
CELSOC Graduate Scholarship, 2007
ASCE San Francisco Section Outstanding YMF Civil Engineer, 2004
ASCE Golden Gate Branch Scholarship, 1999, 2000
CELSOC Undergraduate Scholarship, 2000

**COURSE INSTRUCTION**

| | |
|---|---|
| **CEE 24:** | Freshman Seminars in Environmental Engineering, Fall 2007, Spring 2008 |
| **CEE 99:** | Undergraduate Independent Research, Spring 2002 |
| **CEE 180:** | Engineered Systems, Spring 2002, Spring 2008 |
| **CEE 199:** | Undergraduate Independent Research, Fall 2006 |
| **CEE290A:** | Human and Organizational Factors, Spring 2006, Spring 2008 |
| **ENG36:** | Engineering Mechanics, Fall 2005 |
| **LAEP 222:** | Hydrology for Planners, Spring 2007 |
| **LAEP 227:** | River Restoration, Fall 2008 |
| **LAEP 201:** | Ecological Factors in Urban Landscape Design, Fall 2011 |

**MENTORING & RESEARCH COLLABORATION**
*Visiting Scholars*

Chen, Bing.  Professor of Civil Engineering, Director of NRPOP Laboratory, Faculty of Engineering and
  Applied Science, Memorial University, Canada.  2016-2017.

*Ph.D. and M.S. w/thesis students:*

Frykmer, Tove.  PhD Candidate.  "Adaptive command & control and collaboration within the Swedish
  crisis management."  Copenhagen University.  2016.
Meland, Per Håkon.  PhD Candidate.  "How can cyber security be combined with traditional safety
  considerations in domain specific threat modelling techniques?"  Norwegian University of Science
  and Technology.  2019-2020.
Nesse, Synnove.  PhD Candidate.  Center for Applied Research (SNF), Norwegian School of Economics.
  2014.
Schafer, Kathleen.  PhD Candidate.  "Cal Fl(ood)-exit: an exploration of alternatives to the National Flood
  Insurance Program for the California," University of California, Davis.  2017 – 2020.
Tsesmetsis, Alexander.  MS Candidate.  Civil Systems Safety Culture.  Norwegian University of Science
  and Technology.  2019.
Ye, Xudong.  PhD Candidate.  A new risk-human factor analysis method for oil spill response decision
  making.  Memorial University, Canada.  2017-2020.

Curriculum Vitae:  Rune Storesund, D.Eng., P.E., G.E.

---

*Research Collaboration:*

NSERC CREATE training program in Persistent, Emerging, and Oil PoLlution management in cold marine and coastal Environments (PEOPLE CREATE), funded by Natural Science and Engineering Research Council of Canada (NSERC) Collaborative Research and Training Experience Grant (CREATE), $1.65M, 2019-2026

Improved Decanting and Oily Waste Management Strategies for Marine Oil Spill Response, Canada Oceans Protection Plan – Multi-Partner Research Initiative (MPRI), $2,687,400, 2018-2022

**PEER-REVIEWED JOURNAL PUBLICATIONS/TECHNICAL PAPERS**

Storesund, Rune.  "Forensic Evaluation of Construction Noise and Vibrations Associated with an Urban Drainage Project."  Journal of the National Academy of Forensic Engineers.  In Press.

Storesund, Rune.  "FE Evaluation of Hillside Excavation For a Construction Contract Dispute."  Journal of the National Academy of Forensic Engineers.  Vol 36, No. 1.  June 2019.

Storesund, Rune.  "Forensic Engineer Expert Communications:  Lessons Learned from the March 2014 Oso Landslide Litigation."  Journal of the National Academy of Forensic Engineers.  Vol 35, No. 1. June 2018.

Ye XD*, Chen B, Lee K, Storesund R, Zhang BY. (2020) An improved offshore oil spill response decision making method based on the integration of human factor analysis and fuzzy preference evaluation. Environmental Pollution. 262 (2020): 114294 https://doi.org/10.1016/j.envpol.2020.114294 (IF = 5.714)

Ye XD*, Chen B, Lee K, Storesund R, Zhang BY. (2020) An enhanced simulation and optimization coupling approach for supporting marine oil spill responses. The 2020 Virtual Symposium of the LEaders in wAter anD watERshed Sustainability (the LEADERS Program) and the Network on Persistent, Emerging, and Organic PoLlution in the Environment (PEOPLE Network), August 31-September 1, 2020.

Ye XD*, Chen B, Lee K, Storesund R, Zhang BY (2020) A multi-agent based multi-objective particle swarm optimization (MMPSO) for the optimal planning of an offshore oil decanting procedure. The Gulf of Mexico Oil Spill and Ecosystem Science Conference (GoMOSES) 2020, February 3-6, Tampa, USA

Ye XD*, Chen B, Storesund R, Lee K. (2019) A new offshore oil spill response decision making method based on human factor analysis and fuzzy preference evaluation. The 42nd Arctic and Marine Oil spill Program (AMOP) Technical Seminar on Environmental Contamination and Response, June 4-6, 2019, Halifax, Canada

Ye XD*, Chen B, Storesund R, Lee K. (2018) A new risk-human factor analysis method for oil spill response decision making. (2018). The 41th Arctic and Marine Oil spill Program (AMOP) Technical Seminar on Environmental Contamination and Response, October 2-4, 2018, Victoria, Canada

Ye XD, Chen B, Storesund R. (2017) Analysis of oil spill risk and human factors for response decision making. The PEOPLE 2017 Symposium of the Research and Training Network on Persistent and Emerging Organic Pollution in Cold and Coastal Environments (PEOPLE Network), October 16-17, 2017, St. John's, Canada

Roe, Emery, Robert G. Bea, Sebastiaan N. Jonkman, H. Faucher de Corn, Howard Foster, John Radke, Paul Schulman, and Rune Storesund.  "Risk Assessment and management for interconnected critical infrastructure systems at the site and regional levels in California's Sacramento-San Joaquin Delta," International Journal of Critical Infrastructures, Vol 12, Nos 1/2, 2016.

Florsheim, Joan L., Chin, Anne, O'Hirok, Linda S., and Storesund, Rune. "Short-term post-wildfire dry-ravel processes in a chaparral fluvial system," 2015. "submitted for publication.

Kondolf, G. M., Anderson, Shannah D., Storesund, Rune, Tompkins, Mark, and Atwood, Paul. "Restoration Ecology Post-Project Appraisals of River Restoration in Advanced University

Curriculum Vitae:  Rune Storesund, D.Eng., P.E., G.E.

Instruction."  The Journal of the Society for Ecological Restoration. Vol. 19, Issue 6, p. 696-700. 2011.

Storesund, Rune, Robert G. Bea, Yuli Huang.  "Simulated Wave-Induced Erosion of the Mississippi River-Gulf Outlet Levees during Hurricane Katrina."  Journal of Waterway, Port, Coastal, Ocean Engineering.  Vol. 136, p. 177-189.  2010.

Bernhardt, M., Briaud, J.L., Kim, D., Leclair, M., Storesund, R., Lim, S.G., Bea, G.R., Rogers, J.D. (2011).  "Mississippi River Levee Failures: June 2008 Flood." International Journal of Geoengineering Case Histories, http://casehistories.geoengineer.org, Vol.2, Issue 3, p. 127-162. doi: 10.4417/IJGCH-02-02-03.

Briaud, J.-L., H.C. Chen, A.V. Govindasamy, and R. Storesund, "Levee Erosion by Overtopping in New Orleans During the Katrina Hurricane," ASCE, Journal of Geotechnical and Geoenvironmental Engineering. Vol. 134, p. 618, 2008.

Seed et al.  "New Orleans and Hurricane Katrina.  I: Introduction, Overview, and the East Flank."  Journal of Geotechnical Geoenvironmental Engineering.  Vol. 134, p. 701-717.2008.

Seed et al.  "New Orleans and Hurricane Katrina.  II: The Central Region and the Lower Ninth Ward."  Journal of Geotechnical Geoenvironmental Engineering.  Vol. 134, p. 718-739.2008.

Seed et al.  "New Orleans and Hurricane Katrina.  III: The 17th Street Drainage Canal."  Journal of Geotechnical Geoenvironmental Engineering.  Vol. 134, p. 740-761.2008.

Seed et al.  "New Orleans and Hurricane Katrina.  IV: Orleans East Bank (Metro) Protected Basin."  Journal of Geotechnical Geoenvironmental Engineering.  Vol. 134, p. 762-779.2008.

Storesund, Rune, "Characterization of consolidation settlement analysis uncertainties using probabilistic methods," Margins of Quality in Engineered Systems, University of California, Berkeley, 2006.

Cousins, Mary and Rune Storesund, "Post-Project Appraisal of Arroyo Viejo Creek Improvement, Oakland, California," December 1, 2005, Water Resources Archives, available from: http://repositories.cdlib.org/wrca/restoration/cousins

**BOOKS**

Storesund, Rune.  "Introduction to Enterprise Risk Management in Socio-Technical Systems."  In Development (2021-2022).

Storesund, Rune.  "2017 Catastrophic Oroville Dam Spillway Disaster:  Safety Culture Lessons To Be Learned."  In Development (2021-2022).

Schulman, Paul and Rune Storesund.  "Inter-Organization Safety Culture:  The Concept and Its Creation."  In Development (2021-2022).

Mitroff, Ian and Rune Storesund.  "The Student's Guide to Crisis Management – Outsmarting Tomorrow's Crises Today."  In Development (2021).

Mitroff, Ian and Rune Storesund.  "Techlash:  The Future of the Socially Responsible Tech Organization."  Springer.  Cham, Switzerland.

**TECHNICAL REPORTS**

Marvin R. Pyles, Rogers, David, Jonathan D. Bray, Arne Skaugset, Rune Storesund, Gunnar Schlieder.  "Expert Report," Oso Landslide, March 2014.  Superior Court of Washington for King County, Case No. 14-2-18401-8 SEA.  June 30, 2016.

Rogers, David, Marvin R. Pyles, Jonathan D. Bray, Arne Skaugset, Rune Storesund, Gunnar Schlieder.  "Interim Expert Report," Oso Landslide, March 2014.  Superior Court of Washington for King County, Case No. 14-2-18401-8 SEA.  January 22, 2016.

Rogers, David, Marvin R. Pyles, Jonathan D. Bray, Arne Skaugset, Rune Storesund.  "Preliminary Expert Report," Oso Landslide, March 2014.  Superior Court of Washington for King County, Case No. 14-2-18401-8 SEA.  June 1, 2015.

Storesund, R., Dengler, L., Mahin, S., Collins, B. D., Hanshaw, M.  F. Turner, M. F., and Welsh, K. "M 6.5 Earthquake Offshore Northern California  January 9, 2010 *Field Reconnaissance Summary* " February 12, 2010.  Available from: http://geerassociation.org/GEER_Post%20EQ%20Reports/NorthCA/M6-5_NorthernCalifornia_GEER_SummaryReport_Finalv2.pdf

Storesund, Rune, R.G. Bea, M. Bernhardt, J-L Briaud, D. Franken, A. Govindasamy, S-G Lim, D. Kim, M. Leclair, G. Hempen, N. Maerz, J.D. Rogers, C. Watkins.  "Report to the National Science Foundation, 2008 Midwest Levee Performance Investigation, Summary of Initial Field Reconnaissance." March 16, 2009.  Available from: http://www.worldcat.org/oclc/385265137

American Society of Civil Engineers (San Francisco Section), "Report Card 2005, Bay Area Infrastructure," available from: http://www.asce-sf.org/downloads/Report_Card.pdf

Seed, R.B., et al., "Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005," Report No. UCB/CITRIS-05/01, November 2, 2005, available from: http://www.ce.berkeley.edu/~new_orleans/report/PRELIM.pdf

Seed, R.B., et al., "Investigation of the Performance of the New Orleans Flood Protection Systems, in Hurricane Katrina on August 29, 2005, Final Report, July 31, 2006," University of California, Berkeley, available from: http://www.ce.berkeley.edu/~new_orleans/report

**CONFERENCE PROCEEDINGS/PRESENTATIONS**

Storesund, Rune, "Forensic Evaluation of Ground Vibrations & Noise in an Urban Drainage Project," National Academy of Forensic Engineers, Denver, Colorado. July 27, 2019.

Storesund, Rune, "Managing Complex Systems For Safety & Reliability Leveraging Human & Organizational Factors – Part II," Peder Sather Conference Discovery of Pragmatic Safety Management System Effectiveness Metrics, University of California, Berkeley, February 20, 2019.

Storesund, Rune, "Managing Complex Systems For Safety & Reliability Leveraging Human & Organizational Factors," University of Bergen, Norway, August 28, 2018.

Storesund, Rune, "FE Evaluation of Hillside Excavation For a Construction Contract Dispute," National Academy of Forensic Engineers, Phoenix, Arizona.  January 13, 2018.

Storesund, Rune, "Forensic Engineer Expert Communications:  Lessons Learned from the March 2014 Oso Landslide Litigation," National Academy of Forensic Engineers, Atlanta, Georgia, July 22, 2107.

Chin, Anne, O'Dowd, Alison P., Parker, Anna, Roberts-Niemann, Corine, and Storesund, Rune, "Initial Response of Step-Pool Streams to Wildfire," The Geological Society of America's 125th Anniversary Annual Meeting & Exposition, Denver, Colorado, Paper No. 13-72013, October 27-30 2013.

Bernhardt, M., Bea G.R., Briaud J.L., Franken D., Govindsamy A., Lim S.G.,Kim, D., Leclair, M., Hempen,G., Maerz, N.H., Rogers, J.D., Storesund, R., Watkins, C. (2009). "2008 Midwest Levee Performance Investigation:  Summary of Erosion and Index Testing," Proceedings of 2009 NSF Engineering Research and Innovation Conference, Honolulu, Hawaii.

Bernhardt, M., Bea G.R., Briaud J.L., Franken D., Govindsamy A., Lim S.G.,Kim, D., Leclair, M., Hempen,G., Maerz, N.H., Rogers, J.D., Storesund, R., Watkins, C. (2009). "2008 Midwest Levee Failures:  An Investigation," Proceedings of the ASCE Texas Section Meeting, Houston, TX.

Woo, Isa, Storesund, Rune, Takekawa, John Y., Gardiner, Rachel J. and Ehret, Steve, "Integrating Terrestrial LiDAR and Stereo Photogrammetry to Map the Tolay Lakebed in Northern San Francisco Bay," The Third Interagency Conference on Research in the Watersheds, Estes Park, Colorado, September 8-11, 2008.

Curriculum Vitae:  Rune Storesund, D.Eng., P.E., G.E.

---

Storesund, Rune, G. M. Kondolf, and Shannah Anderson.  "Archiving of Restoration Project Information, An Invitation to Collaborate with the NRRSS Database."  The California Society of Ecological Restoration (SERCAL).  Santa Rosa, California.  August 15, 2008.

Storesund, Rune, Kondolf, Mathias, Kern, Doug and Frey, Mark, "Application of Reliability in Design of River Ecosystem Restoration: a Case Study at the Tennessee Hollow Restoration Project on the Presidio in San Francisco, California," North American Benthological Society 55th Annual Meeting, Columbia, South Carolina, June 6, 2007.

Storesund, Rune, J. Toby Minear, G. M. Kondolf, "Evaluation of Ground-Based LiDAR for use in Fluvial Geomorphology and River Restoration," American Geophysical Union Fall 2006 Meeting, December 11-15, 2006.

Storesund, Rune, "Utilization of Terrestrial LiDAR in Reliability-Based Levee Operations and Maintenance," Delta Risk Conference, Sacramento, California, September 28-29, 2005.

Storesund, Rune, "Method, Trends, and Lessons Learned in Physical Channel Monitoring," 4th Biennial CALFED Science Conference 2006, Making Sense of Complexity: Science for a Changing Environment, October 23-25, 2006.

Anderson, Shannah, G. M. Kondolf, and Rune Storesund.  "Lessons Learned from Urban Stream Restoration."  The California Society of Ecological Restoration (SERCAL).  Santa Rosa, California.  August 15, 2008.

Briaud, J.-L., H.C. Chen, A.V. Govindasamy, and R. Storesund, "Erosion Tests on Samples From the New Orleans Levees," ASCE GEO-Denver, 2007.

Seed. R.B., et al., "Investigation of Levee Performance in Hurricane Katrina:  The Inner Harbor Navigation Channel," ASCE GEO-Denver, 2007.

Seed, R.B., et al., "Investigation of Levee Performance in Hurricane Katrina:  The New Orleans Drainage Canals," ASCE GEO-Denver, 2007.

Seed, R.B. et al., "Investigation of the Performance of the New Orleans Regional Flood Protection Systems During Hurricane Katrina:  Lessons Learned," ASCE GEO-Denver, 2007.

Storesund, Rune, Jake Massey, Youngmin Kim.  "Life Cycle Impacts for Concrete Retaining Walls vs. Bioengineered Slopes."  In ASCE GeoCongress 2008: Geosustainability and Geohazard Mitigation, p. 875-882.


**LECTURES AND NON-CONFERENCE PRESENTATIONS**

"Risk and Crisis Management Bootcamp for Engineers, An Overview," American Society of Civil Engineers, San Francisco Section – Redwood Empire Branch, November 12, 2020.

Guest lecture: ENGI 4717 Applied Environmental Science and Engineering (2007), undergraduate core course, Department of Civil Engineering, Memorial University (Instructor: Dr. Bing Chen), Spring 2020

Keynote speech: PEOPLE Symposium on Persistent, Emerging and Oil PoLlution in Aquatic Environments (PEOPLE 2019), which will take place in St. John's, NL, Canada, on October 17-18, 2019

Organizing Committee member of PEOPLE Symposium on Persistent and Emerging Organic PoLlution in cold and coastal Environments (PEOPLE 2017), John's, NL, Canada, on October 16-17, 2017

"Use of Inquiry Systems to Overcome E3 Errors (Solving the Wrong Problem Precisely)," San Francisco Learning Lab, Division of Risk Management and Societal Safety, Lund University, Sweden. May 8, 2019.

 "Managing Complex System For Safety & Reliability Leveraging Human & Organizational Factors – US Dams," May 11, 2018.

"Risk Assessment & Management – California Infrastructure," UC Center Sacramento, July 18, 2017.

"Hazards, Threats, and Risk, Oh My!"  First Annual Workshop on Risk Assessment and Management, U.C. Berkeley CCRM. February 25 & 26, 2016.

"Reliability of Levee Systems in California, Sherman Island Case Study, Lessons Learned."  U.C. Berkeley
Levee Seminar.  May 13, 2011.

"Surveying Creek and River Restoration."  LA 222 – Hydrology for Planners.  UC Berkeley.  April 27, 2011.

"RESIN – Resilient and Sustainable Infrastructure Networks."  Contra Costa Council.  January 19, 2011.

"Restoration of Creeks and Rivers."  UC Berkeley CE 24.  March 31, 2010.

"Reliability-Based River Restoration."  American Society of Civil Engineers, Water Resources Group.
February 16, 2010.

"Reliability-Based River Restoration."  American Society of Civil Engineers, San Jose Branch.  February 9,
2010.

"Restoration of Creeks and Rivers."  UC Berkeley CE 24.  March 4, 2009.

"Tips & Tricks to be a Field Rockstar."  LA 222 – Hydrology for Planners.  UC Berkeley Department of
Landscape Architecture.  January 29, 2009.

"Midwest Levee Investigation."  Center for Catastrophic Risk Management (CCRM).  U.C. Berkeley.
October 15, 2008.

"Lower Santa Ynez Bank Stabilization Project."  California Department of Fish and Game.  September 26,
2008.

"Overview of Terrestrial LiDAR."  American Society of Civil Engineers, San Francisco Section Younger
Member Forum.  Oakland, California.  August 14, 2008.

"An Overview of River Restoration Post Project Appraisals."  Ecosystem Conservation Society – Japan.
University of California, Berkeley.  July 10, 2008.

"Composite Digital Terrain Models:  Toward 4-D Channel Monitoring."  San Francisco Estuary Institute
(SFEI).  April 23, 2008.

"Restoration of Creeks and Rivers."  UC Berkeley CE 24.  April 16, 2008.

"Overview of Terrestrial LiDAR."  City of Emeryville.  Emeryville, California.  January 23, 2008.

"Restoration of Creeks and Rivers."  UC Berkeley CE 24.  October 24, 2007.

"Emerging Trends in Terrestrial LiDAR,"  Cal GIS conference, April 4, 2007.  Panelist:  Acquiring,
Processing, and using LiDAR data.

"An Overview of Life-Cycle Reliability Based Design and Management Approaches to Urban Creek and
River Restoration,"  Civil and Environmental Engineering Journal Club, University of California,
Berkeley, November 2006.

"Methods, Trends, and Lessons Learned from Physical Channel Monitoring."  CALFED Symposium.
November 2006.

"Sustainability in Engineered Flood Control Projects,"  Landscape Architecture and Environmental
Planning 227: River Restoration, University of California, Berkeley, November 2006.

"Tennesse Hollow in the Presidio: post-construction hydrologic response and performance,"  Third
Annual California Water Symposium, University of California, Berkeley, May, 2006.

Cousins, Mary and Rune Storesund, "Post-Project Appraisal of Arroyo Viejo Creek Improvement,
Oakland, California,"  Third Annual Berkeley River Restoration Symposium, University of California,
Berkeley, December, 2005.


**COURT-APPOINTED EXPERT WITNESS TESTIMONY (CIVIL ENGINEERING)**

Civil District Court for the Parish of New Orleans, State of Louisiana.  Sewell v. S&WB – Flight 2
Commercial.  2018

Civil District Court for the Parish of New Orleans, State of Louisiana.  Sewell v. S&WB – Group B.  2018

Civil District Court for the Parish of New Orleans, State of Louisiana.  Sewell v. S&WB – Group A.  2017

Superior Court of California, County of Napa.  Hynes v. Menaged.  2017

Superior Court of California, County of San Joaquin.  Vanni et al., v. Rindge Land Reclamation (Jones
Tract Levee Failure).  2011.