# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| *Plaintiff* ) | |
| v. ) | Criminal Action No. 4:21-cr-5-O-1 |
| THE BOEING COMPANY, ) | |
| *Defendant* ) | |

## ORDER

Before the Court is Naoise Connolly Ryan et al.'s Motion for Extension of Time to File a Reply to the Government's Opposition to Their Second Amended Motion for Findings that the Proposed Boeing Deferred Prosecution Agreement was Negotiated in Violation of the Victims' Rights (Dkt. 63). For good cause shown, the Court **GRANTS** the extension. Accordingly, the Court **ORDERS**:

Ms. Ryan et al.'s reply in support of their CVRA motion (Dkt. 52) is due on March 4, 2022;

Ms. Ryan et al.'s motion for appropriate discovery is due on March 4, 2022;

Any response by the Government and Boeing to the motion for appropriate discovery is due March 11, 2022;

Any reply by Ms. Ryan et al. to oppositions to the motion for appropriate discovery is due March 18, 2022; and

Ms. Ryan et al. will file her expert reports by March 31, 2022.

**SO ORDERED** this \_\_\_\_\_ day of **February, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE