# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § Criminal Action No. 4:21-CR-5-O |
| THE BOEING COMPANY, | § |
| Defendant. | § |

## ORDER

Before the Court is Movants' Unopposed Motion of for Extension of Time to File Reply (ECF No. 63), filed February 14, 2022. Noting the motion is unopposed, the Court **GRANTS** the extension and **ORDERS** the following:

(1) Movants' reply in support of their motion (ECF No. 52) is due **March 4, 2022**.

(2) Movants' discovery motion is due **March 4, 2022**.

(3) The Government and Boeing's responses to the discovery motion are due **March 11, 2022**;

(4) Movants' reply in support of their discovery motion is due **March 18, 2022**.

(5) Movants may file expert reports no later than **March 31, 2022**.

**SO ORDERED** this **15th day** of **February, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE