UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| Plaintiff, | § § | Criminal Action No. 4:21-CR-5-O |
| v. | § § | |
| **THE BOEING COMPANY,** | § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is Movants' Motion for Leave to File an Overlength Reply (ECF No. 67), filed February 24, 2022. Noting the grounds recounted in the motion, the Court **GRANTS** the motion and **ORDERS** that Movants may file a single, consolidated reply in support of their motion (ECF No. 52) of not more than 28 pages.

    **SO ORDERED** this ___ **day** of **February, 2022**.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**