## ATTACHMENT A – SUPPORTERS OF THE MOTION

The following victims' families and/or family representatives have requested to be identified as supporters of this motion for findings that the proposed Boeing deferred prosecution agreement was negotiated in violation of their rights:

1. Naheed Noormohamed, as representative of Ameen Ismail Noormohamed
2. Peter Olexa, as representative of Danica Olexova
3. Zhuhu Gao and Wenxia Gao, as representative of Shuang Gao
4. Wei Xiong, as representative of Zhenzhen Huang
5. Antonio Martinez Rial, as representative of Pilar Martinez
6. Anzhelika Mamanovna Polyakova, as representative of Aleksandr Sergeyevich Polyakov
7. Elena Victorovna Anokhina, as representative of Ekaterina Sergeyevna Polyakova
8. Nadezhda Vialikova, as representative of Sergey Vialikov
9. Michael Kabugi Gikonyo, as representative of General George Gikonyo Kabugi
10. Ike Riffel, Susan Riffel, and Brittney Riffel, as representatives of the families of Bennett Riffel and Melvin Riffel
11. Suzanne Camp, as representative of Micah Messent
12. Mena Teferi Tebeje,Yetunde Bashua, Oludamilola Bashua, Mariam Bashua as widow and children of  Abiodun Oluremi Bashua
13. Konjit Shafi, as representative and sister of Sintayehu Shafi Baleker
14. Nermine Khalil Abdemoneim, as representative and widow of Nasser Fathe Alazab Douban
15. Hans Joachim Feigl and Sieglinde Rink-Feigl as co-representatives and parents of Anne-Katrin Feigl and Lars-Peter Feigl as brother of Anne-Katrin Feigl
16. Donna Vecere as representative and mother, and Tomra Vecere as sister, of Matthew Vecere
17. John Zata, as representative and widower of Karoline Aadland and Knut and Marianne Aadland, as parents of Karoline Aadland
18. Ababu Ameha Yetbarek, as representative and widower of Sara Gebremichael
19. Mark Pegram, as representative and father of Sam Pegram and Debbie Pegram as mother of Sam Pegram
20. Klaus Philipp, as representative and father of Marie Christin Philipp and Ellen Philipp as mother of of Marie Christin Philipp
21. Melissa Mairesse, as representative and daughter of Ghislaine De Claremont
22. Adrian Toole, as representative and father of Joanna Toole
23. Agnes Tjandra, as representative of Daryanto Tjhang
24. Aida, as representative of Mery Yulyanda
25. Aldi Radyanto, as representative of Dewi Herlina
26. Amie Belanger, as representative of Darcy Belanger
27. Angga Bramantya Wirabuana Putra, as representative of Citra Novita Anggelia Putri
28. Budi Setiawan, as representative of Natalia Setiawan
29. Deddy Riyanto, as representative of Vera Junita
30. Dermawan Riama Siregar, as representative of Mangatur Sihombing
31. Dhani Dwi Raharjo, as Representative of Putri Yuniarsi
32. Djap Fatimah, as representative of Adonia Magdiel Bongkal

33.  Djap Fatimah, as representative of Matthew Darryl Bongkal
34.  Djap Fatimah, as representative of Michelle Vergina
35.  Dyah Maulida as representative, and Anna Rochmawati as wife, of Joyo Nuroso
36.  Eni Siti Nuraeni, as representative of Akhmad Endang Rokhmana
37.  Fenlix as representative, and Friscilla Harlian Toni as wife, of Verian Utama
38.  Helena Yonatan Zerihun, as sister of Sidrak Getachew
39.  Hesti Luh Suprobowati, as representative of Haris Budianto
40.  Idez Putri Von Ende, as representative of Trianingsih Putri Van Ende
41.  Ilona, as representative of Reo Yumitro
42.  Dr. Latief Nurbana as representative, and Karlina Setiaputri as spouse, of Muhammad Luthfi Nurramdhani
43.  Lindawati, as representative of Yunita
44.  Mardiyem Nur Rahmah, as representative of Moedjiono
45.  Maulana Usman as representative, and Imas Heniyati as spouse, of Bambang Rozali Usman
46.  Mohamed Amine Sayouty, son of El Hassan Sayouty
47.  Mutoharoh, as representative of Abdul Khaer
48.  Narulita Sari, as representative of Tesa Kausar
49.  Novia, as representative of Dolar
50.  Nurdin Rakhman Semendawai as representative of Andri Wiranofa
51.  Nurdin Rakhman Semendawai as representative of Niar Ruri Sunarniati
52.  Nurjanah and Sarifudin, as representatives of Denny Maulana
53.  Nurmala Ramelan, as representative of Tan Toni
54.  Olumuyiwa Balogun, as representative of Adebola Pius Adesamni
55.  Otong Edi Budaya, as representative of Dadang
56.  Prasetyo Wahyu Adi, as representative of Maria Ulfah
57.  Riandy Christian Saputra, as representative of Fifi Hajanto
58.  Rohani Hasan, as mother of Reni Ariyanti
59.  Rukeni, as representative of Nicko Yogha Marenta Utama
60.  Rumiati, as mother of Hedy
61.  Sariyoso, as representative of Arif Yustian
62.  Sisfiarsih, as representative of Sastiarta
63.  Sumiati, as representative of Mohamad Fadillah
64.  Surtiyem, as representative of Jannatun Cintya Dewi
65.  Susiyani Budhihardjo, as representative of Liu Anto
66.  Sutarno, as representative of Putty Fatikah Rani
67.  Syamsir Samsudin as representative, and Debby Cassandra as the spouse, of Vicky Ardian
68.  Tjhin Nyuk Hen, as representative of Linda
69.  Turhindayani, as representative of Ahmad Mughni
70.  Vina Octa Sitindaon, as representative of Hardy
71.  Wiwik Handayani, as representative of Alfiani Hidayatul Solikah
72.  Sylvie LaMarche Lacroix as representative of Stéphanie Lacroix
73.  Paul Kondaveeti, as representative of Manisha Nukavarapu
74.  Gunit Garg, as representative of Shikha Garg

75. Julius Solomon Gathumbi and Christine Wairimu Gathumbi as representatives of Agnes Mary Wangari Gathumbi
76. Samrawit Chalachew, as representative of Sara Chalachew
77. Aurora Cheung, as representative of Victor Tsang
78. Francois Fricaudet, as representative of Xavier Fricaudet
79. Michel Prieur, as representative of Eric Prieur
80. Mario Jorge Rassul, as representative of Marcelino Rassul Tayob
81. Fredrick M. Ndivo and Beatrice K. Kimuyu, as representatives of Mercy Ndivo
82. Khaled Lotfy, as representative of Suzan Farag
83. Helen Tilahun, as wife, and Yom Sintayehu, as daughter, of Aymeku Ayane
84. Gladys Kivia, as representiatve of Derrick Lwugi
85. Emmy Odero, as representative of Immaculate Odero
86. Ibrahim Mohamed Ramadhan and Khaltuma Yahya Abdallah, as representatives of Abdulhai Mohamed Ibrahim
87. The family of Jessica Hyba
88. The family of Hisham Abdelgadir Abukalam Ahmed
89. The family of Ashraf Mohamed Abdel-Halim El-Torky
90. The family of Aregawi Berhe Ebuy
91. Yalena Lopez-Lewis, on behalf of Antoine Lewis
92. Rahel Equbezgi Libsekal, as representative of Getenet Alemayehu
93. Eyasu Teshome, as representative of Maygenet Worku
94. Juliana Wahab, Alvin Kusuma, Vina Aprilia Kusuma, and Nadia Vinita Kusuma, on behalf of Hariyanto Kusuma
95. Arief Fat Joeng, Susilowati Tjio, Johan Hartato Joeng, Vedya Purnamasari Joeng, and Chandra Hartato Joeng, on behalf of Sudibyo Onggowardoyo
96. Kenneth Kamau, as representative of Jane N. Kamau
97. The family of Racha Farah
98. Andrea and Vincenzo Tusa, as representatives of Sebastiano Tusa
99. Alessandro and Elena DeGregorio, as representatives of Harna Hafitz
100. Melissa and Jessica Mairesse, as representatives of Gislane DeClaremont
101. Sébastien Barranger and Laetitia Tavernier, as representatives of Suzanne Barranger
102. Sébastien Barranger and Laetitia Tavernier, as representatives of Jean-Michel Barranger
103. Adam Massart Chihab, Tina Ariën, as mother of Sanna Chihab and Marouan Chihab, and Jamaa El Yazali, as representatives of Ben Ahmed Chihab
104. Denis Boutant, Elisabeth Willm, Matthieu Willm, Vincent Willm, Violaine Willm, as representatives of Clémence Boutant