UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| Plaintiff, | § § | Criminal Action No. 4:21-CR-5-O |
| v. | § § | |
| **THE BOEING COMPANY,** | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Movants' Unopposed Motion for Leave to File Updated Appendix of Additional Family Supporters of Their Motion for Findings That the Proposed Boeing Deferred Prosecution Agreement was Negotiated in Violation of Their Rights, (ECF No. 68), filed February 24, 2022. Noting the motion is unopposed, the Court **GRANTS** the motion and **ORDERS** that Movants may file an updated appendix.

**SO ORDERED** this ___ day of **February, 2022**.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**