UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § § | |
| v. § § | Criminal Action No. 4:21-CR-5-O |
| THE BOEING COMPANY, § § | |
| Defendant. § | |

## ORDER

Before the Court are Movants' Motion for Leave to File an Overlength Reply Brief (ECF No. 67) and Unopposed Motion for Leave to File an Updated Appendix (ECF No. 68), filed February 24, 2022. Having considered the parties' positions, the Court finds that Movants have presented extraordinary and compelling reasons to warrant filing a brief in excess of the page limit as stated in Local Rule 7.2. The Court thus **GRANTS** the Motion for Leave to File an Overlength Reply Brief (ECF No. 67) and **ORDERS** that Movants' reply brief may not exceed 30 pages. The Court also **GRANTS** the Unopposed Motion for Leave to File an Updated Appendix (ECF No. 68) and **DIRECTS** the Clerk of Court to file the document attached to the motion (ECF No. 68-1) as the Updated Appendix.

**SO ORDERED** this **24th day** of **February, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE