# EXHIBIT 1

**Christopher H. Keyes**
**3104 SW 139th Street**
**Oklahoma City, OK 73170**
**405-378-7769 (H)    405-818-7266 (C)**
**ckeyesb@cox.net**

**Personal:**

DOB:  December 27, 1945
Syracuse, NY

**Education:**

Northern Valley Regional High School  1964
Demarest, NJ

Associate of Applied Science  1966
Orange County Community College
Middletown, NY

Bachelor of Science, Aviation  1972
Southeastern Oklahoma State University
Durant, OK

Masters Business Administration  1979
Southeastern Oklahoma State University
Durant, OK

**Professional Certificates:**

Airline Transport Pilot (ATP), AMEL, BAE-125, BE-300, BE-300F, CE-500, HS-125
Certified Flight Instructor (CFI),  ASMEL, Instrument Airplane

**Pilot Time:**

8,500 hours +

**Military:**

1966-1969  US Army
Military Police, Sgt. E-5
Honorable Discharge

## Christopher H. Keyes (cont.)

**Employment:**

1972 – 1987   I held various flying positions as a flight instructor, charter pilot, chief flight instructor, and chief pilot for both charter and corporate flight operations, operating single, multi, turboprop, and turbine powered aircraft.

1987 – 1991   I was employed by the FAA as an Aviation Safety Inspector – Operations in both the Boston and Oklahoma City Flight Standards District Offices (FSDO). During this time I was responsible for the certification of airmen and air carriers (14 CFR Part 135), accident investigations, and regulatory violation investigations.

1991 – 1995   During this period, I served as a FAA Academy instructor instructing in airmen and air carrier certification and regulatory compliance.

1995 – 1998   I was a Partial Program Manager with the FAA with oversight responsibility of the Hawker Aircraft Flight Program at SimuFlight, a simulator training company at DFW Airport, TX.

1998 – 2000   I served as the Manager of the Training and Qualification Branch, FAA Flight Inspection Program.  I was responsible for the training and checking of approximately one hundred pilots and  technicians that operated Flight Inspection aircraft around the world.

2000 – 2011   As a collateral duty, I served as the Chairman of the Safety Standards and Training Subcommittee of The Interagency Committee for Aviation Policy (ICAP).  The ICAP is comprised of aviation leaders from across the federal government who coordinate and advise GSA on developing aviation policy.  The SSTS conducted numerous Safety Audits for government flight programs such as NASA, DEA, Justice Department, Department of State, and Customs and Border Protection.

2000 – 2004   I was the Manager of the Oklahoma City Flight Standards District Office.  The FSDO had oversight for all aviation activity within the state of Oklahoma.  As part of my duties I was responsible for reviewing all accident reports and Enforcement Investigative Reports (EIRS) for accuracy and compliance with internal policy and guidance before they left the office for distribution.

 2004 – 2011 I held the position of Manager, National Flight Program Oversight Office with oversight responsibility of the five FAA Flight Programs ( 35 aircraft, 2,500 pilots).  The Oversight Office ensured that all FAA aircraft operations were conducted in accordance with applicable regulations, other government guidance, and in a safe and efficient manner.

2011 – Present   I am employed as a part-time contract instructor for the FAA at the FAA Academy in Oklahoma City.  I instruct in airmen and air carrier certification courses.