UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | Criminal Action No. 4:21-CR-5-O |
| v. | § § | |
| THE BOEING COMPANY, | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Movants' Motion for Disclosure of Relevant Information to Prove "Crime Victim" Status and Violation of Their Rights (ECF No. 72), filed March 4, 2022. Having considered the parties' positions, the Court finds that the Movants have presented good cause for an order requiring disclosure of information to them. Thus, the Court **GRANTS** the motion and directs the Government to identify any facts in dispute in the Movants' Proffer of Facts (ECF No. 72-1) and the basis for the dispute within one week. Thereafter, the Movants shall have one week to make specific discovery requests to the Government in connection with any disputed facts. Thereafter, the Government shall have two weeks to produce the requested information (or complete summaries thereof) or provide a privilege log regarding any such information that is privileged.

**SO ORDERED** this ___ day of **March, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE