UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Criminal Action No. 4:21-CR-5-O |
| THE BOEING COMPANY, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court are Movants' Second Amended Motion (ECF No. 52); Motion for Exercise of Supervisory Power over the Deferred Prosecution Agreement (ECF No. 17); Motion for Arraignment of Boeing (ECF No. 18); and Motion for Disclosure of Relevant Information (ECF No. 72). The Court **ORDERS** a hearing on the motions, to take place on **May 3, 2022**, at **9:00 AM** in the Second Floor Courtroom of the Federal Courthouse in Fort Worth, Texas.

**SO ORDERED** this **18th day** of **April, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE