# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF TEXAS

### FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. 4:21-cr-005-O-1 |
| | ) | |
| THE BOEING COMPANY, | ) | |
| | ) | |
| *Defendant* | ) | |
| ———————————————————— | ) | |

## <u>ENTRY OF APPEARANCE</u>

Darren Nicholson of the firm Burns Charest LLP, pursuant to the Local Rules of the United States District Court for the Northern District of Texas, hereby enters his appearance on behalf of Movants Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated ("victims' families"), and requests that all pleadings, motions, notices, and documents filed or served in this case be sent to him. Darren Nicholson certifies that he is admitted to practice in this court and is registered in this Court's Electronic Case Filing System.

Dated: April 26, 2022                        Respectfully submitted,

                                             /s/ Darren Nicholson
                                             Warren T. Burns (Texas Bar No. 24053119)
                                             Darren Nicholson (Texas Bar No. 24032789)
                                             BURNS CHAREST, LLP
                                             900 Jackson Street
                                             Suite 500
                                             Dallas, TX 75202
                                             469-904-4550
                                             wburns@burnscharest.com
                                             dnicholson@burnscharest.com

                                             ATTORNEY FOR VICTIMS' FAMILIES


## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 26, 2022, the foregoing document was served on the parties to the proceedings via the Court CM/ECF filing system.


                                             /s/ Darren Nicholson
                                             Darren Nicholson