# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Criminal Action No. 4:21-CR-5-O |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is U.S. Senator Ted Cruz's Motion for Leave to File Amicus Curiae Letter Brief (ECF No. 78), filed April 25, 2022. The Court **GRANTS** the motion and **ORDERS** amicus to file an electronic version of the letter on the docket no later than **April 29, 2022**.

**SO ORDERED** this **28th day** of **April, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE