UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  *Plaintiff* )<br>)<br>v. )<br>)<br>THE BOEING COMPANY, )<br>)<br>  *Defendant* )<br>_____ ) | Case No. 4:21-cr-005-O-1 |

**ENTRY OF APPEARANCE**

Tracy A. Brammeier of CLIFFORD LAW OFFICES, P.C., pursuant to the Local Rules of the United States District Court for the Northern District of Texas, hereby enters her appearance on behalf of Movants Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, and Guy Daud Iskandar Zen S. ("victims' families") and requests that all pleadings, motions, notices, and documents filed or served in this case be sent to her. Paul G. Cassell certifies that he is admitted to practice in this matter pursuant to the Court's April 28, 2022, Order granting her Application for Admission *Pro Hac Vice* (Doc. 86) and is registered in this Court's Electronic Case Filing System.

1

Dated: April 29, 2022                    Respectfully submitted,

                                            /s/ Tracy A. Brammeier
                                            CLIFFORD LAW OFFICES, P.C.
Admitted *pro hac vice*
120 N. LaSalle Street
36th Floor
Chicago, IL  60602
312-899-9090
TAB@CliffordLaw.com

Paul G. Cassell (Utah Bar No. 06078)
Admitted *pro hac vice*
(Counsel of Record)
Utah Appellate Project
S.J. QUINNEY COLLEGE OF LAW
University of Utah
383 S. University St.
Salt Lake City, UT 84112
801-585-5202
cassellp@law.utah.edu
(no institutional endorsement implied)

Warren T. Burns (Texas Bar No. 24053119)
Darren Nicholson (Texas Bar No. 24032789)
Burns Charest, LLP
900 Jackson Street
Suite 500
Dallas, TX 75202
469-904-4550
wburns@burnscharest.com
dnicholson@burnscharest.com

ATTORNEYS FOR VICTIMS' FAMILIES

## **CERTIFICATE OF SERVICE**

I certify that on April 29, 2022, the foregoing document was served on the parties to the proceedings via the Court CM/ECF filing system.

                                                 /s/ Tracy A. Brammeier
                                                 TRACY A. BRAMMEIER