UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 4:21-cr-005-O-1 |
| ) | |
| THE BOEING COMPANY, ) | |
| ) | |
| *Defendant* ) | |
| ) | |

**ENTRY OF APPEARANCE**

Kyle Oxford of Burns Charest LLP, pursuant to the Local Rules of the United States District Court for the Northern District of Texas, hereby enters his appearance on behalf of Movants Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, and Guy Daud Iskandar Zen S. ("victims' families") and requests that all pleadings, motions, notices, and documents filed or served in this case be sent to him. Paul G. Cassell certifies that he is admitted to practice in this matter pursuant to the Court's April 28, 2022 Order granting his Application for Admission *Pro Hac Vice* (Doc. 87) and is registered in this Court's Electronic Case Filing System.

1

Dated: April 29, 2022                                                                         Respectfully submitted,

/s/ Kyle Oxford

Paul G. Cassell (Utah Bar No. 06078)
Admitted *pro hac vice*
(Counsel of Record)
Utah Appellate Project
S.J. QUINNEY COLLEGE OF LAW
University of Utah
383 S. University St.
Salt Lake City, UT 84112
801-585-5202
cassellp@law.utah.edu
(no institutional endorsement implied)

Warren T. Burns (Texas Bar No. 24053119)
Darren Nicholson (Texas Bar No. 24032789)
Kyle Oxford (Texas Bar No.24095806)
Admitted *pro hac vice*
Burns Charest, LLP
900 Jackson Street
Suite 500
Dallas, TX 75202
469-904-4550
wburns@burnscharest.com
dnicholson@burnscharest.com
koxford@burnscharest.com

ATTORNEYS FOR VICTIMS' FAMILIES

## CERTIFICATE OF SERVICE

I certify that on April 29, 2022, the foregoing document was served on the parties to the proceedings via the Court CM/ECF filing system.

/s/ Kyle Oxford
Kyle Oxford

2