# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
|   *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 4:21-cr-005-O-1 |
| ) | |
| THE BOEING COMPANY, ) | |
| ) | |
|   *Defendant* ) | |
| ) | |

## ENTRY OF APPEARANCE

Pablo Rojas of Podhurst Orseck, P.A., pursuant to the Local Rules of the United States District Court for the Northern District of Texas, hereby enters his appearance on behalf of Movants Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, and Guy Daud Iskandar Zen S. ("victims' families") and requests that all pleadings, motions, notices, and documents filed or served in this case be sent to him. Pablo Rojas certifies that he is admitted to practice in this matter pursuant to the Court's April 28, 2022 Order granting his Application for Admission *Pro Hac Vice* (Doc. 84) and is registered in this Court's Electronic Case Filing System.

Dated: May 2, 2022

Respectfully submitted,

*/s/ Pablo Rojas*

Pablo Rojas (Florida Bar No. 1022427)
Admitted *pro hac vice*
Podhurst Orseck, P.A.
One S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
(305) 358-2800/Fax (305) 358-2382
projas@podhurst.com

Warren T. Burns (Texas Bar No. 24053119)
Darren Nicholson (Texas Bar No. 24032789)
Burns Charest, LLP
900 Jackson Street
Suite 500
Dallas, TX 75202
469-904-4550
wburns@burnscharest.com
dnicholson@burnscharest.com

ATTORNEYS FOR VICTIMS' FAMILIES

## CERTIFICATE OF SERVICE

I certify that on May 2, 2022, the foregoing document was served on the parties to the proceedings via the Court CM/ECF filing system.

*/s/ Pablo Rojas*
Pablo Rojas (Florida Bar No. 1022427)