**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Criminal Action No. 4:21-CR-5-O** |
| **THE BOEING COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On July 27, 2022, the Court issued an order scheduling an evidentiary hearing for August 8, 2022. The Court **ORDERS** that the hearing is rescheduled to **Wednesday, August 10, 2022**, at **2:00 PM**.

**SO ORDERED** this **29th day** of **July, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE