UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Case No. 4:21-cr-005-O-1 |
| THE BOEING COMPANY, | ) ) ) | |
| *Defendant* | ) ) | |

**ORDER GRANTING MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING**

Upon the unopposed motion of Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated ("victim family members"), for Continuance of the Evidentiary Hearing to Present Expert Testimony Establishing "Crime Victim" Status, this Court finds that the motion should be **GRANTED**. It is hereby **ORDERED** that the August 10th evidentiary hearing date is struck and parties are ordered to meet and confer regarding alternative dates in September. The Court further orders that parties file a status report on August 19, 2022 with possible dates for hearing.

Signed this _____ day _____ 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE