UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal Action No. 4:21-CR-5-O |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

### ORDER

On August 1, 2022, the Representatives filed a Motion to Continue the Evidentiary Hearing (ECF No. 98) currently set for August 10, 2022, citing scheduling conflicts among their expert witnesses. Two of the witnesses, Christopher Keys and Rune Storesund, have conflicts on August 10 and the third witness, Vickie Norton, cannot arrange to travel to court on that date. To accommodate Christopher Keys and Rune Storesund, the Court will set their testimony to begin at 9:00 am on August 5, 2022.[1]  Counsel for the Representatives shall provide dates in which Vickie Norton is not working during August so her testimony can be taken.  He should provide that information no later than August 5, 2022.

**SO ORDERED** this **2nd day** of **August, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk is directed to reset the August 5, 2022 criminal docket.