UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Criminal Action No. 4:21-CR-5-O |
| THE BOEING COMPANY, | § § § | |
| Defendant. | § | |

### ORDER

The schedule for the upcoming evidentiary hearing shall proceed as follows:

1) Christopher Keyes shall testify beginning at 9:00 am on August 5, 2022.

2) Dr. Rune Storesund and Vicky Norton shall testify beginning at 9:00 am on August 26, 2022.

**SO ORDERED** this **3rd day** of **August, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE