```
1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF TEXAS

3                     FORT WORTH DIVISION

4

5   UNITED STATES OF AMERICA, ) CASE NO. 4:21-cr-00005-O-1
                              )
6        Government,          ) FORT WORTH, TEXAS
                              )
7   VS.                       ) AUGUST 5, 2022
                              )
8   THE BOEING COMPANY,       )
                              )
9        Defendant.           ) 9:00 A.M.

10

11                     VOLUME 1 of 2
               TRANSCRIPT OF EVIDENTIARY HEARING
12           BEFORE THE HONORABLE REED C. O'CONNOR
               UNITED STATES DISTRICT COURT JUDGE
13

14

15   A P P E A R A N C E S:

16

17   FOR THE GOVERNMENT: CHAD MEACHAM
                         UNITED STATES ATTORNEY
18                       NORTHERN DISTRICT OF TEXAS
                         1100 Commerce Street, Third Floor
19                       Dallas, Texas  75249

20                       CORY JACOBS
                         ASSISTANT CHIEF UNITED STATES ATTORNEY
21                       CRIMINAL DIVISION, FRAUD
                         1400 New York Avenue, NW
22                       Washington, D.C.  20005
                         Telephone:  202.616.4994

23

24

25
```

```
 1

 2     A P P E A R A N C E S:

 3     FOR THE MOVANTS:     PAUL CASSELL
                            SJ QUINNEY COLLEGE OF LAW AT THE
 4                          UNIVERSITY OF UTAH
                            UTAH APPELLATE PROJECT
 5                          383 S. University
                            Salt Lake City, Utah  84112
 6                          Telephone:  801.585.5202

 7                          ERIN APPLEBAUM
                            KREINDLER & KREINDLER, LLC
 8                          485 Lexington Avenue, 28th Floor
                            New York, New York  10017
 9                          Telephone: 212.972.9432

10                          TRACY BRAMMEIER
                            CLIFFORD LAW OFFICES, P.C.
11                          120 N. LaSalle Street, 36th Floor
                            Chicago, Illinois  60602
12
                            CHASE HILTON
13                          BURNS CHAREST, LLP
                            900 Jackson Street, Suite 500
14                          Dallas, Texas 75202
                            Telephone:  469.914.7610
15

16     FOR BOEING COMPANY: BENJAMIN HATCH
                            BRANDON SANTOS
17                          ELISSA BAUR
                            McGUIREWOODS, LLP
18                          800 E. Canal Street
                            Richmond, Virginia  23219
19                          Telephone:  804.698.2194

20                          PATRICK HANEY
                            KIRKLAND & ELLIS, LLP
21                          1301 Pennsylvania Avenue N.W.
                            Washington, D.C.  20004
22                          Telephone: 202.239.5921

23                          IAN HATCH
                            WICK PHILLIPS GOULD & MARTIN, LLC
24                          100 Throckmorton Street, Suite 1500
                            Fort Worth, Texas  76102
25                          Telephone: 480.375.8992
```

1

2                                    I N D E X

3

4    PLAINTIFFS' WITNESS:

5    CHRISTOPHER KEYES –

6    Direct Examination by Mr. Cassell..................13

7    Cross-Examination by Mr. Jacobs....................93

8    Cont'd Cross-Examination by Mr. Jacobs...........116

9    Cross-Examination by Mr. Haney...................145

10   Redirect Examination by Mr. Cassell..............171

11   Reporter's Certificate...........................200

12   Word Index.......................................201

13

14                              E X H I B I T S

15   PLAINTIFFS' EXHIBITS:

16   Exhibit 1 – Mr. Keyes' Expert Report...............13

17   Exhibit 2 – KNKT Annex 13 Report...................57

18   Exhibit 3 – Ethiopian Interim Report...............68

19   Exhibit 4 – Final House Committee Report...........74

20   Exhibit 5 – Email..................................82

21   Exhibit 6 – Email..................................82

22   Exhibit 7 – FAA CANIC Report.......................91

23   Exhibit 8 – FAA CANIC Report.......................91

24   Exhibit 9 – FAA CANIC Report.......................91

25   Exhibit 10 – Press Release.........................93

```
1                  P R O C E E D I N G S

2                     AUGUST 5, 2022

3                          oOo

4          THE COURT:  All right.  This is Case

5   No. 4:21-cr-05, United States v. The Boeing Company.

6          So who do we have?  You are here representing?

7          MR. CASSELL:  Paul Cassell.

8          THE COURT:  And who else do you have here?

9          MS. BRAUMMEIER:  Tracy Brammeier, your Honor.

10          MS. APPLEBAUM:  Erin Applebaum.

11          MR. HILTON:  And Chase Hilton.

12          THE COURT:  Very good.

13          MR. CASSELL:  And with the Court's permission,

14   your Honor, I want to introduce Zekarias Shenkuh, whose

15   brother, Mulugeta Shenkuh, was killed in the crash, and has

16   traveled here today.

17          THE COURT:  Thank you for being here.

18          And do you have your witness?

19          MR. CASSELL:  We do have our witness.

20          THE COURT:  Let's go ahead and get your witness up

21   here while we let everyone else identify here.

22          MR. HATCH:  Good morning, your Honor.  Ben Hatch,

23   McGuireWoods, on behalf of The Boeing Company.

24          MR. HANEY:  Patrick Haney from Kirkland & Ellis

25   for Boeing.
```

1          MR. SANTOS:  Brandon Santos, McGuireWoods, for

2     Boeing.  Good morning, your Honor.

3          MR. HATCH:  Ian Hatch, Kirkland & Ellis.

4          THE COURT:  Good to see you, Ian.

5          MS. BAUR:  Elissa Baur.

6          THE COURT:  Very good.

7          MR. JACOBS:  Cory Jacobs with Chad Meacham and our

8     paralegal, Katie Holbrook, for the United States.  Good

9     morning, your Honor.

10          THE COURT:  Thank you all for being here.

11          Are you the witness?

12          THE WITNESS:  Yes, sir.

13          THE COURT:  Would you raise your hand, please, to

14     be sworn?

15          MR. CASSELL:  Your Honor, if I could be heard just

16     briefly, I have two preliminary issues that surfaced that

17     might expedite today.

18          THE COURT:  Yes.

19          MR. CASSELL:  The first is we've just been

20     informed that Boeing is intending to cross-examine witnesses

21     in this case.  In our view, the very narrow hearing today is

22     to establish the standing of the families to receive their

23     rights from the United States Department of Justice.  Boeing

24     has no interest in that narrow issue and lacks standing to

25     be heard today.

1          Of course, if the Court were to rule that the

2     families are victims, and then remedies and other things

3     might be in play, we would obviously agree Boeing could be

4     heard.  So, in our view, they have no standing to be heard

5     today.

6          I would point out, by the way, on the issue of

7     victim status, all of Boeing's briefs have one sentence on

8     that issue, and it says, "We agree with the government."

9          So they have not established any separate

10    interest.  We believe it would significantly expedite

11    today's proceedings if it was kept between the parties who

12    have an interest, the government and the families.

13          THE COURT:  Okay.  And did you have another point

14    or --

15          MR. CASSELL:  The second point is we haven't --

16    depending on who's participating, we still don't know what

17    the issues are that are in dispute.  We have provided, as

18    your Honor knows, a very extensive proffer.

19          We've provided three expert reports.  I think many

20    aspects in the proffer, many aspects in the victims' report

21    aren't disputed, but nobody is talking to us about what is

22    in dispute.  If we could get some clarity on that point, I

23    think we could expedite this hearing.

24          THE COURT:  Okay.  Mr. Meacham, what do you say to

25    all that?

```
 1              MR. MEACHAM:  I'm going to defer.

 2              THE COURT:  Whoever is taking the lead, what do

 3   you all say to that?

 4              MR. JACOBS:  With respect to that first issue,

 5   your Honor, we would defer to The Boeing Company, although

 6   we do think the defendant in this case does have an

 7   opportunity to be heard and should be able to cross-examine

 8   whatever witnesses that Mr. Cassell would like to proffer to

 9   the Court.

10              With respect to the second issue, I think at this

11   point, we just need to wait and see what is presented.

12   Obviously, Mr. Cassell, through his experts, intends to show

13   that the crash victims were directly and proximately harmed

14   as a result of the offense that was charged in the DPA.  Of

15   course, we dispute that fact, but we need to see exactly

16   what comes out during their testimony.

17              Although I would note, at least for the witness

18   that's going to testify today, this witness, I anticipate,

19   is going to take the position that, had the Aircraft

20   Evaluation Group and the FAA had the complete dataset, that

21   that would have impacted their training decision.

22              We dispute that and are prepared to cross-examine

23   the witness as to that particular conclusion today.  As well

24   as for the record, your Honor, just one other thing, we

25   would note that it's our view that, although the witness
```

1    that is going to testify today is certainly well qualified

2    as a pilot, certainly worked at the FAA, that that witness

3    is not qualified to actually render the opinion that the FAA

4    would have done something had they known more information.

5           We think that's beyond what this expert could

6    testify to.  And so he isn't actually qualified to testify

7    to that particular opinion about what the FAA, the federal

8    regulatory agency, would have done.

9           So in a way, we challenge this witness with

10   respect to Daubert.  We don't think that this witness is

11   someone who's qualified to actually render the particular

12   opinion that he's prepared to give today.  That's our

13   position.

14          Thank you, your Honor.

15          THE COURT:  Okay.  I will hear from him and take

16   that issue up at the end --

17          MR. JACOBS:  Thank you.

18          THE COURT:  -- the last issue you pointed out.

19          MR. JACOBS:  Thank you.

20          MR. HATCH:  Thank you, your Honor.  As to the

21   first issue about our participation, I'm surprised by

22   Mr. Cassell's position on that.

23          As the Court knows, we briefed every stage of

24   these issues.  We are a party to this case, and these

25   proceedings directly affect our interests.  I think, from a

1   fundamental due-process standpoint, we have the right to

2   cross-examine witnesses who are presented in a case, the

3   relief of which directly impacts our client, the requested

4   relief, which would be to undo the DPA in the agreement and

5   to take other actions that directly affect our interest.

6           On pages 2 of 5 on our response to the motion, we

7   agree with the government's assessment that the movants do

8   not need the CVRA definition and have standing, and we

9   adopted their reasons for that and stated that the request

10  could be denied on that basis alone.

11          And I believe in his response at Docket 65, on

12  page 10 at least, Mr. Cassell has acknowledged our joining

13  in arguments in that regard as to the government.  So we

14  have presented these arguments.  The issues directly affect

15  our interest.

16          I will say to the Court, like Mr. Jacobs, we

17  respectfully don't believe that this expert could meet the

18  Daubert standard.

19          Our intention would be for cross-examination,

20  certainly, to go after the government and to reduce our

21  cross-examination so it's not repetitive or duplicative of

22  the government.

23          And with the Court's permission, we could

24  certainly ask questions on the front end about the Daubert

25  standard, but we're also prepared to reserve all those.  If

```
 1    the Court understands we are objecting on Daubert grounds,

 2    we can reserve those for a unitary cross at the end.

 3              THE COURT:  What do you say, though, to

 4    Mr. Cassell's argument that you're not affected at all,

 5    whether they meet the standard under the CVRA of the

 6    victim -- crime victim, I should say, under CVRA, or not,

 7    has no effect on The Boeing Company?

 8              MR. HATCH:  Respectfully, your Honor, it does

 9    affect us.  Because, in litigation, in my experience, you

10    don't part -- what they have to do to the movants to

11    establish the relief they're requesting, as the Court, I

12    think, has laid out in its recent opinion, is first

13    establish standing under the CVRA, then, presumably

14    establish a violation, and then establish an appropriate

15    remedy.

16              That is all part and parcel of the motions that

17    they filed to which both we and the government have

18    responded as parties in this case.  It's part of their case

19    to obtain relief that directly affects my client.

20              THE COURT:  Right.  And I guess -- and I

21    understand that -- I guess what I'm wondering, though, is

22    that, if they do not meet the definition of crime victim in

23    the CVRA, you're in the same position you were in -- you

24    have been in all along.

25              If they do meet the definition of crime victim
```

1    under the CVRA, and that's all I'm determining, you're still

2    in the same position you have been in since the case has

3    begun, because there's nothing -- on that narrow issue,

4    there's nothing that Boeing has to do differently, whether

5    they meet the definition or don't meet the definition.  I

6    think that's the argument that he's making.

7            And then what I understand him to say is, if I

8    were to find that they are -- that they do meet the

9    definition, and then I were to conclude we should consider

10   what -- if they do meet the definition, if I were to

11   conclude, okay, what should we do about the agreement?

12   Should we set it aside?  Should we say too much time has

13   passed?  Whatever.

14           Then your interests are directly affected such

15   that you should be a full participant in any of those

16   hearings and present evidence, arguments, and that sort of

17   thing.  I think that's what his argument is.

18           And so, as it relates to the first thing -- so

19   there's two steps.  As it relates to the first step, he's

20   saying you really ought not be able to participate and

21   cross-examine his witness on step one.

22           MR. HATCH:  Yes.  And certainly, your Honor, under

23   the CVRA, The Boeing Company has, as I understand the

24   statute, no direct obligation to a crime victim.  That is an

25   obligation imposed on the government.

```
 1              But here -- and, certainly, if you're in, say, a

 2    civil case where there are multiple defendants and an

 3    argument is presented that would only affect one defendant,

 4    that might be one thing.  But in this case, the motions that

 5    are filed are motions that request relief that directly

 6    affects my client, regardless of whether -- the fact that we

 7    didn't commit a violation, we couldn't commit a violation,

 8    that is what the relief is.  It directly affects my client,

 9    undoing the DPA.

10              This is one of the elements that they have to

11    establish to get to that relief.  So I think that's where I

12    see it affecting my client is that the Court is working

13    through those elements that they have to establish the first

14    standing.

15              If they do not have standing, then the relief

16    they're requesting against my client ought not be granted.

17    If they do have standing, then they will proceed to argue

18    for other aspects of what they need to establish to

19    establish it.  So that's the impact on my client.

20              THE COURT:  Okay.  Very good.  I'm going to let

21    you ask some questions after the government.  We need to get

22    started.

23              So let's get your witness on.

24              MR. HATCH:  Thank you, your Honor.

25              MR. CASSELL:  All right.  The families call
```

```
 1    Christopher Keyes.

 2              THE COURT:  Yes.  Thank you.

 3              Would you raise your hand to be sworn.

 4         (The oath was administered.)

 5              THE WITNESS:  I do.

 6              THE COURT:  Please come up here and have a seat,

 7    sir.

 8              MR. CASSELL:  And, your Honor, to speed things up,

 9    at this time I'm going to offer Families' Exhibit 1, his

10    expert report, which I believe both sides have previously

11    received.  It's been filed.

12              THE COURT:  Exhibit 1 will be admitted into

13    evidence.

14         (Exhibit 1 was admitted into evidence.)

15                        DIRECT EXAMINATION

16    BY MR. CASSELL:

17         Q.   If I might briefly approach?

18              All right.  Good morning, sir.  Could you state

19    your name for the record, spelling your last name, please?

20         A.   Christopher Keyes.  K-e-y-e-s.

21         Q.   And I've handed to you what's been accepted as

22    Families' Exhibit 1.  Do you recognize that document there?

23         A.   I have Exhibit 2.

24         Q.   It's funny, yeah, it's Exhibit 2 in our proffer to

25    the Court, but for purposes of today's hearing, I will be, I
```

1    guess somewhat confusingly, referring to it as Exhibit 1.

2           So if you flip into the second page of that

3    document --

4         A.   Yes, sir.

5         Q.   -- do you recognize that document then?

6         A.   Yes, I do.

7         Q.   I wonder if I could direct your attention towards

8    the back of that particular document.  There's a section,

9    and I think it's entitled "Qualifications," which describes

10   your background.

11        A.   Yes, sir.

12           MR. CASSELL:  And, your Honor, since it sounds

13   like qualifications are at issue here, I would be ready to

14   simply proffer his CV.

15           THE COURT:  Any objection?

16           MR. JACOBS:  No objection.

17           MR. HANEY:  No objection.

18           MR. CASSELL:  Should I walk through?  I mean --

19           THE COURT:  However you want to.  I mean, I've

20   read -- skimmed through what you've submitted, but I will

21   defer to you on what you -- you've heard what they're about

22   to argue.

23           MR. CASSELL:  Right.  And I --

24           THE COURT:  So you could go to that point, if you

25   would like, but I don't want to limit you from presenting

1     anything that you feel like you need to present.

2                    MR. CASSELL:  Thank you, your Honor.

3                    I'm wondering if we could handle it this way, I

4     would propose that I simply dive into the substance of his

5     testimony.  They may then cross-examine about aspects, and

6     if I could be granted latitude on reply to deal with that,

7     that --

8                    THE COURT:  Yes.

9                    MR. CASSELL:  And again, maybe we would narrow

10    down the issues in dispute.

11                   THE COURT:  Do you have any objection to that?

12                   MR. JACOBS:  No, your Honor.

13                   MR. HANEY:  No, your Honor.

14                   THE COURT:  All right.  Thank you.  Proceed.

15    BY MR. CASSELL:

16        Q.   Mr. Keyes, I guess we can now go back to the main

17    body of your report.  And as I see it there, there are a

18    number of opinions that you're planning to offer today?

19        A.   Yes, sir.

20        Q.   To set the stage for today's hearing, I would like

21    to ask you four questions.  First, is it your opinion, to a

22    reasonable degree of aeronautical certainty that, had Boeing

23    provided the AEG with the complete dataset with regard to

24    MCAS for the 737 MAX, that AEG would have determined that

25    the changes warranted a higher level of differences training

1    involving simulators?

2         A.   Yes, they would.

3         Q.   My second question is, is it your opinion today,

4    to a reasonable degree of aeronautical certainty that, all

5    operators, both domestic and foreign of the 737 MAX, depend

6    on the FAA for appropriate and accurate information

7    regarding aircraft that they approve and the training they

8    recommend?

9         A.   It is.

10        Q.   My third question is, is it your opinion today to

11   a reasonable degree of aeronautical certainty that, the act

12   of withholding critical information regarding MCAS rendered

13   the applicable sections of the 737 MAX aircraft flight

14   manual and checklist unusable?

15        A.   I believe so, yes.

16        Q.   And my fourth question to set the stage is, is it

17   your opinion today, to a reasonable degree of aeronautical

18   certainty, that the lack of appropriate or incomplete MCAS

19   training put every crew member and passenger on board every

20   Boeing 737 MAX at an unwarranted risk for a catastrophic

21   event every time they took off?

22        A.   That is my opinion.

23        Q.   All right.  Well, with those opinions in mind --

24   and I understand the parties may be challenging some issues

25   about how you reached those opinions -- if I could direct

1   your attention to Appendix D in your report, which is, I

2   believe, entitled "References"?

3       A.   Yes, sir.

4       Q.   And I kind of -- what I wanted to know again,

5   since there appears to be a challenge to the basis for you

6   reaching those opinions, let's walk through some of the

7   items here.

8            I see Item 1 is a, "Final Committee Report

9   Regarding the Design, Development, and Certification of the

10  Boeing 737 MAX"?

11      A.   Yes, that is on there.

12      Q.   And could you briefly describe what that document

13  is?

14      A.   Basically, that was information gathered by

15  staffers for Congress looking into the issue of the 737 MAX

16  and their detailed report.  I looked at various sections of

17  it.  Especially the training portion of that report.

18      Q.   And my understanding is that the House Committee

19  on transportation spent 18 months investigating the 737 MAX,

20  collecting 600,000 pages of documents connected with that

21  issue.  Is that generally your understanding?

22      A.   That is my understanding.

23      Q.   Now, did you look at all 600,000 pages in reaching

24  your opinions here?

25      A.   No, I did not.

1      Q.   And I think you were mentioning there's a specific

2  section that was of greatest interest to you?

3      A.   Training.

4      Q.   All right.  And I think that's Chapter 7, if I

5  recall correctly.  Does that sound about right?

6      A.   That sounds about right.  I wasn't sure.

7      Q.   There were also a number of emails that the House

8  Committee collected in regard to the crashes in the 737.  If

9  somebody presented an email to you, would you use that in

10  part of determining your decision?

11      A.   If it was determining to the subject, I would.

12      Q.   So, for example, if today attorneys for the

13  government or attorneys for Boeing wanted to show you some

14  emails or information in that report, would you be glad to

15  look at that and see whether that alters your opinions in

16  any way?

17      A.   Yes, I would look at them.

18      Q.   All right.  I want to jump down to, I think it's

19  Item 3 there.  You mention that you looked at something

20  called "Republic of Indonesia Final Aircraft Accident

21  Investigation Report regarding the Boeing 737 MAX, Flight

22  610, on October 29th, 2018."  Do you see that?

23      A.   Yes, sir.

24      Q.   Could you tell the Court what that document is?

25      A.   Basically, that is an accident report.  It

1    followed the basic format of ICAO, Annex 13, for the

2    development and presentation of an accident report.  It

3    covered all of the usual topics, from history of the

4    aircraft, history of the pilots, communications, weather,

5    airworthiness of the aircraft, things of that nature.  What

6    their training had been, survivability.

7         Q.   So in the course --

8              I believe according to your CV, you were with the

9    FAA for 24 years?

10        A.   I was.

11        Q.   In those 24 years, did you ever see an accident

12   report of this type in the course of your duties?

13        A.   Yes, sir.

14        Q.   Roughly how many accident reports would you have

15   reviewed in the course of your duties?

16        A.   Hundreds.

17        Q.   Let's move on to the next item then.  I see here

18   Item 4.  There's a document entitled, "Federal Democratic

19   Republic of Ethiopia, Ministry of Transport, Aircraft

20   Accident Investigation Bureau Interim Report regarding

21   Ethiopian Airlines, 737 MAX, Flight 302."  Do you see that

22   there?

23        A.   Yes, sir.

24        Q.   And could you tell us what that document is?

25        A.   Basically, it's the same as the preceding one.  It

1    was a preliminary report in a basic ICAO type of format for

2    accident reports.  And starting with the synopsis and the

3    history of the flight, the crew members, aircraft, air

4    worthiness, survivability, weather, communications, and went

5    through most of that, yes.

6        Q.   So that's described as an "interim report."

7            Have the Ethiopian authorities issued a subsequent

8    report since then?

9        A.   Not to my knowledge.

10       Q.   And is that the single best source document if

11   somebody wanted to get to the bottom of why the Ethiopian

12   Airlines, Flight 302, crashed on that particular day?

13       A.   More than likely, yes.

14       Q.   All right.  And we will have an occasion to talk a

15   little bit more about that.

16           But then I noticed that further on down, you

17   reference as Item 5 of the materials, you considered various

18   provisions in Title 49 of the U.S. Code?

19       A.   Yes, sir.

20       Q.   Now, you're not an attorney, as I understand it?

21       A.   No way.

22       Q.   But did you have occasion, in the course of your

23   24 years of working at the FAA, to analyze how federal

24   statutes might interplay with some of your duties?

25       A.   I did.

1       Q.   And was Title 49 one of those statutes that you

2  worked with frequently?

3       A.   It would come into my realm of responsibility

4  where I would have to review that and see if it was

5  applicable in certain cases, either in an accident or a

6  violation or an incident.

7       Q.   All right.  And now, the next item here is Item 6.

8  It's 14 CFR.

9            MR. CASSELL:  It occurs to me, by the way, your

10  Honor, we have an extra copy of the report, if that would

11  be --

12            THE COURT:  I would like that, yes.

13            MR. CASSELL:  I apologize.

14            THE COURT:  No.  I should have brought one.

15            MR. CASSELL:  With the Court's permission?

16            THE COURT:  Thank you.

17  BY MR. CASSELL:

18       Q.   All right.  So I'm looking at -- this is an

19  Appendix B to Mr. Keyes' report which references Item 6.

20  There's a reference to 14 CFR, and that's Code of Federal

21  Regulations, and then various parts are listed there.

22            Again, could you just very briefly, for the Court,

23  describe what those various parts of 14 CFR are.

24       A.   As indicated, they're -- Part 21 talks to the

25  certification process for products and articles.

```
 1                Part 25 addresses, "Airworthiness standards for

 2   transport category airplanes."

 3                Part 26 was, "Continued airworthiness and safety

 4   requirements for transport category airplanes," and Part 60,

 5   "Flight simulator training, initial and continued

 6   qualifications and use."

 7        Q.   Could you tell us a little bit more about Part 60?

 8                What kinds of issues does that relate to?

 9        A.   That talks about the minimum qualifications to --

10   for a training center or an agency to use a simulator in

11   training.  Pilots that are trained in accordance with

12   federal regulations, there are certain minimums that they

13   have to meet.

14                There are different levels of simulators.  The FAA

15   has a simulator team that travels around the world and

16   certificates, or certifies, simulators.  And they also do

17   recurrent certification to ensure that simulators are still

18   meeting the minimum standard for use in airman

19   certification.

20        Q.   Now, Item 7, just briefly, what is that document

21   there -- or that item, I guess?

22        A.   That is FAA Order 2150.3C.  It's Federal Aviation

23   Administration Compliance Enforcement Program.

24        Q.   And I see several other orders there of a similar

25   nature.  I think I can tell sort of from the title the
```

 1      general topics.  Would that be correct?

 2           A.   Yes.

 3           Q.   Item 12 here is a, "Flight Standardization

 4      Board" -- let me just stop right there.

 5                "Flight Standardization Board," is there an

 6      acronym?

 7           A.   FSB.

 8           Q.   So this is an FSB report for The Boeing Company

 9      737.  I take it you had an opportunity to review the current

10      737 report?

11           A.   I did.

12           Q.   Roughly how long is that report, or what does it

13      look like?

14                What are the general sort of subjects that are

15      covered there?

16           A.   The subjects that would be covered there would be

17      the process and the procedure that the people reviewing

18      training programs would use to review a manufacturer's

19      training program, how they would apply regulations.

20                In other words, how did they -- did they meet the

21      minimum requirement of the regulations?  And they would make

22      a determination of required -- minimum required training for

23      the industry to use for certification of pilots and what an

24      operator or manufacturer would have to do -- or correction,

25      an operator would have to do in order to meet the

1    requirements of the report to have their pilots properly

2    trained and meet the requirements there and get approval

3    from their principal operations inspector to use that

4    training program.

5        Q.   And we mentioned -- or, I'm sorry, you mentioned a

6    moment ago you looked at the current report.

7            I take it you didn't look at the actual 737 MAX

8    report that was in effect on the date of the crash?

9        A.   I did not have access to that.

10       Q.   Did you have access to descriptions of that report

11   in other documents that you reviewed?

12       A.   I came across numerous references to that.

13       Q.   And did that give you a sufficient basis, in your

14   view, to reach opinions regarding the reports?

15       A.   It did.

16       Q.   And could you give the Court an example of the

17   kind of document that you were able to look at describing

18   the FSB report that existed back when the crashes occurred?

19       A.   Well, there were several documents.  The accident

20   reports of Lion Air and Ethiopian Air made reference to

21   training.

22           The committee report made reference to training.

23   Some of the other documents that I went through made

24   references back to training, and I would go back to the FSB.

25       Q.   And the documents you just referenced, the

1    accident reports and so forth, are those the kinds of

2    documents that experts, trying to offer the kinds of

3    opinions that you're offering here today, would consult in

4    offering their opinions?

5         A.   Yes.

6         Q.   And then the last item here, it looks like there's

7    some ICAO documents.  Again, for the benefit of the Court, I

8    know it has been involved in a number of aviation matters

9    over the last year, but just briefly, "ICAO," what is that

10   exactly?

11        A.   The International Civil Aviation Organization.

12        Q.   All right.  And you looked at some of the annexes

13   that were relevant to the matters here?

14        A.   Yes, sir.

15        Q.   Okay.  Well, we'll have an opportunity to go into

16   more detail in how some of these documents interact with

17   your opinions, but I wanted to get right to it.

18             I think one of your opinions is that, "All

19   operators, domestic and foreign, of the 737 MAX depend on

20   the FAA for appropriate and accurate information regarding

21   aircraft they approve."

22             I want to direct your attention to that particular

23   opinion.  And the first thing I want to do in connection

24   with that is -- I think you've looked also, as part of

25   preparing for the hearing, at a Statements of Fact that the

1    government and Boeing prepared?

2         A.   Yes, I did.

3         Q.   I think it's got 50 some-odd paragraphs in there?

4         A.   Yes, I'm familiar with it.

5         Q.   Are the opinions you're offering today consistent

6    or inconsistent with those Statements of Fact?

7         A.   It would be consistent with those facts.

8         Q.   Now, in particular -- I know the Court doesn't

9    want us to repeat everything that's in the Statement of

10   Facts, but I just want to set the stage by directing your

11   attention to the Statement of Facts, paragraph No. 10.

12             Let me just read that to get that into the record

13   for purposes of this morning's hearing.

14             It says that, "The conclusion of the FAA's

15   evaluation of the new version of the airplane, the FAA AEG

16   published an FSB report.  Among other things, the FSB report

17   contained relevant information about certain airplane

18   systems and parts that the aircraft manufacturer was

19   required to incorporate into airplane manuals and pilot

20   training materials for all U.S.-based airlines that would

21   fly the airplane."

22             Are you familiar with that Statement of Facts?

23        A.   Yes, I am.

24        Q.   And so, let's just drill into that a little bit.

25             There was an FSB report applicable, then, to the

27

1    737 MAX?

2         A.    There was.

3         Q.    And paragraph 10 indicates that, "This material

4    would have been then incorporated into the training

5    materials," and -- I'm sorry -- "aircraft manuals and

6    training materials for all U.S.-based aircrafts," U.S.-based

7    aircraft, I'm sorry.

8              Could you explain a little bit about how that gets

9    conveyed to U.S.-based airlines?

10             I shouldn't say "aircraft."   I meant to say

11   "airlines."

12        A.    Yes.   The FAA, through the FSB, has done an

13   evaluation of a -- either a new airplane or a variant of an

14   existing aircraft.   They depend on -- a lot on the

15   information provided by the manufacturer to make a

16   determination of what type of training would be required for

17   that new variant.

18             They then take that information and they compile a

19   master differences rating table, which the operator would

20   look at -- the airlines would look at, and they would make a

21   determination of how best they would incorporate that into

22   their training program.

23             Incorporating that into their training program,

24   then, would consist of a change to their training program.

25   The principal operations inspector, the individual who

1   has -- is kind of the manager of that certificate for the

2   FAA, would take a look at that revision to the training

3   program.

4           He would then look at the FSB himself and look at

5   that report and ensure that the operator has included all of

6   the information required from the FSB into the new training

7   program or the revised training program.

8           If he has done -- they have done so, then the POI

9   would put his stamp of approval on that change to the

10  training program, and it would go in and begin -- they would

11  begin training the pilots on this new variant.

12      Q.   All right.  So that was with respect to U.S.-based

13  airlines.

14          Would the FSB report also be available to

15  foreign-based airlines?

16      A.   Yes, it would.

17      Q.   And how would it be made available to a

18  foreign-based airline?

19      A.   It's a published document that's out there on the

20  Internet.  It's available to anybody.  The FAA knows -- and

21  the manufacturer would have a list of all of the customers,

22  everybody that owned that make and model of aircraft, and

23  the FAA would use their master list of who has the aircraft,

24  what airlines they're operating under, to send out

25  notification that there's been a change to the FSB.  And

1    they would then go to the foreign country, and they could

2    make their determination on that.

3            The FAA is kind of considered one of the more

4    influential authorities on these matters.  And in many

5    cases, foreign countries will look to the FAA for that

6    guidance.

7            In the case of an FSB, the foreign operator can

8    take that information and incorporate it into their training

9    program, in accordance with their local or their national

10   guidelines on how they conduct training.

11           And it kind of helps them along because they don't

12   have to reinvent the wheel.  They don't have to go in and

13   dig all that information out.  It's presented to them, for

14   the most part, because the FAA and the United States

15   aviation industry is kind of considered one of the world

16   leaders in aviation.  People look to it to have confidence

17   that that information is good, and they will take and

18   incorporate it into their programs.

19      Q.   You mentioned that foreign countries generally

20   might just adopt the FSB report.  Are there particular types

21   of countries or aviation authorities that are probably more

22   inclined, in your view, to simply follow the FAA

23   recommendations?

24      A.   I would think that a country that did not quite --

25   have quite the resources, either in personnel experience or

1    financial resources, might lean more on the FAA for

2    information, as opposed to having to spend the time to

3    develop it on their own.

4        Q.   Now, you've been describing how American decisions

5    by the FAA would be transmitted or perhaps followed by

6    foreign-based airlines.  Is that something that's a top

7    secret piece of information, or is that something that's

8    generally known in the aviation industry?

9        A.   It's generally known.

10       Q.   And are you familiar with a company known as The

11   Boeing Corporation?

12       A.   I am.

13       Q.   And is this the kind of information that would

14   have reached The Boeing Corporation in the course of its

15   normal affairs of building aircraft and selling them to

16   customers?

17       A.   Oh, yes.

18       Q.   I think I saw in your report that you mentioned

19   that the FSB report is "a single-source document" that a

20   foreign-based airline could look to.

21            Could you help me understand what you a mean by

22   "single-source document"?

23       A.   It's a primary document that has gone into the

24   differences of an aircraft, different variations.  They've

25   done all the legwork.  They've worked closely with the

1   manufacturer.  In some cases, they actually get into the

2   simulator and test it out and they make that determination.

3         And once again, that's public knowledge.  It's not

4   top secret.  Anybody can have that.  So it would be one

5   place to go.  I'm not aware of anyplace else that would have

6   that information or develop that information.

7   Q.   So a country like Indonesia, when they buy an

8   American aircraft, are they going to, as you say, reinvent

9   the wheel and start from scratch on these types of issues?

10   A.   No.  They're going to take the information that's

11   available to them.  I'm sure the manufacturer is going to

12   provide a lot of technical support in the way of

13   airworthiness.  Any training that needs to be done for their

14   people, they would do that.

15         The FSB comes in there when they start talking

16   about the training for pilots.  And that's where the

17   determination is made there.

18   Q.   Would it be fair to say, when foreign countries or

19   foreign operators are looking at this information from the

20   FAA, that they would be expecting that it would be

21   appropriate and accurate information?

22   A.   Yes.

23   Q.   And you were mentioning the FAA is regarded as one

24   of the preeminent authorities.  I'm assuming that one of the

25   reasons Americans can be proud of the FAA is, generally, the

1    information they're transmitting is appropriate and

2    accurate?

3         A.   Yes.

4         Q.   All right.  Well, let me turn now to the next

5    opinion that I want to talk about.  We will have a few

6    more -- we will get into some specifics when we start

7    looking into the specific crashes.  But right now, let's

8    kind of look at a general level.

9              The next opinion I want to talk about is that,

10   "The act of withholding critical information regarding

11   MCAS" -- and just for the record, I think everybody at this

12   point is well aware that MCAS is Maneuvering Capabilities

13   Augmentation System, a software system in the 737 MAX --

14   "rendered the applicable sections of the 737 MAX aircraft

15   flight manual and checklist unusable."

16             Did you see in the materials you reviewed

17   references to the flight manuals and checklists that existed

18   on the 737?

19        A.   I did.

20        Q.   And I also was able to say what MCAS means.  I'm

21   assuming that you know a bit about MCAS at this point in the

22   case?

23        A.   I do.

24        Q.   What did you do to get ready to testify today

25   about issues relating to MCAS?

1    A.   I looked at the material that I could bring up.  I

2    got online, Googled "MCAS," looked at it, reviewed it, got a

3    basic feel for what it is.

4    Q.   Now, did you see anything about MCAS in either of

5    the accident investigation reports?

6    A.   No.  I don't recall that they specifically

7    mentioned MCAS, but they may have.

8    Q.   I'm sorry.  I was talking about -- so, for

9    example, in the Indonesian accident report, did you look at

10   the section that they had dealing with how MCAS operated in

11   that particular accident?

12   A.   Yes.  They had detailed reports.

13   Q.   And I take it you looked at that section in the

14   Indonesian --

15   A.   Yes.

16   Q.   Similarly, with the Ethiopian report?

17   A.   Yes.

18   Q.   All right.  Now, I would like to direct your

19   attention to -- again, not to repeat, but just to set the

20   stage -- "Statement of Facts," paragraph 43, which says,

21   "Based on Boeing's misleading statements, half-truths, and

22   omissions to the FAA AEG about MCAS, and in reliance on

23   those statements and omissions, the FAA AEG agreed to delete

24   all information about MCAS from the 737 MAX, FSB report."

25        Are you aware of that statement?

1      A.   Yes, I am.

2      Q.   Could you help explain what would then be the

3   ramifications of deleting -- what was it -- "all information

4   about MCAS from the FSB report"?

5      A.   If the information pertaining to MCAS is deleted

6   or withheld or not forwarded to the AEG for evaluation, the

7   AEG is going to make certain determinations based on

8   internal documents on how they go about evaluating

9   information.  And they are going to probably -- in that

10  case, they would apply incorrect standards to that

11  information and, as a result, come up with an erroneous

12  determination as to what training was needed.

13          That would then create a cascading effect where

14  the information would not be in the flight manual.  The

15  information that's critical to it would not be included in

16  the checklist.  It would not have been included in training.

17          Consequently, it would be a trickle down.

18  Everybody that needed -- especially the crew that needed to

19  know the information or get trained on it would not have

20  access to that information or have been trained on it.

21      Q.   And this may be an obvious point, but I think to

22  be clear in the record, why would pilots want this kind of

23  information in the course of flying aircraft that hold

24  hundreds of people on it?

25      A.   Well, the whole idea of training is to educate the

1   crews on all of the systems of the aircraft.  Each carrier

2   will have a different philosophy on how deep they want to go

3   into the systems of the aircraft.

4           But as a pilot, they need to know about the

5   systems on their aircraft, how they work and, if they

6   malfunction, how to react properly to that malfunction.

7       Q.   This sounds like it could be a life-or-death

8   issue?

9       A.   Depending on the system, it could be, yes.

10      Q.   Let's go to Statement of Facts, paragraph 46.

11  It's similar, but I think it's important to underscore this

12  one.

13          Paragraph 46 in the Statement of Facts says,

14  "Because of Boeing's intentional withholding of information

15  from the FAA AEG, the final version of the 737 Max FSB

16  report lacked information about MCAS.  And relevant portions

17  of this 737 MAX, FSB report were materially false,

18  inaccurate, and incomplete."

19          Could you explain how the report would have been

20  "materially false, inaccurate, and incomplete"?

21      A.   I would characterize it as incomplete simply

22  because they did not receive or have the appropriate

23  information concerning certain facets of information.

24      Q.   All right.  And a moment ago you mentioned this

25  trickle-down effect extending to flight manuals.  I want to

```
 1    build a record now a little bit about how aircraft flight

 2    manuals would be operating in this context.

 3              My understanding -- and you're obviously the

 4    expert here, but my understanding is that over the last

 5    several decades, the FAA has required aircraft manufacturers

 6    to provide an approved aircraft flight manual for each

 7    aircraft that's certified?

 8         A.   Yes.

 9         Q.   And it seems like the aviation folks always want

10    to use acronyms.  So is there an acronym for aircraft flight

11    manual?

12         A.   "AFM."

13         Q.   And have you seen AFMs in the course of your 24

14    years with the FAA and your -- your other aviation

15    endeavors?

16         A.   I've seen many.

17         Q.   Does this requirement for a flight manual apply to

18    the Boeing 737 MAX?

19         A.   It would.

20         Q.   And who reviews the AFMs to make sure that they're

21    appropriate?

22         A.   There's several organizations within the FAA that

23    participate in that review of the AFM because it addresses

24    many issues, and not just issues that would affect the crew

25    up in the front.
```

```
 1              There are a lot of other systems and pieces of

 2   equipment that they would look at.  So it's kind of a team

 3   effort to look at the AFM and put it together, different

 4   organizations.

 5              Probably within Boeing, they would have different

 6   people that would add those pieces to it.  And when the FAA

 7   got ahold of it, they would assign certain parts of it to

 8   certain specialities.

 9       Q.   All right.  And then what -- can you just describe

10   generally what an AFM would look like?  I mean, what sorts

11   of things are in a flight manual?

12       A.   Basically, the AFM would describe all of the

13   systems within the given aircraft in fairly -- in very much

14   in detail.

15       Q.   Now, if it's going to be in great detail, I'm

16   wondering whether the pilots might want a slimmed-down

17   version of the flight manual in certain circumstances?

18       A.   They do.  They came out -- operators usually

19   create a company flight manual which, because of the bulk of

20   the information and the quantity of the information, they

21   pare it down and get the essentials out and basically put

22   that in the company flight manual, and that is the

23   information that a pilot can look at and use.

24       Q.   I think you referred to it as a company flight

25   manual, a CFM, the acronym that is commonly used?
```

1    A.   Yes.

2    Q.   Does the CFM have any impact on the safe operation

3  of a commercial aircraft?

4    A.   Yes.

5    Q.   Could you explain how it could impact the safe

6  operation of a commercial aircraft?

7    A.   Once the manual is approved, the operator gets a

8  copy of it.  The training people will take ahold of it, and

9  they will go through it, and they would develop and

10  formulate a training program based on the information they

11  glean from that document.

12       Also from that document, they will develop their

13  checklist.  A checklist is very important.  It's a federal

14  aviation requirement that they provide check- -- that the

15  operator provide a checklist and that the crew uses the

16  checklist.

17       So much of the training and the checklists and CFM

18  come out of that source document, the AFM.

19    Q.   I want you to assume that, as the Statement of

20  Facts says, "Boeing provided incomplete and fraudulent

21  information to the FAA about MCAS."

22       What cascading effect would that have on the CFM?

23    A.   Well, if the information was withheld and not

24  included in the CFM when the training people started to

25  review that document to develop a training program for it,

1    the training would be incomplete.

2              Also, if there was no information about the faults

3    for the MCAS system, there would not obviously be anything

4    that would be put into the checklist that would help the

5    crew to address an emergency situation or a non-normal

6    situation with that system.

7         Q.    Now, you mentioned emergency situations.  I'm

8    assuming these documents are all of critical importance if

9    the plane is becoming unstable or something along those

10   lines?

11        A.    Yes.

12        Q.    Again, that would be a life-or-death situation

13   potentially?

14        A.    It could be, yes.

15        Q.    You mentioned, too, that there are sometimes steps

16   that are laid out for pilots to handle emergency situations.

17             Are you familiar with something called a checklist

18   in this context?

19        A.    Yes.

20        Q.    So I want to turn to the subject of pilot

21   checklists on the Boeing 737 MAX.  What would the checklist

22   for a 737 MAX look like?

23        A.    It will vary from carrier to carrier.  It will

24   cover the essentials.  It will cover normal operations,

25   non-normal operations, and emergency operations.  So you

1    will normally have three sections.

2            It will address the various flight regimes from

3    start to taxi, pre-takeoff, takeoff, climb, crews, descent

4    before landing, landing, taxiing, shutdown, things of that

5    nature.  The more sophisticated the aircraft, the longer the

6    checklist.  And the simple single-engine airplane usually

7    has one or two pages.

8            But the checklists are -- once again, they are

9    reviewed by the FAA.  The principal operations inspector, he

10   will look at that, and he will approve that based on the

11   information he has gotten from those particular documents.

12       Q.   I want to focus you in on an emergency situation.

13   How would a checklist promote safety in an emergency

14   situation?

15       A.   It varies on the emergency.  Some emergencies that

16   arise do not permit the pilot the luxury of time to pull up

17   his checklist and look at it.

18            There are those emergencies where they have memory

19   items that they have to act immediately in order to maintain

20   safe flight.

21            They go through training.  They go through a

22   ground school.  And then they get into a simulator usually,

23   they go through those memory items.  Once they've completed

24   the memory items, then they can pull up the checklist and go

25   through the emergency checklist.

1            And that will, number one, ensure that the memory

2     items were all addressed.  And then it usually goes on for

3     some clean-up items that aren't that critical.  You shut

4     this engine down or you started that -- or charged that fire

5     bottle or something.

6            Then there are certain other steps that go on that

7     are not as critical to safe flight, but are kind of what we

8     call clean-up items, and they would use a checklist on that.

9        Q.   Let me focus you in to an emergency that might be

10    caused from what I will call, uncommanded MCAS activation.

11           Was the Boeing 737 MAX, at the time of the

12    Indonesia crash, provided with a checklist to tell the

13    pilots what to do in such a situation?

14       A.   They had a checklist for uncommanded pitch trims.

15       Q.   What about uncommanded MCAS activation?

16       A.   I did not recall seeing anything of that nature.

17       Q.   And, in fact, because Boeing had provided

18    incomplete and inaccurate information to the FAA, would it

19    be fair to say that that would be one of the areas where the

20    cascading effect you talked about would be in play?

21       A.   Yes.

22       Q.   I want to direct your attention now to Statement

23    of Facts, paragraph 46.  There's the second sentence in that

24    agreed Statement of Facts, which again I'll just read for

25    purposes of setting the stage here.

1          "In turn, airplane manuals and pilot training

2     materials for U.S.-based airlines lack the information about

3     MCAS.  And the relevant portion of these manuals and

4     materials were similarly materially false, inaccurate, and

5     incomplete as a result."

6               Are you familiar with that Statement of Facts?

7          A.   I am.

8          Q.   And is your opinion consistent with that Statement

9     of Facts?

10         A.   It is.

11         Q.   It mentions -- they stuck the words in "U.S.-based

12    airlines" in that Statement of Facts.  I am wondering about

13    that.

14               Wouldn't it be fair to say that, generally

15    speaking, the same would be true for foreign-based aircraft?

16         A.   Yes.

17         Q.   And why would that be the case?

18         A.   They're operating a U.S.-manufactured aircraft,

19    and basically the information about the systems, what

20    training would be required, would be applicable to that

21    aircraft regardless of what the country of registry would

22    be.

23         Q.   All right.  I want to turn now to -- and we'll

24    have some more information about the two crashes in a

25    moment, but let's talk generally about your next opinion.

1    Your next opinion is, "Had the Boeing 737 FSB been

2    provided with a complete dataset with regards to the MCAS

3    for the 737 MAX, they would have determined that the changes

4    warranted a higher level of differences training involving

5    simulators."

6    You're obviously familiar with your opinion on

7    that.

8    A.   Yes.

9    Q.   Let me just ask you, in the course of your flying

10   career, your FAA duties, your subsequent consulting, ever

11   been exposed to issues surrounding flight simulators?

12   A.   I have.

13   Q.   Have you ever been in a flight simulator?

14   A.   I have.

15   Q.   Why don't you tell us a little bit about -- let's

16   unpack your experience with flight simulators.

17   What sort of the experience have you had with

18   flight simulators?

19   A.   I have trained as a pilot on numerous flight

20   simulators.  I worked with the -- I was one of the

21   certification people for Semiflight over here in Dallas, and

22   they were the first training center to be certificated under

23   FAR Part 142.

24   Q.   I'm sorry.  You're going to have to unpack that

25   for me a little bit.  So they were certificated.  Why don't

1    you explain exactly what that means.

2        A.   At that point, the FAA determined with all of

3    these simulators that were around the country, they needed

4    to have kind of a standard for training, and they came up

5    with the FAR 142 training centers.

6            We spent two years working with them to get them

7    certificated as a 142 training center, flight safety.  Many

8    of other training centers, people that have simulators, are

9    all under 142.

10           And as part of the certification, we had to -- I

11   looked at a lot of the training, particularly for the Hawker

12   aircraft, sat through all the ground schools, and then I

13   went through and had to observe the simulator training to

14   ensure that the simulator training was adequate and it met

15   the standards and the objectives and completion standards

16   for the training programs.

17           We also had to look at the simulator and

18   coordinate with the National Simulator Team on the use of

19   the simulator, especially with the Hawker.

20           The Hawker was a unique simulator in that it could

21   be converted from an 800 to a 1,000, which are two different

22   type ratings.  And we had to work with the Semiflight to get

23   them to develop a checklist for the conversion from the 800

24   to the 1,000.

25           It started out at about eight or 10 hours.  They

1    got it down to about a four-hour process.  We had to go in

2    and check the simulator, some basic functions, after each

3    conversion.  I was involved with that for the Hawker.

4         Q.   Yeah, you mentioned you were involved in that.  I

5    just want to -- so the record is clear, you said, "We had to

6    do this.  We had to do that."  Were you personally involved

7    in these certification projects?

8         A.   I was.

9         Q.   And did you get a good understanding of aircraft

10   simulators as a result of your involvement in the

11   certification process?

12        A.   I got a good introduction to it.

13        Q.   I think also, in the course of your career, you

14   were an aviation safety inspector, is my understanding?

15        A.   Yes, sir.

16        Q.   Did that involve any interactions with flight

17   simulators?

18        A.   Yes, it did.

19        Q.   Could you tell me a little bit about what you did

20   there?

21        A.   As aviation safety inspector, I was a national

22   resource for King Airs and for Hawkers.  I went out and,

23   either in an airplane or a simulator, I would administer the

24   appropriate practical test for an airman to get a type

25   rating or an additional rating or get currency in a

1    particular -- in 135, which is air taxi, if you will.  And a

2    lot of those were done in the simulator.

3         Q.   You mentioned you were a national resource.  That

4    was -- again, that was part of your duties at the United

5    States government's FAA?

6         A.   Yes.  As an FAA inspector, I was designated as a

7    national resource.

8         Q.   Now, you mentioned this Hawker aircraft.

9    Obviously, today's case involves a 737 MAX.  Are any of the

10   principles that you've been describing involving flight

11   simulators in other cities and other planes applicable to

12   the Boeing 737 MAX?

13        A.   Yes.

14        Q.   Could you describe briefly the similarities and

15   processes that you see there?

16        A.   Basically, the approval process for training

17   programs for the use of simulators, pretty much standard

18   across, depending -- irregardless of what make and model

19   aircraft it is.

20             The simulators have to meet certain minimum

21   standards.  And they have to have certain functions

22   available to them so that they can adequately replicate

23   certain situations for the pilot to react to as part of the

24   testing and training programs.

25        Q.   Have you ever been inside a 737 simulator?

1      A.   Yes, I have.

2      Q.   Your opinions you're offering today, you believe,

3   rest on this body of work that you've been describing here

4   briefly?

5      A.   Yes.

6      Q.   The kinds of things that you have been describing,

7   are those the kinds of things that experts who would want to

8   offer opinions about appropriate levels of training would

9   rely upon?

10     A.   I believe so, yes.

11     Q.   Well, let's now dive into some more specifics

12   about training for the 737 MAX.  I think you were telling us

13   a little bit earlier about something called master

14   difference requirements.

15          Could you explain for the Court how, when a new

16   version of the 737, like the 737 MAX, comes online,

17   differences between that aircraft and earlier aircraft would

18   be assessed?

19     A.   The FAA would work with the manufacturer to

20   determine what new -- or what differences exist between the

21   old, or the previous variation, and the new variation.

22          They would analyze those differences and make a

23   determination as to what type or what level of training

24   would be required to provide pilots with sufficient

25   information for them to satisfactorily operate the new

1  variation.

2       The purpose of that was so the pilot that has

3  never flown a 737 would get trained, and he would get a type

4  rating on his certificate saying he can fly the 737.

5       The training with the variants, differences

6  training, allows the operator to provide differences

7  training to the pilots, or the crew members, test them on

8  it, and find them proficient.

9       And that way, just doing the training on the

10 variations, or on the differences, reduces or eliminates the

11 necessity for them to have to go back and get type rated on

12 a whole new airplane, which is -- you know, they're familiar

13 with, could be 90 percent of it, 95 percent of it,

14 75 percent.  That's what the variation does.  That's usually

15 the differences.  They will train you on that.

16      Q.   I don't want to repeat all the information that's

17 in the Statement of Facts on this, and I know that the Court

18 is very familiar with these different levels going from A to

19 E., have you heard about those as well?

20      A.   I'm familiar with them.

21      Q.   And just to sort of jump right to it, as relevant

22 here, Level B is generally going to be regarded as, I think

23 it's referred to as computer-based training or something

24 similar to that?

25      A.   I believe in the definition it talks about, it can

1    be direct training with a direction.

2        Q.    And then Level D, as I understand it, is a more

3    rigorous level of training?

4        A.    It is.

5        Q.    And what is Level D training?

6        A.    Level D training would involve placing the crew

7    members in a simulator and going through specifically those

8    variations and allowing them the opportunity to see, feel,

9    touch, hear, what those are and gives them a chance to train

10   to proficiency on that.

11       Q.    You mentioned a moment ago that a simulator you

12   were working on took two years to get approved.  I take it

13   the number of simulators for something like the 737 MAX is

14   pretty limited?

15       A.    What I said was that it took two years to get the

16   142 certificate.  There was a lot involved with it, with not

17   just the simulators, but there was course material, course

18   instruction, the structure of the organization, and how they

19   controlled quality control.

20            Part of the reason that it took so long was that

21   we -- the FAA came out with a regulation, but it lagged

22   behind the guidance in the 8900.1 handbook, the guidance for

23   inspectors, and also with the -- lacked the advisory

24   circular that usually goes out, which is a document that the

25   operators can look at and use that for guidance on how to

1   proceed to get an approval of something like that.

2          So, it was new to the FAA.  It was new to the

3   operator.  And that's why it took two years.  Simulators

4   were there --

5   Q.  Let me just -- maybe I can focus on what I think

6   is critical here.

7          Is it fair to say Level D training is going to be

8   more expensive for --

9   A.  Yes.

10  Q.  And just briefly, why?  Why is that the case?

11  A.  Well, you have the operation of the simulator, and

12  cost of the simulator is in the millions of dollars,

13  obviously.  The people necessary are trained properly to use

14  that simulator.

15         And that would obviously add tremendously to the

16  cost versus sitting down in a classroom with a computer or

17  little small booklet in front of you and an instructor up in

18  front for half an hour or an hour.

19  Q.  I want to direct your attention now to a

20  particular paragraph in the Statement of Facts.  That's

21  paragraph 19.

22         It refers to an email sent by Boeing employee Mark

23  Fortner, in which he states, "If we lose Level B, it will be

24  thrown squarely on my shoulders.  It was Fortner.  Yes,

25  Fortner, who cost Boeing tens of millions of dollars."

1              Are you familiar with that paragraph?

2         A.   Yes.

3         Q.   Is that consistent or inconsistent with the

4    opinion you've just offered there?

5         A.   That would be consistent.

6         Q.   And he's talking about millions of dollars.  I

7    know you didn't look at an exact totaling up of the amounts,

8    but does that seem like a -- I guess it's Boeing's own

9    employee -- does that seem like a reasonable calculation to

10   you?

11        A.   I would say so, yes.

12        Q.   Now, before the two crashes that are of interest

13   in this case, what level of training did the FAA AEG

14   indicate was appropriate for the pilot transitioning to the

15   Boeing 737 MAX?

16        A.   According to the documents that I reviewed, they

17   recommended and put into the FSB, Level B training.

18        Q.   Now, that would apply, as I understand it, to the

19   U.S.-based airlines?

20        A.   It would.

21        Q.   The FAA does not have formal jurisdiction over

22   foreign airlines; is that correct?

23        A.   Yes.

24        Q.   But if we look beyond the black letter law to

25   real-world practical effects, would an FAA determination on

```
 1    these kinds of training issues ever have an effect on

 2    foreign-based carriers?

 3         A.   Yes.

 4         Q.   What kind of effects would it have?

 5         A.   I would say the same kind of effect that it would

 6    have on a U.S.-based carrier.  They would look to that

 7    information, take that, incorporate it into their own

 8    training.  They would certainly look at it as a safety issue

 9    and would want to make sure that they operated at the

10    highest level of safety.

11         Q.   And again, because we can proudly say as Americans

12    that the FAA has a lot of authority in these areas, is that

13    one of the reasons why the recommendations from the FAA are

14    often given credence in other countries?

15         A.   Yes.

16         Q.   I take it part of the reason they're given

17    credence in other countries is, in general, other countries

18    are expecting American manufacturers of aircraft to be

19    truthful and honest in the information they provide to the

20    FAA?

21         A.   Yes.

22         Q.   All right.  Well, we've been talking generally

23    about these issues.  I now want to focus in on a particular

24    date.  October 29th, 2018.

25              MR. CASSELL:  With the Court's permission, I would
```

1   like to approach the witness briefly, and I will provide a

2   courtesy copy for the Court as well, and we'll provide

3   copies to counsel as well.

4   BY MR. CASSELL

5        Q.   Let me set the stage briefly.  I think it's

6   undisputed that in Statement of Facts paragraph 28, "On

7   October 29th, 2018, Lion Air, Flight 610, a Boeing 737 MAX,

8   crashed shortly after takeoff into the Java Sea near

9   Indonesia.  All 189 passengers and crew on board died."

10            I take it you are familiar with that crash?

11       A.   Yes.

12       Q.   Now, this was an Indonesian airline that had a

13   plane taking off from Jakarta, crashing into the Java Sea

14   near Indonesia.  I'm assuming once a crash like that occurs,

15   there's international interest in what happened?

16       A.   Yes.

17       Q.   Why would there be interest in figuring out what

18   happened?

19       A.   Well, many other countries operate the same type,

20   make, and model of aircraft, in this case, the 737 MAX, and

21   they would be most interested in finding out what happened

22   so that they could perhaps take the appropriate steps to

23   prevent that from happening to them.

24       Q.   Then earlier we were talking about this

25   organization known as ICAO.  Does ICAO have anything to say

1    about accident investigations and who is in charge of those

2    investigations?

3        A.    The ICAO is -- kind of sets the recommended

4    standard for the world -- aviation world to follow.

5        Q.    And I'm sorry, so is there an annex dealing

6    specifically with --

7        A.    Annex 13.

8        Q.    And so, for a crash of the type that I've just

9    described, who would be responsible for doing that

10   investigation?

11       A.    Primarily, it would be the CAA of Indonesia.

12       Q.    All right.  Now, I want you to take a look at

13   what's been marked for identification as Families'

14   Exhibit 2.

15            It says, let's see at the outset here, if I'm

16   pronouncing this correctly, Komite Nasional Keselamatan.

17   Transportasi Republic of Indonesia.

18            Do you understand who is generally preparing their

19   report?

20       A.    Yes.  It would be -- the information there, it

21   would be the KNKT, I believe is what they call it.

22       Q.    So I think for convenience, then, I will refer to

23   them as "KNKT."  Is that a convenient shorthand?

24       A.    Yes, I believe so.

25       Q.    And if we flip to the inside front cover of this

1     KNKT report, I see a signature from someone who's the

2     chairman of this KNKT, I guess, it is?

3          A.   Yes.

4          Q.   And if I can direct your attention up towards the

5     top of the page, there's -- the second paragraph says, "This

6     report is based upon an investigation carried out by the

7     KNKT in accordance with Annex 13 to the convention."

8               Is that the Annex 13 that you've been referring

9     to?

10         A.   It is.

11         Q.   All right.  So now that we know who prepared this

12    report -- the report seems to be pretty lengthy here.  Let's

13    see, 317, 319 pages, I believe -- without going through

14    every page, can you tell us what kind of information is

15    generally in this report?

16         A.   Again, it would have, as indicated there with the

17    table of contents:  The history of the flight, the injuries

18    to the persons, damage to the aircraft, personnel

19    information for each one of the crew members.  They would go

20    into their training background, their currency, medicals,

21    experience on that particular make and model, flight time

22    within the last year, last six months, 90 days.

23              They would look at the aircraft.  They would go

24    back into the records and look at the maintenance records,

25    what has been done to that aircraft.  Are all of the

1    required maintenance items done, done in the proper manner,

2    and in a proper sequence, and in a timely manner?

3         They would look at any "squawks," if you will,

4    where pilots would write up that something broke, something

5    was faulty, something didn't work.  They would look at those

6    to see if they had been addressed.  They would look at all

7    the different systems on the aircraft.  To the extent that

8    they can, these investigators just about rebuild airplanes.

9         They are able to get it in a large hangar and

10   start laying out the pieces.  And they can do a phenomenal

11   job of looking at individual pieces and tell what -- what

12   piece broke, why it broke.  They look at the weather

13   information, aero communications, medical, and pathology.

14        As a matter of course, in the United States, any

15   fatalities involving a crew member, the FAA would direct a

16   -- we had what we call the tox kit.  And they would do an

17   autopsy and determine the presence of alcohol or any illicit

18   drugs, or any kind of drugs, including over-the-counter,

19   that might have been in the system of the crew members.

20        And then they also look at survivability.  Excuse

21   me.  They will look at the organizational -- excuse me.

22   They will look at the organizational structure of the

23   organization, the owner of that company, or that type of

24   aircraft involved in the accident, to determine if they had

25   effective management, they had effective risk programs in

 1    place, and if they were executed.

 2            So it's usually a very in-depth type of look at

 3    it.  They also come up with -- at the end, they usually put

 4    their analysis and safety recommendations that come out of

 5    the accident report.

 6        Q.   I think you said earlier that, in the course of

 7    your duties at the FAA, you had seen hundreds of accident

 8    reports coming across your desk in one way or another?

 9        A.   Yes.

10        Q.   Does this accident report we're looking at here

11    resemble and follow the kinds of protocols and methodologies

12    that you have seen in those other reports?

13        A.   Yes.  The format and the methodology is pretty

14    much the same whether it's a small, single-engine airplane

15    or, say, a large transport category aircraft.

16        Q.   Did the information inside this report appear

17    trustworthy to you?

18        A.   I believe it would be, yes.

19            MR. CASSELL:  Your Honor, at this time, I would

20    offer into evidence Families' Exhibit 2.

21            THE COURT:  It will be admitted.

22        (Exhibit 2 was admitted into evidence.)

23            MR. JACOBS:  I'm going to object to that, your

24    Honor.  Just for the record, objection to hearsay.

25            MR. CASSELL:  All right, your Honor --

58

```
1            MR. HANEY:  We join the objection, your Honor.

2            MR. CASSELL:  I would like to build a brief record

3    to explain why the hearsay objection is inadequate, or I

4    guess maybe I shouldn't do that, because I could do it later

5    on.

6            THE COURT:  Just go ahead and ask your next

7    question.

8            MR. CASSELL:  All right.  I would note for the

9    record, if I could for just one sentence, the government

10   cited this very document in its earlier briefing.

11   BY MR. CASSELL:

12       Q.  All right.  Let's turn in for the report, then.  I

13   think you said you relied on this report in preparing your

14   opinions?

15       A.  I did.

16       Q.  I'm going to identify a couple of particular

17   findings in the report, and then I'm going to ask you if you

18   relied on it and whether they were significant.

19            "The KNKT found that the flight manual for the

20   Boeing 737 MAX aircraft that crashed did not include

21   information about MCAS."

22            Did you rely on that fact in reaching your

23   opinions?

24       A.  I read that, and I took that into consideration.

25       Q.  What significance did you attach to that fact?
```

1          A.   I considered that a very significant factor.   In

2     that a major piece of information was missing, and,

3     therefore, not available to the crew.

4          Q.   "KNKT found that the flight crew training for Lion

5     Air, Flight 610, did not include information about MCAS."

6               Did you rely on that finding in reaching your

7     opinions?

8          A.   I did.

9          Q.   What significance did you attach to that fact?

10          A.   Once again, the crew of the aircraft would be

11     flying without complete information and knowledge about the

12     aircraft in which they were flying.

13          Q.   "KNKT found that no information about MCAS was

14     given in the flight crew manuals for the Lion Air flight.

15     And KNKT found that there were no procedures for mitigation

16     in response to erroneous MCAS activation."

17               Did you rely on that fact in reaching your

18     opinions?

19          A.   Yes.

20          Q.   And again, what significance was there to that

21     particular fact?

22          A.   Once again, the final analysis, the crew was not

23     completely trained, did not know of the system's -- complete

24     knowledge of the systems on their aircraft and had to review

25     to -- or correction -- how to respond to an emergency or an

1    abnormal situation regarding that system.

2        Q.   "KNKT also found that not including information

3    about MCAS in the flight crew operation manual made it more

4    difficult for the flight crew to diagnose problems and find

5    the corrective actions to overcome the improper MCAS

6    activation that occurred before the crash."

7            Did you rely on that finding in reaching your

8    conclusion?

9        A.   Yes.

10       Q.   And what significance did you attach to that?

11       A.   I would say that, the same thing.  The pilots

12   would be -- have incomplete training and not have full

13   knowledge of the systems on their aircraft.

14       Q.   Just a couple more here, and then I will move on

15   to the next subject.

16           "KNKT found that flight crew training would have

17   supported the recognition of abnormal situations and

18   appropriate flight crew action, but Boeing did not provide

19   information and additional training requirements for the 737

20   MAX since the plane was considered similar to previous

21   models."

22           Were you familiar with that fact?

23       A.   I was.

24       Q.   And what significance did you attach to that?

25       A.   It would be the same.

 1          Q.   And now, just two last ones that are found.  I

 2     think you said at the end sometimes these reports have kind

 3     of overall conclusions.

 4               And in the overall conclusion section of this

 5     report, at page 207, KNKT found, "Without understanding of

 6     MCAS and reactivation after release of the electric trim,

 7     the flight crew was running out of time to find a solution

 8     before the repetitive MCAS activations, without fully

 9     retrimming the aircraft, placed the aircraft into an extreme

10     nose-down attitude that the flight crew was unable to

11     recover."

12               Were you aware of that fact as well?

13          A.   I read that, yes.

14          Q.   And what significance did you attach to that

15     conclusion?

16          A.   Going back to the lack of training.  They had not

17     been exposed to that situation.  Therefore, they were kind

18     of flying with that situation with one hand tied behind

19     their back.

20          Q.   One last conclusion, "KNKT found" -- at page

21     207 -- "The investigation believes that the flight crew

22     should have been made aware of MCAS, which would have

23     provided them with awareness of the system and increase

24     their chances of being able to mitigate the consequences of

25     multiple activations in the accident scenario."

1          Were you familiar with that conclusion?

2     A.   Yes.

3     Q.   And what significance did you attach to that?

4     A.   Once again, the lack of information to the crew

5  members prevented them from being able to react in a -- an

6  appropriate manner to overcome the situation and stabilize

7  the aircraft.

8     Q.   And just to be clear, the situation led to the

9  death of 189 people?

10    A.   Yes.

11    Q.   Let me talk a little bit now about differences

12  training against that backdrop of that particular aircraft

13  and that particular flight.  I want to talk about how Level

14  D versus Level B would have interacted with the events

15  there.

16          On October 29th, 2018, when 189 people died, what

17  level of training was the FAA recommending for that

18  aircraft?

19    A.   At that time, it was Level B.

20    Q.   And was that Level B recommendation based on

21  complete information from Boeing or incomplete information?

22    A.   It was not based on complete information.

23    Q.   At that time, those pilots were not given

24  simulator training on how to deal with improper MCAS

25  activation.  Is that fair?

1    A.   Yes, that's correct.

2    Q.   Is it fair to say that, because Boeing made a

3  conscious effort to deceive the FSB by withholding critical

4  information regarding MCAS on the 737 MAX, the FSB,

5  following applicable guidelines, came to the logical

6  conclusion that Level B differences training was

7  appropriate?

8    A.   Yes, sir.

9    Q.   "Once it was discovered that Boeing had

10  intentionally and fraudulently omitted critical data

11  regarding the 737 MAX, MCAS system, the FSB later

12  reevaluated the data."

13         And do you know what that later reevaluation

14  concluded?

15    A.   They came up with a reevaluation of Level D.

16    Q.   Why would the FAA want to have Level D training to

17  deal with these kinds of situations?

18    A.   Basically, when they had all of the information

19  made available to them following their own internal guidance

20  and evaluations, they made the determination that a Level D

21  would be the appropriate level of differences training.

22         MR. CASSELL:   Now, I think your Honor is aware

23  that in a couple of weeks we're going to have Vickie Norton,

24  a pilot, who's actually gone through some of these

25  trainings.

```
1    BY MR. CASSELL:

2        Q.   But I want to ask you, you've also been through

3    flight simulator training --

4        A.   Yes, sir.

5        Q.   -- not on the 737 MAX?

6             But based on these other simulators you've gone

7    through, what advantages would simulator trainings -- the

8    simulator training have given to those pilots on that

9    flight?

10       A.   Simulator training is just kind of like what it

11   says.  It simulates a real-life situation.  The simulator

12   duplicates what the aircraft is capable of doing.  The

13   simulator or the operator of the simulator has the

14   capability to introduce different faults, different

15   scenarios to the crew, where there are different reactions

16   that are required.

17            It gives the pilots the opportunity to take

18   information and knowledge that they have gained in the

19   classroom and now take it and put it and apply it into the

20   cockpit.

21            If there are memory items to be done, it gives

22   them the opportunity to execute those memory items.  And if

23   something is wrong, they have the opportunity to freeze the

24   simulator, stop it in mid-motion, and to discuss what was

25   wrong.
```

 1           The simulator gives the pilot or the crew members

 2    the opportunity to, not only hear what is being taught or

 3    what he needs to know, but he has a chance to see it.  He

 4    can see it on the gauges.  He can see it on trim wheels.  He

 5    can see it on message boards, on lights.

 6           He can feel it.  He can feel what kind of control

 7    services he has.  He can feel which way the aircraft is

 8    going and how to react to that.  He can get a certain

 9    visceral sense of what's happening without being in a

10    real-life, dangerous situation.

11           So it gives him several opportunities, through

12    several senses, to reinforce the learning so that, when he

13    goes out and starts flying the line, he has that knowledge

14    that, if that situation comes up, the training on how to

15    properly react to that particular emergency is pretty

16    well-ingrained in him and he knows what to expect, and he's

17    not sitting there in a quandary wondering, what do I do

18    next?  Or trying to figure out from scratch, well, what do I

19    do?  There's something in writing that he learned and he

20    actually experienced.

21       Q.   All right.

22           MR. CASSELL:  And again, your Honor, we'll hear a

23    lot more about this in a couple of weeks when Vickie Norton

24    comes in.

25    ///

1    BY MR. CASSELL:

2         Q.   We've now covered the Indonesia crash.  I'm going

3    to jump over to the Ethiopian crash.

4              But just briefly, during that four-month period, I

5    understand that there was something called an FCOM, a Flight

6    Crew Operations Manual on -- when was that?  November 6.

7    And on November 10, there was a, I think, a MOM, a

8    multi-operator message, touching briefly on some MCAS

9    issues.

10             I take it you are aware of those two documents?

11        A.   I am.

12        Q.   Did you see those two documents as significantly

13   changing the safety landscape from the Indonesian crash to

14   the Ethiopian?

15        A.   No, I did not.

16        Q.   All right.  If the parties have other questions, I

17   suppose we will hear about that later.

18             Let's go to the Ethiopian Airline crash.  With the

19   Court's permission, I would like to approach the witness

20   briefly to provide Families' Exhibit 3.

21   BY MR. CASSELL:

22        Q.   And to set the stage for this report, according to

23   the Statement of Facts, "On March 10th, 2019, Ethiopian

24   Airlines, Flight 302, a Boeing 737 MAX crashed six minutes

25   after takeoff near Nahari, Ethiopia.  All 157 passengers and

1    crew were killed."

2              I take it you are familiar with that Ethiopian

3    crash?

4         A.   I am.

5         Q.   The Statement of Facts is pretty vague on this

6    topic.  The Statement of Facts said that, "The FAA learned

7    that MCAS activated during the flight and may have played a

8    role in the crash."

9              Were you able to get more information about the

10   role that MCAS played in the Ethiopian crash?

11        A.   A little bit.  But, again, that's not my

12   bailiwick, the machinations of MCAS.

13        Q.   Right.  But I take it you looked at this

14   particular report that you have in front of you there?

15        A.   Yes, I did.

16        Q.   And just, I guess, since there may be a similar

17   objection, this report was prepared by the Federal

18   Democratic Republic of Ethiopia Ministry of Transport

19   Aircraft Accident Investigation Bureau, Interim Report.

20             Is that the same kind of authority as the KNKT

21   that we were talking about?

22        A.   I believe it is, yes.

23        Q.   And why was it that the Ethiopian authorities were

24   investigating this crash of an Ethiopian airline?

25        A.   Well, they had jurisdiction.  It was one of their

1    nationally registered aircraft and company within their

2    jurisdiction.

3        Q.   So, like the Indonesian crash, the ICAO annex we

4    were talking about was -- provided that legal authority for

5    them to --

6        A.   They used the framework for that.

7        Q.   And was this report, again, without going through

8    all the details, was it similar to the lengthy report we

9    were just looking at for the Indonesian crash?

10       A.   Yes.

11       Q.   In your estimation, was it similarly trustworthy?

12       A.   I believe so, yes.

13       Q.   And would an expert trying to offer the kinds of

14   opinions you're offering rely on a report of this type?

15       A.   Yes.

16            MR. CASSELL:  Your Honor, at this time, I would

17   offer Families' Exhibit 3.

18            MR. JACOBS:  Objection, hearsay.

19            MR. HANEY:  Join the objection.

20            THE COURT:  Overruled.  It will be admitted.

21       (Exhibit 3 was admitted into evidence.)

22   BY MR. CASSELL:

23       Q.   All right.  Now, again, as I did with the

24   Indonsian report, I'm going to highlight a couple of facts

25   and then ask you whether you relied on that and whether they

1    were significant.

2              The first fact is found on page 131 of the report.

3    The Ethiopian AAIB -- and again, that's -- what is it?  The

4    Accident Investigation Bureau, I think -- found that,

5    "Shortly After ET-302 takeoff, multiple automatic nose-down

6    trim MCAS were activated."

7              Were you aware of that finding?

8              Or did you rely on that finding, I guess I should

9    say?

10        A.   I have reviewed that, yes.

11        Q.   And what significance did you attach to that

12   particular fact in the context of the opinions you're

13   offering today?

14        A.   Once again, I think that they were very slim on

15   training.

16        Q.   Well, indeed.

17             Going right on to the next page of the report,

18   page 132.  "The Ethiopia AAIB found that the difference

19   training from the Boeing 737 NG" -- which, as I understand,

20   was the predecessor version -- "to the 737 MAX provided by

21   Boeing was inadequate."

22             Did you rely on that finding in reaching your

23   conclusions?

24        A.   I had looked at that, yes.

25        Q.   And what significance did you attach to the fact

1    that the Ethiopian authorities thought the training was

2    inadequate?

3         A.   At that point, then, it goes back to the

4    fundamental problem there that -- that I saw was the lack of

5    training that the crews received.

6         Q.   And I think earlier today you were talking about

7    simulator training.  At page 132, if I understand things

8    correctly, the Ethiopian AAIB recommended that the

9    difference training for pilots transitioning to the 737 MAX

10   should include simulator sessions to familiarize them with

11   normal and non-normal MCAS operation.

12        Did you rely on that fact in reaching your

13   conclusions?

14        A.   Yes, I read that.

15        Q.   And what significance did you attach to that fact?

16        A.   It told me that they realized that the information

17   that they had relied on for differences training did not

18   really support the fact, and that the best way to get crews

19   trained from that point on would be to put them into a

20   simulator situation where they could better learn and

21   understand that system.

22        Q.   And, in fact, on that same page, the Ethiopian

23   AAIB recommended that the training simulators needed to be

24   capable of simulating AOA failure scenarios.

25        Did you rely on that fact?

1          A.    Yes.

2          Q.    Just so the record is clear, AOA, that's a angle

3    of attack sensor that, I think, the Court is very familiar

4    with?

5          A.    Yes.  Yes.

6          Q.    Just so the record is clear, but they recommended

7    training on a failure scenario?

8               Could you help us understand what that kind of

9    training would look like and why it might be important to

10   pilots dealing with AOA failure scenarios?

11         A.    Basically, you have a -- on a more sophisticated

12   aircraft, they have the AOA.  It will give them an

13   indication of the angle of attack of the aircraft, which is

14   the difference between the chord line and the relative wind.

15              And in very simple terms, the higher the angle of

16   attack, the closer you get to getting to an aerodynamic

17   stall.  Very important for any aircraft to know what that

18   stall situation looks like, what it feels like.

19              So if it was getting false information, it would

20   be very difficult for the crew to make a determination of

21   exactly where they are.  There are other instruments that

22   they could rely on.  Normally, it's one of those situations

23   where, if they've had the appropriate training, they know

24   what to do.  If they have a fault on the AOA, they know what

25   system to use, what instrument to use, what screen to look

1    at for backup information to get more reliable information

2    and discount the AOA.

3              MR. CASSELL:  All right.  At this time, your

4    Honor, I would like to briefly approach the witness and

5    offer another report.  This is the House report.  With the

6    Court's permission?

7              Which has been marked for identification -- this

8    has been marked for identification as Families' Exhibit 4

9    which -- let's see here.  I think the cover page indicates

10   that is the final committee report on the design,

11   development, and certification of the Boeing 737 MAX coming

12   from the Committee on Transportation and Infrastructure.

13             Again, I don't know if there's going to be an

14   objection to this, but maybe I should set the stage here in

15   case there is.

16   BY MR. CASSELL:

17        Q.   I notice that on page 3 of this report there's the

18   statement, "This report concludes the U.S. House Committee

19   on Transportation and Infrastructure's 18-month long

20   investigation of the design, development, and certification

21   of the 737 MAX aircraft and related matters."

22             Is that your understanding of what's in this

23   document here?

24        A.   Yeah.

25   ///

```
1         Q.   And is this the kind of document that an expert

2    like you, trying to provide expert opinions of the type

3    you're offering, would ordinarily rely upon in reaching

4    those expert opinions?

5         A.   Yes.

6         Q.   In fact, if we go to page 6 of the report, I see

7    there -- I think it's in the second paragraph on page 6 it

8    says the committee held five hearings on issues related to

9    the 736 MAX program, has written 23 oversight letters,

10   including 12 records request letters, received an estimated

11   600,000 pages of letters from Boeing, the FAA, airlines, and

12   others, and conducted two dozen official interviews with

13   current Boeing and FAA employees and others.

14             Do you see that there as well?

15        A.   Uh-huh.

16        Q.   Is that generally consistent with your

17   understanding of the type of information that's found in

18   this House report?

19        A.   Yeah.

20             MR. CASSELL:  Your Honor, at this time I would

21   move for the admission of Families' Exhibit 4.

22             MR. JACOBS:  Objection, hearsay.

23             MR. HANEY:  Join the objection, your Honor.  This

24   document contains multiple levels of hearsay and, of course,

25   an expert can rely on permissible hearsay in formulating his
```

1    opinion, but that doesn't necessarily make it admissible

2    under the rules.

3                THE COURT:  Overruled.  Exhibit 4 will be

4    admitted.

5         (Exhibit 4 was admitted into evidence.)

6                MR. CASSELL:  Again, I know that we're taking a

7    long time here, but I appreciate the Court's patience on all

8    of these points we think are going to our argument here.

9    BY MR. CASSELL:

10        Q.   So I'm going to do the same thing I've done on

11   these other reports.  I'm going to ask you, were you

12   familiar with -- or did you rely on a finding here, and then

13   what significance did you attach to it?

14                So I notice in page 25 of this report, the

15   following:  "From 2015 to 2018, information regarding the

16   fact that Boeing's own test pilot took more than 10 seconds

17   to respond to uncommanded MCAS activation in a flight

18   simulator leading to potentially catastrophic consequences

19   was included in at least six separate internal Boeing

20   coordination sheets on MCAS's requirements.  This indicates

21   Boeing's keen awareness of the importance of this

22   information."

23                Were you aware that the House committee reached

24   this conclusion?

25        A.   I was.

 1      Q.   And did you find this to be a significant fact in

 2  connection with some of your --

 3      A.   I do.

 4      Q.   Why would it have been significant that -- well,

 5  actually, I'm sorry.  Let's just move on to the next one.

 6           At page 142, just to kind of -- this is a summary

 7  of obviously dozens of pages in the report, "In the end,

 8  MCAS played a key role in both MAX crashes."

 9           Did you rely on that finding?

10      A.   I read it, yes.

11      Q.   And how was that significant in your opinions?

12      A.   Once again, it supported my feeling and conclusion

13  that the training was inadequate for the 737 MAX with regard

14  to MCAS.

15      Q.   Let's jump back one page earlier, page 141.  The

16  House committee found, "The assumption that pilots

17  transitioning from the 737 NG to the 737 MAX would only need

18  a limited amount of differences training and no simulator

19  training diminished safety."

20           Were you aware of that finding?

21      A.   Yes.

22      Q.   And how did that factor into your analysis today?

23      A.   Once again, with the lack of training, a pilot of

24  the aircraft would not be properly equipped to deal with a

25  specific emergency.

 1          In this case, malfunction of the MCAS system and

 2   would not know how to react.  And in reality, would probably

 3   have a moment or two where they would look at it and not

 4   know how to respond because they hadn't been taught how to

 5   respond and precious seconds might have gone by while they

 6   tried to figure out what to do.

 7       Q.   A couple of points today.  You've mentioned the

 8   cascading effect of Boeing's lies.  I noticed that on page

 9   141 is the following, "More than any other program

10   objective, ensuring that the FAA's pilot training

11   requirements for the MAX did not include simulator training,

12   had an incredibly significant cascading effect on the 737

13   MAX program that undermined the safety of the flying

14   public."

15          Were you aware of that finding?

16       A.   Yes.

17       Q.   And, again, how is that significant in the context

18   of your opinions?

19       A.   It's the same issue there, that the pilots are

20   flying an aircraft that they're not thoroughly trained on,

21   and the fact that people get onto that airplane, the flying

22   public, they're getting into a situation where there's a

23   higher risk they're not aware of because a pilot has not

24   been properly trained or thoroughly trained.

25       Q.   Another finding that I thought was significant is

1    found on page 26.  The committee report says, "In

2    March 2017, the month the 737 MAX was certified by the FAA,

3    Boeing's 737 chief technical pilot responded to colleagues

4    about the prospects of 737 MAX simulator training, writing,

5    'Boeing will not allow that to happen.  We will go

6    face-to-face with any regulator who tries to make that a

7    requirement.'"

8              Were you aware of that finding?

9         A.   I was aware of that.

10        Q.   How does that factor into the opinions that you're

11   reaching here today?

12        A.   I find it rather disturbing.

13        Q.   Let's go to the next one on 26 to 27.  House

14   finding here is, "In May and June 2017, as some foreign

15   carriers ask Boeing about providing simulator training for

16   their pilots transitioning to the 737 MAX from the NG,

17   emails show Boeing's chief technical pilot strongly opposed

18   such training, and in one case even successfully talked a

19   carrier" -- I think in context, that's a foreign carrier --

20   "out of using such training for its pilots on the 737 MAX."

21             Were you aware of that finding?

22        A.   I was.

23        Q.   And does that support or undercut your

24   conclusions?

25        A.   It supports my conclusions.

1     Q.   The next one of interest is at page 156.  It talks

2   about an airline that is involved directly in this case.

3          In a June 2017, Instant Message exchange with a

4   Boeing colleague, Fortner wrote, "Now, freaking Lion Air

5   might need a sim to fly the MAX and maybe because of their

6   own stupidity.  I'm scrambling to figure out how to unscrew

7   this now."

8          Are you aware of that finding?

9     A.   I am, yes.

10    Q.   Is that consistent with the fact that you told us

11  later on that, when the accident investigators tried to

12  reassemble what had happened on the Lion Air aircraft, there

13  had been no simulator training for those pilots?

14    A.   There had been none.

15    Q.   At page 157, the Committee found, "In

16  December 2017, Mr. Fortner informed a colleague in an

17  Instant Message exchange that he made a foreign airline" --

18  again, foreign airline -- "feel stupid about trying to

19  require any additional training requirements.  'I just Jedi

20  mind-tricked the fools'" Mark Fortner wrote -- or "I should

21  be given a thousand dollars every time I take one of these

22  calls," he said.  And then added, "I saved this company a

23  sick amount of $$$$."

24          Is that something you were familiar with as well?

25    A.   I am.

1    Q.   And is that consistent with the information that

2    you've been describing about how foreign airlines did not

3    have additional training, I think is the way Mr. Fortner was

4    putting it?

5    A.   It is.

6    Q.   The House committee wrote, "Even after the fatal

7    Lion Air crash, Boeing maintained that its rationale for

8    removing references to the MCAS from the 737 training manual

9    was still valid.  Boeing asserted that the addition of MCAS

10   on the 737 MAX did not affect knowledge, skills, abilities,

11   or flight safety."

12          Were you aware of that finding?

13   A.   Yes.

14   Q.   And was that consistent again with what you were

15   telling us happened in those two crashes --

16   A.   Yes.

17   Q.   -- where they were not knowledgeable about these

18   issues?

19   A.   Yes.

20          MR. CASSELL:  I now have two emails that I'm going

21   to provide.  It's going to be -- I think we are up to

22   Families' Exhibit 5?

23          So we are going to have Families' Exhibit 5.

24   Let's see.  We will have Families' Exhibit 5 and Families'

25   Exhibit 6.

1          I'm going to provide, with the Court's permission,

2    5 and 6.

3    BY MR. CASSELL:

4          Q.   So let's take a look at Exhibit -- Families'

5    Exhibit 5.  It's got a -- you see a company reference in the

6    upper left-hand corner?

7          MR. CASSELL:  So let's take a look at Families'

8    Exhibit 5.  Do you see a company reference in the upper

9    left-hand corner?

10         A.   Yes.

11         Q.   What company is referenced there?

12         A.   Boeing.

13         Q.   And does it appear to be coming from somebody at

14   Boeing?

15         A.   737 chief technical pilot.

16         Q.   And I see a date here.  What is the date on this

17   document?

18         A.   June 5th, 2017, 9:33 p.m.

19         Q.   All right.

20         MR. CASSELL:  And, your Honor, let's take a look

21   at -- let's see.  If we go down here, the second substantive

22   paragraph says something like, "Perhaps we should begin to

23   discuss at your earliest opportunity."

24         And then there's a reference to the FAA.  I'm

25   assuming that's our agency here in the United States.

```
 1   BY MR. CASSELL:

 2        Q.   It says, "EASA."  Do you know what EASA would

 3   refer to?

 4        A.   I believe that's the European Aviation Safety

 5   Authority.

 6        Q.   And then there's reference to Transport Canada.

 7   Do you know what that might be?

 8        A.   That would be the Canadian equivalent of the FAA.

 9        Q.   And I see Chinese, Malaysia, and Argentinian

10   authorities.  In context, does that seem to be the aviation

11   authorities?

12        A.   I would assume they are, yes.

13        Q.   It says, "They have all accepted CBT" -- I guess

14   that's computer-based training? -- "requirement as the only

15   training needed"?

16        A.   Yes.

17        Q.   "They would be happy to share with you other

18   information."

19             Was this the kind of information that an expert

20   like you would rely upon in reaching conclusions like the

21   type you've --

22        A.   Yes.

23        Q.   -- reached today?

24             And have you seen this email earlier?

25        A.   Yes, I have.
```

1              MR. CASSELL:  Your Honor, I will represent to the

2    Court that, in the House Committee report that I referred to

3    earlier, there is a hyperlink to additional documents that

4    support the finding of the committee.  And that's where

5    plaintiffs' counsel have -- I should say families' counsel

6    have secured this email.

7              And at this time, I would offer Families'

8    Exhibit 5.  I do not believe the authenticity of this

9    document can be reasonably questioned.

10             And if the authenticity is questioned, we would

11   request an opportunity to call the appropriate witnesses

12   from Boeing to establish its authenticity.

13             MR. JACOBS:  Objection, hearsay.

14             MR. HANEY:  Join the objection.

15             THE COURT:  Overruled.

16             Exhibit 5 will be admitted.

17        (Exhibit 5 was admitted into evidence.)

18             MR. CASSELL:  And, your Honor, just to speed

19   things up, I will represent that document 6 is a similar

20   document.

21             THE COURT:  Okay.  I will overrule the same

22   objections.

23             Exhibit 6 will be admitted.

24        (Exhibit 6 was admitted into evidence.)

25   ///

1    (BY MR. CASSELL:)

2         Q.   And this document says -- once again, I think

3    we've actually talked about some of this information -- the

4    statement that I want to direct your attention to is one

5    that we have not had an opportunity to the talk about.

6              If you work your way down about 80 percent of the

7    page, we see from a Boeing employee, "I think we should hold

8    firm at zero dollars."

9              And this document says, once again -- I think

10   we've actually talked about some of this information.  But

11   the statement that I want to direct your attention to is one

12   that we have not had an opportunity to talk about.

13             If you work your way down about 80 percent of the

14   page, we see from a Boeing employee, "I think we should hold

15   firm at zero dollars," and then there's a sentence.  This is

16   the sentence I wanted to direct your attention to, sir.

17             It says, "FAA is pretty powerful, and most

18   countries defer to what the FAA does, except for the

19   national authorities that are stuck in the stone ages, JCAB

20   and ANAC."  Do you see that sentence?

21        A.   Yes, I have seen it.

22        Q.   And is that -- I know today you were talking about

23   other countries deferring to the FAA.  Do you see this email

24   as confirming or contradicting the conclusions?

25        A.   I believe it confirms it.

1        Q.   And this looks from what -- this is a Boeing

2   document?

3        A.   I believe it is.  It says "Boeing."

4        Q.   Now, I want to talk to sort of --

5             MR. CASSELL:  Let's see.  Your Honor, I know your

6   Honor has been very patient.  I see I have about five more

7   pages of notes here.  I would estimate 10 or 15 minutes --

8             THE COURT:  Okay.

9             MR. CASSELL:  -- to wrap things up.

10  BY MR. CASSELL:

11       Q.   Let's talk a little bit about the risk that those

12  Indonesian passengers and crew faced.

13            I want to take you to approximately 6:20 a.m.

14  local time on October 29th, 2018, when Lion Air, Flight 610,

15  a Boeing 737 MAX, was on the runway and taking off from

16  Jakarta.  Is it your opinion that Boeing's conspiracy of

17  lies created a risk to the passengers and crew at that time?

18       A.   Yes.

19       Q.   Let's unpack that conclusion just a little bit.

20  As that plane was revving up to take off, what kind of

21  training risk were the passengers and crew subjected to?

22       A.   At that point, at that immediate point, they were

23  not subjected to any risk.  However, once the airplane took

24  off, then the system in question, the MCAS system, could be

25  activated, at which point the crew, once again, if they were

1    improperly trained or not completely trained or did not have

2    a complete understanding of the system and what was

3    happening in front of them -- excuse me -- would then

4    obviously place the crew, the plane, and all passengers on

5    board at risk for a catastrophic event.

6        Q.   A catastrophic event, like the death of 189

7    people?

8        A.   Yes.

9        Q.   What kind of aircraft manual risk -- and you're

10   right.  I had them on the runway.  Let's assume the plane is

11   one minute into its flight.

12        What sort of risks were the passengers and crew

13   subjected to because of the nature of the aircraft manuals

14   that were on board the flight at that time?

15       A.   The same.

16       Q.   And what about any emergency checklist risk when

17   the plane was airborne?

18        What kind of risk would they be under?

19       A.   Under the circumstances, the checklist would have

20   been incomplete.

21       Q.   I now want to present you with a hypothetical set

22   of facts and get your expert opinion on it.

23        For purposes of this question, I want you to

24   assume that Boeing did not engage in a conspiracy to defraud

25   the FAA about the new MCAS.  Instead, Boeing had behaved as

86

1  a lawful corporation and complied with its obligations and

2  properly disclosed the MCAS to the FAA AEG.

3         Based on your expert understanding of the FAA and

4  ICAO and other aeronautical issues, can you trace through,

5  with a reasonable degree of aeronautical certainty, what

6  things might have looked like as that plane was taking off

7  in this alternative world?

8         A.   I believe I can say, with a reasonable degree of

9  certainty, that that plane, in that situation, would have

10  been successfully recovered and able to return for a safe

11  landing, thereby preserving life and property.

12         Q.   You said, "Preserving life and property."  189

13  people would have lived?

14         A.   Yes.

15         Q.   And I want to take you to the Ethiopian flight.

16  With regard to approximately 8:30 a.m. local time -- maybe I

17  should make that 8:39 a.m. local time -- shortly after the

18  plane has taken off.

19         On March 10, 2019, Ethiopian Airlines, Flight 302,

20  was taking off from Addis Ababa.  Did Boeing's conspiracy

21  create a risk to the passengers and crew on that flight?

22         A.   Yes.

23         Q.   And to briefly run through the checklist, was

24  there a training risk that the passengers and the crew were

25  subjected to?

87

1          A.    Inadequate training, yes.

2          Q.    How about an aircraft manual risk?

3          A.    Inadequate information in the manual.

4          Q.    Emergency checklist risk?

5          A.    Incomplete checklist.

6          Q.    And now I want to present you a hypothetical set

7    of facts and get your expert opinion on it.

8                For purposes of this question, I want you to

9    assume that, contrary to fact, Boeing did not engage in a

10   conspiracy to defraud the FAA about the new MCAS system.

11   Instead, Boeing lawfully complied with its obligations and

12   disclosed the MCAS to the FAA AEG.

13               Based on your expert understanding of the FAA,

14   ICAO, and the other issues we've been talking about today

15   and have previously traced through, to a reasonable degree

16   of aeronautical certainty, what would the world have looked

17   like if Boeing hadn't lied?

18         A.    Once again, I believe, to a degree -- certain

19   degree of certainty -- correction -- of certainty that the

20   crew would have been properly trained, would have reacted

21   appropriately to the emergency, recovered to normal flight,

22   and been able to return to the airport for the safe landing

23   and preservation of life and property.

24         Q.    157 people would be alive?

25         A.    Yes.

88

1          Q.   Now, let's -- we've talked about the crashes.

2     Just one or two more things here.  I want to take you now to

3     January 7th, 2020.  That's a year or two after the crashes.

4               Boeing made an announcement in which it

5     recommended 737 MAX simulator training, in addition to

6     computer-based training.  Boeing stated, "This

7     recommendation takes into account our unstinting commitment

8     to the safe return of service, as well as to changes in the

9     airplane."

10              Can you help me understand that?

11              When they said they're asking for simulator

12    training, what was Boeing talking about?

13         A.   They were talking about the change from Level B to

14    Level D training for that variant of the 737.

15         Q.   Did Boeing's concession come too late for the 346

16    passengers and crew on Lion Air 610 and Ethiopian Airlines

17    302?

18         A.   According to that document, it did.

19         Q.   And I take it the FAA, then, ultimately did, as

20    you were suggesting, approve Level D training for the 737

21    MAX?

22         A.   They did.

23         Q.   All right.  Two more pages of notes here.

24              MR. CASSELL:  I'm going to now offer Families'

25    Exhibits 7, 8 and 9; 7 is a two-page document, 8 is a

1  two-page document, and 9 is a two-page document.  I don't

2  have a stapler immediately at hand.

3          With the Court's permission, I have three

4  documents here, providing to opposing counsel.

5  BY MR. CASSELL:

6      Q.   These are something that I will represent are

7  known as a Continued Airworthiness Notification to the

8  International Community.  I think that's called a CANIC or

9  CANIC or something like that?

10     A.   Yes, that's an acronym.

11     Q.   Looking at the first one, I see it's dated

12  March 11th, 2019.  I guess one of the issues in this case

13  has been whether the FAA ever talks to other regulators or

14  other airlines around the world.

15          So if I could direct your attention to the "From"

16  item here.  It says "From the FAA."  Is that your

17  understanding of where this came from?

18     A.   Yes.

19     Q.   And then if we can jump up above that, it goes to

20  "Civil Aviation Authorities."  Can you tell me what that

21  would be a reference to?

22     A.   Civil Aviation Authorities would be the

23  counterpart to the FAA in foreign countries.

24     Q.   So here is the FAA talking to the regulators in

25  other countries.  What are they talking about?

```
 1        A.   They're talking about the situation that had

 2   occurred with the Ethiopian flight and some of the

 3   information -- preliminary information that was gleaned from

 4   that.  It was passed on to 3 -- 59 operators worldwide.

 5        Q.   Fifty-nine operators.  So that's on page 2 of the

 6   document there?

 7        A.   Yes.

 8        Q.   I don't want you to read through all 59, but there

 9   are two operators that are of keen interest to this hearing.

10             Do you see the Lion Air indicated as one?

11        A.   Lion Air is in there, yes.

12        Q.   How about Ethiopian Air?

13        A.   Ethiopian is in there also.

14        Q.   So there is a situation where we see the FAA

15   communicating directly with the airlines who were affected

16   by these two crashes?

17        A.   Yes.

18             MR. CASSELL:  Your Honor, I would proffer that

19   this is a legitimate document from the FAA.  We could call

20   experts, if the government wants to dispute it, but I would

21   move at this time the admission of Families' Exhibit 7.

22             MR. JACOBS:  Objection, hearsay.

23             MR. HANEY:  Join the objection.

24             MR. CASSELL:  Your Honor, if I could just briefly

25   respond?
```

1                THE COURT:  7, 8 and 9?

2                MR. CASSELL:  7, 8, and 9 are all going to be of

3       similar character.

4                THE COURT:  And they will be admitted.

5           (Exhibits 7, 8 and 9 were admitted into evidence.)

6                MR. CASSELL:  And again, the limited point that

7       we're offering these for is simply to show that the FAA is

8       in close contact with its counterparts overseas, as well as

9       airlines affected.  If 7, 8 and 9 have been accepted --

10      BY MR. CASSELL:

11           Q.   Are these of a similar character to item 7 when we

12      look at Exhibit 8?

13           A.   They appear, to be, yes.

14           Q.   All right.

15                MR. CASSELL:  And then just one last exhibit.

16                And then about two more minutes, your Honor, and

17      then -- I appreciate your patience.  Obviously, a lot of

18      material to cover here today.

19                And we have one document that is two pages long,

20      Families' Exhibit 10.  With the Court's permission?

21                Families' Exhibit 10 is dated January 7, 2021.  I

22      believe that's the date this Court got involved in this case

23      when Boeing and the government filed a DPA with this Court.

24      BY MR. CASSELL:

25           Q.   I will represent to you that this is a press

1   release from the United States Department of Justice.  I

2   want to direct your attention to, I think it's the fourth

3   sentence down, the United States Department of Justice put

4   out a press release when it was announcing its agreement in

5   this case.

6           It said, "The misleading statements, half-truths,

7   and omissions communicated by Boeing employees to the FAA

8   impeded the government's ability to ensure the safety of the

9   flying public, including" -- I'll stop there.

10          Do you see that statement?

11      A.   Yes, I do.

12      Q.   Is that consistent with the opinions you've been

13   offering here today?

14      A.   Yes, it is.

15      Q.   And with the passengers whose safety was

16   impeded -- or, I'm sorry.  Let me figure out how to phrase

17   this.

18          The government says that the lies impeded the

19   government's ability to ensure the safety of the flying

20   public.

21          Would that include the 346 people who died on

22   those two flights?

23      A.   Yeah.

24          MR. CASSELL:  Your Honor, at this time, I would

25   offer Families' Exhibit 10 as an admission by a party

1    opponent, the United States Department of Justice.

2            THE COURT:  All right.  It will be admitted.

3        (Exhibit 10 was admitted into evidence.)

4            MR. CASSELL:  Your Honor, were you thinking of

5    taking a break at this point?

6            THE COURT:  No.

7            MR. CASSELL:  I will check here and make sure my

8    colleagues haven't noticed something I've missed.

9            MR. HANEY:  Your Honor, just for the record, we

10   would object to Exhibit 10 as hearsay.

11           THE COURT:  That will be overruled.

12           MR. HANEY:  Thanks.

13           MR. CASSELL:  Your Honor, that concludes our

14   direct examination of Mr. Keyes.

15           THE COURT:  All right.  Mr. Jacobs.

16                   CROSS-EXAMINATION

17   BY MR. JACOBS:

18       Q.   Good morning, Mr. Keyes.

19       A.   Morning.

20       Q.   Mr. Keyes, my name is Cory Jacobs.  I'm an

21   attorney with the Justice Department.  It's nice to meet

22   you.

23           Sir, we haven't previously met each other,

24   correct?

25       A.   Pardon me, sir?

1      Q.   We haven't previously met?

2      A.   No, we have not.

3      Q.   So, sir, I would just like to walk through your

4   references that are on the last pages, page 13, of what is

5   in evidence as Families' Exhibit 1.

6           Do you still have that in front of you?

7      A.   What document are we looking at, sir?

8      Q.   Sure.  So it's Exhibit -- it's Families'

9   Exhibit 1, but it's the references that are on the last page

10  of your expert report.

11     A.   Okay.

12     Q.   There are a few things that Mr. Cassell asked you

13  about.  I just want to walk through those just briefly.

14          So Mr. Cassell asked you about the final committee

15  report, "The Design, Development, and Certification of the

16  Boeing 737 MAX."

17          Is that something that you were part of drafting,

18  sir?

19     A.   No, I was not.

20     Q.   Did you speak with anybody who had a role in

21  drafting that report?

22     A.   No, I did not.

23     Q.   Mr. Cassell asked you about No. 3, which was the

24  Republic of Indonesia, Final Aircraft Accident Investigation

25  Report.

```
1                    Did you author that report, sir?

2                    Did you author that report?

3          A.   No, I did not.

4          Q.   The acoustics are tough.  I will try to be clear.

5                    Did you speak with anybody who also authored that

6     report?

7          A.   No, I did not.

8          Q.   And No. 4, which was the Ethiopian Airlines Crash

9     Report, same question:  Did you author that report?

10         A.   No, I did not.

11         Q.   Did you speak with anybody who authored that

12    report?

13         A.   No, I did not.

14         Q.   And you were also asked about the number of United

15    States codes and CFRs that would apply to the FAA.

16                   Now, sir, I understand that you worked for the FAA

17    for a number of years, right?

18         A.   Yes.

19         Q.   Did you ever have an experience at the FAA where a

20    decision was made by someone else that you disagreed with?

21         A.   Internally, you mean?

22         Q.   Correct.

23         A.   Yes.

24         Q.   In a large federal regulatory agency like the FAA,

25    there are often a lot of people involved in making a
```

96

 1    particular decision about a topic, right?

 2         A.   Correct.

 3         Q.   And so, while you can give your view about what

 4    you think the FAA would do with respect to a particular

 5    issue, it can be complicated, right?

 6         A.   It can be, yes.

 7         Q.   And your view here today, it's your educated

 8    guess, correct?

 9         A.   Educated, yes.

10         Q.   But it's not --

11              MR. CASSELL:  Your Honor, could I ask for a

12    clarification on what specific opinion is being referred to

13    here?

14    BY MR. JACOBS:

15         Q.   Sure.

16              So it's your opinion, sir, in your expert report

17    that, had the AEG had the complete dataset about MCAS

18    training, that it would have required a level of differences

19    training greater than Level B, correct?

20         A.   Yes, correct.

21         Q.   And that's just your educated view, correct?

22         A.   It's my considerate opinion.

23         Q.   But not absolute certainty, correct?

24         A.   I can be fairly certain on that, yes.

25         Q.   But it's not absolute, right?

 1          Like you said, there are often a number of people

 2    involved in the decision-making process, and so anything

 3    could have happened, correct?

 4        A.   A lot of input for it, but I am certain that that

 5    was the opinion that the AEG came up with based on their

 6    internal documentation.

 7        Q.   Now, sir, you said that you did not have an

 8    opportunity to review the 737 MAX, FSB report that was in

 9    place at the time of the accident, correct?

10        A.   Correct.

11        Q.   And you were not part of the evaluation or

12    decision-making process for that FSB report, right?

13        A.   Correct.

14        Q.   Have you been part of the evaluation process or

15    the drafting of any 737 MAX --

16        A.   No, sir.

17        Q.   -- FSB report?

18          What about any FSB report for any version of the

19    737?

20        A.   No, sir.

21        Q.   And, sir, before you came to court today, did you

22    have an opportunity to look back at the 737 MAX, FSB report

23    that was in place at the time of the accident?

24        A.   No, I have not.

25        Q.   So do you know what was actually in that 737 MAX,

1    FSB report as it relates to MCAS?

2         A.   Only from what I've read in the documents that

3    were provided to me.

4         Q.   And is it fair to say that there was only the

5    words "Maneuvering Characteristic Augmentation System," but

6    no actual description of how the system operated?

7         A.   I believe so, yes.

8         Q.   Sir, are you type rated to fly the 737 MAX?

9         A.   I am not.

10        Q.   Are you type rated to fly any version of a Boeing

11   737?

12        A.   No, sir, I am not.

13        Q.   Sir, you were asked some questions about the FSB

14   report and its applicability around the world.  Do you

15   remember that?

16        A.   Yes, sir.

17        Q.   Does the FAA's FSB report, does that bind foreign

18   regulatory authorities or aviation regulatory authorities?

19        A.   No, it does not.

20        Q.   Are foreign aviation regulatory authorities able

21   to make their own educated evaluations and decisions about

22   what training to put in place for the airlines that operate

23   in their countries?

24        A.   They are.

25        Q.   And understanding that the FAA didn't have all

```
 1    information about how MCAS was designed to operate,

 2    particularly within the AEG, the FAA still didn't require

 3    simulator training, at the outset, for the 737 MAX, correct?

 4        A.   Correct.

 5        Q.   Now, do you know whether other regulators outside

 6    of the U.S. did, in fact, require simulator training for the

 7    MAX at the outset?

 8        A.   I saw no indication that anybody required it in

 9    any other country.

10        Q.   Do you know whether the Brazilian aviation

11    authorities actually took a different path than the FAA and

12    required simulator training for the MAX?

13        A.   I'm not sure, no.

14        Q.   You're just not sure?

15        A.   No, I don't know.

16        Q.   Okay.  You testified that you thought that a

17    country that didn't have -- I'm just trying to paraphrase --

18    resources, you said that you would think that they would

19    follow the FAA in what they published in the FSB, right?

20        A.   Yes.

21        Q.   Have you worked directly with any foreign aviation

22    regulatory authorities?

23        A.   Yes.

24        Q.   Have you worked with the Ethiopian aviation

25    regulatory authorities directly?
```

```
 1          A.   No.

 2          Q.   What about the Indonesian --

 3          A.   No.

 4          Q.   -- aviation?

 5               No to both?

 6          A.   No to both.

 7          Q.   Did you speak with anybody from either one of

 8     those aviation authorities before testifying here today,

 9     sir?

10          A.   No, I did not.

11          Q.   And so, sounds like it's your view that you think

12     that those two countries -- let me just make it clear.

13               Do you think those two countries are countries

14     that would lack resources such as they would just rely on

15     the FAA's publications?

16          A.   I could not make that assumption.

17          Q.   And, sir, you are relying on some of the

18     information that's contained within each of their accident

19     reports, correct?

20          A.   Correct.

21          Q.   You're relying on information that's contained

22     within the Ethiopian Airlines crash report and the Indonesia

23     Lion Air crash report, correct?

24          A.   Correct.

25          Q.   And as it relates to those crash reports, you
```

1   don't have any reason to doubt the accuracy of those crash

2   reports, correct?

3       A.   I have no reason to doubt that.

4       Q.   You have no reason to doubt that those countries

5   have the resources to do an independent investigation and

6   get to the bottom of things, like an airline crash, correct?

7       A.   Correct.

8       Q.   Now, I think you said that before coming to court

9   to learn about MCAS, you Googled it?

10          You looked it up on Google?

11      A.   Yeah, I Googled it and looked at some other

12  professional publications and -- just trying to get an idea

13  what MCAS was all about.

14      Q.   And, sir, I'm not an engineer.  Are you an

15  engineer?

16      A.   No, sir, I am not.

17      Q.   Did you have any role on engineering or designing

18  MCAS?

19      A.   No.

20      Q.   Did you provide any kind of consulting expertise

21  about how MCAS would be engineered and designed?

22      A.   No, sir.

23      Q.   And, sir, now that you've learned a bit about

24  MCAS, are there certain things about how MCAS was designed

25  and engineered and would operate that concern you?

102

```
 1              MR. CASSELL:  Your Honor, objection.  I think this
 2    is beyond the scope of direct.
 3              THE COURT:  Overruled.
 4              THE WITNESS:  I couldn't answer that.
 5    BY MR. JACOBS:
 6        Q.   Why not?
 7        A.   I don't have enough knowledge of it, how it was
 8    put together, how it was engineered.
 9        Q.   What about how it would operate?
10        A.   Only a very, very rudimentary understanding of it,
11    but that's as far as it goes.
12        Q.   A very rudimentary understanding about how MCAS
13    would operate?
14        A.   Yeah.
15        Q.   Okay.  Are you familiar with what some people have
16    described as how MCAS could ratchet, sort of a ratcheting or
17    an unlimited ability to ratchet?
18        A.   I'm familiar with that.
19        Q.   And how it would essentially put the plane in a
20    full nose-down position, as it was originally designed, if
21    it engaged.  Are you familiar with that?
22        A.   Yes, sir.
23        Q.   Is that something that, as you've learned about
24    that, that concerns you?
25        A.   Yes, sir.
```

1        Q.   And why is that?

2        A.   Well, it's going to put the aircraft in an unusual

3   situation or an unusual attitude.  And for the most part,

4   from the beginning of a pilot's training, when they --

5   before they even get their private pilot certificate, we

6   train for unusual attitude and unusual attitude recovery.

7             As you get into more sophisticated aircraft, the

8   recovery gets a little bit more complicated and requires

9   more input, more training, more experience.

10       Q.   And are you familiar with how MCAS, as it was

11  originally designed, relied only on a single angle-of-attack

12  sensor?

13       A.   That was my understanding, yes.

14       Q.   Is that also something that, as you sit here

15  today, looking at the system in hindsight, is concerning?

16       A.   For a single source, yes, I would say that it's

17  concerning.  And it's surprising that there's not a

18  redundancy for that.

19       Q.   And in your expert report you've used the term

20  "Critical information" about MCAS that the FAA wasn't aware

21  of.

22            Is that something that you would consider to be

23  critical information, that MCAS could ratchet all the way

24  until the plane was nose-down?

25       A.   I believe so, yes.

104

1      Q.   And also that it would rely on a single

2 angle-of-attack vane, as it was originally designed?

3      A.   Yes.

4      Q.   And is that part of what you would call the

5 "complete dataset" that you believe would have impacted the

6 AEG's decision about what level of training to put in place

7 for the MAX?

8      A.   I believe that if they had it, they might have --

9 they would have made a different determination.

10     Q.   If they had known about the ratcheting, correct?

11     A.   Yeah, if they had known the extended parameters of

12 the MCAS.

13     Q.   What about if they had known about the ratcheting?

14          Is that something that would have impacted their

15 decision, part of that complete dataset?

16     A.   It could have, yes.

17     Q.   And the single AOA vane, also part of that

18 complete dataset?

19     A.   It could have, yes.

20     Q.   Why are you saying that "it could have"?

21     A.   I don't know what the thought process was for the

22 AEG on that.  I can only go by what their guidelines are and

23 how they applied those guidelines to come up with a

24 determination of the level of training.

25     Q.   Sir, it's your opinion in your report that, if the

105

```
1    AEG had the complete set of data, that it would have
2    impacted their training decision.  I'm just trying to
3    understand the distinction that you're making between your
4    expert report, where you say it, "would have" impacted their
5    training, and what I hear you testifying to right now is
6    that it "could have" impacted their training.
7         A.   It would have definitely impacted the training
8    decision.
9         Q.   So why are you just explaining how it certainly
10   could have impacted their training, but there's a lot that
11   goes into the thought process, and you can't quite say?
12        A.   I'm sorry, say that again.
13        Q.   Well, I think that you were just saying, sir, that
14   there's a lot of considerations that would go into the AEG's
15   thought process if they had this complete set of data, and
16   so it could have impacted their decision, but you can't
17   quite say.
18        A.   It definitely would have.
19        Q.   That's your opinion now?
20        A.   Yes.  It would have, because they would have taken
21   input from the members of the AEG.  They would have taken
22   the information from the appropriate people at Boeing.  They
23   would have had their discussions.  They would have applied
24   their formulas for making the determination and then made
25   their determination based on that dataset.
```

```
 1        Q.   Sir, I have you -- I think I asked you -- but have

 2   you worked with the Aircraft Evaluation Group before?

 3        A.   No.

 4        Q.   And have you worked with Stacey Klein from the

 5   Aircraft Evaluation Group?

 6        A.   No, I have not.

 7        Q.   Have you ever met Stacey Klein?

 8        A.   I have not.

 9        Q.   So you have no reason to doubt Miss Klein's

10   credibility or her credentials, correct?

11        A.   Correct.

12        Q.   Sir, you were asked some questions about the 737

13   MAX House Committee Report.

14             You didn't author that report, right?

15        A.   No, I did not.

16        Q.   And did you talk with the authors or anybody who

17   had input into that particular report?

18        A.   No, I did not.

19        Q.   And you weren't involved in the committee's

20   investigation, right?

21        A.   I was not.

22        Q.   Just taking a look at page 138.

23             THE COURT:  Which document are we looking at?

24             MR. JACOBS:  Sure.  So this is Exhibit 4.  This is

25   Families' Exhibit 4.  This is the final committee report.
```

```
 1                THE WITNESS:  Would you say the page again,

 2    please?

 3    BY MR. JACOBS:

 4         Q.   Of course.

 5              So I'm looking at page -- I'm looking at page --

 6    if you could turn to page 142 of what's in evidence in

 7    Families' Exhibit 4.

 8              Do you see those pages, sir?

 9         A.   I have them.

10         Q.   So page 141 talks about faulty assumptions.  And

11    then page 142, just reading the first paragraph of page

12    142 -- and I'll just read it.  "It is most alarmingly Boeing

13    made these assumptions despite the fact that it had internal

14    test data that contradicted them.

15              "In 2012, for instance, it took one of Boeing's

16    own test pilots more than 10 seconds during a simulator test

17    to respond to MCAS activation.  The pilot found this

18    catastrophic.

19              "Boeing did not inform the FAA about this test

20    data.  It appears to have discounted the test results,

21    falsely assuming that pilots would quickly recognize and

22    respond to uncommanded MCAS activation."  Do you see that?

23         A.   Yes.

24              MR. CASSELL:  Objection, your Honor.  I think the

25    next sentence should be read in the interest of
```

 1    completeness.

 2              MR. JACOBS:  Sure.

 3    BY MR. JACOBS:

 4        Q.   "In the end, MCAS played a key role in both MAX

 5    crashes."  Do you see that?

 6        A.   Yes, sir.

 7        Q.   Now, sir, do you know anything about the

 8    assumptions that Boeing made in the process of going into

 9    those assumptions during the evaluation of the MAX?

10        A.   Only what I've read in the documents I was

11    presented.

12        Q.   Do you know who from The Boeing Company was

13    involved in making those assumptions?

14        A.   I do not.

15        Q.   Do you know whether any of the technical pilots

16    from The Boeing Company were involved in making those

17    assumptions?

18        A.   From my readings, I believe they were.

19        Q.   Do you know whether Mark Fortner was involved in

20    the flight test program and the assumptions that were made

21    with respect to the 737 MAX?

22        A.   From the documents I have read, I believe he was.

23        Q.   Do you know whether he was?

24        A.   Yes.

25        Q.   You know Mark Fortner was actually involved in

1    this assumption process and assumptions?

2        A.   Oh, I'm sorry.  No, I do not know if he was

3    involved in that assumption process directly.

4        Q.   Thank you.  Okay.

5            Do you know whether anybody from the flight

6    technical group was involved in that particular assumption

7    process that would have worked with Mark Fortner?

8        A.   I believe so, based on the documents that I've

9    read.

10       Q.   You believe that they were or you believe they

11   were not?

12       A.   That they were.

13       Q.   The technical pilots?

14       A.   Yes.

15       Q.   Not the test pilots?

16       A.   Technical pilots, yes.

17       Q.   Okay.  You know there's a distinction between -- I

18   don't mean to belittle you -- there's a distinction between

19   a test and a technical pilot?

20       A.   Yes.

21       Q.   Okay.  What's your basis to believe that someone

22   from the flight technical group was actually involved in

23   test pilot work, in making assumptions about how a pilot

24   would respond to an erroneous MCAS activation?

25           What's the basis for that?

```
 1              MR. CASSELL:  Your Honor, I would like to object
 2     at this point.  I just -- for two grounds.  One is the
 3     United States Department of Justice has accessed the Grand
 4     Jury information that is allowing them to formulate a series
 5     of questions about internal Boeing actions that we have not
 6     had access to.  It's fundamentally unfair to cross-examine
 7     our witness based on secret information, as well as issues
 8     surrounding potential disclosure of grand jury information.
 9              The second is that we have pending, as your Honor
10     is aware, a motion for discovery for much of this
11     information from the Department of Justice.  Your Honor has
12     held ruling on that motion in abeyance.  But it seems to me,
13     once again, we're being unfairly deprived of information
14     that's allowing the Justice Department to formulate the
15     questions about internal actions that we are not in a
16     position to respond to effectively.
17              MR. JACOBS:  Your Honor, the witness is simply
18     saying --
19              THE COURT:  Let me just stop you.  I'm going to
20     overrule the objection.
21              You can answer the question, if you can.  If you
22     can't or if you need further information, then you can just
23     say, "I will need further information."
24              THE WITNESS:  Okay.  Thank you, your Honor.
25              Okay.  Would you please restate the question?
```

111

```
1    BY MR. JACOBS:

2         Q.   Sure.

3              You've testified that, based on some of the things

4    that you've reviewed, that you have reason to believe that

5    technical pilots, which may -- I think you said did not

6    include Mack Fortner, but other technical pilots may have

7    been involved in the assumption-making process at The Boeing

8    Company.  I'm asking you what did you read?

9              What is the basis for that statement?

10        A.   Again, on the documents that I have read, I

11   believe that would be the case.

12        Q.   And what document do you recall reading where a

13   technical pilot was involved in making these types of

14   assumptions?

15        A.   Yes, it was the -- I don't know the exact one --

16   name of that document, but where we had the Statement of

17   Facts is where I read that and would have made that

18   assumption.

19        Q.   From the Deferred Prosecution Agreement, Statement

20   of Facts?

21        A.   I believe that would be the name of the document.

22        Q.   Okay.  Sir, if you could also, just while we have

23   it, turn to page 86 of this same exhibit.  Are you there?

24        A.   Eighty-six?

25        Q.   Yes, sir.
```

112

```
 1              A.    Yes, I'm there.

 2              Q.    And under the heading of, "Investigative

 3      Findings," in looking at the last two bullet points,

 4      "Boeing's chief project engineer on the 737 MAX program was

 5      unfamiliar with key design aspects of MCAS when he approved

 6      of its design, including its reliance on a single AOA sensor

 7      and its abilities to activate repeatedly."  Do you see that?

 8              A.    Yes, sir.

 9              Q.    Mark Fortner was not the chief project engineer,

10      right?

11              A.    Correct.

12              Q.    So Mark Fortner was not the person who was

13      unfamiliar with these key design aspects of MCAS, including

14      it's reliance on a single AOA sensor, and its ability to

15      activate repeatedly?

16                    That's not what this is saying, correct?

17              A.    Correct.

18              Q.    And the second bullet, "Boeing's design of MCAS

19      violated its own internal design requirements, which

20      demanded that the system not have any 'objectionable

21      interaction with the piloting of the airplane and not

22      interfere with discovery' which occurred in both 737 MAX

23      crashes."

24                    Again, this is not referring to Mark Fortner?

25                    This is referring to the design and the
```

113

1  engineering of MCAS, something that Mark Fortner was not

2  part of, correct?

3       A.   I believe so, but it says there that it violated

4  its own internal design requirements.  I have no idea what

5  their own internal design requirements were.

6       Q.   Do you know whether Mark Fortner was involved in

7  dealing with Boeing's internal design requirements?

8       A.   I have no knowledge of that.

9       Q.   There was something that you said earlier, and I

10  just -- I couldn't quite hear it.  I heard you say the first

11  part of it.  You said, It's not my bailiwick, the

12  machination of," and then there was something about the

13  crashes.

14       Do you remember something like that?

15       A.   Yes.  I don't believe I used that word

16  "bailiwick."

17       Q.   I think that you used the word "bailiwick" because

18  it stood out in my mind.

19       A.   Okay.  I don't recall that.  I may have used it.

20       Q.   Sure.

21       So I think what you were saying, though, when you

22  were being asked some questions by Mr. Cassell about MCAS

23  and its role in the crashes, I think what you said was,

24  "This is not my bailiwick, the machination of MCAS and its

25  role in that crash."

114

1              Does that sound familiar to you?

2        A.    Yes.

3        Q.    Is that what you were saying?

4        A.    I believe so, yes.

5        Q.    Do you stand by that?

6        A.    I stand by the statement that I am not educated or

7  well-versed in MCAS.  I feel comfortable in knowing what the

8  procedures are for accident investigation and approving

9  training and things of that nature.

10       Q.    You testified that, had the pilots in the Lion Air

11 flight had information in their manuals about MCAS, that you

12 believe that that information would have allowed them to

13 successfully recover and land the plane, right?

14       A.    Yes.

15       Q.    You said that the lack of information,

16 essentially, didn't allow them to successfully recover that

17 plane?

18       A.    Correct.

19       Q.    Sir, was there a plane, a flight, right before the

20 crash flight that also experienced an erroneous MCAS

21 activation?

22       A.    My understanding, there was.

23       Q.    And what happened to that plane?

24       A.    That plane made a successful landing.

25       Q.    Without information in the manuals about MCAS,

```
 1    correct?

 2         A.   Yes.

 3         Q.   You were also asked a series of hypothetical

 4    questions, and the hypos all included some form of, if The

 5    Boeing Company had disclosed MCAS to the AEG, right?

 6              Do you remember that, generally being asked as

 7    part of those hypos?

 8         A.   Yes.

 9         Q.   But MCAS was disclosed to the AEG, correct?

10         A.   I believe it was, yes.

11         Q.   Right.  And so the AEG did have information about

12    MCAS existing, correct?

13         A.   Yes.

14              MR. CASSELL:  Your Honor, could we ask some

15    clarification on the time frame Mr. Jacobs is referring to

16    precisely, a little more precision?

17              MR. JACOBS:  Sure.

18    BY MR. JACOBS:

19         Q.   So during the certification process of the 737

20    MAX, before the FSB report for the MAX was published, MCAS

21    was disclosed to the Aircraft Evaluation Group, correct?

22         A.   Correct.

23              MR. CASSELL:  Your Honor, I'm going to object.  My

24    understanding is that --

25              Could I just have a moment to confer, your Honor?
```

116

```
 1                THE COURT:  Well, I'll tell you what.  Why don't

 2    we go ahead and take a lunch break now.  I have to take care

 3    of some things.  So let's start back up at 1:30.  1:30.

 4                MR. CASSELL:  Thank you, your Honor.

 5                MR. JACOBS:  Thank you, your Honor.

 6                MR. CASSELL:  Your Honor, one quick question.  Are

 7    we permitted to consult with our witness during the break?

 8                THE COURT:  Yes, you can.

 9                MR. CASSELL:  Thank you.

10         (Proceedings adjourned at 12:44 a.m.)

11         (Proceedings reconvened at 1:31 p.m.)

12                      CONTINUED CROSS-EXAMINATION

13    BY MR. JACOBS:

14         Q.   Good afternoon.

15         A.   Afternoon.

16         Q.   Sir, you testified that you were familiar with the

17    Statement of Facts in the Justice Department's Deferred

18    Prosecution Agreement with The Boeing Company, right?

19         A.   Yes, sir.

20         Q.   And are you familiar with the trial, United States

21    vs. Mark Fortner?

22         A.   I know of it.

23         Q.   Do you know that Mr. Fortner --

24                MR. CASSELL:  Your Honor, I'm going to object.

25    You will recall that the United States Department of Justice
```

1    said that that entire trial was not to raise issues

2    involving the crashes.  That makes it irrelevant to today's

3    hearing, which obviously does directly involve the crashes.

4              THE COURT:  Okay.  Well, I will listen to the

5    answer, and then I will disregard it if it isn't relevant.

6    BY MR. JACOBS:

7         Q.   Just one question on that.

8              You know Mr. Fortner was acquitted at that trial,

9    correct?

10        A.   That is my understanding, sir.

11        Q.   Now, when was the last time you read the Statement

12   of Facts from the Deferred Prosecution Agreement, or the

13   DPA?

14        A.   I believe I read through them yesterday briefly.

15        Q.   And you testified earlier that your opinions are

16   consistent with the representations in the Statement of

17   Facts.  You don't agree --

18             You don't disagree with what's in Statement of

19   Facts?

20        A.   I do not disagree.

21        Q.   I'm sorry, sir?

22        A.   I do not disagree with that.

23        Q.   You would agree that the Statement of Facts is

24   limited to the conduct of two technical pilots, who are

25   referred to as Boeing Employee 1 and Boeing Employee 2; is

118

1    that correct?

2        A.   Yes, sir.

3        Q.   And Boeing Employee 1 we know is Mark Fortner,

4    correct?

5        A.   I do not know that.

6        Q.   Okay.  Any reason to disagree with that?

7        A.   No, sir.

8        Q.   Is it only Mr. Fortner and Boeing Employee 2 in

9    the Statement of Facts who were alleged to have withheld

10   information about MCAS from the Aircraft Evaluation Group?

11       A.   I believe so, yes, sir.

12       Q.   Nowhere in the Statement of Facts does it allege

13   that any Boeing employee, other than Mr. Fortner and Boeing

14   Employee 2 intentionally withheld information about MCAS

15   from the Aircraft Evaluation Group, correct?

16       A.   I believe so.

17       Q.   The Statement of Facts also makes clear that the

18   only information about MCAS that was alleged to have been

19   intentionally withheld from the Aircraft Evaluation Group

20   was that MCAS had been expanded to operate at low speed,

21   right?

22       A.   Correct.

23       Q.   Nowhere in the Statement of Facts does it allege

24   that any other information about MCAS was intentionally

25   withheld from the Aircraft Evaluation Group, right?

```
 1          A.   That's my understanding, yes, sir.

 2          Q.   Nowhere in the Statement of Facts does it allege

 3   that Mr. Fortner or Boeing Employee 2 even knew about all

 4   aspects of how MCAS was designed, correct?

 5          A.   I don't recall whether they had that knowledge or

 6   not.

 7          Q.   Do you recall anything in the Statement of Facts

 8   where Mr. Fortner or Boeing Employee 2 were alleged to have

 9   known that MCAS relied only on a single AOA event?

10          Do you recall anything like that?

11          A.   I believe so, yes.

12          Q.   You believe you do?

13          A.   I believe so, yes.

14          Q.   And this is what you read yesterday in the

15   Statement of Facts?

16          A.   I believe so.  As I said, I've read many of these

17   documents, so --

18          Q.   Would it surprise you if that information actually

19   want wasn't in the Statement of Facts?

20          MR. CASSELL:  Your Honor --

21          THE COURT:  Hold on.

22          MR. CASSELL:  Could I -- there are so many

23   documents flying around in the case.  Could I suggest that,

24   if the attorney has a question, he identify which document

25   he's referring to?
```

```
 1                   THE COURT:  It's the Statement of Facts you're

 2    referring to?

 3                   MR. JACOBS:  The whole time, your Honor.

 4                   THE COURT:  In the DPA?

 5                   MR. JACOBS:  Correct.

 6                   THE COURT:  So do you understand that he's

 7    referring to the DPA?

 8                   THE WITNESS:  Yes, sir, I do.

 9                   THE COURT:  The Statement of Facts, the

10    mid-paragraphs?

11                   THE WITNESS:  Yes, sir.

12                   THE COURT:  Okay.  So now that we got that

13    document identified, go ahead.

14    BY MR. JACOBS:

15        Q.   So would it surprise you to learn, sir, that there

16    isn't actually anything in the Deferred Prosecution

17    Agreement, Statement of Facts about whether Mr. Fortner or

18    Boeing Employee 2 knew about the single AOA vane feeding

19    information into MCAS?

20                   Would that surprise you to learn that?

21        A.   I would be.

22        Q.   Okay.  Would it surprise you to learn that there's

23    nothing in the Statement of Facts that Mr. Fortner or Boeing

24    Employee 2 knew anything about how MCAS could ratchet to an

25    unlimited degree, essentially putting the plane nose down?
```

121

```
 1              Would it surprise you to learn there's nothing in
 2   the Statement of Facts about that?
 3        A.   I would be surprised, yes, sir.
 4        Q.   Nowhere in the Statement of Facts does it allege
 5   that any Boeing employee intentionally withheld information
 6   about the fact that MCAS relied on a single AOA vane from
 7   anyone at the FAA, right?
 8        A.   I believe so.
 9        Q.   Nowhere in the Statement of Facts does it allege
10   that any Boeing employee intentionally withheld information
11   about how MCAS could ratchet to an unlimited degree from
12   anyone at the Aircraft Evaluation Group -- or at the FAA,
13   right?
14        A.   I believe so, yes.
15        Q.   And nowhere in the Statement of Facts does it
16   allege that Mr. Fortner or Boeing Employee 2 even knew about
17   those two particular aspects of MCAS, the single AOA vane,
18   or the fact it could ratchet to an unlimited degree, right?
19        A.   I believe so, yes.
20        Q.   Sir, are you aware that Boeing provided
21   information about MCAS's engineering design to the FAA's
22   Aircraft Certification Office?
23        A.   Yes, sir.
24        Q.   You are aware of that?
25        A.   Yes, sir.
```

```
 1        Q.   You are aware that the Aircraft Certification

 2   Office --

 3             MR. CASSELL:  Your Honor, I'm going to object at

 4   this point.  We've been told throughout these proceedings

 5   that the only agency that's at issue is the FAA AEG.

 6   Disclosure of other agencies has nothing to do with the

 7   subject that we're here for today.

 8             THE COURT:  What do you say to that?

 9             MR. JACOBS:  I would like to understand what the

10   witness knows and doesn't know about what the FAA knew about

11   MCAS.  He's up here talking about what decisions the FAA

12   would make if they knew certain information.

13             The fact is that the FAA did know certain

14   information about MCAS, and I think it's relevant to this

15   witness's testimony to understand what he knows.

16             THE COURT:  Okay.  I will allow you.  Go ahead.

17             MR. JACOBS:  Thank you, your Honor.

18   BY MR. JACOBS:

19        Q.   Sir, are you aware that the Aircraft Certification

20   Office certified the 737 MAX as airworthy for U.S.-based

21   airlines?

22        A.   Yes.

23        Q.   And there's no allegations in the Statement of

24   Facts that any information about MCAS was intentionally

25   withheld from the Aircraft Certification Office, right?
```

123

 1          A.   I believe that's correct.

 2          Q.   The only allegations in the Statement of Facts is

 3   that two Boeing employees, Mr. Fortner and Boeing Employee

 4   2, intentionally withheld one fact about MCAS from the

 5   Aircraft Evaluation Group, specifically, it's low-speed

 6   expansion, right?

 7          A.   Basically, yes.

 8          Q.   Now, sir, your opinion in your expert report is

 9   that, if the Aircraft Evaluation Group had the "complete

10   dataset about MCAS, it would have determined that a level of

11   differences training above Level B would have been

12   required," right?

13          A.   Yes, sir.

14          Q.   There's no allegations in the Statement of Facts

15   that Mr. Fortner or Boeing Employee 2 ever had the complete

16   dataset about MCAS, right?

17          A.   I do not know that.

18          Q.   Based on your review of the statement of the

19   facts, you do not know?

20          A.   I don't know that they had the complete set.  I

21   would say they did not.

22          Q.   Do you have any reason to believe that they had

23   complete information about the complete dataset of MCAS?

24               Or it sounds like you just don't know?

25          A.   I would believe that they had the complete set

124

1    because they made a determination, based on the information

2    that they had, the dataset that they had there at the time.

3        Q.   Would it surprise you to learn that Mr. Fortner

4    and Boeing Employee 2 did not have complete information

5    about that complete dataset about MCAS?

6        A.   That would surprise me.

7        Q.   If Boeing Employee 2 or Mr. Fortner didn't have

8    the complete dataset about MCAS, they couldn't have

9    intentionally withheld that complete dataset from the

10   Aircraft Evaluation Group, right?

11            That makes sense?

12       A.   Yes.

13       Q.   Sir, what is your understanding of what was

14   disclosed to the Aircraft Evaluation Group about MCAS?

15       A.   About what, sir?

16       Q.   The system that we've been talking about, MCAS --

17       A.   Okay.

18       Q.   -- what's your understanding about what was

19   disclosed by The Boeing Company to the Aircraft Evaluation

20   Group about MCAS?

21       A.   My understanding is that they disclosed the

22   information about MCAS as it was originally designed.

23       Q.   What was your understanding of what Mr. Fortner

24   and Boeing Employee 2 withheld from the Aircraft Evaluation

25   Group?

1          A.   My understanding is that the parameters of MCAS

2     were expanded and included much lower airspeeds and that was

3     the information that was withheld.

4          Q.   Just that limited piece of information?

5          A.   I believe so, yes.

6          Q.   And that's consistent with what's in the Statement

7     of Facts, correct?

8          A.   Correct.

9          Q.   Preparing for your expert testimony today, did you

10    review testimony from the trial of Mark Fortner?

11         A.   No, I did not.

12         Q.   I asked you earlier about someone named Stacey

13    Klein.  You said you didn't know Ms. Klein, right?

14         A.   That's correct.

15         Q.   Do you know what Ms. Klein's role was at the FAA?

16         A.   My understanding was she was the chair of the

17    Aircraft Evaluation Group for the 737.

18         Q.   And you are aware that, after the first plane

19    crash, the Lion Air crash, the FAA did not require the 737

20    MAX to be grounded here in the United States, right?

21         A.   That's correct.

22         Q.   And you are aware that, after the Lion Air crash,

23    the Aircraft Evaluation Group did not require full-flight

24    simulator training for the MAX in the U.S., correct?

25         A.   Correct.

126

```
 1          Q.   In fact, the Aircraft Evaluation Group issued an
 2    Emergency Airworthiness Directive.
 3          Are you familiar with an Emergency Airworthiness
 4    Directive, or what that is?
 5          A.   Yes, sir.
 6          Q.   Okay.  And that Emergency Airworthiness Directive
 7    told U.S.-based pilots to follow the runaway stabilizer
 8    checklist that all U.S.-based pilots already knew about or
 9    had been trained about, right?
10          A.   Yes.
11          Q.   And you are aware that when the Aircraft
12    Evaluation Group issued this directive after the first plane
13    crash, it knew at this point, because of the crash, that
14    MCAS had been expanded to low speed, right?
15          A.   I'm not sure of the exact point in time in which
16    the Aircraft Evaluation Group learned of that expansion.
17          Q.   And that piece of information, though, that MCAS
18    had been expanded to operate at low speed, you've just
19    agreed was the only piece of information that was alleged to
20    have been withheld from the Aircraft Evaluation Group by
21    Mr. Fortner and Boeing Employee 2, correct?
22          MR. CASSELL:  Your Honor, I'm going to object.  I
23    believe the government is backing away from paragraph 51 in
24    the Statement of Facts, which indicates that, even following
25    the Indonesian Air crash there continued to be misleading
```

127

1     representations from Boeing about the scope of MCAS.

2              You have already ruled the presentation today is

3     restricted to strictly following the Statement of Facts.  So

4     I would object on the basis of paragraph 51.

5              THE COURT:  What do you say to that?  Because you

6     are limited to your DPA Statement of Facts.

7              Does this go to something else or are you trying

8     to back away from it?

9              MR. JACOBS:  No.  I'm not trying to back away from

10    it.  In paragraph 51, to the extent it talks about

11    misleading things that happened after the first crash, those

12    are things that happened inside The Boeing Company and would

13    be relevant to Boeing Employee 2's state of mind.

14             THE COURT:  Right.  The crime that Boeing has

15    admitted to is the conspiracy to defraud, and it includes

16    what Mr. Fortner and Test Pilot 2 -- Test Pilot 1, Test

17    Pilot 2 said or didn't say, and all of the information in

18    the DPA Statement of Facts that would support the offense,

19    right?

20             And so, is it necessarily limited only to

21    Fortner's experience in the simulator and what he did and

22    didn't say, knew or didn't know at the time, or does it

23    include all of this, including the actions in paragraph 51,

24    or am I missing it?  You think -- you look bewildered, so I

25    didn't make sense.

128

1           MR. JACOBS:  I apologize, your Honor.

2           THE COURT:  I guess what I'm wondering is, you're

3    limited to this Statement of Facts.  And these -- this

4    Statement of Facts, however many paragraphs the DPA set out,

5    were all of the facts that the government and Boeing

6    believed would be necessary to support a finding of guilt to

7    the offense.

8           And so, it seems to me that what I would need to

9    evaluate, after all this evidence comes in, is what they say

10   and what these facts that you have stipulated to say and how

11   they impact the families.

12          And so it would include, then, wouldn't it, the

13   information in paragraph 51?

14          MR. JACOBS:  Correct.

15          THE COURT:  It seems to me that you're saying the

16   information in paragraph 51 doesn't apply here because it

17   happened so late in the game, and the real focus is on what

18   Fortner said or didn't say and Test Pilot 2 said and didn't

19   say.

20          What I am wondering is why wouldn't it all be

21   pertinent to the single charge, whenever it occurred?

22          MR. JACOBS:  I believe it would be, your Honor.  I

23   don't believe we're backing away.  I don't believe my

24   question is intended to back away from paragraph 51.

25          THE COURT:  Okay.  Very good.  Go ahead and ask

1    your question again.

2            MR. JACOBS:  I just do believe it's relevant to

3    understand the steps that the Aircraft Evaluation Group took

4    after the first plane crash, particularly when this witness

5    is opining on what the AEG would have done had it known all

6    of the information about MCAS.

7            THE COURT:  Right.

8            MR. JACOBS:  And to the extent that there was a

9    piece of information that was missing, that was withheld

10   from the AEG because of Mr. Fortner and Boeing Employee 2 --

11           THE COURT:  Right.

12           MR. JACOBS:  -- after the first plane crash --

13           THE COURT:  They did --

14           MR. JACOBS:  -- the AEG now had that information.

15           THE COURT:  Right.

16           MR. JACOBS:  And still --

17           THE COURT:  You're saying that you had plane crash

18   number 1, AEG knew about it, looked at it; it did nothing.

19   Didn't change any of the training rating from B to whatever,

20   up or down.

21           And then after crash number 2 it, likewise, didn't

22   immediately.

23           And so, your point is what?

24           MR. JACOBS:  The point is --

25           THE COURT:  Do I understand that right?

```
 1              MR. JACOBS:  Exactly, your Honor.

 2              And to the extent there was one piece of

 3    information that was missing from the AEG, which is the

 4    piece of information that Boeing Employee 2 and Mr. Fortner

 5    conspired to withhold from the AEG, they now had that after

 6    the first crash, and the outcome for the AEG was still the

 7    same.

 8              They were continuing to evaluate MCAS further,

 9    which is what the Statement of Facts lays out.  There was

10    still an ongoing investigation.  But at that point, that gap

11    about that one piece of information that is alleged to have

12    been withheld, that gap was filled, and their decision was

13    still to keep the planes flying without simulator training.

14              THE COURT:  Okay.

15              MR. JACOBS:  So I think it's -- the facts

16    themselves are contrary to the expert's opinion about what

17    the -- what the witness would know -- would opine should

18    have happened.

19              MR. CASSELL:  If I could be heard briefly?

20    Paragraph 51, and that's post-Lion Air and pre-Ethiopian,

21    that says, "In connection with this investigation" -- that

22    is figuring out what happened -- "Boeing Employee 2 caused

23    Boeing to represent in a presentation to the FAA AEG that,

24    during the training evaluation process, Boeing and the FAA

25    AEG had discussed and agreed on the removal of MCAS from the
```

 1   737 MAX, FSB report and associated materials.

 2            "This representation was misleading because Boeing

 3   Employee 2 had failed to disclose the shocker alert chat

 4   communication and the fact that the FAA AEG was deprived of

 5   relevant information about the MCAS."

 6            So when he says there was only one piece of

 7   information that was missing and now the world is fine

 8   post-Indonesian crash, that is backing away from what their

 9   paragraph 51 says.  So I object to the premise of that

10   question.

11            THE COURT:  Okay.  I think I understand the facts.

12            So I'm going to allow you to ask that question, to

13   the extent it affects the witness's opinion, and, it either

14   does or it doesn't.  And so, I will look at the answer to

15   this question with what I think -- what I think is a full

16   understanding of the facts.

17            So go ahead and ask it.

18   BY MR. JACOBS:

19       Q.   So just going back to your opinion that, if the

20   AEG had the complete dataset about MCAS, that it would have

21   required full-flight simulator training, that actually

22   didn't play out after the first plane crash, correct?

23       A.   That's correct.

24       Q.   Right.

25            After the first plane crash, not only did the AEG

1    know at that point that MCAS had been expanded to low speed,

2    but they also learned from the Lion Air crash that MCAS

3    could ratchet and push the nose of the plane all the way

4    down, and they also learned that the AOA vane, that one AOA

5    vane that fit into MCAS, they had, at this point, the

6    complete dataset, right?

7             MR. CASSELL:  Objection, your Honor.  The

8    "complete dataset," I assume, would have included -- would

9    have included disclosure of the "shocker alert"

10   communication and the fact that Boeing had previously

11   deprived it of information?

12            They are backing away from what they told the

13   world in paragraph 51; I object.

14            THE COURT:  Okay.  Overruled.

15            With that explanation, you can answer.

16            THE WITNESS:  Okay.

17            Would you please restate the question, sir?

18            THE COURT:  Well, do you think they had a full set

19   of facts at that point is what Mr. Cassell is adding to the

20   question?

21            The question is, after crash number 1, they knew

22   what was going on here.  So whatever Fortner and his

23   colleague had withheld, you've got a crash, they now know

24   what was going on here, and they didn't act in the way you

25   think they should have acted at that point.

133

```
 1              So what's your take on that?

 2              THE WITNESS:  My take on that is that with crash

 3    investigations, they do not come up with a probable cause

 4    within a week, month.  Many cases, it's a year or two years

 5    before they finally come out with their final report.

 6              At that point, they probably had not even had an

 7    interim report.  They probably had, in accordance with ICAO

 8    Annex 13, would have invited the NTSB, the manufacturer of

 9    the aircraft, the engine manufacturer, to participate in an

10    investigation.

11              One of the first things they might have would be

12    the cockpit voice recorder, which would give them an

13    indication of what was happening.  Very sophisticated.  They

14    can tell by the sounds what is happening, what switches are

15    being thrown, which trims are moving and which direction

16    they're moving.  That all takes times to digest.

17              The AEG has probably, at that point, had an

18    inkling of what the issue was, but they would not have made

19    a rush to judgment based on the preliminary information that

20    they had, and would probably have been sitting there, going,

21    we need a little bit more information before we can pass

22    judgment.

23              The AEG is not the one that makes the

24    determination of what happened.  They depend on other parts

25    of the agency to feed them information.  At that point, they
```

1    may have suspected that the information that they had

2    received was incomplete and would be trying to determine

3    what the complete information was.

4            At that point, they would begin to make a

5    formulated decision, but it's a government agency, and they

6    do not move quickly.

7            And when you have an accident, it takes time to do

8    that investigation and come up with probable cause, and --

9    within probably a few days or a month after an accident such

10   as that, probably they do not -- did not have enough

11   information to make a determination that they needed to

12   change anything in the FSB.

13   BY MR. JACOBS:

14       Q.   So when they issued the aircraft -- the Emergency

15   Airworthiness Directive, that was just a couple of weeks

16   after the first plane crash, right?

17       A.   Yes.

18       Q.   And in the Emergency Airworthiness Directive, at

19   the time that they issued that report, the AEG knew that

20   there was a system on the plane called MCAS, and that it

21   could operate all the way down to low speed, right?

22       A.   I believe they knew at that point, yes.

23       Q.   Right.

24            So at that point, they had the one piece of

25   information that Mr. Fortner and Boeing Employee 2 had

1    withheld from them, correct?

2        A.    Correct.

3        Q.    And even with that one piece of information, they

4    still did not require full-flight simulator training,

5    correct?

6            MR. CASSELL:  Objection, your Honor.  That's

7    assuming facts not in evidence.  He's assuming that the FAA

8    AEG, within three minutes, could have changed a

9    certification rule.

10           They need to lay the foundation that it was even

11   mechanically possible for the bureaucracy to make a reversal

12   of earlier decisions in the sort of time frame he's asking

13   questions about.

14           THE COURT:  Overruled.  I think he answered.

15           Did you answer "correct"?  No?

16           What's your answer to that question?

17           THE WITNESS:  Okay.  Would you restate the

18   question again, please.

19   BY MR. JACOBS:

20       Q.    Sure.

21           So, at the time that the AEG published the

22   Emergency Airworthiness Directive, they knew about MCAS,

23   right?

24       A.    They knew about MCAS, yes, sir.

25       Q.    And they knew that MCAS had been expanded to

136

```
 1    operate at low speed, correct?

 2         A.   I believe so, yes.  Probably, they did.

 3         Q.   And that's the information in the Statement of

 4    Facts that Mr. Fortner and Boeing Employee 2 withheld from

 5    the AEG, correct?

 6         A.   Correct.

 7         Q.   Even having that information, the AEG did not

 8    require full-flight simulator training for the 737 MAX at

 9    that point in time, correct?

10         A.   Correct.

11         Q.   And, sir, just listening to you a moment ago

12    answer Judge O'Connor's questions, it sounds to me like

13    airplane crashes are incredibly complicated, complex things

14    to digest, right?

15         A.   They are.

16         Q.   Sounds like there's a lot to understand when

17    you're trying to understand what caused a plane to crash,

18    right?

19         A.   Correct.

20         Q.   You're familiar with a man named David Loffing?

21         A.   David?

22         Q.   Loffing.  L-o-f-f-i-n-g?

23         A.   I believe I've seen that name, sir.

24         Q.   Do you know whether Mr. Loffing testified at the

25    trial of United States vs. Mark Fortner?
```

```
 1          A.    I do not recall.

 2          Q.    Have you read any transcripts from that trial

 3    where Mr. Loffing testified that how MCAS was designed and

 4    performed was one of the links, along with other -- many

 5    others, that contributed to the accidents?

 6                Have you read anything like that?

 7          A.    I don't believe so, no.

 8          Q.    You would agree with Mr. Loffing that in each of

 9    these crashes, there were many links in the chain that led

10    to these crashes, right?

11          A.    Yes.

12          Q.    And in a plane crash of a complex commercial

13    airplane, in your experience, there are typically many links

14    in the chain that lead to a crash, right?

15          A.    Yes.

16          Q.    And what we're talking about in this case is not

17    an act of terrorism or someone putting a bomb on the plane

18    and it caused that plane to crash, right?

19          A.    Right.

20          Q.    There's no allegations that anyone engaged in any

21    sort of intentional act to cause these planes to crash,

22    correct?

23          A.    My expert opinion is that by withholding the

24    information from the AEG and the cascading effect, it

25    ultimately led to two aircraft crashing with catastrophic --
```

```
 1                    THE COURT:  I mean, isn't that the ultimate

 2     question we have here, right?

 3                    MR. JACOBS:  Of course.

 4                    THE COURT:  If it's an intentional crime?

 5                    MR. JACOBS:  Of course.

 6                    THE COURT:  And then there's the contention of the

 7     movants that it's a direct and proximate cause.

 8                    MR. JACOBS:  Sure.  And his opinion, though, is

 9     based on the AEG having this complete set of data.  The only

10     thing that was withheld from the AEG was one piece of

11     information.  And the people who withheld that piece of

12     information didn't actually have the complete set of data --

13                    THE COURT:  Right.

14                    MR. JACOBS:  -- to share with the AEG.

15                    THE COURT:  Right.  No, I'm with you.  I

16     understand everything.

17                    MR. JACOBS:  Okay.  Thank you, your Honor.

18     BY MR. JACOBS:

19         Q.  Sir, I just want to ask you, are you aware of a

20     PowerPoint presentation that some employees from the FAA

21     created that said that Mr. Fortner was not responsible for

22     either of the plane crashes?

23         A.  I am not.

24         Q.  These are people who worked at the FAA where you

25     worked, correct, sir?
```

139

```
1              MR. CASSELL:  Objection, your Honor.  This seems

2    to be getting into issues that are entirely separate from

3    this particular hearing involving two particular plane

4    crashes.

5              I mean, is the government vouching for the

6    accuracy of that PowerPoint?  The truth of that PowerPoint?

7              THE COURT:  I don't think they are.

8              MR. CASSELL:  So then I would object on that

9    ground as well.  Are they saying this is reliable

10   information?

11             When, a few months ago, they were in this

12   courtroom saying --

13             THE COURT:  Let me just stop you there.

14             I mean, you've not seen that document, right?

15             THE WITNESS:  No, sir, I have not.

16             THE COURT:  Okay.  Very good.

17   BY MR. JACOBS:

18      Q.   Are you aware that that PowerPoint said that the

19   737 MAX accidents were caused by a failure of the

20   engineering --

21             THE COURT:  Well, he hasn't seen the document.

22             MR. JACOBS:  I just want to make clear for the

23   record that he hasn't understood or seen those

24   representations.  I appreciate where your Honor is coming

25   from.  I'm happy to move on.
```

140

1          THE COURT:  Right.  Yeah, I think so.  He hasn't

2    seen the document, so he can't affirm it or dispute it.

3    BY MR. JACOBS:

4        Q.   Now, you said you read the Statement of Facts.

5    There's no allegation in the Statement of Facts in the DPA

6    that Mr. Fortner or Boeing Employee 2 were involved in the

7    engineering certification process for the MAX, right?

8        A.   I believe so, correct.

9        Q.   And, sir, you also talked about the crash reports

10   that were prepared by Indonesian and Ethiopian authorities.

11         In the Indonesian crash report, which is in

12   evidence as families' Exhibit 2, you are aware that the

13   report listed nine contributing factors that led to these

14   crashes, right?

15       A.   I reviewed that, yes.

16       Q.   And those are on page 215 of families' Exhibit 2;

17   is that right?

18       A.   Yes.

19       Q.   And you are aware that only one of those nine

20   contributing factors mentions pilot training and several

21   others focus on the design and certification of MCAS, right?

22       A.   Yeah.  Yes.

23       Q.   And in the Ethiopian crash report, you are aware

24   that there are several findings and safety recommendations

25   which are on page -- I believe it's page 132 of that report,

141

 1    correct?  That's families' Exhibit 3.

 2         A.   On what page again, sir?

 3         Q.   Sure.  Page 132.

 4         A.   Yes, sir, I have seen that.

 5         Q.   And you are aware that these findings and

 6    recommendations mention pilot training, but also the faulty

 7    engineering design of MCAS as contributing to the crash,

 8    right?

 9         A.   Yes.

10         Q.   And nothing in the Statement of Facts in the DPA

11    alleges that Mr. Fortner or Boeing Employee 2 knew anything

12    about how MCAS was designed by Boeing's engineers, right?

13         A.   Correct.

14         Q.   There's no information in the Statement of Facts

15    that Mr. Fortner or Boeing Employee 2 knew that MCAS relied

16    only on a single AOA vane, correct?

17         A.   Right.

18         Q.   There's no information or allegations in the

19    Statement of Facts that Mr. Fortner or Boeing Employee 2

20    withheld information about MCAS, relying only on one AOA

21    vane from the Aircraft Evaluation Group, correct?

22         A.   Correct.

23         Q.   And there's no information in the Statement of

24    Facts that Mr. Fortner or Boeing Employee 2 knew that MCAS

25    could ratchet to an unlimited degree, right?

142

```
 1         A.    Correct.

 2         Q.    There's no information in the Statement of Facts

 3   that Mr. Fortner or Boeing Employee 2 withheld information

 4   about MCAS being able to ratchet to an unlimited degree from

 5   the AEG, right?

 6              MR. CASSELL:  Objection, your Honor.  I think that

 7   misstates the Statement of Facts.  The shocker alert email

 8   that we are all aware of talks about the MCAS running

 9   rampant.

10              And so "running rampant" seems to me to very

11   easily encompass the sorts of things Mr. Jacob is suggesting

12   are not in the Statement of Facts.

13              Once again, I am very concerned that the

14   government is backing away from what they agreed to because

15   it's convenient for them in this hearing.

16              THE COURT:  Okay.  Overruled.

17              You can take into account that email that he

18   mentioned.

19              THE WITNESS:  Okay.

20              Would you restate that, please?

21   BY MR. JACOBS:

22         Q.    Let me ask you, sir.  There is no information that

23   Mr. Fortner or Boeing Employee 2 had what you called this

24   complete set of data that would have impacted the AEG's

25   decision about pilot training, right?
```

143

1      A.   Okay.  And we are still referring to the

2   Indonesian accident report?

3      Q.   No.  I'm referring to what's in the Statement of

4   Facts.

5      A.   Okay.

6      Q.   There's nothing in the Statement of Facts that

7   alleges that Mr. Fortner or Boeing Employee 2 ever had what

8   we've talked about as the complete set of data that you say

9   that if the AEG had it, it would have impacted their

10   training decision, right?

11      A.   Yes.

12      Q.   They never had that complete set of data, right?

13      A.   Mr. Fortner never had that?

14      Q.   As it's laid out in the Statement of Facts,

15   there's no allegation or information that Mr. Fortner or

16   Boeing Employee 2, ever had a complete set of data, right?

17      A.   Correct.

18      Q.   And, sir, you testified that you are not familiar

19   with how MCAS was designed, right?

20      A.   That is correct.

21      Q.   You never worked with the AEG, right?

22      A.   No, sir.

23      Q.   You are not an expert in investigating the causes

24   of plane crashes, right?

25      A.   I have been trained, and I have conducted and

 1    participated in numerous aircraft accidents.

 2         Q.    Have you ever been qualified as an expert in

 3    federal court for any purpose, sir?

 4         A.    No, sir.

 5         Q.    Have you ever been qualified to provide any sort

 6    of expert opinion on the cause of a plane crash in federal

 7    court?

 8         A.    No, sir.

 9         Q.    And your report offers no opinion as to the cause

10    of either crash, right?

11         A.    I believe that I indicated that the -- one of the

12    causal factors was that the pilots were not properly

13    trained.  They did not get complete training because there

14    was information missing.

15         Q.    I think you've also testified, sir, that plane

16    crashes are complicated and often there are a number of

17    causes that goes into what causes any particular plane

18    crash, right?

19         A.    Yes, sir.

20         Q.    And you talked about your experience investigating

21    plane crashes and reading plane crash reports.

22              In your experience, there is often a number of

23    causes that go into why a commercial airplane crashes,

24    correct, sir?

25         A.    It's usually a domino-type of effect, yes.

145

```
 1        Q.    And nowhere in your report does it say that anyone
 2   at Boeing did anything intentional that they could
 3   reasonably foresee would cause two planes to crash, right?
 4        A.    Right.
 5             MR. JACOBS:  Thank you, your Honor.
 6             Actually, may I have one moment, your Honor?
 7   While I'm here, your Honor, just renew our objection to the
 8   witness being able to provide the opinion that the AEG would
 9   have known something.
10             THE COURT:  Yeah, let's just hold all of that.
11   Let's get the evidence in.  I will carry that objection
12   through the whole hearing.
13             MR. JACOBS:  Thank you, sir.
14                        CROSS-EXAMINATION
15   BY MR. HANEY:
16        Q.    Mr. Keyes, good afternoon.
17        A.    Good afternoon, sir.
18        Q.    I think you testified you've been a certificated
19   pilot for about 50 years; is that right?
20        A.    Yes, sir.
21        Q.    But you're not qualified in the 737 MAX or any
22   other 737 model, right?
23        A.    That is correct.
24        Q.    You've never flown the Boeing 737 as a commercial
25   pilot, correct?
```

146

1        A.    Correct.

2        Q.    You've never completed pilot training on the 737

3   MAX?

4        A.    That is correct.

5        Q.    You've never completed difference training between

6   737 NG and the 737 MAX?

7        A.    That is correct.

8        Q.    You offer opinions regarding the 737 MAX aircraft

9   flight manual and checklist; is that right?

10        A.    Yes, sir.

11        Q.    But you're not an expert on that manual or those

12   checklists, correct?

13        A.    Not an expert, no, sir.

14        Q.    You described on direct examination there is a

15   team at the FAA that reviews those manuals and checklists,

16   right?

17        A.    Yes.

18        Q.    And you've never been a part of that team in your

19   duties at the FAA, correct?

20        A.    No.

21        Q.    Now, sir, you're not an expert on memory items and

22   procedures for the runaway stabilizer checklist on the 737,

23   correct?

24        A.    Correct.

25        Q.    And you've never trained on the runaway stabilizer

1    procedure in a 737, either simulator or aircraft, right?

2        A.    Correct.

3        Q.    Sir, you also offer opinions on what the FAA and

4    the Flight Standardization Board would have done if it had

5    more data about MCAS; is that fair?

6        A.    Yes, sir.

7        Q.    And Mr. Keyes, you are a retired FAA employee who

8    still works in a contract capacity at the FAA Academy,

9    right?

10       A.    I do.

11       Q.    Would you agree the FAA is a large organization

12   with many different parts?

13       A.    Yes, sir.

14       Q.    And those many different parts fulfill many

15   different functions; is that fair?

16       A.    Yes, sir.

17       Q.    In your report, you talk about the FAA AEG, right?

18       A.    Yes, sir.

19       Q.    And that's the group at the FAA responsible for

20   determining differences training, among other things?  Fair?

21       A.    Yes, sir.

22       Q.    But during your time at the FAA, you never

23   actually worked for the AEG, right?

24       A.    I never did, no, sir.

25       Q.    You also talk about the Flight Standardization

```
1    Board, correct?

2         A.   Yes, sir.

3         Q.   And that's the board responsible for determining

4    requirements for pilot type ratings, developing minimum

5    training requirements and ensuring initial flight crew

6    member competency in accordance with published guidelines,

7    correct?

8         A.   Correct.

9         Q.   During your time at the FAA, Mr. Keyes, you never

10   served on a Flight Standardization Board, correct?

11        A.   No, I did not.

12        Q.   You also talk about the Aircraft Certification

13   Office in your report, right?

14        A.   Yes, sir.

15        Q.   And that's the group at the FAA that performs

16   aircraft certification duties, right?

17        A.   Correct.

18        Q.   During your time at the FAA, you never served or

19   worked for an Aircraft Certification Office, correct?

20        A.   I did not.

21        Q.   You'd agree that the AEG is different and has

22   different responsibilities than the Aircraft Certification

23   Office, correct?

24        A.   Correct.

25        Q.   For example, the AEG cannot issue a type
```

1  certificate, correct?

2      A.   That is correct.

3      Q.   And the Aircraft Certification Office cannot

4  determine pilot differences requirements, right?

5      A.   Correct.

6      Q.   Mr. Keyes, you also offer opinions on what foreign

7  operators depend on when it comes to the FAA's Flight

8  Standardization Board report, correct?

9      A.   Correct.

10     Q.   Sir, you've never worked for a foreign airline

11 carrier, right?

12     A.   That is correct.

13     Q.   And you've never been involved in designing

14 training for a foreign airline carrier?

15     A.   No, sir.

16     Q.   You've never worked for a foreign aircraft

17 regulator, right?

18     A.   No, sir.

19     Q.   You've never been involved in making training

20 decisions for a foreign aircraft regulator, correct?

21     A.   No.

22     Q.   You've never sat in on technical familiarization

23 meetings between Boeing, the FAA, and foreign regulators,

24 right?

25     A.   Yes.

1        Q.   And you're not aware of what type of information

2   Boeing provides to foreign regulators during those meetings,

3   right?

4        A.   Correct.

5        Q.   For example, you couldn't say, one way or the

6   other, whether Boeing provided information about MCAS to

7   foreign regulators during technical familiarization meetings

8   during the certification of the MAX, right?

9        A.   Correct.

10            MR. CASSELL:  Objection, your Honor.  At this

11  point Boeing is starting to back away from its initial

12  admission Statement of Facts, which was that it never

13  disclosed the MCAS information to anyone, as I read the

14  Statement of Facts Boeing presented.

15            THE COURT:  Is that true as to anyone, as opposed

16  to the FAA and the AEG?

17            MR. HANEY:  It was to the FAA AEG.

18            MR. CASSELL:  Your Honor, it's a Statement of

19  Facts.

20            MR. HATCH:  The DPA and the Statement of Facts

21  actually make clear that Boeing disclosed information about

22  MCAS's expanded operational scope to other portions of the

23  FAA.

24            THE COURT:  Right.  No, I understand the other

25  portions argument.  I've sat through the trial on that.

151

```
 1              But in terms of the Statement of Facts, I'm just

 2    curious about the Statement of Facts.  Is the Statement of

 3    Facts limited to disclosure to AEG?

 4              MR. HANEY:  The Statement of Facts is focused on

 5    Boeing Employee 1 and Boeing Employee 2's withholding of

 6    information from the FAA AEG to be sure, your Honor.

 7              THE COURT:  Right.

 8              And so my question to you, because the objection

 9    is that it's more broad than that.  And you disagree with

10    that?

11              MR. HANEY:  I will tie this up, your Honor --

12              THE COURT:  Go ahead.

13              MR. HANEY:  -- when we get to the questions about

14    the Lion Air report.

15    BY MR. HANEY:

16        Q.   And Mr. Keyes, just to be clear, have you ever

17    been qualified for a -- by a court as an expert in anything?

18        A.   No, sir.

19        Q.   Your opinions in this case are based on your

20    education and experience, correct?

21        A.   And my review of the documents presented, yes,

22    sir.

23        Q.   And your review of the documents presented.

24              But you didn't -- haven't applied any scientific

25    methodology, right?
```

1          A.    Correct.

2          Q.    For example, with respect to your training level

3     determination opinion, your opinions are based on your

4     review of the materials and your understanding of what the

5     Flight Standardization Board actually did, correct?

6          A.    Correct.

7          Q.    You haven't done any analysis of your own to try

8     to replicate the Flight Standardization Board's decision,

9     right?

10         A.    Correct.

11         Q.    You testified on direct about the AEG, they use

12    formulas to help them come up with their Flight

13    Standardization Board determinations, right?

14         A.    Yes, sir.

15         Q.    And you are not familiar with those formulas,

16    correct?

17         A.    No.

18         Q.    And you couldn't use those formulas to make a

19    determination about what the FSB would have done on your

20    own, right?

21         A.    Probably not.

22         Q.    And one of the reasons for that in this case is

23    that you testified that machinations of MCAS is not your

24    bailiwick, and you just have a rudimentary understanding of

25    MCAS, correct?

1          A.    Correct.

2          Q.    And in order to do the work that the AEG and the

3    FSB did, you'd need to understand how MCAS worked, correct?

4          A.    Correct.

5          Q.    And you just don't have that expertise, right?

6          A.    Correct.

7          Q.    I want to turn to another opinion you submitted in

8    the case.  And you say your --

9                You write in your opinion that, "There were two

10   fatal 737 MAX accidents, Lion Air and Ethiopian Air, which

11   were caused by faulty MCAS and the crews' lack of

12   knowledge/training on how to properly deal with the

13   emergency"; is that right?

14         A.    Yes, sir.

15         Q.    And so, even on the face of your opinion, you

16   identify two potential causes of the accident:  Faulty MCAS,

17   one, and the crews' lack of knowledge and training for how

18   to properly deal with the emergency, two, correct?

19         A.    Yes, sir.

20         Q.    I'm not going to rehash the different findings

21   that the Indonesian authorities made in their accident

22   report or the Ethiopian authorities made in their interim

23   report, but would you agree with me that you haven't done

24   any analysis of those findings or those contributing factors

25   to determine which of those multiple contributing factors

 1    and findings are more or less important than any other one?

 2         A.   I have not.

 3         Q.   Another of your opinions, sir, deals with foreign

 4    operators.  That your opinion is that all operators,

 5    domestic and foreign, of the 737 MAX depend on the FAA for

 6    appropriate and accurate information regarding aircraft that

 7    they approve and the training they recommend, right?

 8         A.   Yes, sir.

 9         Q.   You'd degree, however, that foreign governments,

10    foreign regulators, actually set the training requirements

11    for their carriers?

12         A.   They do.

13         Q.   For example, Lion Air's requirements are set by

14    Indonesian authorities, and Ethiopian Airline's requirements

15    are set by the Ethiopian authorities, right?

16         A.   Yes.

17         Q.   In fact, in your report you concede that foreign

18    operators of Boeing 737 MAX aircraft are not required to

19    follow the recommendations of the Flight Standardization

20    Board Report, right?

21         A.   Correct.

22         Q.   And you said on direct examination that certain

23    countries with less resources would be more likely to follow

24    the FAA Flight Standardization Board Report, correct?

25         A.   Correct.

```
1          Q.   But you haven't done any analysis to determine

2     which countries actually did and did not follow the Flight

3     Standardization Board Report, right?

4          A.   Correct.

5          Q.   You would agree that it's at least possible that

6     the Indonesian authorities or the Ethiopian authorities

7     might have set different training requirements than the FAA?

8          A.   Yes.

9          Q.   Foreign regulators don't always just follow the

10    FAA, right?

11         A.   No.

12         Q.   That's correct, they don't always follow the FAA?

13         A.   That's correct.

14         Q.   And foreign regulators don't always just accept

15    the FAA's determinations, correct?

16         A.   Correct.

17         Q.   In fact, Mr. Cassell showed you Exhibit 5 and

18    Exhibit 6, the Boeing emails, and those emails actually show

19    that foreign regulators can make their own decisions, right?

20         A.   That is correct.

21         Q.   And you are aware that foreign regulators are

22    permitted to ask their own questions to Boeing for their own

23    purposes, right?

24         A.   Correct.

25         Q.   In fact, if you look at Exhibit 2, the Lion Air
```

156

1    report, on page 156 -- I will give you a minute.

2        A.   Page again, sir?

3        Q.   156.  It's Section 1.17.8.

4             MR. CASSELL:  Which one is this?

5             MR. HANEY:  Exhibit 2, Lion Air report.

6    BY MR. HANEY:

7        Q.   You see there's a reference to a type certificate

8    validation meeting conducted by the Indonesian DGCA for the

9    Boeing 737-8 MAX?  Do you see that?

10       A.   Yes, sir.

11       Q.   And it looks like it was a nine-day meeting held

12   at the Boeing facility in Renton, Seattle, Washington,

13   correct?

14       A.   Yes, sir.

15       Q.   And if you look down to the fourth paragraph, it

16   actually says, "The Maneuvering Characteristic Augmentation

17   System, MCAS, was discussed during this system

18   familiarization of Boeing 737-8 on the MAX."  Do you see

19   that?

20       A.   No, I do not.

21       Q.   It's the fourth paragraph down.  The paragraph

22   starts, "The agenda of the TC validation where system

23   familiarization is presented by Boeing and certification

24   discussion based on" --

25       A.   Oh, okay.  Yes, I see that.

157

1      Q.   And it says the MCAS system was discussed during

2   system familiarization on the MAX, right?

3      A.   Yes, sir.

4      Q.   All right.  Let's move on to another one of your

5   opinions about Boeing's omission of information about MCAS

6   from the AEG.

7           It's your opinion that the Level B determination

8   that the AEG and the Flight Standardization Board made back

9   in 2016, 2017 was erroneous, correct?

10     A.   Correct.

11     Q.   And that, if Boeing Employee 1 and Boeing Employee

12  2 had not omitted information about MCAS from the AEG, the

13  Flight Standardization Board would have made a different

14  training level determination, correct?

15     A.   Probably, yes.

16     Q.   Now, sir, again, you know, I will be brief on

17  this, but when you say complete dataset was withheld from

18  the AEG in your opinion, you understand that the only thing

19  that Boeing Employee 1 and Boeing Employee 2 withheld from

20  the AEG, according to the Statement of Facts, is MCAS's

21  expanded operational scope, the fact that MCAS could

22  function at lower speeds, correct?

23     A.   Correct.

24     Q.   So you agree the FAA AEG was not aware of

25  low-speed MCAS in 2016, right?

158

1        A.   Correct.

2        Q.   And it's your opinion that if Boeing's technical

3   pilots, Employee 1 and Employee 2, had disclosed low-speed

4   MCAS to the AEG in 2016, then the Flight Standardization

5   Board would have required that flight crews have simulator

6   training, right?

7        A.   Correct.

8        Q.   Let's talk for a minute about what training was

9   required after the AEG became aware of low-speed MCAS.

10            You stated you agree with the Statement of Facts,

11   right?

12            You testified earlier you agree with the Statement

13   of Facts.  You don't dispute it, correct?

14        A.   Oh, yes, sir.

15        Q.   Okay.  And from paragraph 49 in the Statement of

16   Facts, "Following the Lion Air crash, the FAA AEG learned

17   that MCAS activated during the flight and may have played a

18   role in the crash.  The FAA AEG also learned for the first

19   time about MCAS's expanded operational scope," correct?

20        A.   Correct.

21        Q.   You'd agree it became well known after the Lion

22   Air crash that MCAS could operate at both high and low

23   speeds, correct?

24            MR. CASSELL:  Objection, your Honor.

25            Could we have some clarification?

159

```
 1              Obviously, it became well known by 2022.  What

 2    time frame is the -- is he referencing to?

 3    BY MR. HANEY:

 4        Q.   Are you aware, sir, that --

 5              I will rephrase that question.

 6              Would you agree that, prior to the Ethiopian

 7    Airlines crash in March of 2019, it was well known that MCAS

 8    could operate at both high speeds and low speeds?

 9        A.   I would say probably.

10        Q.   You know, I'm sure you've seen in the press,

11    reporting following the Lion Air crash regarding MCAS,

12    right?

13        A.   I would believe the press would be suspect.

14        Q.   Okay, sir.

15              You are aware that, following the Lion Air

16    accident but prior to the Ethiopian Airlines accident,

17    Boeing issued a flight crew operations manual bulletin

18    related to the Lion Air accident, correct?

19        A.   Correct.

20        Q.   You are welcome to look at it, but it's page 288

21    of the Lion Air report, Exhibit 2, if you need to.

22              You are aware that that bulletin went to all 737

23    MAX operators, right?

24        A.   It was distributed in that manner.

25        Q.   And you would agree that the Boeing flight crew
```

160

1    operator's manual bulletin pointed to existing procedures,

2    the runaway stabilizer procedure, to address the condition

3    experienced on the Lion Air accident flight, right?

4         A.   Correct.

5         Q.   You are also aware that the FAA published an

6    emergency airworthiness directive in November 2018, again

7    before the Ethiopian Airlines crash, right?

8         A.   Yes.

9         Q.   And you are aware that that airworthiness

10   directive also goes to all 737 MAX operators, correct?

11        A.   Correct.

12        Q.   And you would agree that the FAA's airworthiness

13   director pointed to -- also pointed to existing procedures,

14   the runaway stabilizer procedure, to address the condition

15   experienced on the Lion Air flight, right?

16        A.   Correct.

17        Q.   You are aware that on November 10th, 2018, Boeing

18   published a multi-operator message that described MCAS and

19   the fact that it could operate at speeds approaching stalls,

20   correct?

21        A.   Correct.

22        Q.   And that's at page 290 of the Lion Air report,

23   Exhibit 2 for the record.

24             As an experienced aviation professional, when

25   someone says "speeds approaching stalls," that's low speeds,

161

```
1    right?

2          A.    For the most part, yes.

3          Q.    You would agree that, prior to the Ethiopian

4    Airlines crash, neither the FAA nor any other international

5    regulator required simulator training?

6          A.    That's correct.

7          Q.    In fact, prior to the Ethiopian Airlines crash

8    neither the FAA or any other international regulator

9    required any additional training at all beyond just updating

10   the manual to reference existing procedures, correct?

11         A.    Correct.

12         Q.    And that procedure, the runaway stabilizer

13   procedure, that's one that all pilots are trained on,

14   correct?

15         A.    Correct.

16         Q.    And that's a procedure that all pilots have always

17   been trained on, right?

18         A.    That is a common training item.

19         Q.    So, Mr. Keyes, to sum up, you'd agree that we

20   don't know what the FAA AEG would have done about training

21   in 2016 had they known about low-speed MCAS, correct?

22         A.    I believe that they probably would have made a

23   different determination had they had all of the information

24   about the expansion of MCAS to a lower speed.

25         Q.    And we will get to this, but to use your words,
```

162

```
1    "they probably would have."
2              It's conceivable they wouldn't have, correct?
3         A.   Conceivable they would have, yes.
4         Q.   Conceivable they would not have, correct?
5         A.   No.  I'm saying it was conceivable that, had they
6    had the full information, that they would have made a
7    determination to go to a higher level of training as opposed
8    to Level B.
9         Q.   I'm with you, sir.
10             And so it's conceivable they would have made that
11   higher determination, and it's conceivable they would not
12   have; we just don't know, correct?
13        A.   Correct.
14        Q.   We do know what the AEG did in 2018, after the
15   Lion Air crash, but before the Ethiopian Airlines crash,
16   with respect to requiring simulators for MCAS, correct?
17        A.   I don't feel that between the Lion Air and the
18   Ethiopian crash, I do not believe that there was any
19   indication that the AEG made a requirement for simulator
20   training.
21        Q.   Right.  So after the Lion Air crash, but prior to
22   Ethiopian Airlines crash, after the FAA AEG was aware of
23   low-speed MCAS, they never determined to require simulator
24   training on MCAS for the MAX, correct?
25        A.   Correct.
```

1          Q.   Sir, you'd agree that not all differences between

2     aircraft need to be trained, right?

3          A.   No.

4          Q.   You do agree with that or you do not agree with

5     that?

6          A.   I do not agree with that.

7          Q.   Okay.  So your -- I'm going to look to page 4 of

8     your report.  You say -- so let me get your testimony.

9               Your testimony is that all differences levels, all

10    differences training between aircraft need to be trained; is

11    that right?

12         A.   Correct.

13         Q.   All right.  Are you aware that your report says,

14    if no differences exist or if differences exist but do not

15    affect knowledge, skills, ability or flight safety, then

16    differences levels are not assigned, nor are they applicable

17    to pilot training and qualification?

18         A.   Okay.  Yes, sir.

19         Q.   So does that help you understand that not all

20    differences need to be trained, sir?

21         A.   Yes.  If it's a minor item, that the coffee maker

22    now has a new temperature limit on it, the crew would

23    probably be made aware of that during a training.  It would

24    not be a very large-emphasis item.

25               If that were the case, they would probably just

1   get a notice through the notification systems that the air

2   carrier has and they would go on.

3        If it had anything to do with a crew member in the

4   cockpit that would affect his decision-making or how he

5   operated the aircraft, you would want to address that in

6   differences training.

7        Q.   Sir -- and my specific question is a little more

8   simple, I hope -- it's that not all differences need

9   training, right?

10        A.   Correct.

11        Q.   And there are also types of differences training

12   that don't require simulator training, right?

13        That's level A, Level B, Level C, right?

14        A.   Correct.

15        Q.   Would you agree it's possible that the FAA AEG

16   might not have required simulator training in 2016, 2017,

17   even if they had the information about MCAS's expanded

18   operational scope that Boeing Employee 1 and Boeing Employee

19   2 withheld?

20        A.   I would not agree with that.

21        Q.   It's not possible under your --

22        A.   I don't see how they could have done that.

23        Q.   Okay.  And that's so, even though you, yourself,

24   cannot do that analysis, because you're not familiar with

25   the formulas, and you're not familiar with MCAS, right?

165

```
 1          A.   Correct.

 2          Q.   It's also your opinion that, had the accident

 3   flight crews had simulator training, they would have been

 4   able to respond to the conditions on the accident flight,

 5   right?

 6          A.   Correct.

 7          Q.   But you don't dispute that, prior to the accident,

 8   flight crews on the 737 MAX were already trained in the

 9   simulator on runaway stabilizer procedures, right?

10          A.   Correct.

11          Q.   And as you sit here today, you can't say with any

12   certainty what additional training would have been required

13   to prevent the accidents, right?

14          A.   I believe that Level D or better would have been a

15   contributing factor to preventing those accidents.

16          Q.   Can you say, for example, sir, how any additional

17   training would have been different than the existing runaway

18   stabilizer training?

19          A.   The pilots had gotten information through those

20   ADs in a written form.  They would read them.  Had they had

21   the opportunity to get into a simulator, they would have

22   been able to see what the indications are.  They would have

23   had the indications on the screen.

24               They would have had indications perhaps on the

25   visual.  If they were at altitude, probably not so much as
```

166

 1    at a lower altitude, they would have had visual cues.

 2            They would have had experience touching and

 3    pulling back and experiencing the load factors.  They would

 4    have heard the ratcheting, if you will, of the nose down.

 5            They would have had the opportunity to apply

 6    memory items because this was a situation in which they did

 7    not have the luxury of pulling a checklist out and going to

 8    it.

 9            It would have been a memory item-type thing in

10    which they would -- in a simulator they would have had the

11    opportunity to apply that knowledge.

12            As I mentioned this morning, a sim operator, if

13    there was something that a pilot did wrong, out of sequence

14    they can stop the simulator, and the pilot -- they can

15    discuss it, they can reposition and go back and start over

16    again and afford the pilot the opportunity to experience

17    that, apply the knowledge.

18            And that way, he's learned it by reading it.  He's

19    learned it by probably looking at maybe some training aides

20    in the classroom.  He now has the simulator, which can

21    reinforce his training through sight, sound, and feel.

22            Therefore, he's going to be a much better trained

23    pilot, and he is going to have a reasonably good chance of

24    actively or correctly responding to a given emergency within

25    a given system.

167

1      Q.   Mr. Keyes, in your answer you reference the AD,

2   the Airworthiness Directive, correct, that pilots read about

3   the indications?

4      A.   Yeah.

5      Q.   So that all happened after the Lion Air crash,

6   correct?

7      A.   I believe so, yes.

8      Q.   So back in 2016, isn't it possible that, even if

9   the AEG had required simulator training on MCAS, it's

10   possible the simulator training would not have been

11   meaningfully different than the runaway stabilizer existing

12   training, right?

13      A.   It would depend on how the individual operators

14   have incorporated the information from the FSB into their

15   training programs.

16      Q.   It would depend on each individual operator and

17   how they did that, right?

18      A.   Especially the foreign operators.

19      Q.   And you are not an expert on how foreign operators

20   incorporate recommendations into their training, right?

21      A.   No, I'm not.

22      Q.   So, Mr. Keyes -- and I'm wrapping up here -- but

23   it's your opinion that Boeing Employee 1 and Boeing Employee

24   2's omission of information about MCAS from the AEG and the

25   Flight Standardization Board was an actual cause of the Lion

168

1    Air and Ethiopian Airlines crash, correct?

2        A.   I believe it was a contributing factor.

3        Q.   Well, sir, is it your opinion that it could have

4    been a factor, or that it was the actual cause of the

5    accident?

6        A.   I believe --

7        MR. CASSELL:  Objection, your Honor.  That's --

8    that's a confusing question.  I'm not sure even I understand

9    it.

10        Can you clarify it?

11    BY MR. HANEY:

12        Q.   I believe I asked -- the question was, if we could

13    clarify his opinion whether what I understand has been --

14    was that with the omission of information about MCAS by

15    Employee 1 and Employee 2 was an actual cause of the Lion

16    Air and Ethiopian Airlines accidents; yes or no?

17        A.   Yes.

18        Q.   Okay.  In order for that to be the case, sir, we

19    would have to know that, if the Flight Standardization Board

20    hadn't withheld information about MCAS's operational speed

21    expansion, the FSB would have required differences training

22    on MCAS at the time of the certification, right?

23        A.   Correct.

24        Q.   We would have had to know that the Flight

25    Standardization Board would have required Level D simulator

169

1    training on MCAS and not a lower level, correct?

2         A.    Correct.

3         Q.    We would have to know that foreign regulators

4    would have followed the FAA Flight Standardization Board,

5    even though they're not required to, correct?

6         A.    Correct.

7         Q.    And we would have to know that, even if simulator

8    training had been required by those foreign regulators, it

9    would have included the accident scenarios, correct?

10        A.    Correct.

11        Q.    And we'd have to know that the required simulator

12   training would have led the pilots to respond appropriately,

13   correct?

14        A.    Correct.

15        Q.    Mr. Keyes, we've talked a lot about what your

16   opinion says, but I want to briefly turn now to what is not

17   in your opinion.

18             I don't see anywhere in your opinion an analysis

19   of whether Boeing Employee 1 and Boeing Employee 2 could

20   have reasonably foreseen that an omission of information

21   regarding MCAS's expanded operational scope, the speed,

22   could have caused the accident, right?

23        A.    Can you restate that, please?

24        Q.    There's nothing in your opinion about whether

25   Boeing Employee 1 and Boeing Employee 2 could have

1    reasonably foreseen that an omission of information

2    regarding MCAS's expanded operational scope, the low speed,

3    could have caused the accident, right?

4         A.   That did not enter in the analysis.

5         Q.   Okay.  No analysis.

6              And you didn't testify to that on direct

7    examination, correct?

8         A.   I did not.  I had no knowledge at that time --

9              THE COURT:  Hold on a second.  Hold on a second.

10             Ask your next question.

11             MR. HANEY:  Yeah.

12   BY MR. HANEY:

13        Q.   Just confirming.  You didn't testify to that on

14   direct?

15             THE COURT:  He did.  He said no, and he was

16   explaining.

17   BY MR. HANEY:

18        Q.   Okay.  All right.  And my final question, you've

19   never been qualified to act as an expert on the proximate

20   cause of an aircraft crash; correct?

21        A.   I have contributed to many crashes, but I have not

22   been a party to the final determination.

23        Q.   And no court has ever qualified you as an expert

24   on the proximate cause of a plane crash?

25        A.   Correct.

```
1              MR. HANEY:  Thank you, sir.

2              THE COURT:  Do you know how long you have?  I have

3     to break at 3:00 for a little bit.

4              MR. CASSELL:  I think we're all planning to stay

5     to find out what happened to the raccoon, your Honor.

6              THE COURT:  In addition to that, I have, beyond

7     the raccoons, something else that's going to take a little

8     bit of time.  So we will stay late tonight.

9              So anyway, you've got from now until 3:00, all of

10    you do.  If you want to end it before 3:00, let's get it

11    done.  If you can't, then you're going to have to come back

12    at 4:00-ish.

13             MR. CASSELL:  Right.  Let me -- let me see how it

14    goes.  I think we discussed earlier that I might have a

15    little bit of latitude now on redirect to discuss --

16             THE COURT:  Yes.

17                        REDIRECT EXAMINATION

18    BY MR. CASSELL:

19        Q.   Sir, I think there's been some questions about

20    your background that have been raised.  It may be useful to

21    go through some of those aspects of your background.

22        A.   Okay.

23        Q.   You mentioned -- oh, I assume you went to college.

24    And what was your degree in?

25        A.   My actual science was in aeronautical science, and
```

1    my MBA was business.

2         Q.    And then do you have any professional certificates

3    connected with aviation?

4         A.    I hold an Airline Transport Pilot Certificate with

5    five separate ratings, and I hold a flight instructor

6    certificate.

7         Q.    What are the type ratings that you have?

8         A.    I have two Hawker type ratings, two King Air type

9    ratings, and I have a Citation by under-type rating.

10        Q.    And how much flight time do you have at this point

11   in your career?

12        A.    Somewhere --

13        Q.    Approximately?

14        A.    -- somewhere in excess of 8500 hours.

15        Q.    And if I understand correctly, after graduating

16   from college and so forth, you became a flight instructor, a

17   charter pilot, and a corporate pilot?

18        A.    Correct.

19        Q.    Could you briefly describe what that involved?

20             MR. JACOBS:  Your Honor, we'd stipulate to

21   everything that's in the professional qualifications part of

22   the expert report.  If that's what we're going to go over,

23   we will just stipulate to all that.

24             MR. CASSELL:  All right.

25             THE COURT:  It's up to Mr. Cassell.

BY MR. CASSELL:

Q.   Maybe I should try to focus in just a little bit.

Was there anything in being a flight instructor, a charter pilot, or a corporate pilot that helped you in reaching some of the conclusions you've offered today?

A.   Just general education and my experiences at -- I was a part of the certification team that certificated Simuflite as the first 142 training center.

It involved the approval of the curriculum, integrating simulators into the training programs, and approval of the simulator checklist.

Q.   All right.  I think I will get to that in a minute.  I'm just looking at your CV.  It indicates that from 1987 to 2000 you were an aviation safety inspector for the FAA?

A.   Correct.

Q.   Could you tell the Court a little bit about what being an aviation inspector for the FAA involved?

A.   It involved certification of airman, certification of air carriers, air agencies, operators.  It involved surveillance of those operators, plus agricultural operations, pilot schools, things of that nature.

We participated with the NTSB in accident investigation.  If the NTSB made a determination that they do not have the resources to go out on an accident, the

174

 1     accident would be delegated to the FAA.

 2              We certificated airman, and we provided

 3     surveillance.  Just kind of generally all of that in the

 4     general aviation population, and in the air carrier world,

 5     which would, at that point, be FAR Part 135, which basically

 6     is your air taxi and commercial operators.

 7          Q.   I wonder if you could go back.  You've said that

 8     you were involved in aircraft accident investigations.

 9              Could you explain a little bit more the kinds of

10     things you handled in connection with that?

11          A.   The one FAA inspector goes out on an accident.  In

12     many cases, the FAA inspector is the first one on the scene.

13              It takes a while for the NTSB to get their people

14     lined up and get them moved to the accident site.  And as a

15     consequence, the FAA is usually the first one there and

16     assumes control of an accident site until the NTSB gets

17     there.

18              In some cases, the NTSB may give directions to the

19     FAA on what they want done or not done until they get there,

20     preserving the wreckage, looking for certain documents, make

21     sure that you get the radar reports, things of that nature.

22              Also, the FAA had certain responsibilities for

23     things that we had to check and report on.  We had a

24     standard form that we had to fill out regarding those

25     accidents.

 1        Q.   And then, if I understand correctly, from 2000 to

 2   2002, you were a manager of the Training and Standardization

 3   Branch, FAA Flight Inspection program?

 4        A.   That is correct.

 5        Q.   Could you explain just briefly what that involved?

 6        A.   The flight inspection branch for the FAA is the

 7   organization that has responsibility for approving and

 8   surveilling navigation aides for en-route navigation and

 9   approaches.

10        They do it all over the world.  For the most part,

11   we get invited -- we are invited by many countries to come

12   in and do the certification and surveillance and

13   recertification of their instrument approach systems, their

14   en-route systems.  We check the communications.

15        But also in the United States, at the time I was

16   there, we had 32 aircraft.  There was Challengers, Hawkers,

17   Lear Jets, and King Airs.

18        We had 55 pilots and about the same number of

19   technicians that were sitting in the back and did the real

20   technical part of monitoring those.

21        My job was to -- also as a result of an accident

22   in Front Royal, Virginia, the FAA and being certificated as

23   a 135 operator and was required to operate in accordance

24   with FAR 135.

25        And as such, they had to have specific training.

1    The pilots had to have specific training, periodic checking.

2    My job was the manager of the training and qualification

3    branch.

4            And it was my job and the people in my unit to

5    conduct the appropriate tests, proficiency tests for the

6    pilots, or certification, if they were a new pilot and had

7    to get certificated in those aircraft.

8            Also, I was responsible for overseeing the

9    contracts with Simuflite flight safety for recurrent

10   training and qualification, not only as a pilot for that,

11   but into the Flight Inspection Program qualifications.

12       Q.   And then from 2002 to 2005, you were the manager

13   of Oklahoma FAA Flight Standards District Office.

14            Could you briefly tell us what that involved?

15       A.   My district was the State of Oklahoma.  We had

16   responsibility for all aviation activity within the State of

17   Oklahoma, the certification of operators, surveillance of

18   those operators, accident and incident specification,

19   violation investigations, complaint investigations, accident

20   investigations.

21       Q.   Let me stop you right there.  That might be of

22   significance.

23            Can you tell us what you did in connection with

24   accident investigations and accident reports as a manager

25   there?

177

1        A.   As the manager there, I ensured that the

2   inspectors that went out on the accidents completed all the

3   appropriate documentation that was required, and I reviewed

4   all of the accident reports that the FAA inspectors produced

5   before I forwarded those to the regional office.

6        Q.   Were you required to approve those accident

7   reports?

8        A.   I had to sign off on each report.

9        Q.   And then from 2005 to 2011, I understand you were

10  the manager of the FAA, National Flight Program Oversight

11  Office.

12        Could you briefly tell us what that involved?

13        A.   The FAA was -- at the time, had four separate

14  flight programs.  They had a flight program which we

15  referred to as Hangar 6 in Washington.  And that was, for

16  all practical purposes, kind of a VIP-type of arrangement.

17  We had contracts with several government agencies.  One in

18  particular was the NTSB, Go Team.  We would provide them

19  with transportation as soon as possible.

20        We provided transportation for the air traffic

21  controllers, the first ones to go back into New Orleans

22  after Katrina.  They operated in accordance with the 135

23  certificate.

24        The Tech Center in Atlantic City, where they did a

25  lot of experimentation, they also had a flight program.  The

1    flight inspection, as I just described to you, and the

2    flight standards, which conducts recurrent training of all

3    its inspectors on a quarterly basis and has -- right now

4    they have six King Airs down here in Fort Worth that they

5    use for recurrent training.

6           Our office was responsible for overseeing those

7    operations.  Some of them, the Hangar 6 Flight Inspection

8    and the flight standards also all carried, or held, 135

9    certificates.

10          So we were responsible for oversight to ensure

11   that the government, or the FAA did, in fact, comply with

12   all the federal regulations for a 135, but also office and

13   management and budget had several documents that they put

14   out that required government agencies to operate and report

15   in a certain way.

16          And being a subdivision of the DOT, DOT had an

17   order -- I believe it was 8060.5C, which directed operators

18   of aircraft within the DOT on how they would operate and how

19   they would report.

20          And our office was responsible for oversight to

21   ensure that everybody met all of the requirements and

22   directives of the government.

23          And also, we were the repository, or we collected

24   all of the reporting information that got forwarded to GSA

25   and was provided to and shared with Congress.

179

1          Q.    I see that also you had an additional set of

2   duties from 2001 to 2011 as the chairman of the Interagency

3   Committee for Aviation Policy Safety Standards and Training

4   Subcommittee.

5          Could you explain briefly what that involved?

6          A.    Okay.  I was not the chairman.  I was the FAA

7   representative --

8          Q.    Oh, I'm sorry.  Thank you.

9          A.    -- to ICAP.  ICAP was set up at the direction of

10  O&B to GSA to set up a system or a forum -- or platform,

11  whereby all government agencies that operated aircraft would

12  share best practices.  They would conduct safety audits,

13  things of that nature.

14         I became the chairman of the Safety Standards and

15  Training Subcommittee, and our job was to go out after an

16  accident with an operator of one of the agencies, and we

17  would take a look at the structure and the organization,

18  their safety management system, to see if there was any

19  holes in that or fault with the management or oversight of

20  that that might have contributed to an accident.

21         And we did the State Department.  We did NASA.  We

22  did the Department of Justice.  We did Border Patrol.  We

23  did Customs.  Just about everybody.

24         At one point -- it did not have to be an accident.

25  They could ask us to come in and do a safety audit for their

1     own edification.

2              In a couple of instances, there was a new director

3     of the program, we got a letter from one that says, "I don't

4     know what I have here.  Please come in, do an audit and tell

5     me what I've got."  And we did that.  So I was chairman of

6     that for, I guess, seven or eight years, nine years.

7          Q.   All right.  And then, it sounds like you retired

8     from the FAA around 2011?

9          A.   I did.

10         Q.   Twenty-four years with the FAA?

11         A.   Correct.

12         Q.   But did you continue to interact with the FAA for

13    the, what, next 11 years after that?

14         A.   Yes.

15         Q.   And what have you done with the FAA to interact

16    with them --

17         A.   I'm a contract instructor for the FAA at their

18    academy in Oklahoma City.

19         Q.   And what do you teach there at the academy?

20         A.   I teach various subjects.  Currently, I am

21    teaching airman certification and air carrier certification.

22         Q.   And does any of that instruction involve training

23    programs?

24         A.   It does.

25         Q.   Could you tell us a little bit about what the FAA

181

1   has you do to instruct about training programs?

2       A.   I'm instructing primarily new inspectors on the --

3   we kind of take them through the approval process for an air

4   carrier's training program and how it's constructed, the

5   different phases, and the gates that they have to pass

6   before they move on to the next phase of the certification.

7            And as part of that, when we talk about the

8   curriculum, we talk to them about the integration of

9   differences training.  We take them through the AEG

10  organization, what they do, how they do it.

11           We show them a report.  Normally, we pull up

12  something like the King Air or the Hawker and show them the

13  differences and how the operator will then come up with the

14  operator's minimum requirement for differences training and

15  how that the -- then, as the inspector, how they need to

16  look at that to ensure that that information from the AEG

17  FSB is incorporated into the training.

18       Q.   Now, where do you get your information to teach

19  the students that you are instructing about these

20  differences?

21       A.   The FAA provides me with a curriculum.

22       Q.   And I take it they have confidence in your ability

23  to teach those subjects to the students there?

24       A.   Apparently, because they have periodic reviews

25  where they sit in on my training and grade me.

1      Q.   Now, is part of the curriculum there how to create

2      the training program for different types of aircraft and

3      things like -- of that nature?

4      A.   Basically, the training structure is similar.

5      Whether you're flying Cessna 210s or whether you're flying

6      Triple 7s or anything in between the structure is basically

7      the same.

8      Q.   And I take it, then, you have students who go on

9      to become FAA inspectors when they finish taking --

10     A.   When they finish all of the required training,

11     they become inspectors.

12     Q.   Could they go and inspect, for example, a 737 MAX?

13     A.   They could go in and inspect a 737 MAX if they

14     were looking at the structure.  Unless they were qualified

15     in a 737, they would probably have difficulty trying to

16     determine whether all of the information that would have

17     been required would be incorporated in the curriculum.

18          The FAA has kind of two parallels, one is general

19     aviation and one is air carrier.  The air carrier inspectors

20     would have a lot more information on that.  The air carrier

21     inspector that would do that would be the ones that are type

22     graded in the 737 or have experience with transport category

23     aircraft.

24     Q.   All right.  Well, thank you for that information

25     about your background.

1          Now, I want to turn to a couple of questions that

2  came up about your expert opinion.  I think you said you

3  were not an expert in the details of the software involving

4  MCAS; is that correct?

5          A.   Correct.

6          Q.   But do you believe that you are in a position to

7  assess the consequences that come from MCAS malfunction or

8  uncommanded MCAS activation?

9          A.   I believe I'm qualified to make an assessment on a

10  lack of information and its effect on training.

11          Q.   And let's focus, then, on that effect on training.

12          Could you explain why you have an ability to

13  assess how the uncommanded MCAS activation or something

14  along those lines would have implications for training

15  programs or could have been prevented by training programs?

16          A.   Basically, it would go back to my 50 years of

17  experience in aviation, being exposed to different training

18  programs at different companies where I was a pilot, being

19  in charge of training, as I was with the oversight -- or the

20  flight program, looking at training programs to approve

21  them.

22          My experience with certificating curriculums and

23  simulators for Simuflite have kind of all added up.  So it's

24  hard to say just one particular thing.  It's just a

25  culmination of my experiences.

184

```
 1        Q.   Now, there was a lot of question about a phrase

 2   that came up in your report.  Something about a "complete

 3   dataset" regarding MCAS.

 4             Could you explain what you meant when you used

 5   that phrase, "a complete dataset"?

 6             What kind of information were you referring to?

 7        A.   What I was referring to was all the appropriate

 8   and available data.

 9        Q.   All right.  And I know there was some questions

10   about what's in the Statement of Facts here.

11             Were you familiar with paragraph 14 in the

12   Statement of Facts that says, "Boeing Employee 1 and Boeing

13   Employee 2 understood that the FAA AEG relied on them" --

14   that is the two Boeing employees -- "as members of Boeing

15   737 MAX technical team, to identify and provide to the FAA

16   AEG all information that was relevant to the FAA AEG in

17   connection with the FAA AEG's publication of the 737 MAX FSB

18   report, including information that could impact the FAA

19   AEG's differences training determination."

20             I know that was long there, but were you familiar

21   with that?

22        A.   Yes.

23        Q.   So when we're talking about a complete dataset not

24   getting to the FAA AEG, what is your understanding of whose

25   job it was to get that complete dataset?
```

185

1     A.   My understanding is that the manufacturer would be

2    the one that would supply that information to the FAA AEG.

3     Q.   And we've been talking to you about a complete

4    dataset.  That makes it sound like there's a lot of

5    information and so forth that might be at issue.

6         Is there one piece of information that would have

7    been critically important to the FAA AEG when they were

8    trying to come up with the training program in connection --

9    in connection with MCAS?

10     A.   I believe, had they known of the expanded

11    parameters of MCAS, that it would have had quite an impact

12    on how they would react and how they would judge it.

13     Q.   And I think everyone -- it's your understanding

14    that everybody agrees that Mr. Fortner did have access to

15    that information?

16     A.   I believe so, yes.

17     Q.   There was also some questions I think from the

18    Boeing attorneys about how, well, look, after the Lion Air

19    crash, there were these documents that went out.  So people

20    knew more about MCAS at that point in time.

21         And, by golly, in the next couple of months, the

22    FAA didn't go to flight simulator training and so forth.  I

23    guess it would be about a four-and-a-half month period of

24    time.

25         Could you give us some sense of how long it would

1    take the FAA to decide to go from, let's say, a Level B

2    determination, to a Level D determination in the ordinary

3    course of business?

4        A.   I would only be hazarding a guess, and I wouldn't

5    want to do that.

6        Q.   All right.  You know that in the event -- how long

7    did it take the FAA, ultimately, to go with the Level D

8    flight simulator training for the 737 MAX?

9        A.   I don't remember the time frame that was involved

10   between the accidents and the actual date -- I don't recall

11   a date on that particular document where they finally said,

12   you know, "We got to have sim training."

13               MR. CASSELL:  If I can just confer with counsel?

14   BY MR. CASSELL:

15       Q.   It wouldn't have been a four-and-a-half month

16   process, though.  It would have been longer than that; is

17   that a fair statement?  In general?

18       A.   In a critical situation, they may have been able

19   to move quicker.

20       Q.   Right.

21               Well, so for example, here's something that I

22   think we talked about in direct examination that's relevant

23   to this.

24               It was on January 7th, 2020, that Boeing announced

25   that they thought simulator training was needed for the 737

187

1      MAX.  Do you recall that announcement from Boeing?

2           A.   Yes, I do.

3           Q.   And if we go back to the Ethiopian Airline crash,

4      I believe that was in March of 2019.

5           A.   Yeah.

6           Q.   So the Boeing process to evaluate all this took,

7      if my math is correct, more than nine months; is that a fair

8      statement?

9           A.   Sounds right.

10          Q.   And Boeing, I take it, has a lot of resources

11     available to it if it wanted to rapidly come forward with a

12     new training program?

13          A.   I believe they do.

14          Q.   I also now want to direct your attention to

15     families' Exhibit -- well, let's see.  Yeah, if we could

16     look for a moment at families' Exhibit 7.  I don't know if

17     that document is available.

18               It's a CANIC, Continued Airworthiness Notification

19     on March 11, 2019.

20          A.   Yes, a two-page document.  Number 7.

21          Q.   Yeah.

22               THE COURT:  Okay.  We need to take a break.

23               MR. CASSELL:  Right.  Thank you, your Honor.

24          (The proceedings adjourned at 3:00 p.m.)

25          (The proceedings reconvened 4:10 p.m.)

1          MR. CASSELL:  All right.  Thank you.  And thank

2    you, your Honor.  We estimate we have about just 10 more

3    minutes of cleanup here, and then we will be finished.

4    BY MR. CASSELL:

5          Q.   There were a lot of questions, Mr. Keyes, about

6    what happened after the Indonesian crash, and then before

7    the Ethiopian crash, and whether the FAA was jumping in to

8    do anything during that time.

9               Did the FAA ultimately order flight simulator

10   training for the 737 MAX?

11         A.   Yes, they did.

12         Q.   And so, during that intervening four months -- I'm

13   wondering if you would take a look at Exhibit 7, which has

14   previously been entered into evidence.  This is the CANIC,

15   or Continued Airworthiness Notification.

16              I notice this was on March 11, 2019.  And if I've

17   done my math correctly, that is one day after the Ethiopian

18   crash, I believe?

19         A.   Yes.

20         Q.   All right.  Now, can you take a look at this

21   document and see if it tells us anything about what the FAA

22   has been doing in the interim between the two crashes here?

23         A.   Primarily, they indicate that ongoing oversight

24   activities by the FAA would include the Boeing's completion

25   of the flight control system enhancements, which provided

189

1    reduced reliance on procedures associated with primary pilot

2    memory items.

3              The FAA anticipates mandating these design changes

4    by AD no later than April 2019.  The design changes would

5    include MCAS activation enhancements, MCAS AOA signal

6    enhancements, MCAS maximum command limits.

7         Q.   Now, let me just jump right in.

8              Is there anything in there about training updates

9    that are anticipated in connection with the Boeing 737 MAX?

10        A.   It just says that, "Boeing has proposed Level A

11   training impacts."

12        Q.   And if I can direct your attention to the bottom

13   of page 1 there.  About three lines from the bottom there is

14   a reference to, "Boeing's plans to update training

15   requirements."

16        A.   Yes.

17        Q.   Do you see that?

18              And what is that a reference to?

19        A.   That would be obviously to providing more training

20   and more information to the flight crews through the flight

21   crew manuals to go along with the MCAS changes.

22        Q.   So as of March 11, 2019, Boeing was trying to

23   update its flight manuals and training requirement

24   recommendations?  Is that the gist of this document?

25        A.   That's the way I would read that.

1      Q.   But, sadly, I take it, those updates were not in

2   effect on March 10, 2019?

3      A.   Correct.

4      Q.   You were asked a question about whether Boeing

5   intended to cause the planes to crash.  I just wanted to

6   clarify what you said on that.

7           I take it that from what you have read in the

8   Statement of Facts, Boeing, through its representatives, was

9   intentionally lying to the FAA about safety issues?

10     A.   I believe so.

11     Q.   And were those safety issues potentially

12  life-or-death issues?

13     A.   In light of the information, yes.

14     Q.   You were asked about some questions about whether

15  you had ever worked for the AEG.  Is it necessary for you to

16  have actually worked in that agency for you to offer expert

17  opinions about how it operates?

18     A.   I don't believe so.

19     Q.   How about, is it necessary for you to work in the

20  FSB to offer expert opinions in how they operate?

21     A.   I don't believe so.

22     Q.   Do you have specialized knowledge about the kinds

23  of subjects that we have been talking about today?

24     A.   I do.

25     Q.   You were asked a lot of questions about this word

1   "formula," about whether -- I'm sorry -- about whether the

2   FAA had some sort of formula for deciding whether to do

3   Level B training or Level D training.

4          I'm wondering if you could unpack what you meant

5   by the word "formula" when you were talking about that?

6      A.   Basically, internal documentation that provided

7   guidance to them on how to determine what they would take

8   into consideration when determining the different levels of

9   training that would be required.  That's what I would have

10   been referring to.

11      Q.   And you have an understanding that, using their

12   internal documentation or whatever we call it, they

13   ultimately decided that Level B training was appropriate

14   here?

15      A.   Yes.

16      Q.   There were a couple of questions about some

17   documents that were issued between the two crashes.  I

18   believe they were the FCOM and the Emergency AD, the

19   Emergency Airworthiness Directive.  Also, I think a MOM --

20   what is it, a memo of -- memo of some sort of -- Memo To

21   Operators.  Thank you.  There we go -- were those

22   significant documents, in your mind, that laid out very

23   clearly what was going on with the MCAS system?

24      A.   As I read it, I don't think it was all that clear.

25   I think they indicated that they were working through the

```
 1   issues and they had not come up with anything definitive at

 2   that point.

 3        Q.   Now, the attorney for Boeing asked you some

 4   questions that involved the word "conceivable."  I think he

 5   said it was "conceivable" that the FAA might have gone with

 6   Level B, or it was "conceivable" that they might have gone

 7   with Level D, if they had gotten all the information about

 8   MCAS.

 9             As between those two options, do you have an

10   opinion, to a reasonable degree of aeronautical certainty,

11   as to which was more probable?

12        A.   I would believe it would be more probable that,

13   had they had the full information, that they would have gone

14   with Level D.

15        Q.   And I think at one point you even said it wouldn't

16   be possible for the FAA to ignore simulator training.  I was

17   wondering if you could explain why, in your mind, it

18   wouldn't have really even been possible for the FAA not to

19   have simulator training?

20        A.   Once again, when they started getting into their

21   own internal documentation guidelines on how to go about

22   making a determination of what level of training, the

23   definition themselves would have lent them to their decision

24   to go with the Level D.

25        Q.   Now, you were asked some questions about how much
```

193

```
1    expertise you have regarding whether foreign operators

2    incorporate FAA guidance into their training programs.

3            I just want to clarify.  Do you have actual

4    information about what the training program looked like for

5    Lion Air, Flight 610 pilots?

6        A.   No, I do not.

7        Q.   Have you seen a report, though, that summarizes

8    what the training was for Lion Air, 610?

9        A.   Yes, I have.

10       Q.   And what does that report generally indicate in

11   that regard?

12       A.   That they had the training in accordance with

13   Level B.

14       Q.   And would it be the same thing for the Ethiopian

15   flight 302?

16       A.   It would.

17       Q.   Now, you were asked some questions at the end

18   about foreseeability, what Boeing could foresee.

19           Did we ask you to undertake a review of all the

20   Boeing documentation to see what sort of things they could

21   and could not foresee?

22       A.   I was given all of the documents, pertinent

23   documents, asked to review those documents, and make a --

24       Q.   Let me just jump in this way.  We didn't ask you

25   to give an opinion on what Boeing foresaw?
```

194

1          A.   No, you did not.

2          Q.   In fact, if we were going to talk about documents

3     that you reviewed, I think we mentioned this on direct

4     examination, but if we look at page 25 of the House report,

5     there was a reference there from 2015 to 2018, Boeing's own

6     test pilots had suffered potentially catastrophic

7     consequences in the way they were evaluating things,

8     information that was included in at least six separate

9     internal Boeing coordination sheets.

10         Would that potentially be the kind of information

11    that you would have looked at if we asked you to give an

12    opinion on foreseeability?

13         A.   Yes.

14              MR. CASSELL:  No further questions.

15              MR. JACOBS:  No cross, your Honor.  Thank you.

16              MR. HANEY:  Your Honor, no cross.

17              We would re-urge the Court to consider a Daubert

18    challenge to this expert and striking this witness's

19    testimony.

20              THE COURT:  I understand.

21              MR. HANEY:  Thank you, your Honor.

22              THE COURT:  Hey, can you remind me what Level C

23    training is?  I know what D and B is.  I cannot recall what

24    C is.

25              THE WITNESS:  Basically, Level C was training

195

```
 1    where they would use fixed pictures on cardboard sheets or

 2    poster board where they could sit, and there was no

 3    functionality to it, but they could sit and point to a dial

 4    or an instrument or a control item, and say, this is next,

 5    this is next, this is what I do there.  And it's kind of

 6    called the procedures training.

 7              THE COURT:  Okay.  Yeah.  Good.  Okay.  Thank you.

 8    You may step down.

 9              Okay.  So we will start back up, then, on whatever

10    that date is at the end of August.  I don't want to say it

11    because I don't want to throw it off, but it's in the

12    papers, and it's on my calendar.

13              So is there anything else we should take up today?

14              MS. BRAMMEIER:  Yes, your Honor.  Just briefly.

15    Tracy Brammeier.  For the next dates, there are several

16    families who have reached --

17              THE COURT:  Come on over here so I can hear you

18    better.

19              MS. BRAMMEIER:  Yes, your Honor.  Tracy Brammeier.

20    I have been liaising with the various family members of the

21    victims of the crashes.  Several family members have reached

22    out to ask me if it's possible to open a conference line or

23    some other method?

24              THE COURT:  No.

25              MS. BRAMMEIER:  Okay.  Thank you.  I figured I
```

1    would make the request.

2              MR. CASSELL:  Nothing further from the families,

3    your Honor.

4              MR. JACOBS:  Just ask the Court how you would like

5    to proceed with respect to our Daubert challenge, whether we

6    should make the record about that as to this particular

7    witness or save it for the end?

8              THE COURT:  Why don't you brief it as opposed to

9    making it now.  That way I have it on paper.

10             MR. JACOBS:  Understood, your Honor.

11             THE COURT:  I'm just taking in his opinions as

12   presented by Mr. Cassell.  And as I weigh his opinions, I'm

13   also obviously considering the cross-examination questions

14   that you have asked, but if you want to apply those

15   factually, what he has relied on, what his background and

16   qualifications are, which I've read the -- paragraph 1 here

17   before I got here -- and then apply it to what he is opining

18   and point that out in a written pleading, that's fine.

19             That will give Mr. Cassell a chance -- and you, as

20   well -- that will give Mr. Cassell a chance to respond.  I

21   will probably wrap it all up in one order after I get

22   everything presented to me.

23             MR. JACOBS:  Thank you, your Honor.  And one other

24   question.

25             THE COURT:  Yeah.

197

```
 1              MR. JACOBS:  I appreciate that the Court's

 2    schedule is pretty packed, from what I can hear.  Just for

 3    planning purposes, I know we're starting at, I believe,

 4    9:00 the 26th, and we have two witnesses scheduled that day.

 5              THE COURT:  Uh-huh.

 6              MR. JACOBS:  Does the Court anticipate the 26th as

 7    being one day or do you think it could spill over to Monday?

 8              MR. CASSELL:  I think it's going to be a long day,

 9    your Honor.  We're calling our pilot who has been in the

10    simulator for the 737 and so forth.

11              And then we will also have the director of

12    Catastrophic Risk Management Center from U.C. Berkeley.  I

13    would anticipate -- with no offense to Mr. Keyes -- they

14    speak a little more quickly than Mr. Keyes, but it is going

15    to be -- it's going to be a busy day.

16              THE COURT:  I think his question is, is it one day

17    or is it going to be multiple days?

18              MR. CASSELL:  Well, we will certainly try to do it

19    in one day.  We are going to call Ms. Norton first.  I don't

20    know if your Honor would start at 8 a.m. on that day?

21              THE COURT:  I'm afraid to weigh in on the day.

22    What day of the week is this?

23              MR. CASSELL:  It's Friday, August 26th, is what

24    we're looking at.

25              THE COURT:  So you want to start at 8:00?
```

198

 1            MR. CASSELL:  Yes, please.

 2            THE COURT:  What do you say to that?

 3            MR. JACOBS:  We have no objections to that, your

 4    Honor.  I just want to know if we should try to keep our

 5    schedules open for Monday and stay through the weekend,

 6    rather than traveling?  Whatever information we could get on

 7    that would be very much appreciated.

 8            THE COURT:  I don't know.

 9            What is your take on that?

10            MR. CASSELL:  So I think that Ms. Norton is going

11    to be of comparable length to Mr. Keyes, because she's going

12    to be coming at the same issues, but from the pilot's

13    perspective, rather than an FAA official's perspective.

14            So I do -- I mean, it is interesting that

15    Mr. Keyes, as you know, does not speak quite as rapidly as

16    some of our other witnesses.  I know Ms. Norton is a fast

17    talker, so I think that may produce a somewhat

18    abbreviated --

19            THE COURT:  Well, do you think he should stay

20    until Monday, is really the bottom line?

21            MR. CASSELL:  I mean, I will guesstimate that we

22    could put on Ms. Norton in two and a half hours, and then we

23    can put on Mr. -- Dr. Storesund in an hour.  That's my

24    prediction for my direct examination.

25            THE COURT:  Why don't you just stay in touch with

1    Mr. Cassell between now and then, in case something changes,

2    but we probably ought to start it at 8:30.  Just to give me

3    from 8:00 to 8:30 to fit in any other thing that comes up

4    like has happened today.

5            I had to fit in a criminal case this morning,

6    because they couldn't do it yesterday.  And then I had to

7    fit in this civil case for obvious reasons.  So give me

8    that -- give me that buffer.

9            MR. JACOBS:  Thank you.

10           Should the parties also be prepared for argument

11    that day?  Is that what the Court would like?

12           THE COURT:  I will give you some time to argue if

13    you want, yes.

14           MR. JACOBS:  Thank you, your Honor.

15           THE COURT:  But I probably won't be ruling that

16    day.

17           MR. JACOBS:  Of course.  Of course.  Thank you,

18    your Honor.  Nothing further from the government, your

19    Honor.  Thank you.

20           MR. HATCH:  Thank you, your Honor.  Nothing

21    further from Boeing.

22           THE COURT:  Okay.  Thank you.  Well, you all have

23    a very nice weekend.

24        (The proceedings adjourned at 4:30 p.m.)

25

REPORTER'S CERTIFICATE

        I, ZOIE WILLIAMS, RMR, RDR, FCRR, certify that

the foregoing is a true and correct transcript from

the record of proceedings in the foregoing entitled

matter to the best of my ability to hear.

        Further, due to the COVID-19 pandemic, some

participants are wearing masks, and/or appeared via

videoconferencing, so proceedings were transcribed to the

best of my ability.

        I further certify that the transcript fees format

comply with those prescribed by the Court and the Judicial

Conference of the United States.

        Signed this 7th day of August, 2022.


                        ___/s/ Zoie Williams_____
                        Zoie Williams, RMR, RDR, FCRR
                            Official Court Reporter
                          Northern District of Texas
                              Fort Worth Division

Business Address:     501 W. 10th Street, Room 532
                      Fort Worth, Texas 76102
                      zwilliams.rmr@gmail.com
                      817.850.6630

MR. CASSELL: [83]  4/7
4/13 4/19 5/15 5/19 6/15
12/25 13/8 14/12 14/18
14/23 15/2 15/9 21/9 21/13
21/15 52/25 57/19 57/25
58/2 58/8 63/22 65/22
68/16 72/3 73/20 74/6
79/20 80/7 80/20 82/1
82/18 84/5 84/9 88/24
90/18 90/24 91/2 91/6
91/15 92/24 93/4 93/7
93/13 96/11 102/1 107/24
110/1 115/14 115/23 116/4
116/6 116/9 116/24 119/20
119/22 122/3 126/22
130/19 132/7 135/6 139/1
139/8 142/6 150/10 150/18
156/4 158/24 168/7 171/4
171/13 172/24 186/13
187/23 188/1 194/14 196/2
197/8 197/18 197/23 198/1
198/10 198/21
MR. HANEY: [19]  4/24
14/17 15/13 58/1 68/19
73/23 82/14 90/23 93/9
93/12 150/17 151/4 151/11
151/13 156/5 170/11 171/1
194/16 194/21
MR. HATCH: [8]  4/22
5/3 8/20 10/8 11/22 12/24
150/20 199/20
MR. HILTON: [1]  4/11
MR. JACOBS: [51]  5/7
7/4 8/17 8/19 14/16 15/12
57/23 68/18 73/22 82/13
90/22 106/24 108/2 110/17
115/17 116/5 120/3 120/5
122/9 122/17 127/9 128/1
128/14 128/22 129/2 129/8
129/12 129/14 129/16
129/24 130/1 130/15 138/3

138/5 138/8 138/14 138/17
139/22 143/5 143/13
172/20 194/15 196/4
196/10 196/23 197/1 197/6
198/3 199/9 199/14 199/17
MR. MEACHAM: [1]  7/1
MR. SANTOS: [1]  5/1
MS. APPLEBAUM: [1]
4/10
MS. BAUR: [1]  5/5
MS. BRAMMEIER: [3]
195/14 195/19 195/25
MS. BRAUMMEIER: [1]
4/9
THE COURT: [115]  4/4
4/8 4/12 4/17 4/20 5/4
5/6 5/10 5/13 5/18 6/13
6/24 7/2 8/15 8/18 10/3
10/20 12/20 13/2 13/6
13/12 14/15 14/19 14/24
15/8 15/11 15/14 21/12
21/14 21/16 57/21 58/6
68/20 74/3 82/15 82/21
84/8 91/1 91/4 93/2 93/6
93/11 93/15 102/3 106/23
110/19 116/1 116/8 117/4
119/21 120/1 120/4 120/6
120/9 120/12 122/8 122/16
127/5 127/14 128/2 128/15
128/25 129/7 129/11
129/13 129/15 129/17
129/25 130/14 131/11
132/14 132/18 135/14 138/1
138/4 138/6 138/13 138/15
139/7 139/13 139/16
139/21 140/1 142/16 145/10
150/15 150/24 151/7 151/12
170/9 170/15 171/2 171/6
171/16 172/25 187/22
194/20 194/22 195/7
195/17 195/24 196/8
196/11 196/25 197/5

197/16 197/21 197/25
198/2 198/8 198/15 198/25
199/12 199/15 199/22
THE WITNESS: [13]
5/12 13/5 102/4 107/1
110/24 120/8 120/11 132/16
133/2 135/17 139/15
142/19 194/25

'

'Boeing [1]  77/5
'I [1]  78/19
'objectionable [1]  112/20

/

/s [1]  200/17

0

05 [1]  4/5

1

1,000 [2]  44/21 44/24
1.17.8 [1]  156/3
10 [17]  3/25 9/12 26/11
 27/3 44/25 66/7 74/16
 84/7 86/19 91/20 91/21
 92/25 93/3 93/10 107/16
 188/2 190/2
100 [1]  2/24
10017 [1]  2/8
10th [3]  66/23 160/17
 200/20
11 [4]  180/13 187/19
 188/16 189/22
1100 [1]  1/18
11th [1]  89/12
12 [2]  23/3 73/10
120 [1]  2/11
12:44 a.m [1]  116/10
13 [7]  3/17 19/1 54/7 55/7
 55/8 94/4 133/8
1301 [1]  2/21
131 [1]  69/2
132 [4]  69/18 70/7 140/25

Case 4:21-cr-00005-O Document 104 Filed 08/08/22 Page 202 of 265 PageID 1535

**1**

**132...** **[1]** 141/3
**135** **[7]** 46/1 174/5 175/23 175/24 177/22 178/8 178/12
**138** **[1]** 106/22
**14** **[4]** 21/8 21/20 21/23 184/11
**1400** **[1]** 1/21
**141** **[3]** 75/15 76/9 107/10
**142** **[10]** 43/23 44/5 44/7 44/9 49/16 75/6 107/6 107/11 107/12 173/8
**15** **[1]** 84/7
**1500** **[1]** 2/24
**156** **[3]** 78/1 156/1 156/3
**157** **[3]** 66/25 78/15 87/24
**18** **[1]** 17/19
**18-month** **[1]** 72/19
**189** **[5]** 53/9 62/9 62/16 85/6 86/12
**19** **[2]** 50/21 200/8
**1987** **[1]** 173/14
**1:30** **[2]** 116/3 116/3
**1:31** **[1]** 116/11

**2**

**2's** **[3]** 127/13 151/5 167/24
**2000** **[2]** 173/14 175/1
**20004** **[1]** 2/21
**20005** **[1]** 1/21
**2001** **[1]** 179/2
**2002** **[2]** 175/2 176/12
**2005** **[2]** 176/12 177/9
**2011** **[3]** 177/9 179/2 180/8
**2012** **[1]** 107/15
**2015** **[2]** 74/15 194/5
**2016** **[6]** 157/9 157/25 158/4 161/21 164/16 167/8

**2017** **[7]** 77/2 77/14 78/3 78/16 80/18 157/3 164/18
**2018** **[10]** 18/22 52/24 53/7 62/16 74/15 84/14 160/6 160/17 162/14 194/5
**2019** **[10]** 66/23 86/19 89/12 159/7 187/4 187/19 188/16 189/4 189/22 190/2
**202.239.5921** **[1]** 2/22
**202.616.4994** **[1]** 1/22
**2020** **[2]** 88/3 186/24
**2021** **[1]** 91/21
**2022** **[4]** 1/7 4/2 159/1 200/15
**207** **[2]** 61/5 61/21
**21** **[1]** 21/24
**210s** **[1]** 182/5
**212.972.9432** **[1]** 2/9
**215** **[1]** 140/16
**2150.3C** **[1]** 22/22
**23** **[1]** 73/9
**23219** **[1]** 2/18
**24** **[4]** 19/9 19/11 20/23 36/13
**25** **[3]** 22/1 74/14 194/4
**26** **[3]** 22/3 77/1 77/13
**26th** **[3]** 197/4 197/6 197/23
**27** **[1]** 77/13
**28** **[1]** 53/6
**288** **[1]** 159/20
**28th** **[1]** 2/8
**290** **[1]** 160/22
**29th** **[5]** 18/22 52/24 53/7 62/16 84/14

**3**

**302** **[7]** 19/21 20/12 66/24 69/5 86/19 88/17 193/15
**317** **[1]** 55/13
**319** **[1]** 55/13
**32** **[1]** 175/16
**346** **[2]** 88/15 92/21

**36th** **[1]** 2/11
**383** **[1]** 2/5
**3:00** **[3]** 171/9 171/10 187/24
**3:00 for** **[1]** 171/3

**4**

**43** **[1]** 33/20
**46** **[3]** 35/10 35/13 41/23
**469.914.7610** **[1]** 2/14
**480.375.8992** **[1]** 2/25
**485** **[1]** 2/8
**49** **[3]** 20/18 21/1 158/15
**4:00-ish** **[1]** 171/12
**4:10** **[1]** 187/25
**4:21-cr-00005-O-1** **[1]** 1/5
**4:30 p.m** **[1]** 199/24

**5**

**50** **[3]** 26/3 145/19 183/16
**500** **[1]** 2/13
**501** **[1]** 200/20
**51** **[10]** 126/23 127/4 127/10 127/23 128/13 128/16 128/24 130/20 131/9 132/13
**532** **[1]** 200/20
**55** **[1]** 175/18
**59** **[2]** 90/4 90/8
**5th** **[1]** 80/18

**6**

**60** **[2]** 22/4 22/7
**600,000** **[3]** 17/20 17/23 73/11
**60602** **[1]** 2/11
**610** **[7]** 18/22 53/7 59/5 84/14 88/16 193/5 193/8
**65** **[1]** 9/11
**6:20 a.m** **[1]** 84/13

**7**

**737 [112]** 15/24 16/5
16/13 16/20 17/10 17/15
17/19 18/8 18/21 19/21
23/9 23/10 24/7 25/19
27/1 32/13 32/14 32/18
33/24 35/15 35/17 36/18
39/21 39/22 41/11 43/1
43/3 46/9 46/12 46/25
47/12 47/16 47/16 48/3
48/4 49/13 51/15 53/7
53/20 58/20 60/19 63/4
63/11 64/5 66/24 69/19
69/20 70/9 72/11 72/21
75/13 75/17 75/17 76/12
77/2 77/3 77/4 77/16
77/20 79/8 79/10 80/15
84/15 88/5 88/14 88/20
94/16 97/8 97/15 97/19
97/22 97/25 98/8 98/11
99/3 106/12 108/21 112/4
112/22 115/19 122/20
125/17 125/19 131/1 136/8
139/19 145/21 145/22
145/24 146/2 146/6 146/6
146/8 146/22 147/1 153/10
154/5 154/18 159/22
160/10 165/8 182/12
182/13 182/15 182/22
184/15 184/17 186/8
186/25 188/10 189/9
197/10
**737-8 [2]** 156/9 156/18
**75 percent [1]** 48/14
**75202 [1]** 2/14
**75249 [1]** 1/18
**76102 [2]** 2/24 200/20
**7s [1]** 182/6
**7th [3]** 88/3 186/24
200/15

**8**

**8 a.m [1]** 197/20
**80 [1]** 83/13
**80 percent [1]** 83/6
**800 [3]** 2/18 44/21 44/23
**801.585.5202 [1]** 2/6
**804.698.2194 [1]** 2/19
**8060.5C [1]** 178/17
**817.850.6630 [1]** 200/21
**84112 [1]** 2/5
**8500 [1]** 172/14
**86 [1]** 111/23
**8900.1 [1]** 49/22
**8:00 [2]** 197/25 199/3
**8:30 [1]** 199/2
**8:30 a.m [1]** 86/16
**8:30 to [1]** 199/3
**8:39 a.m [1]** 86/17

**9**

**90 [1]** 55/22
**90 percent [1]** 48/13
**900 [1]** 2/13
**95 percent [1]** 48/13
**9:00 [1]** 1/9
**9:00 the [1]** 197/4
**9:33 p.m [1]** 80/18

**A**

**a.m [6]** 1/9 84/13 86/16
86/17 116/10 197/20
**AAIB [4]** 69/3 69/18 70/8
70/23
**Ababa [1]** 86/20
**abbreviated [1]** 198/18
**abeyance [1]** 110/12
**abilities [2]** 79/10 112/7
**ability [9]** 92/8 92/19
102/17 112/14 163/15
181/22 183/12 200/7
200/11
**able [16]** 7/7 11/20 24/17
32/20 56/9 61/24 62/5

67/9 86/10 87/22 98/20
142/4 145/8 165/4 165/22
186/18
**abnormal [2]** 60/1 60/17
**about [254]**
**above [2]** 89/19 123/11
**absolute [2]** 96/23 96/25
**academy [3]** 147/8 180/18
180/19
**accept [1]** 155/14
**accepted [3]** 13/21 81/13
91/9
**access [5]** 24/9 24/10
34/20 110/6 185/14
**accessed [1]** 110/3
**accident [60]** 18/20 18/25
19/2 19/11 19/14 19/20
20/2 21/5 24/19 25/1 33/5
33/9 33/11 54/1 56/24
57/5 57/7 57/10 61/25
67/19 69/4 78/11 94/24
97/9 97/23 100/18 114/8
134/7 134/9 143/2 153/16
153/21 159/16 159/16
159/18 160/3 165/2 165/4
165/7 168/5 169/9 169/22
170/3 173/23 173/25 174/1
174/8 174/11 174/14 174/16
175/21 176/18 176/19
176/24 176/24 177/4
177/6 179/16 179/20
179/24
**accidents [10]** 137/5
139/19 144/1 153/10 165/13
165/15 168/16 174/25
177/2 186/10
**accordance [8]** 22/11 29/9
55/7 133/7 148/6 175/23
177/22 193/12
**according [5]** 19/8 51/16
66/22 88/18 157/20
**account [2]** 88/7 142/17

**A**

**accuracy [2]** 101/1 139/6
**accurate [5]** 16/6 25/20
31/21 32/2 154/6
**acknowledged [1]** 9/12
**acoustics [1]** 95/4
**acquitted [1]** 117/8
**acronym [4]** 23/6 36/10
37/25 89/10
**acronyms [1]** 36/10
**across [3]** 24/12 46/18
57/8
**act [7]** 16/11 32/10 40/19
132/24 137/17 137/21
170/19
**acted [1]** 132/25
**action [1]** 60/18
**actions [5]** 9/5 60/5 110/5
110/15 127/23
**activate [2]** 112/7 112/15
**activated [4]** 67/7 69/6
84/25 158/17
**activation [13]** 41/10 41/15
59/16 60/6 62/25 74/17
107/17 107/22 109/24
114/21 183/8 183/13 189/5
**activations [2]** 61/8 61/25
**actively [1]** 166/24
**activities [1]** 188/24
**activity [1]** 176/16
**actual [8]** 24/7 98/6
167/25 168/4 168/15
171/25 186/10 193/3
**actually [26]** 8/3 8/6 8/11
31/1 63/24 65/20 75/5
83/3 83/10 97/25 99/11
108/25 109/22 119/18
120/16 131/21 138/12 145/6
147/23 150/21 152/5
154/10 155/2 155/18
156/16 190/16
**AD [3]** 167/1 189/4 191/18

**add [2]** 37/6 50/15
**added [2]** 78/22 183/23
**adding [1]** 132/19
**Addis [1]** 86/20
**addition [3]** 79/9 88/5
171/6
**additional [9]** 45/25 60/19
78/19 79/3 82/3 161/9
165/12 165/16 179/1
**address [6]** 39/5 40/2
160/2 160/14 164/5
200/20
**addressed [2]** 41/2 56/6
**addresses [2]** 22/1 36/23
**adequate [1]** 44/14
**adequately [1]** 46/22
**adjourned [3]** 116/10
187/24 199/24
**administer [1]** 45/23
**administered [1]** 13/4
**Administration [1]** 22/23
**admissible [1]** 74/1
**admission [4]** 73/21 90/21
92/25 150/12
**admitted [17]** 13/12 13/14
57/21 57/22 68/20 68/21
74/4 74/5 82/16 82/17
82/23 82/24 91/4 91/5
93/2 93/3 127/15
**adopt [1]** 29/20
**adopted [1]** 9/9
**ADs [1]** 165/20
**advantages [1]** 64/7
**advisory [1]** 49/23
**AEG [84]** 15/23 15/24
26/15 33/22 33/23 34/6
34/7 35/15 51/13 86/2
87/12 96/17 97/5 99/2
104/22 105/1 105/21 115/5
115/9 115/11 122/5 129/5
129/10 129/14 129/18
130/3 130/5 130/6 130/23

130/25 131/4 131/20
131/25 133/17 133/23
134/19 135/8 135/21 136/5
136/7 137/24 138/9 138/10
138/14 142/5 143/9 143/21
145/8 147/17 147/23
148/21 148/25 150/16
150/17 151/3 151/6 152/11
153/2 157/6 157/8 157/12
157/18 157/20 157/24
158/4 158/9 158/16 158/18
161/20 162/14 162/19
162/22 164/15 167/9
167/24 181/9 181/16 184/13
184/16 184/16 184/24
185/2 185/7 190/15
**AEG's [5]** 104/6 105/14
142/24 184/17 184/19
**aero [1]** 56/13
**aerodynamic [1]** 71/16
**aeronautical [9]** 15/22
16/4 16/11 16/17 86/4 86/5
87/16 171/25 192/10
**affairs [1]** 30/15
**affect [9]** 8/25 9/5 9/14
10/9 12/3 36/24 79/10
163/15 164/4
**affected [4]** 10/4 11/14
90/15 91/9
**affecting [1]** 12/12
**affects [4]** 10/19 12/6
12/8 131/13
**affirm [1]** 140/2
**afford [1]** 166/16
**AFM [6]** 36/12 36/23 37/3
37/10 37/12 38/18
**AFMs [2]** 36/13 36/20
**afraid [1]** 197/21
**after [38]** 9/20 12/21
45/2 53/8 61/6 66/25
69/5 79/6 86/17 88/3
125/18 125/22 126/12

**A**

**after...  [25]**  127/11 128/9
129/4 129/12 129/21 130/5
131/22 131/25 132/21
134/9 134/16 158/9 158/21
162/14 162/21 162/22
167/5 172/15 177/22
179/15 180/13 185/18
188/6 188/17 196/21

**afternoon [4]**  116/14
116/15 145/16 145/17

**again [48]**  15/9 17/4 21/22
25/7 31/3 33/19 39/12
40/8 41/24 46/4 52/11
55/16 59/10 59/20 59/22
62/4 65/22 67/11 68/7
68/23 69/3 69/14 72/13
74/6 75/12 75/23 76/17
78/18 79/14 83/2 83/9
84/25 87/18 91/6 105/12
107/1 110/13 111/10 112/24
129/1 135/18 141/2 142/13
156/2 157/16 160/6 166/16
192/20

**against [2]**  12/16 62/12

**agencies [6]**  122/6 173/20
177/17 178/14 179/11
179/16

**agency [8]**  8/8 22/10
80/25 95/24 122/5 133/25
134/5 190/16

**agenda [1]**  156/22

**ages [1]**  83/19

**ago [5]**  24/6 35/24 49/11
136/11 139/11

**agree [25]**  6/3 6/8 9/7
117/17 117/23 137/8 147/11
148/21 153/23 155/5
157/24 158/10 158/12
158/21 159/6 159/25
160/12 161/3 161/19 163/1
163/4 163/4 163/6 164/15

**agreed [5]**  93/23 41/24
126/19 130/25 142/14

**agreement [7]**  9/4 11/11
92/4 111/19 116/18 117/12
120/17

**agrees [1]**  185/14

**agricultural [1]**  173/21

**ahead [8]**  4/20 58/6 116/2
120/13 122/16 128/25
131/17 151/12

**ahold [2]**  37/7 38/8

**aides [2]**  166/19 175/8

**air [58]**  20/3 24/20 24/20
46/1 53/7 59/5 59/14 78/4
78/12 79/7 84/14 88/16
90/10 90/11 90/12 100/23
114/10 125/19 125/22
126/25 130/20 132/2
151/14 153/10 153/10
155/25 156/5 158/16
158/22 159/11 159/15
159/18 159/21 160/3
160/15 160/22 162/15
162/17 162/21 164/1 167/5
168/1 168/16 172/8 173/20
173/20 174/4 174/6
177/20 180/21 181/3 181/12
182/19 182/19 182/20
185/18 193/5 193/8

**Air's [1]**  154/13

**airborne [1]**  85/17

**aircraft [129]**  7/19 16/7
16/13 18/20 19/4 19/5
19/19 20/3 25/21 26/18
27/5 27/7 27/10 27/14
28/22 28/23 30/15 30/24
31/8 32/14 34/23 35/1
35/3 35/5 36/1 36/5 36/6
36/7 36/10 37/13 38/3
38/6 40/5 42/15 42/18
42/21 44/12 45/9 46/8

46/19 47/17 47/17 52/18
53/20 55/10 55/23 55/25
56/7 56/24 57/15 58/20
59/10 59/12 59/24 60/13
61/9 61/9 62/7 62/12
62/18 64/12 65/7 67/19
68/1 71/12 71/13 71/17
72/21 75/24 76/20 78/12
85/9 85/13 87/2 94/24
103/2 103/7 106/2 106/5
115/21 118/10 118/15 118/19
118/25 121/12 121/22 122/1
122/19 122/25 123/5 123/9
124/10 124/14 124/19
124/24 125/17 125/23
126/1 126/11 126/16 126/20
129/3 133/9 134/14 137/25
141/21 144/1 146/8 147/1
148/12 148/16 148/19
148/22 149/3 149/16
149/20 154/6 154/18 163/2
163/10 164/5 170/20 174/8
175/16 176/7 178/18 179/11
182/2 182/23

**aircrafts [1]**  27/6

**airline [13]**  28/18 30/20
53/12 66/18 67/24 78/2
78/17 78/18 101/6 149/10
149/14 172/4 187/3

**Airline's [1]**  154/14

**airlines [35]**  19/21 20/12
26/20 27/9 27/11 27/20
28/13 28/15 28/24 30/6
42/2 42/12 51/19 51/22
66/24 73/11 79/2 86/19
88/16 89/14 90/15 91/9
95/8 98/22 100/22 122/21
159/7 159/16 160/7 161/4
161/7 162/15 162/22 168/1
168/16

**airman [5]**  22/18 45/24
173/19 174/2 180/21

**A**

airplane **[17]** 26/15 26/17
26/19 26/21 27/13 40/6
42/1 45/23 48/12 57/14
76/21 84/23 88/9 112/21
136/13 137/13 144/23

airplanes **[3]** 22/2 22/4
56/8

airport **[1]** 87/22

Airs **[3]** 45/22 175/17
178/4

airspeeds **[1]** 125/2

airworthiness **[18]** 19/5
22/1 22/3 31/13 89/7
126/2 126/3 126/6 134/15
134/18 135/22 160/6 160/9
160/12 167/2 187/18
188/15 191/19

airworthy **[1]** 122/20

alarmingly **[1]** 107/12

alcohol **[1]** 56/17

alert **[3]** 131/3 132/9
142/7

alive **[1]** 87/24

all **[140]** 4/4 5/10 6/7
6/25 7/3 9/25 10/4 10/16
10/24 11/1 12/25 13/18
15/14 16/4 16/23 17/23
18/4 18/18 19/3 20/14 21/7
21/18 25/12 25/18 26/20
27/6 28/5 28/12 28/21
29/13 30/25 32/4 33/18
33/24 34/3 35/1 35/24
37/9 37/12 39/8 41/2
42/23 44/2 44/9 44/12
48/16 52/22 53/9 54/12
55/11 55/25 56/6 57/25
58/8 58/12 63/18 65/21
66/16 66/25 68/8 68/23
72/3 74/7 80/19 81/13
85/4 88/23 90/8 91/2
91/14 93/2 93/15 98/25

101/13 103/23 115/4 119/3
120/8 127/17 127/23 128/5
128/9 128/20 129/5 132/3
133/16 134/21 142/8
145/10 154/4 157/4 159/22
160/10 161/9 161/13 161/16
161/23 163/1 163/9 163/9
163/13 163/19 164/8 167/5
170/18 171/4 171/9 172/23
172/24 173/12 174/3
175/10 176/16 177/2 177/4
177/16 178/2 178/8 178/12
178/21 178/24 179/11
180/7 182/10 182/16
182/24 183/23 184/7
184/9 184/16 186/6 187/6
188/1 188/20 191/24 192/7
193/19 193/22 196/21
199/22

allegation **[2]** 140/5 143/15

allegations **[5]** 122/23
123/2 123/14 137/20
141/18

allege **[6]** 118/12 118/23
119/2 121/4 121/9 121/16

alleged **[5]** 118/9 118/18
119/8 126/19 130/11

alleges **[2]** 141/11 143/7

allow **[4]** 77/5 114/16
122/16 131/12

allowed **[1]** 114/12

allowing **[3]** 49/8 110/4
110/14

allows **[1]** 48/6

alone **[1]** 9/10

along **[6]** 10/24 29/11 39/9
137/4 183/14 189/21

already **[3]** 126/8 127/2
165/8

also **[55]** 9/25 18/7 22/16
25/24 28/14 32/20 38/12
39/2 44/17 45/13 49/23

56/20 57/3 60/2 64/2
90/13 95/5 96/14 103/14
104/1 104/17 111/22 114/20
115/3 118/17 132/2 132/4
140/9 141/6 144/15 147/3
147/25 148/12 149/6
158/18 160/5 160/10
160/13 164/11 165/2
174/22 175/15 175/21
176/8 177/25 178/8 178/12
178/23 179/1 185/17
187/14 191/19 196/13
197/11 199/10

alternative **[1]** 86/7

alters **[1]** 18/15

although **[3]** 7/5 7/17 7/25

altitude **[2]** 165/25 166/1

always **[5]** 36/9 155/9
155/12 155/14 161/16

am **[19]** 26/23 30/12 34/1
42/7 42/12 66/11 67/4
78/9 78/25 97/4 98/9
98/12 101/16 114/6 127/24
128/20 138/23 142/13
180/20

AMERICA **[1]** 1/5

American **[3]** 30/4 31/8
52/18

Americans **[2]** 31/25 52/11

among **[2]** 26/16 147/20

amount **[2]** 75/18 78/23

amounts **[1]** 51/7

ANAC **[1]** 83/20

analysis **[10]** 57/4 59/22
75/22 152/7 153/24 155/1
164/24 169/18 170/4 170/5

analyze **[2]** 20/23 47/22

angle **[5]** 71/2 71/13 71/15
103/11 104/2

annex **[8]** 3/17 19/1 54/5
54/7 55/7 55/8 68/3
133/8

**annexes [1]** 25/12

**announced [1]** 186/24

**announcement [2]** 88/4
187/1

**announcing [1]** 92/4

**another [7]** 6/13 57/8
72/5 76/25 153/7 154/3
157/4

**answer [9]** 102/4 110/21
117/5 131/14 132/15 135/15
135/16 136/12 167/1

**answered [1]** 135/14

**anticipate [3]** 7/18 197/6
197/13

**anticipated [1]** 189/9

**anticipates [1]** 189/3

**any [59]** 6/9 11/15 14/15
15/11 18/16 31/13 38/2
45/16 46/9 56/3 56/14
56/17 56/18 71/17 76/9
77/6 78/19 84/23 85/16
97/15 97/18 97/18 98/10
99/9 99/21 101/1 101/17
101/20 108/15 112/20 118/6
118/13 118/24 121/5 121/10
122/24 123/22 129/19
137/2 137/20 144/3 144/5
144/17 145/21 151/24
152/7 153/24 154/1 155/1
161/4 161/8 161/9 162/18
165/11 165/16 172/2 179/18
180/22 199/3

**anybody [9]** 28/20 31/4
94/20 95/5 95/11 99/8
100/7 106/16 109/5

**anyone [6]** 121/7 121/12
137/20 145/1 150/13
150/15

**anyplace [1]** 31/5

**anything [24]** 15/1 33/4
39/3 41/16 53/25 97/2

108/7 119/7 119/10 120/16
120/24 134/12 137/6 141/11
145/2 151/17 164/3 173/3
182/6 188/8 188/21 189/8
192/1 195/13

**anyway [1]** 171/9

**anywhere [1]** 169/18

**AOA [18]** 70/24 71/2
71/10 71/12 71/24 72/2
104/17 112/6 112/14 119/9
120/18 121/6 121/17 132/4
132/4 141/16 141/20 189/5

**apologize [2]** 21/13 128/1

**Apparently [1]** 181/24

**appear [3]** 57/16 80/13
91/13

**appeared [1]** 200/9

**appears [2]** 17/5 107/20

**APPELLATE [1]** 2/4

**Appendix [2]** 17/1 21/19

**APPLEBAUM [2]** 2/7 4/10

**applicability [1]** 98/14

**applicable [8]** 16/13 21/5
26/25 32/14 42/20 46/11
63/5 163/16

**applied [3]** 104/23 105/23
151/24

**apply [12]** 23/19 34/10
36/17 51/18 64/19 95/15
128/16 166/5 166/11 166/17
196/14 196/17

**appreciate [4]** 74/7 91/17
139/24 197/1

**appreciated [1]** 198/7

**approach [5]** 13/17 53/1
66/19 72/4 175/13

**approaches [1]** 175/9

**approaching [2]** 160/19
160/25

**appropriate [24]** 10/14
16/6 16/18 25/20 31/21
32/1 35/22 36/21 45/24

47/8 51/14 53/22 60/18
62/11 62/25 63/21 71/23
82/11 105/22 154/6 176/5
177/3 184/7 191/13

**appropriately [2]** 87/21
169/12

**approval [7]** 24/2 28/9
46/16 50/1 173/9 173/11
181/3

**approve [7]** 16/7 25/21
40/10 88/20 154/7 177/6
183/20

**approved [4]** 36/6 38/7
49/12 112/5

**approving [2]** 114/8 175/7

**approximately [3]** 84/13
86/16 172/13

**April [1]** 189/4

**April 2019 [1]** 189/4

**are [184]** 4/6 5/11 6/2
6/17 6/17 7/22 8/24 9/2
10/1 11/8 11/14 12/2 12/5
12/5 14/13 15/17 21/21
21/23 22/11 22/12 22/14
22/17 23/14 23/14 25/1
26/5 26/22 29/20 29/21
30/10 31/8 31/19 33/25
34/9 37/1 37/11 39/8
39/15 39/16 39/17 40/8
40/8 40/18 41/6 41/7 41/7
42/6 44/8 44/21 46/9
47/7 49/9 50/13 51/1
51/12 52/13 52/18 53/10
55/25 56/9 61/1 64/15
64/16 64/21 66/10 67/2
71/21 71/21 74/8 76/19
78/8 79/21 79/23 81/12
83/19 89/6 89/6 89/25
90/9 90/9 91/2 91/11 94/4
94/7 94/9 94/12 95/4
95/25 97/1 98/8 98/10
98/20 98/24 100/13

**A**

**are...** [90] 100/17 101/14
101/24 102/15 102/21
103/10 104/20 104/22
105/9 106/23 110/15 111/23
114/8 116/6 116/20 117/15
117/24 119/22 121/20
121/24 122/1 122/19 125/18
125/22 126/3 126/11 127/6
127/7 127/12 130/16
132/12 133/14 133/15
136/13 136/15 137/13
138/19 138/24 139/2 139/7
139/9 139/18 140/12
140/16 140/19 140/23
140/24 140/25 141/5 142/8
142/12 143/1 143/18
143/23 144/16 144/16
147/7 151/19 152/3 152/15
154/1 154/13 154/15 154/18
155/21 155/21 159/4
159/15 159/20 159/22
160/5 160/9 160/17 161/13
163/13 163/16 163/16
164/11 165/22 167/19
172/7 175/11 181/19 182/21
183/6 189/9 195/15 196/16
197/19 200/9

**areas** [2] 41/19 52/12
**aren't** [2] 6/21 41/3
**Argentinian** [1] 81/9
**argue** [3] 12/17 14/22
199/12
**argument** [7] 10/4 11/6
11/17 12/3 74/8 150/25
199/10
**arguments** [3] 9/13 9/14
11/16
**arise** [1] 40/16
**around** [6] 22/15 44/3
89/14 98/14 119/23 180/8
**arrangement** [1] 177/16

**articles** [1] 21/25
**as** [153] 6/17 7/14 7/23
7/23 7/24 8/2 8/20 8/23
9/13 10/11 10/18 11/18
11/19 11/23 13/21 14/1
15/17 19/25 20/6 20/17
20/20 21/24 25/24 30/2
30/10 31/8 31/23 34/11
34/12 35/4 35/21 37/24
38/19 41/7 42/5 43/7
44/7 44/10 45/10 45/21
46/6 46/6 46/23 47/23
48/19 48/21 48/22 48/23
49/2 51/18 52/8 52/11
53/2 53/3 53/25 54/13
54/23 55/16 56/14 61/12
66/12 67/20 68/23 69/19
72/8 73/14 77/14 78/24
81/14 83/24 84/20 85/25
86/6 88/8 88/8 88/19
89/7 90/10 91/8 91/8
92/25 93/10 94/5 98/1
100/14 100/25 102/11
102/11 102/16 102/20
102/23 103/7 103/10
103/14 104/2 110/7 110/7
110/9 115/6 117/25 119/16
122/20 124/22 134/10
139/9 140/12 141/7 143/8
143/14 144/2 144/9 145/24
150/13 150/15 150/15
151/17 160/24 162/7 165/11
165/25 166/12 170/19
170/23 173/8 174/14
175/21 175/22 175/25
176/10 176/24 177/1
177/15 177/19 177/19 178/1
179/2 181/7 181/15 183/19
184/14 189/22 191/24
192/9 192/11 196/6 196/8
196/11 196/12 196/19 197/6
198/15 198/15 198/15

**aside** [1] 11/12
**ask** [24] 12/11 15/15/21
43/9 58/6 58/17 64/2
68/25 74/11 77/15 96/11
115/14 128/25 131/12
131/17 138/19 142/22
155/22 170/10 179/25
193/19 193/24 195/22
196/4
**asked** [21] 94/12 94/14
94/23 95/14 98/13 106/1
106/12 113/22 115/3 115/6
125/12 168/12 190/4
190/14 190/25 192/3
192/25 193/17 193/23
194/11 196/14
**asking** [3] 88/11 111/8
135/12
**aspects** [9] 6/20 6/20
12/18 15/5 112/5 112/13
119/4 121/17 171/21
**asserted** [1] 79/9
**assess** [2] 183/7 183/13
**assessed** [1] 47/18
**assessment** [2] 9/7 183/9
**assign** [1] 37/7
**assigned** [1] 163/16
**ASSISTANT** [1] 1/20
**associated** [2] 131/1 189/1
**assume** [7] 38/19 81/12
85/10 85/24 87/9 132/8
171/23
**assumes** [1] 174/16
**assuming** [8] 31/24 32/21
39/8 53/14 80/25 107/21
135/7 135/7
**assumption** [7] 75/16
100/16 109/1 109/3 109/6
111/7 111/18
**assumption-making** [1]
111/7
**assumptions** [10] 107/10

**A**

assumptions... **[9]** 107/13 108/8 108/9 108/13 108/17 108/20 109/1 109/23 111/14

at **[221]**

Atlantic **[1]** 177/24

attach **[10]** 58/25 59/9 60/10 60/24 61/14 62/3 69/11 69/25 70/15 74/13

attack **[5]** 71/3 71/13 71/16 103/11 104/2

attention **[15]** 14/7 17/1 25/22 26/11 33/19 41/22 50/19 55/4 83/4 83/11 83/16 89/15 92/2 187/14 189/12

attitude **[4]** 61/10 103/3 103/6 103/6

attorney **[6]** 1/17 1/20 20/20 93/21 119/24 192/3

attorneys **[3]** 18/12 18/13 185/18

audit **[2]** 179/25 180/4

audits **[1]** 179/12

Augmentation **[3]** 32/13 98/5 156/16

AUGUST **[5]** 1/7 4/2 195/10 197/23 200/15

August 26th **[1]** 197/23

authenticity **[3]** 82/8 82/10 82/12

author **[4]** 95/1 95/2 95/9 106/14

authored **[2]** 95/5 95/11

authorities **[25]** 20/7 29/4 29/21 31/24 67/23 70/1 81/10 81/11 83/19 89/20 89/22 98/18 98/18 98/20 99/11 99/22 99/25 100/8 140/10 153/21 153/22 154/14 154/15 155/6 155/6

authority **[4]** 52/12 67/20

68/4 81/5

authors **[1]** 106/16

automatic **[1]** 69/5

autopsy **[1]** 56/17

available **[10]** 28/14 28/17 28/20 31/11 46/22 59/3 63/19 184/8 187/11 187/17

Avenue **[3]** 1/21 2/8 2/21

aviation **[33]** 22/22 25/8 25/11 29/15 29/16 29/21 30/8 36/9 36/14 38/14 45/14 45/21 54/4 81/4 81/10 89/20 89/22 98/18 98/20 99/10 99/21 99/24 100/4 100/8 160/24 172/3 173/14 173/18 174/4 176/16 179/3 182/19 183/17

aware **[46]** 31/5 32/12 33/25 61/12 61/22 63/22 66/10 69/7 74/23 75/20 76/15 76/23 77/8 77/9 77/21 78/8 79/12 103/20 110/10 121/20 121/24 122/1 122/19 125/18 125/22 126/11 138/19 139/18 140/12 140/19 140/23 141/5 142/8 150/1 155/21 157/24 158/9 159/4 159/15 159/22 160/5 160/9 160/17 162/22 163/13 163/23

awareness **[2]** 61/23 74/21

away **[9]** 126/23 127/8 127/9 128/23 128/24 131/8 132/12 142/14 150/11

**B**

back **[29]** 14/8 15/16 24/18 24/24 24/24 48/11 55/24 61/16 61/19 70/3 75/15 97/22 116/3 127/8 127/9 128/24 131/19 150/11 157/8 166/3 166/15 167/8 171/11

174/7 175/19 177/21 183/16 187/3 195/5

backdrop **[1]** 62/12

background **[6]** 14/10 55/20 171/20 171/21 182/25 196/15

backing **[5]** 126/23 128/23 131/8 132/12 142/14

backup **[1]** 72/1

bailiwick **[6]** 67/12 113/11 113/16 113/17 113/24 152/24

based **[43]** 26/20 27/6 27/6 27/9 28/12 28/15 28/18 30/6 30/20 33/21 34/7 38/10 40/10 42/2 42/11 42/15 48/23 51/19 52/2 52/6 55/6 62/20 62/22 64/6 81/14 86/3 87/13 88/6 97/5 105/25 109/8 110/7 111/3 122/20 123/18 124/1 126/7 126/8 133/19 138/9 151/19 152/3 156/24

basic **[4]** 19/1 20/1 33/3 45/2

basically **[16]** 17/14 18/25 19/25 37/12 37/21 42/19 46/16 63/18 71/11 123/7 174/5 182/4 182/6 183/16 191/6 194/25

basis **[8]** 9/10 17/5 24/13 109/21 109/25 111/9 127/4 178/3

BAUR **[2]** 2/17 5/5

be **[179]** 5/14 5/15 5/25 6/3 6/3 6/4 7/7 7/7 9/4 9/10 9/19 11/15 11/20 12/4 12/16 13/3 13/12 13/25 14/13 15/6 16/24 17/5 18/14 21/11 23/1 23/16 23/16 26/7 27/16 28/14

**B**

**be… [149]**  28/17 30/5
31/4 31/13 31/18 31/20
31/20 31/25 34/2 34/14
34/15 34/17 34/21 34/22
35/7 35/9 36/2 37/15 39/1
39/3 39/4 39/12 39/14
41/9 41/19 41/19 41/20
42/14 42/15 42/17 42/20
42/20 42/22 43/22 44/21
47/18 47/24 48/13 48/22
49/1 50/7 50/23 51/5
52/18 53/17 53/21 54/9
54/11 54/20 54/21 55/12
57/18 57/21 59/10 60/12
60/25 62/8 63/21 64/21
67/16 68/20 70/19 70/23
71/9 71/20 72/13 74/3
75/1 75/24 78/21 79/21
80/13 81/7 81/8 81/10
81/17 82/9 82/16 82/23
84/24 85/18 87/24 89/21
89/22 91/2 91/4 91/13
93/2 93/11 95/4 96/5 96/6
96/24 101/21 103/22
107/25 111/11 111/21 120/21
121/3 125/20 126/25
127/13 128/6 128/20
128/22 130/19 133/11
134/2 139/2 151/6 151/16
154/23 157/16 159/13
163/2 163/10 163/20
163/23 163/24 166/22
168/18 171/20 174/1 174/5
176/21 179/24 182/17
182/21 185/1 185/5 185/23
186/4 188/3 189/19 191/9
192/12 192/16 193/14
194/10 197/8 197/15
197/15 197/17 198/7 198/11
198/12 199/10 199/15
**became [5]**  158/9 158/21

159/1 172/16 179/14
181/25 190/5 191/5
**because [33]**  10/5 11/5
29/11 29/14 35/14 35/22
36/23 37/19 41/17 52/11
58/4 63/2 76/4 76/23
78/5 85/13 105/20 113/17
124/1 126/13 127/5 128/16
129/10 131/2 142/14 144/13
151/8 164/24 166/6 181/24
195/11 198/11 199/6
**become [2]**  182/9 182/11
**becoming [1]**  39/9
**been [98]**  5/19 10/24 11/2
13/11 13/21 19/6 25/8 27/4
28/25 30/4 34/16 34/20
35/19 43/1 43/11 43/13
46/10 46/25 47/3 47/6
52/22 54/13 55/8 55/25
56/6 56/19 61/17 61/22
64/2 72/7 72/8 75/4 76/4
76/24 78/13 78/14 79/2
84/6 85/20 86/10 87/14
87/20 87/22 89/13 91/9
92/12 97/14 111/7 118/18
118/20 122/4 123/11 124/16
126/9 126/14 126/18
126/20 130/12 132/1
133/20 135/25 143/25
144/2 144/5 145/18 146/18
149/13 149/19 151/17
161/17 165/3 165/12 165/14
165/17 165/22 166/9
167/10 168/4 168/13 169/8
170/19 170/22 171/19
171/20 182/17 183/15
185/3 185/7 186/15 186/16
186/18 188/14 188/22
190/23 191/10 192/18
195/20 197/9
**before [21]**  1/12 40/4
51/12 60/6 61/8 97/21
100/8 101/8 103/5 106/2

114/19 115/20 133/5 133/21
160/7 162/15 171/10 177/5
181/6 188/6 196/17
**begin [4]**  28/10 28/11
80/22 134/4
**beginning [1]**  103/4
**begun [1]**  11/3
**behalf [1]**  4/23
**behaved [1]**  85/25
**behind [2]**  49/22 61/18
**being [20]**  4/17 5/10 61/24
62/5 65/2 65/9 96/12
110/13 113/22 115/6 133/15
142/4 145/8 173/3 173/18
175/22 178/16 183/17
183/18 197/7
**believe [89]**  6/10 9/11 9/17
13/10 16/15 17/2 19/8 47/2
47/10 48/25 54/21 54/24
55/13 57/18 67/22 68/12
81/4 82/8 83/25 84/3
86/8 87/18 91/22 98/7
103/25 104/5 104/8 108/18
108/22 109/8 109/10
109/10 109/21 111/4 111/11
111/21 113/3 113/15 114/4
114/12 115/10 117/14 118/11
118/16 119/11 119/12 119/13
119/16 121/8 121/14 121/19
123/1 123/22 123/25 125/5
126/23 128/22 128/23
128/23 129/2 134/22
136/2 136/23 137/7 140/8
140/25 144/11 159/13
161/22 162/18 165/14
167/7 168/2 168/6 168/12
178/17 183/6 183/9 185/10
185/16 187/4 187/13
188/18 190/10 190/18
190/21 191/18 192/12 197/3
**believed [1]**  128/6
**believes [1]**  61/21

**B**

belittle [1] 109/18
Ben [1] 4/22
benefit [1] 25/7
BENJAMIN [1] 2/16
Berkeley [1] 197/12
best [6] 20/10 27/21
 70/18 179/12 200/7 200/11
better [4] 70/20 165/14
 166/22 195/18
between [18] 6/11 47/17
 47/20 71/14 105/3 109/17
 109/18 146/5 149/23
 162/17 163/1 163/10 182/6
 186/10 188/22 191/17
 192/9 199/1
bewildered [1] 127/24
beyond [5] 8/5 51/24
 102/2 161/9 171/6
bind [1] 98/17
bit [24] 20/15 22/7 26/24
 27/8 32/21 36/1 43/15
 43/25 45/19 47/13 62/11
 67/11 84/11 84/19 101/23
 103/8 133/21 171/3 171/8
 171/15 173/2 173/17 174/9
 180/25
black [1] 51/24
board [24] 16/19 23/4
 23/5 53/9 85/5 85/14
 147/4 148/1 148/3 148/10
 149/8 152/5 152/13 154/20
 154/24 155/3 157/8 157/13
 158/5 167/25 168/19
 168/25 169/4 195/2
Board's [1] 152/8
boards [1] 65/5
body [2] 15/17 47/3
BOEING [177] 1/8 2/16
 4/5 4/23 4/25 5/2 5/20
 5/23 6/3 7/5 10/7 11/4
 11/23 15/22 16/20 17/10

18/13 18/21 23/8 26/1
30/11 30/14 36/16 37/5
38/20 39/21 41/11 41/17
43/1 46/12 50/22 50/25
51/15 53/7 58/20 60/18
62/21 63/2 63/9 66/24
69/19 69/21 72/11 73/11
73/13 74/19 77/15 78/4
79/7 79/9 80/12 80/14
82/12 83/7 83/14 84/1
84/3 84/15 85/24 85/25
87/9 87/11 87/17 88/4
88/6 88/12 91/23 92/7
94/16 98/10 105/22 107/12
107/19 108/8 108/12
108/16 110/5 111/7 115/5
116/18 117/25 117/25 118/3
118/8 118/13 118/13 119/3
119/8 120/18 120/23 121/5
121/10 121/16 121/20 123/3
123/3 123/15 124/4 124/7
124/19 124/24 126/21
127/1 127/12 127/13 127/14
128/5 129/10 130/4 130/22
130/23 130/24 131/2
132/10 134/25 136/4 140/6
141/11 141/15 141/19 141/24
142/3 142/23 143/7 143/16
145/2 145/24 149/23
150/2 150/6 150/11 150/14
150/21 151/5 151/5 154/18
155/18 155/22 156/9
156/12 156/18 156/23
157/11 157/11 157/19
157/19 159/17 159/25
160/17 164/18 164/18
167/23 167/23 169/19
169/19 169/25 169/25
184/12 184/12 184/14
184/14 185/18 186/24
187/1 187/6 187/10 189/9
189/10 189/22 190/4 190/8

192/3 193/18 193/20
193/23 195/9 199/21
Boeing's [22] 6/7 33/21
 35/14 51/8 74/16 74/21
 76/8 77/3 77/17 84/16
 86/20 88/15 107/15 112/4
 112/18 113/7 141/12 157/5
 158/2 188/24 189/14 194/5
bomb [1] 137/17
booklet [1] 50/17
Border [1] 179/22
both [10] 10/17 13/10 16/5
 75/8 100/5 100/6 108/4
 112/22 158/22 159/8
bottle [1] 41/5
bottom [5] 20/11 101/6
 189/12 189/13 198/20
BRAMMEIER [4] 2/10 4/9
 195/15 195/19
branch [3] 175/3 175/6
 176/3
BRANDON [2] 2/16 5/1
Brazilian [1] 99/10
break [5] 93/5 116/2 116/7
 171/3 187/22
brief [3] 58/2 157/16
 196/8
briefed [1] 8/23
briefing [1] 58/10
briefly [27] 5/16 13/17
 17/12 21/22 22/20 25/9
 46/14 47/4 50/10 53/1
 53/5 66/4 66/8 66/20
 72/4 86/20 90/24 94/13
 117/14 130/19 169/16
 172/19 175/5 176/14
 177/12 179/5 195/14
briefs [1] 6/7
bring [1] 33/1
broad [1] 151/9
broke [3] 56/4 56/12
 56/12

**B**

brother [1]  4/15
brought [1]  21/14
budget [1]  178/13
buffer [1]  199/8
build [2]  36/1 58/2
building [1]  30/15
bulk [1]  37/19
bullet [2]  112/3 112/18
bulletin [3]  159/17 159/22
160/1
Bureau [3]  19/20 67/19
69/4
bureaucracy [1]  135/11
BURNS [1]  2/13
business [3]  172/1 186/3
200/20
busy [1]  197/15
but [94]  6/21 7/15 9/25
12/1 12/4 13/25 14/20
14/25 20/16 20/22 25/9
25/17 26/10 32/7 33/7
33/19 34/21 35/4 35/11
36/4 40/8 41/7 42/25
49/17 49/21 51/8 51/24
60/18 64/2 64/6 65/3
66/4 67/11 67/13 71/6
72/14 74/1 74/7 83/10
90/8 90/20 94/9 96/10
96/23 96/25 97/4 98/5
102/11 105/10 105/16 106/1
110/12 111/6 111/16 113/3
115/9 130/10 132/2 133/18
134/5 141/6 145/21 146/11
147/22 151/1 151/24
153/23 155/1 157/17
159/16 159/20 161/25
162/15 162/21 163/14
165/7 167/22 169/16
170/21 175/15 176/11
178/12 180/12 183/6
184/20 190/1 194/4 195/3
195/11 196/14 197/14
198/12 199/2 199/15
buy [1]  31/7

**C**

CAA [1]  54/11
calculation [1]  51/9
calendar [1]  195/12
call [10]  12/25 41/8 41/10
54/21 56/16 82/11 90/19
104/4 191/12 197/19
called [8]  18/20 39/17
47/13 66/5 89/8 134/20
142/23 195/6
calling [1]  197/9
calls [1]  78/22
came [11]  24/12 37/18
44/4 49/21 63/5 63/15
89/17 97/5 97/21 183/2
184/2
can [62]  10/2 15/16 22/25
29/7 31/4 31/25 37/9
37/23 40/24 46/22 48/4
48/25 49/25 50/5 52/11
55/4 55/14 56/8 56/10
65/4 65/4 65/5 65/6 65/6
65/7 65/8 73/25 82/9
86/4 86/8 88/10 89/19
89/20 96/3 96/5 96/6
96/24 104/22 110/21
110/21 110/22 116/8 132/15
133/14 133/21 142/17
155/19 165/16 166/14
166/14 166/15 166/20
168/10 169/23 176/23
186/13 188/20 189/12
194/22 195/17 197/2
198/23
can't [6]  105/11 105/16
110/22 140/2 165/11 171/11
Canada [1]  81/6
Canadian [1]  81/8
Canal [1]  2/18

CANIC [7]  3/22 3/23 3/24
3/25 3/25 7/16 186/14
cannot [4]  148/25 149/3
164/24 194/23
Capabilities [1]  32/12
capability [1]  64/14
capable [2]  64/12 70/24
capacity [1]  147/8
cardboard [1]  195/1
care [1]  116/2
career [3]  43/10 45/13
172/11
carried [2]  55/6 178/8
carrier [14]  35/1 39/23
39/23 52/6 77/19 77/19
149/11 149/14 164/2 174/4
180/21 182/19 182/19
182/20
carrier's [1]  181/4
carriers [4]  52/2 77/15
154/11 173/20
carry [1]  145/11
cascading [6]  34/13 38/22
41/20 76/8 76/12 137/24
case [37]  1/5 4/4 5/21 7/6
8/24 9/2 10/18 10/18 11/2
12/2 12/4 29/7 32/22
34/10 42/17 46/9 50/10
51/13 53/20 72/15 76/1
77/18 78/2 89/12 91/22
92/5 111/11 119/23 137/16
151/19 152/22 153/8
163/25 168/18 199/1 199/5
199/7
cases [6]  21/5 29/5 31/1
133/4 174/12 174/18
CASSELL [17]  2/3 4/7 7/8
7/12 9/12 68/22 94/12
94/14 94/23 113/22 132/19
155/17 172/25 196/12
196/19 196/20 199/1
Cassell's [2]  8/22 10/4

# C

**Cassell**....................**13** **[1]** 3/6

**Cassell**...............**171 [1]** 3/10

**catastrophic [8]** 16/20 74/18 85/5 85/6 107/18 137/25 194/6 197/12

**category [4]** 22/2 22/4 57/15 182/22

**causal [1]** 144/12

**cause [13]** 133/3 134/8 137/21 138/7 144/6 144/9 145/3 167/25 168/4 168/15 170/20 170/24 190/5

**caused [8]** 41/10 130/22 136/17 137/18 139/19 153/11 169/22 170/3

**causes [5]** 143/23 144/17 144/17 144/23 153/16

**CBT [1]** 81/13

**center [6]** 22/10 43/22 44/7 173/8 177/24 197/12

**centers [2]** 44/5 44/8

**certain [23]** 21/5 22/12 26/17 34/7 35/23 37/7 37/8 37/17 41/6 46/20 46/21 46/23 65/8 87/18 96/24 97/4 101/24 122/12 122/13 154/22 174/20 174/22 178/15

**certainly [9]** 8/1 8/2 9/20 9/24 11/22 12/1 52/8 105/9 197/18

**certainty [12]** 15/22 16/4 16/11 16/18 86/5 86/9 87/16 87/19 87/19 96/23 165/12 192/10

**certificate [10]** 28/1 48/4 49/16 103/5 149/1 156/7 172/4 172/6 177/23 200/2

**Certificate**....................
.........**200 [1]** 3/11

**certificated [8]** 43/22 43/25 44/7 145/16 175/8 174/2 175/22 176/7

**certificates [3]** 22/16 172/2 178/9

**certificating [1]** 183/22

**certification [37]** 17/9 21/25 22/17 22/19 23/23 43/21 44/10 45/7 45/11 72/11 72/20 94/15 115/19 121/22 122/1 122/19 122/25 135/9 140/7 140/21 148/12 148/16 148/19 148/22 149/3 150/8 156/23 168/22 173/7 173/19 173/19 175/12 176/6 176/17 180/21 180/21 181/6

**certified [3]** 36/7 77/2 122/20

**certifies [1]** 22/16

**certify [2]** 200/4 200/12

**Cessna [1]** 182/5

**CFM [5]** 37/25 38/2 38/17 38/22 38/24

**CFR [3]** 21/8 21/20 21/23

**CFRs [1]** 95/15

**CHAD [2]** 1/16 5/7

**chain [2]** 137/9 137/14

**chair [1]** 125/16

**chairman [5]** 55/2 179/2 179/6 179/14 180/5

**challenge [4]** 8/9 17/5 194/18 196/5

**Challengers [1]** 175/16

**challenging [1]** 16/24

**chance [5]** 49/9 65/3 166/23 196/19 196/20

**chances [1]** 61/24

**change [6]** 27/24 28/9 28/25 88/13 129/19 134/12

**changed [1]** 135/8

**changes [7]** 15/25 43/3 88/8 189/5 189/21 189/21 199/1

**changing [1]** 66/13

**Chapter [1]** 18/4

**character [2]** 91/3 91/11

**Characteristic [2]** 98/5 156/16

**characterize [1]** 35/21

**CHAREST [1]** 2/13

**charge [3]** 54/1 128/21 183/19

**charged [2]** 7/14 41/4

**charter [2]** 172/17 173/4

**CHASE [2]** 2/12 4/1

**chat [1]** 131/3

**check [5]** 38/14 45/2 93/7 174/23 175/14

**checking [1]** 176/1

**checklist [29]** 16/14 32/15 34/16 38/13 38/13 38/15 38/16 39/4 39/17 39/21 40/6 40/13 40/17 40/24 40/25 41/8 41/12 41/14 44/23 85/16 85/19 86/23 87/4 87/5 126/8 146/9 146/22 166/7 173/11

**checklists [6]** 32/17 38/17 39/21 40/8 146/12 146/15

**Chicago [1]** 2/11

**chief [6]** 1/20 77/3 77/17 80/15 112/4 112/9

**Chinese [1]** 81/9

**chord [1]** 71/14

**CHRISTOPHER [3]** 3/5 13/1 13/20

**circular [1]** 49/24

**circumstances [2]** 37/17 85/19

**Citation [1]** 172/9

**cited [1]** 58/10

**cities [1]** 46/11

**C**

City [3]  2/5 177/24 180/18
civil [5]  12/2 25/11 89/20 89/22 199/7
clarification [3]  96/12 115/15 158/25
clarify [4]  168/10 168/13 190/6 193/3
clarity [1]  6/22
classroom [3]  50/16 64/19 166/20
clean [2]  41/3 41/8
clean-up [2]  41/3 41/8
cleanup [1]  188/3
clear [12]  34/22 45/5 62/8 71/2 71/6 95/4 100/12 118/17 139/22 150/21 151/16 191/24
clearly [1]  191/23
client [7]  9/3 10/19 12/6 12/8 12/12 12/16 12/19
CLIFFORD [1]  2/10
climb [1]  40/3
close [1]  91/8
closely [1]  30/25
closer [1]  71/16
cockpit [3]  64/20 133/12 164/4
Code [2]  20/18 21/20
codes [1]  95/15
coffee [1]  163/21
colleague [3]  78/4 78/16 132/23
colleagues [2]  77/3 93/8
collected [2]  18/8 178/23
collecting [1]  17/20
college [3]  2/3 171/23 172/16
come [22]  13/6 21/3 34/11 38/18 57/3 57/4 88/15 104/23 133/3 133/5 134/8 152/12 171/11 175/11

179/25 180/4 181/13 183/7 185/8 187/11 192/1 195/19
comes [8]  7/16 31/15 47/16 65/14 65/24 128/9 149/7 199/3
comfortable [1]  114/7
coming [6]  57/8 72/11 80/13 101/8 139/24 198/12
command [1]  189/6
Commerce [1]  1/18
commercial [6]  38/3 38/6 137/12 144/23 145/24 174/6
commit [2]  12/7 12/7
commitment [1]  88/7
committee [20]  3/19 17/8 17/18 18/8 24/22 72/10 72/12 72/18 73/8 74/23 75/16 77/1 78/15 79/6 82/2 82/4 94/14 106/13 106/25 179/3
committee's [1]  106/19
common [1]  161/18
commonly [1]  37/25
communicated [1]  92/7
communicating [1]  90/15
communication [2]  131/4 132/10
communications [4]  19/4 20/4 56/13 175/14
Community [1]  89/8
companies [1]  183/18
company [25]  1/8 2/16 4/5 4/23 7/5 10/7 11/23 23/8 30/10 37/19 37/22 37/24 56/23 68/1 78/22 80/5 80/8 80/11 108/12 108/16 111/8 115/5 116/18 124/19 127/12
comparable [1]  198/11
competency [1]  148/6
compile [1]  27/18

complaint [1]  176/19
complete [11]  17/20 43/23 43/2 59/11 59/23 62/21 62/22 85/2 96/17 104/5 104/15 104/18 105/1 105/15 123/9 123/15 123/20 123/23 123/23 123/25 124/4 124/5 124/8 124/9 131/20 132/6 132/8 134/3 138/9 138/12 142/24 143/8 143/12 143/16 144/13 157/17 184/2 184/5 184/23 184/25 185/3
completed [4]  40/23 146/2 146/5 177/2
completely [2]  59/23 85/1
completeness [1]  108/1
completion [2]  44/15 188/24
complex [2]  136/13 137/12
Compliance [1]  22/23
complicated [4]  96/5 103/8 136/13 144/16
complied [2]  86/1 87/11
comply [2]  178/11 200/13
computer [4]  48/23 50/16 81/14 88/6
computer-based [3]  48/23 81/14 88/6
concede [1]  154/17
conceivable [9]  162/2 162/3 162/4 162/5 162/10 162/11 192/4 192/5 192/6
concern [1]  101/25
concerned [1]  142/13
concerning [3]  35/23 103/15 103/17
concerns [1]  102/24
concession [1]  88/15
conclude [2]  11/9 11/11
concluded [1]  63/14
concludes [2]  72/18 93/13

# C

**conclusion [11]** 7/23 26/14 60/8 61/4 61/15 61/20 62/1 63/6 74/24 75/12 84/19

**conclusions [8]** 61/3 69/23 70/13 77/24 77/25 81/20 83/24 173/5

**condition [2]** 160/2 160/14

**conditions [1]** 165/4

**conduct [4]** 29/10 117/24 176/5 179/12

**conducted [3]** 73/12 143/25 156/8

**conducts [1]** 178/2

**confer [2]** 115/25 186/13

**conference [2]** 195/22 200/14

**confidence [2]** 29/16 181/22

**confirming [2]** 83/24 170/13

**confirms [1]** 83/25

**confusing [1]** 168/8

**confusingly [1]** 14/1

**Congress [2]** 17/15 178/25

**connected [2]** 17/20 172/3

**connection [9]** 25/23 75/2 130/21 174/10 176/23 184/17 185/8 185/9 189/9

**conscious [1]** 63/3

**consequence [1]** 174/15

**consequences [4]** 61/24 74/18 183/7 194/7

**Consequently [1]** 34/17

**consider [3]** 11/9 103/22 194/17

**considerate [1]** 96/22

**consideration [2]** 58/24 191/8

**considerations [1]** 105/14

**considered [5]** 20/17 29/3

29/15 59/1 60/20

**considering [1]** 196/13

**consist [1]** 27/24

**consistent [12]** 26/5 26/7 42/8 51/3 51/5 73/16 78/10 79/1 79/14 92/12 117/16 125/6

**conspiracy [5]** 84/16 85/24 86/20 87/10 127/15

**conspired [1]** 130/5

**constructed [1]** 181/4

**consult [2]** 25/3 116/7

**consulting [2]** 43/10 101/20

**Cont'd [1]** 3/8

**contact [1]** 91/8

**contained [3]** 26/17 100/18 100/21

**contains [1]** 73/24

**contention [1]** 138/6

**contents [1]** 55/17

**context [6]** 36/2 39/18 69/12 76/17 77/19 81/10

**continue [1]** 180/12

**continued [7]** 22/3 22/5 89/7 116/12 126/25 187/18 188/15

**continuing [1]** 130/8

**contract [2]** 147/8 180/17

**contracts [2]** 176/9 177/17

**contradicted [1]** 107/14

**contradicting [1]** 83/24

**contrary [2]** 87/9 130/16

**contributed [3]** 137/5 170/21 179/20

**contributing [7]** 140/13 140/20 141/7 153/24 153/25 165/15 168/2

**control [5]** 49/19 65/6 174/16 188/25 195/4

**controlled [1]** 49/19

**controllers [1]** 177/21

**convenience [1]** 54/22

**convenient [2]** 54/23 142/16

**convention [1]** 55/7

**conversion [2]** 44/23 45/3

**converted [1]** 44/21

**conveyed [1]** 27/9

**coordinate [1]** 44/18

**coordination [2]** 74/20 194/9

**copies [1]** 53/3

**copy [3]** 21/10 38/8 53/2

**corner [2]** 80/6 80/9

**corporate [2]** 172/17 173/4

**corporation [3]** 30/11 30/14 86/1

**correct [189]** 23/1 51/22 63/1 93/24 95/22 96/2 96/8 96/19 96/20 96/21 96/23 97/3 97/9 97/10 97/13 99/3 99/4 100/19 100/20 100/23 100/24 101/2 101/6 101/7 104/10 106/10 106/11 112/11 112/16 112/17 113/2 114/18 115/1 115/9 115/12 115/21 115/22 117/9 118/1 118/4 118/15 118/22 119/4 120/5 123/1 125/7 125/8 125/14 125/21 125/24 125/25 126/21 128/14 131/22 131/23 135/1 135/2 135/5 135/15 136/1 136/5 136/6 136/9 136/10 136/19 137/22 138/25 140/8 141/1 141/13 141/16 141/21 141/22 142/1 143/17 143/20 144/24 145/23 145/25 146/1 146/4 146/7 146/12 146/19 146/23 146/24 147/2 148/1 148/7 148/8 148/10 148/17 148/19 148/23 148/24 149/1 149/2 149/5 149/8

# C

**correct...** **[90]** 149/9
149/12 149/20 150/4 150/9
151/20 152/1 152/5 152/6
152/10 152/16 152/25
153/1 153/3 153/4 153/6
153/18 154/21 154/24
154/25 155/4 155/12
155/13 155/15 155/16
155/20 155/24 156/13
157/9 157/10 157/14
157/22 157/23 158/1 158/7
158/13 158/19 158/20
158/23 159/18 159/19
160/4 160/10 160/11 160/16
160/20 160/21 161/6 161/10
161/11 161/14 161/15 161/21
162/2 162/4 162/12 162/13
162/16 162/24 162/25
163/12 164/10 164/14 165/1
165/6 165/10 167/2 167/6
168/1 168/23 169/1 169/2
169/5 169/6 169/9 169/10
169/13 169/14 170/7
170/20 170/25 172/18
173/16 175/4 180/11 183/4
183/5 187/7 190/3 200/5
**correction** **[3]** 23/24
59/25 87/19
**corrective** **[1]** 60/5
**correctly** **[7]** 18/5 54/16
70/8 166/24 172/15 175/1
188/17
**CORY** **[3]** 1/19 5/7 93/20
**cost** **[3]** 50/12 50/16
50/25
**could** **[113]** 5/15 6/3 6/22
6/23 8/5 9/10 9/17 9/23
13/18 14/7 14/24 15/3 15/6
16/25 17/12 18/24 19/24
21/22 22/7 24/16 27/8
29/1 30/20 30/21 33/1

34/2 35/7 35/9 35/19
38/3 38/5 39/14 44/20
45/19 46/14 47/15 48/13
53/22 58/4 58/9 70/20
71/8 71/22 84/24 89/15
90/19 90/24 96/11 97/3
100/16 102/16 103/23
104/16 104/19 104/20
105/6 105/10 105/16 107/6
111/22 115/14 115/25
119/22 119/23 120/24
121/11 121/18 130/19 132/3
134/21 135/8 141/25 145/2
157/21 158/22 158/25
159/8 160/19 164/22 168/3
168/12 169/19 169/22
169/25 170/3 172/19
173/17 174/7 174/9 175/5
176/14 177/12 179/5
179/25 180/25 182/12
182/13 183/12 183/15
184/4 184/18 185/25
187/15 191/4 192/17 193/18
193/20 193/21 195/2 195/3
197/7 198/6 198/22
**couldn't** **[7]** 12/7 102/4
113/10 124/8 150/5 152/18
199/6
**counsel** **[5]** 53/3 82/5 82/5
89/4 186/13
**counter** **[1]** 56/18
**counterpart** **[1]** 89/23
**counterparts** **[1]** 91/8
**countries** **[20]** 29/5 29/19
29/21 31/18 52/14 52/17
52/17 53/19 83/18 83/23
89/23 89/25 98/23 100/12
100/13 100/13 101/4
154/23 155/2 175/11
**country** **[7]** 29/1 29/24
31/7 42/21 44/3 99/9
99/17

**couple** **[11]** 58/16 60/14
63/23 65/23 68/24 76/7
134/15 180/2 183/1 185/21
191/16
**course** **[22]** 6/1 7/15 19/7
19/12 19/15 20/22 30/14
34/23 36/13 43/9 45/13
49/17 49/17 56/14 57/6
73/24 107/4 138/3 138/5
186/3 199/17 199/17
**court** **[35]** 1/1 1/12 6/1 7/9
8/23 9/16 10/1 10/11 12/12
13/25 18/24 21/22 24/16
25/7 26/8 47/15 48/17
53/2 71/3 82/2 91/22
91/23 97/21 101/8 144/3
144/7 151/17 170/23
173/17 194/17 196/4 197/6
199/11 200/13 200/18
**Court's** **[11]** 4/13 9/23
21/15 52/25 66/19 72/6
74/7 80/1 89/3 91/20
197/1
**courtesy** **[1]** 53/2
**courtroom** **[1]** 139/12
**cover** **[5]** 39/24 39/24
54/25 72/9 91/18
**covered** **[4]** 19/3 23/15
23/16 66/2
**COVID** **[1]** 200/8
**COVID-19** **[1]** 200/8
**cr** **[2]** 1/5 4/5
**crash** **[84]** 4/15 7/13 24/8
41/12 53/10 53/14 54/8
60/6 66/2 66/3 66/13
66/18 67/3 67/8 67/10
67/24 68/3 68/9 79/7
95/8 100/22 100/23
100/25 101/1 101/6 113/25
114/20 125/19 125/19
125/22 126/13 126/13
126/25 127/11 129/4

Case 4:21-cr-00005-O   Document 404-2   Filed 08/08/23   Page 217 of 265   PageID 14550

**crash...** **[49]** 129/12 129/17 129/21 130/6 131/8 131/22 131/25 132/2 132/21 132/23 133/2 134/16 136/17 137/12 137/14 137/18 137/21 140/9 140/11 140/23 141/7 144/6 144/10 144/18 144/21 145/3 158/16 158/18 158/22 159/7 159/11 160/7 161/4 161/7 162/15 162/15 162/18 162/21 162/22 167/5 168/1 170/20 170/24 185/19 187/3 188/6 188/7 188/18 190/5

**crashed [4]** 20/12 53/8 58/20 66/24

**crashes [30]** 18/8 24/18 32/7 42/24 51/12 75/8 79/15 88/1 88/3 90/16 108/5 112/23 113/13 113/23 117/2 117/3 136/13 137/9 137/10 138/22 139/4 140/14 143/24 144/16 144/21 144/23 170/21 188/22 191/17 195/21

**crashing [2]** 53/13 137/25

**create [4]** 34/13 37/19 86/21 182/1

**created [2]** 84/17 138/21

**credence [2]** 52/14 52/17

**credentials [1]** 106/10

**credibility [1]** 106/10

**crew [46]** 16/19 20/3 34/18 36/24 38/15 39/5 48/7 49/6 53/9 55/19 56/15 56/19 59/3 59/4 59/10 59/14 59/22 60/3 60/4 60/16 60/18 61/7 61/10 61/21 62/4 64/15

65/1 66/6 67/1 71/20 84/12 84/17 84/21 84/25 85/4 85/12 86/21 86/24 87/20 88/16 148/5 159/17 159/25 163/22 164/3 189/21

**crews [8]** 35/1 40/3 70/5 70/18 158/5 165/3 165/8 189/20

**crews' [2]** 153/11 153/17

**crime [6]** 10/6 10/22 10/25 11/24 127/14 138/4

**criminal [2]** 1/20 199/5

**critical [12]** 16/12 32/10 34/15 39/8 41/3 41/7 50/6 63/3 63/10 103/20 103/23 186/18

**critically [1]** 185/7

**cross [19]** 3/7 3/8 3/9 5/20 7/7 7/22 9/2 9/19 9/21 10/2 11/21 15/5 93/16 110/6 116/12 145/14 194/15 194/16 196/13

**cross-examination [9]** 3/7 3/8 3/9 9/19 9/21 93/16 116/12 145/14 196/13

**cross-examine [7]** 5/20 7/7 7/22 9/2 11/21 15/5 110/6

**cues [1]** 166/1

**culmination [1]** 183/25

**curious [1]** 151/2

**currency [2]** 45/25 55/20

**current [3]** 23/9 24/6 73/13

**Currently [1]** 180/20

**curriculum [5]** 173/9 181/8 181/21 182/1 182/17

**curriculums [1]** 183/22

**customers [2]** 28/21 30/16

**Customs [1]** 179/23

**CV [3]** 14/14 19/8 173/13

**CVRA [7]** 9/8 10/5 10/6 10/13 10//23 22/1 147/23

**D**

**D.C [2]** 1/21 2/21

**Dallas [3]** 1/18 2/14 43/21

**damage [1]** 55/18

**dangerous [1]** 65/10

**data [14]** 63/10 63/12 105/1 105/15 107/14 107/20 138/9 138/12 142/24 143/8 143/12 143/16 147/5 184/8

**dataset [24]** 7/20 15/23 43/2 96/17 104/5 104/15 104/18 105/25 123/10 123/16 123/23 124/2 124/5 124/8 124/9 131/20 132/6 132/8 157/17 184/3 184/5 184/23 184/25 185/4

**date [8]** 24/8 52/24 80/16 80/16 91/22 186/10 186/11 195/10

**dated [2]** 89/11 91/21

**dates [1]** 195/15

**Daubert [6]** 8/10 9/18 9/24 10/1 194/17 196/5

**David [2]** 136/20 136/21

**day [15]** 20/12 156/11 188/17 197/4 197/7 197/8 197/15 197/16 197/19 197/20 197/21 197/22 199/11 199/16 200/15

**days [3]** 55/22 134/9 197/17

**deal [6]** 15/6 62/24 63/17 75/24 153/12 153/18

**dealing [4]** 33/10 54/5 71/10 113/7

**deals [1]** 154/3

**death [5]** 35/7 39/12 62/9 85/6 190/12

**decades [1]** 36/5

**D**

**deceive [1]** 63/3

**December [1]** 78/16

**December 2017 [1]** 78/16

**decide [1]** 186/1

**decided [1]** 191/13

**deciding [1]** 191/2

**decision [18]** 7/21 18/10
95/20 96/1 97/2 97/12
104/6 104/15 105/2 105/8
105/16 130/12 134/5
142/25 143/10 152/8 164/4
192/23

**decision-making [3]** 97/2
97/12 164/4

**decisions [6]** 30/4 98/21
122/11 135/12 149/20
155/19

**deep [1]** 35/2

**defendant [3]** 1/9 7/6 12/3

**defendants [1]** 12/2

**defer [4]** 7/1 7/5 14/21
83/18

**Deferred [4]** 111/19 116/17
117/12 120/16

**deferring [1]** 83/23

**definitely [2]** 105/7 105/18

**definition [9]** 9/8 10/22
10/25 11/5 11/5 11/9 11/10
48/25 192/23

**definitive [1]** 192/1

**defraud [3]** 85/24 87/10
127/15

**degree [17]** 15/22 16/4
16/11 16/17 86/5 86/8
87/15 87/18 87/19 120/25
121/11 121/18 141/25 142/4
154/9 171/24 192/10

**delegated [1]** 174/1

**delete [1]** 33/23

**deleted [1]** 34/5

**deleting [1]** 34/3

**demanded [1]** 112/20

**Democratic [2]** 19/18
67/18

**denied [1]** 9/10

**Department [11]** 5/23
92/1 92/3 93/1 93/21
110/3 110/11 110/14 116/25
179/21 179/22

**Department's [1]** 116/17

**depend [8]** 16/5 25/19
27/14 133/24 149/7 154/5
167/13 167/16

**depending [3]** 6/16 35/9
46/18

**deprived [3]** 110/13 131/4
132/11

**depth [1]** 57/2

**descent [1]** 40/3

**describe [6]** 17/12 21/23
37/9 37/12 46/14 172/19

**described [6]** 20/6 54/9
102/16 146/14 160/18 178/1

**describes [1]** 14/9

**describing [6]** 24/17 30/4
46/10 47/3 47/6 79/2

**description [1]** 98/6

**descriptions [1]** 24/10

**design [18]** 17/9 72/10
72/20 94/15 112/5 112/6
112/13 112/18 112/19
112/25 113/4 113/5 113/7
121/21 140/21 141/7 189/3
189/4

**designated [1]** 46/6

**designed [11]** 99/1 101/21
101/24 102/20 103/11
104/2 119/4 124/22 137/3
141/12 143/19

**designing [2]** 101/17 149/13

**desk [1]** 57/8

**despite [1]** 107/13

**detail [3]** 25/16 37/14

37/15

**detailed [2]** 37/16 33/12

**details [2]** 68/8 183/3

**determination [31]** 23/22
27/16 27/21 29/2 31/2
31/17 34/12 47/23 51/25
63/20 71/20 104/9 104/24
105/24 105/25 124/1
133/24 134/11 152/3
152/19 157/7 157/14
161/23 162/7 162/11
170/22 173/24 184/19
186/2 186/2 192/22

**determinations [3]** 34/7
152/13 155/15

**determine [9]** 47/20 56/17
56/24 134/2 149/4 153/25
155/1 182/16 191/7

**determined [5]** 15/24 43/3
44/2 123/10 162/23

**determining [6]** 11/1 18/10
18/11 147/20 148/3 191/8

**develop [6]** 30/3 31/6 38/9
38/12 38/25 44/23

**developing [1]** 148/4

**development [5]** 17/9 19/2
72/11 72/20 94/15

**DGCA [1]** 156/8

**diagnose [1]** 60/4

**dial [1]** 195/3

**did [149]** 6/13 17/23 17/25
19/11 20/22 20/25 23/11
23/20 23/20 24/9 24/10
24/13 24/15 26/2 29/24
32/16 32/19 32/24 33/4
33/9 35/22 41/16 45/9
45/16 45/18 45/19 51/13
57/16 58/15 58/20 58/22
58/25 59/5 59/6 59/8
59/9 59/17 59/23 60/7
60/10 60/18 60/24 61/14
62/3 66/12 66/15 67/15

**D**

**did...** **[102]** 68/23 69/8
69/11 69/22 69/25 70/12
70/15 70/17 70/25 74/12
74/13 75/1 75/9 75/22
76/11 79/2 79/10 85/1
85/24 86/20 87/9 88/15
88/18 88/19 88/22 94/20
94/22 95/1 95/2 95/3
95/5 95/7 95/9 95/10
95/11 95/13 95/19 97/7
97/21 99/6 100/7 100/10
101/17 101/20 106/15
106/16 106/18 107/19 111/5
111/8 115/11 122/13 123/21
124/4 125/9 125/11 125/19
125/23 127/21 129/13
129/18 131/25 134/10
135/4 135/15 136/2 136/7
144/13 145/2 147/24
148/11 148/20 152/5 153/3
155/2 155/2 162/14 166/6
166/13 167/17 170/4 170/8
170/15 175/19 176/23
177/24 178/11 179/21
179/21 179/22 179/22
179/23 179/24 180/5
180/9 180/12 185/14 186/7
188/9 188/11 193/19 194/1
**didn't** **[27]** 12/7 24/7 51/7
56/5 98/25 99/2 99/17
106/14 114/16 124/7 125/13
127/17 127/22 127/22
127/25 128/18 128/18
129/19 129/21 131/22
132/24 138/12 151/24
170/6 170/13 185/22
193/24
**didn't testify** **[1]** 170/13
**died** **[3]** 53/9 62/16 92/21
**difference** **[5]** 47/14 69/18
70/9 71/14 146/5

**differences** **[36]** 15/25
27/19 30/24 43/4 47/17
47/20 47/22 48/5 48/6
48/10 48/15 62/11 63/6
63/21 70/17 75/18 96/18
123/11 147/20 149/4 163/1
163/9 163/10 163/14
163/14 163/16 163/20
164/6 164/8 164/11 168/21
181/9 181/13 181/14 181/20
184/19
**different** **[29]** 22/14
30/24 35/2 37/3 37/5
44/21 48/18 56/7 64/14
64/14 64/15 99/11 104/9
147/12 147/14 147/15
148/21 148/22 153/20
155/7 157/13 161/23
165/17 167/11 181/5 182/2
183/17 183/18 191/8
**differently** **[1]** 11/4
**difficult** **[2]** 60/4 71/20
**difficulty** **[1]** 182/15
**dig** **[1]** 29/13
**digest** **[2]** 133/16 136/14
**diminished** **[1]** 75/19
**direct** **[30]** 3/6 11/24
13/15 14/7 16/25 25/22
33/18 41/22 49/1 50/19
55/4 56/15 83/4 83/11
83/16 89/15 92/2 93/14
102/2 138/7 146/14 152/11
154/22 170/6 170/14
186/22 187/14 189/12
194/3 198/24
**direct a** **[1]** 56/15
**directed** **[1]** 178/17
**directing** **[1]** 26/10
**direction** **[3]** 49/1 133/15
179/9
**directions** **[1]** 174/18
**directive** **[11]** 126/2 126/4

126/6 126/12 134/15
134/18 135/22 160/7
160/10 167/2 191/19
**directives** **[1]** 178/22
**directly** **[15]** 7/13 8/25
9/3 9/5 9/14 10/19 11/14
12/5 12/8 78/2 90/15
99/21 99/25 109/3 117/3
**director** **[3]** 160/13 180/2
197/11
**disagree** **[5]** 117/18 117/20
117/22 118/6 151/9
**disagreed** **[1]** 95/20
**disclose** **[1]** 131/3
**disclosed** **[11]** 86/2 87/12
115/5 115/9 115/21 124/14
124/19 124/21 150/13
150/21 158/3
**disclosure** **[4]** 110/8 122/6
132/9 151/3
**discount** **[1]** 72/2
**discounted** **[1]** 107/20
**discovered** **[1]** 63/9
**discovery** **[1]** 110/10
**discovery'** **[1]** 112/22
**discuss** **[4]** 64/24 80/23
166/15 171/15
**discussed** **[4]** 130/25
156/17 157/1 171/14
**discussion** **[1]** 156/24
**discussions** **[1]** 105/23
**dispute** **[9]** 6/17 6/22 7/15
7/22 15/10 90/20 140/2
158/13 165/7
**disputed** **[1]** 6/21
**disregard** **[1]** 117/5
**distinction** **[3]** 105/3
109/17 109/18
**distributed** **[1]** 159/24
**district** **[7]** 1/1 1/2 1/12
1/17 176/13 176/15 200/18
**disturbing** **[1]** 77/12

**D**

**dive [2]** 15/4 47/11

**DIVISION [3]** 1/3 1/20 200/19

**do [160]** 4/6 4/8 4/18 4/19 6/24 7/2 7/6 9/7 10/3 10/10 10/22 10/25 11/4 11/8 11/10 11/11 12/15 12/17 13/5 13/22 14/5 14/6 15/11 18/22 19/21 22/16 23/24 23/25 25/23 31/14 32/23 32/24 37/18 40/16 41/13 45/6 45/6 54/18 56/10 56/16 58/4 58/4 63/13 65/17 65/17 65/18 65/19 71/24 73/14 74/10 75/3 76/6 80/8 81/2 81/7 82/8 83/20 83/23 90/10 92/10 92/11 94/6 96/4 97/25 98/14 99/5 99/10 100/13 101/5 107/8 107/22 108/5 108/7 108/12 108/14 108/15 108/19 108/23 109/2 109/5 111/12 112/7 113/6 113/14 114/5 115/6 116/23 117/20 117/22 118/5 119/7 119/10 119/12 120/6 120/8 122/6 122/8 123/17 123/19 123/22 125/15 127/5 129/2 129/25 132/18 133/3 134/6 134/7 134/10 136/24 137/1 147/10 153/2 154/12 156/9 156/18 156/20 162/14 162/18 163/4 163/4 163/6 163/14 164/3 164/24 171/2 171/10 172/2 172/10 173/25 175/10 175/12 179/25 180/4 180/19 181/1 181/10 181/10 181/18 182/21 183/6 186/5 187/1 187/2 187/13 188/8 189/17 190/22

190/24 191/2 192/9 193/3 193/6 193/15 197/7 198/ 198/2 198/14 198/19 199/6

**Docket [1]** 9/11

**document [53]** 13/22 14/3 14/5 14/8 17/12 18/24 19/18 19/24 20/10 22/20 24/17 28/19 30/19 30/22 30/23 38/11 38/12 38/18 38/25 49/24 58/10 72/23 73/1 73/24 80/17 82/9 82/19 82/20 83/2 83/9 84/2 88/18 88/25 89/1 89/1 90/6 90/19 91/19 94/7 106/23 111/12 111/16 111/21 119/24 120/13 139/14 139/21 140/2 186/11 187/17 187/20 188/21 189/24

**documentation [6]** 97/6 177/3 191/6 191/12 192/21 193/20

**documents [34]** 17/20 24/11 24/19 24/23 24/25 25/2 25/7 25/16 34/8 39/8 40/11 51/16 66/10 66/12 82/3 89/4 98/2 108/10 108/22 109/8 111/10 119/17 119/23 151/21 151/23 174/20 178/13 185/19 191/17 191/22 193/22 193/23 193/23 194/2

**does [39]** 7/6 10/8 18/5 22/8 23/12 36/17 38/2 48/14 51/8 51/9 51/21 53/25 57/10 77/10 77/23 80/13 81/10 83/18 98/17 98/17 98/19 114/1 117/3 118/12 118/23 119/2 121/4 121/9 121/15 127/7 127/22 131/14 145/1 163/19 180/22

180/24 193/10 197/6 198/25

**doesn't [5]** 26/8 74/1 122/10 128/16 131/14

**doing [4]** 48/9 54/9 64/12 188/22

**dollars [6]** 50/12 50/25 51/6 78/21 83/8 83/15

**domestic [3]** 16/5 25/19 154/5

**domino [1]** 144/25

**domino-type [1]** 144/25

**don't [58]** 6/16 8/10 9/17 10/10 11/5 14/25 29/11 29/12 33/6 43/15 43/25 48/16 72/13 89/1 90/8 99/15 101/1 102/7 104/21 109/18 111/15 113/15 113/19 116/1 117/17 117/18 119/5 123/20 123/24 128/23 128/23 137/7 139/7 153/5 155/9 155/12 155/14 158/13 161/20 162/12 162/17 164/12 164/22 165/7 169/18 180/3 186/9 186/10 187/16 190/18 190/21 191/24 195/10 195/11 196/8 197/19 198/8 198/25

**don't part [1]** 10/10

**done [26]** 8/4 8/8 27/12 28/8 28/8 30/25 31/13 46/2 55/25 56/1 56/1 64/21 74/10 129/5 147/4 152/7 152/19 153/23 155/1 161/20 164/22 171/11 174/19 174/19 180/15 188/17

**DOT [3]** 178/16 178/16 178/18

**doubt [4]** 101/1 101/3 101/4 106/9

**D**

**down [27]**  15/10 18/18 20/16 34/17 35/25 37/16 37/21 41/4 45/1 50/16 61/10 69/5 80/21 83/6 83/13 92/3 102/20 103/24 120/25 129/20 132/4 134/21 156/15 156/21 166/4 178/4 195/8

**dozen [1]**  73/12

**dozens [1]**  75/7

**DPA [13]**  7/14 9/4 12/9 91/23 117/13 120/4 120/7 127/6 127/18 128/4 140/5 141/10 150/20

**Dr [1]**  198/23

**drafting [3]**  94/17 94/21 97/15

**drill [1]**  26/24

**drugs [2]**  56/18 56/18

**due [2]**  9/1 200/8

**due-process [1]**  9/1

**duplicates [1]**  64/12

**duplicative [1]**  9/21

**during [20]**  7/16 66/4 67/7 107/16 108/9 115/19 116/7 130/24 147/22 148/9 148/18 150/2 150/7 150/8 156/17 157/1 158/17 163/23 188/8 188/12

**duties [9]**  19/12 19/15 20/24 43/10 46/4 57/7 146/19 148/16 179/2

**E**

**each [9]**  35/1 36/6 45/2 55/19 93/23 100/18 137/8 167/16 177/8

**earlier [15]**  47/13 47/17 53/24 57/6 58/10 70/6 75/15 81/24 82/3 113/9 117/15 125/12 135/12

**earliest [1]**  80/23

**EASA [2]**  81/2 81/2

**easily [1]**  142/11

**edification [1]**  180/1

**educate [1]**  34/25

**educated [5]**  96/7 96/9 96/21 98/21 114/6

**education [2]**  151/20 173/6

**effect [15]**  10/7 24/8 34/13 35/25 38/22 41/20 52/1 52/5 76/8 76/12 137/24 144/25 183/10 183/11 190/2

**effective [2]**  56/25 56/25

**effectively [1]**  110/16

**effects [2]**  51/25 52/4

**effort [2]**  37/3 63/3

**eight [2]**  44/25 180/6

**Eighty [1]**  111/24

**Eighty-six [1]**  111/24

**either [10]**  21/5 27/13 29/25 33/4 45/23 100/7 131/13 138/22 144/10 147/1

**electric [1]**  61/6

**elements [2]**  12/10 12/13

**eliminates [1]**  48/10

**ELISSA [2]**  2/17 5/5

**ELLIS [3]**  2/20 4/24 5/3

**else [7]**  4/8 4/21 31/5 95/20 127/7 171/7 195/13

**email [7]**  18/9 50/22 81/24 82/6 83/23 142/7 142/17 Email...........................
.........**82 [2]**  3/20 3/21

**emails [6]**  18/7 18/14 77/17 79/20 155/18 155/18

**emergencies [2]**  40/15 40/18

**emergency [27]**  39/5 39/7 39/16 39/25 40/12 40/13 40/15 40/25 41/9 59/25

65/15 75/25 85/16 87/4 87/21 126/2 126/3 126/6 134/14 134/18 135/22 153/13 153/18 160/6 166/24 191/18 191/19

**emphasis [1]**  163/24

**employee [60]**  50/22 51/9 83/7 83/14 117/25 117/25 118/3 118/8 118/13 118/14 119/3 119/8 120/18 120/24 121/5 121/10 121/16 123/3 123/15 124/4 124/7 124/24 126/21 127/13 129/10 130/4 130/22 131/3 134/25 136/4 136/6 141/11 141/15 141/19 141/24 142/3 142/23 143/7 143/16 147/7 151/5 151/5 157/11 157/11 157/19 157/19 158/3 158/3 164/18 164/18 167/23 167/23 168/15 168/15 169/19 169/19 169/25 169/25 184/12 184/13

**employees [5]**  73/13 92/7 123/3 138/20 184/14

**en [2]**  175/8 175/14

**en-route [2]**  175/8 175/14

**encompass [1]**  142/11

**end [11]**  8/16 9/24 10/2 57/3 61/2 75/7 108/4 171/10 193/17 195/10 196/7

**endeavors [1]**  36/15

**Enforcement [1]**  22/23

**engage [2]**  85/24 87/9

**engaged [2]**  102/21 137/20

**engine [4]**  40/6 41/4 57/14 133/9

**engineer [4]**  101/14 101/15 112/4 112/9

**engineered [3]**  101/21 101/25 102/8

**engineering [6]**  101/17

**E**

engineering... **[5]** 113/1 121/21 139/20 140/7 141/7

engineers **[1]** 141/12

enhancements **[3]** 188/25 189/5 189/6

enough **[2]** 102/7 134/10

ensure **[9]** 22/17 28/5 41/1 44/14 92/8 92/19 178/10 178/21 181/16

ensured **[1]** 177/1

ensuring **[2]** 76/10 148/5

enter **[1]** 170/4

entered **[1]** 188/14

entire **[1]** 117/1

entirely **[1]** 139/2

entitled **[4]** 14/9 17/2 19/18 200/6

equipment **[1]** 37/2

equipped **[1]** 75/24

equivalent **[1]** 81/8

ERIN **[2]** 2/7 4/10

erroneous **[5]** 34/11 59/16 109/24 114/20 157/9

especially **[4]** 17/17 34/18 44/19 167/18

essentially **[3]** 102/19 114/16 120/25

essentials **[2]** 37/21 39/24

establish **[10]** 5/22 10/11 10/13 10/14 10/14 12/11 12/13 12/18 12/19 82/12

established **[1]** 6/9

estimate **[2]** 84/7 188/2

estimated **[1]** 73/10

estimation **[1]** 68/11

ET **[1]** 69/5

ET-302 **[1]** 69/5

Ethiopia **[4]** 19/19 66/25 67/18 69/18

Ethiopian **[49]** 3/18 19/21 20/7 20/11 24/20 33/16

66/3 66/14 66/18 66/23 67/2 67/10 67/25 67/24 69/3 70/1 70/8 70/22 86/15 86/19 88/16 90/2 90/12 90/13 95/8 99/24 100/22 130/20 140/10 140/23 153/10 153/22 154/14 154/15 155/6 159/6 159/16 160/7 161/3 161/7 162/15 162/18 162/22 168/1 168/16 187/3 188/7 188/17 193/14

European **[1]** 81/4

evaluate **[3]** 128/9 130/8 187/6

evaluating **[2]** 34/8 194/7

evaluation **[30]** 7/20 26/15 27/13 34/6 97/11 97/14 106/2 106/5 108/9 115/21 118/10 118/15 118/19 118/25 121/12 123/5 123/9 124/10 124/14 124/19 124/24 125/17 125/23 126/1 126/12 126/16 126/20 129/3 130/24 141/21

evaluations **[2]** 63/20 98/21

even **[19]** 77/18 79/6 103/5 119/3 121/16 126/24 133/6 135/3 135/10 136/7 153/15 164/17 164/23 167/8 168/8 169/5 169/7 192/15 192/18

event **[5]** 16/21 85/5 85/6 119/9 186/6

events **[1]** 62/14

ever **[16]** 19/11 43/10 43/13 46/25 52/1 89/13 95/19 106/7 123/15 143/7 143/16 144/2 144/5 151/16 170/23 190/15

every **[6]** 8/23 16/19 16/19 16/21 55/12 76/21

everybody **[6]** 28/22 32/11 34/18 178/21 179/23 185/14

everyone **[2]** 4/21 185/13

everything **[4]** 26/9 138/16 172/21 196/22

evidence **[18]** 11/16 13/13 13/14 57/20 57/22 68/21 74/5 82/17 82/24 91/5 93/3 94/5 107/6 128/9 135/7 140/12 145/11 188/14

EVIDENTIARY **[1]** 1/11

exact **[3]** 51/7 111/15 126/15

exactly **[5]** 7/15 25/10 44/1 71/21 130/1

examination **[20]** 3/6 3/7 3/8 3/9 3/10 9/19 9/21 13/15 93/14 93/16 116/12 145/14 146/14 154/22 170/7 171/17 186/22 194/4 196/13 198/24

examine **[7]** 5/20 7/7 7/22 9/2 11/21 15/5 110/6

example **[10]** 18/12 24/16 33/9 148/25 150/5 152/2 154/13 165/16 182/12 186/21

except **[1]** 83/18

excess **[1]** 172/14

exchange **[2]** 78/3 78/17

excuse **[3]** 56/20 56/21 85/3

execute **[1]** 64/22

executed **[1]** 57/1

exhibit **[66]** 3/16 3/17 3/18 3/19 3/20 3/21 3/22 3/23 3/24 3/25 13/9 13/12 13/14 13/22 13/23 13/24 14/1 54/14 57/20 57/22

**E**

exhibit... **[46]** 66/20 68/17 68/21 72/8 73/21 74/3 74/5 79/22 79/23 79/24 79/25 80/4 80/5 80/8 82/8 82/16 82/17 82/23 82/24 90/21 91/12 91/15 91/20 91/21 92/25 93/3 93/10 94/5 94/8 94/9 106/24 106/25 107/7 111/23 140/12 140/16 141/1 155/17 155/18 155/25 156/5 159/21 160/23 187/15 187/16 188/13

**Exhibit 1 [6]** 13/9 13/12 13/22 14/1 94/5 94/9

**Exhibit 10 [3]** 91/20 92/25 93/10

**Exhibit 2 [10]** 13/23 13/24 54/14 57/20 140/12 140/16 155/25 156/5 159/21 160/23

**Exhibit 3 [3]** 66/20 68/17 141/1

**Exhibit 4 [6]** 72/8 73/21 74/3 106/24 106/25 107/7

**Exhibit 5 [7]** 79/22 79/23 79/24 80/8 82/8 82/16 155/17

**Exhibit 6 [2]** 79/25 82/23

**Exhibit 7 [2]** 90/21 187/16

**Exhibit 8 [1]** 91/12

**EXHIBITS [3]** 3/15 88/25 91/5

exist **[3]** 47/20 163/14 163/14

existed **[2]** 24/18 32/17

existing **[7]** 27/14 115/12 160/1 160/13 161/10 165/17 167/11

expanded **[13]** 118/20 125/2 126/14 126/18 132/1

135/25 150/22 157/21 163/19 164/17 165/21 170/2 185/10

expansion **[4]** 123/6 126/16 161/24 168/21

expect **[1]** 65/16

expecting **[2]** 31/20 52/18

expedite **[3]** 5/17 6/10 6/23

expensive **[1]** 50/8

experience **[17]** 10/9 29/25 43/16 43/17 55/21 95/19 103/9 127/21 137/13 144/20 144/22 151/20 166/2 166/16 182/22 183/17 183/22

experienced **[5]** 65/20 114/20 160/3 160/15 160/24

experiences **[2]** 173/6 183/25

experiencing **[1]** 166/3

experimentation **[1]** 177/25

expert **[39]** 3/16 6/19 8/5 9/17 13/10 36/4 68/13 73/1 73/2 73/4 73/25 81/19 85/22 86/3 87/7 87/13 94/10 96/16 103/19 105/4 123/8 125/9 137/23 143/23 144/2 144/6 146/11 146/13 146/21 151/17 167/19 170/19 170/23 172/22 183/2 183/3 190/16 190/20 194/18

expert's **[1]** 130/16

expertise **[3]** 101/20 153/5 193/1

experts **[4]** 7/12 25/2 47/7 90/20

explain **[13]** 27/8 34/2 35/19 38/5 44/1 47/15

58/3 174/9 175/5 179/5 183/12 184/4 192/15

explaining **[2]** 105/9 170/16

explanation **[1]** 132/15

exposed **[3]** 43/11 61/17 183/17

extended **[1]** 104/11

extending **[1]** 35/25

extensive **[1]** 6/18

extent **[5]** 56/7 127/10 129/8 130/2 131/13

extra **[1]** 21/10

extreme **[1]** 61/9

---

**F**

**FAA [184]** 3/22 3/23 3/24 7/20 8/2 8/3 8/7 16/6 19/9 20/23 22/14 22/22 25/20 26/15 27/12 28/2 28/20 28/23 29/3 29/5 29/14 29/22 30/1 30/5 31/20 31/23 31/25 33/22 33/23 35/15 36/5 36/14 36/22 37/6 38/21 40/9 41/18 43/10 44/2 46/5 46/6 47/19 49/21 50/2 51/13 51/21 51/25 52/12 52/13 52/20 56/15 57/7 62/17 63/16 67/6 73/11 73/13 77/2 80/24 81/8 83/17 83/18 83/23 85/25 86/2 86/3 87/10 87/12 87/13 88/19 89/13 89/16 89/23 89/24 90/14 90/19 91/7 92/7 95/15 95/16 95/19 95/24 96/4 98/25 99/2 99/11 99/19 103/20 107/19 121/7 121/12 122/5 122/10 122/11 122/13 125/15 125/19 130/23 130/24 131/4 135/7 138/20 138/24 146/15 146/19 147/3 147/7 147/8 147/11

**F**

**FAA...** **[75]** 147/17 147/19 147/22 148/9 148/15 148/18 149/23 150/16 150/17 150/23 151/6 154/5 154/24 155/7 155/10 155/12 157/24 158/16 158/18 160/5 161/4 161/8 161/20 162/22 164/15 169/4 173/15 173/18 174/1 174/11 174/12 174/15 174/19 174/22 175/3 175/6 175/22 176/13 177/4 177/10 177/13 178/11 179/6 180/8 180/10 180/12 180/15 180/17 180/25 181/21 182/9 182/18 184/13 184/15 184/16 184/17 184/18 184/24 185/2 185/7 185/22 186/1 186/7 188/7 188/9 188/21 188/24 189/3 190/9 191/2 192/5 192/16 192/18 193/2 198/13

**FAA's [8]** 26/14 76/10 98/17 100/15 121/21 149/7 155/15 160/12

**face [3]** 77/6 77/6 153/15

**faced [1]** 84/12

**facets [1]** 35/23

**facility [1]** 156/12

**fact [43]** 7/15 12/6 25/25 26/6 41/17 58/22 58/25 59/9 59/17 59/21 60/22 61/12 69/2 69/12 69/25 70/12 70/15 70/18 70/22 70/25 73/6 74/16 75/1 76/21 78/10 87/9 99/6 107/13 121/6 121/18 122/13 123/4 126/1 131/4 132/10 154/17 155/17 155/25 157/21 160/19 161/7 178/11 194/2

**factor [6]** 59/1 75/22 77/10 105/15 106/7 108/4

**factors [6]** 140/13 140/20 144/12 153/24 153/25 166/3

**facts [92]** 26/7 26/10 26/11 26/22 33/20 35/10 35/13 38/20 41/23 41/24 42/6 42/9 42/12 48/17 50/20 53/6 66/23 67/5 67/6 68/24 85/22 87/7 111/17 111/20 116/17 117/12 117/17 117/19 117/23 118/9 118/12 118/17 118/23 119/2 119/7 119/15 119/19 120/1 120/9 120/17 120/23 121/2 121/4 121/9 121/15 122/24 123/2 123/14 123/19 125/7 126/24 127/3 127/6 127/18 128/3 128/4 128/5 128/10 130/9 130/15 131/11 131/16 132/19 135/7 136/4 140/4 140/5 141/10 141/14 141/19 141/24 142/2 142/7 142/12 143/4 143/6 143/14 150/12 150/14 150/19 150/20 151/1 151/2 151/3 151/4 157/20 158/10 158/13 158/16 184/10 184/12 190/8

**factually [1]** 196/15

**failed [1]** 131/3

**failure [4]** 70/24 71/7 71/10 139/19

**fair [12]** 31/18 41/19 42/14 50/7 62/25 63/2 98/4 147/5 147/15 147/20 186/17 187/7

**fairly [2]** 37/13 96/24

**false [4]** 35/17 35/20 42/4 71/19

**falsely [1]** 107/21

**familiar [32]** 26/4 26/22 30/10 39/17 42/6 43/6 48/12 48/18 48/20 51/1 53/10 60/22 62/1 67/2 71/3 74/12 78/24 102/15 102/18 102/21 103/10 114/1 116/16 116/20 126/3 136/20 143/18 152/15 164/24 164/25 184/11 184/20

**familiarization [5]** 149/22 150/7 156/18 156/23 157/2

**familiarize [1]** 70/10

**families [7]** 5/22 6/2 6/12 12/25 128/11 195/16 196/2

**families' [30]** 13/9 13/22 54/13 57/20 66/20 68/17 72/8 73/21 79/22 79/23 79/24 79/24 80/4 80/7 82/5 82/7 88/24 90/21 91/20 91/21 92/25 94/5 94/8 106/25 107/7 140/12 140/16 141/1 187/15 187/16

**family [2]** 195/20 195/21

**far [5]** 43/23 44/5 102/11 174/5 175/24

**fast [1]** 198/16

**fatal [2]** 79/6 153/10

**fatalities [1]** 56/15

**fault [2]** 71/24 179/19

**faults [2]** 39/2 64/14

**faulty [5]** 56/5 107/10 141/6 153/11 153/16

**FCOM [2]** 66/5 191/18

**FCRR [2]** 200/4 200/17

**federal [12]** 8/7 19/18 20/23 21/20 22/12 22/22 38/13 67/17 95/24 144/3 144/6 178/12

**feed [1]** 133/25

**feeding [1]** 120/18

**feel [10]** 15/1 33/3 49/8 65/6 65/6 65/7 78/18

**F**

feel… **[3]** 114/7 162/17 166/21
feeling **[1]** 75/12
feels **[1]** 71/18
fees **[1]** 200/12
few **[4]** 32/5 94/12 134/9 139/11
Fifty **[1]** 90/5
Fifty-nine **[1]** 90/5
figure **[4]** 65/18 76/6 78/6 92/16
figured **[1]** 195/25
figuring **[2]** 53/17 130/22
filed **[4]** 10/17 12/5 13/11 91/23
fill **[1]** 174/24
filled **[1]** 130/12
final **[12]** 3/19 17/8 18/20 35/15 59/22 72/10 94/14 94/24 106/25 133/5 170/18 170/22
finally **[2]** 133/5 186/11
financial **[1]** 30/1
find **[7]** 11/8 48/8 60/4 61/7 75/1 77/12 171/5
finding **[18]** 53/21 59/6 60/7 69/7 69/8 69/22 74/12 75/9 75/20 76/15 76/25 77/8 77/14 77/21 78/8 79/12 82/4 128/6
findings **[7]** 58/17 112/3 140/24 141/5 153/20 153/24 154/1
fine **[2]** 131/7 196/18
finish **[2]** 182/9 182/10
finished **[1]** 188/3
fire **[1]** 41/4
firm **[2]** 83/8 83/15
first **[30]** 5/19 7/4 8/21 10/12 11/18 11/19 12/13 15/21 25/23 43/22 69/2

89/11 107/11 113/10 125/18 126/12 127/11 129/4 129/22 130/6 131/22 131/25 133/11 134/16 158/18 173/8 174/12 174/15 177/21 197/19
fit **[4]** 132/5 199/3 199/5 199/7
five **[3]** 73/8 84/6 172/5
fixed **[1]** 195/1
flight **[129]** 16/13 18/21 19/21 20/3 20/12 22/5 23/3 23/5 32/15 32/17 34/14 35/25 36/1 36/6 36/10 36/17 37/11 37/17 37/19 37/22 37/24 40/2 40/20 41/7 43/11 43/13 43/16 43/18 43/19 44/7 45/16 46/10 53/7 55/17 55/21 58/19 59/4 59/5 59/14 59/14 60/3 60/4 60/16 60/18 61/7 61/10 61/21 62/13 64/3 64/9 66/5 66/24 67/7 74/17 79/11 84/14 85/11 85/14 86/15 86/19 86/21 87/21 90/2 108/20 109/5 109/22 114/11 114/19 114/20 125/23 131/21 135/4 136/8 146/9 147/4 147/25 148/5 148/10 149/7 152/5 152/8 152/12 154/19 154/24 155/2 157/8 157/13 158/4 158/5 158/17 159/17 159/25 160/3 160/15 163/15 165/3 165/4 165/8 167/25 168/19 168/24 169/4 172/5 172/10 172/16 173/3 175/3 175/6 176/9 176/11 176/13 177/10 177/14 177/14 177/25 178/1 178/2 178/7 178/8

183/20 185/22 186/8 188/7 188/23 169/20
189/20 189/23 193/5 193/15
flights **[1]** 92/22
flip **[2]** 14/2 54/25
Floor **[3]** 1/18 2/8 2/11
flown **[2]** 48/3 145/24
fly **[5]** 26/21 48/4 78/5 98/8 98/10
flying **[15]** 34/23 43/9 59/11 59/12 61/18 65/13 76/13 76/20 76/21 92/9 92/19 119/23 130/13 182/5 182/5
focus **[8]** 40/12 41/9 50/5 52/23 128/17 140/21 173/2 183/11
focused **[1]** 151/4
folks **[1]** 36/9
follow **[10]** 29/22 54/4 57/11 99/19 126/7 154/19 154/23 155/2 155/9 155/12
followed **[3]** 19/1 30/5 169/4
following **[9]** 63/5 63/19 74/15 76/9 126/24 127/3 158/16 159/11 159/15
fools' **[1]** 78/20
foregoing **[2]** 200/5 200/6
foreign **[46]** 16/5 25/19 28/15 28/18 29/1 29/5 29/7 29/19 30/6 30/20 31/18 31/19 42/15 51/22 52/2 77/14 77/19 78/17 78/18 79/2 89/23 98/17 98/20 99/21 149/6 149/10 149/14 149/16 149/20 149/23 150/2 150/7 154/3 154/5 154/9 154/10 154/17 155/9 155/14 155/19 155/21 167/18 167/19

**F**

**foreign...** **[3]** 169/3 169/8 193/1

**foreign-based** **[6]** 28/15 28/18 30/6 30/20 42/15 52/2

**foresaw** **[1]** 193/25

**foresee** **[3]** 145/3 193/18 193/21

**foreseeability** **[2]** 193/18 194/12

**foreseen** **[2]** 169/20 170/1

**form** **[3]** 115/4 165/20 174/24

**formal** **[1]** 51/21

**format** **[4]** 19/1 20/1 57/13 200/12

**formula** **[3]** 191/1 191/2 191/5

**formulas** **[5]** 105/24 152/12 152/15 152/18 164/25

**formulate** **[3]** 38/10 110/4 110/14

**formulated** **[1]** 134/5

**formulating** **[1]** 73/25

**FORT** **[6]** 1/3 1/6 2/24 178/4 200/19 200/20

**forth** **[5]** 25/1 172/16 185/5 185/22 197/10

**Fortner** **[54]** 50/23 50/24 50/25 78/4 78/16 78/20 79/3 108/19 108/25 109/7 111/6 112/9 112/12 112/24 113/1 113/6 116/21 116/23 117/8 118/3 118/8 118/13 119/3 119/8 120/17 120/23 121/16 123/3 123/15 124/3 124/7 124/23 125/10 126/21 127/16 128/18 129/10 130/4 132/22 134/25 136/4 136/25

138/21 140/6 141/11 141/15 141/19 141/24 142/3 142/23 143/7 143/13 143/15 185/14

**Fortner's** **[1]** 127/21

**forum** **[1]** 179/10

**forward** **[1]** 187/11

**forwarded** **[3]** 34/6 177/5 178/24

**found** **[17]** 58/19 59/4 59/13 59/15 60/2 60/16 61/1 61/5 61/20 69/2 69/4 69/18 73/17 75/16 77/1 78/15 107/17

**foundation** **[1]** 135/10

**four** **[8]** 15/21 45/1 66/4 177/13 180/10 185/23 186/15 188/12

**four-hour** **[1]** 45/1

**four-month** **[1]** 66/4

**fourth** **[4]** 16/16 92/2 156/15 156/21

**frame** **[4]** 115/15 135/12 159/2 186/9

**framework** **[1]** 68/6

**FRAUD** **[1]** 1/20

**fraudulent** **[1]** 38/20

**fraudulently** **[1]** 63/10

**freaking** **[1]** 78/4

**freeze** **[1]** 64/23

**frequently** **[1]** 21/2

**Friday** **[1]** 197/23

**front** **[9]** 9/24 36/25 50/17 50/18 54/25 67/14 85/3 94/6 175/22

**FSB** **[44]** 23/7 23/8 24/18 24/24 26/16 26/16 26/25 27/12 28/4 28/6 28/14 28/25 29/7 29/20 30/19 31/15 33/24 34/4 35/15 35/17 43/1 51/17 63/3 63/4 63/11 97/8 97/12

97/17 97/18 97/22 98/1 98/13 98/17 99/19 115/20 131/1 134/12 152/19 153/3 167/14 168/21 181/17 184/17 190/20

**fulfill** **[1]** 147/14

**full** **[11]** 11/15 60/12 102/20 125/23 131/15 131/21 132/18 135/4 136/8 162/6 192/13

**full-flight** **[4]** 125/23 131/21 135/4 136/8

**fully** **[1]** 61/8

**function** **[1]** 157/22

**functionality** **[1]** 195/3

**functions** **[3]** 45/2 46/21 147/15

**fundamental** **[2]** 9/1 70/4

**fundamentally** **[1]** 110/6

**funny** **[1]** 13/24

**further** **[10]** 20/16 110/22 110/23 130/8 194/14 196/2 199/18 199/21 200/8 200/12

**G**

**gained** **[1]** 64/18

**game** **[1]** 128/17

**gap** **[2]** 130/10 130/12

**gates** **[1]** 181/5

**gathered** **[1]** 17/14

**gauges** **[1]** 65/4

**general** **[8]** 23/1 23/14 32/8 52/17 173/6 174/4 182/18 186/17

**generally** **[16]** 17/21 29/19 30/8 30/9 31/25 37/10 42/14 42/25 48/22 52/22 54/18 55/15 73/16 115/6 174/3 193/10

**get** **[58]** 4/20 6/22 12/11 12/21 12/23 20/11 24/2 25/17 26/12 31/1 32/6

**G**

**get...** **[47]** 32/24 34/19 37/21 40/22 44/6 44/22 45/9 45/24 45/25 48/3 48/3 48/11 49/12 49/15 50/1 56/9 65/8 67/9 70/18 71/16 72/1 76/21 85/22 87/7 101/6 101/12 103/5 103/7 144/13 145/11 151/13 161/25 163/8 164/1 165/21 171/10 173/12 174/13 174/14 174/19 174/21 175/11 176/7 181/18 184/25 196/21 198/6

**gets [4]** 27/8 38/7 103/8 174/16

**getting [6]** 71/16 71/19 76/22 139/2 184/24 192/20

**gist [1]** 189/24

**give [17]** 8/12 24/13 24/16 71/12 96/3 133/12 156/1 174/18 185/25 193/25 194/11 196/19 196/20 199/2 199/7 199/8 199/12

**given [10]** 37/13 52/14 52/16 59/14 62/23 64/8 78/21 166/24 166/25 193/22

**gives [5]** 49/9 64/17 64/21 65/1 65/11

**glad [1]** 18/14

**glean [1]** 38/11

**gleaned [1]** 90/3

**gmail.com [1]** 200/21

**go [61]** 4/20 9/20 14/24 15/16 24/24 25/15 28/10 29/1 29/12 31/5 34/8 35/2 35/10 38/9 40/21 40/21 40/23 40/24 41/6 45/1 48/11 55/19 55/23 58/6 66/18 73/6 77/5 77/13

80/21 104/22 105/14 116/2 120/13 122/16 127/7 128/25 131/17 144/23 151/12 162/7 164/2 166/15 171/21 172/22 173/25 174/7 177/18 177/21 179/15 182/8 182/12 182/13 183/16 185/22 186/1 186/7 187/3 189/21 191/21 192/21 192/24

**goes [11]** 41/2 49/24 65/13 70/3 89/19 102/11 105/11 144/17 160/10 171/14 174/11

**going [67]** 7/1 7/18 7/19 8/1 12/20 13/9 31/8 31/10 31/11 34/7 34/9 37/15 43/24 48/18 48/22 49/7 50/7 55/13 57/23 58/16 58/17 61/16 63/23 65/8 66/2 68/7 68/24 69/17 72/13 74/8 74/10 74/11 79/20 79/21 79/23 80/1 88/24 91/2 103/2 108/8 110/19 115/23 116/24 122/3 126/22 131/12 131/19 132/22 132/24 133/20 153/20 163/7 166/7 166/22 166/23 171/7 171/11 172/22 191/23 194/2 197/8 197/14 197/15 197/17 197/19 198/10 198/11

**golly [1]** 185/21

**gone [7]** 30/23 63/24 64/6 76/5 192/5 192/6 192/13

**good [19]** 4/12 4/22 5/2 5/4 5/6 5/8 12/20 13/18 29/17 45/9 45/12 93/18 116/14 128/25 139/16 145/16 145/17 166/23 195/7

**Google [1]** 101/10

**Googled [3]** 33/2 101/9 101/11

**got [16]** 26/3 33/2 33/2 37/7 45/1 45/12 80/5 91/22 120/12 132/23 171/9 178/24 180/3 180/5 186/12 196/17

**gotten [3]** 40/11 165/19 192/7

**GOULD [1]** 2/23

**government [27]** 1/6 1/16 6/8 6/12 9/13 9/20 9/22 10/17 11/25 12/21 18/13 26/1 58/9 90/20 91/23 92/18 126/23 128/5 134/5 139/5 142/14 177/17 178/11 178/14 178/22 179/11 199/18

**government's [4]** 9/7 46/5 92/8 92/19

**governments [1]** 154/9

**grade [1]** 181/25

**graded [1]** 182/22

**graduating [1]** 172/15

**grand [2]** 110/3 110/8

**granted [2]** 12/16 15/6

**great [1]** 37/15

**greater [1]** 96/19

**greatest [1]** 18/2

**ground [3]** 40/22 44/12 139/9

**grounded [1]** 125/20

**grounds [2]** 10/1 110/2

**group [27]** 7/20 106/2 106/9 109/6 109/22 115/21 118/10 118/15 118/19 118/25 121/12 123/5 123/9 124/10 124/14 124/20 124/25 125/17 125/23 126/1 126/12 126/16 126/20 129/3 141/21 147/19 148/15

**G**

GSA **[2]**  178/24 179/10

guess **[1]**  10/20 10/21
14/1 15/16 22/21 51/8 55/2
58/4 67/16 69/8 81/13
89/12 96/8 128/2 180/6
185/23 186/4

guesstimate **[1]**  198/21

guidance **[7]**  29/6 49/22
49/22 49/25 63/19 191/7
193/2

guidelines **[6]**  29/10 63/5
104/22 104/23 148/6
192/21

guilt **[1]**  128/6

**H**

had **[153]**  7/19 7/20 8/4
15/22 19/6 23/9 33/10
33/12 41/14 41/17 43/1
43/17 44/10 44/13 44/17
44/22 45/1 45/5 45/6
53/12 56/6 56/16 56/24
56/25 57/7 59/24 61/16
63/9 63/18 67/25 69/24
70/17 71/23 76/12 78/12
78/13 78/14 83/5 83/12
85/10 85/25 90/1 94/20
96/17 96/17 104/8 104/10
104/11 104/13 105/1 105/15
105/23 106/17 107/13
110/6 111/16 114/10 114/11
115/5 118/20 119/5 123/9
123/15 123/20 123/22
123/25 124/2 124/2 126/9
126/14 126/18 129/5
129/14 129/17 130/5
130/25 131/3 131/20 132/1
132/5 132/10 132/18
132/23 133/6 133/6 133/7
133/17 133/20 134/1
134/24 134/25 135/25

142/23 143/7 143/9 143/12
143/13 143/16 143/22
157/12 158/3 161/21 161/23
161/23 162/5 162/6 164/3
164/17 165/2 165/3 165/19
165/20 165/20 165/23
165/24 166/1 166/2 166/5
166/10 167/9 168/24 169/8
170/8 174/22 174/23
174/23 174/24 175/16
175/18 175/25 176/1 176/6
176/15 177/8 177/13
177/14 177/17 177/25
178/13 178/16 179/1 185/10
185/11 190/15 191/2 192/1
192/7 192/13 192/13
193/12 194/6 199/5 199/6

hadn't **[3]**  76/4 87/17
168/20

half **[6]**  33/21 50/18 92/6
185/23 186/15 198/22

half-truths **[2]**  33/21 92/6

hand **[6]**  5/13 13/3 61/18
80/6 80/9 89/2

handbook **[1]**  49/22

handed **[1]**  13/21

handle **[2]**  15/3 39/16

handled **[1]**  174/10

HANEY **[3]**  2/20 4/24
170/12

Haney....................145
**[1]**  3/9

hangar **[3]**  56/9 177/15
178/7

happen **[1]**  77/5

happened **[17]**  53/15 53/18
53/21 78/12 79/15 97/3
114/23 127/11 127/12
128/17 130/18 130/22
133/24 167/5 171/5 188/6
199/4

happening **[5]**  53/23 65/9

85/3 133/13 133/14

happy **[2]**  61/17 139/25

hard **[1]**  183/24

harmed **[1]**  7/13

has **[57]**  4/15 5/24 9/12
10/7 10/12 11/2 11/4 11/12
11/23 22/15 25/8 27/12
28/1 28/5 28/8 28/23
30/23 36/5 40/7 40/11
48/2 52/12 55/25 64/13
65/3 65/7 65/13 72/7
72/8 73/9 76/23 84/6
86/18 89/13 110/3 110/11
119/24 122/6 127/14
133/17 148/21 163/22
164/2 166/20 168/13
170/23 175/7 178/3 181/1
182/18 187/10 188/13
188/22 189/10 196/15
197/9 199/4

hasn't **[3]**  139/21 139/23
140/1

HATCH **[4]**  2/16 2/23 4/22
5/3

have **[375]**

haven't **[8]**  6/15 93/8
93/23 94/1 151/24 152/7
153/23 155/1

having **[3]**  30/2 136/7
138/9

Hawker **[7]**  44/11 44/19
44/20 45/3 46/8 172/8
181/12

Hawkers **[2]**  45/22 175/16

hazarding **[1]**  186/4

he **[51]**  8/6 28/4 28/8
40/9 40/10 40/11 48/3
48/4 50/23 65/3 65/3
65/3 65/4 65/4 65/6 65/6
65/7 65/7 65/8 65/12
65/13 65/16 65/19 65/19
78/17 78/22 108/22

**H**

**he...** [24] 108/23 109/2
112/5 119/24 122/15 127/21
131/6 135/14 139/21
139/23 140/1 140/2 142/17
159/2 164/4 166/20
166/23 170/15 170/15
170/15 192/4 196/15
196/17 198/19

**he's** [13] 8/12 11/6 11/19
51/6 65/16 119/25 120/6
122/11 135/7 135/12 166/18
166/18 166/22

**heading** [1] 112/2

**hear** [10] 8/15 49/9 65/2
65/22 66/17 105/5 113/10
195/17 197/2 200/7

**heard** [10] 5/15 5/25 6/4
6/4 7/7 14/21 48/19 113/10
130/19 166/4

**hearing** [12] 1/11 5/21
6/23 13/25 15/20 25/25
26/13 90/9 117/3 139/3
142/15 145/12

**hearings** [2] 11/16 73/8

**hearsay** [9] 57/24 58/3
68/18 73/22 73/24 73/25
82/13 90/22 93/10

**held** [4] 73/8 110/12
156/11 178/8

**help** [7] 30/21 34/2 39/4
71/8 88/10 152/12 163/19

**helped** [1] 173/4

**helps** [1] 29/11

**her** [1] 106/10

**here** [71] 4/6 4/8 4/16
4/17 4/21 4/21 5/10 12/1
13/6 14/13 17/7 17/24
19/17 21/7 23/3 25/3 25/6
25/13 36/4 41/25 43/21
47/3 48/22 50/6 54/15
55/12 57/10 60/14 72/9

72/14 72/23 74/7 74/8
74/12 77/11 77/14 80/16
80/21 80/25 84/7 88/2
88/23 89/4 89/16 89/24
91/18 92/13 93/7 96/7
96/13 100/8 103/14 122/7
122/11 125/20 128/16
132/22 132/24 138/2
145/7 165/11 167/22 178/4
180/4 184/10 188/3 188/22
191/14 195/17 196/16
196/17

**here's** [1] 186/21

**Hey** [1] 194/22

**high** [2] 158/22 159/8

**higher** [6] 15/25 43/4
71/15 76/23 162/7 162/11

**highest** [1] 52/10

**highlight** [1] 68/24

**HILTON** [2] 2/12 4/11

**him** [4] 8/15 11/7 65/11
65/16

**himself** [1] 28/4

**hindsight** [1] 103/15

**his** [20] 7/12 9/11 11/17
11/21 13/9 14/14 15/4 29/9
40/17 48/4 73/25 132/22
138/8 164/4 166/21 168/13
196/11 196/12 196/15
197/16

**history** [4] 19/3 19/4 20/3
55/17

**Holbrook** [1] 5/8

**hold** [9] 34/23 83/7 83/14
119/21 145/10 170/9 170/9
172/4 172/5

**holes** [1] 179/19

**honest** [1] 52/19

**Honor** [99] 4/9 4/14 4/22
5/2 5/9 5/15 6/18 7/5
7/24 8/14 8/20 10/8 11/22
12/24 13/8 14/12 15/2

15/12 15/13 21/10 57/19
57/24 57/25 58/11 63/22
65/22 68/16 72/4 73/20
73/23 80/20 82/1 82/18
84/5 84/6 90/18 90/24
91/16 92/24 93/4 93/9
93/13 96/11 102/1 107/24
110/1 110/9 110/11 110/17
110/24 115/14 115/23
115/25 116/4 116/5 116/6
116/24 119/20 120/3 122/3
122/17 126/22 128/1
128/22 130/1 132/7 135/6
138/17 139/1 139/24 142/6
145/5 145/6 145/7 150/10
150/18 151/6 151/11 158/24
168/7 171/5 172/20 187/23
188/2 194/15 194/16
194/21 195/14 195/19
196/3 196/10 196/23 197/9
197/20 198/4 199/14
199/18 199/19 199/20

**HONORABLE** [1] 1/12

**hope** [1] 164/8

**hour** [4] 45/1 50/18 50/18
198/23

**hours** [3] 44/25 172/14
198/22

**House** [13] 3/19 17/18
18/7 72/5 72/18 73/18
74/23 75/16 77/13 79/6
82/2 106/13 194/4

**how** [95] 16/25 19/14
20/23 23/12 23/19 23/20
25/16 27/8 27/21 28/17
29/10 30/4 33/10 34/8
35/2 35/5 35/6 35/19 36/1
38/5 40/13 47/15 49/18
49/25 59/25 62/13 62/24
65/8 65/14 75/11 75/22
76/2 76/4 76/4 76/17
77/10 78/6 79/2 87/2

# H

**how...** **[56]** 90/12 92/16
98/6 99/1 101/21 101/24
102/7 102/8 102/9 102/12
102/16 102/19 103/10
104/23 105/9 109/23 119/4
120/24 121/11 128/10 137/3
141/12 143/19 153/3 153/12
153/17 164/4 164/22
165/16 167/13 167/17
167/19 171/2 171/13 172/10
178/18 178/18 181/4 181/10
181/13 181/15 181/15 182/1
183/13 185/12 185/12
185/18 185/25 186/6
190/17 190/19 190/20
191/7 192/21 192/25 196/4
**however [4]** 14/19 84/23
128/4 154/9
**huh [2]** 73/15 197/5
**hundreds [3]** 19/16 34/24
57/7
**hyperlink [1]** 82/3
**hypos [2]** 115/4 115/7
**hypothetical [3]** 85/21
87/6 115/3

# I

**I'll [4]** 41/24 92/9 107/12
116/1
**I'm [84]** 7/1 8/21 10/21
11/1 12/20 13/9 15/3 21/18
24/5 26/4 27/5 27/7 31/5
31/11 31/24 32/20 33/8
37/15 39/7 43/24 48/20
53/14 54/5 54/15 57/23
58/16 58/17 66/2 68/24
74/10 74/11 75/5 78/6
79/20 80/1 80/24 88/24
92/16 93/20 99/13 99/17
101/14 102/18 105/2 105/12
107/5 107/5 109/2 110/19

111/8 112/1 115/23 116/24
117/21 122/9 126/15
126/22 127/9 128/2 131/12
138/15 139/25 143/3 145/7
151/1 153/20 159/10 162/5
162/9 163/7 167/21 167/22
168/8 173/13 179/8 180/17
181/2 183/9 188/12 191/1
191/4 196/11 196/12 197/21
**I've [15]** 13/21 14/19
36/16 54/8 74/10 93/8
98/2 108/10 109/8 119/16
136/23 150/25 180/5
188/16 196/16
**IAN [3]** 2/23 5/3 5/4
**ICAO [11]** 19/1 20/1 25/7
25/9 53/25 53/25 54/3
68/3 86/4 87/14 133/7
**ICAP [2]** 179/9 179/9
**idea [3]** 34/25 101/12
113/4
**identification [3]** 54/13
72/7 72/8
**identified [1]** 120/13
**identify [5]** 4/21 58/16
119/24 153/16 184/15
**if [141]** 5/15 6/1 6/11 6/22
9/25 10/22 10/25 11/7
11/10 11/10 12/1 12/15
12/17 13/17 14/2 14/7
14/24 15/3 15/6 16/25
18/4 18/8 18/11 18/12
20/10 21/4 21/10 28/8
34/5 35/5 37/15 38/23
39/2 39/8 46/1 50/23
51/24 54/15 54/25 55/4
56/3 56/6 56/24 57/1
58/9 58/17 64/21 64/22
65/14 66/16 70/7 71/19
71/23 71/24 72/13 73/6
80/21 82/10 83/6 83/13
84/25 87/17 89/15 89/19

90/20 90/24 91/9 102/20
104/8 104/10 104/11 104/13
104/25 105/15 107/6 109/2
110/21 110/21 110/22
111/22 115/4 117/5 119/18
119/24 122/12 123/9 124/7
130/19 131/19 138/4 143/9
147/4 155/25 156/15
157/11 158/2 159/21 163/14
163/14 163/21 163/25
164/3 164/17 165/25 166/4
166/12 167/8 168/12
168/19 169/7 171/10 171/11
172/15 172/22 173/24
174/7 175/1 176/6 179/18
182/13 186/13 187/3 187/7
187/11 187/15 187/16
188/13 188/16 188/21
189/12 191/4 192/7 192/17
194/2 194/4 194/11 195/22
196/14 197/20 198/4
199/12
**ignore [1]** 192/16
**illicit [1]** 56/17
**Illinois [1]** 2/11
**immediate [1]** 84/22
**immediately [3]** 40/19
89/2 129/22
**impact [6]** 12/19 38/2
38/5 128/11 184/18 185/11
**impacted [11]** 7/21 104/5
104/14 105/2 105/4 105/6
105/7 105/10 105/16
142/24 143/9
**impacts [2]** 9/3 189/11
**impeded [3]** 92/8 92/16
92/18
**implications [1]** 183/14
**importance [2]** 39/8 74/21
**important [6]** 35/11 38/13
71/9 71/17 154/1 185/7
**imposed [1]** 11/25

**I**

improper [2]  60/5 62/24
improperly [1]  85/1
in [542]
in fairly [1]  37/13
in-depth [1]  57/2
inaccurate [4]  35/18 35/20
41/18 42/4
inadequate [6]  58/3 69/21
70/2 75/13 87/1 87/3
incident [2]  21/6 176/18
inclined [1]  29/22
include [10]  58/20 59/5
70/10 76/11 92/21 111/6
127/23 128/12 188/24
189/5
included [11]  28/5 34/15
34/16 38/24 74/19 115/4
125/2 132/8 132/9 169/9
194/8
includes [1]  127/15
including [8]  56/18 60/2
73/10 92/9 112/6 112/13
127/23 184/18
incomplete [13]  16/18
35/18 35/20 35/21 38/20
39/1 41/18 42/5 60/12
62/21 85/20 87/5 134/2
inconsistent [2]  26/6 51/3
incorporate [7]  26/19
27/21 29/8 29/18 52/7
167/20 193/2
incorporated [4]  27/4
167/14 181/17 182/17
Incorporating [1]  27/23
incorrect [1]  34/10
increase [1]  61/23
incredibly [2]  76/12 136/13
indeed [1]  69/16
independent [1]  101/5
Index..........................
.................201 [1]  3/12

indicate [3]  51/14 188/23
193/10
indicated [5]  21/24 55/16
90/10 144/11 191/25
indicates [5]  27/3 72/9
74/20 126/24 173/13
indication [4]  71/13 99/8
133/13 162/19
indications [4]  165/22
165/23 165/24 167/3
individual [4]  27/25 56/11
167/13 167/16
Indonesia [10]  18/20 31/7
41/12 53/9 53/14 54/11
54/17 66/2 94/24 100/22
Indonesian [18]  33/9
33/14 53/12 66/13 68/3
68/9 84/12 100/2 126/25
131/8 140/10 140/11 143/2
153/21 154/14 155/6 156/8
188/6
Indonsian [1]  68/24
industry [3]  23/23 29/15
30/8
influential [1]  29/4
inform [1]  107/19
information [201]
informed [2]  5/20 78/16
Infrastructure [1]  72/12
Infrastructure's [1]  72/19
ingrained [1]  65/16
initial [3]  22/5 148/5
150/11
injuries [1]  55/17
inkling [1]  133/18
input [4]  97/4 103/9
105/21 106/17
inside [4]  46/25 54/25
57/16 127/12
inspect [2]  182/12 182/13
inspection [5]  175/3 175/6
176/11 178/1 178/7

inspector [12]  24/3 27/25
45/13 45/21 49/6
173/14 173/18 174/11
174/12 181/15 182/21
inspectors [8]  49/23 177/2
177/4 178/3 181/2 182/9
182/11 182/19
instance [1]  107/15
instances [1]  180/2
Instant [2]  78/3 78/17
Instead [2]  85/25 87/11
instruct [1]  181/1
instructing [2]  181/2
181/19
instruction [2]  49/18
180/22
instructor [5]  50/17 172/5
172/16 173/3 180/17
instrument [3]  71/25
175/13 195/4
instruments [1]  71/21
integrating [1]  173/10
integration [1]  181/8
intended [2]  128/24 190/5
intending [1]  5/20
intends [1]  7/12
intention [1]  9/19
intentional [4]  35/14
137/21 138/4 145/2
intentionally [10]  63/10
118/14 118/19 118/24 121/5
121/10 122/24 123/4 124/9
190/9
interact [3]  25/16 180/12
180/15
interacted [1]  62/14
interaction [1]  112/21
interactions [1]  45/16
Interagency [1]  179/2
interest [12]  5/24 6/10
6/12 9/5 9/15 18/2 51/12
53/15 53/17 78/1 90/9

**I**

interest... [1]  107/25
interested [1]  53/21
interesting [1]  198/14
interests [2]  8/25 11/14
interfere [1]  112/22
interim [7]  3/18 19/20
20/6 67/19 133/7 153/22
188/22
internal [15]  34/8 63/19
74/19 97/6 107/13 110/5
110/15 112/19 113/4 113/5
113/7 191/6 191/12 192/21
194/9
Internally [1]  95/21
international [5]  25/11
53/15 89/8 161/4 161/8
Internet [1]  28/20
interplay [1]  20/24
intervening [1]  188/12
interviews [1]  73/12
into [69]  13/12 13/14 14/2
15/4 17/15 21/3 25/15
26/12 26/19 26/24 27/4
27/21 27/23 28/6 29/8
29/18 30/23 31/1 32/6
32/7 35/3 39/4 40/22
47/11 51/17 52/7 53/8
53/13 55/20 55/24 57/20
57/22 58/24 61/9 64/19
68/21 70/19 74/5 75/22
76/22 77/10 82/17 82/24
85/11 88/7 91/5 93/3
103/7 105/11 105/14 106/17
108/8 120/19 132/5 139/2
142/17 144/17 144/23
165/21 167/14 167/20
173/10 176/11 177/21
181/17 188/14 191/8 192/20
193/2
introduce [2]  4/14 64/14
introduction [1]  45/12

investigating [4]  17/19
67/24 143/23 144/20
investigation [18]  18/21
19/20 33/5 54/10 55/6
61/21 67/19 69/4 72/20
94/24 101/5 106/20 114/8
130/10 130/21 133/10
134/8 173/24
investigations [8]  54/1
54/2 133/3 174/8 176/19
176/19 176/20 176/24
Investigative [1]  112/2
investigators [2]  56/8
78/11
invited [3]  133/8 175/11
175/11
involve [4]  45/16 49/6
117/3 180/22
involved [36]  25/8 45/3
45/4 45/6 49/16 56/24
78/2 91/22 95/25 97/2
106/19 108/13 108/16
108/19 108/25 109/3 109/6
109/22 111/7 111/13 113/6
140/6 149/13 149/19
172/19 173/9 173/18
173/19 173/20 174/8 175/5
176/14 177/12 179/5 186/9
192/4
involvement [1]  45/10
involves [1]  46/9
involving [7]  16/1 43/4
46/10 56/15 117/2 139/3
183/3
irregardless [1]  46/18
irrelevant [1]  117/2
is [357]
ish [1]  171/12
isn't [5]  8/6 117/5 120/16
138/1 167/8
issue [20]  5/24 6/6 6/8
7/4 7/10 8/16 8/18 8/21

11/3 14/13 17/15 17/21
35/8 52/8 79/19 96/5
122/5 133/18 148/25 185/5
issued [7]  20/7 126/1
126/12 134/14 134/19
159/17 191/17
issues [28]  5/16 6/17 8/24
9/14 15/10 16/24 22/8
31/9 32/25 36/24 36/24
43/11 52/1 52/23 66/9
73/8 79/18 86/4 87/14
89/12 110/7 117/1 139/2
190/9 190/11 190/12 192/1
198/12
it [424]
it's [96]  7/25 9/21 10/18
13/11 13/24 13/24 14/9
18/18 19/25 21/8 22/22
26/3 28/19 28/20 29/13
30/9 30/23 31/3 35/11
35/11 37/2 37/15 38/13
48/23 51/8 53/5 57/2
57/14 71/22 73/7 76/19
79/21 80/5 89/11 92/2
93/21 94/8 94/8 94/9
96/7 96/10 96/16 96/22
96/25 100/11 103/2 103/16
103/17 104/25 110/6 112/14
113/11 120/1 122/14 123/5
129/2 130/15 133/4 134/5
138/4 138/7 140/25 142/15
143/14 144/25 150/18
151/9 155/5 156/3 156/21
157/7 158/2 159/20 162/2
162/10 162/11 163/21 164/8
164/15 164/21 165/2 167/9
167/23 172/25 181/4
183/23 183/24 185/13
187/18 195/5 195/11 195/12
195/22 197/8 197/15
197/23
item [19]  17/8 18/19 19/17

**I**

**item...** **[16]** 19/18 20/17 21/7 21/7 21/19 22/20 22/21 23/3 25/6 89/16 91/11 161/18 163/21 163/24 166/9 195/4
**item-type [1]** 166/9
**items [13]** 17/7 40/19 40/23 40/24 41/2 41/3 41/8 56/1 64/21 64/22 146/21 166/6 189/2
**its [25]** 10/12 30/14 58/10 77/20 79/7 82/12 85/11 86/1 87/11 91/8 92/4 98/14 112/6 112/6 112/7 112/14 112/19 113/4 113/23 113/24 150/11 178/3 183/10 189/23 190/8

**J**

**Jackson [1]** 2/13
**Jacob [1]** 142/11
**JACOBS [6]** 1/19 5/7 9/16 93/15 93/20 115/15
**Jacobs...................93 [1]** 3/7
**Jacobs............116 [1]** 3/8
**Jakarta [2]** 53/13 84/16
**January [3]** 88/3 91/21 186/24
**January 7 [1]** 91/21
**January 7th [2]** 88/3 186/24
**Java [2]** 53/8 53/13
**JCAB [1]** 83/19
**Jedi [1]** 78/19
**Jets [1]** 175/17
**job [6]** 56/11 175/21 176/2 176/4 179/15 184/25
**join [5]** 58/1 68/19 73/23 82/14 90/23

**joining [1]** 9/12
**judge [3]** 1/12 136/12 185/12
**judgment [2]** 133/19 133/22
**Judicial [1]** 200/13
**jump [7]** 18/18 48/21 66/3 75/15 89/19 189/7 193/24
**jumping [1]** 188/7
**June [3]** 77/14 78/3 80/18
**June 2017 [2]** 77/14 78/3
**June 5th [1]** 80/18
**jurisdiction [3]** 51/21 67/25 68/2
**jury [2]** 110/4 110/8
**just [117]** 5/15 5/19 7/11 7/24 21/22 22/20 23/4 24/25 25/9 26/10 26/12 26/24 29/20 32/11 33/19 36/24 37/9 41/24 43/9 45/5 48/9 48/21 49/17 50/5 50/10 51/4 54/8 56/8 57/24 58/6 58/9 60/14 61/1 62/8 64/10 66/4 67/16 68/9 71/2 71/6 75/5 75/6 78/19 82/18 84/19 88/2 90/24 91/15 93/9 94/3 94/13 94/13 96/21 99/14 99/17 100/12 100/14 101/12 105/2 105/9 105/13 106/22 107/11 107/12 110/2 110/19 110/22 111/22 113/10 115/25 117/7 123/24 125/4 126/18 129/2 131/19 134/15 136/11 138/19 139/13 139/22 145/7 145/10 151/1 151/16 152/24 153/5 155/9 155/14 161/9 162/12 163/25 170/13 172/23 173/2 173/6 173/13 174/3 175/5 178/1 179/23 183/24 183/24 186/13

188/2 189/7 189/10 190/5 193/3 193/24 195/14 196/4 196/11 197/2 198/4 198/25 199/2
**Justice [11]** 5/23 92/1 92/3 93/1 93/21 110/3 110/11 110/14 116/17 116/25 179/22

**K**

**K-e-y-e-s [1]** 13/20
**Katie [1]** 5/8
**Katrina [1]** 177/22
**keen [2]** 74/21 90/9
**keep [2]** 130/13 198/4
**kept [1]** 6/11
**Keselamatan [1]** 54/16
**key [4]** 75/8 108/4 112/5 112/13
**KEYES [21]** 3/5 13/1 13/20 15/16 93/14 93/18 93/20 145/16 147/7 148/9 149/6 151/16 161/19 167/1 167/22 169/15 188/5 197/13 197/14 198/11 198/15
**Keyes' [2]** 3/16 21/19
**killed [2]** 4/15 67/1
**kind [38]** 17/4 24/17 28/1 29/3 29/11 29/15 30/13 32/8 34/22 37/2 41/7 44/4 52/4 52/5 54/3 55/14 56/18 61/2 61/17 64/10 65/6 67/20 71/8 73/1 75/6 81/19 84/20 85/9 85/18 101/20 174/3 177/16 181/3 182/18 183/23 184/6 194/10 195/5
**kinds [11]** 22/8 25/1 25/2 47/6 47/7 52/1 57/11 63/17 68/13 174/9 190/22
**King [5]** 45/22 172/8 175/17 178/4 181/12
**KIRKLAND [3]** 2/20 4/24

**K**

KIRKLAND... [1] 5/3
kit [1] 56/16
Klein [4] 106/4 106/7
 125/13 125/13
Klein's [2] 106/9 125/15
knew [20] 119/3 120/18
 120/24 121/16 122/10
 122/12 126/8 126/13
 127/22 129/18 132/21
 134/19 134/22 135/22
 135/24 135/25 141/11
 141/15 141/24 185/20
KNKT [15] 3/17 54/21
 54/23 55/1 55/2 55/7
 58/19 59/4 59/13 59/15
 60/2 60/16 61/5 61/20
 67/20
know [83] 6/16 17/4 25/8
 26/8 32/21 34/19 35/4
 48/12 48/17 51/7 55/11
 59/23 63/13 65/3 71/17
 71/23 71/24 72/13 74/6
 76/2 76/4 81/2 81/7 83/22
 84/5 97/25 99/5 99/10
 99/15 104/21 108/7 108/12
 108/15 108/19 108/23
 108/25 109/2 109/5 109/17
 111/15 113/6 116/22 116/23
 117/8 118/3 118/5 122/10
 122/13 123/17 123/19
 123/20 123/24 125/13
 125/15 127/22 130/17
 132/1 132/23 136/24
 157/16 159/10 161/20
 162/12 162/14 168/19
 168/24 169/3 169/7 169/11
 171/2 180/4 184/9 184/20
 186/6 186/12 187/16
 194/23 197/3 197/20
 198/4 198/8 198/15 198/16
knowing [1] 114/7

knowledge [18] 20/9 31/3
 59/11 59/24 60/13 64/16
 65/13 79/10 102/7 113/8
 119/5 153/12 153/17 163/15
 166/11 166/17 170/8
 190/22
knowledge/training [1]
 153/12
knowledgeable [1] 79/17
known [17] 8/4 30/8 30/9
 30/10 53/25 89/7 104/10
 104/11 104/13 119/9 129/5
 145/9 158/21 159/1 159/7
 161/21 185/10
knows [6] 6/18 8/23 28/20
 65/16 122/10 122/15
Komite [1] 54/16
KREINDLER [2] 2/7 2/7

**L**

L-o-f-f-i-n-g [1] 136/22
lack [11] 16/18 42/2 61/16
 62/4 70/4 75/23 100/14
 114/15 153/11 153/17
 183/10
lacked [2] 35/16 49/23
lacks [1] 5/24
lagged [1] 49/21
laid [4] 10/12 39/16 143/14
 191/22
Lake [1] 2/5
land [1] 114/13
landing [5] 40/4 40/4
 86/11 87/22 114/24
landscape [1] 66/13
large [5] 56/9 57/15
 95/24 147/11 163/24
large-emphasis [1] 163/24
LaSalle [1] 2/11
last [14] 8/18 13/19 25/6
 25/9 36/4 55/22 55/22
 61/1 61/20 91/15 94/4
 94/9 112/3 117/11

late [3] 88/15 128/17
 171/8
later [6] 58/4 63/11 63/13
 66/17 78/11 189/4
latitude [2] 15/6 171/15
law [3] 2/3 2/10 51/24
lawful [1] 86/1
lawfully [1] 87/11
lay [1] 135/10
laying [1] 56/10
lays [1] 130/9
lead [2] 7/2 137/14
leaders [1] 29/16
leading [1] 74/18
lean [1] 30/1
Lear [1] 175/17
learn [7] 70/20 101/9
 120/15 120/20 120/22
 121/1 124/3
learned [11] 65/19 67/6
 101/23 102/23 126/16
 132/2 132/4 158/16 158/18
 166/18 166/19
learning [1] 65/12
least [5] 7/17 9/12 74/19
 155/5 194/8
led [5] 62/8 137/9 137/25
 140/13 169/12
left [2] 80/6 80/9
left-hand [2] 80/6 80/9
legal [1] 68/4
legitimate [1] 90/19
legwork [1] 30/25
length [1] 198/11
lengthy [2] 55/12 68/8
lent [1] 192/23
less [2] 154/1 154/23
let [21] 4/21 12/20 23/4
 26/12 32/4 41/9 43/9 50/5
 53/5 62/11 92/16 100/12
 110/19 139/13 142/22
 163/8 171/13 171/13 176/21

**L**

**let...** [2]  189/7 193/24
**let's** [37]  4/20 12/23 17/6 19/17 26/24 32/7 35/10 42/25 43/15 47/11 54/15 55/12 58/12 66/18 72/9 75/5 75/15 77/13 79/24 80/4 80/7 80/20 80/21 84/5 84/11 84/19 85/10 88/1 116/3 145/10 145/11 157/4 158/8 171/10 183/11 186/1 187/15
**letter** [2]  51/24 180/3
**letters** [3]  73/9 73/10 73/11
**level** [59]  15/25 32/8 43/4 47/23 48/22 49/2 49/3 49/5 49/6 50/7 50/23 51/13 51/17 52/10 62/13 62/14 62/17 62/19 62/20 63/6 63/15 63/16 63/20 63/21 88/13 88/14 88/20 96/18 96/19 104/6 104/24 123/10 123/11 152/2 157/7 157/14 162/7 162/8 164/13 164/13 164/13 165/14 168/25 169/1 186/1 186/2 186/7 189/10 191/3 191/3 191/13 192/6 192/7 192/14 192/22 192/24 193/13 194/22 194/25
**levels** [7]  22/14 47/8 48/18 73/24 163/9 163/16 191/8
**Lexington** [1]  2/8
**liaising** [1]  195/20
**lied** [1]  87/17
**lies** [3]  76/8 84/17 92/18
**life** [8]  35/7 39/12 64/11 65/10 86/11 86/12 87/23 190/12
**life-or-death** [3]  35/7

39/12 190/12
**light** [1]  190/19
**lights** [1]  65/5
**like** [60]  7/8 9/16 14/13 14/25 15/1 15/20 21/12 23/13 25/6 31/7 33/18 35/7 36/9 37/10 39/22 47/16 49/13 50/1 51/8 51/9 53/1 53/14 58/2 64/10 66/19 68/3 71/9 71/18 71/18 72/4 73/2 80/22 81/20 81/20 85/6 86/6 87/17 89/9 94/3 95/24 97/1 100/11 101/6 110/1 113/14 119/10 122/9 123/24 136/12 136/16 137/6 156/11 180/7 181/12 182/3 185/4 193/4 196/4 199/4 199/11
**likely** [2]  20/13 154/23
**likewise** [1]  129/21
**limit** [2]  14/25 163/22
**limited** [9]  49/14 75/18 91/6 117/24 125/4 127/6 127/20 128/3 151/3
**limits** [1]  189/6
**line** [4]  65/13 71/14 195/22 198/20
**lined** [1]  174/14
**lines** [3]  39/10 183/14 189/13
**links** [3]  137/4 137/9 137/13
**Lion** [40]  24/20 53/7 59/4 59/14 78/4 78/12 79/7 84/14 88/16 90/10 90/11 100/23 114/10 125/19 125/22 130/20 132/2 151/14 153/10 154/13 155/25 156/5 158/16 158/21 159/11 159/15 159/18 159/21 160/3

160/15 160/22 162/15 162/17 162/24 167/5 167/25 168/15 185/18 193/5 193/8
**list** [2]  28/21 28/23
**listed** [2]  21/21 140/13
**listen** [1]  117/4
**listening** [1]  136/11
**litigation** [1]  10/9
**little** [26]  20/15 22/7 26/24 27/8 36/1 43/15 43/25 45/19 47/13 50/17 62/11 67/11 84/11 84/19 103/8 115/16 133/21 164/7 171/3 171/7 171/15 173/2 173/17 174/9 180/25 197/14
**lived** [1]  86/13
**LLC** [2]  2/7 2/23
**LLP** [3]  2/13 2/17 2/20
**load** [1]  166/3
**local** [4]  29/9 84/14 86/16 86/17
**Loffing** [5]  136/20 136/22 136/24 137/3 137/8
**logical** [1]  63/5
**long** [10]  23/12 49/20 72/19 74/7 91/19 171/2 184/20 185/25 186/6 197/8
**longer** [2]  40/5 186/16
**look** [62]  17/23 18/15 18/17 23/13 24/7 24/17 27/20 27/20 28/2 28/4 28/4 29/5 29/16 30/20 32/8 33/9 37/2 37/3 37/10 37/23 39/22 40/10 40/17 44/17 49/25 51/7 51/24 52/6 52/8 54/12 55/23 55/24 56/3 56/5 56/6 56/12 56/20 56/21 56/22 57/2 71/9 71/25

# L

**look...** **[20]**  76/3 80/4 80/7 80/20 91/12 97/22 106/22 127/24 131/14 155/25 156/15 159/20 163/7 179/17 181/16 185/18 187/16 188/13 188/20 194/4

**looked** **[18]**  17/16 18/19 24/6 25/12 25/24 33/1 33/2 33/13 44/11 67/13 69/24 86/6 87/16 101/10 101/11 129/18 193/4 194/11

**looking** **[20]**  17/15 21/18 31/19 32/7 56/11 57/10 68/9 89/11 94/7 103/15 106/23 107/5 107/5 112/3 166/19 173/13 174/20 182/14 183/20 197/24

**looks** **[4]**  25/6 71/18 84/1 156/11

**lose** **[1]**  50/23

**lot** **[22]**  27/14 31/12 37/1 44/11 46/2 49/16 52/12 65/23 91/17 95/25 97/4 105/10 105/14 136/16 169/15 177/25 182/20 184/1 185/4 187/10 188/5 190/25

**low** **[16]**  118/20 123/5 126/14 126/18 132/1 134/21 136/1 157/25 158/3 158/9 158/22 159/8 160/25 161/21 162/23 170/2

**low-speed** **[6]**  123/5 157/25 158/3 158/9 161/21 162/23

**lower** **[5]**  125/2 157/22 161/24 166/1 169/1

**lunch** **[1]**  116/2

**luxury** **[2]**  40/16 166/7

**lying** **[1]**  190/9

# M

**machination** **[2]**  113/12 113/24

**machinations** **[2]**  67/12 152/23

**Mack** **[1]**  111/6

**made** **[32]**  24/20 24/22 24/23 28/17 31/17 60/3 61/22 63/2 63/19 63/20 78/17 88/4 95/20 104/9 105/24 107/13 108/8 108/20 111/17 114/24 124/1 133/18 153/21 153/22 157/8 157/13 161/22 162/6 162/10 162/19 163/23 173/24

**main** **[1]**  15/16

**maintain** **[1]**  40/19

**maintained** **[1]**  79/7

**maintenance** **[2]**  55/24 56/1

**major** **[1]**  59/2

**make** **[35]**  23/21 27/15 27/20 28/22 29/2 31/2 34/7 36/20 46/18 47/22 52/9 53/20 55/21 71/20 74/1 77/6 86/17 93/7 98/21 100/12 100/16 122/12 127/25 134/4 134/11 135/11 139/22 150/21 152/18 155/19 174/20 183/9 193/23 196/1 196/6

**maker** **[1]**  163/21

**makes** **[5]**  117/2 118/17 124/11 133/23 185/4

**making** **[15]**  11/6 95/25 97/2 97/12 105/3 105/24 108/13 108/16 109/23 111/7 111/13 149/19 164/4 192/22 196/9

**Malaysia** **[1]**  81/9

**malfunction** **[4]**  35/6 35/6 76/1 195/7

**man** **[1]**  136/20

**management** **[5]**  56/25 178/13 179/18 179/19 197/12

**manager** **[7]**  28/1 175/2 176/2 176/12 176/24 177/1 177/10

**mandating** **[1]**  189/3

**Maneuvering** **[3]**  32/12 98/5 156/16

**manner** **[4]**  56/1 56/2 62/6 159/24

**manual** **[24]**  16/14 32/15 34/14 36/6 36/11 36/17 37/11 37/17 37/19 37/22 37/25 38/7 58/19 60/3 66/6 79/8 85/9 87/2 87/3 146/9 146/11 159/17 160/1 161/10

**manuals** **[14]**  26/19 27/5 32/17 35/25 36/2 42/1 42/3 59/14 85/13 114/11 114/25 146/15 189/21 189/23

**manufactured** **[1]**  42/18

**manufacturer** **[10]**  23/24 26/18 27/15 28/21 31/1 31/11 47/19 133/8 133/9 185/1

**manufacturer's** **[1]**  23/18

**manufacturers** **[2]**  36/5 52/18

**many** **[21]**  6/19 6/20 19/14 29/4 36/16 36/24 44/7 53/19 119/16 119/22 128/4 133/4 137/4 137/9 137/13 147/12 147/14 147/14 170/21 174/12 175/11

**March** **[10]**  66/23 77/2 86/19 89/12 159/7 187/4

**M**

**March...** **[4]** 187/19 188/16 189/22 190/2

**March 10 [2]** 86/19 190/2

**March 10th [1]** 66/23

**March 11 [3]** 187/19 188/16 189/22

**March 11th [1]** 89/12

**March 2017 [1]** 77/2

**Mark [14]** 50/22 78/20 108/19 108/25 109/7 112/9 112/12 112/24 113/1 113/6 116/21 118/3 125/10 136/25

**marked [3]** 54/13 72/7 72/8

**MARTIN [1]** 2/23

**masks [1]** 200/9

**master [3]** 27/19 28/23 47/13

**material [4]** 27/3 33/1 49/17 91/18

**materially [3]** 35/17 35/20 42/4

**materials [9]** 20/17 26/20 27/5 27/6 32/16 42/2 42/4 131/1 152/4

**math [2]** 187/7 188/17

**matter [2]** 56/14 200/7

**matters [4]** 25/8 25/13 29/4 72/21

**MAX [103]** 15/24 16/5 16/13 16/20 17/10 17/15 17/19 18/21 19/21 24/7 25/19 27/1 32/13 32/14 33/24 35/15 35/17 36/18 39/21 39/22 41/11 43/3 46/9 46/12 47/12 47/16 49/13 51/15 53/7 53/20 58/20 60/20 63/4 63/11 64/5 66/24 69/20 70/9 72/11 72/21 73/9 75/8 75/13 75/17 76/11 76/13

77/2 77/4 77/16 77/20 78/5 79/10 84/15 88/5 88/21 94/16 97/8 97/15 97/22 97/25 98/8 99/3 99/7 99/12 104/7 106/13 108/4 108/9 108/21 112/4 112/22 115/20 115/20 122/20 125/20 125/24 131/1 136/8 139/19 140/7 145/21 146/3 146/6 146/8 150/8 153/10 154/5 154/18 156/9 156/18 157/2 159/23 160/10 162/24 165/8 182/12 182/13 184/15 184/17 186/8 187/1 188/10 189/9

**maximum [1]** 189/6

**may [18]** 15/5 16/24 33/7 34/21 67/7 67/16 77/14 111/5 111/6 113/19 134/1 145/6 158/17 171/20 174/18 186/18 195/8 198/17

**maybe [8]** 15/9 50/5 58/4 72/14 78/5 86/16 166/19 173/2

**MBA [1]** 172/1

**MCAS [182]** 15/24 16/12 16/18 32/11 32/12 32/20 32/21 32/25 33/2 33/4 33/7 33/10 33/22 33/24 34/4 34/5 35/16 38/21 39/3 41/10 41/15 42/3 43/2 58/21 59/5 59/13 59/16 60/3 60/5 61/6 61/8 61/22 62/24 63/4 63/11 66/8 67/7 67/10 67/12 69/6 70/11 74/17 75/8 75/14 76/1 79/8 79/9 84/24 85/25 86/2 87/10 87/12 96/17 98/1 99/1 101/9 101/13 101/18 101/21

101/24 101/24 102/12 102/16 103/10 103/20 103/23 104/12 107/17 107/22 108/4 109/24 112/5 112/13 112/18 113/1 113/22 113/24 114/7 114/11 114/20 114/25 115/5 115/9 115/12 115/20 118/10 118/14 118/18 118/20 118/24 119/4 119/9 120/19 120/24 121/6 121/11 121/17 122/11 122/14 122/24 123/4 123/10 123/16 123/23 124/5 124/8 124/14 124/16 124/20 124/22 125/1 126/14 126/17 127/1 129/6 130/8 130/25 131/5 131/20 132/1 132/2 132/5 134/20 135/22 135/24 135/25 137/3 140/21 141/7 141/12 141/15 141/20 141/24 142/4 142/8 143/19 147/5 150/6 150/13 152/23 152/25 153/3 153/11 153/16 156/17 157/1 157/5 157/12 157/21 157/25 158/4 158/9 158/17 158/22 159/7 159/11 160/18 161/21 161/24 162/16 162/23 162/24 164/25 167/9 167/24 168/14 168/22 169/1 183/4 183/7 183/8 183/13 184/3 185/9 185/11 185/20 189/5 189/5 189/6 189/21 191/23 192/8

**MCAS's [9]** 74/20 121/21 150/22 157/20 158/19 164/17 168/20 169/21 170/2

**McGUIREWOODS [3]** 2/17 4/23 5/1

**me [47]** 21/9 23/4 26/12

**M**

**me...** [44]  30/21 32/4
41/9 43/9 43/25 45/19
50/5 53/5 56/21 56/21
62/11 70/16 85/3 88/10
89/20 92/16 93/25 98/3
100/12 110/12 110/19 124/6
128/8 128/15 136/12
139/13 142/10 142/22
153/23 163/8 171/13 171/13
176/21 180/5 181/21 181/25
189/7 193/24 194/22
195/22 196/22 199/2
199/7 199/8

**MEACHAM** [3]  1/16 5/7
6/24

**mean** [11]  14/18 14/19
30/21 37/10 95/21 109/18
138/1 139/5 139/14 198/14
198/21

**meaningfully** [1]  167/11

**means** [2]  32/20 44/1

**meant** [3]  27/10 184/4
191/4

**mechanically** [1]  135/11

**medical** [1]  56/13

**medicals** [1]  55/20

**meet** [14]  9/17 10/5 10/22
10/25 11/5 11/5 11/8 11/10
22/13 23/20 23/25 24/2
46/20 93/21

**meeting** [3]  22/18 156/8
156/11

**meetings** [3]  149/23 150/2
150/7

**member** [4]  16/19 56/15
148/6 164/3

**members** [11]  20/3 48/7
49/7 55/19 56/19 62/5
65/1 105/21 184/14 195/20
195/21

**memo** [3]  191/20 191/20

191/20

**memory** [10]  40/18 40/23
40/24 41/1 64/21 64/22
146/21 166/6 166/9 189/2

**mention** [2]  18/19 141/6

**mentioned** [17]  24/5 24/5
29/19 30/18 33/7 35/24
39/7 39/15 45/4 46/3
46/8 49/11 76/7 142/18
166/12 171/23 194/3

**mentioning** [2]  18/1 31/23

**mentions** [2]  42/11 140/20

**message** [5]  65/5 66/8
78/3 78/17 160/18

**met** [5]  44/14 93/3 94/1
106/7 178/21

**method** [1]  195/23

**methodologies** [1]  57/11

**methodology** [2]  57/13
151/25

**mid** [2]  64/24 120/10

**mid-motion** [1]  64/24

**mid-paragraphs** [1]  120/10

**might** [25]  5/17 6/3 12/4
13/17 20/24 29/20 30/1
37/16 41/9 56/19 71/9
76/5 78/5 81/7 86/6 104/8
133/11 155/7 164/16 171/14
176/21 179/20 185/5 192/5
192/6

**millions** [3]  50/12 50/25
51/6

**mind** [6]  16/23 78/20
113/18 127/13 191/22
192/17

**mind-tricked** [1]  78/20

**minimum** [7]  22/9 22/18
23/21 23/22 46/20 148/4
181/14

**minimums** [1]  22/12

**Ministry** [2]  19/19 67/18

**minor** [1]  163/21

**minute** [4]  85/11 156/1
156/8 173/13

**minutes** [5]  66/24 84/7
91/16 135/8 188/3

**misleading** [5]  33/21 92/6
126/25 127/11 131/2

**Miss** [1]  106/9

**Miss Klein's** [1]  106/9

**missed** [1]  93/8

**missing** [6]  59/2 127/24
129/9 130/3 131/7 144/14

**misstates** [1]  142/7

**mitigate** [1]  61/24

**mitigation** [1]  59/15

**model** [5]  28/22 46/18
53/20 55/21 145/22

**models** [1]  60/21

**MOM** [2]  66/7 191/19

**moment** [9]  24/6 35/24
42/25 49/11 76/3 115/25
136/11 145/6 187/16

**Monday** [3]  197/7 198/5
198/20

**monitoring** [1]  175/20

**month** [7]  66/4 72/19 77/2
133/4 134/9 185/23 186/15

**months** [6]  17/19 55/22
139/11 185/21 187/7 188/12

**more** [49]  8/4 20/13 20/15
22/7 25/16 29/3 29/21
30/1 32/6 40/5 42/24
47/11 49/2 50/8 60/3
60/14 65/23 67/9 71/11
72/1 74/16 76/9 84/6 88/2
88/23 91/16 103/7 103/8
103/9 103/9 103/9 107/16
115/16 133/21 147/5 151/9
154/1 154/23 164/7 174/9
182/20 185/20 187/7
188/2 189/19 189/20
192/11 192/12 197/14

**morning** [8]  4/22 5/2 5/9

## M

**morning…** [5] 13/18 93/18 93/19 166/12 199/5

**morning's** [1] 26/13

**most** [8] 20/5 29/14 53/21 83/17 103/3 107/12 161/2 175/10

**motion** [4] 9/6 64/24 110/10 110/12

**motions** [3] 10/16 12/4 12/5

**movants** [4] 2/3 9/7 10/10 138/7

**move** [10] 19/17 60/14 73/21 75/5 90/21 134/6 139/25 157/4 181/6 186/19

**moved** [1] 174/14

**moving** [2] 133/15 133/16

**Mr** [11] 3/6 3/7 3/8 3/9 3/10 3/16 9/12 68/22 169/15 170/12 198/23

**Mr.** [75] 6/24 7/8 7/12 8/22 9/16 10/4 15/16 21/19 78/16 79/3 93/14 93/15 93/18 93/20 94/12 94/14 94/23 113/22 115/15 116/23 117/8 118/8 118/13 119/3 119/8 120/17 120/23 121/16 123/3 123/15 124/3 124/7 124/23 126/21 127/16 129/10 130/4 132/19 134/25 136/4 136/24 137/3 137/8 138/21 140/6 141/11 141/15 141/19 141/24 142/3 142/11 142/23 143/7 143/13 143/15 145/16 147/7 148/9 149/6 151/16 155/17 161/19 167/1 167/22 172/25 185/14 188/5 196/12 196/19 196/20 197/13 197/14 198/11 198/15 199/1

**Mr. Cassell** [13] 7/8 7/12 94/12 94/14 94/23 113/22 132/19 155/17 172/25 196/12 196/19 196/20 199/1

**Mr. Cassell's** [2] 8/22 10/4

**Mr. Fortner** [34] 78/16 79/3 116/23 117/8 118/8 118/13 119/3 119/8 120/17 120/23 121/16 123/3 123/15 124/3 124/7 124/23 126/21 127/16 129/10 130/4 134/25 136/4 138/21 140/6 141/11 141/15 141/19 141/24 142/3 142/23 143/7 143/13 143/15 185/14

**Mr. Jacob** [1] 142/11

**Mr. Jacobs** [3] 9/16 93/15 115/15

**Mr. Keyes** [17] 15/16 93/14 93/18 93/20 145/16 147/7 148/9 149/6 151/16 161/19 167/1 167/22 188/5 197/13 197/14 198/11 198/15

**Mr. Keyes'** [1] 21/19

**Mr. Loffing** [3] 136/24 137/3 137/8

**Mr. Meacham** [1] 6/24

**Ms.** [6] 125/13 125/15 197/19 198/10 198/16 198/22

**Ms. Klein** [1] 125/13

**Ms. Klein's** [1] 125/15

**Ms. Norton** [4] 197/19 198/10 198/16 198/22

**much** [12] 11/12 37/13 38/17 46/17 57/14 110/10 125/2 165/25 166/22 172/10 192/25 198/7

**multi** [2] 66/8 160/18

**multi-operator** [2] 66/8 160/18

**multiple** [6] 12/2 61/25 69/5 73/24 153/25 197/17

**Mulugeta** [1] 4/15

**my** [64] 10/9 10/19 12/6 12/8 12/12 12/16 12/19 16/3 16/10 16/16 16/22 17/18 17/22 20/9 21/3 36/3 36/4 45/14 50/24 67/11 75/12 77/25 93/7 93/20 96/22 103/13 108/18 113/11 113/18 113/24 114/22 115/23 117/10 119/1 124/21 125/1 125/16 128/23 133/2 137/23 151/8 151/21 164/7 170/18 171/25 172/1 173/6 175/21 176/2 176/4 176/4 176/15 181/25 183/16 183/22 183/25 185/1 187/7 188/17 195/12 198/23 198/24 200/7 200/11

## N

**N.W** [1] 2/21

**Nahari** [1] 66/25

**name** [6] 13/19 13/19 93/20 111/16 111/21 136/23

**named** [2] 125/12 136/20

**narrow** [4] 5/21 5/24 11/3 15/9

**NASA** [1] 179/21

**Nasional** [1] 54/16

**national** [7] 29/9 44/18 45/21 46/3 46/7 83/19 177/10

**nationally** [1] 68/1

**nature** [10] 19/5 22/25 40/5 41/16 85/13 114/9 173/22 174/21 179/13 182/3

**navigation** [2] 175/8 175/8

**near [3]**  53/8 53/14 66/25

**necessarily [2]**  74/1 127/20

**necessary [4]**  50/13 128/6 190/15 190/19

**necessity [1]**  48/11

**need [22]**  7/11 7/15 9/8 12/18 12/21 15/1 35/4 75/17 78/5 110/22 110/23 128/8 133/21 135/10 153/3 159/21 163/2 163/10 163/20 164/8 181/15 187/22

**needed [8]**  34/12 34/18 34/18 44/3 70/23 81/15 134/11 186/25

**needs [2]**  31/13 65/3

**neither [2]**  161/4 161/8

**never [21]**  48/3 143/12 143/13 143/21 145/24 146/2 146/5 146/18 146/25 147/22 147/24 148/9 148/18 149/10 149/13 149/16 149/19 149/22 150/12 162/23 170/19

**new [23]**  1/21 2/8 2/8 26/15 27/13 27/17 28/6 28/11 47/15 47/20 47/21 47/25 48/12 50/2 50/2 85/25 87/10 163/22 176/6 177/21 180/2 181/2 187/12

**next [21]**  19/17 21/7 32/4 32/9 42/25 43/1 58/6 60/15 65/18 69/17 75/5 77/13 78/1 107/25 170/10 180/13 181/6 185/21 195/4 195/5 195/15

**NG [4]**  69/19 75/17 77/16 146/6

**nice [2]**  93/21 199/23

**nine [6]**  90/5 140/13 140/19 156/11 180/6 187/7

**nine-day [1]**  156/11

**no [110]**  1/5 5/24 6/4 10/7 11/24 14/16 14/17 15/12 15/13 17/25 20/21 21/14 31/10 33/6 39/2 59/13 59/15 66/15 75/18 78/13 93/6 94/2 94/19 94/22 94/23 95/3 95/7 95/8 95/10 95/13 97/16 97/20 97/24 98/6 98/12 98/19 99/8 99/13 99/15 100/1 100/3 100/5 100/6 100/10 101/3 101/4 101/16 101/19 101/22 106/3 106/6 106/9 106/15 106/18 109/2 113/4 113/8 118/7 122/23 123/14 125/11 127/9 135/15 137/7 137/20 138/15 139/15 140/5 141/14 141/18 141/23 142/2 142/22 143/3 143/15 143/22 144/4 144/8 144/9 146/13 146/20 147/24 148/11 149/15 149/18 149/21 150/24 151/18 152/17 155/11 156/20 162/5 163/3 163/14 167/21 168/16 170/5 170/8 170/15 170/23 189/4 193/6 194/1 194/14 194/15 194/16 195/2 195/24 197/13 198/3

**No. [2]**  4/5 26/11

**No. 10 [1]**  26/11

**No. 4:21-cr-05 [1]**  4/5

**nobody [1]**  6/21

**non [3]**  39/5 39/25 70/11

**non-normal [3]**  39/5 39/25 70/11

**none [1]**  78/14

**nor [2]**  161/4 163/16

**normal [7]**  30/15 39/5 39/24 39/25 70/11 70/11

87/21

**normally [3]**  40/1 71/22 181/11

**NORTHERN [3]**  1/2 1/17 200/18

**Norton [6]**  63/23 65/23 197/19 198/10 198/16 198/22

**nose [7]**  61/10 69/5 102/20 103/24 120/25 132/3 166/4

**nose-down [4]**  61/10 69/5 102/20 103/24

**not [210]**

**note [3]**  7/17 7/25 58/8

**notes [2]**  84/7 88/23

**nothing [12]**  11/3 11/4 120/23 121/1 122/6 129/18 141/10 143/6 169/24 196/2 199/18 199/20

**notice [4]**  72/17 74/14 164/1 188/16

**noticed [3]**  20/16 76/8 93/8

**notification [5]**  28/25 89/7 164/1 187/18 188/15

**November [4]**  66/6 66/7 160/6 160/17

**November 10 [1]**  66/7

**November 10th [1]**  160/17

**November 6 [1]**  66/6

**now [77]**  15/16 17/23 20/20 21/7 22/20 26/8 30/4 32/4 32/7 33/4 33/18 36/1 37/15 39/7 41/22 42/23 46/8 47/11 50/19 51/12 51/18 52/23 53/12 54/12 55/11 61/1 62/11 63/22 64/19 66/2 68/23 78/4 78/7 79/20 84/4 85/21 87/6 88/1 88/2 88/24 95/16 97/7 99/5

# N

now... **[34]**  101/8 101/23 105/5 105/19 108/7 116/2 117/11 120/12 123/8 129/14 130/5 131/7 132/23 140/4 146/21 157/16 163/22 166/20 169/16 171/9 171/15 178/3 181/18 182/1 183/1 184/1 187/14 188/20 189/7 192/3 192/25 193/17 196/9 199/1

nowhere **[7]**  118/12 118/23 119/2 121/4 121/9 121/15 145/1

NTSB **[7]**  133/8 173/23 173/24 174/13 174/16 174/18 177/18

number **[15]**  15/18 18/7 25/8 41/1 49/13 95/14 95/17 97/1 129/18 129/21 132/21 144/16 144/22 175/18 187/20

numerous **[3]**  24/12 43/19 144/1

NW **[1]**  1/21

# O

O'CONNOR **[1]**  1/12

O'Connor's **[1]**  136/12

oath **[1]**  13/4

object **[11]**  57/23 93/10 110/1 115/23 116/24 122/3 126/22 127/4 131/9 132/13 139/8

objecting **[1]**  10/1

objection **[30]**  14/15 14/16 14/17 15/11 57/24 58/1 58/3 67/17 68/18 68/19 72/14 73/22 73/23 82/13 82/14 90/22 90/23 102/1 107/24 110/20 132/7 135/6 139/1 142/6 145/7 145/11

150/10 151/8 158/24 168/7 174/23 190/22 190/23

objections **[2]**  68/22 193/3

objective **[1]**  76/10

objectives **[1]**  44/15

obligation **[2]**  11/24 11/25

obligations **[2]**  86/1 87/11

observe **[1]**  44/13

obtain **[1]**  10/19

obvious **[2]**  34/21 199/7

obviously **[15]**  6/3 7/12 36/3 39/3 43/6 46/9 50/13 50/15 75/7 85/4 91/17 117/3 159/1 189/19 196/13

occasion **[2]**  20/14 20/22

occurred **[5]**  24/18 60/6 90/2 112/22 128/21

occurs **[2]**  21/9 53/14

October **[5]**  18/22 52/24 53/7 62/16 84/14

October 29th **[3]**  18/22 52/24 84/14

odd **[1]**  26/3

off **[10]**  16/21 53/13 84/15 84/20 84/24 86/6 86/18 86/20 177/8 195/11

offense **[4]**  7/14 127/18 128/7 197/13

offer **[16]**  13/9 15/18 25/2 47/8 57/20 68/13 68/17 72/5 82/7 88/24 92/25 146/8 147/3 149/6 190/16 190/20

offered **[2]**  51/4 173/5

offering **[9]**  25/3 25/4 26/5 47/2 68/14 69/13 73/3 91/7 92/13

offers **[1]**  144/9

office **[14]**  121/22 122/2 122/20 122/25 148/13 148/19 148/23 149/3 176/13 177/5 177/11 178/6

178/12 178/20

offices **[1]**  122/10

official **[2]**  73/12 200/18

official's **[1]**  198/13

often **[5]**  52/14 95/25 97/1 144/16 144/22

oh **[6]**  30/17 109/2 156/25 158/14 171/23 179/8

okay **[54]**  6/13 6/24 8/15 11/11 12/20 25/15 82/21 84/8 94/11 99/16 102/15 109/4 109/17 109/21 110/24 110/25 111/22 113/19 117/4 118/6 120/12 120/22 122/16 124/17 126/6 128/25 130/14 131/11 132/14 132/16 135/17 138/17 139/16 142/16 142/19 143/1 143/5 156/25 158/15 159/14 163/7 163/18 164/23 168/18 170/5 170/18 171/22 179/6 187/22 195/7 195/7 195/9 195/25 199/22

Oklahoma **[4]**  176/13 176/15 176/17 180/18

old **[1]**  47/21

omission **[5]**  157/5 167/24 168/14 169/20 170/1

omissions **[3]**  33/22 33/23 92/7

omitted **[2]**  63/10 157/12

on **[318]**

once **[20]**  31/3 38/7 40/8 40/23 53/14 59/10 59/22 62/4 63/9 69/14 75/12 75/23 83/2 83/9 84/23 84/25 87/18 110/13 142/13 192/20

one **[90]**  6/7 7/24 11/21 12/3 12/4 12/10 19/25 21/1 21/14 25/18 29/3 29/15

**O**

**one...** **[78]** 31/4 31/23
31/24 35/12 40/7 41/1
41/19 43/20 52/13 55/19
57/8 58/9 61/18 61/20
67/25 71/22 75/5 75/15
77/13 77/18 78/1 78/21
83/4 83/11 85/11 88/2
89/11 89/12 90/10 91/15
91/19 100/7 107/15 110/2
111/15 116/6 117/7 123/4
130/2 130/11 131/6 132/4
133/11 133/23 134/24
135/3 137/4 138/10 140/19
141/20 144/11 145/6 150/5
152/22 153/17 154/1 156/4
157/4 161/13 174/11 174/12
174/15 177/17 179/16
179/24 180/3 182/18
182/19 183/24 185/2 185/6
188/17 192/15 196/21
196/23 197/7 197/16
197/19

**ones** **[3]** 61/1 177/21
182/21

**ongoing** **[2]** 130/10 188/23

**online** **[2]** 33/2 47/16

**only** **[26]** 12/3 65/2 75/17
81/14 98/2 98/4 102/10
103/11 104/22 108/10 118/8
118/18 119/9 122/5 123/2
126/19 127/20 131/6
131/25 138/9 140/19 141/16
141/20 157/18 176/10
186/4

**onto** **[1]** 76/21

**oOo** **[1]** 4/3

**open** **[2]** 195/22 198/5

**operate** **[18]** 47/25 53/19
98/22 99/1 101/25 102/9
102/13 118/20 126/18
134/21 136/1 158/22 159/8

160/19 175/23 178/14
178/18 190/20

**operated** **[6]** 33/10 52/9
98/6 164/5 177/22 179/11

**operates** **[1]** 190/17

**operating** **[3]** 28/24 36/2
42/18

**operation** **[5]** 38/2 38/6
50/11 60/3 70/11

**operational** **[7]** 150/22
157/21 158/19 164/18
168/20 169/21 170/2

**operations** **[10]** 24/3
27/25 39/24 39/25 39/25
40/9 66/6 159/17 173/22
178/7

**operator** **[17]** 23/24 23/25
27/19 28/5 29/7 38/7
38/15 48/6 50/3 64/13
66/8 160/18 166/12 167/16
175/23 179/16 181/13

**operator's** **[2]** 160/1
181/14

**operators** **[25]** 16/5 25/19
31/19 37/18 49/25 90/4
90/5 90/9 149/7 154/4
154/4 154/18 159/23
160/10 167/13 167/18
167/19 173/20 173/21
174/6 176/17 176/18
178/17 191/21 193/1

**opine** **[1]** 130/17

**opining** **[2]** 129/5 196/17

**opinion** **[56]** 8/3 8/7 8/12
10/12 15/21 16/3 16/10
16/17 16/22 25/23 32/5
32/9 42/8 42/25 43/1
43/6 51/4 74/1 84/16
85/22 87/7 96/12 96/16
96/22 97/5 104/25 105/19
123/8 130/16 131/13 131/19
137/23 138/8 144/6 144/9

145/8 152/3 153/7 153/9
153/13 154/2 157/17 157/18
158/2 165/2 167/23 168/3
168/13 169/16 169/17
169/18 169/24 183/2
192/10 193/25 194/12

**opinion that** **[1]** 145/8

**opinions** **[38]** 15/18 16/23
16/25 17/6 17/24 18/15
24/14 25/3 25/4 25/17
25/18 26/5 47/2 47/8
58/14 58/23 59/7 59/18
68/14 69/12 73/2 73/4
75/11 76/18 77/10 92/12
117/15 146/8 147/3 149/6
151/19 152/3 154/3 157/5
190/17 190/20 196/11
196/12

**opponent** **[1]** 93/1

**opportunities** **[1]** 65/11

**opportunity** **[18]** 7/7 23/9
25/15 49/8 64/17 64/22
64/23 65/2 80/23 82/11
83/5 83/12 97/8 97/22
165/21 166/5 166/11 166/16

**opposed** **[5]** 30/2 77/17
150/15 162/7 196/8

**opposing** **[1]** 89/4

**options** **[1]** 192/9

**or** **[182]** 6/14 9/21 10/6
11/5 16/18 18/13 18/14
21/5 21/6 22/10 22/16
22/21 23/12 23/24 23/24
24/5 26/6 27/13 28/7
29/9 29/21 29/25 30/5
30/7 31/6 31/18 34/6 34/6
34/19 34/20 35/7 35/22
39/5 39/9 39/12 40/7 41/4
41/4 41/5 44/25 45/23
45/25 45/25 47/20 47/21
47/23 48/7 48/10 48/10
48/23 50/16 50/18 51/3

Case 4:21-cr-00005-O Document 108 Filed 08/08/23 Page 243 of 265 PageID 1576

**or...** [129]  56/17 56/18 56/23 57/8 57/15 58/3 59/25 59/25 62/21 64/13 65/1 65/2 65/18 69/8 74/12 76/3 76/24 77/23 78/20 79/11 83/24 84/7 85/1 85/1 88/2 88/3 89/8 89/9 89/13 92/16 97/11 97/14 98/18 101/17 102/16 103/3 106/10 106/16 109/10 110/22 114/6 117/12 119/3 119/5 119/8 120/17 120/23 121/12 121/16 121/18 123/15 123/24 124/7 126/4 126/8 127/7 127/17 127/22 127/22 127/24 128/18 129/20 131/14 133/4 134/9 137/17 139/23 140/2 140/6 141/11 141/15 141/18 141/19 141/24 142/3 142/23 143/7 143/15 143/15 145/21 146/11 147/1 148/18 150/5 153/22 153/24 154/1 155/6 161/8 163/4 163/14 163/15 164/4 165/14 166/24 168/4 168/16 173/4 174/19 176/6 178/8 178/11 178/23 179/10 179/10 179/19 179/19 180/6 181/12 182/5 182/6 182/22 183/7 183/13 183/15 183/19 188/15 190/12 191/3 191/12 192/6 195/1 195/4 195/4 195/22 196/7 197/7 197/17 200/9

**order** [8]  22/22 23/25 40/19 153/2 168/18 178/17 188/9 196/21

**orders** [1]  22/24

**ordinarily** [1]  73/3

**ordinary** [1]  186/2

**organization** [8]  25/11 49/18 53/25 56/23 147/10 175/7 179/17 181/10

**organizational** [2]  56/21 56/22

**organizations** [2]  36/22 37/4

**originally** [4]  102/20 103/11 104/2 124/22

**Orleans** [1]  177/21

**other** [54]  6/2 7/24 9/5 12/18 22/24 23/20 24/11 24/23 26/16 36/14 37/1 41/6 44/8 46/11 46/11 52/14 52/17 52/17 53/19 57/12 64/6 66/16 71/21 74/11 76/9 81/17 83/23 86/4 87/14 89/13 89/14 89/25 93/23 99/5 99/9 101/11 111/6 118/13 118/24 122/6 133/24 137/4 145/22 147/20 150/6 150/22 150/24 154/1 161/4 161/8 195/23 196/23 198/16 199/3

**others** [4]  73/12 73/13 137/5 140/21

**ought** [3]  11/20 12/16 199/2

**our** [30]  4/19 5/7 5/21 6/4 7/25 8/12 8/21 8/25 9/3 9/5 9/6 9/12 9/15 9/19 9/20 13/24 74/8 80/25 88/7 93/13 110/7 116/7 145/7 178/6 178/20 179/15 196/5 197/9 198/4 198/16

**out** [49]  6/6 7/16 8/18 10/12 28/19 28/24 29/13 31/2 37/18 37/21 38/18 39/16 44/25 45/22 49/21 49/24 53/17 53/21 55/6 56/10 57/4 61/7 65/13

65/18 76/6 77/20 78/6 92/4 92/15 119/13 128/4 130/9 130/22 131/22 133/5 143/14 166/7 166/13 171/5 173/25 174/11 174/24 177/2 178/14 179/15 185/19 191/22 195/22 196/18

**outcome** [1]  130/6

**outset** [3]  54/15 99/3 99/7

**outside** [1]  99/5

**over** [11]  25/9 36/4 43/21 51/21 56/18 66/3 166/15 172/22 175/10 195/17 197/7

**overall** [2]  61/3 61/4

**overcome** [2]  60/5 62/6

**overrule** [2]  82/21 110/20

**overruled** [8]  68/20 74/3 82/15 93/11 102/3 132/14 135/14 142/16

**overseas** [1]  91/8

**overseeing** [2]  176/8 178/6

**oversight** [7]  73/9 177/10 178/10 178/20 179/19 183/19 188/23

**own** [19]  30/3 51/8 52/7 63/19 74/16 78/6 98/21 107/16 112/19 113/4 113/5 152/7 152/20 155/19 155/22 155/22 180/1 192/21 194/5

**owned** [1]  28/22

**owner** [1]  56/23

**P**

**P.C** [1]  2/10

**p.m** [5]  80/18 116/11 187/24 187/25 199/24

**packed** [1]  197/2

**page** [53]  9/12 14/2 55/5 55/14 61/5 61/20 69/2

**P**

Case 4:21-cr-00005-O   Document 94   Filed 08/08/22   Page 244 of 265   PageID 1577

**page...** **[46]** 69/17 69/18 70/7 70/22 72/9 72/17 73/6 73/7 74/14 75/6 75/15 75/15 76/8 77/1 78/1 78/15 83/7 83/14 88/25 89/1 89/1 90/5 94/4 94/9 106/22 107/1 107/5 107/5 107/6 107/10 107/11 107/11 111/23 140/16 140/25 140/25 141/2 141/3 156/1 156/2 159/20 160/22 163/7 187/20 189/13 194/4

**pages [12]** 9/6 17/20 17/23 40/7 55/13 73/11 75/7 84/7 88/23 91/19 94/4 107/8

**pandemic [1]** 200/8

**paper [1]** 196/9

**papers [1]** 195/12

**paragraph [30]** 26/11 27/3 33/20 35/10 35/13 41/23 50/20 50/21 51/1 53/6 55/5 73/7 80/22 107/11 126/23 127/4 127/10 127/23 128/13 128/16 128/24 130/20 131/9 132/13 156/15 156/21 156/21 158/15 184/11 196/16

**paragraphs [3]** 26/3 120/10 128/4

**paralegal [1]** 5/8

**parallels [1]** 182/18

**parameters [3]** 104/11 125/1 185/11

**paraphrase [1]** 99/17

**parcel [1]** 10/16

**Pardon [1]** 93/25

**pare [1]** 37/21

**part [36]** 10/10 10/16 10/18 18/10 21/24 22/1

22/3 22/4 22/7 25/24 29/14 43/23 47/10 46/4 46/23 49/20 52/16 94/17 97/11 97/14 103/3 104/4 104/15 104/17 113/2 113/11 115/7 146/18 161/2 172/21 173/7 174/5 175/10 175/20 181/7 182/1

**participant [1]** 11/15

**participants [1]** 200/9

**participate [3]** 11/20 36/23 133/9

**participated [2]** 144/1 173/23

**participating [1]** 6/16

**participation [1]** 8/21

**particular [33]** 7/23 8/7 8/11 14/8 20/12 25/22 26/8 29/20 33/11 40/11 46/1 50/20 52/23 55/21 58/16 59/21 62/12 62/13 65/15 67/14 69/12 96/1 96/4 106/17 109/6 121/17 139/3 139/3 144/17 177/18 183/24 186/11 196/6

**particularly [3]** 44/11 99/2 129/4

**parties [5]** 6/11 10/18 16/24 66/16 199/10

**parts [7]** 21/21 21/23 26/18 37/7 133/24 147/12 147/14

**party [3]** 8/24 92/25 170/22

**pass [2]** 133/21 181/5

**passed [2]** 11/13 90/4

**passenger [1]** 16/19

**passengers [11]** 53/9 66/25 84/12 84/17 84/21 85/4 85/12 86/21 86/24 88/16 92/15

**path [1]** 99/11

**pathology [1]** 56/13

**patience [2]** 4/7 51/17

**patient [1]** 84/6

**PATRICK [2]** 2/20 4/24

**Patrol [1]** 179/22

**PAUL [2]** 2/3 4/7

**pending [1]** 110/9

**Pennsylvania [1]** 2/21

**people [26]** 23/17 29/16 31/14 34/24 37/6 38/8 38/24 43/21 44/8 50/13 62/9 62/16 76/21 85/7 86/13 87/24 92/21 95/25 97/1 102/15 105/22 138/11 138/24 174/13 176/4 185/19

**percent [5]** 48/13 48/13 48/14 83/6 83/13

**performed [1]** 137/4

**performs [1]** 148/15

**perhaps [4]** 30/5 53/22 80/22 165/24

**period [2]** 66/4 185/23

**periodic [2]** 176/1 181/24

**permissible [1]** 73/25

**permission [9]** 4/13 9/23 21/15 52/25 66/19 72/6 80/1 89/3 91/20

**permit [1]** 40/16

**permitted [2]** 116/7 155/22

**person [1]** 112/12

**personally [1]** 45/6

**personnel [2]** 29/25 55/18

**persons [1]** 55/18

**perspective [2]** 198/13 198/13

**pertaining [1]** 34/5

**pertinent [2]** 128/21 193/22

**phase [1]** 181/6

**phases [1]** 181/5

**P**

**phenomenal [1]** 56/10
**PHILLIPS [1]** 2/23
**philosophy [1]** 35/2
**phrase [3]** 92/16 184/1
184/5
**pictures [1]** 195/1
**piece [16]** 30/7 56/12
59/2 125/4 126/17 126/19
129/9 130/2 130/4 130/11
131/6 134/24 135/3 138/10
138/11 185/6
**pieces [4]** 37/1 37/6 56/10
56/11
**pilot [54]** 8/2 26/19 35/4
37/23 39/20 40/16 42/1
43/19 46/23 48/2 51/14
63/24 65/1 74/16 75/23
76/10 76/23 77/3 77/17
80/15 103/5 107/17 109/19
109/23 109/23 111/13
127/16 127/16 127/17
128/18 140/20 141/6
142/25 145/19 145/25
146/2 148/4 149/4 163/17
166/13 166/14 166/16
166/23 172/4 172/17
172/17 173/4 173/4 173/22
176/6 176/10 183/18 189/1
197/9
**pilot's [2]** 103/4 198/12
**piloting [1]** 112/21
**pilots [48]** 19/4 22/11
23/23 24/1 28/11 31/16
34/22 37/16 39/16 41/13
47/24 48/7 56/4 60/11
62/23 64/8 64/17 70/9
71/10 75/16 76/19 77/16
77/20 78/13 107/16 107/21
108/15 109/13 109/15
109/16 111/5 111/6 114/10
117/24 126/7 126/8 144/12

158/3 161/13 161/16 165/19
167/2 169/12 176/13 176/21
176/6 193/5 194/6
**pitch [1]** 41/14
**place [7]** 31/5 57/1 85/4
97/9 97/23 98/22 104/6
**placed [1]** 61/9
**placing [1]** 49/6
**plaintiffs' [3]** 3/4 3/15
82/5
**plane [41]** 39/9 53/13
60/20 84/20 85/4 85/10
85/17 86/6 86/9 86/18
102/19 103/24 114/13
114/17 114/19 114/23
114/24 120/25 125/18
126/12 129/4 129/12
129/17 131/22 131/25
132/3 134/16 134/20
136/17 137/12 137/17
137/18 138/22 139/3
143/24 144/6 144/15
144/17 144/21 144/21
170/24
**planes [5]** 46/11 130/13
137/21 145/3 190/5
**planning [3]** 15/18 171/4
197/3
**plans [1]** 189/14
**platform [1]** 179/10
**play [3]** 6/3 41/20 131/22
**played [5]** 67/7 67/10
75/8 108/4 158/17
**pleading [1]** 196/18
**please [11]** 5/13 13/6
13/19 107/2 110/25 132/17
135/18 142/20 169/23
180/4 198/1
**plus [1]** 173/21
**POI [1]** 28/8
**point [44]** 6/6 6/13 6/15
6/22 7/11 14/24 32/12

32/21 34/21 44/2 70/3
70/19 84/22 84/22 84/25
91/9 93/5 110/2 122/4
126/13 126/15 129/23
129/24 130/10 132/1 132/5
132/19 132/25 133/6
133/17 133/25 134/4
134/22 134/24 136/9
150/11 172/10 174/5
179/24 185/20 192/2
192/15 195/3 196/18
**pointed [4]** 8/18 160/1
160/13 160/13
**points [3]** 74/8 76/7 112/3
**Policy [1]** 179/3
**population [1]** 174/4
**portion [2]** 17/17 42/3
**portions [3]** 35/16 150/22
150/25
**position [8]** 7/19 8/13 8/22
10/23 11/2 102/20 110/16
183/6
**possible [10]** 135/11 155/5
164/15 164/21 167/8
167/10 177/19 192/16
192/18 195/22
**post [2]** 130/20 131/8
**post-Indonesian [1]** 131/8
**post-Lion [1]** 130/20
**poster [1]** 195/2
**potential [2]** 110/8 153/16
**potentially [5]** 39/13 74/18
190/11 194/6 194/10
**powerful [1]** 83/17
**PowerPoint [4]** 138/20
139/6 139/6 139/18
**practical [3]** 45/24 51/25
177/16
**practices [1]** 179/12
**pre [2]** 40/3 130/20
**pre-Ethiopian [1]** 130/20
**pre-takeoff [1]** 40/3

**P**

preceding [1] 19/25
precious [1] 76/5
precisely [1] 115/16
precision [1] 115/16
predecessor [1] 69/20
prediction [1] 198/24
preeminent [1] 31/24
preliminary [4] 5/16 20/1
90/3 133/19
premise [1] 131/9
prepared [8] 7/22 8/12
9/25 26/1 55/11 67/17
140/10 199/10
preparing [4] 25/25 54/18
58/13 125/9
prescribed [1] 200/13
presence [1] 56/17
present [4] 11/16 15/1
85/21 87/6
presentation [4] 19/2
127/2 130/23 138/20
presented [13] 7/11 9/2
9/14 12/3 18/9 29/13
108/11 150/14 151/21
151/23 156/23 196/12
196/22
presenting [1] 14/25
preservation [1] 87/23
preserving [3] 86/11 86/12
174/20
press [5] 3/25 91/25 92/4
159/10 159/13
presumably [1] 10/13
pretty [8] 46/17 49/14
55/12 57/13 65/15 67/5
83/17 197/2
prevent [2] 53/23 165/13
prevented [2] 62/5 183/15
preventing [1] 165/15
previous [2] 47/21 60/20
previously [6] 13/10 87/15

93/23 94/1 132/10 188/14
primarily [3] 54/11 181/23
188/23
primary [2] 30/23 189/1
principal [3] 24/3 27/25
40/9
principles [1] 46/10
prior [6] 159/6 159/16
161/3 161/7 162/21 165/7
private [1] 103/5
probable [4] 133/3 134/8
192/11 192/12
probably [24] 29/21 34/9
37/5 76/2 133/6 133/7
133/17 133/20 134/9
134/10 136/2 152/21
157/15 159/9 161/22 162/1
163/23 163/25 165/25
166/19 182/15 196/21
199/2 199/15
problem [1] 70/4
problems [1] 60/4
procedure [7] 23/17 147/1
160/2 160/14 161/12 161/13
161/16
procedures [9] 59/15 114/8
146/22 160/1 160/13 161/10
165/9 189/1 195/6
proceed [4] 12/17 15/14
50/1 196/5
proceedings [10] 6/11 8/25
116/10 116/11 122/4 187/24
187/25 199/24 200/6
200/10
process [23] 9/1 21/25
23/17 45/1 45/11 46/16
97/2 97/12 97/14 104/21
105/11 105/15 108/8 109/1
109/3 109/7 111/7 115/19
130/24 140/7 181/3 186/16
187/6
processes [1] 46/15

produce [1] 198/17
produced [1] 9/7
products [1] 21/25
professional [4] 101/12
160/24 172/2 172/21
proffer [6] 6/18 6/20 7/8
13/24 14/14 90/18
proficiency [2] 49/10
176/5
proficient [1] 48/8
program [30] 22/23 23/19
24/4 27/22 27/23 27/24
28/3 28/7 28/7 28/10
29/9 38/10 38/25 73/9
76/9 76/13 108/20 112/4
175/3 176/11 177/10 177/14
177/25 180/3 181/4 182/2
183/20 185/8 187/12 193/4
programs [16] 23/18 29/18
44/16 46/17 46/24 56/25
167/15 173/10 177/14
180/23 181/1 183/15 183/15
183/18 183/20 193/2
project [3] 2/4 112/4
112/9
projects [1] 45/7
promote [1] 40/13
pronouncing [1] 54/16
proper [2] 56/1 56/2
properly [11] 24/1 35/6
50/13 65/15 75/24 76/24
86/2 87/20 144/12 153/12
153/18
property [3] 86/11 86/12
87/23
propose [1] 15/4
proposed [1] 189/10
Prosecution [4] 111/19
116/18 117/12 120/16
prospects [1] 77/4
protocols [1] 57/11
proud [1] 31/25

## P

proudly [1] 52/11

provide [19] 31/12 36/6
38/14 38/15 47/24 48/6
52/19 53/1 53/2 60/18
66/20 73/2 79/21 80/1
101/20 144/5 145/8 177/18
184/15

provided [19] 6/17 6/19
15/23 27/15 38/20 41/12
41/17 43/2 61/23 68/4
69/20 98/3 121/20 150/6
174/2 177/20 178/25
188/25 191/6

provides [2] 150/2 181/21

providing [3] 77/15 89/4
189/19

provisions [1] 20/18

proximate [3] 138/7
170/19 170/24

proximately [1] 7/13

public [5] 31/3 76/14
76/22 92/9 92/20

publication [1] 184/17

publications [2] 100/15
101/12

published [8] 26/16 28/19
99/19 115/20 135/21 148/6
160/5 160/18

pull [3] 40/16 40/24 181/11

pulling [2] 166/3 166/7

purpose [2] 48/2 144/3

purposes [8] 13/25 26/13
41/25 85/23 87/8 155/23
177/16 197/3

push [1] 132/3

put [18] 16/19 28/9 37/3
37/21 39/4 51/17 57/3
64/19 70/19 92/3 98/22
102/8 102/19 103/2 104/6
178/13 198/22 198/23

putting [3] 79/4 120/25

## Q
137/17

qualification [3] 163/17
176/2 176/10

qualifications [7] 14/9
14/13 22/6 22/9 172/21
176/11 196/16

qualified [12] 8/1 8/3 8/6
8/11 144/2 144/5 145/21
151/17 170/19 170/23
182/14 183/9

quality [1] 49/19

quandary [1] 65/17

quantity [1] 37/20

quarterly [1] 178/3

question [35] 16/3 16/10
16/16 58/7 84/24 85/23
87/8 95/9 110/21 110/25
116/6 117/7 119/24 128/24
129/1 131/10 131/12 131/15
132/17 132/20 132/21
135/16 135/18 138/2 151/8
159/5 164/7 168/8 168/12
170/10 170/18 184/1 190/4
196/24 197/16

questioned [2] 82/9 82/10

questions [27] 9/24 12/21
15/21 66/16 98/13 106/12
110/5 110/15 113/22 115/4
135/13 136/12 151/13
155/22 171/19 183/1 184/9
185/17 188/5 190/14
190/25 191/16 192/4
192/25 193/17 194/14
196/13

quick [1] 116/6

quicker [1] 186/19

quickly [3] 107/21 134/6
197/14

QUINNEY [1] 2/3

quite [7] 29/24 29/25
105/11 105/17 113/10

## R
185/11 198/15

raccoon [1] 171/5

raccoons [1] 171/7

radar [1] 174/21

raise [3] 5/13 13/3 117/1

raised [1] 171/20

ramifications [1] 34/3

rampant [2] 142/9 142/10

rapidly [2] 187/11 198/15

ratchet [9] 102/16 102/17
103/23 120/24 121/11
121/18 132/3 141/25 142/4

ratcheting [4] 102/16
104/10 104/13 166/4

rated [3] 48/11 98/8 98/10

rather [3] 77/12 198/6
198/13

rating [6] 27/19 45/25
45/25 48/4 129/19 172/9

ratings [6] 44/22 148/4
172/5 172/7 172/8 172/9

rationale [1] 79/7

RDR [2] 200/4 200/17

re [1] 194/17

re-urge [1] 194/17

reach [1] 24/14

reached [6] 16/25 30/14
74/23 81/23 195/16 195/21

reaching [12] 17/6 17/23
58/22 59/6 59/17 60/7
69/22 70/12 73/3 77/11
81/20 173/5

react [7] 35/6 46/23 62/5
65/8 65/15 76/2 185/12

reacted [1] 87/20

reactions [1] 64/15

reactivation [1] 61/6

read [31] 14/20 26/12
41/24 58/24 61/13 70/14
75/10 90/8 98/2 107/12
107/25 108/10 108/22

**R**

**read...** **[18]** 109/9 111/8 111/10 111/17 117/11 117/14 119/14 119/16 137/2 137/6 140/4 150/13 165/20 167/2 189/25 190/7 191/24 196/16

**reading** **[4]** 107/11 111/12 144/21 166/18

**readings** **[1]** 108/18

**ready** **[2]** 14/13 32/24

**real** **[5]** 51/25 64/11 65/10 128/17 175/19

**real-life** **[2]** 64/11 65/10

**real-world** **[1]** 51/25

**reality** **[1]** 76/2

**realized** **[1]** 70/16

**really** **[4]** 11/20 70/18 192/18 198/20

**realm** **[1]** 21/3

**reason** **[9]** 49/20 52/16 101/1 101/3 101/4 106/9 111/4 118/6 123/22

**reasonable** **[9]** 15/22 16/4 16/11 16/17 51/9 86/5 86/8 87/15 192/10

**reasonably** **[5]** 82/9 145/3 166/23 169/20 170/1

**reasons** **[5]** 9/9 31/25 52/13 152/22 199/7

**reassemble** **[1]** 78/12

**rebuild** **[1]** 56/8

**recall** **[13]** 18/5 33/6 41/16 111/12 113/19 116/25 119/5 119/7 119/10 137/1 186/10 187/1 194/23

**receive** **[2]** 5/22 35/22

**received** **[4]** 13/11 70/5 73/10 134/2

**recent** **[1]** 10/12

**recertification** **[1]** 175/13

**recognition** **[1]** 60/17

**recognize** **[3]** 13/22 14/5 107/21

**recommend** **[2]** 16/8 154/7

**recommendation** **[2]** 62/20 88/7

**recommendations** **[8]** 29/23 52/13 57/4 140/24 141/6 154/19 167/20 189/24

**recommended** **[6]** 51/17 54/3 70/8 70/23 71/6 88/5

**recommending** **[1]** 62/17

**reconvened** **[2]** 116/11 187/25

**record** **[17]** 7/24 13/19 26/12 32/11 34/22 36/1 45/5 57/24 58/2 58/9 71/2 71/6 93/9 139/23 160/23 196/6 200/6

**recorder** **[1]** 133/12

**records** **[3]** 55/24 55/24 73/10

**recover** **[3]** 61/11 114/13 114/16

**recovered** **[2]** 86/10 87/21

**recovery** **[2]** 103/6 103/8

**recurrent** **[4]** 22/17 176/9 178/2 178/5

**redirect** **[3]** 3/10 171/15 171/17

**reduce** **[1]** 9/20

**reduced** **[1]** 189/1

**reduces** **[1]** 48/10

**redundancy** **[1]** 103/18

**REED** **[1]** 1/12

**reevaluated** **[1]** 63/12

**reevaluation** **[2]** 63/13 63/15

**refer** **[2]** 54/22 81/3

**reference** **[15]** 20/17 21/20 24/20 24/22 80/5

80/8 80/24 81/6 89/21 156/7 161/10 187/7 189/14 189/18 194/5

**referenced** **[2]** 24/25 80/11

**references** **[8]** 17/2 21/19 24/12 24/24 32/17 79/8 94/4 94/9

**referencing** **[1]** 159/2

**referred** **[6]** 37/24 48/23 82/2 96/12 117/25 177/15

**referring** **[13]** 14/1 55/8 112/24 112/25 115/15 119/25 120/2 120/7 143/1 143/3 184/6 184/7 191/10

**refers** **[1]** 50/22

**regard** **[6]** 9/13 15/23 18/8 75/13 86/16 193/11

**regarded** **[2]** 31/23 48/22

**regarding** **[20]** 16/7 16/12 17/9 18/21 19/20 24/14 25/20 32/10 60/1 63/4 63/11 74/15 146/8 154/6 159/11 169/21 170/2 174/24 184/3 193/1

**regardless** **[2]** 12/6 42/21

**regards** **[1]** 43/2

**regimes** **[1]** 40/2

**regional** **[1]** 177/5

**registered** **[1]** 68/1

**registry** **[1]** 42/21

**regulation** **[1]** 49/21

**regulations** **[5]** 21/21 22/12 23/19 23/21 178/12

**regulator** **[5]** 77/6 149/17 149/20 161/5 161/8

**regulators** **[13]** 89/13 89/24 99/5 149/23 150/2 150/7 154/10 155/9 155/14 155/19 155/21 169/3 169/8

**regulatory** **[7]** 8/8 95/24 98/18 98/18 98/20 99/22

**R**

regulatory... **[1]**  99/25

rehash **[1]**  153/20

reinforce **[2]**  65/12 166/21

reinvent **[2]**  29/12 31/8

relate **[1]**  22/8

related **[3]**  72/21 73/8
159/18

relates **[4]**  11/18 11/19
98/1 100/25

relating **[1]**  32/25

relative **[1]**  71/14

release **[3]**  61/6 92/1 92/4

Release......................
...93 **[1]**  3/25

relevant **[12]**  25/13 26/17
35/16 42/3 48/21 117/5
122/14 127/13 129/2 131/5
184/16 186/22

reliable **[2]**  72/1 139/9

reliance **[4]**  33/22 112/6
112/14 189/1

relied **[10]**  58/13 58/18
68/25 70/17 103/11 119/9
121/6 141/15 184/13 196/15

relief **[8]**  9/3 9/4 10/11
10/19 12/5 12/8 12/11
12/15

rely **[18]**  47/9 58/22 59/6
59/17 60/7 68/14 69/8
69/22 70/12 70/25 71/22
73/3 73/25 74/12 75/9
81/20 100/14 104/1

relying **[3]**  100/17 100/21
141/20

remedies **[1]**  6/2

remedy **[1]**  10/15

remember **[4]**  98/15 113/14
115/6 186/9

remind **[1]**  194/22

removal **[1]**  130/25

removing **[1]**  79/8

render **[2]**  8/3 8/11

rendered **[2]**  19/12 32/14

renew **[1]**  145/7

Renton **[1]**  156/12

repeat **[3]**  26/9 33/19
48/16

repeatedly **[2]**  112/7
112/15

repetitive **[2]**  9/21 61/8

rephrase **[1]**  159/5

replicate **[2]**  46/22 152/8

reply **[1]**  15/6

report **[144]**  6/20 13/10
15/17 17/1 17/8 17/16
17/17 18/14 18/21 18/25
19/2 19/12 19/20 20/1
20/6 20/8 21/10 21/19
23/8 23/10 23/12 24/1
24/6 24/8 24/10 24/18
24/22 26/16 26/16 26/25
28/5 28/14 29/20 30/18
30/19 33/9 33/16 33/24
34/4 35/16 35/17 35/19
54/19 55/1 55/6 55/12
55/12 55/15 57/5 57/10
57/16 58/12 58/13 58/17
61/5 66/22 67/14 67/17
67/19 68/7 68/8 68/14
68/24 69/2 69/17 72/5
72/5 72/10 72/17 72/18
73/6 73/18 74/14 75/7
77/1 82/2 94/10 94/15
94/21 94/25 95/1 95/2
95/6 95/9 95/9 95/12
96/16 97/8 97/12 97/17
97/18 97/22 98/1 98/14
98/17 100/22 100/23
103/19 104/25 105/4
106/13 106/14 106/17
106/25 115/20 123/8 131/1
133/5 133/7 134/19 140/11
140/13 140/23 140/25

143/2 144/9 145/1 147/17
148/13 149/8 151/14
153/2 153/23 154/17
154/20 154/24 155/3 156/1
156/5 159/21 160/22 163/8
163/13 172/22 174/23
177/8 178/14 178/19 181/11
184/2 184/18 193/7 193/10
194/4

Report.......................
91 **[3]**  3/22 3/23 3/24

Report...................**57**
**[1]**  3/17

Report...............**13 [1]**
3/16

Report...............**68 [1]**
3/18

Report...........**74 [1]**
3/19

Reporter **[1]**  200/18

Reporter's **[2]**  3/11 200/2

reporting **[2]**  159/11
178/24

reports **[21]**  6/19 19/14
20/2 24/14 24/20 25/1
33/5 33/12 57/8 57/12
61/2 74/11 100/19 100/25
101/2 140/9 144/21 174/21
176/24 177/4 177/7

reposition **[1]**  166/15

repository **[1]**  178/23

represent **[5]**  82/1 82/19
89/6 91/25 130/23

representation **[1]**  131/2

representations **[3]**  117/16
127/1 139/24

representative **[1]**  179/7

representatives **[1]**  190/8

representing **[1]**  4/6

Republic **[5]**  18/20 19/19
54/17 67/18 94/24

request **[5]**  9/9 12/5 73/10

**R**

request... **[2]** 82/11 196/1
requested **[1]** 9/3
requesting **[2]** 10/11 12/16
require **[9]** 78/19 99/2
99/6 125/19 125/23 135/4
136/8 162/23 164/12
required **[35]** 23/22 23/22
26/19 27/16 28/6 36/5
42/20 47/24 56/1 64/16
96/18 99/8 99/12 123/12
131/21 154/18 158/5 158/9
161/5 161/9 164/16 165/12
167/9 168/21 168/25 169/5
169/8 169/11 175/23 177/3
177/6 178/14 182/10
182/17 191/9
requirement **[7]** 23/21
36/17 38/14 81/14 162/19
181/14 189/23
requirement.' **[1]** 77/7
requirements **[21]** 22/4
24/1 24/2 47/14 60/19
74/20 76/11 78/19 112/19
113/4 113/5 113/7 148/4
148/5 149/4 154/10 154/13
154/14 155/7 178/21
189/15
requires **[1]** 103/8
requiring **[1]** 162/16
resemble **[1]** 57/11
reserve **[2]** 9/25 10/2
resource **[3]** 45/22 46/3
46/7
resources **[8]** 29/25 30/1
99/18 100/14 101/5 154/23
173/25 187/10
respect **[9]** 7/4 7/10 8/10
28/12 96/4 108/21 152/2
162/16 196/5
respectfully **[2]** 9/17 10/8
respond **[12]** 59/25 74/17

76/4 76/5 90/25 107/17
107/22 109/24 147/16
165/4 169/12 196/20
responded **[2]** 10/18 77/3
responding **[1]** 166/24
response **[3]** 9/6 9/11
59/16
responsibilities **[2]** 148/22
174/22
responsibility **[3]** 21/3
175/7 176/16
responsible **[8]** 54/9
138/21 147/19 148/3 176/8
178/6 178/10 178/20
rest **[1]** 47/3
restate **[5]** 110/25 132/17
135/17 142/20 169/23
restricted **[1]** 127/3
result **[5]** 7/14 34/11 42/5
45/10 175/21
results **[1]** 107/20
retired **[2]** 147/7 180/7
retrimming **[1]** 61/9
return **[3]** 86/10 87/22
88/8
reversal **[1]** 135/11
review **[14]** 21/4 23/9
23/18 36/23 38/25 59/24
97/8 123/18 125/10 151/21
151/23 152/4 193/19
193/23
reviewed **[11]** 19/15 24/11
32/16 33/2 40/9 51/16
69/10 111/4 140/15 177/3
194/3
reviewing **[1]** 23/17
reviews **[3]** 36/20 146/15
181/24
revised **[1]** 28/7
revision **[1]** 28/2
revving **[1]** 84/20
Richmond **[1]** 2/18

right **[192]** 4/4 9/1 10/20
12/23 13/18 14/4 15/14
16/23 18/4 18/5 18/6 18/18
20/14 21/7 21/18 23/4
25/12 25/17 28/12 32/4
32/7 33/18 35/24 37/9
42/23 48/21 52/22 54/12
55/11 57/25 58/8 58/12
65/21 66/16 67/13 68/23
69/17 72/3 80/19 85/10
88/23 91/14 93/2 93/15
95/17 96/1 96/5 96/25
97/12 99/19 105/5 106/14
106/20 112/10 114/13
114/19 115/5 115/11 116/18
118/21 118/25 121/7 121/13
121/18 122/25 123/6
123/12 123/16 124/10
125/13 125/20 126/9
126/14 127/14 127/19
129/7 129/11 129/15
129/25 131/24 132/6
134/16 134/21 134/23
135/23 136/14 136/18
137/10 137/14 137/18
137/19 138/2 138/13
138/15 139/14 140/1 140/7
140/14 140/17 140/21 141/8
141/12 141/17 141/25 142/5
142/25 143/10 143/12
143/16 143/19 143/21
143/24 144/10 144/18
145/3 145/4 145/19 145/22
146/9 146/16 147/1 147/9
147/17 147/23 148/13
148/16 149/4 149/11 149/17
149/24 150/3 150/8
150/24 151/7 151/25 152/9
152/13 152/20 153/5
153/13 154/7 154/15
154/20 155/3 155/10
155/19 155/23 157/2 157/4

**R**

**right...** **[43]** 157/25 158/6
158/11 159/12 159/23
160/3 160/7 160/15 161/1
161/17 162/21 163/2 163/11
163/13 164/9 164/12
164/13 164/25 165/5 165/9
165/13 167/12 167/17
167/20 168/22 169/22
170/3 170/18 171/13
172/24 173/12 176/21
178/3 180/7 182/24 184/9
186/6 186/20 187/9
187/23 188/1 188/20 189/7

**rights [1]** 5/23

**rigorous [1]** 49/3

**risk [16]** 16/20 56/25
76/23 84/11 84/17 84/21
84/23 85/5 85/9 85/16
85/18 86/21 86/24 87/2
87/4 197/12

**risks [1]** 85/12

**RMR [2]** 200/4 200/17

**role [10]** 67/8 67/10 75/8
94/20 101/17 108/4 113/23
113/25 125/15 158/18

**Room [1]** 200/20

**Roughly [2]** 19/14 23/12

**route [2]** 175/8 175/14

**Royal [1]** 175/22

**rudimentary [3]** 102/10
102/12 152/24

**rule [2]** 6/1 135/9

**ruled [1]** 127/2

**rules [1]** 74/2

**ruling [2]** 110/12 199/15

**run [1]** 86/23

**runaway [9]** 126/7 146/22
146/25 160/2 160/14
161/12 165/9 165/17 167/11

**running [3]** 61/7 142/8
142/10

**runway [2]** 84/15 85/10

**rush [1]** 133/19

**S**

**sadly [1]** 190/1

**safe [7]** 38/2 38/5 40/20
41/7 86/10 87/22 88/8

**safety [27]** 22/3 40/13
44/7 45/14 45/21 52/8
52/10 57/4 66/13 75/19
76/13 79/11 81/4 92/8
92/15 92/19 140/24 163/15
173/14 176/9 179/3 179/12
179/14 179/18 179/25
190/9 190/11

**said [36]** 45/5 49/15 57/6
58/13 61/2 67/6 78/22
86/12 88/11 92/6 97/1
97/7 99/18 101/8 111/5
113/9 113/11 113/23 114/15
117/1 119/16 125/13 127/17
128/18 128/18 138/21
139/18 140/4 154/22
170/15 174/7 183/2 186/11
190/6 192/5 192/15

**Salt [1]** 2/5

**same [22]** 10/23 11/2
19/25 42/15 52/5 53/19
57/14 60/11 60/25 67/20
70/22 74/10 76/19 82/21
85/15 95/9 111/23 130/7
175/18 182/7 193/14
198/12

**SANTOS [2]** 2/16 5/1

**sat [3]** 44/12 149/22
150/25

**satisfactorily [1]** 47/25

**save [1]** 196/7

**saved [1]** 78/22

**saw [3]** 30/18 70/4 99/8

**say [58]** 6/24 7/3 9/16
10/3 10/6 11/7 11/12 12/1
27/10 27/10 31/8 31/18

32/20 41/19 42/14 50/7
51/11 52/5 52/24 53/25
57/15 60/11 63/2 69/9
82/5 86/8 98/4 103/16
105/4 105/11 105/12 105/17
107/1 110/23 113/10 122/8
123/21 127/5 127/17
127/22 128/9 128/10
128/18 128/19 143/8 145/1
150/5 153/8 157/17 159/9
163/8 165/11 165/16
183/24 186/1 195/4 195/10
198/2

**saying [13]** 11/20 48/4
104/20 105/13 110/18
112/16 113/21 114/3 128/15
129/17 139/9 139/12 162/5

**says [31]** 6/8 26/14 33/20
35/13 38/20 54/15 55/5
64/11 73/8 77/1 80/22
81/2 81/13 83/2 83/9
83/17 84/3 89/16 92/18
113/3 130/21 131/6 131/9
156/16 157/1 160/25
163/13 169/16 180/3
184/12 189/10

**scenario [2]** 61/25 71/7

**scenarios [4]** 64/15 70/24
71/10 169/9

**scene [1]** 174/12

**schedule [1]** 197/2

**scheduled [1]** 197/4

**schedules [1]** 198/5

**school [1]** 40/22

**schools [2]** 44/12 173/22

**science [2]** 171/25 171/25

**scientific [1]** 151/24

**scope [8]** 102/2 127/1
150/22 157/21 158/19
164/18 169/21 170/2

**scrambling [1]** 78/6

**scratch [2]** 31/9 65/18

**screen [2]**  71/25 165/23
**Sea [2]**  53/8 53/13
**seat [1]**  13/6
**Seattle [1]**  156/12
**second [12]**  6/15 7/10 14/2
16/3 41/23 55/5 73/7
80/21 110/9 112/18 170/9
170/9
**seconds [3]**  74/16 76/5
107/16
**secret [3]**  30/7 31/4 110/7
**section [6]**  14/8 18/2
33/10 33/13 61/4 156/3
**sections [4]**  16/13 17/16
32/14 40/1
**secured [1]**  82/6
**see [63]**  5/4 7/11 7/15
12/12 15/17 17/8 18/15
18/22 19/11 19/17 19/21
21/4 22/24 32/16 33/4
46/15 49/8 54/15 55/1
55/13 56/6 65/3 65/4
65/4 65/5 66/12 72/9
73/6 73/14 79/24 80/5
80/8 80/16 80/21 81/9
83/7 83/14 83/20 83/23
84/5 84/6 89/11 90/10
90/14 92/10 107/8 107/22
108/5 112/7 156/7 156/9
156/18 156/25 164/22
165/22 169/18 171/13 179/1
179/18 187/15 188/21
189/17 193/20
**seeing [1]**  41/16
**seem [3]**  51/8 51/9 81/10
**seems [7]**  36/9 55/12
110/12 128/8 128/15 139/1
142/10
**seen [14]**  36/13 36/16
57/7 57/12 81/24 83/21
136/23 139/14 139/21

139/23 140/2 141/4 159/10
163/4
**selling [1]**  30/15
**Semiflight [2]**  43/21 44/22
**send [1]**  28/24
**sense [4]**  65/9 124/11
127/25 185/25
**senses [1]**  65/12
**sensor [4]**  71/3 103/12
112/6 112/14
**sent [1]**  50/22
**sentence [8]**  6/7 41/23
58/9 83/15 83/16 83/20
92/3 107/25
**separate [6]**  6/9 74/19
139/2 172/5 177/13 194/8
**sequence [2]**  56/2 166/13
**series [2]**  110/4 115/3
**served [2]**  148/10 148/18
**service [1]**  88/8
**services [1]**  65/7
**sessions [1]**  70/10
**set [29]**  11/12 15/20 16/16
26/10 33/19 53/5 66/22
72/14 85/21 87/6 105/1
105/15 123/20 123/25
128/4 132/18 138/9 138/12
142/24 143/8 143/12
143/16 154/10 154/13
154/15 155/7 179/1 179/9
179/10
**sets [1]**  54/3
**setting [1]**  41/25
**seven [1]**  180/6
**several [12]**  22/24 24/19
36/5 36/22 65/11 65/12
140/20 140/24 177/17
178/13 195/15 195/21
**share [3]**  81/17 138/14
179/12
**shared [1]**  178/25
**she [1]**  125/16

**she's [1]**  198/11
**sheets [3]**  74/20 194/9
195/1
**Shenkuh [2]**  4/14 4/15
**shocker [3]**  131/3 132/9
142/7
**shorthand [1]**  54/23
**shortly [3]**  53/8 69/5
86/17
**should [28]**  7/7 10/6 11/9
11/11 11/12 11/12 11/15
14/18 21/14 61/22 69/8
70/10 72/14 78/20 80/22
82/5 83/7 83/14 86/17
107/25 130/17 132/25
173/2 195/13 196/6 198/4
198/19 199/10
**shoulders [1]**  50/24
**shouldn't [2]**  27/10 58/4
**show [7]**  7/12 18/13 77/17
91/7 155/18 181/11 181/12
**showed [1]**  155/17
**shut [1]**  41/3
**shutdown [1]**  40/4
**sick [1]**  78/23
**sides [1]**  13/10
**sight [1]**  166/21
**sign [1]**  177/8
**signal [1]**  189/5
**signature [1]**  55/1
**Signed [1]**  200/15
**significance [12]**  58/25
59/9 59/20 60/10 60/24
61/14 62/3 69/11 69/25
70/15 74/13 176/22
**significant [10]**  58/18 59/1
69/1 75/1 75/4 75/11
76/12 76/17 76/25 191/22
**significantly [2]**  6/10
66/12
**sim [3]**  78/5 166/12 186/12
**similar [10]**  22/24 35/11

**S**

similar... **[8]** 48/24 60/20 67/16 68/8 82/19 91/3 91/11 182/4

similarities **[1]** 46/14

similarly **[3]** 33/16 42/4 68/11

simple **[3]** 40/6 71/15 164/8

simply **[6]** 14/14 15/4 29/22 35/21 91/7 110/17

Simuflite **[3]** 173/8 176/9 183/23

simulates **[1]** 64/11

simulating **[1]** 70/24

simulator **[78]** 22/5 22/10 22/15 31/2 40/22 43/13 44/13 44/14 44/17 44/18 44/19 44/20 45/2 45/23 46/2 46/25 49/7 49/11 50/11 50/12 50/14 62/24 64/3 64/7 64/8 64/10 64/11 64/13 64/13 64/24 65/1 70/7 70/10 70/20 74/18 75/18 76/11 77/4 77/15 78/13 88/5 88/11 99/3 99/6 99/12 107/16 125/24 127/21 130/13 131/21 135/4 136/8 147/1 158/5 161/5 162/19 162/23 164/12 164/16 165/3 165/9 165/21 166/10 166/14 166/20 167/9 167/10 168/25 169/7 169/11 173/11 185/22 186/8 186/25 188/9 192/16 192/19 197/10

simulators **[24]** 16/1 22/14 22/16 22/17 43/5 43/11 43/16 43/18 43/20 44/3 44/8 45/10 45/17 46/11 46/17 46/20 49/13 49/17

50/3 64/6 70/23 162/16 173/10 183/23

since **[6]** 11/2 14/12 17/5 20/8 60/20 67/16

single **[17]** 20/10 30/19 30/22 40/6 57/14 103/11 103/16 104/1 104/17 112/6 112/14 119/9 120/18 121/6 121/17 128/21 141/16

single-engine **[2]** 40/6 57/14

single-source **[2]** 30/19 30/22

sir **[134]** 5/12 13/7 13/18 14/4 14/11 15/19 17/3 18/23 19/13 19/23 20/19 25/14 45/15 63/8 64/4 83/16 93/23 93/25 94/3 94/7 94/18 95/1 95/16 96/16 97/7 97/16 97/20 97/21 98/8 98/12 98/13 98/16 100/9 100/17 101/14 101/16 101/22 101/23 102/22 102/25 104/25 105/13 106/1 106/12 107/8 108/6 108/7 111/22 111/25 112/8 114/19 116/16 116/19 117/10 117/21 118/2 118/7 118/11 119/1 120/8 120/11 120/15 121/3 121/20 121/23 121/25 122/19 123/8 123/13 124/13 124/15 126/5 132/17 135/24 136/11 136/23 138/19 138/25 139/15 140/9 141/2 141/4 142/22 143/18 143/22 144/3 144/4 144/8 144/15 144/19 144/24 145/13 145/17 145/20 146/10 146/13 146/21 147/3 147/6 147/13 147/16 147/18 147/21 147/24

148/2 148/14 149/10 149/15 149/18 151/16 151/22 152/14 153/14 153/19 154/3 154/8 156/2 156/10 156/14 157/3 157/16 158/14 159/4 159/14 162/9 163/1 163/18 163/20 164/7 165/16 168/3 168/18 171/1 171/19

sit **[5]** 103/14 165/11 181/25 195/2 195/3

site **[2]** 174/14 174/16

sitting **[4]** 50/16 65/17 133/20 175/19

situation **[23]** 39/5 39/6 39/12 40/12 40/14 41/13 60/1 61/17 61/18 62/6 62/8 64/11 65/10 65/14 70/20 71/18 76/22 86/9 90/1 90/14 103/3 166/6 186/18

situations **[6]** 39/7 39/16 46/23 60/17 63/17 71/22

six **[6]** 55/22 66/24 74/19 111/24 178/4 194/8

SJ **[1]** 2/3

skills **[2]** 79/10 163/15

skimmed **[1]** 14/20

slim **[1]** 69/14

slimmed **[1]** 37/16

slimmed-down **[1]** 37/16

small **[2]** 50/17 57/14

so **[170]** 4/6 6/4 6/9 8/6 8/9 9/13 9/21 11/18 11/18 12/11 12/19 12/23 14/2 14/24 16/15 18/12 19/7 20/6 21/18 23/8 25/1 26/24 28/8 28/12 31/4 31/7 33/8 36/10 37/2 38/17 39/20 39/25 43/25 45/5 46/22 47/10 48/2 49/20 50/2 51/11 53/22

**S**

**so...** **[129]** 54/5 54/8
54/22 54/24 55/11 57/2
65/11 65/12 68/3 68/12
71/2 71/6 71/19 74/10
74/14 79/23 80/4 80/7
89/15 89/24 90/5 90/14
94/3 94/8 94/14 96/3
96/16 97/2 97/25 98/7
100/11 103/25 105/9
105/16 106/9 106/24 107/5
107/10 109/8 112/12 113/3
113/21 114/4 115/11 115/19
116/3 118/11 118/16 119/11
119/13 119/16 119/17
119/22 120/6 120/12
120/15 121/8 121/14 121/19
125/5 127/3 127/20
127/24 128/8 128/12
128/17 129/23 130/15
131/6 131/9 131/12 131/14
131/17 131/19 132/22 133/1
134/14 134/24 135/21
136/2 137/7 139/8 140/1
140/2 140/8 142/10 151/8
153/15 157/24 161/19
162/10 162/21 163/7 163/8
163/19 164/23 165/25
167/5 167/7 167/8 167/22
171/8 171/9 172/16 178/10
180/5 183/23 184/23
185/5 185/16 185/19
185/22 186/21 187/6
188/12 189/22 190/10
190/18 190/21 195/9
195/13 195/17 197/10
197/25 198/10 198/14
198/17 199/7 200/10
**software** **[2]** 32/13 183/3
**solution** **[1]** 61/7
**some** **[57]** 6/22 12/21
16/24 17/6 18/13 20/24
24/23 25/7 25/12 25/16
26/3 31/13 32/6 40/15 42/23
42/24 45/2 47/11 63/24
66/8 75/2 77/14 83/3
83/10 90/2 98/13 100/17
101/11 102/15 106/12 111/3
113/22 115/4 115/14 116/3
138/20 158/25 166/19
171/19 171/21 173/5 174/18
178/7 184/9 185/17 185/25
190/14 191/2 191/16 191/20
192/3 192/25 193/17
195/23 198/16 199/12
200/8
**some-odd** **[1]** 26/3
**somebody** **[3]** 18/9 20/11
80/13
**someone** **[7]** 8/11 55/1
95/20 109/21 125/12
137/17 160/25
**something** **[40]** 8/4 18/19
30/6 30/7 39/9 39/17 41/5
47/13 48/23 49/13 50/1
56/4 56/4 56/5 64/23
65/19 66/5 78/24 80/22
89/6 89/9 93/8 94/17
102/23 103/14 103/22
104/14 113/1 113/9 113/12
113/14 127/7 145/9 166/13
171/7 181/12 183/13 184/2
186/21 199/1
**sometimes** **[2]** 39/15 61/2
**somewhat** **[2]** 14/1 198/17
**somewhere** **[2]** 172/12
172/14
**soon** **[1]** 177/19
**sophisticated** **[4]** 40/5
71/11 103/7 133/13
**sorry** **[13]** 24/5 27/5 27/7
33/8 43/24 54/5 75/5
92/16 105/12 109/2 117/21
179/8 191/1
**sort** **[14]** 11/16 22/25
23/14 43/17 48/21 84/4
85/12 102/16 135/12
137/21 144/5 191/2 191/20
193/20
**sorts** **[2]** 37/10 142/11
**sound** **[4]** 18/5 114/1
166/21 185/4
**sounds** **[10]** 14/12 18/6
35/7 100/11 123/24 133/14
136/12 136/16 180/7 187/9
**source** **[5]** 20/10 30/19
30/22 38/18 103/16
**speak** **[6]** 94/20 95/5
95/11 100/7 197/14 198/15
**speaking** **[1]** 42/15
**specialities** **[1]** 37/8
**specialized** **[1]** 190/22
**specific** **[7]** 18/1 32/7
75/25 96/12 164/7 175/25
176/1
**specifically** **[4]** 33/6 49/7
54/6 123/5
**specification** **[1]** 176/18
**specifics** **[2]** 32/6 47/11
**speed** **[18]** 13/8 82/18
118/20 123/5 126/14
126/18 132/1 134/21 136/1
157/25 158/3 158/9 161/21
161/24 162/23 168/20
169/21 170/2
**speeds** **[7]** 157/22 158/23
159/8 159/8 160/19 160/25
160/25
**spelling** **[1]** 13/19
**spend** **[1]** 30/2
**spent** **[2]** 17/19 44/6
**spill** **[1]** 197/7
**squarely** **[1]** 50/24
**squawks** **[1]** 56/3
**stabilize** **[1]** 62/6
**stabilizer** **[9]** 126/7 146/22

**S**

stabilizer... **[7]** 146/25
160/2 160/14 161/12 165/9
165/18 167/11

**Stacey [3]** 106/4 106/7
125/12

staffers **[1]** 17/15

stage **[9]** 8/23 15/20 16/16
26/10 33/20 41/25 53/5
66/22 72/14

stall **[2]** 71/17 71/18

stalls **[2]** 160/19 160/25

stamp **[1]** 28/9

stand **[2]** 114/5 114/6

standard **[8]** 9/18 9/25
10/5 22/18 44/4 46/17
54/4 174/24

**Standardization [20]** 23/3
23/5 147/4 147/25 148/10
149/8 152/5 152/8 152/13
154/19 154/24 155/3 157/8
157/13 158/4 167/25
168/19 168/25 169/4 175/2

standards **[10]** 22/1 34/10
44/15 44/15 46/21 176/13
178/2 178/8 179/3 179/14

standing **[8]** 5/22 5/24 6/4
9/8 10/13 12/14 12/15
12/17

standpoint **[1]** 9/1

stapler **[1]** 89/2

start **[11]** 31/9 31/15 32/6
40/3 56/10 116/3 166/15
195/9 197/20 197/25
199/2

started **[5]** 12/22 38/24
41/4 44/25 192/20

starting **[3]** 20/2 150/11
197/3

starts **[2]** 65/13 156/22

state **[5]** 13/18 127/13
176/15 176/16 179/21

stated **[3]** 9/9 88/6
158/10

statement **[90]** 26/9 26/11
26/22 33/20 33/25 35/10
35/13 38/19 41/22 41/24
42/6 42/8 42/12 48/17
50/20 53/6 66/23 67/5
67/6 72/18 83/4 83/11
92/10 111/9 111/16 111/19
114/6 116/17 117/11 117/16
117/18 117/23 118/9 118/12
118/17 118/23 119/2 119/7
119/15 119/19 120/1 120/9
120/17 120/23 121/2 121/4
121/9 121/15 122/23 123/2
123/14 123/18 125/6
126/24 127/3 127/6 127/18
128/3 128/4 130/9 136/3
140/4 140/5 141/10 141/14
141/19 141/23 142/2 142/7
142/12 143/3 143/6 143/1
150/12 150/14 150/18
150/20 151/1 151/2 151/2
151/4 157/20 158/10
158/12 158/15 184/10
184/12 186/17 187/8 190/8

statements **[5]** 25/25 26/6
33/21 33/23 92/6

states **[24]** 1/1 1/5 1/12
1/17 1/20 4/5 5/8 5/23
29/14 46/5 50/23 56/14
80/25 92/1 92/3 93/1
95/15 110/3 116/20 116/25
125/20 136/25 175/15
200/14

status **[1]** 6/7

statute **[1]** 11/24

statutes **[2]** 20/24 21/1

stay **[5]** 171/4 171/8 198/5
198/19 198/25

step **[3]** 11/19 11/21 195/8

steps **[5]** 11/19 39/15 41/6

53/22 129/3

ship **[15]** 6/16 11/22 11/17
79/9 94/6 99/2 129/16
130/6 130/10 130/13 135/4
143/1 147/8

stipulate **[2]** 172/20
172/23

stipulated **[1]** 128/10

stone **[1]** 83/19

stood **[1]** 113/18

stop **[7]** 23/4 64/24 92/9
110/19 139/13 166/14
176/21

Storesund **[1]** 198/23

**Street [6]** 1/18 2/11 2/13
2/18 2/24 200/20

strictly **[1]** 127/3

striking **[1]** 194/18

strongly **[1]** 77/17

structure **[6]** 49/18 56/22
179/17 182/4 182/6 182/14

stuck **[2]** 42/11 83/19

students **[3]** 181/19 181/23
182/8

stupid **[1]** 78/18

stupidity **[1]** 78/6

Subcommittee **[2]** 179/4
179/15

subdivision **[1]** 178/16

subject **[4]** 18/11 39/20
60/15 122/7

subjected **[4]** 84/21 84/23
85/13 86/25

subjects **[5]** 23/14 23/16
180/20 181/23 190/23

submitted **[2]** 14/20 153/7

subsequent **[2]** 20/7 43/10

substance **[1]** 15/4

substantive **[1]** 80/21

successful **[1]** 114/24

successfully **[4]** 77/18
86/10 114/13 114/16

**S**

such [7]  11/14 41/13 77/18
77/20 100/14 134/9
175/25
suffered [1]  194/6
sufficient [2]  24/13 47/24
suggest [1]  119/23
suggesting [2]  88/20
142/11
Suite [2]  2/13 2/24
sum [1]  161/19
summarizes [1]  193/7
summary [1]  75/6
supply [1]  185/2
support [6]  31/12 70/18
77/23 82/4 127/18 128/6
supported [2]  60/17 75/12
supports [1]  77/25
suppose [1]  66/17
sure [22]  18/6 31/11 36/20
52/9 93/7 94/8 96/15
99/13 99/14 106/24 108/2
111/2 113/20 115/17 126/15
135/20 138/8 141/3 151/1
159/10 168/8 174/21
surfaced [1]  5/16
surprise [7]  119/18 120/15
120/20 120/22 121/1 124/3
124/6
surprised [2]  8/21 121/3
surprising [1]  103/17
surrounding [2]  43/11 110/8
surveillance [4]  173/21
174/3 175/12 176/17
surveilling [1]  175/8
survivability [3]  19/6 20/4
56/20
suspect [1]  159/13
suspected [1]  134/1
switches [1]  133/14
sworn [2]  5/14 13/3
synopsis [1]  20/2

system [32]  32/13 32/13
35/7 35/13 35/16 56/19
61/23 63/11 70/21 71/25
76/1 84/24 84/24 85/2
87/10 98/5 98/6 103/15
112/20 124/16 134/20
156/17 156/17 156/22
157/1 157/2 166/25 179/10
179/18 188/25 191/23
system's [1]  59/23
systems [13]  26/18 35/1
35/3 35/5 37/1 37/13
42/19 56/7 59/24 60/13
164/1 175/13 175/14

**T**

table [2]  27/19 55/17
take [54]  7/19 8/15 9/5
23/9 24/7 27/18 28/2
29/8 29/17 31/10 33/13
38/8 49/12 52/7 52/16
53/10 53/22 54/12 64/17
64/19 66/10 67/2 67/13
78/21 80/4 80/7 80/20
84/13 84/20 86/15 88/2
88/19 116/2 116/2 133/1
133/2 142/17 171/7 179/17
181/3 181/9 181/22 182/8
186/1 186/7 187/10 187/22
188/13 188/20 190/1 190/7
191/7 195/13 198/9
taken [3]  86/18 105/20
105/21
takeoff [5]  40/3 40/3
53/8 66/25 69/5
takes [4]  88/7 133/16
134/7 174/13
taking [10]  7/2 53/13 74/6
84/15 86/6 86/20 93/5
106/22 182/9 196/11
talk [18]  20/14 32/5 32/9
42/25 62/11 62/13 83/5
83/12 84/4 84/11 106/16

147/17 147/25 148/12
158/8 161/7 181/6 194/2
talked [10]  41/20 77/18
83/3 83/10 88/1 140/9
143/8 144/20 169/15
186/22
talker [1]  198/17
talking [23]  6/21 31/15
33/8 51/6 52/22 53/24
67/21 68/4 70/6 83/22
87/14 88/12 88/13 89/24
89/25 90/1 122/11 124/16
137/16 184/23 185/3
190/23 191/5
talks [8]  21/24 22/9 48/25
78/1 89/13 107/10 127/10
142/8
taught [2]  65/2 76/4
taxi [3]  40/3 46/1 174/6
taxiing [1]  40/4
TC [1]  156/22
teach [4]  180/19 180/20
181/18 181/23
teaching [1]  180/21
team [8]  22/15 37/2 44/18
146/15 146/18 173/7
177/18 184/15
Tech [1]  177/24
technical [19]  31/12 77/3
77/17 80/15 108/15 109/6
109/13 109/16 109/19
109/22 111/5 111/6 111/13
117/24 149/22 150/7 158/2
175/20 184/15
technicians [1]  175/19
Telephone [7]  1/22 2/6
2/9 2/14 2/19 2/22 2/25
tell [18]  18/24 19/24 22/7
22/25 41/12 43/15 45/19
55/14 56/11 89/20 116/1
133/14 173/17 176/14
176/23 177/12 180/4

**T**

tell... **[1]** 180/25
telling **[2]** 47/12 79/15
tells **[1]** 188/21
temperature **[1]** 163/22
tens **[1]** 50/25
term **[1]** 103/19
terms **[2]** 71/15 151/1
terrorism **[1]** 137/17
test **[18]** 31/2 45/24 48/7
74/16 107/14 107/16
107/16 107/19 107/20
108/20 109/15 109/19
109/23 127/16 127/16
127/16 128/18 194/6
testified **[13]** 99/16 111/3
114/10 116/16 117/15
136/24 137/3 143/18
144/15 145/18 152/11
152/23 158/12
testify **[7]** 7/18 8/1 8/6
8/6 32/24 170/6 170/13
testifying **[2]** 100/8 105/5
testimony **[8]** 7/16 15/5
122/15 125/9 125/10 163/8
163/9 194/19
testing **[1]** 46/24
tests **[2]** 176/5 176/5
TEXAS **[8]** 1/2 1/6 1/17
1/18 2/14 2/24 200/18
200/20
than **[19]** 20/13 74/16
76/9 96/19 99/11 107/16
118/13 148/22 151/9 154/1
155/7 165/17 167/11 186/16
187/7 189/4 197/14 198/6
198/13
thank **[38]** 4/17 5/10 8/14
8/17 8/19 8/20 12/24 13/2
15/2 15/14 21/16 109/4
110/24 116/4 116/5 116/9
122/17 138/17 145/5

145/13 171/1 179/8 182/24
187/23 188/1 188/7 191/20
194/15 194/21 195/7
195/25 196/23 199/9
199/14 199/17 199/19
199/20 199/22
Thanks **[1]** 93/12
that **[1233]**
that's **[80]** 7/18 8/5 8/12
11/1 11/6 11/17 12/11 12/19
18/4 20/6 21/20 26/9
28/19 30/6 30/7 31/3
31/10 31/16 34/15 36/7
48/14 48/14 48/16 50/3
50/20 63/1 67/11 69/3
71/2 73/17 77/19 80/25
81/4 81/14 82/4 88/3 89/8
89/10 90/5 91/22 96/21
100/18 100/21 102/11
105/19 110/14 112/16 119/1
122/5 123/1 125/6 125/14
125/21 130/20 131/23
135/6 136/3 141/1 147/19
148/3 148/15 155/12
155/13 160/22 160/25
161/6 161/13 161/16 164/13
164/23 168/7 168/8 171/7
172/21 172/22 186/22
189/25 191/9 196/18
198/23
their **[77]** 5/22 7/16 7/21
9/9 10/18 17/16 19/6 24/1
24/3 25/4 27/22 27/23
27/24 28/23 29/2 29/8
29/9 29/9 29/18 30/3
31/13 35/5 38/12 52/7
54/18 55/20 55/20 57/4
59/24 60/13 61/19 61/24
63/19 67/25 68/1 77/16
78/5 97/5 98/21 98/23
100/18 103/5 104/14
104/22 105/2 105/4 105/6

105/10 105/16 105/23
105/24 113/9 113/9 114/11
130/12 131/8 133/5 143/9
152/12 153/21 153/22
154/11 155/19 155/22
155/22 167/14 167/20
174/13 175/13 175/13
179/18 179/25 180/17
191/11 192/20 192/23
193/2
them **[53]** 18/17 29/11
29/13 30/15 31/11 44/6
44/6 44/23 46/22 47/25
48/7 48/8 48/11 48/20
49/8 49/9 53/23 54/21
61/23 62/5 63/19 64/22
68/5 70/10 70/19 71/12
85/3 85/10 107/9 107/14
110/4 114/12 114/16 117/14
133/12 133/25 135/1
142/15 152/12 165/20
174/14 177/18 178/7
180/16 181/3 181/8 181/9
181/11 181/12 183/21
184/13 191/7 192/23
themselves **[2]** 130/16
192/23
then **[80]** 6/2 10/13 10/14
11/7 11/9 11/14 12/15 12/17
14/5 15/5 19/17 20/8
20/16 21/21 25/6 26/25
27/4 27/18 27/24 28/4
28/8 29/1 34/2 34/13 37/9
40/2 40/24 41/2 41/6
44/12 49/2 53/24 54/22
56/20 58/12 58/17 60/14
68/25 70/3 74/12 78/22
80/24 81/6 83/15 84/24
85/3 88/19 89/19 91/15
91/16 91/17 105/24 107/11
110/22 113/12 117/5 128/12
129/21 138/6 139/8 158/4

**T**

**then...** **[19]** 163/15 171/11
172/2 175/1 176/12 177/9
180/7 181/13 181/15 182/8
183/11 188/3 188/6 195/9
196/17 197/11 198/22 199/1
199/6

**there [139]** 12/2 13/22
15/17 15/17 17/5 17/11
18/7 18/19 19/22 21/21
22/12 22/14 22/21 22/24
23/4 23/5 23/15 23/16
24/2 24/19 26/3 26/25
27/2 28/19 29/20 31/15
31/17 36/10 37/1 39/2
39/3 39/15 40/18 41/6
45/20 46/15 49/16 49/17
50/4 51/4 53/17 54/5
54/20 55/16 59/15 59/20
62/15 64/15 64/21 65/17
66/5 66/7 67/14 67/16
70/4 71/21 72/15 73/7
73/14 76/19 78/12 78/14
80/11 82/3 86/24 90/6
90/8 90/11 90/13 90/14
92/9 94/12 95/25 97/1
98/4 101/24 111/23 112/1
113/3 113/9 113/12 114/19
114/22 119/22 120/15
124/2 126/25 129/8 130/2
130/9 131/6 133/20 134/20
137/9 137/13 139/13
140/24 142/22 144/13
144/16 144/22 146/14
153/9 162/18 164/11 166/13
173/3 174/15 174/17
174/19 175/16 175/16
176/21 176/25 177/1
179/18 180/2 180/19
181/23 182/1 184/1 184/9
184/20 185/6 185/17
185/19 188/5 189/8 189/8

189/13 189/13 191/16
194/21 194/23 194/23 195/2
195/5 195/13 195/15

**there's [43]** 11/3 11/4
11/19 14/8 18/1 19/18
21/20 25/6 28/25 36/22
41/23 53/15 55/5 65/19
72/13 72/17 76/22 80/24
81/6 83/15 103/17 105/10
105/14 109/17 109/18
120/22 121/1 122/23
123/14 136/16 137/20
138/6 140/5 141/14 141/18
141/23 142/2 143/6 143/15
156/7 169/24 171/19 185/4

**thereby [1]** 86/11

**therefore [3]** 59/3 61/17
166/22

**these [43]** 8/24 8/24 9/14
25/16 29/4 31/9 39/8 42/3
44/3 45/7 48/18 52/1
52/12 52/23 56/8 61/2
63/17 63/24 64/6 74/8
74/11 78/21 79/17 89/6
90/16 91/7 91/11 107/13
111/13 112/13 119/16 122/4
128/3 128/10 137/9 137/10
137/21 138/24 140/13
141/5 181/19 185/19 189/3

**they [346]**

**they're [18]** 10/11 12/16
14/21 21/24 28/24 31/10
32/1 36/20 42/18 48/12
52/16 76/20 76/22 76/23
88/11 90/1 133/16 169/5

**they've [4]** 30/24 30/25
40/23 71/23

**thing [13]** 7/24 11/17 11/18
12/4 25/23 60/11 74/10
138/10 157/18 166/9
183/24 193/14 199/3

**things [33]** 6/2 13/8 19/5

26/16 37/11 40/4 47/6
47/7 76/7 82/17 84/9
86/6 88/2 94/12 101/6
101/24 111/13 114/9 116/3
127/11 127/12 133/11
136/13 142/11 147/20
173/22 174/10 174/21
174/23 179/13 182/3
193/20 194/7

**think [99]** 6/19 6/23 7/6
7/10 8/5 8/10 8/25 10/12
11/6 11/17 12/11 14/9 18/1
18/4 18/18 22/25 25/18
25/24 26/3 29/24 30/18
32/11 34/21 35/11 37/24
45/13 47/12 48/22 50/5
53/5 54/22 57/6 58/13
61/2 63/22 66/7 69/4
69/14 70/6 71/3 72/9 73/7
74/8 77/19 79/3 79/21
83/2 83/7 83/9 83/14
89/8 92/2 96/4 99/18
100/11 100/13 101/8 102/1
105/13 106/1 107/24 111/5
113/17 113/21 113/23
122/14 127/24 130/15
131/11 131/15 131/15 132/18
132/25 135/14 139/7 140/1
142/6 144/15 145/18 171/4
171/14 171/19 173/12 183/2
185/13 185/17 186/22
191/19 191/24 191/25 192/4
192/15 194/3 197/7 197/8
197/16 198/10 198/17
198/19

**thinking [1]** 93/4

**third [2]** 1/18 16/10

**this [185]** 4/4 5/21 6/23
7/6 7/10 7/18 8/5 8/9 8/10
8/24 9/17 10/18 12/4 12/10
13/9 15/3 19/12 21/18 23/8
26/13 27/3 28/11 30/13

**T**

**this...** **[162]** 31/19 32/11 32/21 34/21 34/22 35/7 35/11 35/17 35/24 36/2 36/17 39/18 41/4 45/6 46/8 47/3 48/17 51/13 53/12 53/20 53/24 54/16 54/25 55/2 55/5 55/11 55/15 57/10 57/16 57/19 58/10 58/13 61/4 65/23 66/22 67/5 67/13 67/17 67/24 68/7 68/14 68/16 72/3 72/5 72/7 72/14 72/17 72/18 72/22 73/1 73/18 73/20 73/23 74/14 74/20 74/21 74/24 75/1 75/6 76/1 78/2 78/7 78/22 80/16 81/19 81/24 82/6 82/7 82/8 83/2 83/3 83/9 83/10 83/15 83/23 84/1 84/1 85/23 86/7 87/8 88/6 89/12 89/17 90/9 90/19 90/21 91/22 91/22 91/23 91/25 92/5 92/17 92/24 93/5 102/1 105/15 106/24 106/24 106/25 107/17 107/19 109/1 110/2 110/10 111/23 112/16 112/24 112/25 113/24 119/14 122/4 122/14 126/12 126/13 127/7 127/23 128/3 128/3 128/9 129/4 130/21 131/2 131/15 132/5 137/16 138/9 139/1 139/3 139/9 139/11 142/15 142/23 150/10 151/11 151/19 152/22 156/4 156/17 157/17 161/25 166/6 166/12 172/10 186/23 187/6 188/14 188/16 188/20 189/24 190/25 193/24 194/3 194/18

194/18 195/4 195/5 195/5 196/6 197/22 199/5 199/9 200/15

**thoroughly** **[2]** 76/20 76/24

**those** **[88]** 9/25 10/2 11/15 12/13 16/23 16/25 17/6 19/11 21/1 21/23 25/1 26/6 26/7 33/23 37/6 39/9 40/11 40/18 40/23 46/2 47/7 47/22 48/19 49/7 49/9 54/1 56/5 57/12 62/23 64/8 64/22 66/10 66/12 71/22 73/4 78/13 79/15 84/11 92/22 94/13 100/8 100/12 100/13 100/25 101/1 101/4 104/23 107/8 108/9 108/13 108/16 115/7 121/17 127/11 139/23 140/16 140/19 146/11 146/15 147/14 150/2 152/15 152/18 153/24 153/24 153/25 155/18 165/15 165/19 169/8 171/21 173/21 174/24 175/20 176/7 176/18 177/5 177/6 178/6 181/23 183/14 190/1 190/11 191/21 192/9 193/23 196/14 200/13

**though** **[9]** 10/3 10/21 113/21 126/17 138/8 164/23 169/5 186/16 193/7

**thought** **[7]** 70/1 76/25 99/16 104/21 105/11 105/15 186/25

**thousand** **[1]** 78/21

**three** **[5]** 6/19 40/1 89/3 135/8 189/13

**Throckmorton** **[1]** 2/24

**through** **[41]** 7/12 12/13 14/18 14/20 17/6 20/5 24/23 27/12 38/9 40/21

40/21 40/23 40/25 44/12 44/13 49/7 56/7 63/24 64/2 64/7 65/11 68/7 86/4 86/23 87/15 90/8 94/3 94/13 117/14 145/12 150/25 164/1 165/19 166/21 171/21 181/3 181/9 189/20 190/8 191/25 198/5

**throughout** **[1]** 122/4

**throw** **[1]** 195/11

**thrown** **[2]** 50/24 133/15

**tie** **[1]** 151/11

**tied** **[1]** 61/18

**time** **[53]** 11/12 13/9 16/21 30/2 40/16 41/11 55/21 57/19 61/7 62/19 62/23 68/16 72/3 73/20 74/7 78/21 82/7 84/14 84/17 85/14 86/16 86/17 90/21 92/24 97/9 97/23 115/15 117/11 120/3 124/2 126/15 127/22 134/7 134/19 135/12 135/21 136/9 147/22 148/9 148/18 158/19 159/2 168/22 170/8 171/8 172/10 175/15 177/13 185/20 185/24 186/9 188/8 199/12

**timely** **[1]** 56/2

**times** **[1]** 133/16

**title** **[3]** 20/18 21/1 22/25

**today** **[40]** 4/16 5/17 5/21 5/25 6/5 7/18 7/23 8/1 8/12 15/18 16/3 16/10 16/17 18/12 25/3 26/5 32/24 47/2 69/13 70/6 75/22 76/7 77/11 81/23 83/22 87/14 91/18 92/13 96/7 97/21 100/8 103/15 122/7 125/9 127/2 165/11 173/5 190/23 195/13 199/4

**today's** **[5]** 6/11 13/25

# T

**today's...** **[3]** 15/20 46/9 117/2
**together** **[2]** 37/3 102/8
**told** **[5]** 70/16 78/10 122/4 126/7 132/12
**tonight** **[1]** 171/8
**too** **[3]** 11/12 39/15 88/15
**took** **[12]** 16/21 49/12 49/15 49/20 50/3 58/24 74/16 84/23 99/11 107/15 129/3 187/6
**top** **[3]** 30/6 31/4 55/5
**topic** **[2]** 67/6 96/1
**topics** **[2]** 19/3 23/1
**totaling** **[1]** 51/7
**touch** **[2]** 49/9 198/25
**touching** **[2]** 66/8 166/2
**tough** **[1]** 95/4
**towards** **[2]** 14/7 55/4
**tox** **[1]** 56/16
**trace** **[1]** 86/4
**traced** **[1]** 87/15
**TRACY** **[4]** 2/10 4/9 195/15 195/19
**traffic** **[1]** 177/20
**train** **[3]** 48/15 49/9 103/6
**trained** **[26]** 22/11 24/2 34/19 34/20 43/19 48/3 50/13 59/23 70/19 76/20 76/24 76/24 85/1 85/1 87/20 126/9 143/25 144/13 146/25 161/13 161/17 163/2 163/10 163/20 165/8 166/22
**training** **[254]**
**trainings** **[2]** 63/25 64/7
**transcribed** **[1]** 200/10
**transcript** **[3]** 1/11 200/5 200/12
**transcripts** **[1]** 137/2
**transitioning** **[4]** 51/14

70/9 75/17 77/16
**transmitted** **[1]** 30/5
**transmitting** **[1]** 32/1
**transport** **[8]** 19/19 22/2 22/4 57/15 67/18 81/6 172/4 182/22
**Transportasi** **[1]** 54/17
**transportation** **[5]** 17/19 72/12 72/19 177/19 177/20
**traveled** **[1]** 4/16
**traveling** **[1]** 198/6
**travels** **[1]** 22/15
**tremendously** **[1]** 50/15
**trial** **[7]** 116/20 117/1 117/8 125/10 136/25 137/2 150/25
**tricked** **[1]** 78/20
**trickle** **[2]** 34/17 35/25
**trickle-down** **[1]** 35/25
**tried** **[2]** 76/6 78/11
**tries** **[1]** 77/6
**trim** **[3]** 61/6 65/4 69/6
**trims** **[2]** 41/14 133/15
**Triple** **[1]** 182/6
**true** **[3]** 42/15 150/15 200/5
**trustworthy** **[2]** 57/17 68/11
**truth** **[1]** 139/6
**truthful** **[1]** 52/19
**truths** **[2]** 33/21 92/6
**try** **[5]** 95/4 152/7 173/2 197/18 198/4
**trying** **[15]** 25/2 65/18 68/13 73/2 78/18 99/17 101/12 105/2 127/7 127/9 134/2 136/17 182/15 185/8 189/22
**turn** **[10]** 32/4 39/20 42/1 42/23 58/12 107/6 111/23 153/7 169/16 183/1
**Twenty** **[1]** 180/10

**Twenty-four** **[1]** 180/10
**two** **[52]** 5/18 11/19 40/7 42/24 44/6 44/21 49/12 49/15 50/3 51/12 61/1 66/10 66/12 73/12 76/3 79/15 79/20 88/2 88/3 88/23 88/25 89/1 89/1 90/9 90/16 91/16 91/19 92/22 100/12 100/13 110/2 112/3 117/24 121/17 123/3 133/4 137/25 139/3 145/3 153/9 153/16 153/18 172/8 172/8 182/18 184/14 187/20 188/22 191/17 192/19 197/4 198/22
**two-page** **[4]** 88/25 89/1 89/1 187/20
**type** **[30]** 19/12 20/1 27/16 44/22 45/24 47/23 48/3 48/11 53/19 54/8 56/23 57/2 68/14 73/2 73/17 81/21 98/8 98/10 144/25 148/4 148/25 150/1 156/7 166/9 172/7 172/8 172/8 172/9 177/16 182/21
**types** **[5]** 29/20 31/9 111/13 164/11 182/2
**typically** **[1]** 137/13

# U

**U.C** **[1]** 197/12
**U.S** **[4]** 20/18 72/18 99/6 125/24
**U.S.** **[13]** 26/20 27/6 27/6 27/9 28/12 42/2 42/11 42/18 51/19 52/6 122/20 126/7 126/8
**U.S.-based** **[12]** 26/20 27/6 27/6 27/9 28/12 42/2 42/11 51/19 52/6 122/20 126/7 126/8
**U.S.-manufactured** **[1]** 42/18

**U**

**Uh [2]** 73/15 197/5
**Uh-huh [2]** 73/15 197/5
**ultimate [1]** 138/1
**ultimately [5]** 88/19
 137/25 186/7 188/9 191/13
**unable [1]** 61/10
**uncommanded [7]** 41/10
 41/14 41/15 74/17 107/22
 183/8 183/13
**under [14]** 10/5 10/6 10/13
 11/1 11/22 28/24 43/22
 44/9 74/2 85/18 85/19
 112/2 164/21 172/9
**under-type [1]** 172/9
**undercut [1]** 77/23
**undermined [1]** 76/13
**underscore [1]** 35/11
**understand [36]** 10/21 11/7
 11/23 16/24 20/20 30/21
 49/2 51/18 54/18 66/5
 69/19 70/7 70/21 71/8
 88/10 95/16 105/3 120/6
 122/9 122/15 129/3 129/25
 131/11 136/16 136/17
 138/16 150/24 153/3
 157/18 163/19 168/8
 168/13 172/15 175/1 177/9
 194/20
**understanding [35]** 17/18
 17/21 17/22 36/3 36/4
 45/9 45/14 61/5 72/22
 73/17 85/2 86/3 87/13
 89/17 98/25 102/10 102/12
 103/13 114/22 115/24
 117/10 119/1 124/13 124/18
 124/21 124/23 125/1
 125/16 131/16 152/4
 152/24 184/24 185/1
 185/13 191/11
**understands [1]** 10/1
**understood [3]** 139/23

184/13 196/10
**undertake [1]** 193/19
**undisputed [1]** 53/6
**undo [1]** 9/4
**undoing [1]** 12/9
**unfair [1]** 110/6
**unfairly [1]** 110/13
**unfamiliar [2]** 112/5 112/13
**unique [1]** 44/20
**unit [1]** 176/4
**unitary [1]** 10/2
**UNITED [23]** 1/1 1/5 1/12
 1/17 1/20 4/5 5/8 5/23
 29/14 46/4 56/14 80/25
 92/1 92/3 93/1 95/14
 110/3 116/20 116/25
 125/20 136/25 175/15
 200/14
**UNIVERSITY [2]** 2/4 2/5
**Unless [1]** 182/14
**unlimited [6]** 102/17
 120/25 121/11 121/18
 141/25 142/4
**unpack [4]** 43/16 43/24
 84/19 191/4
**unscrew [1]** 78/6
**unstable [1]** 39/9
**unstinting [1]** 88/7
**until [5]** 103/24 171/9
 174/16 174/19 198/20
**unusable [2]** 16/14 32/15
**unusual [4]** 103/2 103/3
 103/6 103/6
**unwarranted [1]** 16/20
**up [51]** 4/20 8/16 13/6
 13/8 33/1 34/11 36/25
 40/16 40/24 41/3 41/8
 44/4 50/17 51/7 55/4 56/4
 57/3 63/15 65/14 79/21
 82/19 84/9 84/20 89/19
 97/5 101/10 104/23 116/3
 122/11 129/20 133/3 134/8

151/11 152/12 161/19
 167/22 172/5 172/20 178/4
 179/9 179/10 181/11 181/13
 183/2 183/23 184/2 185/8
 192/1 195/9 195/13 196/21
 199/3
**update [2]** 189/14 189/23
**updates [2]** 189/8 190/1
**updating [1]** 161/9
**upon [4]** 47/9 55/6 73/3
 81/20
**upper [2]** 80/6 80/8
**urge [1]** 194/17
**us [18]** 6/21 10/9 19/24
 22/7 26/9 43/15 47/12
 55/14 71/8 78/10 79/15
 176/14 176/23 177/12
 179/25 180/25 185/25
 188/21
**use [22]** 18/9 22/6 22/10
 22/18 23/18 23/23 24/3
 28/23 36/10 37/23 41/8
 44/18 46/17 49/25 50/13
 71/25 71/25 152/11 152/18
 161/25 178/5 195/1
**used [7]** 37/25 68/6
 103/19 113/15 113/17
 113/19 184/4
**useful [1]** 171/20
**uses [1]** 38/15
**using [2]** 77/20 191/11
**usual [1]** 19/3
**usually [10]** 37/18 40/6
 40/22 41/2 48/14 49/24
 57/2 57/3 144/25 174/15
**UTAH [3]** 2/4 2/4 2/5

**V**

**vague [1]** 67/5
**valid [1]** 79/9
**validation [2]** 156/8
 156/22
**vane [9]** 104/2 104/17

# V

**vane...** [7] 120/18 121/6 121/17 132/4 132/5 141/16 141/21

**variant** [4] 27/13 27/17 28/11 88/14

**variants** [1] 48/5

**variation** [4] 47/21 47/21 48/1 48/14

**variations** [3] 30/24 48/10 49/8

**varies** [1] 40/15

**various** [7] 17/16 20/17 21/21 21/23 40/2 180/20 195/20

**vary** [1] 39/23

**versed** [1] 114/7

**version** [7] 26/15 35/15 37/17 47/16 69/20 97/18 98/10

**versus** [2] 50/16 62/14

**very** [30] 4/12 5/6 5/21 6/18 12/20 21/22 37/13 38/13 48/18 57/2 58/10 59/1 69/14 71/3 71/15 71/17 71/20 84/6 102/10 102/10 102/12 128/25 133/13 139/16 142/10 142/13 163/24 191/22 198/7 199/23

**via** [1] 200/9

**Vickie** [2] 63/23 65/23

**victim** [6] 6/7 10/6 10/6 10/22 10/25 11/24

**victims** [3] 6/2 7/13 195/21

**victims'** [1] 6/20

**videoconferencing** [1] 200/10

**view** [9] 5/21 6/4 7/25 24/14 29/22 96/3 96/7 96/21 100/11

**violated** [2] 112/19 113/3

**violation** [5] 10/14 12/7 12/7 21/6 176/19

**VIP** [1] 177/16

**VIP-type** [1] 177/16

**Virginia** [2] 2/18 175/22

**visceral** [1] 65/9

**visual** [2] 165/25 166/1

**voice** [1] 133/12

**VOLUME** [1] 1/11

**vouching** [1] 139/5

# W

**wait** [1] 7/11

**walk** [4] 14/18 17/6 94/3 94/13

**want** [61] 4/14 14/19 14/25 18/18 25/22 25/23 26/9 26/10 32/5 32/9 34/22 35/2 35/25 36/9 37/16 38/19 39/20 40/12 41/22 42/23 45/5 47/7 48/16 50/19 52/9 52/23 54/12 62/13 63/16 64/2 83/4 83/11 84/4 84/13 85/21 85/23 86/15 87/6 87/8 88/2 90/8 92/2 94/13 119/19 138/19 139/22 153/7 164/5 169/16 171/10 174/19 183/1 186/5 187/14 193/3 195/10 195/11 196/14 197/25 198/4 199/13

**wanted** [7] 17/4 18/13 20/11 25/17 83/16 187/11 190/5

**wants** [1] 90/20

**warranted** [2] 15/25 43/4

**was** [284]

**Washington** [4] 1/21 2/21 156/12 177/15

**wasn't** [3] 18/6 103/20 119/19

**way** [25] 6/6 8/9 15/3 18/16 20/7 21/24 51/12 48/9 57/8 65/7 70/18 79/3 83/6 83/13 103/23 132/3 132/24 134/21 150/5 166/18 178/15 189/25 193/24 194/7 196/9

**we** [190] 4/6 4/19 4/21 6/3 6/8 6/10 6/15 6/16 6/17 6/22 6/23 7/5 7/6 7/11 7/15 7/15 7/22 7/24 8/5 8/9 8/10 8/23 8/24 9/1 9/6 9/8 9/13 9/16 9/23 10/1 10/2 10/17 11/9 11/11 11/12 11/12 12/6 12/7 12/21 15/3 15/9 15/16 20/14 21/10 24/5 32/5 32/6 32/6 41/7 44/6 44/10 44/17 44/22 45/1 45/5 45/6 49/21 50/23 51/24 52/11 53/24 54/25 55/11 56/16 56/16 58/1 66/17 67/21 68/3 68/8 73/6 74/8 77/5 79/21 79/23 79/24 80/21 80/22 82/10 83/5 83/7 83/7 83/12 83/14 83/14 89/19 90/14 90/19 91/11 91/19 93/9 93/23 94/1 94/2 94/7 103/5 106/23 110/5 110/9 110/15 111/16 111/22 115/14 116/2 116/7 118/3 120/12 133/21 133/21 138/2 142/8 143/1 151/13 158/25 161/19 161/25 162/12 162/14 168/12 168/18 168/24 169/3 169/7 171/8 171/14 172/23 173/23 174/2 174/2 174/23 174/23 174/24 175/11 175/11 175/14 175/16 175/18 176/15 177/14 177/17 177/18

# W

**we...** **[49]**  177/20 178/10 178/23 178/23 179/16 179/21 179/21 179/21 179/22 179/22 180/3 180/5 181/3 181/7 181/8 181/9 181/11 181/11 186/12 186/22 187/3 187/15 187/22 188/2 188/2 188/3 190/23 191/12 191/21 193/19 193/24 194/2 194/3 194/4 194/11 194/17 195/9 195/13 196/5 197/4 197/11 197/18 197/19 198/3 198/4 198/6 198/21 198/22 199/2

**we'd** **[2]**  169/11 172/20

**we'll** **[4]**  25/15 42/23 53/2 65/22

**we're** **[15]**  9/25 57/10 63/23 74/6 91/7 110/13 122/7 128/23 137/16 171/4 172/22 184/23 197/3 197/9 197/24

**we've** **[13]**  5/19 6/19 52/22 66/2 83/3 83/10 87/14 88/1 122/4 124/16 143/8 169/15 185/3

**wearing** **[1]**  200/9

**weather** **[3]**  19/4 20/4 56/12

**week** **[2]**  133/4 197/22

**weekend** **[2]**  198/5 199/23

**weeks** **[3]**  63/23 65/23 134/15

**weigh** **[2]**  196/12 197/21

**welcome** **[1]**  159/20

**well** **[47]**  7/23 8/1 16/23 24/19 25/15 32/4 32/12 34/25 38/23 47/11 48/19 50/11 52/22 53/2 53/3 53/19 61/12 65/16 65/18 67/25 69/16 73/14 75/4

78/24 88/8 91/8 103/2 105/13 110/7 114/7 116/25 117/4 132/18 139/9 139/21 158/21 159/1 159/7 168/3 182/24 185/18 186/21 187/15 196/20 197/18 198/19 199/22

**well-ingrained** **[1]**  65/16

**well-versed** **[1]**  114/7

**went** **[8]**  20/4 24/23 44/13 45/22 159/22 171/23 177/2 185/19

**were** **[140]**  6/1 7/13 10/23 11/8 11/9 11/10 18/1 18/7 19/8 24/17 24/19 25/13 31/23 35/17 41/2 42/4 43/22 43/25 44/3 45/4 45/6 45/14 46/2 46/3 47/12 49/12 50/4 53/24 57/1 58/18 59/12 59/15 60/22 61/12 61/17 62/1 62/23 67/1 67/9 67/21 67/23 68/4 68/9 69/1 69/6 69/7 69/14 70/6 74/11 74/23 75/20 76/15 77/8 77/21 78/24 79/12 79/14 79/17 83/22 84/21 84/22 84/25 85/12 85/14 86/24 88/13 88/20 90/15 91/5 93/4 94/17 95/14 97/11 98/3 98/13 105/13 106/12 108/16 108/18 108/20 109/10 109/11 109/12 113/5 113/21 113/22 114/3 115/3 116/16 118/9 119/8 125/2 128/5 130/8 137/9 139/11 139/19 140/6 140/10 144/12 153/9 153/11 163/25 165/8 165/25 173/14 174/8 175/2 175/19 176/6 176/12 177/6 177/9 178/10 178/23 182/14

182/14 183/3 184/6 184/11 184/12 185/7 185/15 188/5 190/1 190/4 190/11 190/14 190/25 191/5 191/16 191/17 191/18 191/21 191/25 192/25 193/17 194/2 194/7 200/10

**weren't** **[1]**  106/19

**what** **[274]**

**what's** **[14]**  13/21 54/13 65/9 72/22 107/6 109/21 109/25 117/18 124/18 125/6 133/1 135/16 143/3 184/10

**whatever** **[7]**  7/8 11/13 129/19 132/22 191/12 195/9 198/6

**wheel** **[2]**  29/12 31/9

**wheels** **[1]**  65/4

**when** **[44]**  24/18 31/7 31/15 31/18 32/6 37/6 38/24 47/15 62/16 63/18 65/12 65/23 66/6 78/11 84/14 85/16 88/11 91/11 91/23 92/4 103/4 112/5 113/21 117/11 126/11 129/4 131/6 134/7 134/14 136/16 139/11 149/7 151/13 157/17 160/24 181/7 182/9 182/10 184/4 184/23 185/7 191/5 191/8 192/20

**whenever** **[1]**  128/21

**where** **[35]**  12/2 12/11 21/4 31/16 34/13 40/18 41/19 56/4 64/15 70/20 71/21 71/23 76/3 76/22 79/17 82/4 89/17 90/14 95/19 105/4 111/12 111/16 111/17 119/8 137/3 138/24 139/24 156/22 177/24 181/18 181/25 183/18 186/11 195/1 195/2

**W**

whereby **[1]** 179/11

whether **[35]** 10/5 11/4
12/6 18/15 37/16 57/14
58/18 68/25 68/25 89/13
99/5 99/10 108/15 108/19
108/23 109/5 113/6 119/5
120/17 136/24 150/6
168/13 169/19 169/24
182/5 182/5 182/16 188/7
190/4 190/14 191/1 191/1
191/2 193/1 196/5

which **[59]** 9/3 9/4 10/17
13/10 14/9 17/1 21/19
27/19 33/20 37/19 41/24
44/21 46/1 48/12 49/24
50/23 59/12 61/22 65/7
69/19 71/13 72/7 72/9
84/25 88/4 94/23 95/8
106/23 111/5 112/19 112/22
117/3 119/24 126/15
126/24 130/3 130/9 133/12
133/15 133/15 140/11
140/25 150/12 153/10
153/25 155/2 156/4 166/6
166/10 166/20 174/5 174/5
177/14 178/2 178/17
188/13 188/25 192/11
196/16

while **[6]** 4/21 76/5 96/3
111/22 145/7 174/13

who **[30]** 4/6 4/8 6/11 9/2
27/25 28/23 36/20 47/7
50/25 54/1 54/9 54/18
55/11 77/6 90/15 92/21
94/20 95/5 95/11 106/16
108/12 112/12 117/24 118/9
138/11 138/24 147/7 182/8
195/16 197/9

who's **[4]** 6/16 8/11 55/1
63/24

Whoever **[1]** 7/2

whole **[4]** 34/25 48/12
120/3 145/12

whose **[3]** 4/14 92/15
184/24

why **[27]** 20/11 34/22
42/17 43/15 43/25 50/3
50/10 50/10 52/13 53/17
56/12 58/3 63/16 67/23
71/9 75/4 102/6 103/1
104/20 105/9 116/1 128/20
144/23 183/12 192/17
196/8 198/25

WICK **[1]** 2/23

will **[79]** 8/15 9/16 12/17
13/12 13/25 14/20 20/14
29/5 29/17 32/5 32/6
35/2 38/8 38/9 38/12
39/23 39/23 39/24 40/1
40/2 40/10 40/10 41/1
41/10 46/1 48/15 50/23
53/1 54/22 56/3 56/21
56/22 57/21 60/14 66/17
68/20 71/12 74/3 77/5
77/5 79/24 82/1 82/16
82/19 82/21 82/23 89/6
91/4 91/25 93/2 93/7
93/11 95/4 110/23 116/25
117/4 117/5 122/16 131/14
145/11 151/11 156/1 157/16
159/5 161/25 166/4 171/8
172/23 173/12 181/13
188/3 195/9 196/19 196/20
196/21 197/11 197/18
198/21 199/12

WILLIAMS **[3]** 200/4
200/17 200/17

wind **[1]** 71/14

withheld **[27]** 34/6 38/23
118/9 118/14 118/19 118/25
121/5 121/10 122/25 123/4
124/9 124/24 125/3
126/20 129/9 130/12

132/23 135/1 136/4 138/10
138/11 141/20 142/3 157/17
157/19 164/19 168/20

withhold **[1]** 130/5

withholding **[6]** 16/12
32/10 35/14 63/3 137/23
151/5

within **[14]** 36/22 37/5
37/13 55/22 68/1 99/2
100/18 100/22 133/4 134/9
135/8 166/24 176/16
178/18

without **[8]** 55/13 59/11
61/5 61/8 65/9 68/7
114/25 130/13

witness **[25]** 3/4 4/18 4/19
4/20 5/11 7/17 7/18 7/23
7/25 8/2 8/9 8/10 11/21
12/23 53/1 66/19 72/4
110/7 110/17 116/7 122/10
129/4 130/17 145/8 196/7

witness's **[3]** 122/15
131/13 194/18

witnesses **[6]** 5/20 7/8 9/2
82/11 197/4 198/16

won't **[1]** 199/15

wonder **[2]** 14/7 174/7

wondering **[10]** 10/21 15/3
37/16 42/12 65/17 128/2
128/20 188/13 191/4
192/17

word **[6]** 3/12 113/15
113/17 190/25 191/5 192/4

words **[4]** 23/20 42/11
98/5 161/25

work **[10]** 35/5 44/22
47/3 47/19 56/5 83/6
83/13 109/23 153/2 190/19

worked **[20]** 8/2 21/2
30/25 43/20 95/16 99/21
99/24 106/2 106/4 109/7
138/24 138/25 143/21

# W

**worked…** **[7]**  147/23 148/19 149/10 149/16 153/3 190/15 190/16
**working** **[5]**  12/12 20/23 44/6 49/12 191/25
**works** **[1]**  147/8
**world** **[13]**  22/15 29/15 51/25 54/4 54/4 86/7 87/16 89/14 98/14 131/7 132/13 174/4 175/10
**worldwide** **[1]**  90/4
**WORTH** **[6]**  1/3 1/6 2/24 178/4 200/19 200/20
**worthiness** **[1]**  20/4
**would** **[395]**
**wouldn't** **[8]**  42/14 128/12 128/20 162/2 186/4 186/15 192/15 192/18
**wrap** **[2]**  84/9 196/21
**wrapping** **[1]**  167/22
**wreckage** **[1]**  174/20
**write** **[2]**  56/4 153/9
**writing** **[2]**  65/19 77/4
**written** **[3]**  73/9 165/20 196/18
**wrong** **[3]**  64/23 64/25 166/13
**wrote** **[3]**  78/4 78/20 79/6

# Y

**yeah** **[18]**  13/24 45/4 72/24 73/19 92/23 101/11 102/14 104/11 140/1 140/22 145/10 167/4 170/11 187/5 187/15 187/21 195/7 196/25
**year** **[4]**  25/9 55/22 88/3 133/4
**years** **[16]**  19/9 19/11 20/23 36/14 44/6 49/12 49/15 50/3 95/17 133/4

145/19 180/6 180/6 180/10 180/13 180/16
**yes** **[237]**
**yesterday** **[3]**  117/14 119/14 199/6
**York** **[3]**  1/21 2/8 2/8
**you** **[684]**
**you'd** **[6]**  148/21 153/3 154/9 158/21 161/19 163/1
**you're** **[35]**  10/4 10/23 11/1 12/1 15/18 20/20 25/3 26/5 36/3 43/6 43/24 47/2 68/14 69/12 73/3 77/10 85/9 99/14 100/21 105/3 120/1 128/2 128/15 129/17 136/17 136/20 145/21 146/11 146/21 150/1 164/24 164/25 171/11 182/5 182/5
**you've** **[39]**  14/20 14/21 25/24 30/4 46/10 47/3 51/4 55/8 64/2 64/6 76/7 79/2 81/21 92/12 101/23 102/23 103/19 111/3 111/4 126/18 132/23 139/14 144/15 145/18 145/24 146/2 146/5 146/18 146/25 149/10 149/13 149/16 149/19 149/22 159/10 170/18 171/9 173/5 174/7
**your** **[278]**
**yourself** **[1]**  164/23

# Z

**Zekarias** **[1]**  4/14
**zero** **[2]**  83/8 83/15
**ZOIE** **[3]**  200/4 200/17 200/17
**zwilliams.rmr** **[1]**  200/21