UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 4:21-cr-005-O-1 |
| ) | |
| THE BOEING COMPANY, ) | |
| ) | |
| *Defendant* ) | |
| ) | |

**ORDER**

Upon the opposed motion of Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated ("victim family members"), for leave to file supplemental factual information in support of pending motions (the "Motion"), this Court finds that the motion should be **GRANTED**. It is hereby **ORDERED** that Exhibit 1 and Exhibit 2 to the Motion shall be deemed filed and are entered into the record in this case.

Signed this _____ day _____ 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE