IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **No. 4:21-CR-5-O** |
| THE BOEING COMPANY, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

## DEFENDANT'S MOTION TO WITHDRAW PATRICK HANEY AS ATTORNEY OF RECORD

Defendant The Boeing Company ("Boeing"), pursuant to LR 7.1 and 83.12, hereby move this Court for an Order withdrawing Patrick Haney as counsel of record for The Boeing Company.

Patrick Haney is leaving Kirkland & Ellis. Defendant continues to be represented by the attorneys below.

The requested withdrawal of counsel will not cause continuance or delay in this case.

Plaintiff is not opposed to this motion.

### CONCLUSION

Defendant respectfully requests that this Court grant Defendant's motion to withdraw Patrick Haney as attorney of record for Defendant, The Boeing Company. Defendant further respectfully requests that the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

Respectfully submitted,

**KIRKLAND & ELLIS LLP**
*/s/ Patrick Haney*
Craig S. Primis
DC Bar No. 454796
cprimis@kirkland.com

Mark Filip
IL Bar No. 6226541
Mark.filip@kirkland.com

Patrick Haney
DC Bar No. 1005326
patrick.haney@kirkland.com

Kirkland & Ellis LLP
1301 Pennsylvania Avenue NW
One Freedom Plaza
Washington, DC 20004
Tel:  202.879.5000
Fax:  202.654.9645

Jeremy A. Fielding
State Bar No. 24040895
jeremy.fielding@kirkland.com

Kirkland & Ellis LLP
4550 Travis Street
Dallas, Texas 75205
Tel:  (214) 972-1770
Fax:  (214) 972-1771

Patrick Haney
DC Bar No. 1005326
patrick.haney@kirkland.com

*Counsel for The Boeing Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, the foregoing was filed with the Clerk using the CM/ECF system.  The system will serve counsel of record.

*Patrick Haney*
Patrick Haney
