IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 4:21-CR-5-O |
| THE BOEING COMPANY, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

**[PROPOSED] ORDER ON MOTION TO WITHDRAW AS COUNSEL**

On this date came to be considered Patrick Haney's Motion to Withdraw as counsel of record for Defendant The Boeing Company. The Court, having considered the Motion and arguments of counsel, if any, is of the opinion that the motion has merit and should in all things be GRANTED. It is, therefore,

ORDERED that Patrick Haney is withdrawn as counsel of record for Defendant THe Boeing Company.

So ORDERED this _____, 2022.


_____
Reed O'Connor
United States District Judge