## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT COURT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| **v.** | ) | **No. 4:21-CR-5-O** |
| | ) | |
| **THE BOEING COMPANY,** | ) | |
| | ) | |
| *Defendant.* | ) | |

### DEFENDANT'S MOTION TO WITHDRAW RICHARD B. ROPER AS ATTORNEY OF RECORD

Defendant The Boeing Company ("Boeing"), pursuant to LR 7.1 and 83.12, hereby move this Court for an Order withdrawing Richard B. Roper as Attorney of Record for The Boeing Company.

The requested withdrawal of counsel will not cause continuance or delay in this case.

Plaintiff is not opposed to this motion.

### CONCLUSION

Defendant respectfully requests that this Court grant Defendant's Motion to Withdrawal Richard B. Roper as Attorney of Record for Defendant, The Boeing Company. Defendant further respectfully requests that the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

Respectfully Submitted,

**Holland & Knight**

Richard B. Roper
State Bar No: 17233700
richard.roper@hklaw.com

1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700 - Telephone
(214) 969-1751 - Facsimile

## **CERTIFICATE OF SERVICE**

I hereby that on September 29, 2022, the foregoing was filed with the Clerk using the CM/ECF system.  The system will serve Motion to Withdraw as Attorney of Record.

Richard B. Roper