IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| v. | ) | No. 4:21-CR-5-O |
| | ) | |
| **THE BOEING COMPANY,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**[PROPOSED] ORDER ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

On this date came to be considered Robert B. Roper's Motion to Withdraw as Attorney of Record for Defendant The Boeing Company. The Court, having considered the Motion and arguments of counsel, if any, is of the opinion that the motion has merit and should in all things be GRANTED. It is therefore,

ORDERED that Richard B. Roper is withdrawn as Attorney of Record for Defendant The Boeing Company.

So ORDERED the _____, 2022.

_____
Reed O'Connor
United States District Judge