UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Criminal Action No. 4:21-cr-5-O |
| THE BOEING COMPANY, | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Defendant The Boeing Company's unopposed Motion to Withdraw Patrick Haney as Attorney of Record (ECF No. 109), filed September 29, 2022. Having considered the motion and found that withdrawal of counsel will not cause continuance or delay in the case, the motion is hereby **GRANTED**. The Court **ORDERS** that Mr. Haney is hereby withdrawn as counsel of record for Defendant. The Court further **ORDERS** that the docket be amended to reflect Mr. Haney's withdrawal as counsel for Defendant and that he no longer be noticed of any pleadings, motions, or other documents filed or served in this case.

**SO ORDERED** this **29th day** of **September, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE