# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 4:21-cr-005-O-1 |
| THE BOEING COMPANY, | ) |
| *Defendant.* | ) |

## ORDER

Upon the motion of Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated ("victims' families"), leave to file a Reply in Support of Motion for Leave to File New Supplemental Factual Information in Support of Pending Motions, it is hereby:

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Reply in Support of Motion by Naoise Connolly Ryan, et al., Representatives of the Victims of the Crashes of Lion Air Flight JT610 and Ethiopian Airlines Flight ET302 for Leave to File New Supplemental Factual Information in Support of Pending Motions filed on September 29, 2022 as ECF 110 is deemed filed.

Signed this _____ day _____ 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE