IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 4:21-CR-5-O |
| THE BOEING COMPANY, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

## NOTICE OF APPEARANCE OF MARK FILIP

Notice is hereby given that Mark Filip enters his appearance as follows as counsel for Defendant, The Boeing Company in the above-styled and numbered case:

Mark Filip
IL Bar No. 6226541
mark.filip@kirkland.com
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Tel:  312.379.6440
Fax: 312.862.2200

Respectfully submitted,

**KIRKLAND & ELLIS LLP**

*/s/ Mark Filip*
Mark Filip
IL Bar No. 6226541
mark.filip@kirkland.com

Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Tel:  312.379.6440
Fax: 312.862.2200

Jeremy A. Fielding
State Bar No. 24040895
jeremy.fielding@kirkland.com

Kirkland & Ellis LLP
4550 Travis Street
Dallas, Texas 75205
Tel:  214.972.1770
Fax: 214.972.1771

Craig S. Primis
DC Bar No. 454796
cprimis@kirkland.com

Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202.389.5000
Fax: 202.389.5200

***Counsel for The Boeing Company***