IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-CR-5-O |
| THE BOEING COMPANY, | |
| Defendant. | |

### RESPONSE TO COURT'S ORDER OF OCTOBER 21, 2022

The United States of America respectfully files this response to the Court's Order of October 21, 2022, specifically to inform the Court if the parties seek to supplement their prior briefing on the issue of remedy. (Dkt. No. 116, at 18.) Counsel for the Government and counsel for the Movants have engaged in discussions and expect further dialogue including a substantive meet and confer meeting next week. This meeting may resolve certain outstanding matters.

Based on these discussions with the Movants, the Government respectfully requests fourteen days to file a memorandum on the issue of remedy, up to and including November 11, 2022. Counsel for the Government has discussed this proposed briefing schedule with counsel for the Movants and understands that the Movants will file their position with the Court separately. The Government has conferred with counsel for Boeing and can represent that Boeing also requests the opportunity to file an additional brief on the issue of remedy on or before November 11, 2022.

As such, the Government respectfully requests that the Court allow fourteen days for filing a supplemental memorandum on the issue of remedy.

Respectfully submitted,

| | |
|---|---|
| KENNETH A. POLITE, JR.<br>Assistant Attorney General<br>Criminal Division<br>United States Department of Justice | CHAD E. MEACHAM<br>United States Attorney<br>Northern District of Texas |
| By: <u>s/ Jerrob Duffy</u><br>Jerrob Duffy, Deputy Chief<br>New York Bar No. 2803559<br>jerrob.duffy2@usdoj.gov | By: <u>s/ Chad E. Meacham</u><br>United States Attorney<br>Texas Bar No. 00784584<br>chad.meacham@usdoj.gov |
| United States Department of Justice<br>Criminal Division, Fraud Section<br>1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>202-514-2000 (office)<br>202-514-3708 (fax) | United States Attorney's Office<br>Northern District of Texas<br>801 Cherry Street, 17th Floor<br>Fort Worth, TX 76102<br>817-252-5200 |

## Certificate of Service

I certify that on October 28, 2022, I electronically filed this pleading with the clerk of the court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system, which will send a notification of electronic filing to notify counsel for the defendant and movants.

By:  *s/ Jerrob Duffy*
     Jerrob Duffy, Deputy Chief