UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4-21-cr-00005-O |
| Plaintiff, | |
| vs. | |
| THE BOEING COMPANY | |
| Defendant. | |

---

**[PROPOSED] ORDER**

Upon the motion of POLSKIE LINIE LOTNICZE LOT S.A. ("LOT"), for a finding that the Boeing Deferred Prosecution Agreement was negotiated in violation of LOT's rights under the Crime Victim's Rights Act, 18 U.S.C. § 3771, it is hereby:

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the parties to this case confer with LOT regarding the implementation of the remedies granted herein.

Signed this _____ day _____2022.

_____

The Honorable Reed O'Connor
UNITED STATED DISTRICT JUDGE