UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § Criminal Action No. 4:21-cr-5-O |
| THE BOEING COMPANY, | § |
| | § |
| Defendant. | § |

## ORDER

Before the Court are the United States of America's Response to Court's Order of October 21, 2022 (ECF No. 119), filed October 28, 2022; and the Crime Victims' Representatives Response to Court's Order of October 21, 2022 Regarding Supplemental Remedies Briefing (ECF No. 121), filed October 28, 2022. The Government has indicated its desire (as well as Boeing's) to submit additional briefing with respect to the issue of remedy given the Court's recent determination that the Crime Victims' Representatives have standing to assert rights under the Crime Victims' Rights Act (CVRA). *See* Second Memorandum Opinion & Order, ECF No. 116. The Crime Victims' Representatives do not oppose supplemental briefing but request an opportunity to reply to any additional briefing offered by the Government or Boeing.

The Government and Boeing ask for fourteen days to provide supplemental briefs on the issue of remedy, after the Government meets and confers with the Crime Victims' Representatives the week of October 31, 2022. Accordingly, the Court **ORDERS** the Government and Boeing to file supplemental briefs no later than **November 11, 2022**. The Crimes Victims' Representatives may file a reply no later than **November 18, 2022**. The Court further **ORDERS** that supplemental briefs **shall** contain only new arguments with respect to the issue of remedy and **shall not**

reiterate arguments previously made in relevant briefing. Additionally, the briefs shall inform the Court of any prior remedies proposals that have been resolved or are moot as a result of the parties' scheduled meet and confer, if any.

**SO ORDERED** this **30th day** of **October, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE