UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
|   *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 4:21-cr-005-O-1 |
| ) | |
| THE BOEING COMPANY, ) | |
| ) | |
|   *Defendant* ) | |
| ) | |

**ORDER**

Upon the opposed motion of Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated ("victim family members"), for leave to re-file Proffer of Facts Supporting their Position on Remedies and Request for an Evidentiary Hearing (the "Motion"), this Court finds that the motion should be **GRANTED**. It is hereby **ORDERED** that the Court allows the Victims' Representatives to proffer the facts recounted in Exhibit 1 to their motion. The Court takes under advisement their motion for an evidentiary hearing, pending further briefing on the issues of the appropriate remedies for the Government's violation for the Crime Victims' Rights Act.

Signed this _____ day _____ 2022.

                                                      _____
                                                      Reed O'Connor
                                                      UNITED STATES DISTRICT JUDGE