IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-CR-5-O |
| THE BOEING COMPANY, | |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION OF POLSKIE LINIE LOTNICE LOT S.A. PURSUANT TO CVRA**

The United States of America respectfully files this unopposed motion to request an extension of time to file a response to the motion of Polskie Linie Lotnicze Lot SA ("Lot Airlines") pursuant to the CVRA (Dkt. No. 120). Counsel for the United States and counsel for Lot Airlines have discussed certain issues raised by the motion, and expect to have an additional meet and confer session this week. Some of the issues raised by the motion relate to the relief requested in the various motions filed by the crash victims and that were addressed in the Court's Order of October 21, 2022 (Dkt. No. 116).

In order to fully consider the issues raised by the motion, the Government respectfully requests that the Government and Boeing have twenty-one additional days to respond, up to and including December 2, 2022. As part of this request, the Government also requests that Lot Airlines have up to and including December 23, 2022, to file any reply memorandum.

Counsel for the United States has discussed this motion with counsel for Lot Airlines and counsel for Boeing, and can represent that they do not oppose the relief requested.

Respectfully submitted,

| | |
|---|---|
| KENNETH A. POLITE, JR. | CHAD E. MEACHAM |
| Assistant Attorney General | United States Attorney |
| Criminal Division | Northern District of Texas |
| United States Department of Justice | |
| | |
| By:  s/ Jerrob Duffy | By:  s/ Chad E. Meacham |
| Jerrob Duffy, Deputy Chief | United States Attorney |
| New York Bar No. 2803559 | Texas Bar No. 00784584 |
| jerrob.duffy2@usdoj.gov | chad.meacham@usdoj.gov |
| | |
| United States Department of Justice | United States Attorney's Office |
| Criminal Division, Fraud Section | Northern District of Texas |
| 1400 New York Avenue, N.W. | 801 Cherry Street, 17th Floor |
| Washington, D.C. 20005 | Fort Worth, TX 76102 |
| 202-514-2000 (office) | 817-252-5200 (office) |
| 202-514-3708 (fax) | |

## Certificate of Service

I certify that on November 7, 2022, I electronically filed this document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system, which will send a notification of electronic filing to notify counsel for the defendant and movants.

By:    *s/ Jerrob Duffy*
Jerrob Duffy, Deputy Chief