IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal Action No. 4:21-CR-5-O |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant, | § | |

**[PROPOSED]**
**ORDER SETTING BRIEFING SCHEDULE FOR MOTION OF**
**POLSKIE LINIE LOTNICE LOT S.A. PURSUANT TO CVRA**

The Court having considered the unopposed motion of the United States of America ("the Government") for extension of time to file a response to the motion of Polskie Linie Lotnicze Lot SA ("Lot Airlines") (Dkt. No. 120), and the respective positions of the parties, the Court hereby orders the following briefing schedule in this matter:

The United States and Boeing shall file a response to the motion of Lot Airlines on or before December 2, 2022.  Lot Airlines shall file any reply on or before December 23, 2022.

**SO ORDERED** this _____ day of November, 2022.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**