UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal Action No. 4:21-cr-5-O |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

# ORDER

On October 28, 2022, LOT moved the Court to find that the airline has standing under the CVRA (ECF No. 120). Now before the Court is the United States of America's Unopposed Motion for Extension of Time to File Response to Motion of Polskie Linie Lotnice Lot S.A. ("LOT") Pursuant to CVRA (ECF No. 125), filed November 7, 2022. Having reviewed the motion and noting the agreement of the parties, the Court **GRANTS** the motion (ECF No. 125) to adjust the briefing schedule by 21 days. Accordingly, the Court **ORDERS** the Government and Boeing must respond no later than **December 2, 2022**. LOT may file a reply no later than **December 23, 2022**.

**SO ORDERED** this **8th day** of **November, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE