## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No.  4-21-cr-00005-O |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| THE BOEING COMPANY | § | |
| | § | |
| Defendant. | § | |
| | § | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### NOTICE OF APPEARANCE AS COUNSEL

TO THE HONORABLE COURT:

Now comes Evan Kwarta, of Condon & Forsyth LLP, and hereby enters a Notice of Appearance on behalf of POLSKIE LINIE LOTNICZE LOT S.A. ("LOT") in the above-titled and numbered matter. Counsel therefore requests that all pleadings, motions, notices, and documents filed or served in this case be sent to him. Evan Kwarta certifies that he is admitted to practice law in the Northern District of Texas.

Dated:  November 8, 2022

Respectfully submitted,

CONDON & FORSYTH LLP

*/s/ Evan Kwarta*
Evan Kwarta, Esq. (Bar No. 4401543NY)
Condon & Forsyth LLP
7 Times Square – 18th Fl.
New York, NY 10038
Phone: 212-490-9100
Facsimile: 212-370-4453

*Attorney for Polskie Linie Lotnicse LOT S.A.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 8, 2022, the foregoing document was served on the parties

to the proceedings via the Court CM/ECF filing system.


*/s/ Evan Kwarta*____
EVAN KWARTA