UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  *Plaintiff* )<br>)<br>v. )<br>)<br>THE BOEING COMPANY, )<br>)<br>  *Defendant* )<br>_____ ) | Case No. 4:21-cr-005-O-1 |

**ORDER**

Upon the Opposed Motion of Naoise Connolly Ryan, Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated ("Victims' Families"), for a Finding that the Government Has Violated the Crime Victims' Rights Act by Failing to Confer Before Filing Its Remedies Brief, to Strike the Government's Remedies Brief, and for an Accelerated Decision, this Court hereby **ORDERS** that the Government and Boeing shall file any opposition to the motion by 4:00 p.m. Central Standard Time on Wednesday, November 16, and that the Victims' Families shall file any reply by 10:00 a.m. Central Standard Time on Thursday, November 17.

Signed this _____ day _____ 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE