UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Criminal Action No. 4:21-cr-5-O** |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Unopposed Motion by Naoise Connolly Ryan et al. for an Extension of Time to File a Reply Regarding Remedies (ECF No. 132), filed November 14, 2022. Having reviewed the motion, noting it is unopposed, and finding good cause, the Court **ORDERS** that the Crime Victims' Representatives may file a reply brief regarding remedies no later than **November 22, 2022**. As previously ordered, the brief shall inform the Court of any prior remedies proposals that have been resolved or are moot as a result of the parties' scheduled meet and confer, if any.

**SO ORDERED** this **14th day** of **November, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE