IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | **No. 4:21-CR-00005-O** |
| THE BOEING COMPANY | | |

**THE UNITED STATES OF AMERICA'S RESPONSE IN OPPOSITION TO
NAOISE CONNOLLY RYAN, ET AL.'S MOTION FOR LEAVE TO RE-FILE
PROFFER OF FACTS SUPPORTING THEIR POSITION ON REMEDIES
AND REQUEST FOR AN EVIDENTIARY HEARING**

The United States of America (the "Government") respectfully opposes the motion of the representatives of eighteen victims of the Lion Air Flight 610 and Ethiopian Airlines Flight 302 plane crashes (the "Movants") seeking to obtain leave of the Court to re-file a proffer of various purported factual assertions made in their previous filings, *see* ECF Nos. 124, 72, and 107. The Government continues to object to the admission of these proffered facts for the reasons previously stated in its filings in opposition (*i.e.*, ECF Nos. 73 and 114—the Government's pleadings responding to ECF Nos. 72 and 107, respectively; *see also, e.g.*, ECF Nos. 58, 60, and 128), which it incorporates by reference herein.

The Government also respectfully submits that the Court's October 21, 2022, ruling mooted the need to consider the proffered facts. At the same time that the Court issued its order finding that Movants have "status as lawful representatives of crime victims under the CVRA and that they therefore have standing to assert rights under the Act," the Court "DENIE[D] as moot Movants' related pending motions (ECF Nos. 72, 107, and 115)." Nothing has changed since the Court issued its mootness ruling as the proffered facts have no bearing on the only question now pending before the Court—the issue of remedy.

For these reasons, this Court should deny the Movants' motion for leave to re-file a proffer of certain purported facts and request for an evidentiary hearing.

Respectfully submitted,

KENNETH A. POLITE, JR.          CHAD E. MEACHAM
Assistant Attorney General       United States Attorney
Criminal Division                  Northern District of Texas
United States Department of Justice

By: _s/ Kenneth A. Polite, Jr._      By: _s/ Chad E. Meacham_
Assistant Attorney General       United States Attorney
Pennsylvania Bar No. 326446    Texas Bar No. 00784584
kenneth.polite@usdoj.gov      chad.meacham@usdoj.gov

United States Department of Justice   United States Attorney's Office
Criminal Division                 Northern District of Texas
950 Pennsylvania Ave., NW     801 Cherry Street, 17th Floor
Washington, D.C. 20530       Fort Worth, TX 76102
202-514-2000                  817-252-5200

**<u>Certificate of Service</u>**

I certify that on November 21, 2022, I electronically filed this pleading with the clerk of the court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system, which will send a notification of electronic filing to notify counsel of record for Defendant Boeing and the Movants.

*s/ Jerrob Duffy*
Jerrob Duffy
Deputy Chief, Fraud Section
New York Bar No. 2803559