UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:21-cr-005-O |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

The following counsel is admitted or otherwise authorized to practice in this Court, and hereby enters an appearance as counsel for Movants, Marti Faidah, Etmidalti, Ferry Pranata, Endang Sri Rejeki, RR Ine Yunita SI, Ulfah Kusumaningsih, Hasanuddin, Siti Fatimah, Bina Asta Mastiti, Rismayanti, Fendy, Ratna Sari Dewi, Herlina Husain, Sri Subekti, Dian Anindita Suryani, Liyanah, Mardona, Mu'Minah, Gusmardi, James Sianturi, Irianto, Emmy Delima, Nursia Manurung, Norman Purnama, Handy Wijaya, Tayeb Tahir, Meylanda Crisdiana, Sri Husman, Edi Susanto, Epi Samsul Komar, R. Ayu Ghea Sofa Anggraini, Umar Nayiri, Ferdian Putra, Iskandar, Lutfiyani Eka Putri, Ulfa Wiwit Chasanah, Abdul Rahman, Amri Syakban, Ansori, Petty Novita, Septi Riyani, Septi Dursbianti, AM I. Talib, Oey Swan Nio, Endo Prabowo, Zainal Abidin, Anzar Agustian, Ellisa, Andy Fhildyna, Tandina Sukarno Putri, Glato Kodjovi, Mohamed Farrag Mohamed Megali, Welly Chandra, Winda Juwita, Siti Anbiya G. Ishimichi, Vetri, Mimin Suratmi, Ansori, M Manik, Kiki Merdekawati, Puspawijayanti, ? (collectively "Movants"):

---

NOTICE OF APPEARANCE OF COUNSEL                                                                 PAGE 1

Jason R. Marlin
Texas State Bar No. 24050989
jmarlin@baileybrauer.com

**BAILEY BRAUER PLLC**
8350 N. Central Expressway, Suite 650
Dallas, Texas 75206
Telephone: (214) 360-7433

                                             Respectfully submitted,

                                             */s/ Jason R. Marlin*
                                             Jason R. Marlin
                                             Texas State Bar No. 24050989
                                             jmarlin@baileybrauer.com

                                             **BAILEY BRAUER PLLC**
                                             8350 N. Central Expressway, Ste. 650
                                             Dallas, Texas 75206
                                             Telephone: (214) 360-7433

                                             - And -

                                             Adrian Vuckovich (pending *pro hac vice*)
                                             Illinois State Bar No. 6207978
                                             av@cb-law.com

                                             **COLLINS BARGIONE & VUCKOVICH**
                                             One N. LaSalle Street, Suite 300
                                             Chicago, Illinois 60602
                                             Telephone: (312) 372-7813

                                             **ATTORNEYS FOR MOVANTS**

## CERTIFICATE OF SERVICE

      On November 22, 2022, I filed the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas. I hereby certify that I have served the document on all counsel of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                             */s/ Jason R. Marlin*
                                             Jason R. Marlin