# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | | Case No. 4:21-cr-005-O |
| § | | |
| **THE BOEING COMPANY,** § | | |
| § | | |
| **Defendant.** § | | |

## ORDER GRANTING MOTION TO SEEK
## REMEDIES PURSUANT TO CRIME VICTIMS' RIGHTS ACT

On this day, the Court considered the Motion to Seek Remedies Pursuant to Crime Victim's Rights Act filed by Movants Marti Faidah, Etmidalti, Ferry Pranata, Endang Sri Rejeki, RR Ine Yunita SI, Ulfah Kusumaningsih, Hasanuddin, Siti Fatimah, Bina Asta Mastiti, Rismayanti, Fendy, Ratna Sari Dewi, Herlina Husain, Sri Subekti, Dian Anindita Suryani, Liyanah, Mardona, Mu'Minah, Gusmardi, James Sianturi, Irianto, Emmy Delima, Nursia Manurung, Norman Purnama, Handy Wijaya, Tayeb Tahir, Meylanda Crisdiana, Sri Husman, Edi Susanto, Epi Samsul Komar, R. Ayu Ghea Sofa Anggraini, Umar Nayiri, Ferdian Putra, Iskandar, Lutfiyani Eka Putri, Ulfa Wiwit Chasanah, Abdul Rahman, Amri Syakban, Ansori, Petty Novita, Septi Riyani, Septi Dursbianti, AM I. Talib, Oey Swan Nio, Endo Prabowo, Zainal Abidin, Anzar Agustian, Ellisa, Andy Fhildyna, Tandina Sukarno Putri, Glato Kodjovi, Mohamed Farrag Mohamed Megali, Welly Chandra, Winda Juwita, Siti Anbiya G. Ishimichi, Vetri, Mimin Suratmi, Ansori, M Manik, Kiki Merdekawati, Puspawijayanti (the "Motion"). After considering the Motion and all documents on file in the case, the Court is of the opinion that the Motion should be and hereby is **GRANTED** in its entirety.

Is therefore ORDERED that the Government shall comply with the Crime Victims' Rights Act and confer with counsel for Movants in accordance with 18 U.S. C. section 3771(a).

                                                                                       Reed O'Connor
UNITED STATES DISTRICT JUDGE