IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-CR-00005-O |
| THE BOEING COMPANY | |

### THE UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO STRIKE AND SUPERSEDE THE UNITED STATES' PREVIOUS FILING REGARDING ARRAIGNMENT OF BOEING AND A HEARING ON CONDITIONS OF RELEASE

The United States of America (the "Government") writes to request leave of the Court to strike its previous Response to the Motion Filed by Representatives of Certain Crash Victims of Lion Flight 610 and Ethiopian Airlines Flight 302 for an Arraignment of Boeing and a Hearing on Conditions of Release (Dkt. 61). The position stated herein supersedes the Government's previous submission.

In its supplemental response concerning remedies February 11, 2022, the Government informed this Court that it "does not oppose an arraignment of Boeing, although the nature of such an arraignment will need to be determined by the Court." Dkt. 128 at 2. That continues to be the case. On November 18, 2022, the Government conferred with the representatives of the victims of the Lion Air Flight 610 and Ethiopian Airlines Flight 302 plane crashes. After conferring with the representatives of the victims, the Government now writes to notice its support for this Court to permit any qualifying crime victims or their lawful representative to be reasonably heard at the arraignment of Boeing, although the nature of the arraignment and the manner in which victims may be heard will need to be determined by the Court.

Movants do not oppose this motion. Defendant Boeing opposes this motion.

Respectfully submitted,

| | |
|---|---|
| KENNETH A. POLITE, JR. | CHAD E. MEACHAM |
| Assistant Attorney General | United States Attorney |
| Criminal Division | Northern District of Texas |
| United States Department of Justice | |
| | |
| By: *s/ Kenneth A. Polite, Jr.* | By: *s/ Chad E. Meacham* |
| Assistant Attorney General | United States Attorney |
| Pennsylvania Bar No. 326446 | Texas Bar No. 00784584 |
| kenneth.polite@usdoj.gov | chad.meacham@usdoj.gov |
| | |
| United States Department of Justice | United States Attorney's Office |
| Criminal Division | Northern District of Texas |
| 950 Pennsylvania Ave., NW | 801 Cherry Street, 17th Floor |
| Washington, D.C. 20530 | Fort Worth, TX 76102 |
| 202-514-2000 | 817-252-5200 |

## Certificate of Service

       I certify that on November 22, 2022, I electronically filed this pleading with the clerk of the court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system, which will send a notification of electronic filing to notify all counsel of record in this case.

                                  *s/ Cory E. Jacobs*
                                  Cory E. Jacobs
                                  Assistant Chief, Fraud Section
                                  New York Bar No. 4761953