# EXHIBIT 5

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 4:21-cr-005-O-1 |
| ) | |
| THE BOEING COMPANY, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

**DECLARATION IN SUPPORT OF NAOISE CONNOLLY RYAN ET AL.'S SUPPLEMENTAL REPLY REGARDING REMEDIES FOR THE GOVERNMENT'S CVRA VIOLATION**

I, Paul G. Cassell, declare as follows :

1. I am an attorney at law duly licensed in the State of Utah and admitted to appear before this Court in this case *pro hac vice*. I respectfully submit this declaration in support of Naoise Connolly Ryan et al.'s Supplemental Reply Regarding Remedies for the Government's CVRA Violation based on personal knowledge.

2. Exhibit 1 is a true and correct copy of the Stipulation in Sethi v. Boeing (Lion Air) Regarding Liability, dated April 18, 2022.

3. Exhibit 2 is a true and correct copy of the Stipulation in In re Ethiopian Airlines Flight 302 Crash (ET 302) Regarding Liability, undated.

4. Exhibit 3 is a true and correct copy of the Boeing 737 MAX Crash-Victim Beneficiaries Compensation Fund Protocols, dated June 21, 2021.

1

5. Exhibit 4 is a true and correct copy of the State of Illinois's pattern jury instructions for wrongful death cases, revised May 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 22, 2022

                                                Respectfully submitted,

                                                /s/ Paul G. Cassell
                                                Paul G. Cassell (Utah Bar No. 06078)
                                                (Counsel of Record)
                                                Utah Appellate Project
                                                S.J. QUINNEY COLLEGE OF LAW
                                                University of Utah
                                                cassellp@law.utah.edu
                                                (no institutional endorsement implied)