**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **No. 4:21-CR-5-O** |
| THE BOEING COMPANY, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**THE BOEING COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO MOTION OF POLSKIE LINIE LOTNICZE S.A.**

The Boeing Company ("Boeing") respectfully submits this unopposed motion to extend the time for Boeing to respond to the motion filed by Polskie Linie Lotnicze S.A. ("LOT") for relief under the Crime Victims' Rights Act ("CVRA") (Dkt. 120) until December 12, 2022.

On October 28, 2022, LOT—a foreign airline customer of the 737 MAX—filed a motion seeking relief under the CVRA.  Dkt. 120.  Boeing's response to LOT's motion is currently due on December 2, 2022.[1]  Two days ago, on November 28, 2022, Smartwings, A.S. ("Smartwings")—also a foreign airline customer of the 737 MAX—filed a similar motion seeking relief under the CVRA.  Dkt. 141.  Boeing's response to Smartwings' motion is currently due on December 12, 2022.

Given the overlapping issues presented by the two motions, Boeing respectfully requests a ten-day extension to respond to LOT's motion on December 12, 2022.  Such extension will conform to Boeing's deadline for responding to the similar motion filed by Smartwings and will

---

[1] This Court previously granted the Government's unopposed motion to extend the time for the United States and Boeing to respond until December 2, 2022.  *See* Dkt. 126.

permit more efficient briefing of the related issues.  Should the Court grant this request, Boeing also asks that LOT have until January 6, 2023, to file any reply.

Counsel for Boeing has discussed this request with counsel for LOT and counsel for the Government.  LOT does not oppose this request and the Government does not take a position.

Respectfully submitted,

| | |
|---|---|
| **McGUIREWOODS LLP** | **KIRKLAND & ELLIS LLP** |
| */s/ Benjamin L. Hatch* | */s/ Mark R. Filip* |
| Benjamin L. Hatch | Mark R. Filip |
| VA Bar No. 70116 | IL Bar No. 6226541 |
| bhatch@mcguirewoods.com | mark.filip@kirkland.com |
| | |
| Brandon M. Santos | Craig S. Primis |
| VA Bar No. 75380 | DC Bar No. 454796 |
| bsantos@mcguirewoods.com | cprimis@kirkland.com |
| | |
| McGuireWoods LLP | Kirkland & Ellis LLP |
| 888 16th Street N.W., Suite 500 | 1301 Pennsylvania Avenue NW |
| Black Lives Matter Plaza | One Freedom Plaza |
| Washington, DC 20006 | Washington, DC 20004 |
| Tel: 757.640.3727 | Tel: 202.879.5000 |
| Fax: 757.640.3947 | Fax: 202.654.9645 |
| | |
| ***Counsel for The Boeing Company*** | Jeremy Fielding |
| | Texas State Bar No. 24040895 |
| | Jeremy.fielding@kirkland.com |
| | |
| | Kirkland & Ellis LLP |
| | 1601 Main Street |
| | Dallas, Texas 75201 |
| | Tel; (214) 972-1770 |
| | Fax: (214) 972-1771 |
| | |
| | ***Counsel for The Boeing Company*** |

## CERTIFICATE OF SERVICE

I certify that on December 1, 2022, I electronically filed this pleading with the clerk of the court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system, which will send a notification of electronic filing to notify counsel for the United States and LOT.

/s/Benjamin L. Hatch
Benjamin L. Hatch