# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **Criminal Action No. 4:21-CR-5-O** |
| THE BOEING COMPANY, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

## ORDER

Before the Court is The Boeing Company's unopposed motion for an extension of time to respond to the motion of Polskie Linie Lotnicze S.A. ("LOT") (ECF No. 120), filed October 28, 2022. Noting the motion is unopposed, the Court **GRANTS** the extension. Accordingly, the Court **ORDERS** that Boeing and the United States shall file a response to LOT's motion on or before December 12, 2022. LOT shall file any reply on or before January 6, 2023.

**SO ORDERED** this **1st day** of **December, 2022**.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**