# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Criminal Action No. 4:21-cr-5-O |
| § | |
| THE BOEING COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is The Boeing Company's Unopposed Motion for Extension of Time to Respond to Motion of Polskie Linie Lotnicze S.A. ("LOT") (ECF No. 143), filed December 1, 2022. Boeing asks that its response to LOT's motion seeking relief under the CVRA (due tomorrow) be extended until Boeing's response to Smartwings, A.S.'s similar motion seeking relief under the CVRA is due on December 12, 2022. Having reviewed the motion and noting that it is unopposed, the Court **GRANTS** the motion and **ORDERS** that Boeing file its response to LOT's motion **no later than December 12, 2022**. LOT may file its reply **no later than January 6, 2023**.

SO ORDERED this **1st day** of **December, 2022.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**