IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| § | |
| v § | |
| § | |
| § | No. 4:21-CR-5-O |
| § | |
| THE BOEING COMPANY § | |
| § | |
| § | |

**SMARTWINGS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO REPLY TO BOEING'S RESPONSE**

Smartwings, A.S. ("Smartwings"), respectfully submits this unopposed motion to extend the time for Smartwings to reply to Boeing's response to the original motion filed by Smartwings for relief under the Crime Victims' Rights Act ("CVRA") (Dkt. 141) until January 6, 2023.

Shortly after Smartwings filed its CVRA motion on November 28, 2022, Boeing filed an unopposed motion (Dkt. 143) asking to extend its response deadline to Smartwings' CVRA motion (and also to the CVRA motion filed by Polskie Linie Lotnicze S.A. ("LOT") (Dkt. 120)) to December 12, 2022. In its unopposed motion, Boeing also requested that LOT's reply brief deadline be extended to January 6, 2023. That same day, the Court signed an order (Dkt. 144) granting Boeing unopposed motion, however Boeing's unopposed motion and the corresponding order were silent as to Smartwings' reply deadline. Thus, out of an abundance of caution, Smartwings brings this motion to the Court's attention to establish the deadline of Smartwings' reply brief deadline on January 6, 2023.

Given the agreement between Boeing and LOT, Smartwings requests that the Court grant the same extension it already granted to LOT to Smartwings to file its reply brief in support of its CVRA motion to January 6, 2023. Counsel for Smartwings has discussed this request with counsel for Boeing

and counsel for the Government. The Government does not oppose this request, and likewise, Boeing does not oppose this request.

**LANE POWELL PC**

By:  /s/ *David M. Schoeggl*
David M. Schoeggl (*pro hac vice* pending)
Attorney-in-Charge
WSBA No. 13638
Callie A. Castillo (*pro hac vice* pending)
WSBA No. 38214
Katie D. Bass (*pro hac vice* pending)
WSBA No. 51369
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
schoeggld@lanepowell.com
castilloc@lanepowell.com
bassk@lanepowell.com

*Attorneys for SMARTWINGS, A.S.*

– and –

JACKSON WALKER LLP

By: /s/*Katherine A. Staton*
**Katherine A. Staton**
State Bar No. 02815650
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 – Fax
Email:  kstaton@jw.com

**Jeffrey R. Gilmore**
State Bar No. 24083073
777 Main Street, Suite 2100
Fort Worth, Texas 76102
(817) 334-7285
Email:  jgilmore@jw.com

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2022, I electronically filed this pleading with the clerk of the court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system.

                                                  */s/ Jeffrey R. Gilmore*
                                                  Jeffrey R. Gilmore