IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § | |
| v | | No. 4:21-CR-5-O |
| THE BOEING COMPANY | | |

# ORDER

Before the Court is Smartwings, A.S.'s ("Smartwings") Unopposed Motion For Extension of Time to Reply to Boeing's Response ("Smartwings' Unopposed Motion") to Smartwings' original motion for relief under the Crime Victims' Rights Act ("CVRA") (Dkt. 141) until January 6, 2023.

Having reviewed Smartwings' Unopposed Motion, and noting that it is unopposed, the Court **GRANTS** the motion and **ORDERS** that Smartwings file its reply to Boeing's Response (Dkt. 151) no later than January 6, 2023.

SO ORDERED this _____ day of December, 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE