UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Criminal Action No. 4:21-cr-5-O |
| § | |
| THE BOEING COMPANY, § | |
| § | |
| Defendant. § | |

# ORDER

Before the Court is Smartwings' Unopposed Motion for Extension of Time to Reply to Boeing's Response (ECF No. 154), filed December 23, 2022. Having reviewed the motion and noting it is unopposed, the Court **GRANTS** the motion and **ORDERS** that Smartwings file its reply to Boeing's **no later than January 6, 2023.**

**SO ORDERED** this **27th day** of **December, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE