UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal Action No. 4:21-cr-5-O |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

### ORDER REGARDING ARRAIGNMENT HEARING

The Boeing Company's arraignment is scheduled to begin at 9:00 a.m. on January 26, 2023 in the Second Floor Courtroom of the Federal Courthouse in Fort Worth (501 West 10th Street, Fort Worth, Texas 76102).

No remote audio and/or video participation in or observation of the proceedings is available. Per Courthouse policy, no cameras will be permitted in the Courthouse or Courtroom.

If those whom this Court has previously identified as crime victims' representatives for purposes of the Crime Victims' Rights Act cannot or do not wish to attend the proceedings, the Court **ORDERS** that such representatives **SHALL be permitted** to exercise their rights pursuant to 18 U.S.C. § 3771(a)(4) by filing written statements on the docket in the above-captioned case before the arraignment.

**SO ORDERED** this **20th day** of **January, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE