IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-CR-00005-O |
| THE BOEING COMPANY | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America ("the Government") respectfully submits this notice of attorney appearance to apprise the Court and the parties that the undersigned enters her appearance as co-counsel for the Government in this matter:

> Lorinda I. Laryea
> D.C. Bar No. 997696
> Principal Deputy Chief, Fraud Section
> Criminal Division
> U.S. Department of Justice
> Washington, D.C. 20005
> 202-353-3439 (office)
> Lorinda.Laryea@usdoj.gov

> Respectfully submitted,
>
> GLENN S. LEON
> Chief, Fraud Section
> Criminal Division
> United States Department of Justice
>
> By: *s/ Lorinda I. Laryea*
> Lorinda I. Laryea, Principal Deputy Chief
> D.C. Bar No. 997696
> Lorinda.Laryea@usdoj.gov
>
> United States Department of Justice
> Criminal Division, Fraud Section
> 1400 New York Avenue, N.W.
> Washington, D.C. 20005
> 202-353-3439 (office)

## Certificate of Service

I certify that on January 25, 2023, I electronically filed this pleading with the clerk of the court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system, which will send a notification of electronic filing to notify all counsel of record.

By:  *s/ Lorinda I. Laryea*
Lorinda I. Laryea, Principal Deputy Chief