IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 4:21-cr-00005-O |
| THE BOEING COMPANY | |

### NOTICE OF APPEARANCE FOR THE UNITED STATES OF AMERICA

The United States of America files this Notice of Appearance, designating Allan Medina, Senior Deputy Chief, United States Department of Justice, Criminal Division, Fraud Section, as co-counsel for the United States in this matter. The United States requests that all notices relating to this case be sent to the undersigned.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION

*/s/ Allan J. Medina*
ALLAN J. MEDINA
New York State Bar #4572442
Senior Deputy Chief
Fraud Section, Criminal Division
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 257-6537
allan.medina@usdoj.gov