**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. 4:21-cr-005-O-1 |
| | ) | |
| THE BOEING COMPANY, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**NOTICE BY NAOISE CONNOLLY RYAN ET AL. REGARDING FILING OF**
**APPENDIX OF VICTIM STATEMENTS**

Naoise Connolly Ryan et al.[1] (the "victims' representatives"), through undersigned

counsel, file this notice as directed by the Court's order (ECF No. 165). The Victims

Representatives hereby file this Appendix of Victim Statements pursuant to 18 U.S.C. §

3771(a)(4).

---

[1] In addition to Ms. Ryan, the other victims' family members filing this motion are Emily
Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe
Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris
Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S.,
and others similarly situated. They are supported by more than one hundred other families.

Dated: January 25, 2023

/s/ Warren T. Burns
Warren T. Burns (Texas Bar No. 24053119)
Burns Charest, LLP
wburns@burnscharest.com

Darren P. Nicholson
Burns Charest, LLP
dnicholson@burnscharest.com

Kyle Kilpatrick Oxford
Burns Charest LLP
koxford@burnscharest.com

Chase Hilton
Burns Charest LLP
chilton@burnscharest.com

Respectfully submitted,

/s/ Paul G. Cassell
Paul G. Cassell (Utah Bar No. 06078)
(Counsel of Record)
Utah Appellate Project
S.J. QUINNEY COLLEGE OF LAW
University of Utah
cassellp@law.utah.edu
(no institutional endorsement implied)

Tracy A. Brammeier
Clifford Law Offices PC
tab@cliffordlaw.com

Erin Ressa Applebaum
Kreindler & Kreindler LLP
eapplebaum@kreindler.com

Pablo Rojas
Podhurst Orseck PA
projas@podhurst.com

*Attorneys for Victims' Representatives*

**CERTIFICATE OF SERVICE**

I certify that on January 25, 2023, the foregoing document was served on the parties to the

proceedings via the Court's CM/ECF filing system.

/s/ Paul G. Cassell
Paul G. Cassell