## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. 4:21-cr-00005-O-1 |
| | ) | |
| THE BOEING COMPANY, | ) | |
| | ) | |
| *Defendant.* | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |

### APPENDIX OF VICTIM STATEMENTS

Naoise Connolly Ryan et al.[1] (the "victims' representatives") submit this Appendix of Victim Statements pursuant to the Court's order (ECF 165).

| No. | Description | Appendix Page Range |
|:---:|---|:---:|
| **1** | Statement regarding Abiodun Bashua | Appx. 001-002 |
| **2** | Statement regarding Abuda Munira Abdulkarim | Appx. 003 |
| **3** | Statement regarding Anne Karanja | Appx. 004-005 |
| **4** | Statement regarding Cedric Asiavugwa | Appx. 006 |
| **5** | Statement regarding Clemence Boutant Willm | Appx. 007 |
| **6** | Statement regarding George Gikonyo Kabugi | Appx. 008-009 |
| **7** | Statement regarding Ghislaine DeClaremont | Appx. 010 |
| **8** | Statement regarding Harina Hafitz | Appx. 011 |

---

[1] In addition to Ms. Ryan, the other victims' family members filing this motion are Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated. They are supported by more than one hundred other families.

| No. | Description | Appendix Page Range |
|-----|-------------|---------------------|
| 9 | Statement regarding Juliah Macharia | Appx. 012-014 |
| 10 | Statement regarding Graziella de Luis | Appx. 015-016 |
| 11 | Statement regarding Joanna Toole | Appx. 017 |
| 12 | Statement regarding Karoline Aadland | Appx. 018 |
| 13 | Statement regarding Marie Philipp | Appx. 019-020 |
| 14 | Statement regarding Matt Vecere | Appx. 021 |
| 15 | Statement regarding Micah John Messent | Appx. 022-023 |
| 16 | Statement regarding Sidrak Getachew | Appx. 024 |
| 17 | Statement regarding Oliver Vick | Appx. 025 |
| 18 | Statement regarding Eric Prieur | Appx. 026 |
| 19 | Statement regarding Angela Maria Elizabeth Rehhorn | Appx. 027-029 |
| 20 | Statement regarding Sam Pegram | Appx. 030-031 |
| 21 | Statement regarding Sara Gebremichael | Appx. 032 |
| 22 | Statement regarding Sintayehu Shafi | Appx. 033 |
| 23 | Statement regarding Tamirat Mulu Demessie | Appx. 034 |
| 24 | Statement regarding Djordje Vdovic | Appx. 035-036 |
| 25 | Statement regarding Yalena Lopez-Lewis | Appx. 037 |
| 26 | Statement regarding Mulugeta Asfaw Shenkut | Appx. 038-039 |
| 27 | Statement regarding Jared Babu Mwazo | Appx. 040-043 |

Dated: January 25, 2023

/s/ Warren T. Burns
Warren T. Burns (Texas Bar No. 24053119)
Burns Charest, LLP
wburns@burnscharest.com

Darren P. Nicholson
Burns Charest, LLP
dnicholson@burnscharest.com

Kyle Kilpatrick Oxford
Burns Charest LLP
koxford@burnscharest.com

Chase Hilton
Burns Charest LLP
chilton@burnscharest.com

Respectfully submitted,

/s/ Paul G. Cassell
Paul G. Cassell (Utah Bar No. 06078)
(Counsel of Record)
Utah Appellate Project
S.J. QUINNEY COLLEGE OF LAW
University of Utah
cassellp@law.utah.edu
(no institutional endorsement implied)

Tracy A. Brammeier
Clifford Law Offices PC
tab@cliffordlaw.com

Erin Ressa Applebaum
Kreindler & Kreindler LLP
eapplebaum@kreindler.com

Pablo Rojas
Podhurst Orseck PA
projas@podhurst.com

*Attorneys for Victims' Representatives*

## CERTIFICATE OF SERVICE

I certify that on January 25, 2023, the foregoing document was served on the parties to the proceedings via the Court's CM/ECF filing system.

/s/ Paul G. Cassell
Paul G. Cassell



**Victim Impact Statement**
Abiodun Oluremi Bashua

Sunday 10th March 2019. When we heard about the crash on the news, we wanted so badly for someone to tell us it was a bad dream. Knowing that in his final moments on this earth, there was no comfort for a man who had brought security and safety (in both his professional and personal life) to many, is something we still find impossible to come to terms with.

Abiodun Oluremi Bashua, was a father, a grandfather, a son, a brother, an uncle, a husband, a colleague, a friend. He was the nucleus of our family, and the calm in every storm. Always ready with an anecdote, a joke, a proverb, to share a laugh and some wisdom. As a father, he was affectionate, involved, concerned. He ensured that his children were provided for, giving them the best educational opportunities, encouraging, and guiding them every step of the way. As a husband, he was nurturing, patient, protective. To his friends and colleagues who affectionately called him "BB," he was the epitome of diplomacy during the day, and off the clock, a man who could out joke and out debate anyone, over a cold beer. Our husband and father was a man who wore many hats very well. His intelligence, his strength and empathy were uncommon. He touched the lives of everyone he encountered, as evidenced by the complete outpouring of love we received from all over the world when this tragedy happened almost 4 years ago.

Abiodun was a world traveller who ventured far and wide for business and pleasure, taking his family along on his adventures. His love for the spicy flavours of Accra, the white sandy beaches of Mombasa, and the crisp air of an autumn morning in London were experiences he brought us in to share. A cultured, sophisticated man who derived pleasure in the simple things in life, he had a knack for finding a shopping mall and a KFC everywhere he went!

Abiodun had a youthful exuberance that belied his 67 years. He outran us all on a sandy beach, carried 70 lbs. suitcases up cobble stoned steps of Santorini, and remembered the birthdays of everyone within reach.

March 10th 2019 destroyed our family. The gaping hole left behind has stripped Amen – Abiodun's youngest son, who was only 4 years old at the time of the crash – of seeing his father walk through the front door of their home every evening. Amen will never again crawl into bed to lie between his parents. He will never know what it's like to have his father at his sports days, or take him to the movies, get a haircut, or bond over a love of football. His father will not be there to see him graduate or help him with college applications. He has lost out on a lifetime of creating memories.

In the 4 years since Abiodun has been gone:

- His granddaughter Yael made the school basketball team.
- His grandson Hyro finished elementary school and started middle school. Joined a band and grew a moustache.
- His son Damilola has become an avid traveller like him.
- His daughter Yetunde welcomed a son named Oluremi.
- His daughter Mariam started on a new career path that he would be so proud of.

There will be Christmases without him, vacation albums that his smiling face should populate. Group chats, video calls, birthdays, that his absence is acutely felt from. A lifetime ahead without the sound of his voice and laughter, or the knowing "Believe you me…" that he started every rambling social commentary with. This void, nobody can fill. Our father and husband has missed out on turning 70, growing old with his love, Mena, and entering his golden years, loved, surrounded and supported by his children and grandchildren. We will never again be able to surprise him with a gift. Cook him his favourite meal. Roll our eyes at one of his dad jokes that he found so amusing.

Try as we may, words cannot adequately express how much our lives have been affected by the killing of our father and 345 others on March 10th 2019. There are so many instances where we wish we could look to the patriarch of our family for wisdom, for guidance, for a listening ear, and he is not here. He was always there to listen, without judgement. That is now gone forever.  As we continue to live and advance, his loss becomes more acute. He won't get to enjoy a leading role when his sons and daughters get married. There will be no naming of grandchildren, vetting of in-laws. He won't be there to share the pride of his son starting a business. There will be no jokes at the first signs of grey in his wife's hair. He will not get to sip the first glass of champagne when his son buys his first home. These are all the moments we know he would have been the first to hear about and would have filled him with pride and joy, for family was everything to him.

It is hard knowing he is gone forever, and there is nothing we would not give or do to have him back. Though we will go through life carrying this pain and emptiness, we not only pray for, but demand justice for ALL Boeing's victims.

May our father, husband and grandfather Abiodun Oluremi Bashua forever rest in peace.

- Amen, Oludamilola, Yetunde, Mariam, Hyro, Yael, Oluremi and Mena Bashua.

# ABUDA MUNIRA ABDULKARIM
# P.O. BOX
# MOMBASA

muniraabdulkarim87@gmail.com

24th January, 2023

**The United States District Court in the Northern District of Texas, Fort Worth Division**

Dear Judge O'Connor,

I am providing you with this statement to describe the impact that Boeing's crime of fraud has had upon me and my family.

It remains a nightmare to me that my Husband is no more, having died though the ill-fated Ethiopian Air Crash on 10th March, 2019. We had been married and blessed with 3 Children. He was a hand working man of means who provided at all times to his polygamous family. Since his demise life has not been the same for me and my children as I try to make ends meet.

His death left his children traumatized to date them not willing to travel on air for the fear of death.

Yours faithfully,

**ABUDA MINIRA ABDULKARIM**

**Appx. 003**



Anne Wangui Karanja
Family Impact Statement

I am John Quindos Karanja.

Due to Boeing's crime, in the crash of ET302 I lost five family members:

1. Anne Wangui Karanja. (My lovely wife, age 62 years)

2. Caroline N. Quinns (my daughter, age 32 years)

3. Ryan (my grandson, age 7 years)

4. Kellie (my granddaughter, age 5 years)

5. Baby Rubi (my granddaughter, age 1 year)

It is never easy losing even one family member. But Boeing didn't kill just one family member – they killed three generations of my family.

My wife Anne will never get to share her golden years with her four children and eight grandchildren as she would have wished. Boeing never gave her the chance to see the community project that she worked so hard on come to a successful conclusion. The Boeing company shut down all her dreams in just six minutes of pain and suffering.

It's been almost four years of huge struggles, lots of pain, agony and suffering filled with total darkness since my life partner was slaughtered by the Boeing company, along with two other generations.

**Appx. 004**

My daughter Caroline was a beautiful, sweet flower that you would wish to never wither. She had a pure heart and a lovely soul and was loved by all who had a chance to know her. She took after her mum's role of taking care of the less fortunate from our community, making sure that most, if not all, of the children saw the school door. She had a very bright future ahead, despite being young. I miss her a lot, as we spoke every morning before I started my day. I have a lot more to share about her, but I am unable with my wet eyes. I always called her "mummy" because she was named after my mother when she was born. I miss her a lot.

My grandchildren Ryan and Kellie were my best friends. We shared many special moments together on my farm. I remember how we would go to the chicken coop, and I would show them how to select eggs. I taught them to ride their bikes, we would play and do gymnastics in the house together. We had such a strong bond that I thought no man would ever break, but the "flying coffin company" did exactly that. I did not have the chance to reunite with little Kellie, who would sing for me during our daily video calls during their trip to Canada. I never even had the chance to welcome baby Rubi, because the plane crashed on their way back home to me. It pains a lot as I write all this.

My other children, Quindos, Kelvin and Kelly, were extremely affected by this unimaginable loss. All three became unproductive in their workplaces, had to apply for indefinite leaves of absence, and finally were forced to resign because they were unable to work.

It's has been hell on earth since Boeing killed our loved ones.

The Boeing company should be held accountable. The US government and the FAA should help make the skies safe again for us and for generations to come.

**Appx. 005**



**Cedric Galia Asiavugwa**
Family Impact Statement

My husband Cedric Asiavugwa was only 32 years old when he was killed on March 10, 2019. Cedric was on Ethiopian Airlines Flight 302 coming home to attend my mother's funeral. Cedric is survived by me, our (then) one-year-old son, his beloved parents and three brothers.

Cedric was charming and brilliant. As a young boy, his parish priest recognized his promise and helped pay for Cedric's school fees. He excelled in school and went on to graduate from the University of Zimbabwe at the top of his class. After completing his Bachelor of Arts in Philosophy, he decided to seek a legal education because he believed that a properly functioning legal system provides security to the vulnerable and rights for the oppressed. He believed that as a lawyer he would make a positive impact in the world. He was accepted at Georgetown Law School in Washington, D.C. on a full scholarship and was 2 months away from graduation when he was taken from us. He'd also won an additional full scholarship for a master's program at Georgetown Law before his passing.

Cedric helped many people during his short life. He worked on peacebuilding and reconciliation and helped form a women's rights lobby group for marginalized women in Kenya. Cedric cared deeply for the plight of refugees and worked to protect them from being exploited. While a student at Georgetown Law School, he served on the Board of the School of Hope Foundation, which supports a school serving orphans of the AIDS epidemic living in Nairobi's largest slum. He also served as a residential minister and worked with a professor in a legal clinic for abused women in Washington D.C.

At home, Cedric was a beloved husband, dad, son, brother and friend. Always offering a helping hand whenever he could -with a smile to boot. He offered financial support for kids from his community to access education and mentored many more. He was a great dad and husband with whom I had dreams of building a life and growing an amazing family. Boeing's criminal conduct ended all the dreams we had for our future, and denied an innocent boy the chance to know, love and be loved by his dad. Boeing took from the world an inspiring global citizen for peace and reconciliation, and from our family a love that can never be replaced.

Linet Mwirigi (Cedric's wife)

## Clémence-Isaure Boutant-Willm

It would take 44 years and 41 days to summarize the life of Clémence-Isaure. She lived each second intensely, passionately, she was attentive to others, working each day to build a better world.

Her all life was dedicated to actively help people: from her childhood, within our family: her parents, her two brothers and her sister, to her adult life for her two little daughters aged 9 and 11, her stepdaughter, and her husband, her friends and in the numerous humanitarian missions to which she participated or that she managed for 20 years. In everything that she accomplished, she was giving herself entirely, with love, infinite kindness and the sense of fairness that characterized her.

Since January 2016, she had been working as the Humanitarian Principles Advisor for the Norwegian Refugee Council based in Geneva, starting to advise on the "hard to reach" civilians in war zones and was promoted in January 2019. Since that date her role was to manage a team of specialists of humanitarian principles and to provide trainings to NRC employees and members of other NGO's on this matter. On March 10th 2019, she was flying from Geneva to Nairobi to provide those trainings. She was a very experienced, qualified, and respected employee at NRC.

Clemence-Isaure still had so much to share and accomplish personally and professionally. She was at the center of our family and her network of friends and colleagues. She had the gift of creating a link between all, with generosity and benevolence. She was not afraid to share her feelings, love and pride without judgment. This was not without asserting her own convictions, which she knew how to defend forcefully during discussions, which could be passionate. She showed unfailing support in good times and bad for her loved ones.

The second the plane crashed, it is the heart of our family that shattered. Her two daughters will have to become women without the loving and caring presence of their mother. They will never benefit from all her human experience, love, knowledge, culture, memory, and spirituality that she can no longer pass on to them. This legacy is also lost for her husband, her mother, her brothers, her sister and her relatives, all her many friends and colleagues.

She loved life above all else, and this life was stolen from her by Boeing. She was torn away from her family and all the people she met and loved in her life. To us it seems it's the whole world that has lost a vital organ.

Her loss leaves an abysmal void forever.

The Boutant and Willm Families

# *STATEMENT FROM THE FAMILY OF BRIG (RTD) GEORGE KABUGI GIKONYO.*

The aeroplane crash that took place on 10th of March 2019 where our father/ husband confirmed as one of the victims took only 6 minutes to happen yet it's effects have been felt in each subsequent day.
It is a day that is deeply etched into our memories. The most pivotal day in our lives.

Our father and husband was truly a great man. It sounds like a cliché but in this case it is a fact. He taught us so much about life with his most consistent lesson being discipline. A big portion of his life was spent in the military so this particular value was very important to him. It does not take away the fact that he was incredibly gentle and loving to us. He was very subtly humorous and would often leave us in stitches.
His whole life was a testament of handwork and diligence because at the start of it all he was a common boy from a small village but by the end of his life, volumes could be written on his successes and his capabilities. A true 'grass to grace' story.

It is so upsetting that his upward trajectory had to be cut short by the mistakes of few individuals who failed to do their due diligence. His full potential will never be realised and his great dreams will remain just that, dreams…

He is now taken as a statistic, one of a hundred and fifty seven who passed on, but that one man was our whole heart.

Some days are so dark that it all feels fresh and all the emotions that we felt on that fateful day come flooding back into our hearts.
We often replay home videos just to hear his voice again. We have not been able to delete messages from him or get rid of his clothes since we do not want to ever lose his presence.
We not only mourn for the past but also the future which he will never be part of. He will never get to see some of our milestones as his family and this always breaks our heart.

**Appx. 008**

This kind of pain and affliction is one which we would never wish on even our worst enemy. Taking flights for us is like reliving a nightmare and it has become our last resort when it comes to mode of transportation.

Anytime news on another crash comes up and we see the families as devastated as we were we can only empathise. We understand their pain and confusion because the circumstances under which such accidents occur are so unexplainable.

The fact that this was Boeing's second similar accident after Lion Air makes it even worse since measures to correct the issue could have been taken. We can only imagine if proper investigations had been conducted on what had caused the Lion Air accident, perhaps we would not be in this situation.

We could go on and on about how much our lives have changed but the greatest step for us is to ensure that nobody else will ever go through this particular traumatic experience.

We are thankful for the judge for giving us an opportunity to speak on the matter even though we feel that we should have been participants before the DPA was signed between Boeing and DoJ. We are still, however, grateful that we get to speak from our hearts and show the concerned parties and the world that our father and husband mattered and his life meant a lot. We will live our lives as best as he would have wanted because he lives on through us.

We want a change in Boeing. One that will make our case the last of such!



Ghislaine De Claremont
Family Impact Statement

Our mother, Ghislaine De Claremont, had only recently retired from her career at ING Bank when she died because of Boeing's crimes. She was looking forward to enjoying her retirement and spending time with her family, especially her grandchildren.

Our mother loved to travel and had a life-long dream of going on an African safari. At her 60th birthday celebration, we and her close friends gave her a safari as a surprise gift. She was on her way to the safari on Ethiopian Airlines Flight 302.

Our mother raised us on her own and we had an incredibly special bond. She was our champion. We last communicated with her when she was in Ethiopia about to board her flight. She was so excited about her trip, and we were thrilled for her.

We were devastated when we learned that only minutes after takeoff, the Boeing MAX airplane crashed and our mother was gone forever. We want Boeing to understand the great harm its crimes have caused our family. We are still broken by her absence today. The idea that her grandchildren will have to live their entire lives cut off from her love is unbearable to us. Her youngest grandchild will not even have any memory of her. We want Boeing to remember our mother and the other victims and to always place human life before money.

Melissa and Jessica Mairesse (Daughters of Ghislaine)



Harina Hafitz
Family Impact Statement

Harina Hafitz was a beloved wife to her soulmate Eduardo, a dedicated mother to her two children, Alessandro and Elena, and loyal sister to her three siblings, Hari, Harif and Harlinda. She was caring, outgoing, energetic and vivacious. She had a brilliant mind and was passionate about her job as a Finance Officer with the United Nations' World Food Program. She was traveling to Nairobi on ET302 with a colleague to deliver training for a financial program that they had helped to devise.

Harina was the glue of our family, and she devoted herself to taking care of us. After the tragic passing of our dear mother and sister, her husband's life became very difficult. Sadly, Eduardo had suffered from a debilitating form of dementia since 2010. But Harina's devotion to Eduardo never wavered and she tended to his every need with gentleness and compassion. Though it was very painful for Harina to witness the love of her life deteriorating both physically and mentally, Harina was there every day to take care of him, giving him invaluable moral support and propping him up with her unwavering love. After Harina's sudden death, Eduardo was left without his trusted caretaker. His condition deteriorated very quickly and he has since passed away.

Alessandro and Elena struggled tremendously after losing their mother; Harina's children were the focal point of her life. She was so proud to be a mother and was completely engaged in creating a wonderful life for her children. She was an amazing mother and caregiver. Her family was quite simply her highest priority every day of her life. Alessandro and Elena were in their early 20s at the time of the crash and still depended on their mother for guidance, advice and companionship. Now, they are traumatized by the terrifying nature of their mother's final moments.

Harina's siblings in Indonesia, her native country, are still grieving her loss. They are desperate for any measure of justice, and hope and pray the court will take action against Boeing.

Alessandro de Gregorio (Son of Harina)
Elena Indri de Gregorio (Daughter of Harina)
Hari Lutfi Hafitz (Brother of Harina)
Harif Andi Hafitz (Brother of Harina)
Harlinda Putri Hafitz (Sister of Harina)

**June 29, 2020**

**Committee on Commerce, Science and Transportation**
**U.S. Senate**
**Washington D.C. 20510**

**RE: Committee hearing on the Aircraft Safety and Certification Reform Act of 2020**

**Dear Senators:**

We are the immediate family of Juliah Mwashi who was a victim of Ethiopian Airlines flight ET 302. We thank you and commend you for investigating the circumstances surrounding the two deadly crashes of the Boeing 737 MAX involving Lion Air flight 610 and flight 302. We applaud your efforts to improve safety within the aviation industry through the bipartisan Aircraft Safety and Certification Reform Act of 2020[1] that was the subject of the committee's hearing on June 17. We believe the proposed legislation is a good initial step towards improving aviation safety for the traveling public. However, we urge you to consider stronger measures to ensure more accountability and oversight, especially during aircraft development and testing phases. We also urge you to hold accountable those involved in the design, approval and what appears to be deception regarding the MAX certification.

Juliah was an advocate through and through. Her latest mission was to foster female leaders of the next generation. Before her life was cut short, she was a branch coordinator of the Young Leaders and the Youth Exchange South to South (YESS) Girls Movement programs at the Kenyan Girl Guide Association. She was always smiling and cared deeply for her family, especially her daughters. We are committed to allowing her death to serve as a catalyst for change. One that we hope prevents other families from suffering the same kind of devastating loss.

We and the families of the other victims who perished in the MAX crashes wake up daily to the horrible reality that our loved ones were taken away from us because of Boeing's greed and the fact that it valued profits far more than human life.

In the years leading up to these tragedies, every effort was made to reduce corporate oversight and governance. This hands-off approach grew more intense under the current administration. In 2018, just weeks before the Lion Air flight 610 crash, Congress yielded to the demands of aircraft manufacturers, primarily Boeing, and relaxed Federal Aviation Administration (FAA) regulations when it approved the FAA's Reauthorization Act. It stripped nearly all authority over the certification process from the agency and placed it in the hands of those companies that were to be regulated.

---

[1] Aviation Safety and Certification Reform Act of 2020,
https://www.commerce.senate.gov/services/files/D77B2879-F3DB-40F8-8450-94EB20415EA8, June 17, 2020

**Appx. 012**

Earlier this year, the FAA announced its intention to maintain the existing weakened and flawed regulatory scheme that was used to approve the MAX.[2] This is ill-advised and hardly the type of remedy that will prevent more catastrophic crashes. Ensuring more accountability and oversight during critical phases of certification, such as aircraft development and testing phases, will require Congress to restore actual oversight to the FAA.

Specifically, we call on Congress to eliminate the Organization Designation Authorization (ODA) component of the certification process. The ODA allows aircraft manufacturers like Boeing to essentially self-certify. The ODA shifts the authority to select and manage the manufacturer's employees who are "loaned" to the agency from the manufacturer. The employees are deemed experts and serve to advise the agency throughout the certification process to spare the agency the cost of hiring and training its own experts. There are no safeguards in place to prevent manufacturers from exercising undue influence over or exerting pressure on their employees to approve aircraft regardless of their defects or risks to the traveling public. That is, in fact, what happened with the MAX.

We understand that before the ODA was established, the Designate Engineering Representative (DER) program provided separate lines of authority. Therefore, the DER from a manufacturer would be less likely to experience the significant pressure from its employer to rush a defective aircraft to market. Such a program with separate lines of authority and an agency with the authority to act independently is critical to restoring the culture of safety that the U.S. aviation industry was known globally for, for many decades. We are not asking for a specific program but we are asking that Congress restore full oversight authority to the FAA immediately.

Finally, our family implores you to demand accountability for what has already happened. We understand the need for thorough fact-finding probes and investigations, yet we are quickly approaching the second anniversary of the first tragic crash and neither Boeing nor the FAA nor any individuals involved with certifying the MAX have been punished for their wrongdoing and misguided decisions to put profits ahead of human life.

Despite all the evidence showing that Boeing carelessly thumbed its nose at safety regulations throughout the MAX's development, the company and its top executives have not been held accountable. While its former CEO was forced to resign, he walked out the door with a hefty severance package. When the internal conversations were released earlier this year showing the callousness of some Boeing managers and executives, even when the company's own engineers warned that the MAX was dangerous, we were devastated all over again. One employee even said he would not put his family on the MAX should it ever be certified. Yet, greed kept this information hidden until after 346 lives were sacrificed on board two of those airplanes. Allowing this

---

[2] FAA response to 737 MAX crash report preserves Boeing's big role in certifying its own planes, Seattle Times, https://www.seattletimes.com/business/boeing-aerospace/faa-response-to-max-crash-report-preserves-boeings-big-role-in-certifying-its-own-planes/, May 19, 2020.

kind of negligent and reckless corporate behavior to exist with impunity reflects the heavy-handedness of corporate giants like Boeing in controlling the oversight process.

Once again, we thank you for your efforts to uncover the truth and rectify the troubled regulatory framework of the U.S. aviation sector. We hope that you will allow our sister and mother's death to remind you of the grave consequences of failing to make the necessary changes to prevent other similar tragedies in the future. Restore the FAA's authority so that it once again can provide independent oversight and foster a culture of safety. Please give Juliah and the other crash victims justice by refusing to allow those responsible to escape accountability. We ask that you add this letter to the public record for the above referenced committee hearing.

Sincerely,

Ivy Macharia
Daughter of Juliah Mwashi

J.M.
Minor daughter of Juliah Mwashi

Florah Mwashi
Sister of Juliah Mwashi

David Mwashi
Brother of Juliah Mwashi

**Impact Statement of Javier de Luis, brother of Graziella de Luis, killed on-board Ethiopian 302.**

The crash of Ethiopian 302 was not an "accident". It was not a random occurrence. It was not "an act of God". It was the inevitable result of series of actions undertaken by Boeing at all levels, from the factory floor to the executive suite. If the people responsible are not held to account, it will happen again. I say this not just as a relative of one of the victims, but as an aerospace engineer with over 30 years experience in this industry.

My sister, Graziella de Luis, was on her way to a UN conference in Nairobi when she boarded a 737Max. She worked as an interpreter for the United Nations, and spent most of her life travelling from conference to conference. I can only assume that when she boarded a brand-new Boeing airplane, she must have felt a certain sense of relief. In her adventures, she had undoubtably been on many much older and less well-maintained airplanes.

But her confidence was misplaced. She did not know that the airplane was fundamentally flawed. Failure of a single angle-of-attack sensor would cause the airplane to pitch over into a fatal dive. The same thing had happened four months earlier in Indonesia. Six minutes after takeoff, my sister and everyone else on board, were dead. When I received her remains nine months later, there was nothing in the casket even remotely recognizable as a human being.

In the months and years that followed, much has been revealed about the actions that Boeing took during the design and fabrication of the Max model, as well as its actions after the Indonesia crash. We know that Boeing was caught flat-footed in 2010 when Airbus announced their A320Neo. They rushed the Max into production, basing its design on what was at that point a 40 year-old aircraft that had originally flown in 1967. In order to try to compete against Airbus they guaranteed to their customers that it would fly identically to earlier 737 models, with no new pilot training required. That was a non-negotiable requirement, and everything else in the program was secondary. It would also prove to be fatal.

They developed the flawed MCAS system in order to keep up this façade of the Max being the same as the earlier 737s. They hid its true abilities from the FAA, from the airlines, and from the pilots. The word MCAS was not even mentioned in the flight manual initially distributed to the airlines, except for a listing in the glossary. It is inconceivable that this effort was undertaken without the knowledge and direction of the upper levels of Boeing management. The 737 accounted for 30% of Boeing's revenue. This was the most important project at the company. How could management not know what was going on?

In examining these crashes, it is very easy to throw your hands up in frustration over the complexity of the issue. I have worked in aerospace my entire career. I have a doctorate in Aerospace Engineering from MIT. I have taught graduate and undergraduate classes in this field. And even I find myself at a loss sometimes trying to make sense of all the information that has come out. When this happens, I find it useful to go back and focus on things that I know, with 100% certainty, are true:

**Appx. 015**

1. Airplanes should not fall out of the sky because one sensor fails.  For the Max to have this fundamental design flaw indicates a complete disregard of basic design principles that date back to the dawn of commercial aviation.
2. You can't blame pilots for failing to act in response to a system that you never told them about in the first place.
3. Nothing new was learned after the Ethiopian crash that was not there after the Indonesian crash.  If Boeing executives had not been so concerned about keeping their production line going and their stock price high, they would have grounded the fleet until the design flaws had been fixed.  And my sister, along with 156 other people, would be alive today.

I am unable to attend today's hearing person, as I am scheduled to give a lecture to engineering undergraduates on this very topic.  I do this in the hope that by highlighting Boeing's criminal actions and coverups, I can teach the next generation of engineers to not follow in their footsteps.  I have therefore asked my lawyer, Mr. Paul Cassell, to read this statement to the court.  Thank you for your consideration,

Javier de Luis, PhD

## ET302 Victim Impact Statement from Adrian Toole relating to Joanna Toole.

Joanna, usually known as just 'Jo' and by me as 'Little Jo' was the second child of her mother Patricia and me. Our first died before birth and so Jo was much wanted. We enjoyed a close and loving relationship until the end of her all-too-short life. Although Patricia and I later separated, the family remained very close, we lived close to each other and enjoyed celebrations together. Jo became the oldest of three children, with younger sister Vicky and half-sister Karen.

Jo was blessed with an infectious personality, exuberance for life, and had natural leadership abilities. She was as passionately devoted to her parents and sisters as she was to the menagerie of pets she cared for.

Her affinity with animals and her abhorrence of cruelty to them led her, at 16 to do a course in small-animal care, followed up by a degree in animal behaviour. Thus was set her career path. Initially in entry-level campaign roles with various charities in London, Jo then spent several years with World Animal Protection where she attained a senior role working on Ocean projects. From there contract work for OceanCare a Swiss NGO and then for UN agency the Food and Agriculture Organisation, FAO, again on marine issues. Jo prepared their groundbreaking publication 'Guidelines on the Marking of Fishing gear'. I myself am an environmental campaigner and encouraged Jo in her career.

Although Jo could literally charm the birds out of the trees, she was no less persuasive with people. I'm told by her professional colleagues that it was this charm and empathy that enabled her to be so effective in negotiations. Although Jo was notoriously untidy and often late, her personality worked on everyone she came into contact with. She was a real star, not only to me but to all who came in contact with her; we felt like extras in her show. Jo somehow found time for everyone; all who spent time with Jo left feeling better.

Joanna and her mother had always shared an extremely close bond. When her mother died it pained Joanna to her core, but it was Jo's strength the family leaned on for emotional support.

Joanna and I had a few joint holidays in her last years. I stayed with Paul and Joanna in Dublin in 2018. I helped Joanna with many practical matters over the years and with pension advice shortly before her death and up until she lived in Rome would always pester her for her flight/hotel details when away so that I knew where she was.

Joanna had spent the Christmas 2018 period with the family before I put her on the train to Gatwick and home to Rome. It was the last time I saw her. With her sisters I bought Jo a special pair of running shoes and posted them to Rome for her birthday in March. She never received them.

Such a charismatic person, so close to one is never going to be forgotten, the pain has subsided over the past four years but the hurt remains. An eclipse threw a shadow over me that morning and the Sun has not re-appeared since. Although she was living out of UK, we remained in close contact. In 2019, we had nine WhatsApp voice calls and one landline call on her birthday. 93 WhatsApp messages directly to me and 167 to a WhatsApp group comprising the whole family. Also 23 emails.

After her death, a group of relatives and professional contacts set up the Joanna Toole Foundation, which works to perpetuate her memory and her mission for animal welfare. The work helps me to feel that in some way she survives. I'm no longer young, the strain of the past four years has challenged my character and exhausted me.

It is essential to realise that the passengers on ET302 were not a typical group. The flight was considered a "UN shuttle" due to its role in linking the African Union headquarters as well as UN offices in Addis Ababa to the United Nations Office at Nairobi. Jo and many others were to attend the fourth session of the United Nations Environment Assembly. A total of 22 people affiliated with the United Nations were killed along with many other humanitarian workers. Their deaths are a great loss to friends and family but also to that work.

I was very grateful for the letter to me from Jose Graziano da Silva, the UN Director General; this is an extract:

*"Joanna was an outstanding woman with a true passion for safeguarding the environment and the earth's natural resources and a true advocate for ocean protection. Her contribution to the Fisheries and Aquaculture department have been invaluable both to her team and to the work of the organisation as a whole.*

*I wish to guarantee you and your family that Joanna's work on marine pollution, sustainable fisheries management and wildlife protection will continue to be an integral part of FAO's efforts to achieve sustainable development globally."*

It is a fitting tribute to her. I miss her so much but celebrate that she achieved more in her 36 years than most of us achieve in a long lifetime. ENDS 23 January 2023



Karoline Aadland
Family Impact Statement


Karoline was only 28 years old when she was killed.  She was our beloved only child and a loving wife to her husband John.  Her death destroyed the future of our family.

Karoline was a gift to our family. We tried to have a child for nine years before a miracle happened: the birth of our beloved Karoline. From the day she was born, Karoline brought joy to everyone she met.  She was smart, friendly, and carried an inner warmth. She loved singing and was a gifted salsa dancer, winning a contest less than two weeks before her death.

Karoline also was a humanitarian.  She began her charitable work at a young age, volunteering and working for Doctors Without Borders, UNICEF, and other charities.  In 2012 she travelled to Nairobi to volunteer at Childrock, an elementary school in one of the world's worst slums.  At Childrock, she met her future husband and was inspired to fund SOMTO, a grassroot charity, to raise funds for Childrock. We and Karoline's friends have continued her work with SOMTO to honor her memory.

At the time of her death, Karoline was a Program Finance Coordinator for the Norwegian Red Cross and oversaw Red Cross projects in Africa.  She was on board Ethiopian Airlines Flight 302 to attend meetings in Nairobi.  She was the only Norwegian on the flight.

Karoline's death has devastated us beyond measure. John lost the love of his life, and as Karoline's parents, we lost all hope for the future. Our dreams of growing old with grandchildren playing at our feet will now never come true. We have suffered a complete loss of meaning in our lives. Marianne is now disabled, having been diagnosed with "prolonged grief disorder" caused by the loss of our only child.

We want Boeing to understand the great harm it has caused our family and the significant losses endured by the communities that Karoline served through her work.  We want to make sure that in the future no other family will suffer as we have suffered.


Marianne Aadland (mother of Karoline)

Knut Aadland (father of Karoline)

and on behalf of John Zata (husband of Karoline)



Marie Philipp
Family Impact Statement

Marie Christin Philipp was a daughter, a sister, a partner, a friend. However she appeared in our lives, she left an everlasting impression of kindness and love.

She was born in Germany and lived to the age of 28. Marie had incredible energy, love, creativity and a caring nature. She was the oldest of 3 siblings. She was very popular because she was a very helpful, fair and open person. Marie loved to travel. That's an understatement. There were not enough days in the calendar for her to go everywhere she wanted to go, eat all the food she wanted to try, talk to everyone she wanted to talk to. There is a huge hole in our hearts, left by this tragedy.

Her education was very important to her and she invested a lot of energy and time in it, courageously taking on new challenges. She studied and worked in 9 countries on 5 continents, often with NGOs for youth work and environmental protection. She not only studied international work, but lived it.

If human lives mattered to Boeing, Marie could have made a home, married her partner and started a family - like many at that age who have the chance. Marie would have continued her work helping people in Africa. Marie was contracted as a junior specialist to assist in program management at GIZ. GIZ cooperates with and strengthens the East African regional organization IGAD in the implementation of strategies to prevent famine disasters in the Horn of Africa. She could have used her knowledge, skills and drive to help improve the living conditions of people in Africa or anywhere else in the world. That was her calling. She could have continued to travel the world, which was her great dream.

The loss of Marie has devastated us. Since the accident, we live in a kind of trance; we can hardly function in "normal everyday life." The pain of our loss is omnipresent. It is difficult to put it into words. We had placed great hope in Marie and expected her to live a long happy life. We knew how much joie de vivre and how many future plans she had. Marie's life inspired us to be braver and to realize our dreams.

**Ellen (Marie's mother)**: I am in a depressed mood, I no longer enjoy life and I have a negative future outlook. I suffer from sleep disorders and nightmares. I work as a software developer and want to deliver high quality work, but I cannot concentrate and am no longer efficient at work.

**Andrey (Marie's longtime partner):** Every dream and plan we made has gone in an instant. I find it hard to look forward to anything more than a day away as everything is so uncertain. I dont know if I will ever be as productive as I used to be.

**Lena Philipp (Marie's sister):** Losing my older sister impacts my everyday life in different ways. Losing her means losing a life coach, a great inspiration and a pillar of strength. She helped me to make difficult decisions, to cope with everyday problems and to organize my life. Without her I feel disorientated, disconnected and unstable. I am not able to concentrate, I suffer from psychosomatic complaints, nightmares and panic attacks as a consequence.

**Hendrik Philipp (Marie's brother):** Since the accident it is hard for me to focus for extended periods of time, which is an issue since being focused is essential for handling dangerous substances during my lab practice. I also changed my general lifestyle, because I'm constantly questioning whether the people in my life are going to be alive tomorrow.

Statement from the sister of Matt Vecere

We were watching the sunset dancing at a retirement community when my husband asked me why I was crying. "I just realized Matt will never have the chance to grow old, to dance with someone with wrinkles and white hair. He'll never have creaky knees and be forgetful and slow down and have to use a longboard, if he can still surf."

I thought Matt and I had fulfilled our quota for sudden death, for tragedy, when Matt took a lit cigarette out of one of our father's hands, and .22 out of the other, in 2000. After Matt died on ET302, I called the Gift of life donor program and asked for a status on our father's donated heart. It took a year for the transplant coordinator to call me back and tell me the donor-recipient had lived an additional nine years, but sadly he was no longer living. She told me that those additional years mean so much to the people who are gifted organs. I explained that I had had this strange need to know if our father's heart was still beating after my brother's stopped in a now fallow field in Bishoftu. How did it stop? Suddenly, with G force, or slowly, just before impact? Let us not forget how violent this crime was, how we also live with *how* our loved ones died.

Boeing knew more people could die after the first crash, and it was proven they knew before the second crash when the Seattle Times revealed the MCAS design flaw.

I have an expanded vocabulary after ET302: hypervigilance. Depersonalization. I can't sit in the middle of a row of people, any row, anywhere. I have to be at the end. I will cry in public and my family is never surprised. My world has contracted, I don't like crowds or pictures of cockpits, small spaces or places where I do not feel in control, candles with saints on them, doctors' offices. I worry about my daughter, who was so so rattled by the loss of her uncle. Nothing makes sense anymore, and the irony of someone like my brother who fought against power-over systems such as Boeing participates in, of so many on ET302 who fought for equality and basic human rights, dying at the hand of a company that views human life as collateral damage – that is the cruelest of ironies that assures that anyone who lost someone to Boeing's greed will never have any semblance of peace, not as long as no one is held accountable to ensure it never happens again.

## Victim Impact Statement from the family of Micah John Messent:

**by Micah's mother Suzanne Camp**

My son, Micah John Messent, age 23, died March 10 2019, in the crash of the Boeing 737 Max 8, Flight ET302. He was travelling to the United Nations Assembly of the Environment in Kenya. Taking care of the environment and our world's oceans health was important to him. He wanted to contribute and help find solutions to the challenges that face his generation.

Micah was the youngest of my five children. He was born and raised on Vancouver Island, an environment of misty ocean shores, ancient rainforests and snow covered coastal mountains. He was a young man whose spirit was filled with light, joy and love. Family, friends, music, guitars and ukuleles, puppies and babies always made him happy and his laughter was beautiful music. He was the kindest young man who worked hard to achieve his goals and was always willing to lend a hand or give the most wonderful hugs anyone could ask for. Micah had an uncanny ability to 'read the room' or a crowd and find the person who needed to be reassured or invited into the circle of acceptance. He encouraged so many friends and inspired so many people with his way of seeing the world. Many have told our family that his influence was a turning point in their lives.

Gratitude influenced the way he lived his life everyday. His last Facebook post March 8, 2019 talked about the opportunity to travel to Kenya, his first trip overseas. *"I'm so grateful for this opportunity and want to thank all of the people in my life who have helped me get this far. Wish me Luck!" he said.*

Every day I ask myself how can my beloved son be dead? We were so close. Micah was only 3 years old when I became a single parent to my five children and there were times that life was difficult, but he knew he could always count on me and that I would always love and take care of him. I keep thinking about the last six minutes of his life. Knowing Micah and the way he was, he was most likely trying to comfort and reassure the people next to him that everything would be okay. I imagine his last callout before the plane fell to earth was MOM!!! before he was obliterated into the ground.  It is a nightmare that I live again and again.

After seven months what remained of Micah was returned to us here in his home town, Courtenay BC. He was cremated. When I picked up his ashes they were a familiar weight. It was about what he weighed when I brought newborn baby Micah home from the hospital. It makes me sad to see his friends moving ahead - getting married, having children, travelling and finding their life's purpose. My heart aches with Micah's loss. There is an empty place at the family dinner table and an ache in our hearts when we gather for holidays and celebrations. There are no exuberant callouts, "I'm home, no loving hugs or declarations of "I love you!"

When Micah was out with friends, I always left his bedroom door open, so when I got up in the morning and could see it closed, I would know he was safely home. Now, to my great sadness I am the only one who closes his door.

**Appx. 022**

Boeing's decision makers took Micah's life from him and they took Micah from us. In their arrogance they took a chance that their defective plane might not crash 'this time'.

Oh God, I wish he had missed boarding that plane!

Our lives have never been the same since that fateful day of the plane crash.

We feel heartache, pain, regret and cry endless tears over a preventable death. Our family has suffered broken relationships, sleepless nights and nightmares. Before Micah died we were a pretty close knit family, but now, not so much. I know Micah would be sad to see how things have changed since he died.

Boeing robbed Micah of a long and loving life. Boeing robbed us of the joy and happiness of being with Micah.

As soon as he returned from Kenya Micah was set to take the next step with his lovely girlfriend Kidston. They'd met at university and were going to begin a life together. Micah's sisters Jade and Amber (who were 16 and 14 when Micah was born and happily 'mothered' him through his childhood) and his brothers Matt and Jasper and all of our family were devastated to hear the news.

Our family on both sides is a large one. Over 75 people are directly related to Micah. He was a son, a brother, an uncle, a grandchild, a cousin and a nephew. When Micah died the youngest member of our family was one-year-old. Calder's birthday is March 11. We had gathered to celebrate him on March 10 when we got the news that Micah was dead. The oldest member of our family was my mother and Micah's grandmother. She was 90. What should have been a happy time turned into unimaginable heartache.

His many friends, co-workers and members of the community were devastated too and wrote and spoke loving tributes. About 600 people attended his memorial service. Even to this day, I hear from individuals who tell me about a time they were with Micah and how much the news of his death affected them.

**Micah was a young man who made everyday count in a good way. Our loss is immeasurable.**

Dear Judge O'Connor,
USA

January 24, 2023

I am providing you with this statement to describe the impact that Boeing's crime of fraud has had upon me and my family.

The actions of Boeing crime have greatly affected my life and the life of my entire family in many ways. Every human being can feel and understand how a mother would feel to lose her son because of this avoidable incident.

Since I lost my son, Sidrak Getachew, to this crime, I have been unable to forget the horrible incident he had gone through, the healing process is taking a long time and whole sort of bad feeling and loss of hope. It hurted me and I am constantly feeling anger, fear, frustration especially it became clear that this incidence was the result of greed. I had to change my normal happier days of work and social interaction. Prior to this incident, I had rarely missed a day at work and other social commitments.

I believe a global corporation like Boeing should not be able to commit crimes like this and get away with it. The emotional and psychological impact will be felt for years to come. I believe Boeing needs to get accountable for this crime.

Avoidable Loin Air crash and again Ethiopia airlines, it's time that Boeing be held accountable for his actions.

Respectfully,

Milka Yimam
Mother Of Sidrak Getachew, Victim of Ethiopian Airlines Crush



Oliver Vick
Family Impact Statement

Oliver was only 45 years old when he died in the crash of ET302. He left behind two young daughters, his parents, and his sister.

The loss of Oliver has been immense. Quite apart from losing our most beloved son, the shock and horror of what happened to him, has overnight affected us all, but particularly Jim, Oliver's father, in the most dramatic way - setting up a mental impact from which it seems he will never recover.  From being a very young 80-year-old, loving the outdoor life, cycling, interested in everything, Jim now seems unable now to cope with each day. And my darling beloved daughter, Rebecca has had to go through the agony of losing her dearest brother, but also had to begin a huge learning curve to be Executor of Oliver's Will, and now a trustee for his beneficiaries. This is in addition to her stress at work, having been made redundant in January 2022, and dealing with the effects of long Covid. For me, I have to be strong in order to support my dearest remaining family.

The impact of the crash has been absolutely devastating for us all.   No day will ever be the same again. There will be a long-term impact on Oliver's children, who are now frightened of flying, quite apart from the trauma of such a sudden death of their parent.
I am angry that the most precious unit of our small family has been forever shattered. I am angry that any of us are in this position. I am angry to see Boeing getting away with it – they are a disgrace.  I am angry we have had to go through this and will continue to be going through it till we die. I could go on and on……………

Cheryl Vick (Mother of Oliver)

**DECLARATION OF ERIC PRIEUR'S BENEFICIARIES**

We are the parents of Eric Prieur.

Given our age, our moral and physical suffering, and our remoteness, we cannot travel to Fort Worth, Texas but would like this declaration to be read or added to the file.

We lack words to describe our grief.

Eric has been with us, in our family, every day since March 10, 2019.

Since that day, nothing is the same. Nothing will ever be the same, not for us parents, nor for our family, nor for those who knew and loved Eric.

Our only son, our pride, our forever ray of sunshine, we miss him terribly on a daily basis.

His passing tears us apart. It is all the more unbearable since we know that it was avoidable. The impunity enjoyed by Boeing is insufferable to us, our quest for justice adds to our pain.

We have experienced an absolute family tragedy: we, his parents, but also his sisters, his nephews and nieces are very affected.

Eric has been absent from emotional moments like his sister's wedding in July 2021; his nieces' communion in June 2022 and he will not be there for his nephew's profession of faith on February 4.

He was at the center of life, within our family. His place is now empty, forever.

Eric was a loved and a loving person. He was present, surrounded, joyful, luminous. His personality will no longer shine on his entourage of friends and colleagues to whom he knew how to bring so much.

He died at the age of 45, in full health, while he was successful in his professional career, he was a highly regarded marketing and strategy director at Carrier Europe.

He was our son, our rock in times of sorrow, our support, he was all our happiness from the day of his birth until March 10, 2019, when Boeing took him from us.

Boeing cannot rid itself of this tragedy of which it is the origin and which causes so much suffering.

Justice must be done, for Eric, for all the families impacted by this tragedy which should never have happened.

Beatrice and Michel Prieur

Appx. 026



**MotleyRice** LLC
ATTORNEYS AT LAW
www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

The Family of Angela Maria Elizabeth Rehhorn
And her parents and brother and sister
Contact through counsel
Mary Schiavo
James Brauchle
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
January 24, 2023

The Honorable Reed C. O'Connor
United States District Court for the Northern District of Texas
501 West 10th Street, Room 201
Fort Worth, Texas 76102-3673

In re Angela Rehhorn, age 24
Died on Flight 302 while headed to a United Nations Assembly to serve as a delegate

Dear Judge O'Connor,

Thank you for permitting us the opportunity to address this Honorable Court. We lost our daughter and our children's sister on Flight 302. She was just 24 and was on the Boeing 737 Max 8 because had been selected to participate in the United Nations Environmental Assembly delegation in Nairobi and was headed to Kenya.

How do you begin to tell a federal court how much it hurts to loose a child, especially in such a needless and preventable plane crash? After our daughter was killed, we trudged around the globe to meetings and presentations in Ethiopia and Washington DC, and we sat through Senate and House hearings in Washington DC, hoping somehow the more we learned and the more facts we could find that we could someday come to terms with Boeing's killing of our daughter.

We have not, and cannot, and after so many years, we know we never will. Our entire family was changed by Boeing's crimes. We went from the happy little Rehhorn family to a new identity and reality which for most people comes only in nightmares – plane crash victim family. Other peoples' wild nightmares about plane crashes come in their nocturnal imaginations; our nightmares are our daytime reality and it creeps into our thoughts in waking moments of every hour.

Angela "Angie" Rehhorn could light up a room with her quick wit and brilliant smile. She was a tree climber and frog catcher almost as soon as she could walk. Angela

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | WASHINGTON, DC | NEW YORK, NY
MORGANTOWN, WV | CHARLESTON, WV | PHILADELPHIA, PA | CHERRY HILL, NJ



Appx. 027

loved everything the outdoors had to offer, and she was a fierce athlete. She swam and played soccer competitively from a young age and she was an Ontario scholar.

Born on April 22, we came to realize she was destined to be born on what is now known as Earth Day. She was passionate about the planet and how people were intertwined. The wonderful times in our family cottage on the St Lawrence River, and Angela's travels further inspired her innate love of the outdoors.

Angela tracked turtles in Belize and worked at Clean Foundation Nova Scotia, the Dalhousie Aquatron and the Canadian Sea Turtle Network. After she graduated from university in 2017, her adventures and accomplishments really took off. Angela worked at the Huntsman Marine Science Centre and then with the Canadian Conservation Corps, a division of the Canadian Wildlife Federation. In the Pacific Rim National Park in the Rocky Mountains, she was involved in surveys of endangered Pink Sand Verbena. Her last assignment was at the Couchiching Conservancy, in our hometown, developing a citizen science project. It was the first time in 5 years that she was able to spend almost 3 months at home with us. After she was killed on flight 302 the Conservancy created a fund in her name; The Angela Rehhorn Citizen Science fund is an initiative to train citizens to do important wildlife monitoring on conservancy properties. A Quiet Grove in Grants Woods is ALSO dedicated to her.

But perhaps Angela's own words best summarize the wonderful person we have lost, "I am on a quest to learn and experience as much as I possibly can within my lifetime. I have a degree in Marine Biology and Sustainability from Dalhousie University and usually find myself on a coast (though not always). As a current member of the Canadian Conservation Corps, I aspire to live an Eco-conscience life, spend lots of time outdoors, provide service to my communities and inspire others._Change your Life, Change the World."

We must ask this honorable court how the United Sates Department of Justice could conclude that a federal agency full of bureaucrats who deferred their job of aviation safety and inspection to Boeing itself, could be the only victim the United States of America and this honorable court recognized? We were provided no advance notice of the Deferred Prosecution Agreement. The DPA was presented to families as a done deal. We were not consulted for victim impact or for restitution.

Thus, we must ask the court if it was the criminal Boeing that decided who, or rather what, the victim was, and if Boeing decided the restitution—with no victims' impact statements and no consultation with the families of the hundreds killed. The United States' Department of Transportation and its Federal Aviation Administration (FAA)

actually put a value on human life when deciding whether or not to implement new safety measures or FAA oversight. The FAA performs a cost benefit analysis and unless the value of the lives that will be lost exceed the cost of the new safety measures, the FAA does not take action. When the FAA declines to act it claims the value of human life lost is approximately Ten Million U.S. Dollars for each person who dies. But of course no one at the FAA died, but the FAA was the "victim"…

…even though it was Angela who died. She paid the price for Boeing's criminal behavior and the FAA's inaction.

We humbly but earnestly await this Honorable Court's further correction of the grave injustice dealt our Angela and our family. Naming Angela and us as victims was only a first step. We knew that already—that is a reality we will live with every moment for the rest of our lives.

Respectfully submitted,


Joan Vincent, Roland Rehhorn
Parents of Angela Rehhorn
Shantel and Ryan Rehhorn
Sister and Brother and Angela

Appx. 029

**Victim impact statement from the family of Sam Pegram**



Mark Pegram (father)

Debbie Pegram (mother)

Tom Pegram (brother)

We would like to start by thanking Judge O'Connor for this opportunity to provide a Victim Impact Statement. We would have been there today if we could, unfortunately this was not possible due to the short notice. We believe to have its full impact this should be read by our family and in the presence of senior Boeing and DoJ representatives.

Describing Sam in a page or two is an impossible task, he was a special person and nothing we can write will fully show you who he was.

Put simply he made the world a better place, for those lucky enough to know him and for those he dedicated his life to helping. From his reception year teacher in his first parents evening who told us "Ah Sam, there is not a bad bone in his body" to the CEO of Generations of Peace at a memorial event "The world needs more Sams not less". The people he touched have in turn touched us with their affection for him.

Sam was so many things, kind, compassionate, thoughtful, caring, loving, altruistic, loyal, dedicated, intelligent, witty. He had an infectious sense of humour, ready with a pun for any occasion. He had a warmth about him and his passion for Human Rights came with a drive and the inner strength to make a difference.

He soaked knowledge up like a sponge, from his natural history encyclopaedias when he was very young to complex papers while researching for his masters dissertation. He had wide interests and tastes in books, films, music, TV and current affairs. Not surprisingly he was very good at quizzes and was even a contestant on the UK TV show "The Chase".

Sam loved football and in particular his home town club Preston North End and also Arsenal. He enjoyed playing and represented his school and local teams. He ran for his school and went on to tackle 10km and half marathons as well as the 243km Dead to Red Sea team relay race twice.

Sam was intuitive about how people were feeling, and he hated injustice and inequality. He would bring outsiders into a circle of new friends and make them feel welcome. He was a ray of positive energy, brightening workplaces and organising social events.

He was loyal, he always kept in touch and he loved spending time with family and friends.

Sam's interest in current affairs led him to study International Relations at Leeds University and it is while on that course that the Arab Spring started and humanitarian crises spread across the Middle East and North Africa. It lit a fire in him to go and do something about it and so he did just that. Setting out in 2015 aged 21 to Jordan to work for a grass roots NGO helping refugees in Amman.

After 2 years in Jordan, he won a scholarship to study for a Masters in International  Humanitarian Law at York University and then won a lucrative place with the Norwegian Refugee Council Geneva Office starting in January 2019. Less than 3 months in to that job he was asked to support a colleague delivering a training programme in Nairobi. Debbie and I saw him the week before in Geneva, he was so excited about this opportunity.

We were all so extremely proud of him.

Our lives changed forever on the 10th of March 2019 and will never be the same. We lost a son, brother, friend and confidant. The wider family lost a Grandson and Nephew, his incredible circle of friends were devastated. A promising career was ended.

We have to live with the fact that we will never see him or speak to him again or feel his arms around us. A light has gone out of our lives. We are left with so many memories that we treasure but suffer the pain of knowing we will not make new ones.

Sam will not be moving on to new and exciting roles, he will not be getting married or raising a family and we have lost the opportunity to share in those experiences.

Sometimes we wake up and momentarily forget he is lost and relive those emotions. Time and time again as we fight for justice for Sam we have had to relive the day we lost him. There have been reports and documentaries that leave us scarred with the images of what that fateful 6 minute journey involved. Knowing how Sam would have suffered breaks our hearts.

How he was lost and the fact it should have been avoided make it all the harder to bear. While we have been waiting four years for justice, the people who were responsible carry on with their lives. We have not had a personal apology from Boeing. Their dishonesty and deceit were 100% not Sam's values. He fought for justice and to help others, we want to do what we can to honour his memory and bring Boeing to justice for his loss of life and the 345 other people lost on two deadly aircraft. Aircraft designed with fatal flaws and then sold with lies and kept flying with more lies.

This should not have happened and cannot be allowed to happen again. A fine and immunity is not justice and we would have let the DoJ know that if we had been consulted as we should have under the CVRA.

Nothing can bring Sam back. Please set an example that will echo across the corporate world in the hope that it will set a precedent that will deter others and protect innocent lives in the future.

**Appx. 031**



Sara Gebremichael

Family Impact Statement

My blessed wife Sara Gebremichael was the lead flight attendant on Ethiopian Airlines Flight 302.  Sara had a beautiful smile and was a generous person with big dreams for the future. Her death devastated me and our three young sons who must now grow up without their mother.

I want Boeing to understand the impact that its crimes have had on my family.  I want Boeing to remember my wife and the other Boeing MAX victims and to never again prioritize profits over human lives.

Ababu Ameha Yetbarek (husband of Sara)



Sintayehu Shafi Baleker

**Family Impact Statement**

Sintayehu was our beloved youngest son and brother. He was loved not only by his family but also by all who knew him. It has been so hard to comprehend that Sintayehu is no longer with us.

Our family was very poor when Sintayehu was a child. Through his hard work, Sintayehu lifted our family out of poverty. Sintayehu was a champion master automobile technician and was Africa's Key Instructor appointed by Toyota Motor Corporation of Japan. He was the first of our family to graduate college, to fly on an airplane and to travel outside of Ethiopia.

Sintayehu was on board Ethiopian Airlines Flight 302 because he was scheduled to attend recertification training in Kenya. He called his sister Konjit from the Boeing MAX airplane to tell her to look for the airplane, which was flying near our family home. He abruptly ended the call and Konjit could tell from his voice that something was wrong.

Boeing's crime devastated our family. On the 5th day of the crash we were taken to the crash site and saw the broken remains of the airplane. We witnessed birds feeding on the flesh of victims. We never recovered Sintayehu's body and were not able to follow our funeral traditions, which include washing and praying over the body of a deceased family member, which might help the family to believe and accept his death.

We want Boeing to know that its crime robbed Sintayehu of his life, our family, our happiness and love. Life for us now is like going through dark. Most importantly, we want to make sure that in the future that Boeing will value human life over profits.

Shafi Baleker Ibrahim (father)
Mintwab Mitku Biru (mother)
Konjit Shafi Baleker (sister)
Liul Shafi Baleker (brother)
Wasihun Shafi Baleker (brother)

**Appx. 033**



Tamirat Mulu Demessie

Family Impact Statement

My husband, Tamirat Mulu Demessie, was only 48 years old when he was killed in the Ethiopian Airlines Flight 302 disaster. He was the love of my life, and he was a proud and devoted father to our two children.

Tamirat was a humanitarian who saved countless lives through his work to avert famines and protect children.  At the time of his death, he was working as a Child Protection Advisor for Save the Children's East Africa Region.  His loss was devasting to his family and friends, but also to the at-risk communities he so tirelessly served.

I want Boeing to understand that its crimes cost the life of a noble and selfless man. Boeing must not forget Tamirat or any of the other victims of the two Boeing MAX crashes. Their lives were infinitely more valuable than mere financial gain.  Because of Boeing's crimes, the pilots of two Boeing MAX airplanes were not able to overcome the airplanes' defects and 346 lives were lost, including that of my beloved husband.

Mahelet Hailemriam Seifu (wife of Tamirat)



MotleyRice®
ATTORNEYS AT LAW
www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

Family of Djordje Vdovic
Wife and three children
Contact through counsel
Mary Schiavo and James Brauchle
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
January 24, 2023

The Honorable Reed C. O'Connor
United States District Court for the Northern District of Texas
501 West 10th Street, Room 201
Fort Worth, TX 76102-3673

RE: Victim Impact Statement for the Vdovic Family

Dear Judge O'Connor,

I am an American citizen and have been since birth. I never imagined being involved in a criminal
case in the United States District Courts, and I do not do so by choice, but by tragedy. However, I
appreciate the justice that is possible under the laws and in the courts of the United States. I thank
your honor for the opportunity to express to you what Boeing's fraudulent and criminal behavior has
done to our family. I lost my beloved husband Djordje Vdovic on Flight 302, and his three children
lost their father. We humbly but earnestly ask you to consider the devastating impact of Boeing's
admitted criminal guilt as you are deciding Boeing's future.

There are grave human consequences for what Boeing blithely considers its COB – the cost of doing
business. Boeing considered its profits above all else – Boeing lied and said no additional pilot
training was needed to fly this plane; just as Boeing said no disagree light was needed, unless of
course you paid extra, to alert the untrained pilots that the angle of attack indicators were giving
erroneous data. Then to complete the conspiracy, Boeing lied to the government of the United
States of America in FAA certification documents. If your honor or I lied to the government to get
college aid or a small business loan, those misstatements are crimes punishable by 5 years in
prison. Yet, hundreds of people died, Boeing's fraud on the government was committed and has
been admitted, and no one has gone to jail--not one night.

Two of Djordje's children were minors when my husband died; one still is a minor. Two of the
children are in college—undergrad and grad school. Our littlest one is still in lower elementary
school. She will arrive at college in about 10 years. The children's future is worry I must now
shoulder alone; when Djordje was alive the children's future was joy we celebrated together. In a
few seconds on a flight in Africa our family went from secure joy to lonely worry.

Djordje was a hero, and not just to his children, his sister whom he helped support, and me. Djordje
grew up in a war-torn country. As a child and a teenager, he learned how to survive not just for
himself and his parents and sister, but for his entire community. He learned the mountains, woods,
rivers, and streets in and around Belgrade. He became an expert rescue skier and an informal
"provisioner" for his war-torn town. He knew how to get things done in the most difficult and
dangerous situations. If someone was hungry and had no food or needed firewood or medication, he
found it. He was an ad hoc, unofficial United Nations in Belgrade. The United Nations must have
thought so too—the UN hired him.

**Appx. 035**

Djordje worked his way up the ranks of the UN the hard way – with hard work in difficult locations—eventually becoming a top executive for the World Food Program.  He served in Serbia, Bosnia, Montegero, Bulgaria, Tanzania, Malawi, Honduras, Guatemala, Nicaragua, Panama, DR Congo, Afghanistan, and Thailand. Finally, he was to be reunited with his family in Europe, working on a project to get food to hungry people in East Arica. He was beyond excited about this challenging assignment – he loved rising to such challenges.

But most of all he loved us – his family.  One daughter is pursuing her doctorate.  She has a keen mind and a sense of service.  His son is pursuing film and artificial intelligence, with all the creativity and passion of his father. And our little one's age is still in single digits.  She looks like Djordje; but she will never get to know him.  She was in nursery school when he was killed by his aircraft--designed and built by Boeing.

We know your honor has many families to consider so we will limit our points to three:

1.  The impact on our family is obvious – we were a happy family with a bright future. We were secure—emotionally and financially.
2.  The significance that ours was the second 737 Max 8 crash cannot be overstated. Perhaps Boeing may say that no one could have predicted the first 737 Max 8 crash of Lion Air (which premise we do not accept), but Boeing was put on notice after the Lion Air crash and subsequent discovery has shown the Boeing knew it had a problem.  Please ask Boeing in open court and on the record, under oath, about the "Six Seconds to Safety" memo, which shows Boeing knew this disaster could happen and if it did, the pilots would have just six seconds to trouble shoot and fix the problem or all would die.
3.  The failure of the United States Department of Justice to recognize my Djordje and our family as victims of Boeing's criminal behavior was stunning.  The first any air crash victim family heard of the Deferred Prosecution Agreement was when it was already a done deal.  The FAA was deemed the only victim, even though the FAA was a willing participant in the certification of this plane. The FAA was a co-conspirator, not a victim.  Now that your honor has rectified the grave injustice of the U.S. Department of Justice and ordered that my husband and our family were victims of Boeing's terrible admitted crimes, not to mention the horrible breach of trust and shocking dishonesty, how does this honorable court envision deciding and ordering just restitution for our family from the criminal defendant and the crimes that took my husband's life?

Thank you for permitting me to provide this victim impact statement.  I live in Europe and could not travel to Texas on such short notice, especially with a young child in elementary school.  However, the court has my full cooperation, and I will look forward to hearing from the court on how restitution will be addressed now that the court has recognized Boeing's passengers and their families as victims.

Most sincerely,


Silke Vdovic Buhr
Widow and Mother

Appx. 036

**Statement of Yalena Lopez-Lewis**

My name is Yalena Lopez-Lewis. My husband, Antoine Lewis, was a passenger on Ethiopian Air Flight 302 that crashed on March 10, 2019. He, along with 156 other people on board that flight, perished that day. Antoine, like every other passenger on that flight, was more than a number—he was a husband, a father, a son, a brother, and a friend.

Ever since March 10, 2019, our family has experienced unspeakable pain from losing a loved one in such a horrific and tragic way. Our pain was exacerbated by what investigators and attorneys have uncovered about The Boeing Company's role in causing not only that crash, but also the Lion Air Flight 610 crash in Indonesia in October 2018.

Boeing's actions in manufacturing, testing, and certifying the 737 Max 8 were criminal. Boeing admittedly defrauded the United States by knowingly making false statements to the Federal Aviation Administration about the plane's Maneuvering Characteristics Augmentation System (MCAS), which caused both the Lion Air and Ethiopian Air crashes.

And what was Boeing's motivation behind defrauding the US Government? It's clear – MONEY!  Time and time again, Boeing placed profit over passenger safety. As a result, it has the blood of 346 victims on its hands. Boeing intentionally hid and obscured known safety issues with its plane to push it to the market. Boeing was blinded by money and greed, and my life is forever changed because of this.

In the aftermath of these tragedies, the survivors of the innocent victims who lost their lives have only sought one thing—justice. We placed our trust in the US Government and the Department of Justice to hold Boeing accountable for its crimes. But our trust was violated when the DOJ entered into a Deferred Prosecution Agreement with Boeing on January 6, 2021, that proved to be nothing more than a slap on the wrist. Not once were we—as crime victims— ever looped into the conversation about Boeing's plea deal. Boeing and its executives who made these decisions were somehow spared meaningful criminal penalties for the senseless murders of hundreds of innocent victims. Through the DPA, the DOJ has breached our trust.

One thing is clear in my mind, and that is the DPA is plagued with fraud. Based on past experience, I cannot trust the DOJ to protect my interests or the interests of the hundreds of other similarly situated victims of Boeing's crimes. For that reason, I respectfully request that a judicial monitor be appointed. If one thing is clear, the DOJ has not and does not represent my interests. The DOJ cannot be trusted, and someone who does needs to intervene. And that is why an independent judicial monitor is necessary.

January 24th, 2023.

Dear Judge O'Connor,

My name is Zekarias Asfaw Shenkut. I am the brother of Mulugeta Asfaw Shenkut who died on March 10th, 2019, because of the Max 8 737 Plane Crash. I was present in your courtroom on August 8, 2022, at the prior hearing. I live in Kansas but I am presently in Ethiopia on a work assignment and I cannot attend the hearing in person.

My brother Mulugeta Asfaw Shenkut died because of an entirely avoidable event, a crash that would have been prevented had Boeing not committed fraud. Boeing's fraud has impacted our family.

Let me begin by telling you about my nephews, Musse (17) Yodahe (12), and Ammanuel (5) whose lives changed forever due to the death of their father,  Mulugeta. I am witnessing their struggle, and above all the pain and sorrow this has left in their lives, schooling, and relationships. My sister-in-law, Yewubdar Abebaw is raising three boys and still grieving her loss.

She is heartbroken and faced with the multi prong challenge of performing the role of both a father and a mother for her children. Their life as a family has been disturbed. They had to move from their family home to be close to extended family for support.

My parents were stricken by sorrow at the loss of their son. They wished to cherish these years surrounded by children and grandchildren. My father struggled, bound by culture and tradition, with limited an outlet to grieve. He died in May of 2022. My mom mourns her son's loss compounded by the loss of her lifetime partner, my father.

My brother Mulugeta was well educated, a public servant, a husband and a respected elder in his local church where he ministered alongside fellow members. His generosity had no boundaries. I have no doubt that I would not be be where I am if it was not for him always being present in my life.

 He lived for others throughout his life, and impacted so many through his ministry, humanity, and love of neighbors. So many depended upon him, parents, siblings, friends, and families. His work, delivering water to the poorest communities in Africa, brought him into contact with many people in need. He supported elders, children, and widows.

After he died in the Max crash we discovered that many people in need were relying upon him, so we  established a foundation in his name to continue that support. His generosity provided for those living in the margins where so many suffer and struggle.

My brother has six sisters and two brothers. All of us share similar stories of our brother. To this date mourning has not seized, the pain and agony left all of us heartbroken. We all are in different stages of grief, but we all carry tears in our eyes thinking of his death as one which no one deserves.

My brother is buried with one hundred fifty-seven bodies in pieces but together. Boeing could have avoided this crash and had they followed the law, it would have been avoided. It is my hope that these proceedings in your court room will charter a new beginning where the "day light killings" that happened on March 10th, 2019, receives the attention and judicial administration it deserves.

Finally, it is important to me to give this impact statement since Mulugeta Asfaw Shenkut is not here to speak for himself, and I am doing this on behalf of my sister-in-law, his children, my mom, and siblings, whom I have consulted.

Allow me also to thank you for the simple fact that you are presiding over this case. You are giving us a voice and requiring Boeing to be treated as criminals in our system of justice and it means a lot to me and to my family. When I was in your courtroom on August 8, 2022 it was important for me to witness the expert testimony. I was comforted just to sit and know that what happened, the history here, was explicitly interrogated and documented and recorded. What was a back room secret "proceeding" is now coming to light.

Thank you so much,

*Zekarias A Shenkut*

Zekarias Asfaw Shenkut – on behalf of Mulugeta Asfaw Shenkut who died on March 10th, 2019, because of the Max 8 737 crash.

**JOSHUA  MWAZO BABU and EMILY CHELANGAT BABU**
**CRIME VICTIMS IMPACT STATEMENT;  DOJ vs BOEING CRIMINAL CASE**

We are making this statement as parents to our beloved son, Jared Babu Mwazo who died together with his loving wife Mercy Ngami Ndivo in the Ethiopian ET302 plane crash on 10th March 2019 leaving behind a one year five month old baby Emily Chelangat.

The events of that day completely changed the life of Baby Emily, Jared's siblings, we as his parents and our community at large which relied on Jared as a father, brother, sister, a son, a business partner and community leader.

Baby Emily, who is the most impacted, has been denied the love and care of both parents at a very tender age. Jared had beautiful and ambitious plans of bringing up his daughter in the best way possible that  would have ensured her future was a real success but all this was cut short on the 10th of March 2019 making her an orphan and leaving this responsibility to us, her grandparents. When Emily's friends talk about their Dad & Mom in school, she can only talk about her grandparents with a remark that her Dad & Mom went to heaven.

Jared was our first born son, who acted as a mentor to his two siblings Janet & Jason connecting with them in a very special way. Jared's absence has affected Jason's school  performance which dropped drastically.

Jared joined our family business - Seaways Kenya Ltd  in 2013 and over the years brought a new successful & modern approach to the business. He had also established his own other businesses whose future is now in doubt. As an heir apparent, we as parents had hoped for future succession and continuity of the family business as we take a back seat because Jared was being groomed to take over our business. This is now a big blow because we have to reorganise ourselves in trying to keep up with the ever changing business environment to keep afloat, something that Jared had mastered so well and even made our business Seaways Kenya Ltd  to win awards. It is now a tall order for us because there are so many things to be done including limited capacity and other health challenges that have developed as a result of all these.

Jared also ran an organisation called "You And I", a youth leadership program in Nairobi Kenya which was meant to empower young people to be entrepreneurs, to innovate and think differently so that they are able to generate revenues for themselves and their families while mentoring and developing leadership skills among the youth which was a core value to him, right from high school level through, to the university

Jared reasoned that for any family, organisation and /or country to run efficiently, effectively and be successful in whatever they were doing, they needed Godly and good leaders who should demonstrate integrity, those who were willing to have clear conviction of what is wrong and right and those who are able to take full responsibility for their actions because in so doing they will be guided by their values in their day-to-day decision making. Jared, through his organisation of YOU And I was therefore ready to mentor and develop the leadership skills among the youth for a better today and tomorrow.

Life is a paradox and little did we know that what our beloved son Jared Babu Mwazo, believed and advocated for here in Kenya as stated above, are the main reasons that lack of the same, (i.e poor leadership and wrong decision making taken miles away) where there was no conviction of what is right and wrong by Boeing leadership who decided to put the value of profits over that of human lives and safety, was the main cause of what cut short and caused untimely death not only for our son Jared and his wife Mercy but also for 344 beautiful souls. We are trying to run this organisation but have not quite fitted in his shoes.

Jared ran a bible study group as well that changed many lives and if he was here today, many more lives would certainly have been changed. Rony narrated a story of how Jared touched and changed his life. Rony was alcoholic, suicidal from a broken home. Jared ministered to him through the word of God, paid his accommodation for some time and as we speak, Rony stopped taking alcohol and now has a positive attitude towards life.

Jared's death affected two of his close friends negatively. Kimoli, an engineer started drinking and was sacked from his place of work, stayed home for over one year because to him, life was worthless. We did not know about this until last December when he came to our daughter Janet's wedding. We thank God that he got help and recently got another job.

Kagwara, on the other hand was also affected mentally and had to leave the USA where he was working to come home. After getting help from home, he is now back in the USA and we hope he is doing well.

Despite the many sorrows, unending pain and tears for us as a family, many other lives have  been affected negatively directly or  indirectly by Jared not being there and the list can go on and on. This includes The Grand Investors which is a community based organisation that Jared started for his cousins which stopped their welfare contributions and being actively involved in things that can change and better their lives.

The leadership at Boeing directly contributed to the loss of 346 beautiful souls that ought not to have died had Boeing acted with integrity and put safety over profits. It is disheartening therefore to observe that the Department of Justice in the United States of America have, according to all the victims families opinion, failed to fully hold Boeing accountable for their heinous and egregious crime and are willing to protect them at all cost even when families say they have information  that  many  other  lives  are  being  endangered  by  Boeing  unsafe Aeroplanes.



*Jared & Mercy with their daughter Baby Emily during  happier days*

*Statement from Jared's Sister - Janet Mwazo*

**LIFE WITHOUT JARED**
You are born, and immediately you get to have a friend whom you call a brother and not only just a brother, a big brother. The responsibility and weight that name carries is quite big. Through the 24 years I got to spend time with my brother Jared, we developed quite a close knit relationship. I truly looked up to him in so many ways. He had the ability to interact with any person who crossed his paths with such humility, humour, liveliness and respect.  the love that he had and showed for his family and close friends, the proud role he took as a father and husband to be, the tenacity, boldness and hard work he showed in his work ethic and the passion that he had to truly make a difference in the youth which he hoped would have a positive effect in future leadership of the country. For everything he touched, he truly exuded brilliance and definitely stood out amongst his peers.

The potential he had was brutally taken away by one selfish decision that an organisation made, so as to pocket the profits yielded from a faulty plane that they well knew the dangers. We deeply cry for justice not only for Jared, Mercy but also for the 155 other people whose loved ones lives were also affected in their own unique ways, not to forget the 189 passengers who passed away in the 2018 in the Indonesia crash which was caused by the same reason as the 2019 Ethiopia crash.

*Comments from Congressman - Peter DeFazio after DPA release.*

"This settlement amounts to a slap on the wrist and is an insult to the 346 victims who died as a result of corporate greed. Not only is the dollar amount of the settlement a mere fraction of Boeing's annual revenue, the settlement sidesteps any real accountability in terms of criminal charges. I hope the DOJ can explain its rationale for this weak settlement to the families, because from where I sit this attempt to change corporate behaviour is pathetic and will do little to deter criminal behaviour going forward."

As we join hands with the Congressman Peter DeFazio statement above,  It is our sincere hope therefore that the court will revisit the DPA between the DOJ and Boeing and lift up the immunity so that Boeing can be held more accountable for their criminal actions in order to deter similar behaviour in the future. This will certainly be in the very best interest of the general public who cannot avoid flying at one stage or the other.