# Exhibit 1



Note: Saptandri Widiyanto was the Transportation Attache at the Embassy of Republic Indonesia in Washington DC at the time. This message was sent on or around September 12, 2019. On October 25, 2019, the Indonesian KNKT released the final report on the Lion Air Flight JT610 crash. On October 28, 2019, Dennis Muilenburg was reported to have met with the Indonesian ambassador in Washington DC the Monday before his congressional hearing on Tuesday, October 29, 2019 (*See* https://www.reuters.com/article/uk-ethiopia-airplane-congress-idUKKBN1X71ZP – last accessed Jan. 24, 2023).