```
1                IN THE UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF TEXAS

3                      FORT WORTH DIVISION

4

5   UNITED STATES OF AMERICA, ) CASE NO. 4:21-cr-00005-O-1
                              )
6        Government,          ) FORT WORTH, TEXAS
                              )
7   VS.                       ) JANUARY 26, 2023
                              )
8   THE BOEING COMPANY,       )
                              )
9        Defendant.           ) 9:00 A.M.

10

11                      VOLUME 1 of 1
                    TRANSCRIPT OF ARRAIGNMENT
12          BEFORE THE HONORABLE REED C. O'CONNOR
              UNITED STATES DISTRICT COURT JUDGE
13

14

15  A P P E A R A N C E S:

16  FOR THE GOVERNMENT: CHAD MEACHAM
                        UNITED STATES ATTORNEY
17                      NORTHERN DISTRICT OF TEXAS
                        801 Cherry Street, Suite 1700
18                      Fort Worth, Texas  76102
                        Telephone:  817.252.5200
19
                        LORINDA LARYEA
20                      PRINCIPAL DEPUTY CHIEF, FRAUD SECTION
                        ALLAN MEDINA
21                      SENIOR DEPUTY CHIEF, FRAUD SECTION
                        UNITED STATES DEPARTMENT OF JUSTICE
22                      950 Pennsylvania Avenue, NW
                        Washington, D.C. 20530
23                      Telephone:  202.514.2000

24

25
```

```
 1    A P P E A R A N C E S:

 2    FOR THE MOVANTS:    PAUL CASSELL
                          SJ QUINNEY COLLEGE OF LAW AT THE
 3                        UNIVERSITY OF UTAH
                          UTAH APPELLATE PROJECT
 4                        383 S. University
                          Salt Lake City, Utah  84112
 5                        Telephone:  801.585.5202

 6                        ERIN APPLEBAUM
                          KREINDLER & KREINDLER, LLC
 7                        485 Lexington Avenue, 28th Floor
                          New York, New York  10017
 8                        Telephone: 212.972.9432

 9                        ROBERT CLIFFORD
                          TRACY BRAMMEIER
10                        CLIFFORD LAW OFFICES, P.C.
                          120 N. LaSalle Street, 36th Floor
11                        Chicago, Illinois  60602

12                        CHASE HILTON
                          BURNS CHAREST, LLC
13                        900 Jackson Street, Suite 500
                          Dallas, Texas 75202
14                        469.904.4550

15
      FOR BOEING COMPANY: BENJAMIN HATCH
16                        BRANDON SANTOS
                          McGUIRE WOODS, LLP
17                        800 E. Canal Street
                          Richmond, Virginia  23219
18                        Telephone:  804.698.2194

19                        MARK FILIP
                          CRAIG PRIMIS
20                        KIRKLAND & ELLIS
                          300 N LaSalle Drive
21                        Chicago, Illinois  60654
                          Telephone:  312.862.2000
22
                          MICHAEL DELANEY
23                        Chief Aerospace Safety Officer

24                        BRETT GERRY
                          Chief Legal Officer
25
```

1

2    COURT REPORTER:        ZOIE M. WILLIAMS, RMR, RDR, FCRR
                            United States Federal Court Reporter
3                           501 W. 10th Street, Room 523
                            Fort Worth, Texas  76102
4                           zwilliams.rmr@gmail.com
                            817.850.6630
5

6

7

8         The above styled and numbered cause was reported by

9    computerized stenography and produced by computer.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                              I N D E X

3

4      SWORN VICTIM IMPACT STATEMENTS

5      Naoise Connolly Ryan............................09

6      Catherine Berthet..............................14

7      Naheed Noormohamed.............................28

8      Zipporah Kuria.................................31

9      Susan Riffel...................................39

10     Ike Riffel.....................................43

11     Brittney Riffel................................46

12     Paul Njoroge...................................50

13     Paul Kiernan...................................59

14     Clariss Moore..................................63

15     Chris Moore....................................64

16     Nadia Milleron.................................71

17     Michael Stumo..................................76

18

19

20     STATEMENTS ON CONDITIONS OF RELEASE

21          By Mr. Cassell.......................082, 124

22          By Ms. Laryea............................092

23          By Mr. Filip.............................108

24          By Mr. Hatch.............................114

25     Reporter's Certificate........................132

Word Index.......................................133

```
 1                    P R O C E E D I N G S

 2                    JANUARY 26, 2023

 3                         oOo

 4          THE COURT SECURITY OFFICER:  All rise.

 5          THE COURT:  Please be seated.  This is Case

 6  No. 4:21-cr-5, United States v. Boeing.

 7          Counsel for the government is here.

 8          Counsel for the movants are here.

 9          We have counsel for Boeing here.

10          Mike Delaney?

11          MR. DELANEY:  Yes, sir.

12          THE COURT:  Okay.  Would you and your counsel

13  please stand?

14          Has Boeing received a copy of the felony

15  information alleged against it in this case?

16          MR. DELANEY:  Yes, sir.

17          THE COURT:  All right.  And are you authorized to

18  act for Boeing here today?

19          MR. DELANEY:  Yes, sir.

20          THE COURT:  Do you want me to have this

21  information read aloud here this morning?

22          MR. DELANEY:  No, sir.

23          MR. HATCH:  No, sir.

24          THE COURT:  All right.  Then to this information,

25  how does Boeing plead?
```

```
1              MR. FILIP:  Your Honor, if I may speak very

2    briefly before Mr. Delaney enters a plea, if that's okay?

3              THE COURT:  On what issue?

4              MR. FILIP:  I just want to make clear, please,

5    sir, that, as the Court knows, Boeing has entered into a

6    Deferred Prosecution Agreement in this case.  We want to

7    make very clear to the Court and to the government that

8    Boeing intends to abide by the representations and

9    commitments that are in that agreement that it's been

10   abiding by for two years' time.

11             THE COURT:  Very good.

12             MR. FILIP:  And will continue to do so.

13             THE COURT:  Very good.

14             MR. DELANEY:  Not guilty, sir.

15             THE COURT:  Not guilty?  Okay.

16             And what does the government say to that?

17             MS. LARYEA:  Good morning, your Honor.  Lorinda

18   Laryea for the United States.  As Boeing counsel said, the

19   government has agreed to deferred prosecution in this case.

20             And so, under the Deferred Prosecution Agreement,

21   the government does not believe it requires Boeing to plead

22   guilty in this case.

23             THE COURT:  All right.  Very good.

24             You all may be seated.

25             I will enter a not guilty plea on behalf of
```

1   Boeing.

2          And I will forward it to you, Mr. Cassell.

3          MR. CASSELL:  Yes.  Your Honor, I would like to

4   introduce, with the Court's permission, counsel, and then

5   the families who will be speaking this morning for your

6   Honor's benefit, Paul Cassell for the family

7   representatives, along with Tracy Brammeier, Bob Clifford,

8   Erin Applebaum, Chase Hilton, our local counsel.

9          Seated in the courtroom we anticipate that

10  there will be 12 of the crash victims who will have

11  representatives speaking here this morning.  And then I'm

12  hoping I can follow up by briefly making some points on --

13  legal points on conditions of release.

14         We have here today Naoise Connolly Ryan who is the

15  representative of Mick Ryan.  And then we have Catherine

16  Berthet, who is a representative of Camille Geoffroy.

17  Geoffroy, I believe it is.  Zipporah Kuria who is a

18  representative of Joseph Kuria Waithaka.

19         Nadia Milleron and Michael Stumo who are

20  representatives of Samya Rose Stumo.  Chris Moore who is a

21  representative of Danielle Moore.

22         Paul Njoroge who is a representative of Caroline

23  Karanja, Ryan Njoroge, Kellie Pauls, and Rubi Pauls.

24         Paul Kiernan who is a representative of Joanna

25  Toole.  Naheed Noormohamed who is a representative of Ameen

```
 1   Noormohamed.

 2            We have Ike and Susan Riffel who are

 3   representatives of Bennett Riffel and Melvin Riffel.  And

 4   then, Brittney Riffel is here also.  She's a representative

 5   of Melvin Riffel, and Emma Riffel is here as well.  She was

 6   born two months after the crashes.

 7            And then following that presentation, I would like

 8   a brief opportunity to address conditions of release.

 9            THE COURT:  Okay.

10            MR. CASSELL:  Without any further delay, I tried

11   to emphasize how many matters the Court has on the court,

12   they will be brief.

13            I would like to introduce Naoise Connolly Ryan.

14            THE COURT:  Okay.  Please come up.  Ma'am, would

15   you raise your hand to be sworn, please?

16        (The oath was administered.)

17            MS. RYAN:  I do.

18            THE COURTROOM DEPUTY:  Thank you, ma'am.

19            MS. RYAN:  Thank you.

20            Your Honor, thank you very much for today.

21            THE COURT:  Yes.

22            MS. RYAN:  I'm just going to read my impact

23   statement, if that's okay?

24            THE COURT:  Yes.  Uh-huh.

25            MS. RYAN:  My name is Naoise Connolly Ryan.  My
```

1  husband, Mick Ryan, was killed in the Ethiopian plane crash

2  ET302.  I have traveled here today from Ireland with my two

3  young children in the hope of justice.

4          The 10th of March 2019 is a day I will never

5  forget.  It changed our lives forever.  Although we had been

6  married 12 years as a family, in a way, life was only

7  beginning.

8          We had our beautiful three-year-old daughter and

9  our newborn son, and we couldn't have been happier.  Mick

10  was our joy.  He had a big heart and a big smile.  His sense

11  of humor and his passion for people and for life broke down

12  many barriers as he traveled across the globe working for

13  the United Nations World Food Programme as the Global Deputy

14  Chief Engineer of the United Nations World Food Programme,

15  Mick was based in headquarters in Rome.  Like most

16  humanitarians, however, his work took him to many dangerous

17  and risky places.  He worked in countries with Ebola, civil

18  unrest, war, and terrorism.

19          He witnessed unimaginable atrocities.  He loved

20  his work, and his passion was to make the world a better

21  place.

22          Mick lived his life with passion.  To him, people

23  were what matters and being an engineer working for the

24  World Food Programme enabled him to help the most vulnerable

25  people in the world.  He was a first responder when it came

1    to global emergencies.  He believed engineering lay at the

2    heart of the WFP motto, to change lives and save lives.

3         If you provide people with the infrastructure and

4    a safe place to work, to play and to live, you can build an

5    environment and a society that is better equipped to support

6    itself.  You can give people hope.  This was his vision.

7         But four years ago all our dreams ended.  Mick was

8    traveling with the United Nations from Addis Ababa to

9    Nairobi.  He put himself forward to attend a workshop in

10   Nairobi to help expand the WFP engineering program across

11   all of Africa.

12        I was in Ireland at the time with our two young

13   children preparing to travel back to Rome.  When he landed

14   in Addis, he tried to call me, but it was in the middle of

15   the night in Ireland.  In the end, he just sent me a simple

16   message to say he had landed in Addis and that he was on his

17   way to Nairobi, and he signed it off with a kiss.

18        There was nothing to fear.  This was not a

19   dangerous mission.  I woke early the next morning and saw

20   his message.  I replied with, "Good morning, daddy," with a

21   picture of the kids in bed, smiling up at the camera.  I

22   knew it would make him so happy to see them.  Message sent,

23   but it never delivered.

24        Since losing Mick, I have experienced unimaginable

25   trauma and suffering.  The life we once knew, the joy, the

1   laughter has all been obliterated from our lives.  I'm stuck

2   in a never-ending time loop that brings me right back to the

3   10th of March time and time again.

4           The nightmares of planes falling from the sky,

5   visions of what Mick must have experienced, the absolute

6   terror, how he must have felt, the thoughts that must have

7   gone through his head in those final moments.

8           For the first year after the crash, I didn't

9   sleep.  It was easier not to sleep.  Sleep brought no

10  comfort, just more nightmares.  But I had a young baby and a

11  young child that needed me.  I needed to find the strength

12  to look after our children.

13          So I started to hope.  Hope that justice would

14  prevail and that those that were culpable, the CEOs of

15  Boeing, Muilenburg, and Calhoun in particular, that they

16  would be held to account.

17          My children are growing up fast.  The past four

18  years of their young lives have been traumatic and

19  impossibly sad.

20          They suffer from anxiety that they will lose their

21  mother too.  My son calls me continuously when we are at

22  home to try and reassure himself that I am still there.

23          My daughter has cried out for her daddy in the

24  middle of the night.  She remembers him, but the memories

25  are fading and she gets anxious about forgetting him.

1          She has one very large and dark memory however and

2   that is how she lost him.  We have since moved back from

3   Rome, back to Ireland in the hope of rebuilding our lives.

4          I had to change my daughter to a smaller school

5   because she felt too overwhelmed because all the other kids

6   had a daddy.  She suffers from anxiety and depression.  She

7   also fears that she will lose me too.

8          This is my second trip to the U.S. in two months

9   and each time I've had to take my children with me.  They

10  are scared to fly but they are more afraid to be left behind

11  with the thought that they might never see me again.

12          But I had to make this journey so that I could be

13  here today to be heard and make a plea to the Court.  The

14  secret sweetheart deal that was hatched between Boeing and

15  the Department of Justice is not justice.

16          I refuse to accept the DPA compensation money for

17  this reason.  I do not want their blood money.  I want the

18  truth, real justice, and accountability.  I believe

19  Muilenburg and Calhoun should face a public trial and be

20  prosecuted for manslaughter.

21          These days, when I think of Mick's last day in the

22  world, I try not to think about his last moments on the

23  plane.  Instead, I try to think of him on mission in the

24  field, doing what he loved doing best, but knowing his

25  thoughts were always with us.

1              A colleague of his whom he had worked with in the

2    field reached out to me after the crash.  He wrote the

3    following:  "A couple of weeks before the crash, Mick was in

4    Cox's Bazar in Bangladesh and we again made and planned more

5    things for the year with the agreement that we would keep

6    pushing for a bigger impact on refugees, no matter what.

7              "We parted our ways at the ISCG compound with me

8    saying, if you like it here so much, you should just stay.

9    We need you and you are always in the field already.  Rome

10   is boring."  I laughed.

11             And he replied, "I have family in Rome waiting.  I

12   go back for them."

13             "I was so happy for him because there was so much

14   life, joy, and happiness in those words.  We parted and that

15   hand in the air and smile as he walked away is the image I

16   retain of him."

17             I want justice for Mick and for all 346 people

18   that were killed by Boeing on those flights.  Thank you.

19   Thank you, your Honor.

20             MR. CASSELL:  Catherine Berthet.

21             THE COURT:  Please raise your hand and be sworn.

22             THE COURTROOM DEPUTY:  Ma'am, could you raise your

23   right hand to be sworn, please?

24        (The oath was administered.)

25             MS. BERTHET:  Yes.

1          THE COURTROOM DEPUTY:  Thank you, ma'am.

2          MS. BERTHET:  Thank you.

3          May it please the Court.  Your Honor, this young

4    woman's name is Camille.  She was 28 years old when she lost

5    her life in the crash of Flight ET302 in Ethiopia.  She is

6    my daughter.

7          She had been working in the humanitarian field for

8    several years, living in huge refugee camps.  Always at the

9    same rhythm:  Four months in Africa, and then 10 days of

10   vacation in France, at home.

11         Her last mission, which had just ended, was in

12   South Sudan, in the field which she loved, logistics officer

13   and area coordinator in a refugee camp.  She managed budgets

14   of several millions dollars and managed nearly 100 staff,

15   South Sudanese, the expatriates of the mission being, for

16   the most part, assigned in the capital Juba.

17         How could I describe Camille?  She was a

18   hurricane, had always been.  She was exuberant, passionate,

19   committed, brilliant, and never giving up.  She never gave

20   up.

21         To her friends, she regularly sent common mails,

22   which she entitled, "African Chronicles," in which she told

23   about her daily life.  Everything was joyful and a source of

24   her amusement, even the poor food, the monsoon, and even the

25   discouragement which obviously pointed sometimes.

```
 1              Her friends have put together these chronicles in
 2    the form of a book, there were nearly a hundred of them.
 3    The first memorial mass 15 days after the crash, coming from
 4    all over the world.  There were still nearly 50 of them to
 5    attend her funeral six months later, 400 kilometers from my
 6    home.
 7              I had never seen the pain and tears in
 8    30-years-old people.  I saw their distress, their grief,
 9    their suffering.  I saw their reddened eyes, heard the sobs
10    they tried to suppress so as to not to add to my pain.  I
11    read their poignant messages.
12              Today, they are my friends.  They call me
13    Catherine or Mummy Camille.  They keep supporting me by
14    reminding me, please, do act like Camille would.  Don't give
15    up.  Never give up.
16              Zack was a financial manager of the South Sudanese
17    mission in Juba.  It was love at first sight.  They had the
18    chance to experience a true love, immediately strong and
19    deep.
20              Certain that their love was eternal, they had so
21    many projects, going to Norway to observe the Northern
22    Lights, cycling to Santiago de Compostela, and so many
23    others.
24              They were going to live together in Kenya.  They
25    wanted to get married, and they wanted children.  I know
```

1    this because Camille mentioned the maternity leave clause in

2    her employment contract and because Zack mentioned the

3    triplets they were dreaming of at the first mass.  They had

4    even found names for them.

5            It is to Zack that Camille sent her last message

6    from Addis Ababa, "I am boarding.  I love you, kiss."  I

7    cannot speak about Zack's suffering, it belongs to him, but

8    I know that he continues this path of faith on which they

9    had based a great part of their relationship, he Protestant,

10   she Catholic.

11           Actually, I was supposed to have dinner with him

12   last evening, but I had to cancel to go to Texas.

13           Camille was also an incredible sister.  Knowing

14   that I was coming to testify today, my son Cesar insisted

15   that I present this picture.  Camille was 12 years old when

16   Cesar was born.  He never called her and still does not call

17   her anything but "Sweet Sister."

18           These two loved each other in a way that I have

19   never seen siblings love each other, in a fusion way.  She

20   always wanted to do everything with him, show him

21   everything, explain everything, play, make him laugh, make

22   him discover the world, take him on weekends, but also

23   educate him, be severe sometimes, watch over him, care about

24   him.

25           Two years before the crash, Camille had decided to

1   get a tattoo.  She asked her tattoo artist to invent a

2   pattern representing a three C's interlace for Camille,

3   Cesar, and Catherine.

4         I know because she told me, because, of course, I

5   saw it, that huge tattoo on her hip, but also because her

6   tattoo artist told me that when two years ago I went to meet

7   her to ask her for the same tattoo as my daughter's.

8         The first thing Cesar did on March 10th, 2019, was

9   upload all of his sister's photos to her social media

10  accounts.  So he immediately took refuge in his room on that

11  big bed.  This room and this bed have been their common

12  domain since Camille was working abroad.

13        He occupied it when she was away for several

14  months.  He left it to her and went to sleep in the guest

15  room when she returned for a few days.  There was never any

16  question of him going to sleep elsewhere.  This room soothes

17  him.

18        He made a small altar on their common dresser,

19  which he enriched little by little with objects belonging to

20  his sister, with photos, which he goes to look for in her

21  belongings which I, myself, do not want to touch.  At the

22  foot of his bed, a huge frame with numerous photos of his

23  sister, which he can see when he's lying down.

24        Since the crash, Cesar is not only my son, he's

25  also the one who protects me, who watches over me, who is

1    constantly worried about me.

2         So and what about me?  Please, let me invite you

3    to figure out that you are me for the last -- for these past

4    almost four years.  You are unhappy, 50-years-old woman,

5    about to graduate from your psychology degree, and within

6    two years, you will be a psychologist.  Your children are

7    happy too.

8         You have a lover.  You've only been together for

9    five months, but you've known each other for a few years,

10   and the love has suddenly become obvious.  You don't live

11   together, but he has become part of your life, and your

12   children like him.  He just spent the weekend with you.

13        On Saturday evening, March 9th, it is a ritual,

14   you accompany Camille to the airport, just the both of you.

15   It's one of those moments you cherish together.  During the

16   trip she laughs at you.  "Now, Mummy, you'll stop writing me

17   every time I have to take a plane.  No more dangerous

18   flights.  Now I take only serious commercial flights.  Be

19   reassured."

20        She tells you that, as usual, she will write you

21   to say that she has arrived, but not before mid-afternoon

22   when she will be on site.  She won't write at each transfer.

23   She has two transfers.

24        On Sunday morning your partner gets up early.  As

25   usual, you sleep in until noon.  When you wake up, your

1    phone is full of messages asking you to call back urgently.

2    Today you don't remember much about that day.

3          Just a picture on a computer screen and a few

4    words:  Ethiopia crash.  No survivors.  You don't remember

5    either much of the following days, weeks, and months, just

6    flashes, moments.

7          Some things have changed in your life permanently

8    and very quickly, others little by little.  You feel you

9    have nothing more to say, nothing more to talk about,

10   because it was your daughter you were talking to on a daily

11   basis, an uninterrupted dialogue for 28 years.

12         Wherever she was in the world, she would bombard

13   you with WhatsApp messages all day long and you would do the

14   same.  The contents of her meal, her driver who had come up

15   with a nickname for her, her worries about you, requests for

16   recipes, gossips read on social networks, news of friends,

17   family, the little hurts of everyday life, with lots of

18   selfies of all the places on her body where an unknown

19   insect must have bitten her, reflections on your personal

20   loves, everything.  The deafening silence overwhelms you.

21         And then it started.  You could no longer take a

22   shower.  It was impossible to undress and stand in this

23   large space in your bathroom.  Since then, you have been

24   taking baths.  The water surrounds you.  You do not feel

25   assaulted.

```
 1                 Of course, you have to take a shower occasionally,

 2    if the cabin is very narrow.  This morning, for example.

 3    You have had panic attacks, in cabs, in public transport.

 4    You are afraid in train stations.  You watch everywhere

 5    because you are afraid of attacks.  Needless to say flying

 6    has become a nightmare.

 7                 Spending vacations or going to places that had

 8    been special places with your daughter is no longer

 9    possible.  It took you one year to go back to the mall and

10    now you go with a list right into your store.  You usually

11    do your shopping on the Internet.

12                 You won't never finish Gray's Anatomy that you

13    used to comment on every episode together.  You will never

14    watch Love Actually that she kept advising you to watch.

15                 You can't listen to Celine Dion anymore,

16    remembering how you loved singing out loud together.  You

17    can't stand to see any other pictures of her other than the

18    ones that are already all over the house.  The new pictures

19    that her friends and relatives send you thinking that they

20    would please you are totally unbearable.

21                 You spend days and days prostrate, without saying

22    or doing anything, in your sofa.  But you still need to keep

23    your mind busy, so you compulsively do crossword puzzles, it

24    keeps you focused.  Thus, today you have a crossword book

25    with you, just in case.  Because you plan everything, no
```

1   room for the unexpected from now on.

2          Shortly after the crash you learn that your sister

3   is suffering from cancer, but she doesn't dare share her

4   suffering with you for fear of being indecent compared to

5   the loss you are experiencing and your 20 kilos loss.

6          Your mother has a heart attack.  Your father is

7   diagnosed with cancer and collapses psychologically after

8   the crash.

9          And there is fog, loss of meaning, isolation,

10  helplessness, anger and fear.  For the first two months you

11  don't open a newspaper or watch television.  Nobody dares to

12  talk to you about the crash in front of you of what

13  happened.  You don't want to know anything.

14         It is three months later in June that the father

15  of your son, your ex-husband, speaks to you, and that for

16  the first time you hear and begin to understand.  Three

17  months later.  The plane grounded, a crash four months

18  before, same plane, same cause.

19         It was not a normal accident, not a coincidence.

20  He himself has discussed it a lot with friends who are

21  aeronautical engineers.  Boeing is responsible, it is

22  obvious.

23         You are French, where the culture of criminal

24  prosecution is very strong.  The newspapers talk more about

25  trials and criminal cases than about civil cases, which

1    rarely make the headlines.

2            For you, logically, the two went hand in hand and,

3    from the beginning, like all the victims' families, you have

4    only one obsession:  That justice be done and that those

5    responsible go to prison.

6            Your ex-husband tells you that, if there is one

7    country where judges are not afraid to put people in jail,

8    no matter how influential they are, it is the United States.

9            And it's true.  We are in the middle of the MeToo

10   era and Weinstein was arrested and charged the year before.

11   So, in your mind, for the death of 346 people, there is

12   absolutely no doubt that Boeing executives will spend a few

13   years in jail.

14           It doesn't bother you that the process may take

15   years.  In France, air crash investigations usually last ten

16   to 15 years.  You have the time.

17           So the fog is gradually disappearing and you start

18   to investigate with anger rising, because you discover at

19   the same time as the whole world the turpitudes of Boeing,

20   the lies, a plane which, from the beginning, was based on a

21   flawed design, but moreover had a hidden software which was

22   activated on indication of one single sensor.

23           You discover that all this was known from the

24   first days following the crash in Indonesia, not only by

25   Boeing, of course, but also by everyone else.  And it took a

1    second crash to ground it?

2              It sounds incomprehensible to you.  For you, the

3    equation is simple, and you want to leave it at that.  The

4    simple facts justify a trial and firm prison sentences for

5    those responsible for the crash.

6              But after a year, you understand during the COVID

7    crisis that it's not going to be that simple.  There is

8    already talk of ungrounding the MAX.  You have no news of a

9    possible investigation.  So you start asking around.  And

10   off you go.

11             You had never planned to understand the

12   functioning even of an airplane or the regulatory

13   institutions.  You read articles and technical reports, the

14   JT610 reports, the ET302 interim report, you subscribe to

15   newsletters and set up alerts on social networks, interview

16   specialists.  Understanding an airplane is not easy.  The

17   acronyms are out there and everything is in English.

18             And you learn about the signing of the DPA through

19   a Twitter alert.  So did just about every family of the

20   victims.  Devastation.  Incomprehension.  This would never

21   have been possible in France.

22             You know this all the better today because you

23   have been in court every day this fall for the trial against

24   Air France and Airbus for manslaughter in the Rio Paris

25   plane crash.  The decision has not yet been rendered.

1          And so, after the technical reports, you start

2    reading university textbooks on American criminal law --

3          THE COURT:  Excuse me.  How much more do you have?

4          MS. BERTHET:  Sorry?

5          THE COURT:  How much more do you have?

6          MS. BERTHET:  That (indicating).

7          THE COURT:  Okay.  I will give you one more

8    minute.  So wrap it up.

9          MS. BERTHET:  Okay.  Thank you.

10          And so, after the technical reports, you start

11    reading university textbooks on American criminal law to

12    understand what might have happened and how to change it

13    all.  It can't end there, can it?

14          You are fortunate enough to get to know Professor

15    Cassell and you read every one of his motions.  You delve

16    into the case law that he refers to in his motions.

17          You are also fighting because you know and have

18    every evidence that the 737 MAX is still unsafe.  You read

19    the flight incident statistics reports.  You are fighting so

20    that Congress does not validate the certification without a

21    modern crew alerting system.

22          God blessed you in this ordeal to have met

23    extraordinary people, families who are patient with your

24    questions, your poor English, and educate you.

25          In short, you have a full-time job.  Your anger is

1  your driving force.  Your son, your most fervent support.

2  Please go all the way.  "Mum, Sweet Sister would never have

3  let go if one of us had been on that plane."

4        You realize you have become insensitive to the

5  pain of others, except for your family or the families of

6  the victims.

7        Besides, you can only talk to them about this.  No

8  one in your family, your friends, or even the French

9  journalists understand anything about all of these

10  procedures.

11       The concept of spending one year and two hearings

12  in Texas to have the dead people in the plane recognized as

13  victims, and even then, only victims of lies.  Nobody

14  understands it, but everyone supports you unconditionally.

15  They support you.  We don't understand, but we know that

16  what you are doing is right.

17       You have not cried much since the crash.  At the

18  funeral home, in the privacy of your daughter's casket, you

19  don't even know how many pieces are in it.  Suddenly, during

20  your mother-in-law's funeral, when you felt nothing at all,

21  you had to leave the church because there was wailing,

22  screaming.  You didn't know where it was coming from, and

23  you couldn't stop it.  Your son came to comfort you.

24       You laugh, yes, but you are cold.  You only feel

25  emotional closeness with other victims' families, even

1    though you don't know each other.

2            You left your partner more than a year ago because

3    his love became unbearable for you.  You have nothing to

4    give.  Your heart belongs to Camille and Cesar and there is

5    no room for anyone else.

6            Your psychologist mentions PTSD and you were

7    supposed to start EMDR tomorrow, but everything can wait.

8    You have your whole life.

9            Of course, Camille did not leave you a will.  She

10   left you more, what you call her little parcels.  The

11   belongings found at the crash site that could be identified.

12   You only opened them in September of 2021.  You were not

13   ready before.

14           THE COURT:  Okay.

15           MS. BERTHET:  No.  Just let me end --

16           THE COURT:  No.  That's okay.

17           MS. BERTHET:  Please, your Honor.

18           THE COURT:  Thank you.

19           Mr. Cassell, let's have --

20           MS. BERTHET:  I would just --

21           THE COURT:  No, I've heard you.  Thank you, ma'am.

22           MS. BERTHET:  Just one sentence.  Please --

23   please, your Honor.

24           THE COURT:  Please, ma'am, step on back.

25           Mr. Cassell, call the next witness.

```
 1              MR. CASSELL:  Your Honor, I take it the entirety

 2   of her statement could be entered into the record in

 3   writing?

 4              THE COURT:  Yes.

 5              MR. CASSELL:  Yes.  Thank you, your Honor.

 6              Naheed --

 7              MS. BERTHET:  Thank you.  Thank you, your Honor.

 8              THE COURT:  Yes.  Uh-huh.

 9              THE COURT REPORTER:  Mr. Cassell, will you say his

10   last name again, please?

11              MR. CASSELL:  Yes.  Naheed Noormohamed.  It's on

12   our list.

13              THE COURT REPORTER:  Thank you.

14              THE COURT:  Please raise your hand and be sworn.

15       (The oath was administered.)

16              MR. NOORMOHAMED:  I do.

17              THE COURTROOM DEPUTY:  Thank you, sir.

18              THE COURT:  Okay.  Just a few minutes.

19              MR. NOORMOHAMED:  Sure.

20              My name is Naheed Noormohamed.  I'm here to

21   represent my father, Ameen Noormohamed.  If you will permit

22   me, I just want to read off this.

23              So on March 10, 2019, the world was changed

24   forever for our family when my father, compassionate brother

25   and uncle, a loyal friend, a loving husband, and a devoted
```

1   father, and a new grandfather tragically lost his life in

2   the ET302 plane crash.

3           He left behind his two children, a granddaughter,

4   and the biggest victim of his passing, his wife, all of whom

5   loved and cherished him deeply and felt the devastation of

6   his loss immensely.

7           At 78 years old, and after being together for

8   almost 50 years, the loss of my father has left a gaping

9   hole in my mother's life.  She has lost a big piece of her

10  identity and is no longer the same person she was before the

11  crash.  We do not know our mother without our father, but

12  even more than that is because she no longer knows herself.

13          Even today, almost four years later, it feels like

14  the crash happened only yesterday.  The emotional toll on

15  her has been immense and it is heartbreaking to see her

16  struggling to come to terms with the loss of her lifelong

17  partner.

18          And the constant legal battles and lack of

19  accountability from those responsible only serve to prolong

20  our pain and suffering.  My father was more than just a

21  father, husband, and grandfather, he was a legend.

22          He was truly a wise man who lived his life with

23  purpose, always striving to help others and make a positive

24  impact on the world.  He had high morals, was recognized as

25  a contributing member of society.  He was kind and generous

1    of both time and resources.

2            He was devoted to his family and exposed us to a

3    world which allowed us to be the global citizens that we are

4    today.  He guided us in striving to become the best version

5    of ourselves every time and to keep the flame of our inner

6    child alive.

7            He was a hard worker, known for his compassion and

8    kindness towards everyone he came across.  He was also an

9    advocate for education and not just for his own children but

10   for others as well.

11           He was respected and admired by many and his loss

12   has left a hole in the hearts of all who knew him.  Above

13   all, my father was a man of unwavering moral values.  He

14   lived his life guided by a strong sense of right and wrong

15   and always sought to do what was right, just, and fair.

16           He emphasized the importance of taking

17   responsibility for our actions and taught us to always

18   consider the consequences of our choices.  He instilled in

19   us a deep sense of empathy and compassion and encouraged us

20   to help others whenever we could.

21           The most heartbreaking part of this tragedy is the

22   fact that we have had to fight for justice from the very

23   people we rely on to protect us, the Department of Justice,

24   who we hear about across every border as being the most just

25   and having the highest standards, has failed us by allowing

1    Boeing to get away with murder.

2            This is not just a failure of justice.  It's a

3    failure of humanity.  We are here today not to just seek

4    justice for my father and other victims, but to ensure that

5    their deaths were not in vain.

6            We are here to make sure that the people

7    responsible are held accountable and the families of the

8    victims can finally have some peace.  We are here to make

9    sure that our fathers, brothers, sisters, husbands, wives

10   and everyone else that didn't need to die's legacy will not

11   be forgotten.

12           We are here to make sure that history will

13   remember the victims of the crashes.  Sorry.  We are here to

14   remember the history, remember the victims of the crashes as

15   not just victims of a tragic event, but victims of greed and

16   the lack of best practice.

17           We ask you, your Honor, to do the right and just

18   thing, to hold those responsible accountable, and to give

19   the families of the victims the peace they deserve.

20           We ask you to make sure that the legacy of all the

21   victims will not be forgotten.  We ask you to make sure that

22   our quest for justice was not in vain.  Thank you.

23           THE COURT:  Thank you.

24           MR. CASSELL:  Zipporah Kuria.

25           THE COURT:  Ma'am, would you raise your hand to be

```
 1   sworn, please?

 2          (The oath was administered.)

 3              MS. KURIA:  I do.

 4              THE COURTROOM DEPUTY:  Thank you.

 5              MS. KURIA:  Hello, your Honor.  My name is

 6   Zipporah Kuria, and I've come from London.  I'm here to

 7   briefly speak about my dad, Joseph Kuria Waithaka.

 8              My father raised us in living a life that you

 9   don't have to speak about who you are, but the fruits of

10   your heart will be experienced by the people that you are.

11              So I'm just going to read something very short, a

12   line or two, a friend of mine wrote.  And he said, "Joseph

13   treated me like one of his sons.  Handed me the keys to his

14   household after my mum died and my family moved away.  I was

15   a groomsman at both of his sons' weddings, and his daughter

16   is undoubtedly one of the biggest inspirations in my life.

17   I have a lot to thank Mr. Kuria for."

18              Not a lot of parents would take in a child's

19   friend after the passing of a parent to make sure that life

20   isn't disturbed too much, but my dad's kindness went beyond

21   most.

22              One of my favorite memories of my father is the

23   first family holiday that I remember.  My mum and my

24   brothers tried everything to get me into the water, but I

25   was too afraid.  Dad jumped in the water and pretended that
```

1    he was drowning.  He said nobody but his little girl could

2    save him.

3           The truth of the matter is he made me believe that

4    the strength of my six-year-old tiny body could carry him

5    out of the ocean.  And that goes to show the power that he

6    had as a father, as a friend, as an uncle, and as a person

7    who endeavored to see those who were overlooked in society,

8    from the homeless man in the city center to any perfect

9    stranger in the room, he captured the humanity of everyone

10   he encountered.  He could tell you their story, their

11   dreams, and their struggle as much as time had afforded him

12   to glean.

13          Life is full of speakers and people that want to

14   be seen, but in the quest for this life -- my father's

15   biggest quest in this life, sorry, was to see those around

16   him and to listen where he could.

17          To me, Joseph Waithaka Kuria was more than just a

18   father, he was the referee in my corner, the coach in my

19   ear, and the confidant in my heart.  We know our parents are

20   meant to journey our whole lives -- sorry.  Let me just take

21   a breath.

22          We know our parents are not meant to journey our

23   whole lives with us, but dad was wrenched from us too soon.

24   My sisters were barely three and eight.  They don't get to

25   see him at school recitals or graduations.  He doesn't get

1  to walk me or them down the aisle.  Life has become

2  bittersweet.

3        Everything that should bring joy in our lives is

4  tainted with sadness and grief.  From Christmases to New

5  Year's celebrations because of the dad-shaped hole in our

6  lives.  He is not on the phone to tell him that you got the

7  job or that you passed the exam or just to say I love you.

8  And that's the last thing that he said to me.  "I love you"

9  over and over.

10        Parents are the pillars on which our lives are

11  built, but now my family lives a fractured life.  I asked my

12  sisters now, you know, just a little over seven and 11, and

13  I asked them, what would be the perfect gift?  One of them

14  said for daddy to come back and the other one said for

15  planes to have never been made.

16        To quote the last four years of our life as

17  traumatic would be an understatement.  They say that you

18  start grieving when we bury our loved ones.  Three funerals

19  for one man, but we still didn't bury all of him.

20        My dad died in March 2019 we had a funeral with no

21  coffin.  In October 2019, I walked into a makeshift chapel

22  in Ethiopia in a cargo bay to find a man that I had last

23  seen happy, healthy, and whole, but the next thing I saw was

24  a coffin with his name on it.

25        The coffin was then opened to us for me to see

1    seven full-sized parcels of what was supposed to be the man

2    that had raised me.  I couldn't for the life of me figure

3    out where the hands that carried me countless times, the

4    shoulders I rested on my whole life, and the face that has

5    always been the semblance of safety and hope was.

6          30 percent of my dad and an index card indicating

7    and outlining what the seven fist-sized parcels were

8    supposed to be of the man that raised me.

9          The hardest thing about it all was walking out of

10   that room and seeing countless faces who were about to

11   encounter the same fate.

12         I remember sitting on a plane knowing that my dad

13   and 32 other incredible souls were in the boot of a plane

14   journeying -- completing a journey that had started six

15   months prior.

16         Watching husbands, mothers, and fathers search for

17   their wives and children in the seas of coffins at an

18   airport like they were collecting luggage.  Often I wish

19   that I had lost my dad in his sleep or maybe he had been

20   taken by illness, because missing him would come without the

21   cost of the torment of night terrors of him falling out of

22   the sky, screaming my name and me not being able to do

23   anything about it, or wondering whether the body bags that I

24   was seeing on Sky News and CNN, which one of those would

25   then carry the body of my father?

```
 1                  The lives that were lost and destroyed were not

 2       just the 157 lives on that plane or the 346 lives in total.

 3       It was the tens, hundreds or thousands of lives attached to

 4       each and every individual.  I lost my dad shortly after I

 5       turned 23.  I stand here now shortly just after turning 27,

 6       and I can tell you that I don't know what the last three

 7       years or four years of my life have brought.

 8                  My friends are growing up.  They're getting

 9       married.  They're building careers, buying houses and even

10       having children, but I have nothing to show but heartbreak

11       and sadness and grief from the last four years of my life.

12       It has been an unending loop.  It has been an unending loop.

13                  I have missed going out to clubs or doing whatever

14       it is that 23 to 27-years-olds do.  I've been catching

15       flights and planes, coming to America, going to Ethiopia,

16       going to Europe, trying to be seen, to be heard, but not

17       even a single letter of condolence has come from Boeing.

18       Nothing but news statements to remain relevant in the media

19       and to look like they're doing the right thing.

20                  And the saddest thing of all of this is finding

21       out that the awakening hellish nightmare that has become our

22       lives wasn't an honest mistake.  It wasn't genuine

23       negligence.  It wasn't an oversight, but it was a

24       combination of calculated risks, decisions made again and

25       again by suits in a board room that decided that human life,
```

1    my dad's life, and the lives of those left behind was

2    collateral -- was enough to be collateral damage and was

3    inevitably expendable.

4              That they decided it was okay for them to continue

5    to line their pockets with wealth while we continue to line

6    graves with our loved ones.  There is no remorse in this for

7    Boeing, but how can there be when they've gotten away

8    without being held accountable at each and every turn in the

9    last four years?

10             Like a child without restraint who knows that

11   their parents' purse strings extend further than any

12   consequence or further than justice could ever prevail, 346

13   lives and countless others have been destroyed.

14             Muilenburg, the CEO at the time of Boeing was born

15   the same year as my dad.  He walked away with $80 million,

16   and my dad paid for it with his life.

17             It's bewildering and disconcerting that we're here

18   to hear a case about fraud and deceit and lies, but not a

19   word about the 446 [sic] lives that were lost.  It's not a

20   manslaughter or murder case; 346 lives gone, and countless

21   others destroyed.

22             The consequence of that is a fine and an immunity

23   deal for those responsible.  How can we believe in justice

24   if this has been categorized as sufficient justice for us?

25             How do we continue believing in humanity if human

1    life can slip away from us, but the ability to have the

2    capital to pay for the responsibility is left unchecked.

3            I was on a plane, the first six minutes of every

4    journey, I sit and I wonder and I think and I conjure in my

5    mind what my father, the nine-month-old child that was on

6    that plane, the mothers that had to hold their children and

7    try and convince them everything was okay, I sit there and I

8    contemplate it, and I see it every six minutes of every

9    flight.

10           And it's interesting that when you see these

11   things happen and you see the tweets and people say,

12   "Condolences and prayers," we think that we are untouchable.

13           In October, when the first plane went down, I

14   tweeted condolences for the loved ones of those who had

15   perished in the crash of Lion Air.

16           Five months later, I was the one on the other end

17   of those tweets and prayers and the public being outraged

18   and saddened by our loss, and it could be anyone because

19   those planes are still unsafe.

20           But I won't take too much more time.  Nothing can

21   bring our loved ones back and no penalty feels sufficient

22   for the needless loss of this life and the trauma it has

23   left, but history only continues to repeat itself when we

24   fail to learn from it.

25           I hope that this is a moment, a turning point for

```
1    us to learn from history despite the fact that Boeing have

2    continued to fail to do so at each point that they've been

3    presented, and to ask for them to be held accountable, the

4    DPA, a sweetheart deal, a fine, and immunity for the lives

5    of 346 people.  I ask, if that's where we leave it, how do

6    we continue to believe in justice?

7              Thank you for your time.

8              MR. CASSELL:  Ike and Susan Riffel.

9              THE COURT:  Would you raise your hand to be sworn,

10   please?

11        (The oath was administered to both Mr. and Mrs.

12        Riffel.)

13             MS. RIFFEL:  I do.

14             MR. RIFFEL:  I do.

15             THE COURTROOM DEPUTY:  Thank you both.

16             MS. RIFFEL:  Thank you, Judge O'Connor, for

17   listening to us today.  My husband and I, I am Susan Riffel,

18   and we lost our only two children when the flight went down,

19   ET302.

20             Our sons were extremely independent.  They were

21   traveling together prior to our older son having his first

22   child.  So he had gone on a trip with his wife, and then

23   extended the trip with his brother to "see the world."

24             The last time I spoke with them, they were on a

25   rooftop in Jerusalem, looking out and just saying hello.
```

1   And then, the last email I got was they were leaving

2   Thailand and they were excited about just the rest of their

3   trip and coming home and telling us all about it and sharing

4   their stories.  So that's my last verbal and written from

5   our sons.

6          They were very independent.  They were both

7   successful in their chosen careers and had bright futures.

8   They loved many things, many activities.  Bennett especially

9   loved the reading.  Melvin was very active.  So they lived a

10  good life.  They had many friends.

11         They loved to debate each other, their dad.  I

12  sort of stayed out of that, but they were -- we were a close

13  family and we were blessed.  They cherished family at all

14  levels, grandparents, cousins; family was very important to

15  them.

16         I would say they were very typical young men as

17  far as Americans go.  A lot of people after the crash said,

18  oh, were they going over to do humanitarian?  Um, no, they

19  were going to play.  So they were kind of typical in that

20  respect.

21         When asked what impact this has had on my life, on

22  our life, I can cry at any moment, for any reason.  I could

23  see someone walking down the street and say, oh, that looks

24  like Melvin or, oh, that could have been Bennett.

25         I turned around once in my car on my way to work

1   after about a year, because there was a van coming the other

2   way.  I thought, it didn't happen.  Bennett is in that van.

3   He's coming to the house.  I'd better get back there.

4          So life changed drastically.  I wake up in the

5   night and I can be thinking about the boys and start to cry.

6   That's just probably life as I know it.

7          I have a hard time making commitments now as far

8   as with friends, and, oh, do you want to go do this or go do

9   that?  Yeah, I guess so, but maybe I won't be here.  I don't

10  say that, but that's how I feel.  Like making a commitment

11  like that, that was easy before, let's go, let's get

12  together, that part has really changed.

13         Now that we're retired, we just recently retired,

14  and our retirement looks very different than what we thought

15  it was going to be.  We thought we were going to be sharing

16  that retirement with our boys, with our family.

17         We like to travel together with them.  We like to

18  plan trips and just simply sharing life.  And what's gone

19  now as far as retirement goes are all those family-isms.

20  Like things that just your family knows, like the four of

21  us, things growing up with them, things that you will refer

22  to, or remember that or remember this, or just little

23  sayings the four of us would really get.  All of that is

24  just totally gone and it feels empty and cold.  So that's

25  just part of our life.

1           Now, I see our granddaughter is being raised by

2     our amazing daughter-in-law, but she's raising her alone

3     because she delivered our granddaughter in May.  Of course,

4     our granddaughter's father left this planet in March.  So

5     she's never going to know her daddy.  She's never going to

6     know her uncle, that side of her family, other than what

7     grandpa and granny can share.

8           I remember with Ike, when Emma was first born, he

9     had a hard time for the longest time to even hold her,

10    because he would cry, and say, it wasn't right that he's

11    holding her.  His son should be holding his daughter.  And

12    that was a tough thing for me to witness and for him

13    obviously to feel.

14          I remember Brittney when she decided it was time

15    to move into another home and not stay in the home that she

16    had shared with Melvin.  She sat there in her home one

17    morning and just said, I should be excited.  You know, I'm

18    moving into this new home.  We're starting a new chapter.

19    And she goes, and I'm not because I'm not sharing it with

20    her husband, with Emma's dad.

21          Nothing is really the same anymore.  It's the

22    things that used to matter, just kind of don't, even though

23    I want them to.  I feel like we kind of walk through the

24    motions of life and just kind of get through each day.

25          We always taught our children consequences.  Ike,

1    especially, as their father, was very big on consequences.

2    Life teaches its own lessons.  And, you know, if someone

3    throws a punch your way, keep punching, keep fighting back.

4    I think that's one of the reasons that we're here today is

5    because of the consequences of what's happened.

6         I would like to ask representatives from Boeing

7    and the DOJ to just close your eyes for a moment.  Take a

8    deep breath and with your eyes closed visualize special

9    times, birthdays of loved ones, maybe of your children,

10   Mother's Day, Father's Day, Christmas, all those special

11   occasions.

12        For me, when I think of those and when I wake up

13   on those special days, I might stretch, but then right away

14   the reality of, I'm not going to share those with our sons.

15   They're not here.  They're not going to bounce through the

16   door.  They're not going to call or text or call the next

17   day and go, oh, sorry, mom.  I forgot.  Okay.

18        I'm never going to have that again because, in my

19   view, criminals at Boeing allowed that to happen.  They

20   killed our sons.  And that's a consequence that I personally

21   think someone should be accountable for.

22        Ike.

23        MR. RIFFEL:  Yeah.  Thank you.  I thank the Court,

24   Judge O'Connor, for giving us this opportunity today to

25   speak.

1      My name is Ike Riffel, father of Melvin and

2  Bennett Riffel, both victims of ET302.  First, I would like

3  to say that my wife, Susan, and I were blessed to have these

4  boys in our life.  We thank God every day for the time we

5  had with them, Bennett for 26 years and Melvin for 29 years.

6      I think about them every morning, every day, every

7  night.  I also live every day with the nightmare of the

8  crash that took their lives.

9      I am here today because my sons and 344 other

10  innocent souls lost their lives because criminals at Boeing,

11  motivated by greed, conspired to deceive and defraud the

12  FAA.  This fraud and deceit was found to be directly

13  responsible for the traumatic crashes.

14      I believe, had Boeing come clean and not deceived

15  the FAA and even their own people, we would not be having

16  this conversation today.

17      Before I ever heard of the DPA, I believed that

18  the FBI, the DOJ were conducting a thorough investigation

19  and any wrongdoing of both Boeing and on behalf of the FAA,

20  I thought with any criminal investigation, if any criminal

21  behavior was detected and laws were broken, there would be

22  indictments and due process would follow.

23      The family of the general public would be allowed

24  to watch and participate with full transparency.  The

25  corporation would be put on notice that they are not above

```
 1    the law.  That's the way I thought it would be.

 2              And then, out of nowhere comes the Boeing DPA.  I

 3    was in shock; this can't be true.  A secret backroom deal

 4    with the DOJ and Boeing essentially ended the investigation

 5    and grants immunity to Boeing executives?  What a slap in

 6    the face.

 7              One of the things that bothers me a lot about

 8    this -- this agreement, behind this DPA hides the truth.

 9    The truth that the families of the flying public have a

10    right to know.

11              The truth could help us understand how this

12    happened and help make sure it never happens again.  We were

13    denied our rights by this backroom deal.

14              Whatever happened to equal protection under the

15    law?  If by speeding across town I lost control of my car

16    and jumped up on the sidewalk killing an innocent person,

17    would a DPA be there, available to me?  Probably not.

18              I guess if you work for a major corporation and

19    your recklessness results in the death of 346 people, that

20    moves you to a different tier of justice.

21              The deal stinks on all levels.  The bottom line is

22    motivated by greed and profit.  Boeing knowingly pushed an

23    unsafe airplane through certification, and then they gambled

24    with the lives of their passengers.

25              Our sons lost big, 344 other people lost big,
```

```
 1    families and friends lost big.  Boeing, it turned out, got a

 2    sweetheart deal.  Where is the justice?

 3         Shame on you, DOJ.  You did nothing to improve air

 4    transport safety.  Instead, you made us less safe by

 5    empowering the criminals.  DOJ, please step over to the side

 6    of justice and help us weed these criminals out.

 7         I will never see my boys again, but we can stop

 8    them from killing somebody else's family.

 9         MS. RIFFEL:  Thank you.

10         MR. RIFFEL:  Thank you.

11         THE COURT:  Thank you.

12         MR. CASSELL:  Brittney Riffel.

13         THE COURT:  All right, ma'am.  Would you raise

14    your hand and be sworn, please?

15       (The oath was administered.)

16         MS. BRITTNEY RIFFEL:  I do.

17         THE COURTROOM DEPUTY:  Thank you, ma'am.

18         MS. BRITTNEY RIFFEL:  This is Emma Riffel, and I'm

19    Brittney Riffel.  I'm the spouse of Melvin Riffel and

20    sister-in-law to Bennett Riffel.

21         Say, hi, my name is Emma.

22         EMMA RIFFEL:  Hi, my name is Emma.

23         MS. BRITTNEY RIFFEL:  All right.  So again, my

24    name is Brittney Riffel.  I'm spouse to Melvin Riffel,

25    sister-in-law to Bennett Riffel, who were both killed in the
```

1    ET302 plane crash on March 10, 2019.

2              Sitting up here today choosing to make an impact

3    statement almost seems impossible as words are not enough to

4    express the impact my husband's death and the ET302 plane

5    crash, in general, have left upon my and my daughter's life.

6              I'm completely and utterly lost without my husband

7    here.  Our lives were just beginning.  We were starting a

8    little family together and everything was perfect, until it

9    just wasn't.

10             I was seven months pregnant when Mel's life was

11   ripped away from this earth.  I say ripped away because

12   literally in an instant he was ripped out of my life.

13   Ripped out of our future plans.  Ripped away from becoming a

14   dad and ripped away from the impact he would have made on

15   this world with each person he encountered and, most

16   importantly, the impact he would have made in his daughter's

17   life.

18             Melvin never had a chance to meet his daughter and

19   Emma will never know how it is to have a dad in her life.

20   She doesn't get to see the love and affection exchanged

21   between her parents.  She doesn't get to have those hard

22   talks about all those boys.  She doesn't get to feel

23   fiercely protected by her dad.

24             She doesn't ever get to have her dad take her to a

25   father-daughter dance and never have her dad walk her down

1    the aisle.  Emma is only three years old, and she has

2    already had so much taken from her.

3            Melvin was such a force to be reckoned with.  He

4    was energetic, motivated, fearless, confident, and outgoing,

5    all the while he was down to earth, caring, compassionate,

6    and a great listener.

7            If Melvin had the chance to be here all of those

8    qualities would be instilled in her to the fullest.  Now

9    it's all on my shoulders.  It is up to this grieving mother

10   to tirelessly explain to her who her daddy was, his

11   personality and traits and making sure she knows how much he

12   loves her and making sure I tell her stories about our love

13   and all the things that he had planned for us as a family.

14           I'm a single mother now and fighting for life, my

15   life, to make sure that I shine just for her.  All of that

16   while dealing with the lawsuits and fighting for justice

17   that should have been -- that we should have had a long time

18   ago.

19           Our lives haven't just been impacted, they were

20   shattered into a million pieces and left to dust.  I'm not

21   even the same person anymore.  That happy, loving, fun and

22   cheerful self has completely disappeared.  I had to pick

23   myself up off the ground and learn how to survive for our

24   daughter.

25           Learn how to be a parent on my own.  Making sure

1    that I have all these decisions down to a T on my own, live

2    without the comfort of having someone by my side to protect

3    us, and living without personal companionship to share my

4    life with.

5            Every day I live lonely and every day I yearn for

6    my husband and every day pray to God he can hear me when I

7    talk to him and I pray to God he is resting in peace with no

8    recollection of the suffering and torture he was put through

9    upon his death.

10           I can't imagine even sharing my life with anyone

11   else.  I tell people I will be just fine, but I honestly

12   don't know if I will be.  Emma is a blessing and gives me

13   such life and happiness, but that doesn't change the fact

14   that this is still a nightmare of a life to live.

15           I have been in constant therapy coming up on four

16   years.  I never feel like I'm in a state of happiness.  I

17   have social anxiety, along with constant thoughts that

18   something is wrong or is going to go wrong.  My

19   relationships and friendships suffer because I don't have

20   the energy to put into them.

21           We are coming on four years of fighting for

22   justice for our loved ones, with the constant emails and

23   information gathering and interviews and court cases and

24   hearings and horrifying and gruesome details of the

25   investigation, I'm just emotionally and mentally exhausted.

```
 1                  The person I loved the most in this world is gone,

 2      when, in fact, he could still be here if Boeing hadn't

 3      played Russian Roulette with our lives.

 4                  It's plain and simple.  Boeing had intentionally

 5      put a faulty software system inside their planes and gambled

 6      our lives away all for the competition, all for the money,

 7      and all due to greed and selfish acts.  It could have been

 8      anyone's family.  It could have been your family.  It could

 9      have been your family.

10                  We're here in this courtroom today fighting for

11      justice to be done.  Fighting to not let this nightmare

12      happen to anyone.  Fighting for the safety of our lives in

13      the air.  There is more than enough proof showing the

14      criminal behaviors of Boeing, and they were granted immunity

15      for killing 346 people.

16                  Please let justice be served so we can make the

17      world a safer place for our brothers, our sisters, and our

18      children.  Thank you for listening to me.

19                  MR. CASSELL:  Paul Njoroge.

20                  THE COURT:  Would you raise your hand and be

21      sworn, please?

22          (The oath was administered.)

23                  MR. NJOROGE:  Yes, I do.

24                  THE COURTROOM DEPUTY:  Thank you, sir.

25                  MR. NJOROGE:  Thank you, Judge O'Connor, for
```

1   allowing me this opportunity to speak today.  My name is

2   Paul Njoroge.  I'm the husband of Caroline Karanja, father

3   of Ryan Njuguna, Kellie Pauls, and Rubi Pauls, and

4   son-in-law of Anne Karanja, who all died when that plane,

5   highjacked by MCAS, plummeted into the ground in Ethiopia.

6          That plane plummeted into the ground at a speed

7   close to the speed of sound, burying my entire family

8   30 feet deep into that dirt in Ethiopia.  Nothing was left

9   of my entire family.  Nothing was left of the other victims.

10  Nothing actually, of the entire aircraft.

11         In fact, I only got 50 pounds, 50 pounds of my

12  family, 50 pounds of my entire family.  That haunts me every

13  day.

14         I have nightmares about the six minutes of terror

15  that my wife and my children endured.  What happened within

16  those six minutes is not something that the DOJ here, that

17  Boeing actually think about.  It's something that haunts me

18  every day of my life.

19         I'm going to talk about and I'm going to tell you

20  the story of my beautiful family.  It can take the entire

21  day, but I will just make it short.  Caroline was 33 when

22  she died, Ryan was six, Kellie was four, Rubi was nine

23  months, my mum-in-law was 61 years old.

24         My wife grew up in a small village in Nakuru,

25  Kenya.  She grew up in an era where most young girls in her

1    community were not pursuing higher education.  Most of them

2    would end up married young or forced into early marriages,

3    and that would lead to a cycle of unending poverty in that

4    small community.

5           Carol became an outlier.  She pursued elementary

6    school, high school, and then joined the university.  In

7    fact, my wife was the first girl to ever score an A in

8    Kenya's high school national examination for the year 2003.

9           She joined the University of Nairobi in Kenya to

10   pursue a finance degree.  That's where she found me.  When

11   she joined the university, I was a second-year student.  And

12   the first year we met, we met at the school -- at the

13   university's hall of residences.

14          And, you know, we got to speak that day and I got

15   to know where she came from.  She only grew up a few miles

16   north of where I grew up, and that's what bonded us.  It was

17   love at first sight.

18          Carol motivated a lot of young teenage girls in

19   her community to pursue higher education.  And as a matter

20   of fact, there has been significant increases in university

21   admissions for girls in that community.

22          Carol and I became best friends and then boyfriend

23   and girlfriend and then became sweethearts, as my friends

24   and our friends would call us -- would call it.  And

25   eventually I graduated from university and joined

 1    PriceWaterhouse Coopers in Kenya.

 2            The year after Carol graduated as well and she

 3    became an accountant in a chemical processing firm in Kenya.

 4    A couple years later, I proposed to her, and we started

 5    planning the wedding.

 6            In the course of planning the wedding we got

 7    pregnant.  She got pregnant.  And around that time, I had

 8    received an offer to work as an investment analyst here in

 9    North America.

10            So in 2012, Ryan was born.  Right then I was

11    working in Bermuda.  That's where we were living.  He grew

12    up as a smart boy.  I actually thought he was smarter than

13    kids of his age.

14            When he was about one and a half years, I was

15    studying for an exam, it's called the Chartered Financial

16    Analyst designation for investment professionals.  I would

17    wake up at 3 a.m. to study because I was working full time

18    and every day he would -- every day Ryan would shoot up --

19    would shoot out from the bed and run to the living room

20    where I had a desk -- a study desk, and he would come and

21    ask me, "Oh, Daddy, why you always reading that book?  You

22    wake up to always read that book?  Should I be doing that as

23    well?  Should I be reading my stories every day?"

24            And if he found me not reading the book then he

25    would ask me, "Why you not reading today?  Why you not

1    reading that book that you always reading?"

2            There's a lot of memories that I have about my

3    family.  Memories that I can speak to you about.  It gets

4    emotional -- too emotional.

5            Ryan would then pull me, just use all his

6    strength, and then he try to pull me to the kitchen so that

7    I can give him a bowl of Cheerios and milk.

8            See, these victims, this word "victims" that

9    Boeing and the DOJ uses, these people you call victims,

10   they're human beings.  They're human beings who live in me.

11   My wife and children live in me.

12           And today I just struggle to live so that I can be

13   their voice, because nobody would ever speak about my

14   family, ever, if I was not here.

15           So Kellie was born in Boston, Massachusetts in

16   2014, and she was a doll.  She was the princess of the

17   family.  She always wanted us to call her Princess.

18   Actually, when Rubi was born in 2018, Kellie told me, "You

19   know what, this girl will be Princess No. 2.  She cannot be

20   Princess, just Princess.  She has to be Princess No. 2."

21           Kellie was a singer and dancer, and she would sing

22   for us, dance for us, make us laugh.  She would sing to

23   Rubi, try to make Rubi excited, make her happy.

24           And Rubi, even though she was nine months old, you

25   know, whenever she heard my voice, she would just turn

55

1    around -- she would just try to turn around and then lift

2    her hands up so I can pick her up.

3             So I'm left with memories.  A lot of memories of

4    my wife, memories of my children.  You know, memories about

5    their birthdays, our anniversary, their special days, and

6    holidays.  You know, these are not things that I will ever

7    get to see.  I will never get to see my children join the

8    university, get married, have families.

9             I will never get to know what my children would

10   have become.  You know, I always wonder -- my wife and I

11   would talk about that, and she always wonder, who's going to

12   become a numbers guy?  Who's going to be like her dad?

13   Who's going to be an investment professional?

14            Who's going to be a pro soccer player?  A pro

15   basketballer?  A pro footballer?  Who's it going to be?  You

16   know, I could have known if my children were here.  I could

17   have known that, but now I can't.  You know, I'm just left

18   to speculate and to think about every day.

19            Whenever I see families with their children out

20   there, whenever I see them walking in a park, then I have --

21   it's always a constant reminder of my family, of how my life

22   is fractured.

23            So I want to be with them because I want to hold

24   them.  But I end up crying every day.  You know, I end up

25   weeping.  There are many times that I feel so hopeless.  You

 1   know, that feeling of your life teetering at the edge.

 2          You know, it's something that you've never known.

 3   You've never known that.  You know, that feeling of

 4   hopelessness.  You are so lonely in a world of 8,000,000,000

 5   people.

 6          To you all, and to DOJ, to Boeing here, March 10

 7   is almost four years ago, it seems like yesterday to me

 8   because my mind was left there.  There is this constant

 9   nagging thought of what happened on that day.  Six minutes.

10          The imagination of that plane, nosediving at

11   almost 90 degrees, impacting the ground like a bomb and

12   leaving a crater 30 feet deep.  It just never leaves my

13   mind.  It can't.

14          Have you ever paused to think about that?  Have

15   you?

16          Did you imagine that when you were coming up with

17   this deal?  Did you?  No.

18          I haven't slept.  Since March 10, 2019, I haven't

19   slept a night without waking up, without my heart racing,

20   with my heart racing, my body sweaty, that feeling of

21   pressure in my chest, and the nagging tightening of my

22   throat, that mild suffocation, that mild breathing anomaly

23   that I always have.

24          I must use pills to have four hours of

25   uninterrupted sleep.  I must cool frequent headaches with

1    painkillers.  I always use medicine to lower the escalating

2    stomach acidity problem that I have.  They call it ulcers.

3    That's what doctors call it.

4            You know, the simple statement is that my life was

5    simply snatched away when my wife and children died.  My

6    life got buried 30 feet deep in that crater that that Boeing

7    737 MAX created.

8            And today I try to read, I try to run, I try to

9    meditate, I try to travel, to watch all sports, you know,

10   play sports, just try to do anything that keeps me going.

11           It's not easy when everybody refers to you as that

12   guy who lost his entire family and he's still living, like

13   his family was supposed to live.  I'm going to live to tell

14   the story of my wife and children, to be their voice.

15           Boeing's culpability in the death of my wife and

16   children, my mum-in-law and all other victims, is

17   well-documented.  Boeing and its senior executives put

18   profits over people.

19           Now, before the crash of Lion Air, Flight JT610,

20   they perpetrated fraud by concealing information from the

21   FAA regarding MCAS and the magnitude of its effect when

22   activated.

23           After the crash of JT610, the then most senior

24   executive of Boeing, ex-CEO Dennis Muilenburg, provided

25   assurances to the public that the plane was safe to fly.

1    His usual demeanor was to blame the so-called foreign

2    pilots.  He continued to use that fallacy over and over.

3            He did this knowing that there was already an MCAS

4    internal safety review that was going on within Boeing and

5    even the FAA was doing.  He never disclosed that to the

6    public, because if he did, I could have known.  I'm an

7    investment professional.  I could have known that.

8            Do you know what happens when an impartial

9    institution is given a duty to protect the public?  They do

10   conduct a thorough fact-finding exercise.  They demand

11   corporations to submit documents to them and they comb

12   through those documents over and over, one by one, to make

13   sure that they don't miss anything.

14           The DOJ yet did not do any of that.  Instead, what

15   you did, you never asked for any documents, did you?  No,

16   never.

17           This data-finding process is what they

18   disseminated.  They did that for the benefit of investors.

19   You had a duty for the benefit of the public.

20           Now how then can DOJ claim that fraud was not

21   contagious within Boeing?

22           How can you claim that Dennis Muilenburg was not

23   culpable?  He was at the helm of the decision-making.  The

24   buck stop with him.

25           The lack of proper oversight, the sheer arrogance

1   and complete disregard of human life was contagious within

2   Boeing and that contagion effect has spread to some key U.S.

3   government departments, the DOJ being one of them.

4            You're in bed with Boeing.  Your complacency is

5   too apparent.  It's a shame that this is the DOJ, in this

6   land of the free and home of the brave.  Show me your

7   bravery.  Show us your bravery.

8            Dennis Muilenburg and other executives took a gun,

9   a gun loaded with killer bullets, and just like children

10   playing in a bush, playfully shot in the air countless

11   times, and even though the bullets took long, winding paths,

12   four of those bullets annihilated my family.  And that's

13   what we call murder in the third degree.  That's what we

14   call manslaughter.  Those Boeing executives should not be

15   walking free.  Thank you, Judge.

16            MR. CASSELL:  We have three more, your Honor.

17            Paul Kiernan.

18            THE COURT:  Would you raise your hand to be sworn,

19   please.

20        (The oath was administered.)

21            MR. KIERNAN:  I do.

22            THE COURTROOM DEPUTY:  Thank you, sir.

23            MR. KIERNAN:  Your Honor, thank you for the

24   opportunity to speak this morning.  My name is Paul Kiernan,

25   and I am the partner of Joanna Toole who died in the Boeing

1   727 MAX crash in Ethiopia on 10 March, 2019.

2         I have traveled from Ireland to be here this

3   morning, to stand in front of Boeing so that they will see

4   and know the human cost of their decisions and actions to

5   prioritize corporate interests over passenger safety.

6         More important, I have come here today to stand

7   before you, your Honor, with all the humility and respect I

8   have left to appeal for your help to get justice for Jo, for

9   the 346 passengers and crew that lost their lives in

10   Indonesia and Ethiopia and for all passengers that were

11   unknowingly placed in mortal danger by the Boeing Company

12   every time they boarded its defective plane.

13         To reach a common understanding of what justice

14   means I have to do two impossible things.  The first is I

15   have to describe to you the person Jo is.  For this, I would

16   tell you about a young woman who had dedicated her life to

17   protecting animals and the world to share with them.

18         I would tell you about a fierce advocate and a

19   relentless campaigner who recognized the need to act to

20   protect the world's marine ecosystems long before it was

21   public knowledge or prime time television.

22         And through ambition, extraordinary ability, and

23   dogged determination would build her idea into a world of

24   animal protection's first-ever global campaign.

25         I would tell you about a skilled strategist and a

1    quiet leader who guided international conservation policy,

2    first at the International Whaling Commission and later at

3    the United Nations.

4              I will tell you about a warm, funny, and

5    affectionate person who loved me and who I loved back twice

6    as much.

7              The second impossible thing I must do is explain

8    to you the impact of losing one's soulmate.  For this, I

9    would tell you that we had our whole lives to look forward

10   to.  How we had planned to have a small, intimate wedding

11   with close family and friends.

12             How we had decided to move to London after Rome

13   and buy our first home.  How I had to explain to Jo that

14   starting a family meant more than getting a puppy.  It meant

15   dirty nappies and vomit and screaming kids but raising

16   conscientious children who would continue the work of their

17   mum.

18             I would have to explain to you what it is like to

19   carry Jo's bags to her taxi, to kiss her and tell her that I

20   love her, to ask her to let me know when she arrives safely

21   and to wait for that call for the rest of my life.

22             I would have to tell you things that I'm ashamed

23   of.  What it's like to avoid your own reflection because you

24   don't recognize the person you have become because you can't

25   bear to look at the sadness and the pain and the knowing

1    that you can never be the same as you were before.  But

2    these are two impossible things.

3          Jo was too beautiful, too passionate, too

4    selfless, and too good for my words.  Our future together

5    will never happen and the pain of losing it can never be put

6    into words.

7          So the best I can hope for is that hearing about

8    Jo might remind you of someone similar in your own life, who

9    is dedicated to a cause much greater than themselves.  Who

10   will fight even when the odds are impossibly stacked against

11   them, who will lose and who will fight again, and who finds

12   time in all of that to love someone much lesser than

13   themselves.

14          If you do know someone like Jo, you will also know

15   that the Deferred Prosecution Agreement is not justice for

16   her or the other victims.

17          It is tolerance, it is acceptance and in many ways

18   it is endorsement of the evils of greed, power, influence,

19   and control that prevail throughout the Boeing Company.

20          These are the same evils that are eroding our

21   values, dividing our societies, exploiting our planet, and

22   making the world a sadder and more desperate place.

23          And so, we look to the justice system to protect

24   us.  We ask the members that served in this vital

25   institution to stand for us when we cannot stand, to speak

 1    for us when we cannot speak, and to act for us when we

 2    cannot act.

 3         The Deferred Prosecution Agreement is not justice.

 4    It was created and signed in secret between the Department

 5    of Justice and Boeing without the involvement of the

 6    families, because it was never intended to be justice.

 7         Justice for Jo and the other passengers and crew

 8    of the fatal Boeing 737 MAX begins with striking down the

 9    Deferred Prosecution Agreement that has been found to have

10    violated the rights of the victims.

11         It continues by involving the families in the

12    remedial actions including prosecutions.  And it ends with

13    accountability for those who knew and did nothing.

14         I am already waiting for one call that I know will

15    never come.  I hope this will not be the second.  Thank you,

16    your Honor.

17         MR. CASSELL:  Chris Moore.

18         THE COURT:  Would you raise your hand to be sworn,

19    please?

20      (The oaths were administered to Mr. and Mrs. Moore.)

21         THE COURTROOM DEPUTY:  Thank you both.

22         MR. MOORE:  I do.

23         MS. MOORE:  I do.

24         THE COURTROOM DEPUTY:  Thank you both.

25         MS. MOORE:  Thank you for the opportunity, your

1    Honor.

2              THE COURT:  Go ahead and pull that microphone up.

3              MS. MOORE:  My name is Clariss Moore, and I am the

4    mother of Danielle Moore.  My daughter was just 24 years old

5    when she was murdered by people who are now still walking

6    free and will never pay for the consequences or never held

7    for any mistakes that they have taken away.

8              MR. MOORE:  Thank you.  Ever since a young age, my

9    daughter's enthusiasm and curiosity of life was insatiable.

10   Danielle Moore was a voracious learner, masterful artist,

11   and a total community supporter, a true leader that served

12   with humility.  She was a mentor for other students and her

13   smile radiated confidence, happiness, and hope.

14             From her graduation as valedictorian from high

15   school, Danielle had a bright future ahead of her, filled

16   with ambitious hopes and dreams.

17             After high school, she completed her Bachelor of

18   Science degree with honors in marine biology from Dalhousie

19   University.  Her thesis research on right whales helped

20   fundamentally change how scientists track and protect this

21   endangered species.

22             During Danielle's university years, she mobilized

23   her community to be a citizen science expedition for

24   Bio-Blitz that discovered a previously undocumented wetland.

25   This discovery helped halt a pipeline expansion in Nova

1    Scotia and continues to improve environmental assessments

2    processes in Canada.

3          Danielle was one of three delegates chosen to

4    represent the youth of Canada at the United Nations

5    Environmental Assembly in Nairobi.

6          At 8:38 a.m. local time, March 10, 2019, she was

7    at the zenith of her life.  Six minutes later, she was no

8    longer alive.  Her body was desecrated in the most violent

9    way.  Danielle was denied a proper death.

10          No loved ones or family members to be with or at

11   her bedside.  I cannot even fathom what went through my

12   daughter's mind during those last six minutes.  I am still

13   not prepared to think too much about this though it eats my

14   soul every day.

15          I am haunted by the knowledge that a beautiful

16   human can be reduced to 120 jars filled with formaldehyde in

17   a pinewood box.

18          Knowing that this was the second crash of the same

19   model plane in five months enrages me.  I know Danielle

20   screamed for her life.

21          The reason my daughter is not alive today is due

22   to Boeing's actions and inactions in light of what the

23   corporation knew about its airplane.

24          The Transportation and Infrastructure Committee's

25   final report itemized a litany of failures, of Boeing's

1      failures and safety oversight of the MAX airplane by

2      engineers, ODA certification orders, test pilots, management

3      production assembly plant, senior management executives, and

4      the board.

5            The Securities and Exchange Commission's report

6      found that in November of 2019 Boeing's safety review board

7      determined that MCAS posed a safety issue that required

8      remediation due to erroneous MCAS activation and crew

9      workload issue, compounded by presence of other alert

10     warnings.

11           Yet the November report to shareholders noted that

12     they have Boeing's assurance that the 737 MAX is as safe as

13     any plane that has ever flown in the skies.

14           The Court of Chancery shareholders lawsuit found

15     that Boeing's board passively received Lion Air crash

16     updates from Muilenburg but did not initiate action.

17           Finally, after the second crash, Boeing's CEO

18     called the President of the United States to prevent the

19     grounding of the 737 MAX, even as the rest of the world

20     recognized the danger.

21           What clearer example can there be of Boeing senior

22     executives' total lack of interest of the lives placed in

23     their hands when passengers around the word boarded the

24     737 MAX every day?

25           To say that the course of our lives are

1    fundamentally changed after the second Boeing MAX crash is

2    an understatement.  The day we received that phone call will

3    forever be etched in my mind.  My wife's scream was

4    Danielle's echo.

5           My son was alone when he found out.  We had to

6    drive 100 kilometers immediately to bring him home.

7           I had to shut off my emotions and compose my

8    mental anguish as best I could.  I still have not grieved

9    fully.  I have to bury some of my feelings just to make

10   sense of the tragedy.

11          Reading the news about the lack of diligence,

12   oversight and concealment of important information is

13   painfully necessary.  But we are tormented by what happened.

14   Every day I work on legal and aviation safety advocacy

15   issues.

16          Sleep is difficult.  I wake up in the night with

17   an image of Danielle.  Getting back to sleep is

18   medication-dependent.

19          I will never be able to enjoy Danielle's love,

20   witness stories, or someday spoil her children.  My wife has

21   always lived her life vicariously through Danielle's

22   adventures.  Danielle's dreams were my wife's dreams.

23          They would call and message almost every day.

24   Danielle was her past, present, and future.  My wife reads

25   past messages from Danielle and reports remembrance

1    narratives weekly.  For almost the last four years there has

2    not been a day that goes by that I have not heard her

3    crying.  She continues to search for Danielle.  We talk now

4    to an epitaph.

5         Danielle was my son's greatest role model and his

6    best friend.  He would work hard to make his sister proud

7    more so than his parents.  Finding meaning and joy in his

8    life since his sister's death has been a struggle.

9         He will never be an uncle.  If he ever has kids,

10   they will never grow up feeling the love of their amazing

11   aunt.  The four people, happily enjoying each other's life

12   through our journey forward, will never be able to continue

13   as it should have.  They are dead.

14        We three still are wounded and find it hard to

15   continue with the daily tasks, let alone deal with the loss

16   of a loved one.

17        Our family has been shattered and we are trying to

18   pick up the pieces.  As a family, we love traveling Danielle

19   was our navigator and our planner.  Our travels now are to

20   hearings and commemorations.

21        Throughout this ordeal of trying to understand how

22   so many blunders occurred and how the opportunities to

23   correct these occurred, these errors are ignored, we have

24   been shrouded by many layers of pain.

25        But the final insult is to understand that the

 1   Department of Justice is supposed to protect the rights of

 2   its people and prosecute criminals, does not even recognize

 3   you or your loved one as a victim, but instead gives succor

 4   to murderers to protect their earnings potential and

 5   maintain market share is morally repugnant.

 6           The January 7th DPA was a tool of judicial

 7   expedience, and overlooked many of the salient facts.  The

 8   public has not even been informed what facts that were used

 9   to relieve the criminals of their true punishment if, in

10   fact, there were any.  How can we trust the Department of

11   Justice now?

12           Deferred Prosecution Agreements may work when a

13   corporation has defrauded people, the government, or any

14   other corporations of money, because the fine is to repay

15   the victims what was rightfully theirs.  It should not be

16   used for corporate mass murder.

17           One would expect a thorough investigation by the

18   Justice Department.  The $250,000,000 fine that the

19   Department of Justice imposed on Boeing was a slap on their

20   wrist.  It did not take into account the consideration

21   market and opportunity gained by expediting the

22   certification and selling the MAX as a minimal pilot

23   training product.  It is a slap in our face.

24           This DPA, at best, addresses what happened after

25   the first crash.  Boeing, however, carried that fraud

1    forward by not acknowledging that the certification was

2    erroneous with respect to our case.  The initial fraud

3    created the monster that killed my daughter and 156 others

4    on Flight ET302.

5         What Boeing did, or more to the point, what they

6    didn't do after that first crash, is one of the most

7    insidious crimes that can be perpetrated upon society.

8    Knowing that the fraudulently certified product was not

9    airworthy, they continued it to fly.

10         If Boeing's story about one employee perpetrating

11    these ill deeds on their behalf was true and they were truly

12    contrite after news of Flight JT610, there would be no

13    second crash.  This is manslaughter.

14         It was agreed that the Boeing Corporation's zest

15    for market share in the commercial aircraft manufacturing

16    industry that essentially influenced their immoral actions.

17         Two technical flight pilots who were scapegoated

18    were their foot soldiers.  How can anyone with critical

19    thinking skills believe that these minions commandeered the

20    Boeing Corporation and caused not one, but two horrific

21    crashes?

22         Executives and directors of corporations need to

23    understand that they must take personal responsibility for

24    errant features of their products.  When accidents happen,

25    the right decision is to take precautions, not to gamble

1     with other people's lives.

2              This is textbook ethics cases for MBA,

3     engineering, and law students.  If left as it was

4     perpetrated, as presented on the day after the U.S.

5     insurrection to be buried in the annals of history, then our

6     students will learn that it's okay to lie, to conceal facts,

7     or to distort truth in exchange for a scintilla of one's

8     gains.

9              Boeing should be prosecuted for their criminal

10    behavior after the first crash.  Danielle's family too will

11    carry her torch and it will cast a light beneath the umbra

12    of the agents working with the criminals.  Thank you.

13             MR. CASSELL:  Our last one, your Honor, will be

14    from Nadia Milleron and Michael Stumo.

15             THE COURT:  Would you raise your hands to be

16    sworn, please?

17        (The oaths were administered to Ms. Milleron and

18        Mr.{ }Stumo.)

19             MS. MILLERON:  I do.

20             MR. STUMO:  I do.

21             THE COURTROOM DEPUTY:  Thank you both.

22             MS. MILLERON:  Your Honor, thank you for allowing

23    victims to speak in this case.  Obviously, it's difficult

24    for all the people around the world to appear here, but we

25    hope that this small group can give you the sense of the

1    whole.

2              And over the last four years, we've gotten to know

3    these are the people that died with our daughter on the

4    plane.  This is only a third of the people that were killed

5    by the MAX, by Boeing's MAX.  And so, we've gotten to know

6    these people and we try to show the pictures that their

7    families lent to us so that the world remembers them.

8              We are Michael Stumo and Nadia Milleron.  We are

9    parents of Samya Rose Stumo, who was age 24 when the

10   Ethiopian Airlines, Flight 302, a new Boeing 737 MAX

11   aircraft, crashed.

12             And, Mike Delaney, when you dozed during these

13   proceedings, you hurt us.  And it reminds me of the CEO

14   Calhoun -- Muilenburg when he was before the Congress.  The

15   Congressperson asked him --

16             THE COURT:  Go ahead and address me.

17             MS. MILLERON:  -- when was the crash?

18             What was the date of the crash?  And he didn't

19   know.  He didn't know what the date was.  But for us,

20   March 10th is indelible.

21             We are here to speak to the Court, of course, but

22   also in the presence of Boeing so that you take it seriously

23   and really feel what happened, what actions the company

24   took, and what was the result.

25             The result was terror.  My daughter is not here to

1    speak, so I have to guess that she was absolutely terrified

2    in the last minutes of her life, along with everybody else.

3    We're forever haunted by those horrible final minutes.

4             Could we have kept her safe somehow?  Could we

5    have learned -- if we had kept up with the press, could we

6    have learned about this crash?

7             We received her in 122 pieces, seven months after

8    the crash.  That was one-third of our daughter's remains,

9    and the rest is scattered in Ethiopia.  Dignity after death

10   is denied her and her family.

11            Sammy's little brother writes:  "Samya was the

12   shining star in our family.  Her mixture of vibrant joy,

13   selflessness and deep, permeating love drew people to her

14   like flowers to the sun.  People she met for only a few

15   moments would remember her for years after with sort of a

16   wistful glow in their chest.

17            "We, her family, love Samya so much and she adored

18   us.  She could make you feel so cared for, like the center

19   of her universe.  In one of her hugs, you could forget all

20   of life's problems.  Her love was so strong.  It was love

21   with humor and kindness that makes me ache, because I know I

22   will never feel it again.

23            "With Samya around, tough family dysfunction

24   melted away under beams of laughter and playfulness she

25   constantly emitted.  And she put in the work visiting

1    far-flung relatives all over the country, being the glue

2    that held us together, being the gravity that brought us

3    closer.

4         "Samya loved justice too.  She saw suffering in

5    the world, and it hurt her.  I remember she'd call me at odd

6    hours to vent the frustration and anger she felt at abuses

7    she was seeing.  Vulnerable, beaten-down people forgotten or

8    dismissed by those with the most power to help them.

9         "Samya wanted to change things and she wanted to

10   do it with her own hands.  That's why she joined the

11   nonprofit ThinkWell.  That's why she flew to Kenya.  That's

12   why she was on Boeing's purposely defective plane.

13        "Samya Rose is gone now and life has lost a lot of

14   light, hope, and love.  Our family is deeply wounded and the

15   person best at helping us heal is dead.  The future I

16   imagined with my sister is broken and now the jagged gaps in

17   my life cut me every time I think of them.

18        "Samya is never going to meet my kids.  I'm never

19   going to meet her beautiful family.  My cheerleader, my

20   confidant, my role model, just doesn't exist anymore.

21        "Samya could have changed the world.  The love she

22   infused in her family, friends, and good works would have

23   continued to bloom and glow.  She would have continued

24   living life with the passion and love that few could match,

25   but that won't happen now.

```
1              "And for what, because Muilenburg and Calhoun

2    wanted to use fraud to scrape out a bit more profit?  After

3    all the pain we've gone through, that just twists the knife.

4              "Boeing's continued secrecy and risk-taking hurts

5    us.  We try to work to prevent similar crashes, but Boeing,

6    who didn't ground their defective plane after Lion Air,

7    knowingly caused the second crash.

8              "On so many levels, with so many people, they

9    implement the minimum standards of safety today.  The

10   Department of Justice recently reviewed information that

11   that -- received information that senior Boeing executives

12   committed and continue to commit fraud during the production

13   of MAX airplanes after both crashes and even after signing

14   the DPA.

15             "Our criminal justice system is meant to change

16   behavior of those who kill and prevent them from killing

17   again."

18             Two days ago, Attorney Leon explained to the

19   families that the fate of our child's killer was decided by

20   secret contract between the Department of Justice and

21   Defendant Boeing, a contract known as DPA.

22             A secret contract is not justice, but it is

23   business as usual for Boeing.  Our grief is boundless at

24   discovering that we are a society that tolerates disregard

25   of human life for profit.
```

 1          Does our system protect innocent passengers or

 2   protect a company that killed passengers?  Holding Boeing

 3   fully accountable is the right thing to do and the only way

 4   for us to end the torture of this repeated crime.

 5          We pray that this Court holds Boeing to standards

 6   of justice.  Thank you, your Honor.

 7          My husband, Michael Stumo.

 8          MR. STUMO:  Thank you, your Honor.  This is my

 9   daughter, Samya Rose Stumo, who is 24, would be 28 this

10   year.  Her brother -- her older brother Tor, which Nadia

11   read, her older brother Adnaan couldn't be here, but he said

12   this.

13          "Samya was on her way to Uganda to prepare the

14   ground for rural medical clinics based on engagement with

15   local communities in detailed understanding of their needs.

16          "She had just graduated with a degree in global

17   health.  It was the start of a 50-plus-year career that

18   would have brought much needed healthcare to countless

19   people around the world.

20          "Add that to the mentorship, friendship, and

21   political impact that her force and personality and her work

22   would have facilitated, the loss is literally impossible for

23   any one of us to comprehend."  That's from her brother.

24          The last communication we got from Samya, she

25   texted us, "Just landed Addis Ababa.  Another two hours to

1    Nairobi."  That was it.  She was in seat 16-J.  It was an

2    aisle seat on that plane.

3            It was a roller coaster for six minutes, that

4    plane.  The captain and first officer used physical brute

5    force to try to pull the yoke back up and the MCAS kept

6    triggering and they lost.

7            The plane plowed into the ground at 500 to

8    600 miles an hour into a hole burying itself.  We were

9    there.  We saw the hole.  We saw them trying to take pieces

10   and parts out.

11           There wasn't even a whole plane there.  It was so

12   buried, it disintegrated.  The pieces of passengers were

13   mixed up with the jet fuel, the plane parts, the dirt, all

14   together.  Nadia and my son, Tor, saw body parts exposed to

15   the elements there in an Ethiopia farm field.

16           We couldn't however simply curl up and grieve, as

17   you've heard from others, because Boeing continued a

18   strategy of concealment, cost-cutting, stock price

19   appreciation, dividend distribution.  And this continued

20   behavior and what we learned increased my grief, Nadia's

21   grief, my family's grief.

22           We learned that Dennis Muilenburg knew and was

23   briefed by his staff after Lion Air that the MCAS needed --

24   was an ongoing safety risk and needed a fix.  He was upset

25   about the revelation in the press about it, and he said we

1    can't put that in the press release.

2              Instead, the press release to the public said the

3    MAX is as safe as any airplane that has ever flown the

4    skies.  This is November 27th of 2018, after the Lion Air

5    crash in October.

6              The National Transportation Safety Board

7    complained to Boeing about that misleading statement and the

8    SEC fined him for it as a lie for stock price appreciation.

9              In April 2019, after our Ethiopian crash,

10   Muilenburg again concealed information from investors and

11   reporters at their shareholder meeting.  He had been briefed

12   there were gaps in the process, in the certification process

13   and unknowns.

14             Instead, however, upon questioning, he said there

15   was no surprise or gap or unknown, that someone -- there was

16   nothing that slipped through the certification process.

17   That was a lie and the SEC fined him for that too.

18             But after that statement, Boeing's share price

19   appreciated.  We were still on the floor grieving at that

20   time, but he's pumping up the share price with untruths.

21             We learned from the biggest investigation in the

22   history of the House Transportation Committee that an early

23   core Boeing goal was to prevent the FAA from requiring

24   simulator training throughout MAX development.

25             Boeing didn't develop a great airplane and then

1    determine whether training was required.  It tried to

2    prevent the FAA from requiring the training.

3          The report, we also learned that its 2011 contract

4    with Southwest included a $1,000,000 penalty for each

5    aircraft if simulator training was required.

6          This was before the aircraft was built with up to

7    391 planes.  That's up to a $391 million total penalty that

8    motivated further the culture of concealment at Boeing.

9          We know that Boeing -- we learned that Boeing and

10   we saw Boeing trying to blame the pilots.  They didn't do

11   everything that they could have done to save that plane.

12   They didn't say the MCAS was a problem and needed a fix.

13   That's not what they said.

14         Boeing's conspiracy captured the FAA, as Senator

15   Cruz said in a Senate hearing.  Congress had found that

16   Boeing had too much influence over FAA oversight.  The House

17   investigation specifically set a whole section dedicated to

18   Boeing's culture of concealment over years.

19         We learned from the House report, I learned that

20   four out of ten Boeing-authorized representatives, those

21   supposedly acting for the FAA themself, perceived undue

22   pressure by Boeing for raising safety concerns during MAX

23   development.

24         We also learned that in 2012, at the beginning of

25   this plane design certification, Boeing knew that it took 10

1    seconds for some pilots to respond to a surprise MCAS

2    activation, rather than four that everything was based on.

3          They concealed that despite the fact that they had

4    an ODA status from FAA to self-regulate.  They concealed it

5    because it risked more scrutiny, design changes, and pilot

6    training.

7          We learned in the House report that in June 2016

8    Boeing employees formulated a plan to disguise MCAS as a

9    mere addition to the existing speed trim system.  That rule

10   was, don't describe MCAS as a new function, so they could

11   avoid cost and certification impact.

12         We learned from the House report that Boeing did

13   not tell the FAA about concerns of its authorized

14   representatives in 2016 about -- what about repetitive MCAS

15   activation, if there was faulty AOA, angle of attack data?

16   Didn't say anything.  That was a problem that happened with

17   Lion and Ethiopian Air.

18         I also learned that the angle of attack disagree

19   alerts on more than 80 percent of the MAX fleet were

20   inoperative and therefore did not comply with the

21   FAA-approved-type certificate.  Boeing concealed that from

22   the FAA until after Lion Air.

23         We learned that Boeing avoided upgrading the pilot

24   alert system in the MAX to comply with 2011 rules on those

25   alert system -- on the FAA rules.  Those rules were to

1    prevent false, confusing, and nuisance alerts that interfere

2    with pilots' ability to avoid a crash.

3            But Boeing said it's too much money to upgrade it.

4    We put it on the 787, but it's too much money.  It cost over

5    $10 billion.

6            But the whole MAX development program only cost

7    two and a half billion.  It was that antiquated and

8    confusing pilot alert system that was a contributing factor

9    to the Lion Air, the Ethiopian Air, and five other crashes.

10           Despite all this on the record, Boeing and the

11   Justice Department compound our grief and deny our rights as

12   victims.  We're not victims?  They fought hard to keep us

13   from being recognized as victims.

14           And they pretend this is a simple fraud by two

15   guys and a couple emails and fight against, including the

16   full scope of this top-down multi-year conspiracy.  We've

17   dedicated ourselves to no third crash.

18           We just want to grieve, but this farce increases

19   the pain of losing our daughter.  The perpetrator, Boeing,

20   still has no independent oversight, even as it continues its

21   reckless behavior.

22           I ask -- we ask this Court to impose conditions of

23   release that include independent monitoring and public

24   disclosure of those reports to help change Boeing's culture

25   and prevent a third crash.  Thank you, your Honor.

1              MS. MILLERON:  Thank you.

2              MR. CASSELL:  If I could briefly be heard on

3    conditions of release, your Honor?

4              Obviously, now that Boeing has been arraigned

5    under Section 3142, the Court has its own judicial

6    obligation to impose conditions of release.

7              Obviously, there are separate issues pending in

8    front of the Judge, our DPA motions, and I won't discuss

9    those today.  I will focus exclusively on conditions of

10   release.

11             The families today ask for only one thing, as you

12   just heard:  No third crash.  They want the Court to impose

13   conditions of release that are commensurate with the

14   seriousness of the crime, which you've just heard described,

15   and the seriousness of the criminal here.

16             We are asking for three conditions: the standard

17   condition, no new crimes to be committed by Boeing.  Every

18   other felon that comes in front of this Court has that

19   condition imposed.

20             We want an independent corporate monitor.  So I

21   will explain an oversight or transparency to the conditions

22   of release.

23             There can be no doubt that the Court has authority

24   to propose each of those conditions.  As we've laid out in

25   our memorandum filed last night, 3142(c) obviously gives you

1     that authority.

2            There's question, I suppose, of what is the record

3     that would justify those conditions of release?  We know

4     that at this point we have a criminal information, you have

5     the DPA.  Although that seems to have been carefully curated

6     to minimize Boeing's role.

7            Your Honor sat through two days of evidentiary

8     hearings about how Boeing's crimes directly and proximately

9     killed 346 people.  You've made findings on that and that is

10    in the record now.

11           You have the exhibits.  Mr. Stumo just referred to

12    the House Transportation Committee Report which was accepted

13    in evidence as Families' Exhibit 4 during that hearing.

14           You've now had powerful statements under oath from

15    12 representatives.  We've filed 27 additional impact

16    statements yesterday as well.  We have pending motions to

17    supplement the record with additional facts if the Court

18    needs them.

19           So I won't belabor the details of the crash as

20    you, your Honor, knows those.  We proffered an extensive set

21    of facts yesterday.  And too often in America those of us

22    who defend the free enterprise system hear in response,

23    well, those big companies, they put profits over people.

24    Often those charges are without substance.  But in this

25    case, that's the stone-cold truth.

1        For no other reason than to jack up its stock

2   price and pay corporate executives handsome bonuses, Boeing

3   concealed the MCAS system.

4        And so today, in crafting conditions of release,

5   which is the Court's obligation, the Court needs to know

6   only one fact:  For a few dollars more, Boeing committed the

7   deadliest corporate crime in U.S. history.  They counted on

8   the political connections, wealth, and power to get away

9   with it.

10        We come to this Court, the families come to this

11  Court this morning, asking for a response commensurate with

12  the crime that Boeing has admitted in its DPA, although they

13  seem to be backing away from that somewhat this morning.

14        We ask for an independent corporate monitor and

15  review of their corporate compliance efforts.  Those are

16  somewhat overlapping requests.  We have the exact language

17  that we would like in the filing we provided last night.

18        So let me turn to the independent monitor.  Your

19  Honor, in the DPA, Boeing made certain commitments that they

20  promised to carry through on.

21        One of them, by the way, was they were going to

22  never, ever back away, in litigation or otherwise, by

23  contradicting the acceptance of responsibility.

24        Well, you heard this morning Boeing pled not

25  guilty.  That sounds to me like not accepting

1    responsibility, and we will be filing the appropriate

2    motions at the appropriate time on that point.

3            But in considering conditions of release, if you

4    had a criminal who came before you who accepted

5    responsibility, you would probably impose less stringent

6    conditions.  But you are imposing conditions on release on

7    an accused criminal who pled not guilty this morning.

8            Now, one of the other commitments that Boeing made

9    in the DPA was that they would create, "A culture of ethics

10   and compliance with the law in its day-to-day operations."

11   That's in Attachment C to the DPA.

12           As you've heard this morning, the victims are

13   skeptical about whether Boeing is going to carry through on

14   that commitment.  We also have been fortunate enough to have

15   an amicus brief from Senator Cruz that commented on this.

16           Here's what he said:  "Maybe that compliance

17   program will be good.  Maybe it won't.  But what is certain

18   is that all important decisions about corporate compliance

19   will be made behind closed doors away from public

20   accountability."

21           So the families today ask you to create conditions

22   of release that would respond to that secrecy.

23           Now, one of the things you may hear from the

24   government, if they respond, is, well, you know, we don't

25   see a lot of precedent for doing something like that, but

1    this is an unprecedented case.

2              Typically, when a DPA is presented to a court like

3    this one, there's been negotiations between the parties and

4    then it's presented.

5              Of course, one of the things that's supposed to

6    happen as part of those negotiations is that family members

7    are supposed to have an opportunity to speak to the

8    Department and say, "We'd like a corporate monitor; we want

9    additional oversight here."

10             That process was short-circuited.  And so, now

11   this is an opportunity for the Court to correct that

12   short-circuiting and to put in place some of the conditions

13   that we think would have been put in if this deal had been

14   crafted in public light, rather than in the dark of night.

15             Now, often DPAs do have corporate monitors.  We

16   presented in our filing last night I think the most recent

17   data is about half of all DPAs have a corporate monitor as

18   part of that.

19             For some reason, Boeing, once again, seems to have

20   weaseled out of standard conditions, and there is no

21   corporate monitor here.  But corporate monitors can be

22   really important.

23             Boeing can't be jailed.  The fines that might be

24   imposed on it will probably just be passed on to consumers

25   through price increases.  If the Court is concerned about

1    ensuring safety, a monitor goes right at that.  And that, of

2    course, is your obligation today under 3142 to reasonably

3    ensure the safety of the community.

4            We also provided some academic perspective on

5    corporate monitors in our brief.  One of the areas where

6    corporate monitors is particularly important is where a

7    crime has caused great harm.  I can't imagine a crime that's

8    caused greater harm than this one.

9            We're also asking that there would be a public

10   unveiling of a monitor report.  And we've included in our

11   briefing the American Bar Association has set up standards

12   and procedures where that can be done.

13           We also understand there is some confidential

14   information in this case.  Our proposal always envisions,

15   first, a knowledgeable person looking at the materials to

16   try to avoid including confidential information in the

17   public release.

18           And then an opportunity for Boeing and the

19   government to provide their input, final review by this

20   Court.  So there would never be a situation where

21   confidential information would be reviewed without full

22   input from the parties and action by the Court.

23           Also, in proposing a corporate monitor, I think

24   maybe I misspoke yesterday in our briefing.  I probably used

25   the wrong word.  When I think of corporate monitor, I think

1    of someone maybe coming in to desegregate a school system or

2    to take over a prison to provide prisoner rights or

3    something along those lines.

4          I think the word I should have used is corporate

5    examiner, because what we're asking for here is not for

6    somebody that's going to go in and create measures where

7    Boeing will then have a culture of compliance.

8          Boeing has promised to do that.  We simply want an

9    independent set of eyes that the Court would appoint to look

10   to see whether Boeing is carrying through on that.

11         Now, we've proposed it would be a report to this

12   Court on December of 2023, about one month before the DPA

13   ends, so that there would be an opportunity for the Court to

14   evaluate that as it finishes up its obligation under the

15   DPA.

16         Now, we've also proposed a slightly different take

17   in addition to the corporate monitor/corporate examiner.  We

18   propose that information about Boeing's corporate compliance

19   program would be provided to three independent experts that

20   the victims' families would have confidence in.

21         You will remember Vickie Norton, who testified

22   here in August.  We are also anticipating, from Berkeley,

23   Rune Storesund testifying in that August hearing.  He did

24   not, but he's an expert in exactly these areas of risk

25   compliance.  Also, Javier de Luis, who is a lecturer in

1    aeronautics up at MIT, recently appointed by the FAA to be

2    on some oversight boards.

3         We would like for Boeing's corporate efforts to go

4    to those three experts.  Under a confidentiality agreement,

5    they could look at it and then they could make a public

6    report.

7         And they also would be in a position then to

8    provide advice to Boeing as to how to make sure that that

9    culture of ethics that they're promising is actually

10   delivered on.  Now, those are, I think, a very

11   straightforward set of proposals.  Again, the text of our

12   actual proposal is in the brief we filed yesterday.

13        Neither the government nor Boeing can have any

14   reasonable objection, in our view, to those conditions of

15   release.  You've heard this morning from the victims'

16   families.  I frankly didn't know what they were going to

17   say.

18        I told them that the Court had been kind enough to

19   give the victims an opportunity to come in and we

20   transmitted the message out, and this is what you saw this

21   morning.

22        What you saw this morning is what I've known now

23   for the last year.  The victims don't trust the Justice

24   Department.  That's obvious.  We could debate whether that

25   trust -- whether that distrust is fair or unfair, but that's

```
 1    a fact.

 2              And so, against that background, the only thing

 3    the Court needs to know in determining conditions of release

 4    is that the families and the broader public have no

 5    confidence in the Justice Department in this particular

 6    case.

 7              Against that backdrop, a second set of eyes to

 8    look at what's going on, other than just this secret dealing

 9    between Boeing and the government, will ensure both

10    confidence in the process and ultimately the public safety

11    by making sure that there is an independent evaluation on

12    what's going on.

13              And for Boeing, it should want the best possible

14    corporate compliance program that it can put in place after

15    these horrific crashes.

16              And so, having, again, an independent court

17    monitor, an independent set of eyes, a victim expert to help

18    Boeing, maybe they will look at everything and say

19    everything is great, or maybe they will identify some flaws.

20    Flaws that could lead to a third crash.

21              So in closing, I know at some levels this case has

22    been somewhat complicated, but on some levels, and I think

23    today is probably one of those levels, it's really very

24    simple.  Every week in this courthouse accused felons walk

25    in here, you know, like a bank robber might walk in and the
```

 1    Court has to decide, or the magistrate judge has to decide,

 2    is that bank robber going to be locked up or is there going

 3    to be an ankle monitor put onto the bank robber?  The

 4    reason, of course, the court does that is an accused bank

 5    robber might be a risk to public safety.

 6            And so, this case is really no different.  Instead

 7    of -- except that, instead of stealing some currency from a

 8    federally insured bank, Boeing stole something much more

 9    precious.  As you've heard this morning, Boeing conspired to

10    steal the hopes, dreams and very lives of 346 passengers and

11    crew, not on just one flight, but on two flights.

12            And in the wake, Boeing left hundreds of grieving

13    families from Jakarta to Addis Ababa and countless cities

14    and towns and everywhere in between.  Boeing acted

15    callously, recklessly, and yes, criminally.

16            It shouldn't be treated any differently than any

17    other criminal who comes before the Court, except for one

18    thing:  This Court's conditions of release should match the

19    massive scope of Boeing's crime.

20            We ask for the functional equivalent of an ankle

21    monitor, something that will reflect the nature and severity

22    of what Boeing has done.

23            We ask for an independent and transparent review

24    of Boeing's safety measures.  In the wake of 346 deaths

25    directly and proximately caused by Boeing's crime, the

 1     safety of the community demands that.

 2              MS. LARYEA:  Thank you, your Honor.

 3              The government agrees with Mr. Cassell that we

 4     have to start with 3142, which instructs the Court to impose

 5     the least restrictive condition or combination of conditions

 6     that the Court determines will reasonably assure two things:

 7     Defendant's appearance as required, and the safety of other

 8     persons and the community.  And as Mr. Cassell discussed

 9     right now, the focus today is on the second prong, danger to

10     the community.

11              Now, the government notes that, with respect to

12     that prong, danger to the community, the Court must make a

13     determination as to what is the least restrictive condition

14     that will -- sorry.

15              The Court first has to make a determination by --

16     whether, by clear and convincing evidence, Boeing poses an

17     ongoing danger to the community.  And then, if so, determine

18     the least restrictive conditions to address that concern.

19              Now, Mr. Cassell has asked for -- the crime victim

20     representatives have asked for three conditions today, the

21     first one being that Boeing comply with the law.  The second

22     is an independent examiner.  And the third is three

23     individuals to review Boeing's compliance with the terms of

24     the DPA.

25              With respect to the first request, the government

1    supports Mr. Cassell's request to have, as a condition of

2    release, that Boeing comply with the law and not commit any

3    federal, state, or local crimes.

4            The government does not support, however, the next

5    two requests.  I will discuss those in turn.  With respect

6    to the second request, the government does not support the

7    imposition of a judicial examiner to evaluate Boeing's

8    compliance with the DPA for three reasons.  First, such an

9    imposition is unprecedented.  Second, it is unnecessary.

10   And third, it is inappropriate.

11           With respect to the first reason, such an

12   imposition is unprecedented.  We are not aware of any other

13   instances in which a court imposed an independent examiner

14   or monitor in connection with a criminal DPA where the

15   parties had not already agreed to such a monitor or examiner

16   as part of the DPA's terms.  And Mr. Cassell has not

17   provided any precedence to the contrary.

18           Now, in the briefing filed yesterday, the briefing

19   mentioned one case in order to support this request, but

20   that case, your Honor, is completely distinguishable.  That

21   case involved a company named Computer Associates that

22   entered into an 18-month DPA in the Eastern District of

23   New York in 2004.

24           There, the parties agreed as part of the

25   negotiated terms of the DPA, that the company would engage

94

1    an independent examiner that would be appointed by the court

2    for an 18-month term.

3           So there, the court's appointment of that

4    independent examiner was simply giving effect to the term

5    that had already been negotiated and agreed upon by the

6    parties.

7           Not so here, your Honor.  Here, the DOJ and Boeing

8    did not agree in the DPA that a monitor was appropriate, let

9    alone a judicially appointed monitor or examiner.

10          So Computer Associates, which was mentioned in the

11   filing yesterday, does not provide appropriate support for

12   this request.

13          Additionally, the filing yesterday mentioned the

14   imposition of special masters and corporate monitors as part

15   of court-ordered probation.

16          That situation is also distinguishable because

17   here we have a criminal DPA, there has not been a conviction

18   and there is no probation.

19          Secondly, as I mentioned, the government does not

20   support this request because imposition of such an

21   independent monitor or examiner is unnecessary.

22          It's unnecessary for three reasons:  First, the

23   DPA already imposes significant compliance requirements.

24   Second, the Department is best positioned to enforce the

25   DPA.  And third, over the last two years, Boeing has

1    complied with these requirements and made substantial

2    changes and improvements to its compliance program.

3         I will take each of those in turn.  With respect

4    to the first one, Attachment C of the DPA outlines the

5    Department's expectation for Boeing's compliance program to

6    prevent the reoccurrence of misconduct.

7         The DPA provides -- requires Boeing to engage in

8    enhanced self-reporting requirements which are described in

9    Attachment D of the DPA and include the following:  Boeing

10   must undertake three annual reviews of its anti-fraud

11   compliance program and prepare and submit reports describing

12   the results of those reviews.

13        As part of these reviews, Boeing is required to

14   undertake the following activities, among others: inspection

15   of relevant documents, including Boeing's current policies,

16   procedures, and training materials concerning compliance

17   with U.S. anti-fraud laws.

18        Inspection and testing of selected systems and

19   procedures of the company at sample sites, including

20   recordkeeping and internal audit procedures.  Interviews --

21   sorry -- meetings with and interviews of relevant, current,

22   and where appropriate, former directors, officers,

23   employees, business partners, agents, and other persons,

24   analysis studies and, most importantly, comprehensive

25   testing of the company's compliance program.

1            Secondly, the Department is best positioned to

2    implement the DPA and evaluate Boeing's compliance with

3    these rigorous requirements.  The fraud section has

4    compliance experts who routinely evaluate compliance

5    programs and oversee corporate monitorships and

6    self-reporting.

7            And contrary to any other assertions, although the

8    prosecutors in this case did not believe they could prove

9    the crime charged in the information directly and

10   proximately caused the crashes, they understood and -- they

11   always understood and appreciated the indescribable and

12   irreparable losses suffered by the crash victim

13   representatives and kept that in mind throughout the

14   negotiation process and investigation.  The fraud section of

15   the Department is still best positioned to provide its

16   compliance expertise in this case.

17           Lastly, I want to point out that this is a unique

18   situation.  The DPA has been in place for two years.  Over

19   those two years, the government has been enforcing and

20   implementing the requirements of the DPA and overseeing

21   Boeing's compliance with those requirements.

22           As I mentioned before, Boeing has complied with

23   the requirements and made significant enhancements.  The

24   government's measure of whether the DPA is successful,

25   whether these compliance enhancements are sufficient is

1    contained in Attachments C and D of the DPA.

2           The standard is to ensure that Boeing's compliance

3    program is reasonably designed, implemented, and enforced so

4    that the program is effective in determining and deterring

5    violations of the U.S. fraud laws.

6           Attachment C provides additional information about

7    how the Department will evaluate whether the program is

8    reasonably designed, implemented, and tested.  This is the

9    metric that the Department and the fraud section has used in

10   several other cases.  It is a metric that has been used for

11   the last two years, and the Department is best positioned to

12   determine whether that metric has been met.

13          So on to the third reason why the government

14   believes that imposition of an independent examiner -- the

15   government opposes the imposition of an independent examiner

16   here.  The third reason the government opposes that is

17   because such an imposition is inappropriate.

18          The DPA is an agreement between the Department and

19   the defendant, Boeing.  Per the terms of the DPA, the

20   Department has the sole discretion to implement and enforce

21   the DPA and evaluate Boeing's compliance with the DPA's

22   terms.

23          As with any agreement it enters, the Department

24   has done so here.  It has enforced the terms of the DPA and

25   exercised oversight over Boeing's compliance with its

1   obligations thereunder.  The Department has no incentive to

2   pretend the DPA is working.

3          To the contrary, the DPA explicitly gives the

4   Department, in its sole discretion, the authority to extend

5   the terms of the agreement to ensure Boeing complies with

6   all of its obligations and to hold Boeing in breach and

7   prosecute the company if it fails to comply with any of

8   those terms.  The Department in the past has exercised both

9   of these rights where necessary and appropriate.

10          The assertion that such a monitor is necessary

11   because the Department cannot be trusted to monitor

12   Boeing suggests that the judicial monitor proposal is an

13   inappropriate attempt to monitor the Department's

14   enforcement and implementation of the DPA.

15          As the Second Circuit has stated in the HSPC case

16   from 2017, the district court has no freestanding

17   supervisory power to monitor the implementation of the DPA,

18   and this court should not impose an independent examiner to

19   do so here.

20          With respect to the proposal that the Court may

21   impose additional measures on Boeing based on a final report

22   from the proposed judicial independent examiner, the Court

23   stands by its arguments in opposition to the motion for the

24   exercise of the Court's supervisory authority, which is ECF

25   60, regarding the Court's inability to impose additional

1    requirements as part of the DPA.

2          With respect to the third request for conditions

3    of release here, which is that three individuals be

4    appointed to ensure that Boeing has been in compliance with

5    its obligations under the DPA, the government notes that

6    this condition is also unprecedented and not supported by

7    any case law or other legal authority.

8          Victims' counsel offers no example of the proposal

9    they are recommending having been applied in any other case.

10   They offer no case law or other authority to support their

11   position for the Court adopting this novel proposal.

12         The victims' representatives are asking

13   effectively for the Court to approve these three individuals

14   who are being selected to play a partisan role.

15         THE COURT:  I'm sorry, to play what?

16         MS. LARYEA:  I'm sorry.  I meant to say these

17   three individuals are not independent, as Mr. Cassell

18   mentioned, nor are they disinterested.  One of the

19   individuals that was proposed has a close family member who

20   died in the Ethiopia, Flight 302 crash.

21         Another testified at the direction of Mr. Cassell

22   at the two-day evidentiary hearing and received hourly

23   compensation for her testimony.

24         And the third was also slated to testify at the

25   evidentiary hearing at the direction of Mr. Cassell.

100

 1          This proposed process would have the effect of

 2     allowing these individuals selected by the victims'

 3     representatives to frame issues relating to Boeing's DPA

 4     compliance efforts in anticipation of what the court or a

 5     possible independent monitor may say.

 6          This would be more akin to advocacy than an

 7     objective expert review.  And the CVRA already provides

 8     victims' representatives the ability to be heard as an

 9     advocate.  As such, the government also opposes the third

10     request from the victims.

11          Lastly, to the extent the victims are also

12     requesting that the reports, the self-reports submitted by

13     the company be made available, the government notes that the

14     confidentiality of these reports are critical to ensure that

15     there is open dialogue between the company and the

16     defendants that it oversees to get full information about

17     any issues that may arise and how the company is -- the

18     steps the company is taking to address them and the steps

19     it's taking to enhance its compliance program, and as such,

20     the government also opposes the disclosure of these

21     confidential reports.

22          THE COURT:  Okay.  You mention you, on occasion,

23     have the DPA appoint a monitor, and that you didn't in this

24     case.  What goes into your decision on that issue?

25          MS. LARYEA:  Yes, your Honor.  So Mr. Cassell

101

1   cited in his filing yesterday the Morford memo.  There are a

2   number of Department of Justice policies that determine when

3   the imposition of a corporate monitor is appropriate.

4           The imposition of a corporate monitor is never a

5   sanction.  It is never meant to be punitive.  The

6   determination looks at whether the current -- the company's

7   compliance program at the time of the resolution, is it

8   reasonably designed?  Has it been implemented?  And has it

9   been tested?

10          If the Department is not satisfied that it has

11  been reasonably designed, implemented, or tested, and that

12  there is a need for an independent third party to come in to

13  ensure both design, implementation, and testing, that is the

14  main reason that the monitor would be imposed in such a

15  case.  But, yeah, there are policies that govern that that

16  are transparent and available on the DPS's website.

17          THE COURT:  So in this case you've made the

18  determination that Boeing meets that standard?

19          MS. LARYEA:  Correct, your Honor.  We made that

20  determination.  There's three different compliance

21  obligations that can be imposed on a company.  There's

22  regular self-reporting, enhanced self-reporting that has

23  additional obligations, and an independent monitor.

24          Here, the government decided to go with enhanced

25  self-reporting where it has more regular meetings with

102

```
 1    Boeing.  The DPA lists quarterly.  Here, it has been more
 2    often than quarterly to ensure that Boeing is enhancing its
 3    compliance obligations as required under Attachments C
 4    and D.
 5              THE COURT:  Now, you say, as it relates to the
 6    employment of an independent examiner, that that would be
 7    adding to the DPA, which I don't have the power to do it.
 8              Do you see any distinction between adding to the
 9    DPA and imposing an examiner or a monitor under 3142 to make
10    sure -- under that authority only, to make sure that the
11    public is protected?
12              MS. LARYEA:  Yes, your Honor.  But the request
13    here, as I understand it, is imposition of an independent
14    examiner to look at Boeing's compliance with the DPA, which
15    takes us back to looking at the DPA and essentially trying
16    to get a monitor in place to look at whether the DPA is
17    being complied with, whether it's being implemented and
18    enforced.
19              As I said before, that is within the sole purview
20    of the Department, both per the DPA and per case law that we
21    have cited that says the Department is responsible for that
22    implementation and evaluation.
23              Now, as the Court mentions, and the government is
24    not disputing that under 3142, to the extent the Court
25    determines that there's clear and convincing evidence that
```

103

```
 1    Boeing is an ongoing danger to the community, the Court can
 2    make a determination on what conditions are appropriate.
 3              THE COURT:  Would it be appropriate for me to,
 4    under 3142, to appoint someone to ensure that Boeing is
 5    doing things that would protect the public, even if those
 6    factors that I would impose would mirror the factors in
 7    the DPA?
 8              In other words, I wouldn't be examining the DPA or
 9    being concerned about the DPA in any manner, but to the
10    extent that those things would overlap, at the safety to the
11    public, would I be able to do that under 3142, under that
12    authority only?
13              MS. LARYEA:  Your Honor, I guess there are two
14    steps.  I guess the first thing is to determine that there's
15    clear and convincing evidence that Boeing is an ongoing
16    danger.
17              Now, if that step is met in terms of fashioning
18    the least restrictive conditions, I think that -- the
19    question, I obviously haven't seen it happen before --
20              THE COURT:  Right.  But hold on a second.  Hold on
21    a second.
22              MS. LARYEA:  -- your question is whether --
23              THE COURT:  Hold on a second.
24              You keep saying this is unprecedented and you
25    haven't seen it happen before.  Tell me how many cases that
```

1   you examined to be able to make that statement where 300-odd

2   people have been killed by the corporation?

3          Just how many did you review to come up with that

4   number that it's unprecedented?

5          MS. LARYEA:  So cases that have involved the

6   deaths of over 300 people, none, your Honor.

7          THE COURT:  Okay.  Well, then, this case is

8   unprecedented.  Would you agree with that?

9          MS. LARYEA:  Yes, your Honor.

10          THE COURT:  Okay.  So what is the effect of you

11   keep telling me that these things are unprecedented?

12          Is that just a rhetorical device to back me down,

13   do you think?

14          MS. LARYEA:  No, your Honor.  I was going back to,

15   you know, 3142 and conditions that are necessary to avoid

16   dangers to the community.

17          Now, with respect to that authority, your Honor

18   can fashion conditions as you believe are appropriate.  As I

19   mentioned before, the government defers to the Court on the

20   determination of what those conditions are.

21          The reason I said it's unprecedented is there was

22   a question about whether this -- what this independent

23   examiner would do.  And I was just saying, I don't know what

24   that would look like, because I don't have that experience.

25          But under 3142, I believe, yes, your Honor has the

105

```
 1    ability to fashion conditions that it believes are

 2    appropriate to protect the community.

 3            THE COURT:  You say that they have been in

 4    compliance with the anti-fraud efforts, the ethical board,

 5    all of the things that you all have laid out in there over

 6    the last two years.

 7            Has there been any instance over the last two

 8    years where DOJ has been examining compliance with the DPA

 9    and you've had to make a correction or point out to Boeing

10    that you want them to do something different?

11            MS. LARYEA:  Yeah.  So I think the answer to

12    that -- so the answer to that is, yes, the Department is

13    always -- sometimes pushing back on what needs to be done

14    and additional steps that need to be taken.

15            To the extent their auditors or other independent

16    individuals that are involved in looking at the company,

17    meeting with those individuals, independent of the company,

18    to talk to them, to get their perspective --

19            THE COURT:  Meeting with who independent?

20            Can you say that again?

21            MS. LARYEA:  Sorry.  Individuals that, you know,

22    maybe either audit or examine the company or an independent

23    consultant, compliance consultants that may be contracted by

24    the company --

25            THE COURT:  I see.
```

106

```
 1                MS. LARYEA:  -- meeting with them independent of

 2    the company --

 3                THE COURT:  I see.

 4                MS. LARYEA:  -- to get their unvarnished opinion

 5    as to if there are additional steps that Boeing needs to be

 6    taking to enhance or further enhance its compliance program.

 7                THE COURT:  And so, to answer my question then --

 8                MS. LARYEA:  Sorry.  Go ahead.

 9                THE COURT:  -- the answer is yes?

10                MS. LARYEA:  Yes.  We do push back on additional

11    steps that can be done.

12                THE COURT:  And I guess my question to you or just

13    let me ask a follow-up to that then.  I know that you do

14    that generally speaking.  Have you done that in this case?

15                MS. LARYEA:  My understanding is yes, but I'm

16    happy to verify that and get back to the Court.

17                THE COURT:  Okay.  Just based upon your

18    understanding, as you stand here today, on what point or

19    what fact or what was Boeing doing that was not up to snuff,

20    up to compliance, in the Department's view, that you had to

21    push back on?

22                MS. LARYEA:  I don't have the answer on that, your

23    Honor, but I'm happy to supplement if that would be helpful.

24                THE COURT:  Well, I guess the reason why I'm

25    asking is because, as you acknowledge, to the extent that
```

```
 1    any of these things affect protecting the public, then

 2    wouldn't that be an important factor or important fact for

 3    me to consider when determining under 3142 what I ought to

 4    do vis-a-vis the movants' request?

 5              MS. LARYEA:  Yes, your Honor.  I guess my response

 6    to that would be it goes back to we take our responsibility

 7    seriously to make sure of that.

 8              THE COURT:  I'm not questioning that.

 9              MS. LARYEA:  And so, to the extent our compliance

10    experts are seeing things or after talking to independent,

11    you know, consultants outside of Boeing or seeing things,

12    additional steps they think Boeing needs to make, that is

13    being communicated to Boeing, and that is then a follow-up

14    to make sure that they are, in fact, taking those steps.

15              Because, as I mentioned, one of the requirements

16    in order for us to, at the end of this term, determine

17    whether to dismiss the information, to make sure Boeing

18    meets the high standard that is Attachment C, which is to

19    make sure its compliance program is designed and working

20    appropriately.

21              THE COURT:  Okay.  Yeah, if you could follow up on

22    those points.  I don't know --

23              MS. LARYEA:  Yeah, I can.

24              THE COURT:  -- do they know?

25              MS. LARYEA:  No, they do not.  We would have to
```

 1    come back.  I don't know if we're going to get a break, I

 2    can make a phone call if that would be helpful.

 3              THE COURT:  Well, let me just hear from Boeing.

 4              MR. FILIP:  Yes, sir, your Honor.

 5         And everyone in the courtroom, please know that

 6    Boeing takes this matter very seriously today.

 7         In addition to Mr. Delaney with us in the

 8    courtroom today, Uma Amuluru, who is the chief compliance

 9    officer at Boeing, and Brett Gerry, who's the chief legal

10    officer at Boeing, and both of them, as well as Mr. Delaney

11    are members of Boeing's executive council.

12              THE COURT:  Thank you.

13              MR. FILIP:  They all came because they wanted to

14    hear what the family members said.  Of course, they want to

15    be respectful to you, sir, but I just want to make clear

16    that we respect the presence today and the views and the

17    pain expressed by the families and those who lost loved ones

18    on Lion Air, Flight 610, and Ethiopian Air, Flight 302.

19         If I could, sir, please, I would like to, and we

20    will be brief, I'm going to speak to a couple factual

21    issues, and then proceed by way of proffer consistent with

22    18 U.S.C. 3142, and then Mr. Hatch is going to speak to some

23    of the legal issues, if that's okay, sir.

24         Let me start out, please, by touching on something

25    that goes to air safety because you were talking about that,

1  folks have talked about that at various points.  And if I

2  could, sir, as an officer of the Court, let me please

3  proffer the following facts concerning supervision and

4  oversight of Boeing by the Federal Aviation Administration.

5          The Federal Aviation Administration is part of the

6  U.S. Department of Transportation.  And thus, it's subject

7  to budgetary and oversight control of the federal

8  government, including U.S. Congress.  It's the largest

9  transportation agency in the federal government, and it's

10 responsible for regulating civil aviation in this country.

11         According to the budget materials, the FAA seeks

12 federal funding for 2023 in the amount of over $23 billion.

13 Public FAA materials further explain that the FAA has tens

14 of thousands of employees in various roles, including

15 overseeing safety and certification of civil aircraft.

16         And if I could, sir, in your opinion of

17 October 22nd, 2022, the Court, at page four, stated that the

18 FAA's aircraft evaluation group or AEG is "considered the

19 world's leading aviation authority.  The gold standard

20 amongst global aviation regulators," and then the sentence

21 proceeds with the Court's order.

22         Obviously, not all of those tens of thousands of

23 people are involved with Boeing, but Boeing does estimate

24 that over 1,000 FAA employees are directly and indirectly

25 involved in overseeing the building and certification of

110

 1    Boeing commercial aircraft.

 2            These include individuals who work in the Boeing

 3    aviation oversight office, the aircraft certification

 4    offices, the flight standard service, and the certification

 5    management office.

 6            And additionally, the Aircraft Certification

 7    Reform and Accountability Act, which Congress passed in

 8    December 2020, required specific technical oversight

 9    requirements to be performed by the FAA.

10            In November of 2020, the FAA, after review,

11    cleared the Boeing 737 MAX for return to flight in the

12    United States.

13            And since that date, the return to service of the

14    737 MAX has more than 3 million flight hours and more than

15    1 million safe revenue flights.  We just wanted to share

16    that, sir, with respect to air safety oversight that exists

17    despite it being an independent body.

18            Let me also, please, sir, proffer some facts

19    concerning the DOJ oversights and how that might bear on a

20    judicial monitor or whatever one might call it.

21            You will hear my colleague, Mr. Hatch, will cover

22    these arguments, that Boeing believes the imposition of a

23    third-party monitor is unnecessary, number one.  And that's

24    because the DPA itself has established a robust supervision

25    mechanism which is led by experienced prosecutors and

1    compliance specialists at DOJ, as well as Boeing's chief

2    compliance officer, Miss Amuluru, and that has been in place

3    and working well for over two years.

4          So by way of background as reflected in the DPA,

5    the Justice Department considered but determined that an

6    independent compliance monitor was unnecessary.  And there's

7    citations to the DPA.  If you need it, sir, we're happy to

8    provide those.

9          That decision followed the Department's review of

10   Boeing's then-existing compliance programs and internal

11   controls under standard DOJ processes and procedures that

12   sort a path for all things to proceed.

13         And the DPA establishes a direct DOJ oversight

14   mechanism by requiring the company to regularly meet with

15   and report to the criminal division, its fraud section, as

16   enumerated in the DPA.

17         So as a consequence, since January 2021, and under

18   the Department's close oversight, Boeing has been required

19   to test and enhance its compliance program and regularly

20   report the results of that test and improvements to the DOJ

21   through detailed work plans, quarterly meetings, and

22   comprehensive annual reports.

23         And that regular cadence of reporting and

24   interchange with the Department provides DOJ extensive

25   insight into the company's compliance program and work and

1    regular opportunity to review all the assessments and

2    improvements.

3         The Department actively reviews Boeing's reports

4    and provides feedback directly to Boeing on how to better

5    test and assess its compliance processes and structure

6    throughout the company.

7         And in addition, as required by the DPA, Boeing

8    promptly reports to DOJ allegations of any potential

9    violations of U.S. fraud laws.

10        The Department's oversight of these compliance and

11   reporting activities is directed at the Justice Department's

12   fraud section, corporate enforcement fraud unit.  That unit

13   has specialized skills and expertise in corporate compliance

14   programs and its release of publications and policies and

15   best practices for corporate compliance that are very

16   influential, you know, throughout the world.

17        The company meets at least monthly with

18   representatives from the fraud section, corporate

19   enforcement, compliance and policy unit to discuss the

20   investigation and remediation of reported concerns.

21        These meetings include Boeing's chief compliance

22   officer, Miss Amuluru, who herself is a former DOJ

23   prosecutor, as well as Boeing's director of corporate

24   investigations, and numerous other investigation and

25   compliance personnel.

1          This forum also provides Boeing and DOJ an

2     opportunity to discuss trends in other areas to address

3     through the company's broader improvements through its

4     compliance program.

5          Following the MAX accidents, Boeing has made

6     fundamental governance, leadership, and organizational

7     changes, each time enhancing the company's enterprise safety

8     efforts and fostering a culture of safety, quality,

9     integrity, and transparency.

10         These changes include the creation of the role of

11    the chief aerospace safety officer, top executive position

12    at the company, which has been filled by Mr. Delaney,

13    Boeing's representative here today.

14         And under the leadership of Miss Amuluru, the

15    company has also enhanced its compliance function resources

16    through internal promotions and hiring of external resources

17    and by seeking feedback from numerous external compliance

18    experts on possible improvements and to ensure that

19    improvements identified through this work are implemented in

20    a lasting and meaningful way.

21         In summary, Boeing believes that the supervision

22    mechanism established in the DPA is robust and it's been

23    functioning well since its inception two years ago and that

24    the record proves that.

25         DOJ has been vigilant and thorough.  They're

1    professional and they probe, and they make suggestions, and

2    as you would imagine, Boeing accepts those suggestions.  And

3    Boeing has been vigilant and thorough too.

4              We sincerely believe the system is working and

5    that any further monitor or examiner, reporting, would be

6    duplicative to DOJ oversight and counterproductive to the

7    processes that are operative now.

8              And we also believe this current structure

9    respects the primary roles and responsibility of the FAA in

10   accordance with respective safety measures.  Thank you, sir.

11             I'll turn things over to Mr. Hatch now, if that's

12   okay.

13             THE COURT:  Thank you.

14             MR. HATCH:  Thank you, your Honor.  May it please

15   the Court.

16             I certainly echo Mr. Filip's statements with

17   regard to the statements made by family members who lost

18   loved ones.

19             Your Honor, I will endeavor not to repeat points

20   Ms. Laryea made, which I agree about the bases for not

21   imposing special conditions and a bond in this case.  I will

22   try to address a few additional points that I think are

23   important for the Court.

24             I would like to start, actually with the question

25   the Court asked Miss Laryea about the interaction between

 1   Boeing and the Department about if there have been issues or

 2   that sort of thing.

 3        If I could just share my perspective having the

 4   privilege to represent Boeing as it engages with the

 5   Department in that respect.  I think the message that the

 6   DOJ pushes through its guidance and has pushed to Boeing,

 7   and I will not get into any confidential communications

 8   consistent with the DPA, but the message is one of

 9   continuous improvement in your compliance program.

10        And so, if there's an issue that's identified in

11   there and it was properly responded to in that specific

12   instance, okay, what did the company learn from that

13   specific instance to improve more generally?

14        Could there be more training?  Could there be

15   structural changes?  So even if a particular instance was

16   handled correctly, how can you learn from that?  How can you

17   continuously improve?

18        And so, from my perspective, that's how those

19   conversations go.  They're collaborative.  They do pressure

20   test very much what we do.  They challenge us to, okay, what

21   can you learn?  What can you do better?

22        So it's really been a process.  We're two years

23   in, we see this, we see that, let's take that to this --

24   continuous improvement to this next level.  And my

25   perspective is it has been a great success under the

116

1    Deferred Prosecution Agreement.

2              And that brings me to the 3142 analysis that I

3    know the Court would engage in here.  I would just start

4    with the point that the government is not seeking any

5    special conditions, which I think is very significant,

6    having had now two years of experience under very close

7    oversight of Boeing in this.

8              I think it's significant that the Court, as it

9    approaches a bond consideration today, Mr. Cassell referred

10   to a bank robber who might come before the Court on arrest,

11   and this, of course, is a very different case from this.

12             This is a case that comes to the Court two years

13   at this point into a Deferred Prosecution Agreement.  So

14   it's a resolved case, agreed to under the Deferred

15   Prosecution Agreement, and then proceeding to a deferred

16   during that time for Boeing to prove its compliance with the

17   agreement.

18             So the Court, I would urge, should evaluate fine

19   conditions based on two years of compliance.  And

20   Miss Laryea confirmed again today, as DOJ has in prior

21   filings, that Boeing has complied with the agreement up to

22   this point.  So there's two years' track record.

23             And as Miss Laryea said, the only basis the Court

24   would start under 3142(b), which provides for a personal

25   recognizance bond, unless the Court finds a risk of flight

117

1        or safety to the community.  So the default under the

2        statute is a personal recognizance bond.

3               The only basis that's urged upon the Court is a

4        danger to the community.  So I will only address that unless

5        the Court were to have any other questions about the other

6        conditions.

7               But with respect to danger to the community, there

8        are really, I think, two key facts that can give the Court

9        comfort that additional conditions are not needed.  First,

10       there's the active and substantive and meaningful oversight

11       of the DOJ under the DPA.

12              And Mr. Filip's proffer covered that this is not

13       just like an annual report that goes in once a year and then

14       there's a follow-up meeting.  The company is engaged at

15       least monthly in meetings with the Department across all

16       respects of the DPA in its compliance.

17              So it is a very active, it's a very meaningful and

18       substantive process over the life of the DPA.  It's very

19       real oversight.  So that's with respect to compliance.

20              And then, as Mr. Filip also touched upon, in

21       review of Mr. Cassell's filing from last night, at times it

22       seems to say, well, we're not asking -- we're not asking the

23       Court to put a safety monitor in place, but then Mr. Cassell

24       also said it would ensure the safety of the community.

25              So I'm not exactly sure what the position is

118

1     there, but to the extent they are asking for some sort of

2     safety monitor, of course, there's the FAA, which is a very

3     robust, very engaged, and meaningful regulatory oversight

4     that is every day protecting the safety of the community,

5     every day the people all across this country and all around

6     the world who board Boeing flights, every day the U.S.

7     military flies Boeing airplanes, Boeing is subject to

8     extensive oversight, and I note the Court has heard evidence

9     of that in the course of these proceedings.

10            And so, the FAA is engaged and is charged by

11    Congress with that oversight.  And again, we're two years

12    into this.  And with regard to the MAX specifically, of

13    course, that had an extensive period of redesign and then it

14    was returned to service, as you heard from Mr. Filip, has

15    had many, many successful flights since its return to

16    service.

17            I think that the special condition of urging a

18    monitor or an examiner, whatever that would be, presents a

19    very -- the Court asked a question, you know, could I, you

20    know, just impose one separate from looking behind DOJ?

21            I think the monitor that's asked for is one that

22    goes behind DOJ.  And in my view, that is seeking this plan

23    from the Department in its exercise of its own discretion

24    under the Deferred Prosecution Agreement.

25            And what Mr. Cassell is asking for is not a bond

1    condition monitor, it really goes to the ultimate remedies

2    that they are seeking in this case, which I know the Court

3    has before it separately.

4            But to the extent that they're seeking some form

5    of safety monitor, I think that presents a very real risk.

6    Because if the Court imposed the safety monitor as a bond

7    condition, what if that monitor were to direct some action

8    that was different from what the FAA or the DOJ was

9    directing under their respective authorities that gives the

10   prospect of different direction on issues of public safety

11   under the auspices of a court-appointed bond monitor when

12   the record is that the FAA is there, it's robust, and it's

13   active, and that is who Congress has charged with the

14   aerospace safety and the oversight of Boeing's respective

15   safety.

16           So, respectfully, I think there is not evidence,

17   as the Court finds the case today, for applying conditions

18   with respect to the safety of the community.

19           Mr. Cassell has referred in his filing to their

20   proffer that has been separately submitted to the Court.

21   And we, of course, have objected to that.  I believe the

22   Department of Justice has objected to that, but that proffer

23   is also with respect to historical facts that occurred

24   before the Deferred Prosecution Agreement.

25           That's, I think, very significant as we are here

```
 1    two years in after the FAA has returned the MAX to service

 2    and after the Department has had this two years of

 3    experience monitoring -- well, not monitoring but overseeing

 4    Boeing in its compliance.

 5             So I think the Court can just follow 3142(b).  And

 6    the analysis is as simple as that, because there is not

 7    evidence of separate conditions or a danger to safety of the

 8    community as the Court finds the case today.

 9             A couple of additional points with respect to the

10    additional conditions that were urged.  Even if the Court

11    were to go to 3142(c) which, again, I don't think there's

12    evidence today to get it to 3142(c), but if the Court were

13    to find it appropriate, we would request the least

14    restrictive conditions that would ensure the safety of the

15    community, and respectfully, these two conditions are not

16    the least restrictive.

17             I agree with Miss Laryea, if it's helpful for the

18    Court, and I understand the Court has indicated the loss of

19    life that may not be present in other cases, but we also

20    reviewed and did not find any other cases where courts have

21    imposed the types of monitors or third-party experts that

22    were proposed here.

23             A case I know the Court's familiar with, the

24    Faulkner Services case from the D.C. Circuit I think is

25    particularly close, even though it's not exactly the same.
```

121

```
 1              In Faulkner Services, Judge Leon, at the district
 2     court level, had rejected the DPA on the grounds -- several
 3     grounds, but one of them was that it was insufficient
 4     because it did not provide for a corporate monitor.
 5              And on appeal to the D.C. Circuit, the D.C.
 6     Circuit overturned and said that the Court does not have a
 7     role in reviewing compliance with the DPA.  And, of course,
 8     that was not under a bond analysis, but I think that same
 9     point holds true.
10              That's what's essentially asked here is to impose
11     a role in monitoring compliance with the DPA, but do it
12     through a bond condition.  So I think the closest case is
13     the Faulkner Services case.  And in that case, counsel is
14     against the two monitoring issues that are urged here.
15              Your Honor, just in conclusion, unless the Court
16     has any further questions -- well, one last point on the
17     conclusion.  On the aspect of these disclosing our reports
18     under the DPA and applying these three separate experts that
19     have been proposed, I think it's a very important part of
20     the DPA that it provides a confidentiality both for Boeing,
21     but also more generally in this case.
22              Part of the process that the DPA encourages is to
23     be candid and to share information so the DOJ can evaluate
24     that and give you that feedback.  That's what I think the
25     agreement recites.
```

122

1              The reason to protect that is so that companies

2      can be very candid without fear of having their confidential

3      information released publicly or released to third parties.

4      That fosters the kind of collaborative environment that I

5      believe is encouraged under the DPA and discourage you to

6      release that.

7              And just in conclusion, your Honor, that the

8      record, as it comes to the Court today for its bond

9      determination, is that DOJ is substantively and effectively

10     monitoring compliance with the DPA and has done so for two

11     years of the three-year term, and that the FAA monitors

12     safety.

13             And that that has worked for the two years of the

14     DPA.  And therefore, there is not a need for any special

15     conditions to change that successful dynamic.  Thank you,

16     your Honor.

17             THE COURT:  Could I just ask you one question as

18     it relates to your argument about the D.C. Circuit Court and

19     the monitor.

20             Would I be outsourcing my obligations under 3142

21     to the Department of Justice on the protection of the public

22     because DOJ is monitoring?

23             In other words, would I be relying on DOJ to tell

24     me when DOJ feels like what they're doing is a danger to the

25     public, as opposed to making my own independent assessment?

123

1          MR. HATCH:  Yes.  Thank you, your Honor.

2          And the answer is, no, you would not be.  Again,

3     if we were back at the beginning of a case and there wasn't

4     an agreement and the Court were to have a bond hearing and

5     say, rather than use pretrial services to monitor a

6     defendant, for example, I'm just going to rely on, you know,

7     DOJ maybe to tell me if they find anything out, that sort of

8     thing.

9          You know, of course, the Court uses pretrial

10    services to monitor.  That's in the case of a defendant who

11    is pending trial.  That I think is very significant here.

12    We have a case in which there's an agreement.  So the

13    proceedings are deferred.

14          There is no pending trial.  The reason that

15    proceedings are deferred is so that Boeing can demonstrate

16    its compliance with the DPA.

17          And so, here, unlike the scenario of the

18    courthouse, DOJ has come to the Court and said, this is the

19    agreement, and it's in paragraph 4H in the DPA, your Honor,

20    that indicates the factors DOJ considered in determining

21    that an independent monitor was not necessary under their

22    policies and in their discretion.

23          And one of those factors, and I think it's very

24    significant, they pointed to all the remedial measures that

25    the company had already engaged in prior to entering into

1      the DPA.

2                So they recognize that the company had undertaken

3      all these things, even to change the state of play in terms

4      of compliance at the time of the DPA, and now we're two

5      years past that.

6                So the Court isn't outsourcing its obligation.

7      The way I think about it, the Court looks at 3142(b) and

8      says, bond is the default, unless there's danger of safety

9      to the community.

10                So what's the record that there's a danger of

11     safety to the community?  Because of what DOJ is doing today

12     and has done for two years and will do for the remainder of

13     the term and because of what the FAA is doing, there is not

14     evidence of a danger to the community.

15                In other words, there has to be affirmative

16     evidence of a danger to the community to warrant some

17     special conditions.  Here, given the default that is already

18     existing, that doesn't exist, and the Court need not impose

19     those sanctions -- excuse me, special conditions.

20                THE COURT:  Okay.  Very good.  Thank you then.

21                All right.  I will --

22                MR. CASSELL:  Can I just briefly be heard in

23     response?

24                THE COURT:  Okay.  Briefly.

25                MR. CASSELL:  Thank you, your Honor.

125

```
 1              I think we've got two very odd things going on in

 2   this court.  We haven't heard any dispute that Boeing has

 3   committed the deadliest crime in U.S. history, corporate

 4   crime.  And yet, neither the government nor Boeing wants you

 5   to impose even a single condition of release.

 6              You add conditions of release in routine bank

 7   robbery cases every day.  Why this case would somehow not

 8   warrant even a single condition of release is frankly beyond

 9   my imagination.

10              One small thing we heard from the Justice

11   Department, that you have to make findings by clear and

12   convincing evidence.  The Department is mistaken on that.

13   The statute they're referring to is 3142(f), detention

14   hearings, when somebody's liberty is being taken away.

15              We point out in our brief about a Fifth Circuit

16   case in U.S. v. Fortna, 1985 case, conditions of release is

17   "simple preponderance of the evidence."  So the issue for

18   you today is what does the simple preponderance of evidence

19   show?

20              I think I will just respond to the three points

21   the government made very briefly.  They say this is

22   unprecedented.  I think your Honor pointed out we are in

23   unprecedented territory.

24              What would be unprecedented is the Court imposing

25   no conditions whatsoever following a crime that killed 346
```

 1    people.  That would be, as we indicated in our brief,

 2    outsourcing the Court's obligation.

 3           The Department says, well, we can't find any

 4    cases.  We're not looking for cases here.  3142(c) nobody

 5    has disputed, which gives you the authority to impose every

 6    single condition the families are asking for, which are

 7    only two.

 8           I think your Honor put it nicely:  These would be

 9    perhaps overlapping to some degree with the DPA.  But as you

10    know, the DPA has been challenged and we are hopeful that in

11    the next few weeks we will see a ruling from your Honor

12    rescinding parts of that agreement or perhaps even

13    invalidating a significant part of the agreement.

14           So it would be very useful to have overlapping

15    requirements in the wake of the fact that that is an illegal

16    agreement, an agreement that at least was negotiated

17    illegally.  Having overlapped measures in place would be, I

18    think, protective of the public safety.

19           We're told by the Department this is unnecessary

20    to protect community safety.  I don't think the Department

21    is in the best position to make that call.  They have an

22    obvious conflict of interest here.

23           This DPA is the most controversial DPA in the

24    history of America.  That's no exaggeration.  We've provided

25    the citations to that in our briefs.

1              Yet, you can count on the Department to report if

2      there are problems in this DPA?  Understandably, I'm just

3      making a point about human nature.  I'm not criticizing

4      anyone's motives.  The Department obviously has an incentive

5      to say everything is good, nothing to see here, move along

6      to the next case.  That's why we want an independent set of

7      eyes to take a look at all of this.

8              It's obvious that you've heard today that the

9      victims' families don't trust the Justice Department in this

10     case and their distrust extends more broadly.

11             The key question you have to decide this morning

12     is, what is better, one set of eyes from the Department, or

13     two sets of eyes, the independent sets of eyes that we are

14     proposing?

15             Put it a different way, a legal way, what will

16     more reasonably assure the safety of the community?  We're

17     defending a simple proposition:  Two sets of eyes are better

18     than one.  And if you agree with 3142(c), I would submit,

19     requires you to impose additional conditions.

20             We're told this DPA has been in place for two

21     years and everything is great, except the Department can't

22     even tell you whether there have been problems and pushbacks

23     and things like that.

24             Of course, your Honor has to make a ruling today

25     about conditions of release, not even knowing whether Boeing

1   has been having difficulties administering this.

2          We are told from Mr. Hatch that, "We've made these

3   significant changes.  We want to take compliance safety to

4   the next level."  Well, we can help Boeing get to the next

5   level.  Let's put an independent person in there to see what

6   they could do better.

7          Let's put three advocates for the victims'

8   community in there and see what they could do better.  If

9   Boeing wants to get to the next level, we'll help them take

10  off to that next level with the measures that we are

11  proposing here.

12         Now, we're warned by Mr. Hatch, oh, your Honor, if

13  you do this, there's going to be conflicting obligations,

14  and, you know, one thing and the other and so forth.  That's

15  not what we're proposing.

16         He must not understand what we are proposing.  You

17  had a chance to read our brief.  What we are proposing is,

18  take a look at Boeing's efforts, and then see if there are

19  recommendations for improvement that could be made.  That's

20  all we're asking for here, a very modest request.  We are

21  not asking the Court to take over production lines or

22  anything along those lines.

23         Now, let's see.  Let's see, what else?  The other

24  thing we are asking for, we've heard from the Department

25  that somehow our three experts are not disinterested.  We

129

1    never said that they were disinterested experts.

2              We said they would be effective advocates for the

3    victims' families and for the broader community to make sure

4    things were being done properly and the safety of the flying

5    public was assured.

6              That's what's been missing so far.  We haven't

7    seen that -- we haven't seen that kind of advocate's eye

8    looking at this.  Instead, we've seen the Department and

9    Boeing working behind closed doors to craft something that

10   will let them move along to other issues.

11             We are not asking you for you to disclose any

12   reports that Boeing has filed.  All we're asking for

13   disclosure on is, under appropriate confidentiality

14   measures, is the substance of what Boeing is doing, a second

15   set of eyes could look at that to see whether there were

16   improvements that could be made.

17             We've heard from Boeing the FAA is out there

18   supervising all this.  We know sadly that that supervision

19   was not successful in preventing two crashes.

20             So I will close with this, the reason the victims'

21   families traveled all over the world today comes down to

22   three words:  No third crash.

23             The only question we submit that you have in front

24   of you today is which way will better prevent a horrific

25   third crash, doing nothing, as they propose, or a second set

1    of eyes, as we propose?  We think the answer to that

2    question is obvious.

3              THE COURT:  Okay.  Thank you.

4              So why don't you provide me an update on the

5    question I asked.  You can provide it ex parte under seal or

6    deliver a hard copy to me, however you prefer.  I will

7    review that.

8              In the meantime, I will order, sir, that Boeing is

9    ordered not to commit another federal, state, or local crime

10   while on release as this case is pending.

11             And then I will take the other information under

12   advisement pending your submission.

13             Just for record purposes, I've reviewed all of the

14   letters that were provided to me by the movants.  And then,

15   Mr. Jacobs provided to me an emergency letter sometime late

16   last night, which I have reviewed as well.  I will make sure

17   that is docketed.

18             MR. CASSELL:  Your Honor, just one small point.  I

19   know this morning that Miss Berthet was unable to complete

20   her oral statement --

21             THE COURT:  So file it.

22             MR. CASSELL:  -- we would like to file a written

23   statement.

24             THE COURT:  File it on the docket.

25             Then we are in recess.  Thank you all.

1              THE COURT SECURITY OFFICER:  All rise.

2          (The proceedings concluded at 12:08 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

REPORTER'S CERTIFICATE

     I, ZOIE WILLIAMS, RMR, RDR, FCRR, certify that

the foregoing is a true and correct transcript from

the record of proceedings in the foregoing entitled

matter to the best of my ability to hear.

     Further, due to the COVID-19 pandemic, some

participants are wearing masks, and/or appeared via

videoconferencing, so proceedings were transcribed to the

best of my ability.

     I further certify that the transcript fees format

comply with those prescribed by the Court and the Judicial

Conference of the United States.

     Signed this 27th day of January, 2023.


                         ___/s/ Zoie Williams_____
                         Zoie Williams, RMR, RDR, FCRR
                            Official Court Reporter
                         Northern District of Texas
                            Fort Worth Division

Business Address:    501 W. 10th Street, Room 532
                     Fort Worth, Texas 76102
                     zwilliams.rmr@gmail.com
                     817.850.6630

EMMA RIFFEL: **[1]** 46/22
MR. CASSELL: **[18]** 8/3
9/10 14/20 28/1 28/5
28/11 31/24 39/8 46/12
50/19 59/16 63/17 71/13
82/2 124/22 124/25
130/18 130/22
MR. DELANEY: **[5]** 6/11
6/16 6/19 6/22 7/14
MR. FILIP: **[5]** 7/1 7/4
7/12 108/4 108/13
MR. HATCH: **[3]** 6/23
114/14 123/1
MR. KIERNAN: **[2]** 59/21
59/23
MR. MOORE: **[2]** 63/22
64/8
MR. NJOROGE: **[2]**
50/23 50/25
MR. NOORMOHAMED: **[2]**
28/16 28/19
MR. RIFFEL: **[3]** 39/14
43/23 46/10
MR. STUMO: **[2]** 71/20
76/8
MS. BERTHET: **[10]**
14/25 15/2 25/4 25/6 25/9
27/15 27/17 27/20 27/22
28/7
MS. BRITTNEY RIFFEL:
**[3]** 46/16 46/18 46/23
MS. KURIA: **[2]** 32/3
32/5
MS. LARYEA: **[23]** 7/17
92/2 99/16 100/25 101/19
102/12 103/13 103/22
104/5 104/9 104/14 105/11
105/21 106/1 106/4 106/8
106/10 106/15 106/22
107/5 107/9 107/23
107/25

MS. MILLERON: **[4]**
71/19 71/22 72/7 82/7
MS. MOORE: **[3]** 63/23
63/25 64/3
MS. RIFFEL: **[3]** 39/13
39/16 46/9
MS. RYAN: **[4]** 9/17 9/19
9/22 9/25
THE COURT REPORTER:
**[2]** 28/9 28/13
THE COURT SECURITY
OFFICER: **[2]** 6/4 131/1
THE COURT: **[68]** 6/5
6/12 6/17 6/20 6/24 7/3
7/11 7/13 7/15 7/23 9/9
9/14 9/21 9/24 14/21 25/3
25/5 25/7 27/14 27/16
27/18 27/21 27/24 28/4
28/8 28/14 28/18 31/23
31/25 39/9 46/11 46/13
50/20 59/18 63/18 64/2
71/15 72/16 99/15 100/22
101/17 102/5 103/3 103/20
103/23 104/7 104/10 105/3
105/19 105/25 106/3 106/7
106/9 106/12 106/17
106/24 107/8 107/21
107/24 108/3 108/12
114/13 122/17 124/20
124/24 130/3 130/21
130/24
THE COURTROOM
DEPUTY: **[12]** 9/18 14/22
15/1 28/17 32/4 39/15
46/17 50/24 59/22 63/21
63/24 71/21

**$**
**$1,000,000 [1]** 79/4
**$10 [1]** 81/5
**$23 [1]** 109/12
**$23 billion [1]** 109/12
**$250,000,000 [1]** 69/18

**$391 [1]** 79/7
**$80 [1]** 37/18

**/**
**/s [1]** 132/17

**1**
**1 million [1]** 110/15
**1,000 [1]** 109/24
**10 [8]** 15/9 28/23 47/1
56/6 56/18 60/1 65/6
79/25
**100 [2]** 15/14 67/6
**10017 [1]** 2/7
**10th [4]** 3/3 10/4 18/8
132/20
**10th of [1]** 12/3
**11 [1]** 34/12
**12 [4]** 8/10 10/6 17/15
83/15
**120 [2]** 2/10 65/16
**122 [1]** 73/7
**124 [1]** 4/21
**12:08 p.m [1]** 131/2
**15 [2]** 16/3 23/16
**156 [1]** 70/3
**157 [1]** 36/2
**16-J [1]** 77/1
**1700 [1]** 1/17
**18 [1]** 108/22
**18-month [2]** 93/22 94/2
**19 [1]** 132/8
**1985 [1]** 125/16

**2**
**20 kilos [1]** 22/5
**2003 [1]** 52/8
**2004 [1]** 93/23
**2011 [2]** 79/3 80/24
**2012 [2]** 53/10 79/24
**2014 [1]** 54/16
**2016 [2]** 80/7 80/14
**2017 [1]** 98/16

**2**

**2018 [2]** 54/18 78/4
**2019 [11]** 10/4 18/8 28/23 34/20 34/21 47/1 56/18 60/1 65/6 66/6 78/9
**202.514.2000 [1]** 1/23
**2020 [2]** 110/8 110/10
**2021 [2]** 27/12 111/17
**2022 [1]** 109/17
**2023 [5]** 1/7 6/2 88/12 109/12 132/15
**20530 [1]** 1/22
**212.972.9432 [1]** 2/8
**22nd [1]** 109/17
**23 [2]** 36/5 36/14
**23219 [1]** 2/17
**24 [3]** 64/4 72/9 76/9
**26 [3]** 1/7 6/2 44/5
**27 [2]** 36/5 83/15
**27-years-olds [1]** 36/14
**27th [2]** 78/4 132/15
**28 [3]** 15/4 20/11 76/9
**28th [1]** 2/7
**29 [1]** 44/5

**3**

**3 a.m [1]** 53/17
**3 million [1]** 110/14
**30 feet [3]** 51/8 56/12 57/6
**30 percent [1]** 35/6
**30-years-old [1]** 16/8
**300 [2]** 2/20 104/6
**300-odd [1]** 104/1
**302 [3]** 72/10 99/20 108/18
**312.862.2000 [1]** 2/21
**3142 [22]** 82/5 82/25 87/2 92/4 102/9 102/24 103/4 103/11 104/15 104/25 107/3 108/22 116/2 116/24 120/5 120/11 120/12

122/20 124/7 125/13 126/4 127/18
**32 [1]** 35/13
**33 [1]** 51/21
**344 [2]** 44/9 45/25
**346 [13]** 14/17 23/11 36/2 37/12 37/20 39/5 45/19 50/15 60/9 83/9 91/10 91/24 125/25
**36th [1]** 2/10
**383 [1]** 2/4
**391 [1]** 79/7

**4**

**400 [1]** 16/5
**446 [1]** 37/19
**469.904.4550 [1]** 2/14
**485 [1]** 2/7
**4:21-cr-00005-O-1 [1]** 1/5
**4H [1]** 123/19

**5**

**50 [2]** 16/4 29/8
**50 pounds [3]** 51/11 51/11 51/12
**50-plus-year [1]** 76/17
**50-years-old [1]** 19/4
**500 [2]** 2/13 77/7
**501 [2]** 3/3 132/20
**523 [1]** 3/3
**532 [1]** 132/20

**6**

**60 [1]** 98/25
**600 miles [1]** 77/8
**60602 [1]** 2/11
**60654 [1]** 2/21
**61 [1]** 51/23
**610 [1]** 108/18

**7**

**727 [1]** 60/1
**737 [8]** 25/18 57/7 63/8

66/12 66/19 72/10 110/11 110/14
**737 MAX [1]** 66/24
**75202 [1]** 2/13
**76102 [3]** 1/18 3/3 132/20
**78 [1]** 29/7
**787 [1]** 81/4
**7th [1]** 69/6

**8**

**8,000,000,000 [1]** 56/4
**80 percent [1]** 80/19
**800 [1]** 2/17
**801 [1]** 1/17
**801.585.5202 [1]** 2/5
**804.698.2194 [1]** 2/18
**817.252.5200 [1]** 1/18
**817.850.6630 [2]** 3/4 132/21
**84112 [1]** 2/4
**8:38 a.m [1]** 65/6

**9**

**90 [1]** 56/11
**900 [1]** 2/13
**950 [1]** 1/22
**9:00 [1]** 1/9
**9th [1]** 19/13

**A**

**a.m [3]** 1/9 53/17 65/6
**Ababa [4]** 11/8 17/6 76/25 91/13
**abide [1]** 7/8
**abiding [1]** 7/10
**ability [7]** 38/1 60/22 81/2 100/8 105/1 132/7 132/11
**able [5]** 35/22 67/19 68/12 103/11 104/1
**about [83]** 12/25 13/22 15/23 17/7 17/23 19/1 19/2 19/5 20/2 20/9 20/15 22/12 22/24 22/25 24/18

**A**

**about…** **[68]** 24/19 26/7 26/9 30/24 32/7 32/9 35/9 35/10 35/23 37/18 37/19 40/2 40/3 41/1 41/5 44/6 45/7 47/22 48/12 51/14 51/17 51/19 53/14 54/2 54/3 54/13 55/4 55/11 55/18 56/14 60/16 60/18 60/25 61/4 62/7 65/13 65/23 67/11 70/10 73/6 77/25 77/25 78/7 80/13 80/14 80/14 83/8 85/13 85/18 86/17 86/25 88/12 88/18 97/6 100/16 103/9 104/22 108/25 109/1 114/20 114/25 115/1 117/5 122/18 124/7 125/15 127/3 127/25

**above [3]** 3/8 30/12 44/25

**abroad [1]** 18/12

**absolute [1]** 12/5

**absolutely [2]** 23/12 73/1

**abuses [1]** 74/6

**academic [1]** 87/4

**accept [1]** 13/16

**acceptance [2]** 62/17 84/23

**accepted [2]** 83/12 85/4

**accepting [1]** 84/25

**accepts [1]** 114/2

**accident [1]** 22/19

**accidents [2]** 70/24 113/5

**accompany [1]** 19/14

**accordance [1]** 114/10

**According [1]** 109/11

**account [2]** 12/16 69/20

**accountability [5]** 13/18 29/19 63/13 85/20 110/7

**accountable [6]** 31/7 31/18 37/8 39/3 43/21 76/3

**accountant [1]** 53/3

**accounts [1]** 18/10

**accused [3]** 85/7 90/24 91/4

**ache [1]** 73/21

**acidity [1]** 57/2

**acknowledge [1]** 106/25

**acknowledging [1]** 70/1

**acronyms [1]** 24/17

**across [7]** 10/12 11/10 30/8 30/24 45/15 117/15 118/5

**act [6]** 6/18 16/14 60/19 63/1 63/2 110/7

**acted [1]** 91/14

**acting [1]** 79/21

**action [3]** 66/16 87/22 119/7

**actions [6]** 30/17 60/4 63/12 65/22 70/16 72/23

**activated [2]** 23/22 57/22

**activation [3]** 66/8 80/2 80/15

**active [4]** 40/9 117/10 117/17 119/13

**actively [1]** 112/3

**activities [3]** 40/8 95/14 112/11

**acts [1]** 50/7

**actual [1]** 89/12

**actually [8]** 17/11 21/14 51/10 51/17 53/12 54/18 89/9 114/24

**add [3]** 16/10 76/20 125/6

**adding [2]** 102/7 102/8

**Addis [6]** 11/8 11/14 11/16 17/6 76/25 91/13

**addition [4]** 80/9 88/17 108/7 112/7

**additional [16]** 83/15 83/17 86/9 97/6 98/21 98/25 101/23 105/14 106/5 106/10 107/12 114/22 117/9

120/9 120/10 127/19

**additionally [2]** 94/13 110/6

**address [8]** 9/8 72/16 92/18 100/18 113/2 114/22 117/4 132/20

**addresses [1]** 69/24

**administered [10]** 9/16 14/24 28/15 32/2 39/11 46/15 50/22 59/20 63/20 71/17

**administering [1]** 128/1

**Administration [2]** 109/4 109/5

**admired [1]** 30/11

**admissions [1]** 52/21

**admitted [1]** 84/12

**Adnaan [1]** 76/11

**adopting [1]** 99/11

**adored [1]** 73/17

**adventures [1]** 67/22

**advice [1]** 89/8

**advisement [1]** 130/12

**advising [1]** 21/14

**advocacy [2]** 67/14 100/6

**advocate [3]** 30/9 60/18 100/9

**advocate's [1]** 129/7

**advocates [2]** 128/7 129/2

**AEG [1]** 109/18

**aeronautical [1]** 22/21

**aeronautics [1]** 89/1

**aerospace [3]** 2/23 113/11 119/14

**affect [1]** 107/1

**affection [1]** 47/20

**affectionate [1]** 61/5

**affirmative [1]** 124/15

**afforded [1]** 33/11

**afraid [5]** 13/10 21/4 21/5 23/7 32/25

**Africa [2]** 11/11 15/9

**A**

**African [1]** 15/22

**after [45]** 9/6 12/8 12/12
14/2 16/3 22/2 22/7 24/6
25/1 25/10 29/7 32/14
32/19 36/4 36/5 40/17
41/1 53/2 57/23 61/12
64/17 66/17 67/1 69/24
70/6 70/12 71/4 71/10
73/7 73/9 73/15 75/2
75/6 75/13 75/13 77/23
78/4 78/9 78/18 80/22
90/14 107/10 110/10 120/1
120/2

**afternoon [1]** 19/21

**again [22]** 12/3 13/11 14/4
28/10 36/24 36/25 43/18
45/12 46/7 46/23 62/11
73/22 75/17 78/10 86/19
89/11 90/16 105/20 116/20
118/11 120/11 123/2

**against [7]** 6/15 24/23
62/10 81/15 90/2 90/7
121/14

**age [3]** 53/13 64/8 72/9

**agency [1]** 109/9

**agents [2]** 71/12 95/23

**ago [7]** 11/7 18/6 27/2
48/18 56/7 75/18 113/23

**agree [5]** 94/8 104/8
114/20 120/17 127/18

**agreed [6]** 7/19 70/14
93/15 93/24 94/5 116/14

**agreement [27]** 7/6 7/9
7/20 14/5 45/8 62/15 63/3
63/9 89/4 97/18 97/23
98/5 116/1 116/13 116/15
116/17 116/21 118/24
119/24 121/25 123/4
123/12 123/19 126/12
126/13 126/16 126/16

**Agreements [1]** 69/12

**agrees [1]** 92/3

**ahead [4]** 64/2 64/15
72/16 106/8

**air [20]** 14/15 23/15 24/24
38/15 46/3 50/13 57/19
59/10 66/15 75/6 77/23
78/4 80/17 80/22 81/9
81/9 108/18 108/18 108/25
110/16

**Airbus [1]** 24/24

**aircraft [10]** 51/10 70/15
72/11 79/5 79/6 109/15
109/18 110/1 110/3 110/6

**Airlines [1]** 72/10

**airplane [7]** 24/12 24/16
45/23 65/23 66/1 78/3
78/25

**airplanes [2]** 75/13 118/7

**airport [2]** 19/14 35/18

**airworthy [1]** 70/9

**aisle [3]** 34/1 48/1 77/2

**akin [1]** 100/6

**alert [5]** 24/19 66/9 80/24
80/25 81/8

**alerting [1]** 25/21

**alerts [3]** 24/15 80/19 81/1

**alive [3]** 30/6 65/8 65/21

**all [84]** 6/4 6/17 6/24
7/23 7/24 11/7 11/11 12/1
13/5 14/17 16/4 18/9 20/13
20/18 21/18 23/3 23/23
24/22 25/13 26/2 26/9
26/20 29/4 30/12 30/13
31/20 34/19 35/9 36/20
40/3 40/13 41/19 41/23
43/10 45/21 46/13 46/23
47/22 48/5 48/7 48/9
48/13 48/15 49/1 50/6
50/6 50/7 51/4 54/5 56/6
57/9 57/16 60/7 60/10
62/12 71/24 73/19 74/1
75/3 77/13 81/10 85/18

86/17 98/6 105/5 105/5
108/7 109/24 111/15 112/1
117/15 118/5 118/5 123/24
124/3 124/21 127/7 128/20
129/12 129/18 129/21
130/13 130/25 131/1

**ALLAN [1]** 1/20

**allegations [1]** 112/8

**alleged [1]** 6/15

**allowed [3]** 30/3 43/19
44/23

**allowing [4]** 30/25 51/1
71/22 100/2

**almost [8]** 19/4 29/8 29/13
47/3 56/7 56/11 67/23
68/1

**alone [4]** 42/2 67/5 68/15
94/9

**along [7]** 8/7 49/17 73/2
88/3 127/5 128/22 129/10

**aloud [1]** 6/21

**already [12]** 14/9 21/18
24/8 48/2 58/3 63/14
93/15 94/5 94/23 100/7
123/25 124/17

**also [39]** 9/4 13/7 17/13
17/22 18/5 18/25 23/25
25/17 30/8 44/7 62/14
72/22 79/3 79/24 80/18
85/14 87/4 87/9 87/13
87/23 88/16 88/22 88/25
89/7 94/16 99/6 99/24
100/9 100/11 100/20 110/18
113/1 113/15 114/8 117/20
117/24 119/23 120/19
121/21

**altar [1]** 18/18

**although [4]** 10/5 83/5
84/12 96/7

**always [23]** 13/25 14/9
15/8 15/18 17/20 29/23
30/15 30/17 35/5 42/25

**A**

always... [13]  53/21
53/22 54/1 54/17 55/10
55/11 55/21 56/23 57/1
67/21 87/14 96/11 105/13
am [9]  12/22 17/6 39/17
44/9 59/25 63/14 64/3
65/12 65/15
amazing [2]  42/2 68/10
ambition [1]  60/22
ambitious [1]  64/16
Ameen [2]  8/25 28/21
AMERICA [5]  1/5 36/15
53/9 83/21 126/24
American [3]  25/2 25/11
87/11
Americans [1]  40/17
amicus [1]  85/15
among [1]  95/14
amongst [1]  109/20
amount [1]  109/12
Amuluru [4]  108/8 111/2
112/22 113/14
amusement [1]  15/24
analysis [4]  95/24 116/2
120/6 121/8
analyst [2]  53/8 53/16
Anatomy [1]  21/12
anger [4]  22/10 23/18
25/25 74/6
angle [2]  80/15 80/18
anguish [1]  67/8
animal [1]  60/24
animals [1]  60/17
ankle [2]  91/3 91/20
annals [1]  71/5
Anne [1]  51/4
annihilated [1]  59/12
anniversary [1]  55/5
annual [3]  95/10 111/22
117/13
anomaly [1]  56/22

another [4]  42/15 76/25
99/21 130/9
answer [7]  105/11 105/12
106/7 106/9 106/22 123/2
130/1
anti [3]  95/10 95/17 105/4
anti-fraud [3]  95/10 95/17
105/4
anticipate [1]  8/9
anticipating [1]  88/22
anticipation [1]  100/4
antiquated [1]  81/7
anxiety [3]  12/20 13/6
49/17
anxious [1]  12/25
any [45]  9/10 18/15 21/17
33/8 37/11 40/22 40/22
44/19 44/20 44/20 58/14
58/15 64/7 66/13 69/10
69/13 76/23 78/3 89/13
91/16 91/16 93/2 93/12
93/17 96/7 97/23 98/7
99/7 99/9 100/17 102/8
103/9 105/7 107/1 112/8
114/5 115/7 116/4 117/5
120/20 121/16 122/14
125/2 126/3 129/11
anymore [4]  21/15 42/21
48/21 74/20
anyone [5]  27/5 38/18
49/10 50/12 70/18
anyone's [2]  50/8 127/4
anything [10]  17/17 21/22
22/13 26/9 35/23 57/10
58/13 80/16 123/7 128/22
AOA [1]  80/15
apparent [1]  59/5
appeal [2]  60/8 121/5
appear [1]  71/24
appearance [1]  92/7
appeared [1]  132/9
APPELLATE [1]  2/3

APPLEBAUM [2]  2/6 8/8
applied [1]  99/9
applying [2]  119/17 121/18
appoint [3]  88/9 100/23
103/4
appointed [5]  89/1 94/1
94/9 99/4 119/11
appointment [1]  94/3
appreciated [2]  78/19
96/11
appreciation [2]  77/19
78/8
approaches [1]  116/9
appropriate [13]  85/1 85/2
94/8 94/11 95/22 98/9
101/3 103/2 103/3 104/18
105/2 120/13 129/13
appropriately [1]  107/20
approve [1]  99/13
approved [1]  80/21
April [1]  78/9
April 2019 [1]  78/9
are [141]
area [1]  15/13
areas [3]  87/5 88/24
113/2
argument [1]  122/18
arguments [2]  98/23
110/22
arise [1]  100/17
around [11]  24/9 33/15
40/25 53/7 55/1 55/1
66/23 71/24 73/23 76/19
118/5
arraigned [1]  82/4
ARRAIGNMENT [1]  1/11
arrest [1]  116/10
arrested [1]  23/10
arrived [1]  19/21
arrives [1]  61/20
arrogance [1]  58/25
articles [1]  24/13

## A

**artist [3]** 18/1 18/6 64/10
**as [140]**
**ashamed [1]** 61/22
**ask [20]** 18/7 31/17 31/20
31/21 39/3 39/5 43/6
53/21 53/25 61/20 62/24
81/22 81/22 82/11 84/14
85/21 91/20 91/23 106/13
122/17
**asked [13]** 18/1 34/11
34/13 40/21 58/15 72/15
92/19 92/20 114/25 118/19
118/21 121/10 130/5
**asking [18]** 20/1 24/9
82/16 84/11 87/9 88/5
99/12 106/25 117/22
117/22 118/1 118/25 126/6
128/20 128/21 128/24
129/11 129/12
**aspect [1]** 121/17
**assaulted [1]** 20/25
**assembly [2]** 65/5 66/3
**assertion [1]** 98/10
**assertions [1]** 96/7
**assess [1]** 112/5
**assessment [1]** 122/25
**assessments [2]** 65/1 112/1
**assigned [1]** 15/16
**Associates [2]** 93/21 94/10
**Association [1]** 87/11
**assurance [1]** 66/12
**assurances [1]** 57/25
**assure [2]** 92/6 127/16
**assured [1]** 129/5
**at [97]** 2/2 11/1 11/12
11/21 12/21 14/7 15/8
15/10 16/17 17/3 18/21
19/16 19/22 23/18 24/3
26/17 26/20 27/11 29/7
32/15 33/25 35/17 37/8
37/14 39/2 40/13 40/22

43/19 44/10 51/6 52/12
52/12 52/17 53/17 56/1
56/10 58/23 61/2 61/2
61/25 65/4 65/6 65/7
65/10 69/24 74/5 74/6
74/15 75/23 77/7 78/11
78/19 79/8 79/24 83/4
85/2 87/1 87/15 89/1 89/5
90/8 90/18 90/21 95/19
99/21 99/22 99/24 99/25
101/6 101/7 102/14 102/15
102/16 103/10 105/16
107/16 108/9 108/10 109/1
109/17 111/1 112/11 112/17
113/12 116/13 117/14 117/21
121/1 123/3 124/4 124/7
126/16 127/7 128/18 129/8
129/15 131/2
**atrocities [1]** 10/19
**attached [1]** 36/3
**Attachment [5]** 85/11 95/4
95/9 97/6 107/18
**Attachments [2]** 97/1
102/3
**attack [3]** 22/6 80/15
80/18
**attacks [2]** 21/3 21/5
**attempt [1]** 98/13
**attend [2]** 11/9 16/5
**ATTORNEY [2]** 1/16 75/18
**audit [2]** 95/20 105/22
**auditors [1]** 105/15
**August [2]** 88/22 88/23
**aunt [1]** 68/11
**auspices [1]** 119/11
**authorities [1]** 119/9
**authority [11]** 82/23 83/1
98/4 98/24 99/7 99/10
102/10 103/12 104/17
109/19 126/5
**authorized [3]** 6/17 79/20
80/13

**available [3]** 45/17 100/13
101/16
**Avenue [2]** 1/22 2/7
**aviation [7]** 67/14 109/4
109/5 109/10 109/19
109/20 110/3
**avoid [5]** 61/23 80/11 81/2
87/16 104/15
**avoided [1]** 80/23
**awakening [1]** 36/21
**aware [1]** 93/12
**away [21]** 14/15 18/13 31/1
32/14 37/7 37/15 38/1
43/13 47/11 47/11 47/13
47/14 50/6 57/5 64/7
73/24 84/8 84/13 84/22
85/19 125/14

## B

**baby [1]** 12/10
**Bachelor [1]** 64/17
**back [26]** 11/13 12/2 13/2
13/3 14/12 20/1 21/9
27/24 34/14 38/21 41/3
43/3 61/5 67/17 77/5
84/22 102/15 104/12
104/14 105/13 106/10
106/16 106/21 107/6 108/1
123/3
**backdrop [1]** 90/7
**background [2]** 90/2 111/4
**backing [1]** 84/13
**backroom [2]** 45/3 45/13
**bags [2]** 35/23 61/19
**Bangladesh [1]** 14/4
**bank [7]** 90/25 91/2 91/3
91/4 91/8 116/10 125/6
**Bar [1]** 87/11
**barely [1]** 33/24
**barriers [1]** 10/12
**based [8]** 10/15 17/9
23/20 76/14 80/2 98/21
106/17 116/19

**B**

**bases [1]** 114/20
**basis [3]** 20/11 116/23
117/3
**basketballer [1]** 55/15
**bathroom [1]** 20/23
**baths [1]** 20/24
**battles [1]** 29/18
**bay [1]** 34/22
**Bazar [1]** 14/4
**be [173]**
**beams [1]** 73/24
**bear [2]** 61/25 110/19
**beaten [1]** 74/7
**beaten-down [1]** 74/7
**beautiful [5]** 10/8 51/20
62/3 65/15 74/19
**became [5]** 27/3 52/5
52/22 52/23 53/3
**because [60]** 13/5 13/5
14/13 17/1 17/2 18/4 18/4
18/5 20/10 21/5 21/25
23/18 24/22 25/17 26/21
27/2 29/12 34/5 35/20
38/18 41/1 42/3 42/10
42/19 43/5 43/18 44/9
44/10 47/11 49/19 53/17
54/13 55/23 56/8 58/6
61/23 61/24 63/6 69/14
73/21 75/1 77/17 80/5
88/5 94/16 94/20 97/17
98/11 104/24 106/25
107/15 108/13 108/25
110/24 119/6 120/6 121/4
122/22 124/11 124/13
**become [10]** 19/10 19/11
21/6 26/4 30/4 34/1 36/21
55/10 55/12 61/24
**becoming [1]** 47/13
**bed [6]** 11/21 18/11 18/11
18/22 53/19 59/4
**bedside [1]** 65/11

**been [80]** 7/9 10/5 10/9
12/11 12/16 19/7 19/8 19/21
19/8 20/23 21/8 24/21
24/23 24/25 26/3 29/15
34/15 35/5 35/19 36/12
36/12 36/14 37/13 37/24
39/2 40/24 48/17 48/19
49/15 50/7 50/8 50/9
52/20 63/9 68/2 68/8
68/17 68/24 69/8 78/11
82/4 83/5 85/14 86/3
86/13 86/13 89/18 90/22
94/5 94/17 96/18 96/19
97/10 97/12 99/4 99/9
101/8 101/9 101/11 102/1
104/2 105/3 105/7 105/8
111/2 111/18 113/12 113/22
113/25 114/3 115/1 115/22
115/25 119/20 121/19
126/10 127/20 127/22
128/1 129/6
**before [28]** 1/12 7/2 14/3
17/25 19/21 22/18 23/10
27/13 29/10 41/11 44/17
57/19 60/7 60/20 62/1
72/14 79/6 85/4 88/12
91/17 96/22 102/19 103/19
103/25 104/19 116/10 119/3
119/24
**begin [1]** 22/16
**beginning [6]** 10/7 23/3
23/20 47/7 79/24 123/3
**begins [1]** 63/8
**behalf [3]** 7/25 44/19
70/11
**behavior [5]** 44/21 71/10
75/16 77/20 81/21
**behaviors [1]** 50/14
**behind [8]** 13/10 29/3 37/1
45/8 85/19 118/20 118/22
129/9
**being [22]** 10/23 15/15

22/4 29/7 30/24 35/22
37/16 58/17 72/1 73/3 74/1
74/2 81/13 92/21 99/14
102/17 102/17 103/9
107/13 110/17 125/14 129/4
**beings [2]** 54/10 54/10
**belabor [1]** 83/19
**believe [15]** 7/21 8/17
13/18 33/3 37/23 39/6
44/14 70/19 96/8 104/18
104/25 114/4 114/8 119/21
122/5
**believed [2]** 11/1 44/17
**believes [4]** 97/14 105/1
110/22 113/21
**believing [1]** 37/25
**belonging [1]** 18/19
**belongings [2]** 18/21 27/11
**belongs [2]** 17/7 27/4
**beneath [1]** 71/11
**benefit [3]** 8/6 58/18
58/19
**BENJAMIN [1]** 2/15
**Bennett [8]** 9/3 40/8
40/24 41/2 44/2 44/5
46/20 46/25
**Berkeley [1]** 88/22
**Bermuda [1]** 53/11
**Berthet [3]** 8/16 14/20
130/19
**Berthet.......................**
**..........14 [1]** 4/6
**Besides [1]** 26/7
**best [18]** 13/24 30/4
31/16 52/22 62/7 67/8
68/6 69/24 74/15 90/13
94/24 96/1 96/15 97/11
112/15 126/21 132/7 132/11
**better [11]** 10/20 11/5
24/22 41/3 112/4 115/21
127/12 127/17 128/6 128/8
129/24

**B**

**between [11]** 13/14 47/21 63/4 75/20 86/3 90/9 91/14 97/18 100/15 102/8 114/25
**bewildering [1]** 37/17
**beyond [2]** 32/20 125/8
**big [9]** 10/10 10/10 18/11 29/9 43/1 45/25 45/25 46/1 83/23
**bigger [1]** 14/6
**biggest [4]** 29/4 32/16 33/15 78/21
**billion [3]** 81/5 81/7 109/12
**Bio [1]** 64/24
**Bio-Blitz [1]** 64/24
**biology [1]** 64/18
**birthdays [2]** 43/9 55/5
**bit [1]** 75/2
**bitten [1]** 20/19
**bittersweet [1]** 34/2
**blame [2]** 58/1 79/10
**blessed [3]** 25/22 40/13 44/3
**blessing [1]** 49/12
**Blitz [1]** 64/24
**blood [1]** 13/17
**bloom [1]** 74/23
**blunders [1]** 68/22
**board [7]** 36/25 66/4 66/6 66/15 78/6 105/4 118/6
**boarded [2]** 60/12 66/23
**boarding [1]** 17/6
**boards [1]** 89/2
**Bob [1]** 8/7
**body [8]** 20/18 33/4 35/23 35/25 56/20 65/8 77/14 110/17
**BOEING [183]**
**Boeing suggests [1]** 98/12
**Boeing's [42]** 57/15 65/22 65/25 66/6 66/12 66/15

66/17 70/10 72/5 74/12 75/4 78/10 79/14 79/18 81/24 83/6 83/8 88/18 89/3 91/19 91/24 91/25 92/23 93/7 95/5 95/15 96/2 96/21 97/2 97/21 97/25 100/3 102/14 108/11 111/1 111/10 112/3 112/21 112/23 113/13 119/14 128/18
**Boeing-authorized [1]** 79/20
**bomb [1]** 56/11
**bombard [1]** 20/12
**bond [12]** 114/21 116/9 116/25 117/2 118/25 119/6 119/11 121/8 121/12 122/8 123/4 124/8
**bonded [1]** 52/16
**bonuses [1]** 84/2
**book [6]** 16/2 21/24 53/21 53/22 53/24 54/1
**boot [1]** 35/13
**border [1]** 30/24
**boring [1]** 14/10
**born [7]** 9/6 17/16 37/14 42/8 53/10 54/15 54/18
**Boston [1]** 54/15
**both [19]** 19/14 30/1 32/15 39/11 39/15 40/6 44/2 44/19 46/25 63/21 63/24 71/21 75/13 90/9 98/8 101/13 102/20 108/10 121/20
**bother [1]** 23/14
**bothers [1]** 45/7
**bottom [1]** 45/21
**bounce [1]** 43/15
**boundless [1]** 75/23
**bowl [1]** 54/7
**box [1]** 65/17
**boy [1]** 53/12

**boyfriend [1]** 52/22
**boys [5]** 41/3 41/16 44/4 46/7 47/22
**BRAMMEIER [2]** 2/9 8/7
**BRANDON [1]** 2/16
**brave [1]** 59/6
**bravery [2]** 59/7 59/7
**breach [1]** 98/6
**break [1]** 108/1
**breath [2]** 33/21 43/8
**breathing [1]** 56/22
**BRETT [2]** 2/24 108/9
**brief [9]** 9/8 9/12 85/15 87/5 89/12 108/20 125/15 126/1 128/17
**briefed [2]** 77/23 78/11
**briefing [4]** 87/11 87/24 93/18 93/18
**briefly [7]** 7/2 8/12 32/7 82/2 124/22 124/24 125/21
**briefs [1]** 126/25
**bright [2]** 40/7 64/15
**brilliant [1]** 15/19
**bring [3]** 34/3 38/21 67/6
**brings [2]** 12/2 116/2
**Brittney [6]** 4/11 9/4 42/14 46/12 46/19 46/24
**broader [3]** 90/4 113/3 129/3
**broadly [1]** 127/10
**broke [1]** 10/11
**broken [2]** 44/21 74/16
**brother [7]** 28/24 39/23 73/11 76/10 76/10 76/11 76/23
**brothers [3]** 31/9 32/24 50/17
**brought [4]** 12/9 36/7 74/2 76/18
**brute [1]** 77/4
**buck [1]** 58/24

**B**

budget **[1]** 109/11
budgetary **[1]** 109/7
budgets **[1]** 15/13
build **[2]** 11/4 60/23
building **[2]** 36/9 109/25
built **[2]** 34/11 79/6
bullets **[3]** 59/9 59/11
59/12
buried **[3]** 57/6 71/5 77/12
BURNS **[1]** 2/12
bury **[3]** 34/18 34/19 67/9
burying **[2]** 51/7 77/8
bush **[1]** 59/10
business **[3]** 75/23 95/23
132/20
busy **[1]** 21/23
but **[114]** 11/7 11/14 11/23
12/10 12/24 13/10 13/12
13/24 17/7 17/12 17/17
17/22 18/5 19/9 19/11
19/21 21/22 22/3 23/21
23/25 24/6 26/14 26/15
26/24 27/7 29/11 30/9
31/4 31/15 32/9 32/20
32/24 33/1 33/14 33/23
34/11 34/19 34/23 36/10
36/10 36/16 36/18 36/23
37/7 37/18 38/1 38/20
38/23 40/12 41/9 41/10
42/2 43/13 46/7 49/11
49/13 51/21 55/17 55/24
61/15 62/1 66/16 67/13
68/25 69/3 70/20 71/24
72/19 72/21 74/25 75/5
75/22 76/11 78/18 78/20
81/3 81/4 81/6 81/18
83/24 85/3 85/6 85/17
85/25 86/21 88/24 89/25
90/22 91/11 93/19 101/15
102/12 103/9 103/20
104/25 106/15 106/23

108/15 109/23 111/5 115/8
117/5 117/23 118/23 119/2
119/22 120/3 120/12
120/19 121/3 121/8 121/11
121/21 126/9
buy **[1]** 61/13
buying **[1]** 36/9

**C**

C's **[1]** 18/2
cabin **[1]** 21/2
cabs **[1]** 21/3
cadence **[1]** 111/23
calculated **[1]** 36/24
Calhoun **[4]** 12/15 13/19
72/14 75/1
call **[24]** 11/14 16/12 17/16
20/1 27/10 27/25 43/16
43/16 52/24 52/24 54/9
54/17 57/2 57/3 59/13
59/14 61/21 63/14 67/2
67/23 74/5 108/2 110/20
126/21
called **[4]** 17/16 53/15 58/1
66/18
callously **[1]** 91/15
calls **[1]** 12/21
came **[6]** 10/25 26/23
30/8 52/15 85/4 108/13
camera **[1]** 11/21
Camille **[15]** 8/16 15/4
15/17 16/13 16/14 17/1
17/5 17/13 17/15 17/25
18/2 18/12 19/14 27/4
27/9
camp **[1]** 15/13
campaign **[1]** 60/24
campaigner **[1]** 60/19
camps **[1]** 15/8
can **[60]** 8/12 11/4 11/6
18/23 25/13 26/7 27/7
31/8 36/6 37/7 37/23 38/1
38/20 40/22 41/5 42/7

46/7 49/6 50/16 51/20
51/25 54/7 54/12 55/2
58/20 58/22 62/1 62/5
62/7 65/16 66/21 69/10
70/7 70/18 71/25 82/23
86/21 87/12 89/13 90/14
101/21 103/1 104/18 105/20
106/11 107/23 108/2 115/16
115/16 115/21 115/21 117/8
120/5 121/23 122/2 123/15
124/22 127/1 128/4 130/5
can't **[13]** 21/15 21/17
25/13 45/3 49/10 55/17
56/13 61/24 78/1 86/23
87/7 126/3 127/21
Canada **[2]** 65/2 65/4
Canal **[1]** 2/17
cancel **[1]** 17/12
cancer **[2]** 22/3 22/7
candid **[2]** 121/23 122/2
cannot **[7]** 17/7 54/19
62/25 63/1 63/2 65/11
98/11
capital **[2]** 15/16 38/2
captain **[1]** 77/4
captured **[2]** 33/9 79/14
car **[2]** 40/25 45/15
card **[1]** 35/6
care **[1]** 17/23
cared **[1]** 73/18
career **[1]** 76/17
careers **[2]** 36/9 40/7
carefully **[1]** 83/5
cargo **[1]** 34/22
caring **[1]** 48/5
Carol **[4]** 52/5 52/18
52/22 53/2
Caroline **[3]** 8/22 51/2
51/21
carried **[2]** 35/3 69/25
carry **[6]** 33/4 35/25
61/19 71/11 84/20 85/13

# C

carrying [1] 88/10

case [55] 1/5 6/5 6/15 7/6 7/19 7/22 21/25 25/16 37/18 37/20 70/2 71/23 83/25 86/1 87/14 90/6 90/21 91/6 93/19 93/20 93/21 96/8 96/16 98/15 99/7 99/9 99/10 100/24 101/15 101/17 102/20 104/7 106/14 114/21 116/11 116/12 116/14 119/2 119/17 120/8 120/23 120/24 121/12 121/13 121/13 121/21 123/3 123/10 123/12 125/7 125/16 125/16 127/6 127/10 130/10

cases [12] 22/25 22/25 49/23 71/2 97/10 103/25 104/5 120/19 120/20 125/7 126/4 126/4

casket [1] 26/18

CASSELL [19] 2/2 8/2 8/6 25/15 27/19 27/25 28/9 92/3 92/8 92/19 93/16 99/17 99/21 99/25 100/25 116/9 117/23 118/25 119/19

Cassell's [2] 93/1 117/21

Cassell.........................082 [1] 4/21

cast [1] 71/11

catching [1] 36/14

categorized [1] 37/24

Catherine [5] 4/6 8/15 14/20 16/13 18/3

Catholic [1] 17/10

cause [3] 3/8 22/18 62/9

caused [6] 70/20 75/7 87/7 87/8 91/25 96/10

celebrations [1] 34/5

Celine [1] 21/15

center [2] 33/8 73/18

CEO [4] 37/14 57/24 66/17 72/13

CEOs [1] 12/14

certain [3] 16/20 84/19 85/17

certainly [1] 114/16

certificate [2] 80/21 132/2

Certificate....................132 [1] 4/25

certification [14] 25/20 45/23 66/2 69/22 70/1 78/12 78/16 79/25 80/11 109/15 109/25 110/3 110/4 110/6

certified [1] 70/8

certify [2] 132/4 132/12

Cesar [6] 17/14 17/16 18/3 18/8 18/24 27/4

CHAD [1] 1/16

challenge [1] 115/20

challenged [1] 126/10

chance [4] 16/18 47/18 48/7 128/17

Chancery [1] 66/14

change [10] 11/2 13/4 25/12 49/13 64/20 74/9 75/15 81/24 122/15 124/3

changed [7] 10/5 20/7 28/23 41/4 41/12 67/1 74/21

changes [6] 80/5 95/2 113/7 113/10 115/15 128/3

chapel [1] 34/21

chapter [1] 42/18

CHAREST [1] 2/12

charged [4] 23/10 96/9 118/10 119/13

charges [1] 83/24

Chartered [1] 53/15

CHASE [2] 2/12 8/8

cheerful [1] 48/22

Cheerios [1] 54/7

cheerleader [1] 74/19

chemical [1] 53/3

cherish [1] 19/15

cherished [2] 29/5 40/13

Cherry [1] 1/17

chest [2] 56/21 73/16

Chicago [2] 2/11 2/21

chief [10] 1/20 1/21 2/23 2/24 10/14 108/8 108/9 111/1 112/21 113/11

child [5] 12/11 30/6 37/10 38/5 39/22

child's [2] 32/18 75/19

children [30] 10/3 11/13 12/12 12/17 13/9 16/25 19/6 19/12 29/3 30/9 35/17 36/10 38/6 39/18 42/25 43/9 50/18 51/15 54/11 55/4 55/7 55/9 55/16 55/19 57/5 57/14 57/16 59/9 61/16 67/20

choices [1] 30/18

choosing [1] 47/2

chosen [2] 40/7 65/3

Chris [3] 4/15 8/20 63/17

Christmas [1] 43/10

Christmases [1] 34/4

chronicles [2] 15/22 16/1

church [1] 26/21

Circuit [6] 98/15 120/24 121/5 121/6 122/18 125/15

circuited [1] 86/10

circuiting [1] 86/12

citations [2] 111/7 126/25

cited [2] 101/1 102/21

cities [1] 91/13

citizen [1] 64/23

citizens [1] 30/3

city [2] 2/4 33/8

civil [4] 10/17 22/25 109/10 109/15

# C

**claim [2]** 58/20 58/22
**Clariss [2]** 4/14 64/3
**clause [1]** 17/1
**clean [1]** 44/14
**clear [7]** 7/4 7/7 92/16 102/25 103/15 108/15 125/11
**cleared [1]** 110/11
**clearer [1]** 66/21
**CLIFFORD [3]** 2/9 2/10 8/7
**clinics [1]** 76/14
**close [9]** 40/12 43/7 51/7 61/11 99/19 111/18 116/6 120/25 129/20
**closed [3]** 43/8 85/19 129/9
**closeness [1]** 26/25
**closer [1]** 74/3
**closest [1]** 121/12
**closing [1]** 90/21
**clubs [1]** 36/13
**CNN [1]** 35/24
**coach [1]** 33/18
**coaster [1]** 77/3
**coffin [3]** 34/21 34/24 34/25
**coffins [1]** 35/17
**coincidence [1]** 22/19
**cold [3]** 26/24 41/24 83/25
**collaborative [2]** 115/19 122/4
**collapses [1]** 22/7
**collateral [2]** 37/2 37/2
**colleague [2]** 14/1 110/21
**collecting [1]** 35/18
**COLLEGE [1]** 2/2
**comb [1]** 58/11
**combination [2]** 36/24 92/5

**come [19]** 9/14 20/14 29/16 32/6 34/14 35/20 36/17 44/14 53/20 60/6 63/15 84/10 84/10 89/19 101/12 104/3 108/1 116/10 123/18
**comes [6]** 45/2 82/18 91/17 116/12 122/8 129/21
**comfort [4]** 12/10 26/23 49/2 117/9
**coming [11]** 16/3 17/14 26/22 36/15 40/3 41/1 41/3 49/15 49/21 56/16 88/1
**commandeered [1]** 70/19
**commemorations [1]** 68/20
**commensurate [2]** 82/13 84/11
**comment [1]** 21/13
**commented [1]** 85/15
**commercial [3]** 19/18 70/15 110/1
**Commission [1]** 61/2
**Commission's [1]** 66/5
**commit [3]** 75/12 93/2 130/9
**commitment [2]** 41/10 85/14
**commitments [4]** 7/9 41/7 84/19 85/8
**committed [5]** 15/19 75/12 82/17 84/6 125/3
**Committee [2]** 78/22 83/12
**Committee's [1]** 65/24
**common [4]** 15/21 18/11 18/18 60/13
**communicated [1]** 107/13
**communication [1]** 76/24
**communications [1]** 115/7
**communities [1]** 76/15
**community [31]** 52/1 52/4

52/19 52/21 64/11 64/23 67/3 92/1 92/8 92/10 92/12 92/17 103/1 104/16 105/2 117/1 117/4 117/7 117/24 118/4 119/18 120/8 120/15 124/9 124/11 124/14 124/16 126/20 127/16 128/8 129/3
**companies [2]** 83/23 122/1
**companionship [1]** 49/3
**company [29]** 1/8 2/15 60/11 62/19 72/23 76/2 93/21 93/25 95/19 98/7 100/13 100/15 100/17 100/18 101/21 105/16 105/17 105/22 105/24 106/2 111/14 112/6 112/17 113/12 113/15 115/12 117/14 123/25 124/2
**company's [5]** 95/25 101/6 111/25 113/3 113/7
**compared [1]** 22/4
**compassion [2]** 30/7 30/19
**compassionate [2]** 28/24 48/5
**compensation [2]** 13/16 99/23
**competition [1]** 50/6
**complacency [1]** 59/4
**complained [1]** 78/7
**complete [2]** 59/1 130/19
**completed [1]** 64/17
**completely [3]** 47/6 48/22 93/20
**completing [1]** 35/14
**compliance [68]** 84/15 85/10 85/16 85/18 88/7 88/18 88/25 90/14 92/23 93/8 94/23 95/2 95/5 95/11 95/16 95/25 96/2 96/4 96/4 96/16 96/21 96/25 97/2 97/21 97/25

**C**

**compliance...** **[43]** 99/4 100/4 100/19 101/7 101/20 102/3 102/14 105/4 105/8 105/23 106/6 106/20 107/9 107/19 108/8 111/1 111/2 111/6 111/10 111/19 111/25 112/5 112/10 112/13 112/15 112/19 112/21 112/25 113/4 113/15 113/17 115/9 116/16 116/19 117/16 117/19 120/4 121/7 121/11 122/10 123/16 124/4 128/3

**complicated** **[1]** 90/22

**complied** **[4]** 95/1 96/22 102/17 116/21

**complies** **[1]** 98/5

**comply** **[6]** 80/20 80/24 92/21 93/2 98/7 132/13

**compose** **[1]** 67/7

**Compostela** **[1]** 16/22

**compound** **[2]** 14/7 81/11

**compounded** **[1]** 66/9

**comprehend** **[1]** 76/23

**comprehensive** **[2]** 95/24 111/22

**compulsively** **[1]** 21/23

**computer** **[4]** 3/9 20/3 93/21 94/10

**computerized** **[1]** 3/9

**conceal** **[1]** 71/6

**concealed** **[5]** 78/10 80/3 80/4 80/21 84/3

**concealing** **[1]** 57/20

**concealment** **[4]** 67/12 77/18 79/8 79/18

**concept** **[1]** 26/11

**concern** **[1]** 92/18

**concerned** **[2]** 86/25 103/9

**concerning** **[3]** 95/16 109/3 110/19

**concerns** **[3]** 79/22 80/13

112/20

**concluded** **[1]** 131/2

**conclusion** **[3]** 121/15 121/17 122/7

**condition** **[13]** 82/17 82/19 92/5 92/13 93/1 99/6 118/17 119/1 119/7 121/12 125/5 125/8 126/6

**conditions** **[50]** 4/20 8/13 9/8 81/22 82/3 82/6 82/9 82/13 82/16 82/21 82/24 83/3 84/4 85/3 85/6 85/6 85/21 86/12 86/20 89/14 90/3 91/18 92/5 92/18 92/20 99/2 103/2 103/18 104/15 104/18 104/20 105/1 114/21 116/5 116/19 117/6 117/9 119/17 120/7 120/10 120/14 120/15 122/15 124/17 124/19 125/6 125/16 125/25 127/19 127/25

**condolence** **[1]** 36/17

**condolences** **[2]** 38/12 38/14

**conduct** **[1]** 58/10

**conducting** **[1]** 44/18

**Conference** **[1]** 132/14

**confidant** **[2]** 33/19 74/20

**confidence** **[4]** 64/13 88/20 90/5 90/10

**confident** **[1]** 48/4

**confidential** **[6]** 87/13 87/16 87/21 100/21 115/7 122/2

**confidentiality** **[4]** 89/4 100/14 121/20 129/13

**confirmed** **[1]** 116/20

**conflict** **[1]** 126/22

**conflicting** **[1]** 128/13

**confusing** **[2]** 81/1 81/8

**Congress** **[7]** 25/20 72/14

79/15 109/8 110/7 118/11 119/15

**Congressperson** **[1]** 72/15

**conjure** **[1]** 38/4

**connection** **[1]** 93/14

**connections** **[1]** 84/8

**Connolly** **[4]** 4/5 8/14 9/13 9/25

**conscientious** **[1]** 61/16

**consequence** **[4]** 37/12 37/22 43/20 111/17

**consequences** **[5]** 30/18 42/25 43/1 43/5 64/6

**conservation** **[1]** 61/1

**consider** **[2]** 30/18 107/3

**consideration** **[2]** 69/20 116/9

**considered** **[3]** 109/18 111/5 123/20

**considering** **[1]** 85/3

**consistent** **[2]** 108/21 115/8

**conspiracy** **[2]** 79/14 81/16

**conspired** **[2]** 44/11 91/9

**constant** **[6]** 29/18 49/15 49/17 49/22 55/21 56/8

**constantly** **[2]** 19/1 73/25

**consultant** **[1]** 105/23

**consultants** **[2]** 105/23 107/11

**consumers** **[1]** 86/24

**contagion** **[1]** 59/2

**contagious** **[2]** 58/21 59/1

**contained** **[1]** 97/1

**contemplate** **[1]** 38/8

**contents** **[1]** 20/14

**continue** **[9]** 7/12 37/4 37/5 37/25 39/6 61/16 68/12 68/15 75/12

**continued** **[8]** 39/2 58/2 70/9 74/23 74/23 75/4 77/17 77/19

**continues** **[6]** 17/8 38/23

**C**

**continues...** [4]  63/11 65/1
68/3 81/20
**continuous** [2]  115/9
115/24
**continuously** [2]  12/21
115/17
**contract** [5]  17/2 75/20
75/21 75/22 79/3
**contracted** [1]  105/23
**contradicting** [1]  84/23
**contrary** [3]  93/17 96/7
98/3
**contributing** [2]  29/25
81/8
**contrite** [1]  70/12
**control** [3]  45/15 62/19
109/7
**controls** [1]  111/11
**controversial** [1]  126/23
**conversation** [1]  44/16
**conversations** [1]  115/19
**conviction** [1]  94/17
**convince** [1]  38/7
**convincing** [4]  92/16
102/25 103/15 125/12
**cool** [1]  56/25
**Coopers** [1]  53/1
**coordinator** [1]  15/13
**copy** [2]  6/14 130/6
**core** [1]  78/23
**corner** [1]  33/18
**corporate** [34]  60/5 69/16
82/20 84/2 84/7 84/14
84/15 85/18 86/8 86/15
86/17 86/21 86/21 87/5
87/6 87/23 87/25 88/4
88/17 88/17 88/18 89/3
90/14 94/14 96/5 101/3
101/4 112/12 112/13 112/15
112/18 112/23 121/4 125/3
**corporation** [6]  44/25

45/18 65/23 69/13 70/20
104/2
**Corporation's** [1]  70/14
**corporations** [3]  58/11
69/14 70/22
**correct** [4]  68/23 86/11
101/19 132/5
**correction** [1]  105/9
**correctly** [1]  115/16
**cost** [6]  35/21 60/4 77/18
80/11 81/4 81/6
**cost-cutting** [1]  77/18
**could** [54]  13/12 14/22
15/17 20/21 27/11 28/2
30/20 33/1 33/4 33/10
33/16 37/12 38/18 40/22
40/24 45/11 50/2 50/7
50/8 50/8 55/16 55/16
58/6 58/7 67/8 73/4 73/4
73/5 73/18 73/19 74/21
74/24 79/11 80/10 82/2
89/5 89/5 89/24 90/20
96/8 107/21 108/19 109/2
109/16 115/3 115/14 115/14
118/19 122/17 128/6 128/8
128/19 129/15 129/16
**couldn't** [5]  10/9 26/23
35/2 76/11 77/16
**council** [1]  108/11
**counsel** [9]  6/7 6/8 6/9
6/12 7/18 8/4 8/8 99/8
121/13
**count** [1]  127/1
**counted** [1]  84/7
**counterproductive** [1]
114/6
**countless** [7]  35/3 35/10
37/13 37/20 59/10 76/18
91/13
**countries** [1]  10/17
**country** [4]  23/7 74/1
109/10 118/5

**couple** [5]  14/3 53/4 81/15
108/20 120/9
**course** [20]  18/4 21/1
23/25 27/9 42/3 53/6
66/25 72/21 86/5 87/2
91/4 108/14 116/11 118/2
118/9 118/13 119/21 121/7
123/9 127/24
**court** [103]  1/1 1/12 3/2
3/2 7/5 7/7 9/11 9/11
13/13 15/3 24/23 43/23
49/23 66/14 72/21 76/5
81/22 82/5 82/12 82/18
82/23 83/17 84/5 84/10
84/11 86/2 86/11 86/25
87/20 87/22 88/9 88/12
88/13 89/18 90/3 90/16
91/1 91/4 91/17 92/4 92/6
92/12 92/15 93/13 94/1
94/15 98/16 98/18 98/20
98/22 99/11 99/13 100/4
102/23 102/24 103/1
104/19 106/16 109/2
109/17 114/15 114/23
114/25 116/3 116/8 116/10
116/12 116/18 116/23
116/25 117/3 117/5 117/8
117/23 118/8 118/19 119/2
119/6 119/11 119/17 119/20
120/5 120/8 120/10 120/12
120/18 120/18 121/2 121/6
121/15 122/8 122/18 123/4
123/9 123/18 124/6 124/7
124/18 125/2 125/24
128/21 132/13 132/18
**court's** [9]  8/4 84/5 91/18
94/3 98/24 98/25 109/21
120/23 126/2
**court-appointed** [1]  119/11
**court-ordered** [1]  94/15
**courthouse** [2]  90/24
123/18

**C**

courtroom [4]  8/9 50/10
108/5 108/8
courts [1]  120/20
cousins [1]  40/14
cover [1]  110/21
covered [1]  117/12
COVID [2]  24/6 132/8
COVID-19 [1]  132/8
Cox's [1]  14/4
cr [2]  1/5 6/6
craft [1]  129/9
crafted [1]  86/14
crafting [1]  84/4
CRAIG [1]  2/19
crash [57]  8/10 10/1 12/8
14/2 14/3 15/5 16/3 17/25
18/24 20/4 22/2 22/8
22/12 22/17 23/15 23/24
24/1 24/5 24/25 26/17
27/11 29/2 29/11 29/14
38/15 40/17 44/8 47/1
47/5 57/19 57/23 60/1
65/18 66/15 66/17 67/1
69/25 70/6 70/13 71/10
72/17 72/18 73/6 73/8
75/7 78/5 78/9 81/2 81/17
81/25 82/12 83/19 90/20
96/12 99/20 129/22
129/25
crashed [1]  72/11
crashes [11]  9/6 31/13
31/14 44/13 70/21 75/5
75/13 81/9 90/15 96/10
129/19
crater [2]  56/12 57/6
create [3]  85/9 85/21
88/6
created [3]  57/7 63/4
70/3
creation [1]  113/10
crew [5]  25/21 60/9 63/7

66/8 91/11
cried [2]  12/23 26/17
crime [14]  76/4 82/14
84/7 84/12 87/7 87/7
91/19 91/25 92/19 96/9
125/3 125/4 125/25 130/9
crimes [4]  70/7 82/17
83/8 93/3
criminal [17]  22/23 22/25
25/2 25/11 44/20 44/20
50/14 71/9 75/15 82/15
83/4 85/4 85/7 91/17
93/14 94/17 111/15
criminally [1]  91/15
criminals [7]  43/19 44/10
46/5 46/6 69/2 69/9 71/12
crisis [1]  24/7
critical [2]  70/18 100/14
criticizing [1]  127/3
crossword [2]  21/23 21/24
Cruz [2]  79/15 85/15
cry [3]  40/22 41/5 42/10
crying [2]  55/24 68/3
culpability [1]  57/15
culpable [2]  12/14 58/23
culture [8]  22/23 79/8
79/18 81/24 85/9 88/7
89/9 113/8
curated [1]  83/5
curiosity [1]  64/9
curl [1]  77/16
currency [1]  91/7
current [4]  95/15 95/21
101/6 114/8
cut [1]  74/17
cutting [1]  77/18
CVRA [1]  100/7
cycle [1]  52/3
cycling [1]  16/22

**D**

D.C [5]  1/22 120/24 121/5
121/5 122/18

dad [19]  32/7 32/25
33/23 34/7 34/20 35/6
35/12 35/19 36/4 37/15
37/16 40/11 42/20 47/14
47/19 47/23 47/24 47/25
55/12
dad's [2]  32/20 37/1
dad-shaped [1]  34/5
daddy [7]  11/20 12/23
13/6 34/14 42/5 48/10
53/21
daily [3]  15/23 20/10
68/15
Dalhousie [1]  64/18
Dallas [1]  2/13
damage [1]  37/2
dance [2]  47/25 54/22
dancer [1]  54/21
danger [15]  60/11 66/20
92/9 92/12 92/17 103/1
103/16 117/4 117/7 120/7
122/24 124/8 124/10
124/14 124/16
dangerous [3]  10/16 11/19
19/17
dangers [1]  104/16
Danielle [13]  8/21 64/4
64/10 64/15 65/3 65/9
65/19 67/17 67/24 67/25
68/3 68/5 68/18
Danielle's [6]  64/22 67/4
67/19 67/21 67/22 71/10
dare [1]  22/3
dares [1]  22/11
dark [2]  13/1 86/14
data [3]  58/17 80/15
86/17
data-finding [1]  58/17
date [3]  72/18 72/19
110/13
daughter [19]  10/8 12/23
13/4 15/6 20/10 21/8

**D**

**daughter... [13]**  32/15 42/2 42/11 47/18 47/25 48/24 64/4 65/21 70/3 72/3 72/25 76/9 81/19

**daughter's [7]**  18/7 26/18 47/5 47/16 64/9 65/12 73/8

**daughter-in-law [1]**  42/2

**day [40]**  10/4 13/21 20/2 20/13 24/23 42/24 43/10 43/10 43/17 44/4 44/6 44/7 49/5 49/5 49/6 51/13 51/18 51/21 52/14 53/18 53/18 53/23 55/18 55/24 56/9 65/14 66/24 67/2 67/14 67/23 68/2 71/4 85/10 85/10 99/22 118/4 118/5 118/6 125/7 132/15

**days [12]**  13/21 15/9 16/3 18/15 20/5 21/21 21/21 23/24 43/13 55/5 75/18 83/7

**de [2]**  16/22 88/25

**dead [3]**  26/12 68/13 74/15

**deadliest [2]**  84/7 125/3

**deafening [1]**  20/20

**deal [10]**  13/14 37/23 39/4 45/3 45/13 45/21 46/2 56/17 68/15 86/13

**dealing [2]**  48/16 90/8

**death [8]**  23/11 45/19 47/4 49/9 57/15 65/9 68/8 73/9

**deaths [3]**  31/5 91/24 104/6

**debate [2]**  40/11 89/24

**deceit [2]**  37/18 44/12

**deceive [1]**  44/11

**deceived [1]**  44/14

**December [2]**  88/12 110/8

**December 2020 [1]**  110/8

**decide [3]**  91/19 91/21 127/11

**decided [7]**  17/25 36/25 37/4 42/14 61/12 75/19 101/24

**decision [5]**  24/25 58/23 70/25 100/24 111/9

**decision-making [1]**  58/23

**decisions [4]**  36/24 49/1 60/4 85/18

**dedicated [4]**  60/16 62/9 79/17 81/17

**deeds [1]**  70/11

**deep [7]**  16/19 30/19 43/8 51/8 56/12 57/6 73/13

**deeply [2]**  29/5 74/14

**default [3]**  117/1 124/8 124/17

**defective [3]**  60/12 74/12 75/6

**defend [1]**  83/22

**defendant [5]**  1/9 75/21 97/19 123/6 123/10

**Defendant's [1]**  92/7

**defendants [1]**  100/16

**defending [1]**  127/17

**deferred [15]**  7/6 7/19 7/20 62/15 63/3 63/9 69/12 116/1 116/13 116/14 116/15 118/24 119/24 123/13 123/15

**defers [1]**  104/19

**defraud [1]**  44/11

**defrauded [1]**  69/13

**degree [6]**  19/5 52/10 59/13 64/18 76/16 126/9

**degrees [1]**  56/11

**DELANEY [7]**  2/22 6/10 7/2 72/12 108/7 108/10 113/12

**delay [1]**  9/10

**delegates [1]**  65/3

**deliver [1]**  130/6

**delivered [3]**  11/23 42/3 89/10

**delve [1]**  25/15

**demand [1]**  58/10

**demands [1]**  92/1

**demeanor [1]**  58/1

**demonstrate [1]**  123/15

**denied [3]**  45/13 65/9 73/10

**Dennis [4]**  57/24 58/22 59/8 77/22

**deny [1]**  81/11

**DEPARTMENT [55]**  1/21 13/15 30/23 63/4 69/1 69/10 69/18 69/19 75/10 75/20 81/11 86/8 89/24 90/5 94/24 96/1 96/15 97/7 97/9 97/11 97/18 97/20 97/23 98/1 98/4 98/8 98/11 101/2 101/10 102/20 102/21 105/12 109/6 111/5 111/24 112/3 115/1 115/5 117/15 118/23 119/22 120/2 122/21 125/11 125/12 126/3 126/19 126/20 127/1 127/4 127/9 127/12 127/21 128/24 129/8

**Department's [7]**  95/5 98/13 106/20 111/9 111/18 112/10 112/11

**departments [1]**  59/3

**dependent [1]**  67/18

**depression [1]**  13/6

**DEPUTY [3]**  1/20 1/21 10/13

**describe [3]**  15/17 60/15 80/10

**described [2]**  82/14 95/8

**describing [1]**  95/11

**desecrated [1]**  65/8

**D**

desegregate [1]  88/1

deserve [1]  31/19

design [4]  23/21 79/25
80/5 101/13

designation [1]  53/16

designed [5]  97/3 97/8
101/8 101/11 107/19

desk [2]  53/20 53/20

desperate [1]  62/22

despite [4]  39/1 80/3
81/10 110/17

destroyed [3]  36/1 37/13
37/21

detailed [2]  76/15 111/21

details [2]  49/24 83/19

detected [1]  44/21

detention [1]  125/13

determination [9]  60/23
92/13 92/15 101/6 101/18
101/20 103/2 104/20 122/9

determine [6]  79/1 92/17
97/12 101/2 103/14 107/16

determined [2]  66/7 111/5

determines [2]  92/6
102/25

determining [4]  90/3 97/4
107/3 123/20

deterring [1]  97/4

devastation [2]  24/20
29/5

develop [1]  78/25

development [3]  78/24
79/23 81/6

device [1]  104/12

devoted [2]  28/25 30/2

diagnosed [1]  22/7

dialogue [2]  20/11 100/15

did [25]  18/8 24/19 27/9
46/3 56/16 56/17 58/3
58/6 58/14 58/15 58/15
58/18 63/13 66/16 69/20
70/5 80/12 80/20 88/23
94/8 96/8 104/5 115/12
120/20 121/4

didn't [15]  12/8 26/22
31/10 34/19 41/2 70/6
72/18 72/19 75/6 78/25
79/10 79/12 80/16 89/16
100/23

die's [1]  31/10

died [8]  32/14 34/20 51/4
51/22 57/5 59/25 72/3
99/20

different [10]  41/14 45/20
88/16 91/6 101/20 105/10
116/11 119/8 119/10 127/15

differently [1]  91/16

difficult [2]  67/16 71/23

difficulties [1]  128/1

Dignity [1]  73/9

diligence [1]  67/11

dinner [1]  17/11

Dion [1]  21/15

direct [2]  111/13 119/7

directed [1]  112/11

directing [1]  119/9

direction [3]  99/21 99/25
119/10

directly [6]  44/12 83/8
91/25 96/9 109/24 112/4

director [1]  112/23

directors [2]  70/22 95/22

dirt [2]  51/8 77/13

dirty [1]  61/15

disagree [1]  80/18

disappeared [1]  48/22

disappearing [1]  23/17

disclose [1]  129/11

disclosed [1]  58/5

disclosing [1]  121/17

disclosure [3]  81/24
100/20 129/13

disconcerting [1]  37/17

discourage [1]  122/5

discouragement [1]  15/25

discover [3]  17/22 23/18
23/23

discovered [1]  64/24

discovering [1]  75/24

discovery [1]  64/25

discretion [4]  97/20 98/4
118/23 123/22

discuss [4]  82/8 93/5
112/19 113/2

discussed [2]  22/20 92/8

disguise [1]  80/8

disintegrated [1]  77/12

disinterested [3]  99/18
128/25 129/1

dismiss [1]  107/17

dismissed [1]  74/8

dispute [1]  125/2

disputed [1]  126/5

disputing [1]  102/24

disregard [2]  59/1 75/24

disseminated [1]  58/18

distinction [1]  102/8

distinguishable [2]  93/20
94/16

distort [1]  71/7

distress [1]  16/8

distribution [1]  77/19

district [8]  1/1 1/2 1/12
1/17 93/22 98/16 121/1
132/18

distrust [2]  89/25 127/10

disturbed [1]  32/20

dividend [1]  77/19

dividing [1]  62/21

division [3]  1/3 111/15
132/19

do [69]  6/20 7/12 9/17
13/17 16/14 17/20 18/21
20/13 20/24 21/11 21/23
25/3 25/5 28/16 29/11

**D**

do... **[54]**  30/15 31/17
32/3 35/22 36/14 37/25
39/2 39/5 39/13 39/14
40/18 41/8 41/8 41/8
46/16 50/23 57/10 58/8
58/9 58/14 59/21 60/14
61/7 62/14 63/22 63/23
70/6 71/19 71/20 74/10
76/3 79/10 86/15 88/8
98/19 102/7 102/8 103/11
104/13 104/23 105/10
106/10 106/13 107/4
107/24 107/25 115/19
115/20 115/21 121/11
124/12 128/6 128/8 128/13
**docket [1]**  130/24
**docketed [1]**  130/17
**doctors [1]**  57/3
**documented [1]**  57/17
**documents [4]**  58/11 58/12
58/15 95/15
**does [15]**  6/25 7/16 7/21
17/16 25/20 69/2 76/1
91/4 93/4 93/6 94/11
94/19 109/23 121/6 125/18
**doesn't [10]**  22/3 23/14
33/25 47/20 47/21 47/22
47/24 49/13 74/20 124/18
**dogged [1]**  60/23
**doing [16]**  13/24 13/24
21/22 26/16 36/13 36/19
53/22 58/5 85/25 103/5
106/19 122/24 124/11
124/13 129/14 129/25
**DOJ [40]**  43/7 44/18 45/4
46/3 46/5 51/16 54/9 56/6
58/14 58/20 59/3 59/5
94/7 105/8 110/19 111/1
111/11 111/13 111/20 111/24
112/8 112/22 113/1 113/25
114/6 115/6 116/20 117/11

118/20 118/22 119/8 121/23
122/9 122/22 122/23
122/24 123/7 123/18
123/20 124/11
**doll [1]**  54/16
**dollars [2]**  15/14 84/6
**domain [1]**  18/12
**don't [31]**  16/14 19/10
20/2 20/4 22/11 22/13
26/15 26/19 27/1 32/9
33/24 36/6 41/9 42/22
49/12 49/19 58/13 61/24
80/10 85/24 89/23 102/7
104/23 104/24 106/22
107/22 108/1 120/11
126/20 127/9 130/4
**done [12]**  23/4 50/11 79/11
87/12 91/22 97/24 105/13
106/11 106/14 122/10
124/12 129/4
**door [1]**  43/16
**doors [2]**  85/19 129/9
**doubt [2]**  23/12 82/23
**down [14]**  10/11 18/23 34/1
38/13 39/18 40/23 47/25
48/5 49/1 63/8 74/7 81/16
104/12 129/21
**dozed [1]**  72/12
**DPA [90]**  13/16 24/18 39/4
44/17 45/2 45/8 45/17
69/6 69/24 75/14 75/21
82/8 83/5 84/12 84/19
85/9 85/11 86/2 88/12
88/15 92/24 93/8 93/14
93/22 93/25 94/8 94/17
94/23 94/25 95/4 95/7
95/9 96/2 96/18 96/20
96/24 97/1 97/18 97/19
97/21 97/24 98/2 98/3
98/14 98/17 99/1 99/5
100/3 100/23 102/1 102/7
102/9 102/14 102/15

102/16 102/20 103/7 103/8
103/9 105/8 110/24 111/4
111/7 111/13 111/16 112/7
113/22 115/8 117/11 117/16
117/18 121/2 121/7 121/11
121/18 121/20 121/22 122/5
122/10 122/14 123/16
123/19 124/1 124/4 126/9
126/10 126/23 126/23
127/2 127/20
**DPA's [2]**  93/16 97/21
**DPAs [2]**  86/15 86/17
**DPS's [1]**  101/16
**drastically [1]**  41/4
**dreaming [1]**  17/3
**dreams [6]**  11/7 33/11
64/16 67/22 67/22 91/10
**dresser [1]**  18/18
**drew [1]**  73/13
**drive [2]**  2/20 67/6
**driver [1]**  20/14
**driving [1]**  26/1
**drowning [1]**  33/1
**due [5]**  44/22 50/7 65/21
66/8 132/8
**duplicative [1]**  114/6
**during [10]**  19/15 24/6
26/19 64/22 65/12 72/12
75/12 79/22 83/13 116/16
**dust [1]**  48/20
**duty [2]**  58/9 58/19
**dynamic [1]**  122/15
**dysfunction [1]**  73/23

**E**

**each [17]**  13/9 17/18 17/19
19/9 19/22 27/1 36/4 37/8
39/2 40/11 42/24 47/15
68/11 79/4 82/24 95/3
113/7
**ear [1]**  33/19
**early [4]**  11/19 19/24 52/2
78/22

# E

earnings [1] 69/4
earth [2] 47/11 48/5
easier [1] 12/9
Eastern [1] 93/22
easy [3] 24/16 41/11 57/11
eats [1] 65/13
Ebola [1] 10/17
ECF [1] 98/24
echo [2] 67/4 114/16
ecosystems [1] 60/20
edge [1] 56/1
educate [2] 17/23 25/24
education [3] 30/9 52/1 52/19
effect [5] 57/21 59/2 94/4 100/1 104/10
effective [2] 97/4 129/2
effectively [2] 99/13 122/9
efforts [6] 84/15 89/3 100/4 105/4 113/8 128/18
eight [1] 33/24
either [2] 20/5 105/22
elementary [1] 52/5
elements [1] 77/15
ELLIS [1] 2/20
else [6] 23/25 27/5 31/10 49/11 73/2 128/23
else's [1] 46/8
elsewhere [1] 18/16
email [1] 40/1
emails [2] 49/22 81/15
EMDR [1] 27/7
emergencies [1] 11/1
emergency [1] 130/15
emitted [1] 73/25
Emma [8] 9/5 42/8 46/18 46/21 46/22 47/19 48/1 49/12
Emma's [1] 42/20
emotional [4] 26/25 29/14

54/4 54/4
emotionally [1] 75/25
emotions [1] 67/7
empathy [1] 30/19
emphasize [1] 9/11
emphasized [1] 30/16
employee [1] 70/10
employees [4] 80/8 95/23 109/14 109/24
employment [2] 17/2 102/6
empowering [1] 46/5
empty [1] 41/24
enabled [1] 10/24
encounter [1] 35/11
encountered [2] 33/10 47/15
encouraged [2] 30/19 122/5
encourages [1] 121/22
end [9] 11/15 25/13 27/15 38/16 52/2 55/24 55/24 76/4 107/16
endangered [1] 64/21
endeavor [1] 114/19
endeavored [1] 33/7
ended [3] 11/7 15/11 45/4
ending [1] 12/2
endorsement [1] 62/18
ends [2] 63/12 88/13
endured [1] 51/15
energetic [1] 48/4
energy [1] 49/20
enforce [2] 94/24 97/20
enforced [3] 97/3 97/24 102/18
enforcement [3] 98/14 112/12 112/19
enforcing [1] 96/19
engage [3] 93/25 95/7 116/3
engaged [4] 117/14 118/3 118/10 123/25

engagement [1] 76/14
engages [1] 115/4
engineer [2] 10/14 10/23
engineering [3] 11/1 11/10 71/3
engineers [2] 22/21 66/2
English [2] 24/17 25/24
enhance [4] 100/19 106/6 106/6 111/19
enhanced [4] 95/8 101/22 101/24 113/15
enhancements [2] 96/23 96/25
enhancing [2] 102/2 113/7
enjoy [1] 67/19
enjoying [1] 68/11
enough [6] 25/14 37/2 47/3 50/13 85/14 89/18
enrages [1] 65/19
enriched [1] 18/19
ensure [13] 31/4 87/3 90/9 97/2 98/5 99/4 100/14 101/13 102/2 103/4 113/18 117/24 120/14
ensuring [1] 87/1
enter [1] 7/25
entered [3] 7/5 28/2 93/22
entering [1] 123/25
enterprise [2] 83/22 113/7
enters [2] 7/2 97/23
enthusiasm [1] 64/9
entire [6] 51/7 51/9 51/10 51/12 51/20 57/12
entirety [1] 28/1
entitled [2] 15/22 132/6
enumerated [1] 111/16
environment [2] 11/5 122/4
environmental [2] 65/1 65/5
envisions [1] 87/14
episode [1] 21/13

# E

epitaph [1] 68/4
equal [1] 45/14
equation [1] 24/3
equipped [1] 11/5
equivalent [1] 91/20
era [2] 23/10 51/25
ERIN [2] 2/6 8/8
eroding [1] 62/20
errant [1] 70/24
erroneous [2] 66/8 70/2
errors [1] 68/23
escalating [1] 57/1
especially [2] 40/8 43/1
essentially [4] 45/4 70/16
102/15 121/10
established [2] 110/24
113/22
establishes [1] 111/13
estimate [1] 109/23
ET302 [9] 10/2 15/5 24/14
29/2 39/19 44/2 47/1 47/4
70/4
etched [1] 67/3
eternal [1] 16/20
ethical [1] 105/4
ethics [3] 71/2 85/9 89/9
Ethiopia [11] 15/5 20/4
34/22 36/15 51/5 51/8
60/1 60/10 73/9 77/15
99/20
Ethiopian [6] 10/1 72/10
78/9 80/17 81/9 108/18
Europe [1] 36/16
evaluate [8] 88/14 93/7
96/2 96/4 97/7 97/21
116/18 121/23
evaluation [3] 90/11
102/22 109/18
even [38] 15/24 15/24
17/4 24/12 26/8 26/13
26/19 26/25 29/12 29/13

36/9 36/17 42/9 42/22
44/15 48/21 49/16 54/24
58/5 59/11 62/10 65/11
66/19 69/2 69/8 75/13
77/11 81/20 103/5 115/15
120/10 120/25 124/3 125/5
125/8 126/12 127/22
127/25
evening [2] 17/12 19/13
event [1] 31/15
eventually [1] 52/25
ever [14] 37/12 44/17
47/24 52/7 54/13 54/14
55/6 56/14 60/24 64/8
66/13 68/9 78/3 84/22
every [41] 19/17 21/13
24/19 24/23 25/15 25/18
30/5 30/24 36/4 37/8
38/3 38/8 38/8 44/4 44/6
44/6 44/6 44/7 49/5 49/5
49/6 51/12 51/18 53/18
53/18 53/23 55/18 55/24
60/12 65/14 66/24 67/14
67/23 74/17 82/17 90/24
118/4 118/5 118/6 125/7
126/5
everybody [2] 57/11 73/2
everyday [1] 20/17
everyone [6] 23/25 26/14
30/8 31/10 33/9 108/5
everything [18] 15/23
17/20 17/21 17/21 20/20
21/25 24/17 27/7 32/24
34/3 38/7 47/8 79/11 80/2
90/18 90/19 127/5 127/21
everywhere [2] 21/4 91/14
evidence [14] 25/18 83/13
92/16 102/25 103/15 118/8
119/16 120/7 120/12 124/14
124/16 125/12 125/17
125/18
evidentiary [3] 83/7 99/22

99/25
evils [2] 62/18 62/20
ex [4] 22/15 23/6 57/24
130/5
ex-CEO [1] 57/24
ex-husband [2] 22/15
23/6
exact [1] 84/16
exactly [3] 88/24 117/25
120/25
exaggeration [1] 126/24
exam [2] 34/7 53/15
examination [1] 52/8
examine [1] 105/22
examined [1] 104/1
examiner [20] 88/5 88/17
92/22 93/7 93/13 93/15
94/1 94/4 94/9 94/21
97/14 97/15 98/18 98/22
102/6 102/9 102/14 104/23
114/5 118/18
examining [2] 103/8 105/8
example [4] 21/2 66/21
99/8 123/6
except [4] 26/5 91/7 91/17
127/21
exchange [2] 66/5 71/7
exchanged [1] 47/20
excited [3] 40/2 42/17
54/23
exclusively [1] 82/9
excuse [2] 25/3 124/19
executive [3] 57/24 108/11
113/11
executives [9] 23/12 45/5
57/17 59/8 59/14 66/3
70/22 75/11 84/2
executives' [1] 66/22
exercise [3] 58/10 98/24
118/23
exercised [2] 97/25 98/8
exhausted [1] 49/25

# E

**Exhibit [1]** 83/13
**Exhibit 4 [1]** 83/13
**exhibits [1]** 83/11
**exist [2]** 74/20 124/18
**existing [3]** 80/9 111/10 124/18
**exists [1]** 110/16
**expand [1]** 11/10
**expansion [1]** 64/25
**expatriates [1]** 15/15
**expect [1]** 69/17
**expectation [1]** 95/5
**expedience [1]** 69/7
**expediting [1]** 69/21
**expedition [1]** 64/23
**expendable [1]** 37/3
**experience [4]** 16/18 104/24 116/6 120/3
**experienced [4]** 11/24 12/5 32/10 110/25
**experiencing [1]** 22/5
**expert [3]** 88/24 90/17 100/7
**expertise [2]** 96/16 112/13
**experts [9]** 88/19 89/4 96/4 107/10 113/18 120/21 121/18 128/25 129/1
**explain [7]** 17/21 48/10 61/7 61/13 61/18 82/21 109/13
**explained [1]** 75/18
**explicitly [1]** 98/3
**exploiting [1]** 62/21
**exposed [2]** 30/2 77/14
**express [1]** 47/4
**expressed [1]** 108/17
**extend [2]** 37/11 98/4
**extended [1]** 39/23
**extends [1]** 127/10
**extensive [4]** 83/20 111/24 118/8 118/13

**extent [8]** 100/11 102/24 103/10 105/15 106/25 107/9 118/1 119/4
**external [2]** 113/16 113/17
**extraordinary [2]** 25/23 60/22
**extremely [1]** 39/20
**exuberant [1]** 15/18
**eye [1]** 129/7
**eyes [13]** 16/9 43/7 43/8 88/9 90/7 90/17 127/7 127/12 127/13 127/13 127/17 129/15 130/1

# F

**FAA [31]** 44/12 44/15 44/19 57/21 58/5 78/23 79/2 79/14 79/16 79/21 80/4 80/13 80/21 80/22 80/25 89/1 109/11 109/13 109/13 109/24 110/9 110/10 114/9 118/2 118/10 119/8 119/12 120/1 122/11 124/13 129/17
**FAA's [1]** 109/18
**FAA-approved-type [1]** 80/21
**face [4]** 13/19 35/4 45/6 69/23
**faces [1]** 35/10
**facilitated [1]** 76/22
**fact [16]** 30/22 39/1 49/13 50/2 51/11 52/7 52/20 58/10 69/10 80/3 84/6 90/1 106/19 107/2 107/14 126/15
**fact-finding [1]** 58/10
**factor [2]** 81/8 107/2
**factors [4]** 103/6 103/6 123/20 123/23
**facts [10]** 24/4 69/7 69/8 71/6 83/17 83/21 109/3 110/18 117/8 119/23

**factual [1]** 108/20
**fading [1]** 12/25
**fail [2]** 38/24 39/2
**failed [1]** 30/25
**fails [1]** 98/7
**failure [2]** 31/2 31/3
**failures [2]** 65/25 66/1
**fair [2]** 30/15 89/25
**faith [1]** 17/8
**fall [1]** 24/23
**fallacy [1]** 58/2
**falling [2]** 12/4 35/21
**false [1]** 81/1
**familiar [1]** 120/23
**families [27]** 8/5 23/3 25/23 26/5 26/25 31/7 31/19 45/9 46/1 55/8 55/19 63/6 63/11 72/7 75/19 82/11 84/10 85/21 88/20 89/16 90/4 91/13 108/17 126/6 127/9 129/3 129/21
**Families' [1]** 83/13
**family [55]** 8/6 10/6 14/11 20/17 24/19 26/5 26/8 28/24 30/2 32/14 32/23 34/11 40/13 40/13 40/14 41/16 41/19 41/20 42/6 44/23 46/8 47/8 48/13 50/8 50/8 50/9 51/7 51/9 51/12 51/12 51/20 54/3 54/14 54/17 55/21 57/12 57/13 59/12 61/11 61/14 65/10 68/18 68/18 71/10 73/10 73/12 73/17 73/23 74/14 74/19 74/22 86/6 99/19 108/14 114/17
**family's [1]** 77/21
**family-isms [1]** 41/19
**far [5]** 40/17 41/7 41/19 74/1 129/6
**far-flung [1]** 74/1

# F

farce [1]  81/18
farm [1]  77/15
fashion [2]  104/18 105/1
fashioning [1]  103/17
fast [1]  12/17
fatal [1]  63/8
fate [2]  35/11 75/19
father [22]  22/6 22/14
28/21 28/24 29/1 29/8
29/11 29/20 29/21 30/13
31/4 32/8 32/22 33/6
33/18 35/25 38/5 42/4
43/1 44/1 47/25 51/2
father's [2]  33/14 43/10
father-daughter [1]  47/25
fathers [2]  31/9 35/16
fathom [1]  65/11
Faulkner [3]  120/24 121/1
121/13
faulty [2]  50/5 80/15
favorite [1]  32/22
FBI [1]  44/18
FCRR [3]  3/2 132/4 132/17
fear [4]  11/18 22/4 22/10
122/2
fearless [1]  48/4
fears [1]  13/7
features [1]  70/24
federal [8]  3/2 93/3 109/4
109/5 109/7 109/9 109/12
130/9
federally [1]  91/8
feedback [3]  112/4 113/17
121/24
feel [12]  20/8 20/24
26/24 41/10 42/13 42/23
47/22 49/16 55/25 72/23
73/18 73/22
feeling [4]  56/1 56/3
56/20 68/10
feelings [1]  67/9

feels [4]  29/13 38/21
41/24 122/24
fees [1]  132/12
feet [3]  51/8 56/12 57/6
felon [1]  82/18
felons [1]  90/24
felony [1]  6/14
felt [5]  12/6 13/5 26/20
29/5 74/6
fervent [1]  26/1
few [11]  18/15 19/9 20/3
23/12 28/18 52/15 73/14
74/24 84/6 114/22 126/11
field [6]  13/24 14/2 14/9
15/7 15/12 77/15
fierce [1]  60/18
fiercely [1]  47/23
Fifth [1]  125/15
fight [4]  30/22 62/10
62/11 81/15
fighting [9]  25/17 25/19
43/3 48/14 48/16 49/21
50/10 50/11 50/12
figure [2]  19/3 35/2
file [3]  130/21 130/22
130/24
filed [5]  82/25 83/15
89/12 93/18 129/12
filing [8]  84/17 85/1 86/16
94/11 94/13 101/1 117/21
119/19
filings [1]  116/21
FILIP [3]  2/19 117/20
118/14
Filip's [2]  114/16 117/12
Filip. . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . 108 [1]  4/23
filled [3]  64/15 65/16
113/12
final [6]  12/7 65/25 68/25
73/3 87/19 98/21
finally [2]  31/8 66/17

finance [1]  52/10
financial [2]  10/16 53/15
find [7]  12/11 34/22 68/14
120/13 120/20 123/7 126/3
finding [4]  36/20 58/10
58/17 68/7
findings [2]  83/9 125/11
finds [4]  62/11 116/25
119/17 120/8
fine [6]  37/22 39/4 49/11
69/14 69/18 116/18
fined [2]  78/8 78/17
fines [1]  86/23
finish [1]  21/12
finishes [1]  88/14
firm [2]  24/4 53/3
first [36]  10/25 12/8 16/3
16/17 17/3 18/8 22/10
22/16 23/24 32/23 38/3
38/13 39/21 42/8 44/2
52/7 52/12 52/17 60/14
60/24 61/2 61/13 69/25
70/6 71/10 77/4 87/15
92/15 92/21 92/25 93/8
93/11 94/22 95/4 103/14
117/9
first-ever [1]  60/24
fist [1]  35/7
fist-sized [1]  35/7
five [4]  19/9 38/16 65/19
81/9
fix [2]  77/24 79/12
flame [1]  30/5
flashes [1]  20/6
flawed [1]  23/21
flaws [2]  90/19 90/20
fleet [1]  80/19
flew [1]  74/11
flies [1]  118/7
flight [17]  15/5 25/19
38/9 39/18 57/19 70/4
70/12 70/17 72/10 91/11

**F**

**flight…** **[7]** 99/20 108/18 108/18 110/4 110/11 110/14 116/25

**flights [8]** 14/18 19/18 19/18 36/15 91/11 110/15 118/6 118/15

**floor [3]** 2/7 2/10 78/19

**flowers [1]** 73/14

**flown [2]** 66/13 78/3

**flung [1]** 74/1

**fly [3]** 13/10 57/25 70/9

**flying [3]** 21/5 45/9 129/4

**focus [2]** 82/9 92/9

**focused [1]** 21/24

**fog [2]** 22/9 23/17

**folks [1]** 109/1

**follow [7]** 8/12 44/22 106/13 107/13 107/21 117/14 120/5

**follow-up [3]** 106/13 107/13 117/14

**followed [1]** 111/9

**following [9]** 9/7 14/3 20/5 23/24 95/9 95/14 109/3 113/5 125/25

**food [4]** 10/13 10/14 10/24 15/24

**foot [2]** 18/22 70/18

**footballer [1]** 55/15

**force [4]** 26/1 48/3 76/21 77/5

**forced [1]** 52/2

**foregoing [2]** 132/5 132/6

**foreign [1]** 58/1

**forever [4]** 10/5 28/24 67/3 73/3

**forget [2]** 10/5 73/19

**forgetting [1]** 12/25

**forgot [1]** 43/17

**forgotten [3]** 31/11 31/21 74/7

**form [2]** 16/2 119/4

**formaldehyde [1]** 65/16

**format [1]** 132/12

**former [2]** 95/22 112/22

**formulated [1]** 80/8

**FORT [6]** 1/3 1/6 1/18 3/3 132/19 132/20

**forth [1]** 128/14

**Fortna [1]** 125/16

**fortunate [2]** 25/14 85/14

**forum [1]** 113/1

**forward [5]** 8/2 11/9 61/9 68/12 70/1

**fostering [1]** 113/8

**fosters [1]** 122/4

**fought [1]** 81/12

**found [10]** 17/4 27/11 44/12 52/10 53/24 63/9 66/6 66/14 67/5 79/15

**four [24]** 11/7 12/17 15/9 19/4 22/17 29/13 34/16 36/7 36/11 37/9 41/20 41/23 49/15 49/21 51/22 56/7 56/24 59/12 68/1 68/11 72/2 79/20 80/2 109/17

**fractured [2]** 34/11 55/22

**frame [2]** 18/22 100/3

**France [4]** 15/10 23/15 24/21 24/24

**frankly [2]** 89/16 125/8

**fraud [23]** 1/20 1/21 37/18 44/12 57/20 58/20 69/25 70/2 75/2 75/12 81/14 95/10 95/17 96/3 96/14 97/5 97/9 105/4 111/15 112/9 112/12 112/12 112/18

**fraudulently [1]** 70/8

**free [4]** 59/6 59/15 64/6 83/22

**freestanding [1]** 98/16

**French [2]** 22/23 26/8

**frequent [1]** 56/25

**friend [5]** 28/25 32/12 32/19 33/6 68/6

**friends [16]** 15/21 16/1 16/12 20/16 21/19 22/20 26/8 36/8 40/10 41/8 46/1 52/22 52/23 52/24 61/11 74/22

**friendship [1]** 76/20

**friendships [1]** 49/19

**front [5]** 22/12 60/3 82/8 82/18 129/23

**fruits [1]** 32/9

**frustration [1]** 74/6

**fuel [1]** 77/13

**full [9]** 20/1 25/25 33/13 35/1 44/24 53/17 81/16 87/21 100/16

**full-sized [1]** 35/1

**full-time [1]** 25/25

**fullest [1]** 48/8

**fully [2]** 67/9 76/3

**fun [1]** 48/21

**function [2]** 80/10 113/15

**functional [1]** 91/20

**functioning [2]** 24/12 113/23

**fundamental [1]** 113/6

**fundamentally [2]** 64/20 67/1

**funding [1]** 109/12

**funeral [4]** 16/5 26/18 26/20 34/20

**funerals [1]** 34/18

**funny [1]** 61/4

**further [10]** 9/10 37/11 37/12 79/8 106/6 109/13 114/5 121/16 132/8 132/12

**fusion [1]** 17/19

**future [5]** 47/13 62/4 64/15 67/24 74/15

**futures [1]** 40/7

# G

gained [1] 69/21
gains [1] 71/8
gamble [1] 70/25
gambled [2] 45/23 50/5
gap [1] 78/15
gaping [1] 29/8
gaps [2] 74/16 78/12
gathering [1] 49/23
gave [1] 15/19
general [2] 44/23 47/5
generally [3] 106/14 115/13
 121/21
generous [1] 29/25
genuine [1] 36/22
Geoffroy [2] 8/16 8/17
GERRY [2] 2/24 108/9
get [31] 16/25 18/1 25/14
 31/1 32/24 33/24 33/25
 41/3 41/11 41/23 42/24
 47/20 47/21 47/22 47/24
 55/7 55/7 55/8 55/9 60/8
 84/8 100/16 102/16 105/18
 106/4 106/16 108/1 115/7
 120/12 128/4 128/9
gets [3] 12/25 19/24 54/3
getting [3] 36/8 61/14
 67/17
gift [1] 34/13
girl [3] 33/1 52/7 54/19
girlfriend [1] 52/23
girls [3] 51/25 52/18 52/21
give [11] 11/6 16/14 16/15
 25/7 27/4 31/18 54/7
 71/25 89/19 117/8 121/24
given [2] 58/9 124/17
gives [6] 49/12 69/3 82/25
 98/3 119/9 126/5
giving [3] 15/19 43/24
 94/4
glean [1] 33/12
global [6] 10/13 11/1 30/3
 60/24 76/16 109/20
globe [1] 10/12
glow [2] 73/16 74/23
glue [1] 74/1
gmail.com [2] 3/4 132/21
go [22] 14/12 17/12 21/9
 21/10 23/5 24/10 26/2
 26/3 40/17 41/8 41/8 41/11
 43/17 49/18 64/2 72/16
 88/6 89/3 101/24 106/8
 115/19 120/11
goal [1] 78/23
God [4] 25/22 44/4 49/6
 49/7
goes [12] 18/20 33/5
 41/19 42/19 68/2 87/1
 100/24 107/6 108/25
 117/13 118/22 119/1
going [48] 9/22 16/21
 16/24 18/16 21/7 24/7
 32/11 36/13 36/15 36/16
 40/18 40/19 41/15 41/15
 42/5 42/5 43/14 43/15
 43/16 43/18 49/18 51/19
 51/19 55/11 55/12 55/13
 55/14 55/15 57/10 57/13
 58/4 74/18 74/19 84/21
 85/13 88/6 89/16 90/8
 90/12 91/2 91/2 104/14
 108/1 108/20 108/22 123/6
 125/1 128/13
gold [1] 109/19
gone [8] 12/7 37/20 39/22
 41/18 41/24 50/1 74/13
 75/3
good [11] 7/11 7/13 7/17
 7/23 11/20 40/10 62/4
 74/22 85/17 124/20 127/5
gossips [1] 20/16
got [11] 34/6 40/1 46/1
 51/11 52/14 52/14 53/6
 53/7 57/6 76/24 125/1
gotten [3] 37/7 72/2 72/5
govern [1] 104/15
governance [1] 113/6
government [35] 1/6 1/16
 6/7 7/7 7/16 7/19 7/21
 59/3 69/13 85/24 87/19
 89/13 90/9 92/3 92/11
 92/25 93/4 93/6 94/19
 96/19 97/13 97/15 97/16
 99/5 100/9 100/13 100/20
 101/24 102/23 104/19
 109/8 109/9 116/4 125/4
 125/21
government's [1] 96/24
gradually [1] 23/17
graduate [1] 19/5
graduated [3] 52/25 53/2
 76/16
graduation [1] 64/14
graduations [1] 33/25
granddaughter [3] 29/3
 42/1 42/3
granddaughter's [1] 42/4
grandfather [2] 29/1
 29/21
grandpa [1] 42/7
grandparents [1] 40/14
granny [1] 42/7
granted [1] 50/14
grants [1] 45/5
graves [1] 37/6
gravity [1] 74/2
Gray's [1] 21/12
great [7] 17/9 48/6 78/25
 87/7 90/8 115/25 127/21
greater [2] 62/9 87/8
greatest [1] 68/5
greed [5] 31/15 44/11
 45/22 50/7 62/18
grew [5] 51/24 51/25
 52/15 52/16 53/11
grief [8] 16/8 34/4 36/11

# G

grief… [5] 75/23 77/20 77/21 77/21 81/11

grieve [2] 77/16 81/18

grieved [1] 67/8

grieving [4] 34/18 48/9 78/19 91/12

groomsman [1] 32/15

ground [8] 24/1 48/23 51/5 51/6 56/11 75/6 76/14 77/7

grounded [1] 22/17

grounding [1] 66/19

grounds [2] 121/2 121/3

group [2] 71/25 109/18

grow [1] 68/10

growing [3] 12/17 36/8 41/21

gruesome [1] 49/24

guess [8] 41/9 45/18 73/1 103/13 103/14 106/12 106/24 107/5

guest [1] 18/14

guidance [1] 115/6

guided [3] 30/4 30/14 61/1

guilty [6] 7/14 7/15 7/22 7/25 84/25 85/7

gun [2] 59/8 59/9

guy [2] 55/12 57/12

guys [1] 81/15

# H

had [87] 10/5 10/8 10/10 11/16 12/10 13/4 13/6 13/9 13/12 14/1 15/7 15/11 15/18 16/7 16/17 16/20 17/3 17/9 17/12 17/25 20/14 21/3 21/7 23/21 24/11 26/3 26/21 29/24 30/22 33/6 33/11 34/20 34/22 35/2 35/14 35/19 35/19 38/6 38/14 39/22 40/7 40/10

40/21 42/9 42/16 44/5 44/14 47/18 48/2 48/7 48/13 48/17 48/22 50/4 53/7 53/20 58/19 60/16 61/9 61/10 61/12 61/13 64/15 67/5 67/7 73/5 76/16 78/11 79/15 79/16 80/3 83/14 85/4 86/13 89/18 93/15 94/5 105/9 106/20 116/6 118/13 118/15 120/2 121/2 123/25 124/2 128/17

hadn't [1] 50/2

half [3] 53/14 81/7 86/17

hall [1] 52/13

halt [1] 64/25

hand [13] 9/15 14/15 14/21 14/23 23/2 23/2 28/14 31/25 39/9 46/14 50/20 59/18 63/18

Handed [1] 32/13

handled [1] 115/16

hands [5] 35/3 55/2 66/23 71/15 74/10

handsome [1] 84/2

happen [10] 38/11 41/2 43/19 50/12 62/5 70/24 74/25 86/6 103/19 103/25

happened [12] 22/13 25/12 29/14 43/5 45/12 45/14 51/15 56/9 67/13 69/24 72/23 80/16

happens [2] 45/12 58/8

happier [1] 10/9

happily [1] 68/11

happiness [4] 14/14 49/13 49/16 64/13

happy [9] 11/22 14/13 19/7 34/23 48/21 54/23 106/16 106/23 111/7

hard [8] 30/7 41/7 42/9 47/21 68/6 68/14 81/12

130/6

hardest [1] 38/9

harm [2] 87/7 87/8

has [128] 6/14 7/5 7/19 9/11 12/1 12/23 13/1 19/10 19/11 19/21 19/23 21/6 22/6 22/20 24/25 29/8 29/9 29/15 30/12 30/25 34/1 35/4 36/12 36/12 36/17 36/21 37/24 38/22 40/21 41/12 48/1 48/22 52/20 54/20 59/2 63/9 66/13 67/20 68/1 68/8 68/9 68/17 69/8 69/13 74/13 78/3 81/20 82/4 82/5 82/18 82/23 84/12 87/7 87/11 88/8 90/21 91/1 91/1 91/22 92/15 92/19 93/16 94/17 94/25 96/3 96/18 96/19 96/22 97/9 97/10 97/12 97/20 97/24 97/24 98/1 98/8 98/15 98/16 99/4 99/19 101/8 101/8 101/10 101/22 101/25 102/1 104/25 105/7 105/8 109/13 110/14 110/24 111/2 111/18 112/13 113/5 113/12 113/15 113/25 114/3 115/6 115/25 116/20 116/21 118/8 118/14 119/3 119/13 119/19 119/20 119/22 120/1 120/2 120/18 121/16 122/10 122/13 123/18 124/12 124/15 125/2 126/5 126/10 127/4 127/20 127/24 128/1 129/12

HATCH [6] 2/15 108/22 110/21 114/11 128/2 128/12

Hatch………………………… ………114 [1] 4/24

hatched [1] 13/14

haunted [2] 65/15 73/3

# H

**haunts [2]** 51/12 51/17

**have [170]**

**haven't [8]** 48/19 56/18
56/18 103/19 103/25 125/2
129/6 129/7

**having [12]** 30/25 36/10
39/21 44/15 49/2 90/16
99/9 115/3 116/6 122/2
126/17 128/1

**he [106]** 10/10 10/12 10/17
10/19 10/19 10/25 11/1 11/9
11/13 11/14 11/15 11/16
11/16 11/17 12/6 13/24 14/1
14/2 14/11 14/15 17/8 17/9
17/16 18/10 18/13 18/14
18/18 18/19 18/20 18/23
19/11 19/12 22/20 25/16
29/3 29/21 29/22 29/24
29/25 30/2 30/4 30/7
30/8 30/8 30/11 30/13
30/16 30/18 32/12 33/1
33/1 33/3 33/5 33/9 33/10
33/10 33/16 33/18 33/25
34/6 34/8 35/19 37/15
39/22 42/8 42/10 47/12
47/14 47/15 47/16 48/3
48/5 48/11 48/13 49/6
49/7 49/8 50/2 53/11
53/12 53/14 53/18 53/20
53/24 53/24 54/6 58/2
58/3 58/5 58/6 58/23
67/5 68/6 68/9 68/9
72/14 72/18 72/19 76/11
77/24 77/25 78/11 78/14
85/16 88/23 128/16

**he's [7]** 18/23 18/24 41/3
42/10 57/12 78/20 88/24

**head [1]** 12/7

**headaches [1]** 56/25

**headlines [1]** 23/1

**headquarters [1]** 10/15

**heal [1]** 74/15

**health [1]** 76/17

**healthcare [1]** 76/18

**healthy [1]** 34/23

**hear [10]** 22/16 30/24
37/18 49/6 83/22 85/23
108/3 108/14 110/21 132/7

**heard [24]** 13/13 16/9
27/21 36/16 44/17 54/25
68/2 77/17 82/2 82/12
82/14 84/24 85/12 89/15
91/9 100/8 118/8 118/14
124/22 125/2 125/10 127/8
128/24 129/17

**hearing [7]** 62/7 79/15
83/13 88/23 99/22 99/25
123/4

**hearings [5]** 26/11 49/24
68/20 83/8 125/14

**heart [8]** 10/10 11/2 22/6
27/4 32/10 33/19 56/19
56/20

**heartbreak [1]** 36/10

**heartbreaking [2]** 29/15
30/21

**hearts [1]** 30/12

**held [6]** 12/16 31/7 37/8
39/3 64/6 74/2

**hellish [1]** 36/21

**hello [2]** 32/5 39/25

**helm [1]** 58/23

**help [13]** 10/24 11/10
29/23 30/20 45/11 45/12
46/6 60/8 74/8 81/24
90/17 128/4 128/9

**helped [2]** 64/19 64/25

**helpful [3]** 106/23 108/2
120/17

**helping [1]** 74/15

**helplessness [1]** 22/10

**her [113]** 12/23 15/5 15/11
15/21 15/23 15/24 16/1

16/5 17/2 17/5 17/16 17/17
18/4 18/5 18/5 18/7 18/7
18/9 18/14 18/20 20/14
20/14 20/15 20/15 20/18
20/19 21/17 21/19 22/3
27/10 28/2 29/9 29/15
29/15 29/16 42/2 42/5
42/6 42/6 42/9 42/11
42/16 42/20 47/19 47/21
47/23 47/24 47/24 47/25
47/25 48/2 48/8 48/10
48/10 48/12 48/12 48/15
51/25 52/19 53/4 54/17
54/23 55/2 55/2 55/12
60/16 60/23 61/19 61/19
61/19 61/20 61/20 62/16
64/12 64/14 64/15 64/17
64/19 64/23 65/7 65/8
65/11 65/20 67/20 67/21
67/24 68/2 71/11 73/2
73/4 73/7 73/10 73/10
73/12 73/13 73/15 73/17
73/19 73/19 73/20 74/5
74/10 74/19 74/22 76/10
76/10 76/11 76/13 76/21
76/21 76/23 99/23 130/20

**here [72]** 6/7 6/8 6/9
6/18 6/21 8/11 8/14 9/4
9/5 10/2 13/13 14/8 28/20
31/3 31/6 31/8 31/12 31/13
32/6 36/5 37/17 41/9 43/4
43/15 44/9 47/2 47/7
48/7 50/2 50/10 51/16
53/8 54/14 55/16 56/6
60/2 60/6 71/24 72/21
72/25 76/11 82/15 86/9
86/21 88/5 88/22 90/25
94/7 94/7 94/17 97/16
97/24 98/19 99/3 101/24
102/1 102/13 106/18 113/13
116/3 119/25 120/22 121/10
121/14 123/11 123/17

**H**

Case 4:21-cr-00005-O   Document 175   Filed 05/30/23   Page 158 of 191   PageID 3277

**here…** [6]  124/17 126/4 126/22 127/5 128/11 128/20

**Here's** [1]  85/16

**herself** [2]  29/12 112/22

**hi** [2]  46/21 46/22

**hidden** [1]  23/21

**hides** [1]  45/8

**high** [6]  29/24 52/6 52/8 64/14 64/17 107/18

**higher** [2]  52/1 52/19

**highest** [1]  30/25

**highjacked** [1]  51/5

**HILTON** [2]  2/12 8/8

**him** [42]  10/16 10/22 10/24 11/22 12/24 12/25 13/2 13/23 14/13 14/16 17/7 17/11 17/20 17/20 17/21 17/22 17/22 17/23 17/23 17/24 18/16 18/17 19/12 29/5 30/12 33/2 33/4 33/11 33/16 33/25 34/6 34/19 35/20 35/21 42/12 49/7 54/7 58/24 67/6 72/15 78/8 78/17

**himself** [3]  11/9 12/22 22/20

**hip** [1]  18/5

**hiring** [1]  113/16

**his** [63]  10/10 10/11 10/16 10/20 10/20 10/22 11/6 11/16 11/20 12/7 13/22 13/24 14/1 18/9 18/10 18/20 18/22 18/22 25/15 25/16 27/3 28/9 29/1 29/3 29/4 29/4 29/6 29/22 30/2 30/7 30/9 30/11 30/14 32/13 32/13 32/15 32/15 33/1 34/24 35/19 37/16 39/21 39/22 39/23 42/11 42/11 47/16 47/18

48/10 49/9 53/13 54/5 57/12 57/13 58/1 68/5 68/6 68/7 68/7 68/8 77/23 101/1 119/19

**historical** [1]  119/23

**history** [9]  31/12 31/14 38/23 39/1 71/5 78/22 84/7 125/3 126/24

**hold** [8]  31/18 38/6 42/9 55/23 98/6 103/20 103/20 103/23

**holding** [3]  42/11 42/11 76/2

**holds** [2]  76/5 121/9

**hole** [5]  29/9 30/12 34/5 77/8 77/9

**holiday** [1]  32/23

**holidays** [1]  55/6

**home** [12]  12/22 15/10 16/6 26/18 40/3 42/15 42/15 42/16 42/18 59/6 61/13 67/6

**homeless** [1]  33/8

**honest** [1]  36/22

**honestly** [1]  49/11

**Honor** [56]  7/1 7/17 8/3 9/20 14/19 15/3 27/17 27/23 28/1 28/5 28/7 31/17 32/5 59/16 59/23 60/7 63/16 64/1 71/13 71/22 76/6 76/8 81/25 82/3 83/7 83/20 84/19 92/2 93/20 94/7 100/25 101/19 102/12 103/13 104/6 104/9 104/14 104/17 104/25 106/23 107/5 108/4 114/14 114/19 121/15 122/7 122/16 123/1 123/19 124/25 125/22 126/8 126/11 127/24 128/12 130/18

**Honor's** [1]  8/6

**HONORABLE** [1]  1/12

**honors** [1]  64/18

**hope** [12]  10/3 11/6 12/13 12/13 13/3 35/5 38/25 62/7 63/15 64/13 71/25 74/14

**hopeful** [1]  126/10

**hopeless** [1]  55/25

**hopelessness** [1]  56/4

**hopes** [2]  64/16 91/10

**hoping** [1]  8/12

**horrible** [1]  73/3

**horrific** [3]  70/20 90/15 129/24

**horrifying** [1]  49/24

**hour** [1]  77/8

**hourly** [1]  99/22

**hours** [4]  56/24 74/6 76/25 110/14

**house** [8]  21/18 41/3 78/22 79/16 79/19 80/7 80/12 83/12

**household** [1]  32/14

**houses** [1]  36/9

**how** [43]  6/25 9/11 12/6 13/2 15/17 21/16 23/8 25/3 25/5 25/12 26/19 37/7 37/23 37/25 39/5 41/10 45/11 47/19 48/11 48/23 48/25 55/21 58/20 58/22 61/10 61/12 61/13 64/20 68/21 68/22 69/10 70/18 83/8 89/8 97/7 100/17 103/25 104/3 110/19 112/4 115/16 115/16 115/18

**however** [7]  10/16 13/1 69/25 77/16 78/14 93/4 130/6

**HSPC** [1]  98/15

**huge** [3]  15/8 18/5 18/22

**hugs** [1]  73/19

# H

huh [2] 9/24 28/8
human [9] 36/25 37/25
54/24 54/10 59/1 60/4
65/16 75/25 127/3
humanitarian [2] 15/7
40/18
humanitarians [1] 10/16
humanity [3] 31/3 33/9
37/25
humility [2] 60/7 64/12
humor [2] 10/11 73/21
hundred [1] 16/2
hundreds [2] 36/3 91/12
hurricane [1] 15/18
hurt [2] 72/13 74/5
hurts [2] 20/17 75/4
husband [11] 10/1 22/15
23/6 28/25 29/21 39/17
42/20 47/6 49/6 51/2
76/7
husband's [1] 47/4
husbands [2] 31/9 35/16

# I

I'd [1] 41/3
I'll [1] 114/11
I'm [39] 8/11 9/22 12/1
28/20 32/6 32/11 42/17
42/19 42/19 43/14 43/18
46/18 46/19 46/24 47/6
48/14 48/20 49/16 49/25
51/2 51/19 51/19 55/3
55/17 57/13 58/6 61/22
74/14 99/16 99/16 106/15
106/23 106/24 107/8
108/20 117/25 123/6 127/2
127/3
I've [6] 13/9 27/21 32/6
36/14 89/22 130/13
idea [1] 60/23
identified [3] 27/11 113/19

115/10
identify [1] 90/19
identity [1] 29/10
if [69] 7/1 7/2 9/23 11/3
14/8 21/2 23/6 26/3 28/21
37/24 37/25 39/5 43/2
44/20 45/15 45/18 48/7
49/12 50/2 53/24 54/14
55/16 58/6 62/14 68/9
69/9 70/10 71/3 73/5 79/5
80/15 82/2 83/17 85/3
85/24 86/13 86/25 92/17
98/7 101/10 103/5 103/17
106/5 106/23 107/21 108/1
108/2 108/19 108/23 109/1
109/16 111/7 114/11 115/1
115/3 115/10 115/15 119/6
119/7 120/10 120/12 120/17
123/3 123/7 127/1 127/18
128/8 128/12 128/18
ignored [1] 68/23
Ike [7] 4/10 9/2 39/8
42/8 42/25 43/22 44/1
ill [1] 70/11
illegal [1] 126/15
illegally [1] 126/17
Illinois [2] 2/11 2/21
illness [1] 35/20
image [2] 14/15 67/17
imagination [2] 56/10
125/9
imagine [4] 49/10 56/16
87/7 114/2
imagined [1] 74/16
immediately [3] 16/18
18/10 67/6
immense [1] 29/15
immensely [1] 29/6
immoral [1] 70/16
immunity [4] 37/22 39/4
45/5 50/14
impact [13] 4/4 9/22 14/6

29/24 40/21 47/2 47/4
47/14 47/17 76/8 76/21
80/11 83/15
impacted [1] 48/19
impacting [1] 56/11
impartial [1] 58/8
implement [3] 75/9 96/2
97/20
implementation [4] 98/14
98/17 101/13 102/22
implemented [6] 97/3 97/8
101/8 101/11 102/17 113/19
implementing [1] 96/20
importance [1] 30/16
important [10] 40/14 60/6
67/12 85/18 86/22 87/6
107/2 107/23 114/23 121/19
importantly [2] 47/16
95/24
impose [15] 81/22 82/6
82/12 85/5 92/4 98/18
98/21 98/25 103/6 118/20
121/10 124/18 125/5 126/5
127/19
imposed [8] 69/19 82/19
86/24 93/13 101/14 101/21
119/6 120/21
imposes [1] 94/23
imposing [4] 85/6 102/9
114/21 125/24
imposition [12] 93/7 93/9
93/12 94/14 94/20 97/14
97/15 97/17 101/3 101/4
102/13 110/22
impossible [6] 20/22 47/3
60/14 61/7 62/2 76/22
impossibly [2] 12/19 62/10
improve [4] 46/3 65/1
115/13 115/17
improvement [3] 115/9
115/24 128/19
improvements [7] 95/2

improvements... **[6]** 111/20 112/2 113/2 113/3 113/18 113/19 129/16

**in [445]**

**inability [1]** 98/25

**inactions [1]** 65/22

**inappropriate [3]** 93/10 97/17 98/13

**incentive [2]** 98/1 127/4

**inception [1]** 113/23

**incident [1]** 25/19

**include [5]** 81/23 95/9 110/2 112/21 113/10

**included [2]** 79/4 87/10

**including [7]** 63/12 81/15 87/16 95/15 95/19 109/8 109/14

**incomprehensible [1]** 24/2

**Incomprehension [1]** 24/20

**increased [1]** 77/20

**increases [3]** 52/20 81/18 86/25

**incredible [2]** 17/13 35/13

**indecent [1]** 22/4

**indelible [1]** 72/20

**independent [42]** 39/20 40/6 81/20 81/23 82/20 84/14 84/18 88/9 88/19 90/11 90/16 90/17 91/23 92/22 93/13 94/1 94/4 94/21 97/14 97/15 98/18 98/22 99/17 100/5 101/12 101/23 102/6 102/13 104/22 105/15 105/17 105/19 105/22 106/1 107/10 110/17 111/6 122/25 123/21 127/6 127/13 128/5

**indescribable [1]** 96/11

**index [1]** 35/6

Index..........................
..................**133 [1]** 5/1

**indicated [2]** 120/18 126/1

**indicates [1]** 123/20

**indicating [2]** 25/6 35/6

**indication [1]** 23/22

**indictments [1]** 44/22

**indirectly [1]** 109/24

**individual [1]** 36/4

**individuals [10]** 92/23 99/3 99/13 99/17 99/19 100/2 105/16 105/17 105/21 110/2

**Indonesia [2]** 23/24 60/10

**industry [1]** 70/16

**inevitably [1]** 37/3

**influence [2]** 62/18 79/16

**influenced [1]** 70/16

**influential [2]** 23/8 112/16

**information [21]** 6/15 6/21 6/24 49/23 57/20 67/12 75/10 75/11 78/10 83/4 87/14 87/16 87/21 88/18 96/9 97/6 100/16 107/17 121/23 122/3 130/11

**informed [1]** 69/8

**infrastructure [2]** 11/3 65/24

**infused [1]** 74/22

**initial [1]** 70/2

**initiate [1]** 66/16

**inner [1]** 30/5

**innocent [3]** 44/10 45/16 76/1

**inoperative [1]** 80/20

**input [2]** 87/19 87/22

**insatiable [1]** 64/9

**insect [1]** 20/19

**insensitive [1]** 26/4

**inside [1]** 50/5

**insidious [1]** 70/7

**insight [1]** 111/25

**insisted [1]** 17/14

**inspection [2]** 95/14 95/18

**inspirations [1]** 32/16

**instance [4]** 105/7 115/12 115/13 115/15

**instances [1]** 93/13

**instant [1]** 47/12

**instead [9]** 13/23 46/4 58/14 69/3 78/2 78/14 91/6 91/7 129/8

**instilled [2]** 30/18 48/8

**institution [2]** 58/9 62/25

**institutions [1]** 24/13

**instructs [1]** 92/4

**insufficient [1]** 121/3

**insult [1]** 68/25

**insured [1]** 91/8

**insurrection [1]** 71/5

**integrity [1]** 113/9

**intended [1]** 63/6

**intends [1]** 7/8

**intentionally [1]** 50/4

**interaction [1]** 114/25

**interchange [1]** 111/24

**interest [2]** 66/22 126/22

**interesting [1]** 38/10

**interests [1]** 60/5

**interfere [1]** 81/1

**interim [1]** 24/14

**interlace [1]** 18/2

**internal [4]** 58/4 95/20 111/10 113/16

**international [2]** 61/1 61/2

**Internet [1]** 21/11

**interview [1]** 24/15

**interviews [3]** 49/23 95/20 95/21

**intimate [1]** 61/10

**into [26]** 7/5 21/10 25/16 28/2 32/24 34/21 42/15 42/18 48/20 49/20 51/5 51/6 51/8 52/2 60/23 62/6 69/20 77/7 77/8 93/22 100/24 111/25 115/7 116/13

**I**

into... **[2]** 118/12 123/25

introduce **[2]** 8/4 9/13

invalidating **[1]** 126/13

invent **[1]** 18/1

investigate **[1]** 23/18

investigation **[11]** 24/9
44/18 44/20 45/4 49/25
69/17 78/21 79/17 96/14
112/20 112/24

investigations **[2]** 23/15
112/24

investment **[4]** 53/8 53/16
55/13 58/7

investors **[2]** 58/18 78/10

invite **[1]** 19/2

involved **[5]** 93/21 104/5
105/16 109/23 109/25

involvement **[1]** 63/5

involving **[1]** 63/11

Ireland **[5]** 10/2 11/12
11/15 13/3 60/2

irreparable **[1]** 96/12

is **[346]**

ISCG **[1]** 14/7

isms **[1]** 41/19

isn't **[2]** 32/20 124/6

isolation **[1]** 22/9

issue **[6]** 7/3 66/7 66/9
100/24 115/10 125/17

issues **[10]** 67/15 82/7
100/3 100/17 108/21
108/23 115/1 119/10 121/14
129/10

it **[197]**

it's **[47]** 7/9 19/15 23/9
24/7 28/11 31/2 37/17
37/19 38/10 42/21 48/9
50/4 51/17 53/15 55/21
56/2 57/11 59/5 61/23
71/6 71/23 81/3 81/4 86/4
90/23 94/22 100/19

102/17 104/4 104/21 109/6
107/8 109/9 113/23 115/22
116/8 116/14 117/17 117/18
119/12 119/12 120/17
120/25 121/19 123/19
123/23 127/8

itemized **[1]** 65/25

its **[43]** 43/2 57/17 57/21
60/12 65/23 69/2 79/3
80/13 81/20 82/5 84/1
84/12 85/10 88/14 95/2
95/10 96/15 97/25 98/4
98/6 98/23 99/5 100/19
102/2 106/6 107/19 111/15
111/19 112/5 112/14 113/3
113/15 113/23 115/6 116/16
117/16 118/15 118/23
118/23 120/4 122/8 123/16
124/6

itself **[4]** 11/6 38/23 77/8
110/24

**J**

jack **[1]** 84/1

Jackson **[1]** 2/13

Jacobs **[1]** 130/15

jagged **[1]** 74/16

jail **[2]** 23/7 23/13

jailed **[1]** 86/23

Jakarta **[1]** 91/13

JANUARY **[5]** 1/7 6/2
69/6 111/17 132/15

January 2021 **[1]** 111/17

jars **[1]** 65/16

Javier **[1]** 88/25

Jerusalem **[1]** 39/25

jet **[1]** 77/13

Jo **[7]** 60/8 60/15 61/13
62/3 62/8 62/14 63/7

Jo's **[1]** 61/19

Joanna **[2]** 8/24 59/25

job **[2]** 25/25 34/7

join **[1]** 55/7

joined **[5]** 52/6 52/9 52/11
52/25 74/10

Joseph **[4]** 8/18 32/7
32/12 33/17

journalists **[1]** 26/9

journey **[6]** 13/12 33/20
33/22 35/14 38/4 68/12

journeying **[1]** 35/14

joy **[6]** 10/10 11/25 14/14
34/3 68/7 73/12

joyful **[1]** 15/23

JT610 **[4]** 24/14 57/19
57/23 70/12

Juba **[2]** 15/16 16/17

judge **[8]** 1/12 39/16 43/24
50/25 59/15 82/8 91/1
121/1

judges **[1]** 23/7

judicial **[7]** 69/6 82/5 93/7
98/12 98/22 110/20 132/13

judicially **[1]** 94/9

jumped **[2]** 32/25 45/16

June **[2]** 22/14 80/7

June 2016 **[1]** 80/7

just **[96]** 7/4 9/22 11/15
12/10 14/8 15/11 19/12
19/14 20/3 20/5 21/25
24/19 27/15 27/20 27/22
28/18 28/22 29/20 30/9
30/15 30/24 31/2 31/3
31/15 31/17 32/11 33/17
33/20 34/7 34/12 36/2
36/5 39/25 40/2 41/6
41/13 41/18 41/20 41/22
41/24 41/25 42/17 42/22
42/24 43/7 47/7 47/9
48/15 48/19 49/11 49/25
51/21 54/5 54/12 54/20
54/25 55/1 55/17 56/12
57/10 59/9 64/4 67/9
74/20 75/3 76/16 76/25
81/18 82/12 82/14 83/11

**J**

just... **[25]**  86/24 90/8 91/11 104/3 104/12 104/23 106/12 106/17 108/3 108/15 110/15 115/3 116/3 117/13 118/20 120/5 121/15 122/7 122/17 123/6 124/22 125/20 127/2 130/13 130/18

justice **[52]**  1/21 10/3 12/13 13/15 13/15 13/18 14/17 23/4 30/22 30/23 31/2 31/4 31/22 37/12 37/23 37/24 39/6 45/20 46/2 46/6 48/16 49/22 50/11 50/16 60/8 60/13 62/15 62/23 63/3 63/5 63/6 63/7 69/1 69/11 69/18 69/19 74/4 75/10 75/15 75/20 75/22 76/6 81/11 89/23 90/5 101/2 111/5 112/11 119/22 122/7 125/10 127/9

justify **[2]**  24/4 83/3

**K**

Karanja **[3]**  8/23 51/2 51/4
keep **[9]**  14/5 16/13 21/22 30/5 43/3 43/3 81/12 103/24 104/11
keeps **[2]**  21/24 57/10
Kellie **[6]**  8/23 51/3 51/22 54/15 54/18 54/21
Kenya **[6]**  16/24 51/25 52/9 53/1 53/3 74/11
Kenya's **[1]**  52/8
kept **[5]**  21/14 73/4 73/5 77/5 96/13
key **[3]**  59/2 117/8 127/11
keys **[1]**  32/13
kids **[6]**  11/21 13/5 53/13 61/15 68/9 74/18

Kiernan **[3]**  8/24 59/17 59/24
Kiernan.......................
...............**59 [1]**  4/13
kill **[1]**  75/16
killed **[10]**  10/1 14/18 43/20 46/25 70/3 72/4 76/2 83/9 104/2 125/25
killer **[2]**  59/9 75/19
killing **[4]**  45/16 46/8 50/15 75/16
kilometers **[2]**  16/5 67/6
kilos **[1]**  22/5
kind **[8]**  29/25 40/19 42/22 42/23 42/24 89/18 122/4 129/7
kindness **[3]**  30/8 32/20 73/21
KIRKLAND **[1]**  2/20
kiss **[3]**  11/17 17/6 61/19
kitchen **[1]**  54/6
knew **[7]**  11/22 11/25 30/12 63/13 65/23 77/22 79/25
knife **[1]**  75/3
know **[81]**  16/25 17/8 18/4 22/13 24/22 25/14 25/17 26/15 26/19 26/22 27/1 29/11 33/19 33/22 34/12 36/6 41/6 42/5 42/6 42/17 43/2 45/10 47/19 49/12 52/14 52/15 54/19 54/25 55/4 55/6 55/9 55/10 55/16 55/17 55/24 56/1 56/2 56/3 57/4 57/9 58/8 60/4 61/20 62/14 62/14 63/14 65/19 72/2 72/5 72/19 72/19 73/21 79/9 83/3 84/5 85/24 89/16 90/3 90/21 90/25 104/15 104/23 105/21 106/13 107/11 107/22 107/24 108/1 108/5 112/16 116/3

118/19 118/20 119/2 120/23 123/6 123/7 126/10 128/14 129/18 130/19
knowing **[8]**  13/24 17/13 35/12 58/3 61/25 65/18 70/8 127/25
knowingly **[2]**  45/22 75/7
knowledge **[2]**  60/21 65/15
knowledgeable **[1]**  87/15
known **[11]**  19/9 23/23 30/7 55/16 55/17 56/2 56/3 58/6 58/7 75/21 89/22
knows **[6]**  7/5 29/12 37/10 41/20 48/11 83/20
KREINDLER **[2]**  2/6 2/6
Kuria **[7]**  8/17 8/18 31/24 32/6 32/7 32/17 33/17
Kuria..........................
..........**31 [1]**  4/8

**L**

lack **[5]**  29/18 31/16 58/25 66/22 67/11
laid **[2]**  82/24 105/5
Lake **[1]**  2/4
land **[1]**  59/6
landed **[3]**  11/13 11/16 76/25
language **[1]**  84/16
large **[2]**  13/1 20/23
largest **[1]**  109/8
LARYEA **[7]**  1/19 7/18 114/20 114/25 116/20 116/23 120/17
Laryea.........................
.........**092 [1]**  4/22
LaSalle **[2]**  2/10 2/20
last **[34]**  13/21 13/22 15/11 17/5 17/12 19/3 23/15 28/10 34/8 34/16 34/22 36/6 36/11 37/9 39/24 40/1 40/4 65/12 68/1

**L**

last... **[15]** 71/13 72/2 73/2 76/24 82/25 84/17 86/24 89/23 94/25 97/11 105/6 105/7 117/21 121/16 130/16

lasting **[1]** 113/20

Lastly **[2]** 96/17 100/11

late **[1]** 130/15

later **[8]** 16/5 22/14 22/17 29/13 38/16 53/4 61/2 65/7

laugh **[3]** 17/21 26/24 54/22

laughed **[1]** 14/10

laughs **[1]** 19/16

laughter **[2]** 12/1 73/24

law **[20]** 2/2 2/10 25/2 25/11 25/16 42/2 45/1 45/15 46/20 46/25 51/4 51/23 57/16 71/3 85/10 92/21 93/2 99/7 99/10 102/20

law's **[1]** 26/20

laws **[4]** 44/21 95/17 97/5 112/9

lawsuit **[1]** 66/14

lawsuits **[1]** 48/16

lay **[1]** 11/1

layers **[1]** 68/24

lead **[2]** 52/3 90/20

leader **[2]** 61/1 64/11

leadership **[2]** 113/6 113/14

leading **[1]** 109/19

learn **[10]** 22/2 24/18 38/24 39/1 48/23 48/25 71/6 115/12 115/16 115/21

learned **[14]** 73/5 73/6 77/20 77/22 78/21 79/3 79/9 79/19 79/19 79/24 80/7 80/12 80/18 80/23

learner **[1]** 64/10

least **[9]** 92/5 92/13 92/18 103/18 112/17 117/15 120/13 120/16 126/16

leave **[5]** 17/1 24/3 26/21 27/9 39/5

leaves **[1]** 56/12

leaving **[2]** 40/1 56/12

lecturer **[1]** 88/25

led **[1]** 110/25

left **[21]** 13/10 18/14 27/2 27/10 29/3 29/8 30/12 37/1 38/2 38/23 42/4 47/5 48/20 51/8 51/9 55/3 55/17 56/8 60/8 71/3 91/12

legacy **[2]** 31/10 31/20

legal **[8]** 2/24 8/13 29/18 67/14 99/7 108/9 108/23 127/15

legend **[1]** 29/21

lent **[1]** 72/7

Leon **[2]** 75/18 121/1

less **[2]** 46/4 85/5

lesser **[1]** 62/12

lessons **[1]** 43/2

let **[16]** 19/2 26/3 27/15 33/20 50/11 50/16 61/20 68/15 84/18 94/8 106/13 108/3 108/24 109/2 110/18 129/10

let's **[8]** 27/19 41/11 41/11 115/23 128/5 128/7 128/23 128/23

letter **[2]** 36/17 130/15

letters **[1]** 130/14

level **[6]** 115/24 121/2 128/4 128/5 128/9 128/10

levels **[6]** 40/14 45/21 75/8 90/21 90/22 90/23

Lexington **[1]** 2/7

liberty **[1]** 125/14

lie **[3]** 71/6 78/8 78/17

lies **[3]** 23/20 26/13 37/18

life **[76]** 10/8 10/11 10/22 11/25 14/14 15/5 15/23 19/11 20/7 20/17 27/8 29/1 29/9 29/22 30/14 32/8 32/16 32/19 33/13 33/14 33/15 34/1 34/11 34/16 35/2 35/4 36/7 36/11 36/25 37/1 37/16 38/1 38/22 40/10 40/21 40/22 41/4 41/6 41/18 41/25 42/24 43/2 44/4 47/5 47/10 47/12 47/17 47/19 48/14 48/15 49/4 49/10 49/13 49/14 51/18 55/21 56/1 57/4 57/6 59/1 60/16 61/21 62/8 64/9 65/7 65/20 67/21 68/8 68/11 73/2 74/13 74/17 74/24 75/25 117/18 120/19

life's **[1]** 73/20

lifelong **[1]** 29/16

lift **[1]** 55/1

light **[4]** 65/22 71/11 74/14 86/14

Lights **[1]** 16/22

like **[48]** 8/3 9/7 9/13 10/15 14/8 16/14 19/12 23/3 29/13 32/13 35/18 36/19 37/10 40/24 41/10 41/11 41/17 41/17 41/20 41/20 42/23 43/6 44/2 49/16 55/12 56/7 56/11 57/12 59/9 61/18 61/23 62/14 73/14 73/18 84/17 84/25 85/25 86/2 86/8 89/3 90/25 104/24 108/19 114/24 117/13 122/24 127/23 130/22

line **[4]** 32/12 37/5 37/5 45/21

lines **[3]** 88/3 128/21

# L

lines... **[1]**  128/22

**Lion [10]**  38/15 57/19
66/15 75/6 77/23 78/4
80/17 80/22 81/9 108/18

**list [2]**  21/10 28/12

**listen [2]**  21/15 33/16

**listener [1]**  48/6

**listening [2]**  39/17 50/18

**lists [1]**  102/1

**litany [1]**  65/25

**literally [2]**  47/12 76/22

**litigation [1]**  84/22

**little [11]**  18/19 18/19
20/8 20/8 20/17 27/10
33/1 34/12 41/22 47/8
73/11

**live [12]**  11/4 16/24 19/10
44/7 49/1 49/5 49/14
54/10 54/11 54/12 57/13
57/13

**lived [5]**  10/22 29/22
30/14 40/9 67/21

**lives [36]**  10/5 11/2 11/2
12/1 12/18 13/3 33/20
33/23 34/3 34/6 34/10
34/11 36/1 36/2 36/2 36/3
36/22 37/1 37/13 37/19
37/20 39/4 44/8 44/10
45/24 47/7 48/19 50/3
50/6 50/12 60/9 61/9
66/22 66/25 71/1 91/10

**living [7]**  15/8 32/8 49/3
53/11 53/19 57/12 74/24

**LLC [2]**  2/6 2/12

**LLP [1]**  2/16

**loaded [1]**  59/9

**local [5]**  8/8 65/6 76/15
93/3 130/9

**locked [1]**  91/2

**logically [1]**  23/2

**logistics [1]**  15/12

**London [2]**  32/6 61/12

**lonely [2]**  49/5 56/4

**long [4]**  20/13 48/17 59/11
60/20

**longer [5]**  20/21 21/8
29/10 29/12 65/8

**longest [1]**  42/9

**look [16]**  12/12 18/20
36/19 61/9 61/25 62/23
88/9 89/5 90/8 90/18
102/14 102/16 104/24
127/7 128/18 129/15

**looking [7]**  39/25 87/15
102/15 105/16 118/20
126/4 129/8

**looks [4]**  40/23 41/14
101/6 124/7

**loop [3]**  12/2 36/12 36/12

**LORINDA [2]**  1/19 7/17

**lose [3]**  12/20 13/7 62/11

**losing [4]**  11/24 61/8 62/5
81/19

**loss [12]**  22/5 22/5 22/9
29/6 29/8 29/16 30/11
38/18 38/22 68/15 76/22
120/18

**losses [1]**  96/12

**lost [21]**  13/2 15/4 29/1
29/9 35/19 36/1 36/4
37/19 39/18 44/10 45/15
45/25 45/25 46/1 47/6
57/12 60/9 74/13 77/6
108/17 114/17

**lot [10]**  22/20 32/17 32/18
40/17 45/7 52/18 54/2
55/3 74/13 85/25

**lots [1]**  20/17

**loud [1]**  21/16

**love [25]**  16/17 16/18
16/20 17/6 17/19 19/10
21/14 27/3 34/7 34/8
47/20 48/12 52/17 61/20

62/12 67/19 68/10 68/18
73/13 73/17 73/20 73/20
74/14 74/21 74/24

**loved [24]**  10/19 13/24
15/12 17/18 21/16 29/5
34/18 37/6 38/14 38/21
40/8 40/9 40/11 43/9
49/22 50/1 61/5 61/5
65/10 68/16 69/3 74/4
108/17 114/18

**lover [1]**  19/8

**loves [2]**  20/20 48/12

**loving [2]**  28/25 48/21

**lower [1]**  57/1

**loyal [1]**  28/25

**luggage [1]**  35/18

**Luis [1]**  88/25

**lying [1]**  18/23

# M

**ma'am [9]**  9/14 9/18 14/22
15/1 27/21 27/24 31/25
46/13 46/17

**made [24]**  14/4 18/18 33/3
34/15 36/24 46/4 47/14
47/16 83/9 84/19 85/8
85/19 95/1 96/23 100/13
101/17 101/19 113/5 114/17
114/20 125/21 128/2
128/19 129/16

**magistrate [1]**  91/1

**magnitude [1]**  57/21

**mails [1]**  15/21

**main [1]**  101/14

**maintain [1]**  69/5

**major [1]**  45/18

**make [50]**  7/4 7/7 10/20
11/22 13/12 13/13 17/21
17/21 23/1 29/23 31/6
31/8 31/12 31/20 31/21
32/19 45/12 47/2 48/15
50/16 51/21 54/22 54/23
54/23 58/12 67/9 68/6

**M**

**make...** **[23]** 73/18 89/5 89/8 92/12 92/15 102/9 102/10 103/2 104/1 105/9 107/7 107/12 107/14 107/17 107/19 108/2 108/15 114/1 125/11 126/21 127/24 129/3 130/16

**makes [1]** 73/21

**makeshift [1]** 34/21

**making [11]** 8/12 41/7 41/10 48/11 48/12 48/25 58/23 62/22 90/11 122/25 127/3

**mall [1]** 21/9

**man [7]** 29/22 30/13 33/8 34/19 34/22 35/1 35/8

**managed [2]** 15/13 15/14

**management [3]** 66/2 66/3 110/5

**manager [1]** 16/16

**manner [1]** 103/9

**manslaughter [5]** 13/20 24/24 37/20 59/14 70/13

**manufacturing [1]** 70/15

**many [21]** 9/11 10/12 10/16 16/21 16/22 26/19 30/11 40/8 40/8 40/10 55/25 62/17 68/22 68/24 69/7 75/8 75/8 103/25 104/3 118/15 118/15

**March [13]** 10/4 12/3 18/8 19/13 28/23 34/20 42/4 47/1 56/6 56/18 60/1 65/6 72/20

**March 10 [1]** 56/6

**March 10th [1]** 18/8

**March 10th is [1]** 72/20

**March 2019 [1]** 34/20

**March 9th [1]** 19/13

**marine [2]** 60/20 64/18

**MARK [1]** 2/19

**market [3]** 69/5 69/21 70/5

**marriages [1]** 52/2

**married [5]** 10/6 16/25 36/9 52/2 55/8

**masks [1]** 132/9

**mass [3]** 16/3 17/3 69/16

**Massachusetts [1]** 54/15

**massive [1]** 91/19

**masterful [1]** 64/10

**masters [1]** 94/14

**match [2]** 74/24 91/18

**materials [4]** 87/15 95/16 109/11 109/13

**maternity [1]** 17/1

**matter [7]** 14/6 23/8 33/3 42/22 52/19 108/6 132/7

**matters [2]** 9/11 10/23

**MAX [26]** 24/8 25/18 57/7 60/1 63/8 66/1 66/12 66/19 66/24 67/1 69/22 72/5 72/5 72/10 75/13 78/3 78/24 79/22 80/19 80/24 81/6 110/11 110/14 113/5 118/12 120/1

**may [13]** 7/1 7/24 15/3 23/14 42/3 69/12 85/23 98/20 100/5 100/17 105/23 114/14 120/19

**maybe [11]** 35/19 41/9 43/9 85/16 85/17 87/24 88/1 90/18 90/19 105/22 123/7

**MBA [1]** 71/2

**MCAS [13]** 51/5 57/21 58/3 66/7 66/8 77/5 77/23 79/12 80/1 80/8 80/10 80/14 84/3

**McGUIRE [1]** 2/16

**me [90]** 6/20 11/14 11/15 12/2 12/11 12/21 13/7 13/9 13/11 14/2 14/7 16/12

16/13 16/14 18/4 18/6 18/25 18/25 19/1 19/2 19/3 19/16 25/3 27/15 28/22 32/13 32/13 32/24 33/3 33/17 33/20 34/1 34/8 34/25 35/2 35/2 35/3 35/8 35/22 42/12 43/12 45/7 45/17 49/6 49/12 50/18 51/1 51/12 51/17 52/10 53/21 53/24 53/25 54/5 54/6 54/10 54/11 54/18 56/7 57/10 59/6 61/5 61/20 65/19 72/13 72/16 73/21 74/5 74/17 84/18 84/25 103/3 103/25 104/11 104/12 106/13 107/3 108/3 108/24 109/2 110/18 116/2 122/24 123/7 124/19 130/4 130/6 130/14 130/15

**MEACHAM [1]** 1/16

**meal [1]** 20/14

**meaning [2]** 22/9 68/7

**meaningful [4]** 113/20 117/10 117/17 118/3

**means [1]** 60/14

**meant [7]** 33/20 33/22 61/14 61/14 75/15 99/16 101/5

**meantime [1]** 130/8

**measure [1]** 96/24

**measures [8]** 88/6 91/24 98/21 114/10 123/24 126/17 128/10 129/14

**mechanism [3]** 110/25 111/14 113/22

**media [2]** 18/9 36/18

**medical [1]** 76/14

**medication [1]** 67/18

**medication-dependent [1]** 67/18

**medicine [1]** 57/1

**M**

MEDINA [1] 1/20
meditate [1] 57/9
meet [5] 18/6 47/18 74/18 74/19 111/14
meeting [5] 78/11 105/17 105/19 106/1 117/14
meetings [5] 95/21 101/25 111/21 112/21 117/15
meets [3] 101/18 107/18 112/17
Mel's [1] 47/10
melted [1] 73/24
Melvin [12] 9/3 9/5 40/9 40/24 42/16 44/1 44/5 46/19 46/24 47/18 48/3 48/7
member [2] 29/25 99/19
members [6] 62/24 65/10 86/6 108/11 108/14 114/7
memo [1] 101/1
memorandum [1] 82/25
memorial [1] 16/3
memories [8] 12/24 32/22 54/2 54/3 55/3 55/3 55/4 55/4
memory [1] 13/1
men [1] 40/16
mental [1] 67/8
mentally [1] 49/25
mention [1] 100/22
mentioned [10] 17/1 17/2 93/19 94/10 94/13 94/19 96/22 99/18 104/19 107/15
mentions [2] 27/6 102/23
mentor [1] 64/12
mentorship [1] 76/20
mere [1] 80/9
message [8] 11/16 11/20 11/22 17/5 67/23 89/20 115/5 115/8
messages [4] 16/11 20/1

20/13 67/25
met [6] 23/22 52/12 52/12 73/14 97/12 103/17
MeToo [1] 23/9
metric [3] 97/9 97/10 97/12
MICHAEL [6] 2/22 4/17 8/19 71/14 72/8 76/7
Mick [10] 8/15 10/1 10/9 10/15 10/22 11/7 11/24 12/5 14/3 14/17
Mick's [1] 13/21
microphone [1] 64/2
mid [1] 19/21
mid-afternoon [1] 19/21
middle [3] 11/14 12/24 23/9
might [10] 13/11 25/12 43/13 62/8 86/23 90/25 91/5 110/19 110/20 116/10
Mike [2] 6/10 72/12
mild [2] 56/22 56/22
miles [2] 52/15 77/8
military [1] 118/7
milk [1] 54/7
Milleron [4] 8/19 71/14 71/17 72/8
Milleron.......................
.............71 [1] 4/16
million [5] 37/15 48/20 79/7 110/14 110/15
millions [1] 15/14
mind [8] 21/23 23/11 38/5 56/8 56/13 65/12 67/3 96/13
mine [1] 32/12
minimal [1] 69/22
minimize [1] 83/6
minimum [1] 75/9
minions [1] 70/19
minute [1] 25/8
minutes [11] 28/18 38/3

38/8 51/14 51/16 56/9 65/7 65/12 73/2 73/3 77/3
mirror [1] 103/6
misconduct [1] 95/6
misleading [1] 78/7
miss [9] 58/13 111/2 112/22 113/14 114/25 116/20 116/23 120/17 130/19
Miss Amuluru [3] 111/2 112/22 113/14
Miss Berthet [1] 130/19
Miss Laryea [4] 114/25 116/20 116/23 120/17
missed [1] 36/13
missing [2] 35/20 129/6
mission [5] 11/19 13/23 15/11 15/15 16/17
misspoke [1] 87/24
mistake [1] 36/22
mistaken [1] 125/12
mistakes [1] 64/7
MIT [1] 89/1
mixed [1] 77/13
mixture [1] 73/12
mobilized [1] 64/22
model [3] 65/19 68/5 74/20
modern [1] 25/21
modest [1] 128/20
mom [1] 43/17
moment [3] 38/25 40/22 43/7
moments [5] 12/7 13/22 19/15 20/6 73/15
money [6] 13/16 13/17 50/6 69/14 81/3 81/4
monitor [50] 82/20 84/14 84/18 86/8 86/17 86/21 87/1 87/10 87/23 87/25 88/17 90/17 91/3 91/21

**M**

monitor... **[36]** 93/14
93/15 94/8 94/9 94/21
98/10 98/11 98/12 98/13
98/17 100/5 100/23 101/3
101/4 101/14 101/23 102/9
102/16 110/20 110/23 111/6
114/5 117/23 118/2 118/18
118/21 119/1 119/5 119/6
119/7 119/11 121/4 122/19
123/5 123/10 123/21
monitor/corporate **[1]**
88/17
monitoring **[7]** 81/23 120/3
120/3 121/11 121/14 122/10
122/22
monitors **[7]** 86/15 86/21
87/5 87/6 94/14 120/21
122/11
monitorships **[1]** 96/5
monsoon **[1]** 15/24
monster **[1]** 70/3
month **[4]** 38/5 88/12
93/22 94/2
monthly **[2]** 112/17 117/15
months **[18]** 9/6 13/8 15/9
16/5 18/14 19/9 20/5
22/10 22/14 22/17 22/17
35/15 38/16 47/10 51/23
54/24 65/19 73/7
Moore **[7]** 8/20 8/21 63/17
63/20 64/3 64/4 64/10
Moore.........................
..............64 **[1]** 4/15
Moore.........................
............63 **[1]** 4/14
moral **[1]** 30/13
morally **[1]** 69/5
morals **[1]** 29/24
more **[38]** 12/10 13/10 14/4
19/17 20/9 20/9 22/24
25/3 25/5 25/7 27/2

27/10 29/12 29/20 33/17
33/20 50/13 59/13 60/6
61/14 62/22 68/7 70/5
75/2 80/5 80/19 84/6 91/8
100/6 101/25 102/1 110/14
110/14 115/13 115/14 121/21
127/10 127/16
moreover **[1]** 23/21
Morford **[1]** 101/1
morning **[23]** 6/21 7/17 8/5
8/11 11/19 11/20 19/24
21/2 42/17 44/6 59/24
60/3 84/11 84/13 84/24
85/7 85/12 89/15 89/21
89/22 91/9 127/11 130/19
mortal **[1]** 60/11
most **[18]** 10/15 10/24
15/16 26/1 30/21 30/24
32/21 47/15 50/1 51/25
52/1 57/23 65/8 70/6
74/8 86/16 95/24 126/23
mother **[7]** 12/21 22/6
26/20 29/11 48/9 48/14
64/4
mother's **[2]** 29/9 43/10
mother-in-law's **[1]** 26/20
mothers **[2]** 35/16 38/6
motion **[1]** 98/23
motions **[6]** 25/15 25/16
42/24 82/8 83/16 85/2
motivated **[5]** 44/11 45/22
48/4 52/18 79/8
motives **[1]** 127/4
motto **[1]** 11/2
movants **[3]** 2/2 6/8
130/14
movants' **[1]** 107/4
move **[4]** 42/15 61/12
127/5 129/10
moved **[2]** 13/2 32/14
moves **[1]** 45/20
moving **[1]** 42/18

Mr **[10]** 4/21 4/23 4/24
8/2 28/9 32/4 39/11
63/20 71/18 108/10
Mr. **[30]** 7/2 27/19 27/25
83/11 92/3 92/8 92/19
93/1 93/16 99/17 99/21
99/25 100/25 108/7
108/22 110/21 113/12
114/11 114/16 116/9 117/12
117/20 117/21 117/23
118/14 118/25 119/19 128/2
128/12 130/15
Mr. Cassell **[14]** 27/19
27/25 92/3 92/8 92/19
93/16 99/17 99/21 99/25
100/25 116/9 117/23
118/25 119/19
Mr. Cassell's **[2]** 93/1
117/21
Mr. Delaney **[3]** 7/2 108/7
113/12
Mr. Filip **[2]** 117/20 118/14
Mr. Filip's **[2]** 114/16
117/12
Mr. Hatch **[5]** 108/22
110/21 114/11 128/2 128/12
Mr. Jacobs **[1]** 130/15
Mr. Stumo **[1]** 83/11
Mrs **[2]** 39/11 63/20
Ms **[2]** 4/22 71/17
Ms. **[1]** 114/20
Ms. Laryea **[1]** 114/20
much **[24]** 9/20 14/8 14/13
20/2 20/5 25/3 25/5
26/17 32/20 33/11 38/20
48/2 48/11 61/6 62/9
62/12 65/13 73/17 76/18
79/16 81/3 81/4 91/8
115/20
Muilenburg **[11]** 12/15
13/19 37/14 57/24 58/22
59/8 66/16 72/14 75/1

**M**

Muilenburg... **[2]** 77/22 78/10

multi **[1]** 81/16

multi-year **[1]** 81/16

mum **[6]** 26/2 32/14 32/23 51/23 57/16 61/17

mum-in-law **[2]** 51/23 57/16

Mummy **[2]** 16/13 19/16

murder **[4]** 31/1 37/20 59/13 69/16

murdered **[1]** 64/5

murderers **[1]** 69/4

must **[11]** 12/5 12/6 12/6 20/19 56/24 56/25 61/7 70/23 92/12 95/10 128/16

my **[174]**

myself **[2]** 18/21 48/23

**N**

Nadia **[6]** 4/16 8/19 71/14 72/8 76/10 77/14

Nadia's **[1]** 77/20

nagging **[2]** 56/9 56/21

Naheed **[5]** 4/7 8/25 28/6 28/11 28/20

Nairobi **[6]** 11/9 11/10 11/17 52/9 65/5 77/1

Nakuru **[1]** 51/24

name **[14]** 9/25 15/4 28/10 28/20 32/5 34/24 35/22 44/1 46/21 46/22 46/24 51/1 59/24 64/3

named **[1]** 93/21

names **[1]** 17/4

Naoise **[4]** 4/5 8/14 9/13 9/25

nappies **[1]** 61/15

narratives **[1]** 68/1

narrow **[1]** 21/2

national **[2]** 52/8 78/6

Nations **[5]** 10/13 10/14 11/8 61/5 95/4

nature **[2]** 91/21 127/3

navigator **[1]** 68/19

nearly **[3]** 15/14 16/2 16/4

necessary **[5]** 67/13 98/9 98/10 104/15 123/21

need **[10]** 14/9 21/22 31/10 60/19 70/22 101/12 105/14 111/7 122/14 124/18

needed **[7]** 12/11 12/11 76/18 77/23 77/24 79/12 117/9

needless **[2]** 21/5 38/22

needs **[7]** 76/15 83/18 84/5 90/3 105/13 106/5 107/12

negligence **[1]** 36/23

negotiated **[3]** 93/25 94/5 126/16

negotiation **[1]** 96/14

negotiations **[2]** 86/3 86/6

neither **[2]** 89/13 125/4

networks **[2]** 20/16 24/15

never **[53]** 10/4 11/23 12/2 13/11 15/19 15/19 16/7 16/15 17/16 17/19 18/15 21/12 21/13 24/11 24/20 26/2 34/15 42/5 42/5 43/18 45/12 46/7 47/18 47/19 47/25 49/16 55/7 55/9 56/2 56/3 56/12 58/5 58/15 58/16 62/1 62/5 62/5 63/6 63/15 64/6 64/6 67/19 68/9 68/10 68/12 73/22 74/18 74/18 84/22 87/20 101/4 101/5 129/1

never-ending **[1]** 12/2

new **[11]** 2/7 2/7 21/18 29/1 34/4 42/18 42/18 72/10 80/10 82/17 93/23

New York **[1]** 93/23

newborn **[1]** 10/9

news **[6]** 20/16 24/8 35/24 36/18 67/11 70/12

newsletters **[1]** 24/15

newspaper **[1]** 22/11

newspapers **[1]** 22/24

next **[12]** 11/19 27/25 34/23 43/16 93/4 115/24 126/11 127/6 128/4 128/4 128/9 128/10

nicely **[1]** 126/8

nickname **[1]** 20/15

night **[13]** 11/15 12/24 35/21 41/5 44/7 56/19 67/16 82/25 84/17 86/14 86/16 117/21 130/16

nightmare **[5]** 21/6 36/21 44/7 49/14 50/11

nightmares **[3]** 12/4 12/10 51/14

nine **[3]** 38/5 51/22 54/24

nine-month-old **[1]** 38/5

Njoroge **[4]** 8/22 8/23 50/19 51/2

Njoroge.......................
...............50 **[1]** 4/12

Njuguna **[1]** 51/3

no **[52]** 1/5 6/22 6/23 12/9 14/6 19/17 20/4 20/21 21/8 21/25 23/8 23/12 24/8 26/7 27/5 27/15 27/16 27/21 29/10 29/12 34/20 37/6 38/21 40/18 49/7 56/17 58/15 65/7 65/10 70/12 78/15 81/17 81/20 82/12 82/17 82/23 84/1 86/20 90/4 91/6 94/18 98/1 98/16 99/8 99/10 104/14 107/25 123/2 123/14 125/25 126/24 129/22

**N**

No. **[3]** 6/6 54/19 54/20
No. 2 **[2]** 54/19 54/20
No. 4:21-cr-5 **[1]** 6/6
nobody **[5]** 22/11 26/13 33/1 54/13 126/4
none **[1]** 104/6
nonprofit **[1]** 74/11
noon **[1]** 19/25
Noormohamed **[5]** 8/25 9/1 28/11 28/20 28/21
Noormohamed...................................28 **[1]** 4/7
nor **[3]** 89/13 99/18 125/4
normal **[1]** 22/19
north **[2]** 52/16 53/9
NORTHERN **[4]** 1/2 1/17 16/21 132/18
Norton **[1]** 88/21
Norway **[1]** 16/21
nosediving **[1]** 56/10
not **[155]**
note **[1]** 118/8
noted **[1]** 66/11
notes **[3]** 92/11 99/5 100/13
nothing **[17]** 11/18 20/9 20/9 26/20 27/3 36/10 36/18 38/20 42/21 46/3 51/8 51/9 51/10 63/13 78/16 127/5 129/25
notice **[1]** 44/25
Nova **[1]** 64/25
novel **[1]** 99/11
November **[4]** 66/6 66/11 78/4 110/10
November 27th **[1]** 78/4
now **[48]** 19/16 19/18 21/10 22/1 34/11 34/12 36/5 41/7 41/13 41/19 42/1 48/8 48/14 55/17 57/19 58/20 64/5 68/3 68/19 69/11

74/13 74/16 74/25 82/4 83/10 83/14 85/8 85/23 86/10 86/15 88/11 88/16 89/10 89/22 92/9 92/11 92/19 93/18 102/5 102/23 103/17 104/17 114/7 114/11 116/6 124/4 128/12 128/23
nowhere **[1]** 45/2
nuisance **[1]** 81/1
number **[3]** 101/2 104/4 110/23
numbered **[1]** 3/8
numbers **[1]** 55/12
numerous **[3]** 18/22 112/24 113/17
NW **[1]** 1/22

**O**

O'CONNOR **[4]** 1/12 39/16 43/24 50/25
oath **[9]** 9/16 14/24 28/15 32/2 39/11 46/15 50/22 59/20 83/14
oaths **[2]** 63/20 71/17
objected **[2]** 119/21 119/22
objection **[1]** 89/14
objective **[1]** 100/7
objects **[1]** 18/19
obligation **[6]** 82/6 84/5 87/2 88/14 124/6 126/2
obligations **[8]** 98/1 98/6 99/5 101/21 101/23 102/3 122/20 128/13
obliterated **[1]** 12/1
observe **[1]** 16/21
obsession **[1]** 23/4
obvious **[6]** 19/10 22/22 89/24 126/22 127/8 130/2
obviously **[9]** 15/25 42/13 71/23 82/4 82/7 82/25 103/19 109/22 127/4
occasion **[1]** 100/22
occasionally **[1]** 21/1

occasions **[1]** 43/11
occupied **[1]** 18/13
occurred **[3]** 68/22 68/23 119/23
ocean **[1]** 33/5
October **[4]** 34/21 38/13 78/5 109/17
October 2019 **[1]** 34/21
October 22nd **[1]** 109/17
ODA **[2]** 66/2 80/4
odd **[3]** 74/5 104/1 125/1
odds **[1]** 62/10
off **[6]** 11/17 24/10 28/22 48/23 67/7 128/10
offer **[2]** 53/8 99/10
offers **[1]** 99/8
office **[2]** 110/3 110/5
officer **[10]** 2/23 2/24 15/12 77/4 108/9 108/10 109/2 111/2 112/22 113/11
officers **[1]** 95/22
offices **[2]** 2/10 110/4
Official **[1]** 132/18
often **[5]** 35/18 83/21 83/24 86/15 102/2
oh **[7]** 40/18 40/23 40/24 41/8 43/17 53/21 128/12
okay **[27]** 6/12 7/2 7/15 9/9 9/14 9/23 25/7 25/9 27/14 27/16 28/18 37/4 38/7 43/17 71/6 100/22 104/7 104/10 106/17 107/21 108/23 114/12 115/12 115/20 124/20 124/24 130/3
old **[12]** 10/8 15/4 16/8 17/15 19/4 29/7 33/4 38/5 48/1 51/23 54/24 64/4
older **[3]** 39/21 76/10 76/11
olds **[1]** 36/14
on **[156]**

**once [4]**  11/25 40/25
86/19 117/13

**one [72]**  13/1 18/25 19/15
21/9 23/4 23/6 23/22
25/7 25/15 26/3 26/8
26/11 27/22 32/13 32/16
32/22 34/13 34/14 34/19
35/24 38/16 42/16 43/4
45/7 53/14 58/12 58/12
59/3 63/14 65/3 68/16
69/3 69/17 70/6 70/10
70/20 71/13 73/8 73/19
76/23 82/11 84/6 84/21
85/8 85/23 86/3 86/5
87/5 87/8 88/12 90/23
91/11 91/17 92/21 93/19
95/4 99/18 107/15 110/20
110/23 115/8 118/20 118/21
121/3 121/16 122/17 123/23
125/10 127/12 127/18
128/14 130/18

**one's [2]**  61/8 71/7

**one-third [1]**  73/8

**ones [10]**  21/18 34/18
37/6 38/14 38/21 43/9
49/22 65/10 108/17 114/18

**ongoing [4]**  77/24 92/17
103/1 103/15

**only [31]**  10/6 18/24 19/8
19/18 23/4 23/24 26/7
26/13 26/24 27/12 29/14
29/19 38/23 39/18 48/1
51/11 52/15 72/4 73/14
76/3 81/6 82/11 84/6 90/2
102/10 103/12 116/23 117/3
117/4 126/7 129/23

**only two [1]**  126/7

**onto [1]**  91/3

**oOo [1]**  6/3

**open [2]**  22/11 100/15

**opened [2]**  27/12 34/25

**operations [1]**  85/10

**operative [1]**  122/7

**opinion [2]**  106/4 109/16

**opportunities [1]**  68/22

**opportunity [13]**  9/8 43/24
51/1 59/24 63/25 69/21
86/7 86/11 87/18 88/13
89/19 112/1 113/2

**opposed [1]**  122/25

**opposes [4]**  97/15 97/16
100/9 100/20

**opposition [1]**  98/23

**or [91]**  16/13 21/7 21/22
22/11 24/12 26/5 26/8
32/12 33/25 34/1 34/7
34/7 35/19 35/23 36/2
36/3 36/7 36/13 37/12
37/20 40/24 41/8 41/22
41/22 41/22 43/16 43/16
49/18 52/2 60/21 62/16
64/6 65/10 65/10 67/20
69/3 69/13 70/5 71/7 74/7
76/1 78/15 78/15 82/21
84/22 88/1 88/2 89/25
90/19 91/1 91/2 92/5 93/3
93/14 93/15 94/9 94/21
99/7 99/10 100/4 101/11
102/9 103/8 105/9 105/15
105/22 105/22 106/6
106/12 106/18 106/19
107/2 107/10 107/11 109/18
110/20 114/5 115/1 117/1
118/18 119/8 120/7 120/21
122/3 126/12 127/12
128/21 129/25 130/5 130/9
132/9

**oral [1]**  130/20

**ordeal [2]**  25/22 68/21

**order [4]**  93/19 107/16
109/21 130/8

**ordered [2]**  94/15 130/9

**orders [1]**  66/2

**organizational [1]**  113/6

**other [54]**  13/5 17/18
17/19 19/9 21/17 21/17
26/25 27/1 31/4 34/14
35/13 38/16 40/11 41/1
42/6 44/9 45/25 51/9
57/16 59/8 62/16 63/7
64/12 66/9 69/14 71/1
81/9 82/18 84/1 85/8 90/8
91/17 92/7 93/12 95/23
96/7 97/10 99/7 99/9
99/10 103/8 105/15 112/24
113/2 117/5 117/5 120/19
120/20 122/23 124/15
128/14 128/23 129/10
130/11

**other's [1]**  68/11

**others [11]**  16/23 20/8
26/5 29/23 30/10 30/20
37/13 37/21 70/3 77/17
95/14

**otherwise [1]**  84/22

**ought [1]**  107/3

**our [112]**  8/8 10/5 10/8
10/9 10/10 11/7 11/12 12/1
12/12 13/3 14/7 28/12
28/24 29/11 29/11 29/20
30/5 30/17 30/18 31/9
31/22 33/19 33/20 33/22
33/22 34/3 34/5 34/10
34/16 34/18 36/21 37/6
38/18 38/21 39/18 39/20
39/21 40/5 40/22 41/14
41/16 41/16 41/25 42/1
42/2 42/3 42/4 42/25
43/14 43/20 44/4 45/13
45/25 47/7 47/13 48/12
48/19 48/23 49/22 50/3
50/6 50/12 50/17 50/17
50/17 52/24 55/5 61/9
61/13 62/4 62/20 62/21
62/21 66/25 68/12 68/17

**O**

our... **[36]** 68/19 68/19 68/19 68/19 69/23 70/2 71/5 71/13 72/3 73/8 73/12 74/14 75/15 75/19 75/23 76/1 78/9 81/11 81/11 81/19 82/8 82/25 86/16 87/5 87/10 87/14 87/24 89/11 89/14 107/6 107/9 121/17 125/15 126/1 126/25 128/17 128/25

ourselves **[2]** 30/5 81/17

out **[35]** 12/23 14/2 19/3 21/16 24/17 33/5 35/3 35/9 35/21 36/13 36/21 39/25 40/12 45/2 46/1 46/6 47/12 47/13 53/19 55/19 67/5 75/2 77/10 79/20 82/24 86/20 89/20 96/17 105/5 105/9 108/24 123/7 125/15 125/22 129/17

outgoing **[1]** 48/4

outlier **[1]** 52/5

outlines **[1]** 95/4

outlining **[1]** 35/7

outraged **[1]** 38/17

outside **[1]** 107/11

outsourcing **[3]** 122/20 124/6 126/2

over **[35]** 16/4 17/23 18/25 21/18 34/9 34/9 34/12 40/18 46/5 57/18 58/2 58/2 58/12 58/12 60/5 72/2 74/1 79/16 79/18 81/4 83/23 88/2 94/25 96/18 97/25 104/6 105/5 105/7 109/12 109/24 111/3 114/11 117/18 128/21 129/21

overlap **[1]** 103/10

overlapped **[1]** 126/17

overlapping **[3]** 84/16 126/6 126/14

overlooked **[2]** 33/7 69/7

oversee **[1]** 96/5

overseeing **[4]** 96/20 109/15 109/25 120/3

oversees **[1]** 100/16

oversight **[26]** 36/23 58/25 66/1 67/12 79/16 81/20 82/21 86/9 89/2 97/25 109/4 109/7 110/3 110/8 110/16 111/13 111/18 112/10 114/6 116/7 117/10 117/19 118/3 118/8 118/11 119/14

oversights **[1]** 110/19

overturned **[1]** 121/6

overwhelmed **[1]** 13/5

overwhelms **[1]** 20/20

own **[11]** 30/9 43/2 44/15 48/25 49/1 61/23 62/8 74/10 82/5 118/23 122/25

**P**

P.C **[1]** 2/10

p.m **[1]** 131/2

page **[1]** 109/17

paid **[1]** 37/16

pain **[10]** 16/7 16/10 26/5 29/20 61/25 62/5 68/24 75/3 81/19 108/17

painfully **[1]** 67/13

painkillers **[1]** 57/1

pandemic **[1]** 132/8

panic **[1]** 21/3

paragraph **[1]** 123/19

parcels **[3]** 27/10 35/1 35/7

parent **[2]** 32/19 48/25

parents **[7]** 32/18 33/19 33/22 34/10 47/21 68/7 72/9

parents' **[1]** 37/11

Paris **[1]** 24/24

park **[1]** 57/20

part **[17]** 15/16 17/9 19/11 30/21 41/12 41/25 86/6 86/18 93/16 93/24 94/14 95/13 99/1 109/5 121/19 121/22 126/13

parte **[1]** 130/5

parted **[2]** 14/7 14/14

participants **[1]** 132/9

participate **[1]** 44/24

particular **[3]** 12/15 90/5 115/15

particularly **[2]** 87/6 120/25

parties **[6]** 86/3 87/22 93/15 93/24 94/6 122/3

partisan **[1]** 99/14

partner **[4]** 19/24 27/2 29/17 59/25

partners **[1]** 95/23

parts **[4]** 77/10 77/13 77/14 126/12

party **[3]** 101/12 110/23 120/21

passed **[3]** 34/7 86/24 110/7

passenger **[1]** 60/5

passengers **[9]** 45/24 60/9 60/10 63/7 66/23 76/1 76/2 77/12 91/10

passing **[2]** 29/4 32/19

passion **[4]** 10/11 10/20 10/22 74/24

passionate **[2]** 15/18 62/3

passively **[1]** 66/15

past **[6]** 12/17 19/3 67/24 67/25 98/8 124/5

path **[2]** 17/8 111/12

paths **[1]** 59/11

patient **[1]** 25/23

pattern **[1]** 18/2

**P**

**PAUL [10]** 2/2 4/12 4/13 8/6 8/22 8/24 50/19 51/2 59/17 59/24

**Pauls [4]** 8/23 8/23 51/3 51/3

**paused [1]** 56/14

**pay [3]** 38/2 64/6 84/2

**peace [3]** 31/8 31/19 49/7

**penalty [3]** 38/21 79/4 79/7

**pending [6]** 82/7 83/16 123/11 123/14 130/10 130/12

**Pennsylvania [1]** 1/22

**people [46]** 10/11 10/22 10/25 11/3 11/6 14/17 16/8 23/7 23/11 25/23 26/12 30/23 31/6 32/10 33/13 38/11 39/5 40/17 44/15 45/19 45/23 49/11 50/15 54/9 56/5 57/18 64/5 68/11 69/2 69/13 71/24 72/3 72/4 72/6 73/13 73/14 74/7 75/8 76/19 83/9 83/23 104/2 104/6 109/23 118/5 126/1

**people's [1]** 71/1

**per [3]** 97/19 102/20 102/20

**perceived [1]** 79/21

**percent [2]** 35/6 80/19

**perfect [3]** 33/8 34/13 47/8

**performed [1]** 110/9

**perhaps [2]** 126/9 126/12

**period [1]** 118/13

**perished [1]** 38/15

**permanently [1]** 20/7

**permeating [1]** 73/13

**permission [1]** 8/4

**permit [1]** 28/21

**perpetrated [3]** 57/20 70/7 71/14

**perpetrating [1]** 70/10

**perpetrator [1]** 81/19

**person [12]** 29/10 33/6 45/16 47/15 48/21 50/1 60/15 61/5 61/24 74/15 87/15 128/5

**personal [5]** 20/19 49/3 70/23 116/24 117/2

**personality [2]** 48/11 76/21

**personally [1]** 43/20

**personnel [1]** 112/25

**persons [2]** 92/8 95/23

**perspective [5]** 87/4 105/18 115/3 115/18 115/25

**phone [4]** 20/1 34/6 67/2 108/2

**photos [3]** 18/9 18/20 18/22

**physical [1]** 77/4

**pick [3]** 48/22 55/2 68/18

**picture [3]** 11/21 17/15 20/3

**pictures [3]** 21/17 21/18 72/6

**piece [1]** 29/9

**pieces [6]** 26/19 48/20 68/18 73/7 77/9 77/12

**pillars [1]** 34/10

**pills [1]** 56/24

**pilot [4]** 69/22 80/5 80/23 81/8

**pilots [5]** 58/2 66/2 70/17 79/10 80/1

**pilots' [1]** 81/2

**pinewood [1]** 65/17

**pipeline [1]** 64/25

**place [12]** 10/21 11/4 50/17 62/22 86/12 90/14 96/18 102/16 111/2 117/23 126/17 127/20

**placed [2]** 60/11 66/22

**places [4]** 10/17 20/18 21/7 21/8

**plain [1]** 50/4

**plan [4]** 21/25 41/18 80/8 118/22

**plane [35]** 10/1 13/23 19/17 22/17 22/18 23/20 24/25 26/3 26/12 29/2 35/12 35/13 36/2 38/3 38/6 38/13 47/1 47/4 51/4 51/6 56/10 57/25 60/12 65/19 66/13 72/4 74/12 75/6 77/2 77/4 77/7 77/11 77/13 79/11 79/25

**planes [6]** 12/4 34/15 36/15 38/19 50/5 79/7

**planet [2]** 42/4 62/21

**planned [4]** 14/4 24/11 48/13 61/10

**planner [1]** 68/19

**planning [2]** 53/5 53/6

**plans [2]** 47/13 111/21

**plant [1]** 66/3

**play [7]** 11/4 17/21 40/19 57/10 99/14 99/15 124/3

**played [1]** 50/3

**player [1]** 55/14

**playfully [1]** 59/10

**playfulness [1]** 73/24

**playing [1]** 59/10

**plea [3]** 7/2 7/25 13/13

**plead [2]** 6/25 7/21

**please [33]** 6/5 6/13 7/4 9/14 9/15 14/21 14/23 15/3 16/14 19/2 21/20 26/2 27/17 27/22 27/23 27/24 28/10 28/14 32/1 39/10 46/5 46/14 50/16 50/21 59/19 63/19 71/16 108/5 108/19 108/24 109/2 110/18 114/14

**P**

**pled [2]** 84/24 85/7
**plowed [1]** 77/7
**plummeted [2]** 51/5 51/6
**plus [1]** 76/17
**pockets [1]** 37/5
**poignant [1]** 16/11
**point [16]** 38/25 39/2
70/5 83/4 85/2 96/17
105/9 106/18 116/4 116/13
116/22 121/9 121/16 125/15
127/3 130/18
**pointed [3]** 15/25 123/24
125/22
**points [8]** 8/12 8/13
107/22 109/1 114/19 114/22
120/9 125/20
**policies [5]** 95/15 101/2
101/15 112/14 123/22
**policy [2]** 61/1 112/19
**political [2]** 76/21 84/8
**poor [2]** 15/24 25/24
**posed [1]** 66/7
**poses [1]** 92/16
**position [5]** 89/7 99/11
113/11 117/25 126/21
**positioned [4]** 94/24 96/1
96/15 97/11
**positive [1]** 29/23
**possible [6]** 21/9 24/9
24/21 90/13 100/5 113/18
**potential [2]** 69/4 112/8
**pounds [3]** 51/11 51/11
51/12
**poverty [1]** 52/3
**power [6]** 33/5 62/18 74/8
84/8 98/17 102/7
**powerful [1]** 83/14
**practice [1]** 31/16
**practices [1]** 112/15
**pray [3]** 49/6 49/7 76/5
**prayers [2]** 38/12 38/17

**precautions [1]** 70/25
**precedence [1]** 93/17
**precedent [1]** 85/25
**precious [1]** 91/9
**prefer [1]** 130/6
**pregnant [3]** 47/10 53/7
53/7
**prepare [2]** 76/13 95/11
**prepared [1]** 65/13
**preparing [1]** 11/13
**preponderance [2]** 125/17
125/18
**prescribed [1]** 132/13
**presence [3]** 66/9 72/22
108/16
**present [3]** 17/15 67/24
120/19
**presentation [1]** 9/7
**presented [5]** 39/3 71/4
86/2 86/4 86/16
**presents [2]** 118/18 119/5
**President [1]** 66/18
**press [4]** 73/5 77/25 78/1
78/2
**pressure [3]** 56/21 79/22
115/19
**pretend [2]** 81/14 98/2
**pretended [1]** 32/25
**pretrial [2]** 123/5 123/9
**prevail [3]** 12/14 37/12
62/19
**prevent [9]** 66/18 75/5
75/16 78/23 79/2 81/1
81/25 95/6 129/24
**preventing [1]** 129/19
**previously [1]** 64/24
**price [6]** 77/18 78/8 78/18
78/20 84/2 86/25
**PriceWaterhouse [1]** 53/1
**primary [1]** 114/9
**prime [1]** 60/21
**PRIMIS [1]** 2/19

**princess [6]** 54/16 54/17
54/19 54/19 54/20 54/20
**PRINCIPAL [1]** 1/20
**prior [4]** 35/15 39/21
116/20 123/25
**prioritize [1]** 60/5
**prison [3]** 23/5 24/4 88/2
**prisoner [1]** 88/2
**privacy [1]** 26/18
**privilege [1]** 115/4
**pro [3]** 55/14 55/14 55/15
**probably [6]** 41/6 45/17
85/5 86/24 87/24 90/23
**probation [2]** 94/15 94/18
**probe [1]** 114/1
**problem [3]** 57/2 79/12
80/16
**problems [3]** 73/20 127/2
127/22
**procedures [6]** 26/10
87/12 95/16 95/19 95/20
111/11
**proceed [2]** 108/21 111/12
**proceeding [1]** 116/15
**proceedings [7]** 72/13
118/9 123/13 123/15 131/2
132/6 132/10
**proceeds [1]** 109/21
**process [13]** 23/14 44/22
58/17 78/12 78/12 78/16
86/10 90/10 96/14 100/1
115/22 117/18 121/22
**processes [4]** 65/2 111/11
112/5 114/7
**processing [1]** 53/3
**produced [1]** 3/9
**product [2]** 69/23 70/8
**production [3]** 66/3 75/12
128/21
**products [1]** 70/24
**professional [3]** 55/13
58/7 114/1

**P**

**professionals [1]** 53/16
**Professor [1]** 25/14
**proffer [6]** 108/21 109/3
110/18 117/12 119/20
119/22
**proffered [1]** 83/20
**profit [3]** 45/22 75/2
75/25
**profits [2]** 57/18 83/23
**program [20]** 11/10 81/6
85/17 88/19 90/14 95/2
95/5 95/11 95/25 97/3
97/4 97/7 100/19 101/7
106/6 107/19 111/19 111/25
113/4 115/9
**Programme [3]** 10/13 10/14
10/24
**programs [3]** 96/5 111/10
112/14
**PROJECT [1]** 2/3
**projects [1]** 16/21
**prolong [1]** 29/19
**promised [2]** 84/20 88/8
**promising [1]** 89/9
**promotions [1]** 113/16
**promptly [1]** 112/8
**prong [2]** 92/9 92/12
**proof [1]** 50/13
**proper [2]** 58/25 65/9
**properly [2]** 115/11 129/4
**proposal [6]** 87/14 89/12
98/12 98/20 99/8 99/11
**proposals [1]** 89/11
**propose [4]** 82/24 88/18
129/25 130/1
**proposed [8]** 53/4 88/11
88/16 98/22 99/19 100/1
120/22 121/19
**proposing [6]** 87/23 127/14
128/11 128/15 128/16
128/17

**proposition [1]** 127/17
**prosecute [2]** 69/2 98/7
**prosecuted [2]** 13/20 71/9
**prosecution [13]** 7/6 7/19
7/20 22/24 62/15 63/3
63/9 69/12 116/1 116/13
116/15 118/24 119/24
**prosecutions [1]** 63/12
**prosecutor [1]** 112/23
**prosecutors [2]** 96/8
110/25
**prospect [1]** 119/10
**prostrate [1]** 21/21
**protect [14]** 30/23 49/2
58/9 60/20 62/23 64/20
69/1 69/4 76/1 76/2 103/5
105/2 122/1 126/20
**protected [2]** 47/23
102/11
**protecting [3]** 60/17 107/1
118/4
**protection [2]** 45/14
122/21
**protection's [1]** 60/24
**protective [1]** 126/18
**protects [1]** 18/25
**Protestant [1]** 17/9
**proud [1]** 68/6
**prove [2]** 96/8 116/16
**proves [1]** 113/24
**provide [10]** 11/3 87/19
88/2 89/8 94/11 96/15
111/8 121/4 130/4 130/5
**provided [8]** 57/24 84/17
87/4 88/19 93/17 126/24
130/14 130/15
**provides [8]** 95/7 97/6
100/7 111/24 112/4 113/1
116/24 121/20
**proximately [3]** 83/8
91/25 96/10
**psychologically [1]** 22/7

**psychologist [2]** 19/6 27/6
**psychology [1]** 19/5
**PTSD [1]** 27/6
**public [31]** 13/19 21/3
38/17 44/23 45/9 57/25
58/6 58/9 58/19 60/21
69/8 78/2 81/23 85/19
86/14 87/9 87/17 89/5
90/4 90/10 91/5 102/11
103/5 103/11 107/1 109/13
119/10 122/21 122/25
126/18 129/5
**publications [1]** 112/14
**publicly [1]** 122/3
**pull [4]** 54/5 54/6 64/2
77/5
**pumping [1]** 78/20
**punch [1]** 43/3
**punching [1]** 43/3
**punishment [1]** 69/9
**punitive [1]** 101/5
**puppy [1]** 61/14
**purpose [1]** 29/23
**purposely [1]** 74/12
**purposes [1]** 130/13
**purse [1]** 37/11
**pursue [2]** 52/10 52/19
**pursued [1]** 52/5
**pursuing [1]** 52/1
**purview [1]** 102/19
**push [2]** 106/10 106/21
**pushbacks [1]** 127/22
**pushed [2]** 45/22 115/6
**pushes [1]** 115/6
**pushing [2]** 14/6 105/13
**put [22]** 11/9 16/1 23/7
44/25 49/8 49/20 50/5
57/17 62/5 73/25 78/1
81/4 83/23 86/12 86/13
90/14 91/3 117/23 126/8
127/15 128/5 128/7
**puzzles [1]** 21/23

# Q

**qualities [1]** 48/8
**quality [1]** 113/8
**quarterly [3]** 102/1 102/2 111/21
**quest [3]** 31/22 33/14 33/15
**question [14]** 18/16 83/2 103/19 103/22 104/22 106/7 106/12 114/24 118/19 122/17 127/11 129/23 130/2 130/5
**questioning [2]** 78/14 107/8
**questions [3]** 25/24 117/5 121/16
**quickly [1]** 20/8
**quiet [1]** 61/1
**QUINNEY [1]** 2/2
**quote [1]** 34/16

# R

**racing [2]** 56/19 56/20
**radiated [1]** 64/13
**raise [11]** 9/15 14/21 14/22 28/14 31/25 39/9 46/13 50/20 59/18 63/18 71/15
**raised [4]** 32/8 35/2 35/8 42/1
**raising [3]** 42/2 61/15 79/22
**rarely [1]** 23/1
**rather [3]** 80/2 86/14 123/5
**RDR [3]** 3/2 132/4 132/17
**reach [1]** 60/13
**reached [1]** 14/2
**read [13]** 6/21 9/22 16/11 20/16 24/13 25/15 25/18 28/22 32/11 53/22 57/8 76/11 128/17

**reading [10]** 25/2 25/11 40/9 55/21 53/25 53/3 53/25 54/1 54/1 67/11
**reads [1]** 67/24
**ready [1]** 27/13
**real [3]** 13/18 117/19 119/5
**reality [1]** 43/14
**realize [1]** 26/4
**really [10]** 41/12 41/23 42/21 72/23 86/22 90/23 91/6 115/22 117/8 119/1
**reason [15]** 13/17 40/22 65/21 84/1 86/19 91/4 93/11 97/13 97/16 101/14 104/21 106/24 122/1 123/14 129/20
**reasonable [1]** 89/14
**reasonably [7]** 87/2 92/6 97/3 97/8 101/8 101/11 127/16
**reasons [3]** 43/4 93/8 94/22
**reassure [1]** 12/22
**reassured [1]** 19/19
**rebuilding [1]** 13/3
**received [7]** 6/14 53/8 66/15 67/2 73/7 75/11 99/22
**recent [1]** 86/16
**recently [3]** 41/13 75/10 89/1
**recess [1]** 130/25
**recipes [1]** 20/16
**recitals [1]** 33/25
**recites [1]** 121/25
**reckless [1]** 81/21
**recklessly [1]** 91/15
**recklessness [1]** 45/19
**reckoned [1]** 48/3
**recognizance [2]** 116/25 117/2
**recognize [3]** 61/24 69/2

124/2
**recognized [3]** 26/12 29/24 60/19 66/20 81/13
**recollection [1]** 49/8
**recommendations [1]** 128/19
**recommending [1]** 99/9
**record [12]** 28/2 81/10 83/2 83/10 83/17 113/24 116/22 119/12 122/8 124/10 130/13 132/6
**recordkeeping [1]** 95/20
**reddened [1]** 16/9
**redesign [1]** 118/13
**reduced [1]** 65/16
**REED [1]** 1/12
**refer [1]** 41/21
**referee [1]** 33/18
**referred [3]** 83/11 116/9 119/19
**referring [1]** 125/13
**refers [2]** 25/16 57/11
**reflect [1]** 91/21
**reflected [1]** 111/4
**reflection [1]** 61/23
**reflections [1]** 20/19
**Reform [1]** 110/7
**refuge [1]** 18/10
**refugee [2]** 15/8 15/13
**refugees [1]** 14/6
**refuse [1]** 13/16
**regard [2]** 114/17 118/12
**regarding [2]** 57/21 98/25
**regular [4]** 101/22 101/25 111/23 112/1
**regularly [3]** 15/21 111/14 111/19
**regulate [1]** 80/4
**regulating [1]** 109/10
**regulators [1]** 109/20
**regulatory [2]** 24/12 118/3
**rejected [1]** 121/2

**R**

**relates [2]** 102/5 122/18
**relating [1]** 100/3
**relationship [1]** 17/9
**relationships [1]** 49/19
**relatives [2]** 21/19 74/1
**release [30]** 4/20 8/13 9/8
78/1 78/2 81/23 82/3 82/6
82/10 82/13 82/22 83/3
84/4 85/3 85/6 85/22
87/17 89/15 90/3 91/18
93/2 99/3 112/14 122/6
125/5 125/6 125/8 125/16
127/25 130/10
**released [2]** 122/3 122/3
**relentless [1]** 60/19
**relevant [3]** 36/18 95/15
95/21
**relieve [1]** 69/9
**rely [2]** 30/23 123/6
**relying [1]** 122/23
**remain [1]** 36/18
**remainder [1]** 124/12
**remains [1]** 73/8
**remedial [2]** 63/12 123/24
**remediation [2]** 66/8
112/20
**remedies [1]** 119/1
**remember [14]** 20/2 20/4
31/13 31/14 31/14 32/23
35/12 41/22 41/22 42/8
42/14 73/15 74/5 88/21
**remembering [1]** 21/16
**remembers [2]** 12/24 72/7
**remembrance [1]** 67/25
**remind [1]** 62/8
**reminder [1]** 55/21
**reminding [1]** 16/14
**reminds [1]** 72/13
**remorse [1]** 37/6
**rendered [1]** 24/25
**reoccurrence [1]** 95/6

**repay [1]** 69/14
**repeat [2]** 38/23 114/19
**repeated [1]** 76/4
**repetitive [1]** 80/14
**replied [2]** 11/20 14/11
**report [17]** 24/14 65/25
66/5 66/11 79/3 79/19
80/7 80/12 83/12 87/10
88/11 89/6 98/21 111/15
111/20 117/13 127/1
**reported [2]** 3/8 112/20
**REPORTER [3]** 3/2 3/2
132/18
**Reporter's [2]** 4/25 132/2
**reporters [1]** 78/11
**reporting [8]** 95/8 96/6
101/22 101/22 101/25
111/23 112/11 114/5
**reports [17]** 24/13 24/14
25/1 25/10 25/19 67/25
81/24 95/11 100/12 100/12
100/14 100/21 111/22 112/3
112/8 121/17 129/12
**represent [3]** 28/21 65/4
115/4
**representations [1]** 7/8
**representative [9]** 8/15
8/16 8/18 8/21 8/22 8/24
8/25 9/4 113/13
**representatives [14]** 8/7
8/11 8/20 9/3 43/6 79/20
80/14 83/15 92/20 96/13
99/12 100/3 100/8 112/18
**representing [1]** 18/2
**repugnant [1]** 69/5
**request [12]** 92/25 93/1
93/6 93/19 94/12 94/20
99/2 100/10 102/12 107/4
120/13 128/20
**requesting [1]** 100/12
**requests [3]** 20/15 84/16
93/5

**required [9]** 66/7 79/1
79/5 92/7 93/13 102/3
110/8 111/18 112/7
**requirements [11]** 94/23
95/1 95/8 96/3 96/20
96/21 96/23 99/1 107/15
110/9 126/15
**requires [3]** 7/21 95/7
127/19
**requiring [3]** 78/23 79/2
111/14
**rescinding [1]** 126/12
**research [1]** 64/19
**residences [1]** 52/13
**resolution [1]** 101/7
**resolved [1]** 116/14
**resources [3]** 30/1 113/15
113/16
**respect [19]** 40/20 60/7
70/2 92/11 92/25 93/5
93/11 95/3 98/20 99/2
104/17 108/16 110/16 115/5
117/7 117/19 119/18 119/23
120/9
**respected [1]** 30/11
**respectful [1]** 108/15
**respectfully [2]** 119/16
120/15
**respective [3]** 114/10 119/9
119/14
**respects [2]** 114/9 117/16
**respond [4]** 80/1 85/22
85/24 125/20
**responded [1]** 115/11
**responder [1]** 10/25
**response [4]** 83/22 84/11
107/5 124/23
**responsibility [8]** 30/17
38/2 70/23 84/23 85/1
85/5 107/6 114/9
**responsible [10]** 22/21
23/5 24/5 29/19 31/7

**R**

responsible... **[5]** 31/18 37/23 44/13 102/21 109/10

rest **[4]** 40/2 61/21 66/19 73/9

rested **[1]** 35/4

resting **[1]** 49/7

restraint **[1]** 37/10

restrictive **[6]** 92/5 92/13 92/18 103/18 120/14 120/16

result **[2]** 72/24 72/25

results **[3]** 45/19 95/12 111/20

retain **[1]** 14/16

retired **[2]** 41/13 41/13

retirement **[3]** 41/14 41/16 41/19

return **[3]** 110/11 110/13 118/15

returned **[3]** 18/15 118/14 120/1

revelation **[1]** 77/25

revenue **[1]** 110/15

review **[13]** 58/4 66/6 84/15 87/19 91/23 92/23 100/7 104/3 110/10 111/9 112/1 117/21 130/7

reviewed **[5]** 75/10 87/21 120/20 130/13 130/16

reviewing **[1]** 121/7

reviews **[4]** 95/10 95/12 95/13 112/3

rhetorical **[1]** 104/12

rhythm **[1]** 15/9

Richmond **[1]** 2/17

Riffel **[19]** 9/2 9/3 9/3 9/4 9/5 9/5 39/8 39/12 39/17 44/1 44/2 46/12 46/18 46/19 46/19 46/20 46/24 46/24 46/25

Riffel........................ ...............**43 [1]** 4/10

Riffel........................ ...............**39 [1]** 4/9

Riffel........................ ...........**46 [1]** 4/11

right **[24]** 6/17 6/24 7/23 12/2 14/23 21/10 26/16 30/14 30/15 31/17 36/19 42/10 43/13 45/10 46/13 46/23 53/10 64/19 70/25 76/3 87/1 92/9 103/20 124/21

rightfully **[1]** 69/15

rights **[6]** 45/13 63/10 69/1 81/11 88/2 98/9

rigorous **[1]** 96/3

Rio **[1]** 24/24

ripped **[6]** 47/11 47/11 47/12 47/13 47/13 47/14

rise **[2]** 6/4 131/1

rising **[1]** 23/18

risk **[6]** 75/4 77/24 88/24 91/5 116/25 119/5

risk-taking **[1]** 75/4

risked **[1]** 80/5

risks **[1]** 36/24

risky **[1]** 10/17

ritual **[1]** 19/13

RMR **[3]** 3/2 132/4 132/17

robber **[5]** 90/25 91/2 91/3 91/5 116/10

robbery **[1]** 125/7

ROBERT **[1]** 2/9

robust **[4]** 110/24 113/22 118/3 119/12

role **[7]** 68/5 74/20 83/6 99/14 113/10 121/7 121/11

roles **[2]** 109/14 114/9

roller **[1]** 77/3

Rome **[6]** 10/15 11/13 13/3 14/9 14/11 61/12

rooftop **[1]** 39/25

room **[12]** 3/3 18/10 18/11

18/15 18/16 22/1 27/5 33/9 55/10 56/25 53/19 132/20

Rose **[4]** 8/20 72/9 74/13 76/9

Roulette **[1]** 50/3

routine **[1]** 125/6

routinely **[1]** 96/4

Rubi **[7]** 8/23 51/3 51/22 54/18 54/23 54/23 54/24

rule **[1]** 80/9

rules **[3]** 80/24 80/25 80/25

ruling **[2]** 126/11 127/24

run **[2]** 53/19 57/8

Rune **[1]** 88/23

rural **[1]** 76/14

Russian **[1]** 50/3

Ryan **[11]** 8/14 8/15 8/23 9/13 9/25 10/1 51/3 51/22 53/10 53/18 54/5

Ryan......................... ...09 **[1]** 4/5

**S**

sad **[1]** 12/19

saddened **[1]** 38/18

sadder **[1]** 62/22

saddest **[1]** 36/20

sadly **[1]** 129/18

sadness **[3]** 34/4 36/11 61/25

safe **[7]** 11/4 46/4 57/25 66/12 73/4 78/3 110/15

safely **[1]** 61/20

safer **[1]** 50/17

safety **[50]** 2/23 35/5 46/4 50/12 58/4 60/5 66/1 66/6 66/7 67/14 75/9 77/24 78/6 79/22 87/1 87/3 90/10 91/5 91/24 92/1 92/7 103/10 108/25 109/15 110/16 113/7 113/8

**S**

safety... **[23]** 113/11 114/10 117/1 117/23 117/24 118/2 118/4 119/5 119/6 119/10 119/14 119/15 119/18 120/7 120/14 122/12 124/8 124/11 126/18 126/20 127/16 128/3 129/4

said **[25]** 7/18 32/12 33/1 34/8 34/14 34/14 40/17 42/17 76/11 77/25 78/2 78/14 79/13 79/15 81/3 85/16 102/19 104/21 108/14 116/23 117/24 121/6 123/18 129/1 129/2

salient **[1]** 69/7

Salt **[1]** 2/4

same **[16]** 15/9 18/7 20/14 22/18 22/18 23/19 29/10 35/11 37/15 42/21 48/21 62/1 62/20 65/18 120/25 121/8

Sammy's **[1]** 73/11

sample **[1]** 95/19

Samya **[13]** 8/20 72/9 73/11 73/17 73/23 74/4 74/9 74/13 74/18 74/21 76/9 76/13 76/24

sanction **[1]** 101/5

sanctions **[1]** 124/19

Santiago **[1]** 16/22

SANTOS **[1]** 2/16

sat **[2]** 42/16 83/7

satisfied **[1]** 101/10

Saturday **[1]** 19/13

save **[3]** 11/2 33/2 79/11

saw **[12]** 11/19 16/8 16/9 18/5 34/23 74/4 77/9 77/9 77/14 79/10 89/20 89/22

say **[31]** 7/16 11/16 19/21 20/9 21/5 28/9 34/7 34/17

38/11 40/16 40/23 41/10 42/10 44/9 46/21 47/7 66/25 79/12 80/16 86/8 89/17 90/18 99/16 100/5 102/5 105/3 105/20 117/22 123/5 125/21 127/5

saying **[5]** 14/8 21/21 39/25 103/24 104/23

sayings **[1]** 41/23

says **[3]** 102/21 124/8 126/3

scapegoated **[1]** 70/17

scared **[1]** 13/10

scattered **[1]** 73/9

scenario **[1]** 123/17

school **[9]** 13/4 33/25 52/6 52/6 52/8 52/12 64/15 64/17 88/1

science **[2]** 64/18 64/23

scientists **[1]** 64/20

scintilla **[1]** 71/7

scope **[2]** 81/16 91/19

score **[1]** 52/7

Scotia **[1]** 65/1

scrape **[1]** 75/2

scream **[1]** 67/3

screamed **[1]** 65/20

screaming **[3]** 26/22 35/22 61/15

screen **[1]** 20/3

scrutiny **[1]** 80/5

seal **[1]** 130/5

search **[2]** 35/16 68/3

seas **[1]** 35/17

seat **[2]** 77/1 77/2

seated **[3]** 6/5 7/24 8/9

SEC **[2]** 78/8 78/17

second **[22]** 13/8 24/1 52/11 61/7 63/15 65/18 66/17 67/1 70/13 75/7 90/7 92/9 92/21 93/6 93/9 94/24 98/15 103/20

103/21 103/23 129/14 129/23

second-year **[1]** 52/11

Secondly **[2]** 94/19 96/1

seconds **[1]** 80/1

secrecy **[2]** 75/4 85/22

secret **[6]** 13/14 45/3 63/4 75/20 75/22 90/8

section **[10]** 1/20 1/21 79/17 82/5 96/3 96/14 97/9 111/15 112/12 112/18

Securities **[1]** 66/5

see **[38]** 11/22 13/11 18/23 21/17 29/15 33/7 33/15 33/25 34/25 38/8 38/10 38/11 39/23 40/23 42/1 46/7 47/20 54/8 55/7 55/7 55/19 55/20 60/3 85/25 88/10 102/8 105/25 106/3 115/23 115/23 126/11 127/5 128/5 128/8 128/18 128/23 128/23 129/15

seeing **[5]** 35/10 35/24 74/7 107/10 107/11

seek **[1]** 31/3

seeking **[5]** 113/17 116/4 118/22 119/2 119/4

seeks **[1]** 109/11

seem **[1]** 84/13

seems **[5]** 47/3 56/7 83/5 86/19 117/22

seen **[10]** 16/7 17/19 33/14 34/23 36/16 103/19 103/25 129/7 129/7 129/8

selected **[3]** 95/18 99/14 100/2

self **[8]** 48/22 80/4 95/8 96/6 100/12 101/22 101/22 101/25

self-regulate **[1]** 80/4

self-reporting **[5]** 95/8 96/6 101/22 101/22 101/25

Case 4:21-cr-00005-O Document 175 Filed 01/30/23 Page 179 of 191 PageID 3298

**self-reports [1]** 100/12
**selfies [1]** 20/18
**selfish [1]** 50/7
**selfless [1]** 62/4
**selflessness [1]** 73/13
**selling [1]** 69/22
**semblance [1]** 35/5
**Senate [1]** 79/15
**Senator [2]** 79/14 85/15
**send [1]** 21/19
**senior [6]** 1/21 57/17 57/23 66/3 66/21 75/11
**sense [5]** 10/10 30/14 30/19 67/10 71/25
**sensor [1]** 23/22
**sent [4]** 11/15 11/22 15/21 17/5
**sentence [2]** 27/22 109/20
**sentences [1]** 24/4
**separate [4]** 82/7 118/20 120/7 121/18
**separately [2]** 119/3 119/20
**September [1]** 27/12
**serious [1]** 19/18
**seriously [3]** 72/22 107/7 108/6
**seriousness [2]** 82/14 82/15
**serve [1]** 29/19
**served [3]** 50/16 62/24 64/11
**service [5]** 110/4 110/13 118/14 118/16 120/1
**services [5]** 120/24 121/1 121/13 123/5 123/10
**set [12]** 24/15 79/17 83/20 87/11 88/9 89/11 90/7 90/17 127/6 127/12 129/15 129/25
**sets [3]** 127/13 127/13

127/17
**seven [5]** 34/12 35/1 35/9 47/10 73/7
**several [5]** 15/8 15/14 18/13 97/10 121/2
**severe [1]** 17/23
**severity [1]** 91/21
**shame [2]** 46/3 59/5
**shaped [1]** 34/5
**share [12]** 22/3 42/7 43/14 49/3 60/17 69/5 70/15 78/18 78/20 110/15 115/3 121/23
**shared [1]** 42/16
**shareholder [1]** 78/11
**shareholders [2]** 66/11 66/14
**sharing [5]** 40/3 41/15 41/18 42/19 49/10
**shattered [2]** 48/20 68/17
**she [101]** 9/5 12/24 12/25 13/1 13/2 13/5 13/6 13/6 13/7 15/4 15/4 15/5 15/7 15/12 15/13 15/17 15/18 15/19 15/21 15/22 15/22 17/10 17/19 18/1 18/4 18/13 18/15 19/16 19/20 19/20 19/21 19/22 19/22 19/23 20/12 20/12 21/14 22/3 27/9 29/9 29/10 29/12 42/3 42/14 42/15 42/16 42/19 47/20 47/21 47/22 47/24 48/1 48/11 51/22 51/25 52/5 52/9 52/10 52/11 52/15 52/15 53/2 53/7 54/16 54/16 54/17 54/19 54/20 54/21 54/22 54/24 54/25 54/25 55/1 55/11 61/20 64/5 64/12 64/17 64/22 65/6 65/7 68/3 73/1 73/14 73/17 73/18 73/24 73/25

74/4 74/6 74/7 74/9 74/10 74/11 74/12 74/21 74/23 76/16 76/24 77/1
**she'd [1]** 74/5
**she's [4]** 9/4 42/2 42/5 42/5
**sheer [1]** 58/25
**shine [1]** 48/15
**shining [1]** 73/12
**shock [1]** 45/3
**shoot [2]** 53/18 53/19
**shopping [1]** 21/11
**short [5]** 25/25 32/11 51/21 86/10 86/12
**short-circuited [1]** 86/10
**short-circuiting [1]** 86/12
**shortly [3]** 22/2 36/4 36/5
**shot [1]** 59/10
**should [19]** 13/19 14/8 34/3 42/11 42/17 43/21 48/17 48/17 53/22 53/23 59/14 68/13 69/15 71/9 88/4 90/13 91/18 98/18 116/18
**shoulders [2]** 35/4 48/9
**shouldn't [1]** 91/16
**show [7]** 17/20 33/5 36/10 59/6 59/7 72/6 125/19
**shower [2]** 20/22 21/1
**showing [1]** 50/13
**shrouded [1]** 68/24
**shut [1]** 67/7
**siblings [1]** 17/19
**sic [1]** 37/19
**side [3]** 42/6 46/5 49/2
**sidewalk [1]** 45/16
**sight [2]** 16/17 52/17
**signed [3]** 11/17 63/4 132/15
**significant [10]** 52/20 94/23 96/23 116/5 116/8 119/25 123/11 123/24

**S**

**significant…** **[2]** 126/13 128/3

**signing** **[2]** 24/18 75/13

**silence** **[1]** 20/20

**similar** **[2]** 62/8 75/5

**simple** **[12]** 11/15 24/3 24/4 24/7 50/4 57/4 81/14 90/24 120/6 125/17 125/18 127/17

**simply** **[5]** 41/18 57/5 77/16 88/8 94/4

**simulator** **[2]** 78/24 79/5

**since** **[13]** 11/24 13/2 18/12 18/24 20/23 26/17 56/18 64/8 68/8 110/13 111/17 113/23 118/15

**sincerely** **[1]** 114/4

**sing** **[2]** 54/21 54/22

**singer** **[1]** 54/21

**singing** **[1]** 21/16

**single** **[6]** 23/22 36/17 48/14 125/5 125/8 126/6

**sir** **[21]** 6/11 6/16 6/19 6/22 6/23 7/5 7/14 28/17 50/24 59/22 108/4 108/15 108/19 108/23 109/2 109/16 110/16 110/18 111/7 114/10 130/8

**sister** **[10]** 17/13 17/17 18/20 18/23 22/2 26/2 46/20 46/25 68/6 74/16

**sister's** **[2]** 18/9 68/8

**sister-in-law** **[2]** 46/20 46/25

**sisters** **[4]** 31/9 33/24 34/12 50/17

**sit** **[2]** 38/4 38/7

**site** **[2]** 19/22 27/11

**sites** **[1]** 95/19

**sitting** **[2]** 35/12 47/2

**situation** **[3]** 87/20 94/16

96/18

**six** **[12]** 10/5 13/24 35/14 38/3 38/8 51/14 51/16 51/22 56/9 65/7 65/12 77/3

**six-year-old** **[1]** 33/4

**sized** **[2]** 35/1 35/7

**SJ** **[1]** 2/2

**skeptical** **[1]** 85/13

**skies** **[2]** 66/13 78/4

**skilled** **[1]** 60/25

**skills** **[2]** 70/19 112/13

**sky** **[3]** 12/4 35/22 35/24

**slap** **[3]** 45/5 69/19 69/23

**slated** **[1]** 99/24

**sleep** **[10]** 12/9 12/9 12/9 18/14 18/16 19/25 35/19 56/25 67/16 67/17

**slept** **[2]** 56/18 56/19

**slightly** **[1]** 88/16

**slip** **[1]** 38/1

**slipped** **[1]** 78/16

**small** **[7]** 18/18 51/24 52/4 61/10 71/25 125/10 130/18

**smaller** **[1]** 13/4

**smart** **[1]** 53/12

**smarter** **[1]** 53/12

**smile** **[3]** 10/10 14/15 64/13

**smiling** **[1]** 11/21

**snatched** **[1]** 57/5

**snuff** **[1]** 106/19

**so** **[125]** 7/12 7/20 11/22 12/13 13/12 14/8 14/13 14/13 16/10 16/20 16/22 18/10 19/2 21/23 23/11 23/17 24/9 24/19 25/1 25/8 25/10 25/19 28/23 32/11 39/2 39/22 40/4 40/9 40/19 41/4 41/9 41/24 42/4 46/23 48/2 50/16 53/10 54/6 54/12 54/15 55/2 55/3 55/23

55/25 56/4 58/1 60/3 62/7 62/23 68/7 68/22 72/5 72/7 72/22 73/1 73/17 73/18 73/20 75/8 75/8 77/11 80/10 82/20 83/19 84/4 84/18 85/21 86/10 87/20 88/13 90/2 90/16 90/21 91/6 92/17 94/3 94/7 94/10 97/3 97/13 97/24 98/19 100/25 101/17 104/5 104/10 105/11 105/12 106/7 107/9 111/4 111/17 115/10 115/15 115/18 115/22 116/13 116/18 116/22 117/1 117/4 117/17 117/19 117/25 118/10 119/16 120/5 121/12 121/23 122/1 122/10 123/12 123/15 123/17 124/2 124/6 124/10 125/17 126/14 128/14 129/6 129/20 130/4 130/21 132/10

**so-called** **[1]** 58/1

**sobs** **[1]** 16/9

**soccer** **[1]** 55/14

**social** **[4]** 18/9 20/16 24/15 49/17

**societies** **[1]** 62/21

**society** **[5]** 11/5 29/25 33/7 70/7 75/24

**sofa** **[1]** 21/22

**software** **[2]** 23/21 50/5

**soldiers** **[1]** 70/18

**sole** **[3]** 97/20 98/4 102/19

**some** **[23]** 8/12 20/7 31/8 59/2 67/9 80/1 86/12 86/19 87/4 87/13 89/2 90/19 90/21 90/22 91/7 108/22 110/18 118/1 119/4 119/7 124/16 126/9 132/8

**somebody** **[2]** 46/8 88/6

**somebody's** **[1]** 125/14

**S**

someday [1] 67/20
somehow [3] 73/4 125/7
 128/25
someone [10] 40/23 43/2
 43/21 49/2 62/8 62/12
 62/14 78/15 88/1 103/4
something [12] 32/11
 49/18 51/16 51/17 56/2
 85/25 88/3 91/8 91/21
 105/10 108/24 129/9
sometime [1] 130/15
sometimes [3] 15/25 17/23
 105/13
somewhat [3] 84/13 84/16
 90/22
son [12] 10/9 12/21 17/14
 18/24 22/15 26/1 26/23
 39/21 42/11 51/4 67/5
 77/14
son's [1] 68/5
son-in-law [1] 51/4
sons [7] 32/13 39/20 40/5
 43/14 43/20 44/9 45/25
sons' [1] 32/15
soon [1] 33/23
soothes [1] 18/16
sorry [11] 25/4 31/13
 33/15 33/20 43/17 92/14
 95/21 99/15 99/16 105/21
 106/8
sort [6] 40/12 73/15
 111/12 115/2 118/1 123/7
sought [1] 30/15
soul [1] 65/14
soulmate [1] 61/8
souls [2] 35/13 44/10
sound [1] 51/7
sounds [2] 24/2 84/25
source [1] 15/23
South [3] 15/12 15/15
 16/16

Southwest [1] 79/4
space [1] 20/23
speak [18] 7/1 17/7 32/7
 32/9 43/25 51/1 52/14
 54/3 54/13 59/24 62/25
 63/1 71/23 72/21 73/1
 86/7 108/20 108/22
speakers [1] 33/13
speaking [3] 8/5 8/11
 106/14
speaks [1] 22/15
special [12] 21/8 43/8
 43/10 43/13 55/5 94/14
 114/21 116/5 118/17 122/14
 124/17 124/19
specialists [2] 24/16 111/1
specialized [1] 112/13
species [1] 64/21
specific [3] 110/8 115/11
 115/13
specifically [2] 79/17
 118/12
speculate [1] 55/18
speed [3] 51/6 51/7 80/9
speeding [1] 45/15
spend [2] 21/21 23/12
spending [2] 21/7 26/11
spent [1] 19/12
spoil [1] 67/20
spoke [1] 39/24
sports [2] 57/9 57/10
spouse [2] 46/19 46/24
spread [1] 59/2
stacked [1] 62/10
staff [2] 15/14 77/23
stand [9] 6/13 20/22 21/17
 36/5 60/3 60/6 62/25
 62/25 106/18
standard [8] 82/16 86/20
 97/2 101/18 107/18 109/19
 110/4 111/11
standards [4] 30/25 75/9

76/5 87/11
stands [1] 98/23
star [1] 73/12
start [13] 23/17 24/9 25/1
 25/10 27/7 34/18 41/5
 76/17 92/4 108/24 114/24
 116/3 116/24
started [4] 12/13 20/21
 35/14 53/4
starting [3] 42/18 47/7
 61/14
state [4] 49/16 93/3
 124/3 130/9
stated [2] 98/15 109/17
statement [9] 9/23 28/2
 47/3 57/4 78/7 78/18
 104/1 130/20 130/23
statements [7] 4/4 4/20
 36/18 83/14 83/16 114/16
 114/17
STATES [12] 1/1 1/5 1/12
 1/16 1/21 3/2 6/6 7/18
 23/8 66/18 110/12 132/14
stations [1] 21/4
statistics [1] 25/19
status [1] 80/4
statute [2] 117/2 125/13
stay [2] 14/8 42/15
stayed [1] 40/12
steal [1] 91/10
stealing [1] 91/7
stenography [1] 3/9
step [3] 27/24 46/5
 103/17
steps [8] 100/18 100/18
 103/14 105/14 106/5 106/11
 107/12 107/14
still [17] 12/22 16/4 17/16
 21/22 25/18 34/19 38/19
 49/14 50/2 57/12 64/5
 65/12 67/8 68/14 78/19
 81/20 96/15

**S**

stinks [1] 45/21
stock [3] 77/18 78/8 84/1
stole [1] 91/8
stomach [1] 57/2
stone [1] 83/25
stone-cold [1] 83/25
stop [4] 19/16 26/23 46/7
58/24
store [1] 21/10
Storesund [1] 88/23
stories [4] 40/4 48/12
53/23 67/20
story [4] 33/10 51/20
57/14 70/10
straightforward [1] 89/11
stranger [1] 33/9
strategist [1] 60/25
strategy [1] 77/18
street [7] 1/17 2/10 2/13
2/17 3/3 40/23 132/20
strength [3] 12/11 33/4
54/6
stretch [1] 43/13
striking [1] 63/8
stringent [1] 85/5
strings [1] 37/11
striving [2] 29/23 30/4
strong [4] 16/18 22/24
30/14 73/20
structural [1] 115/15
structure [2] 112/5 114/8
struggle [3] 33/11 54/12
68/8
struggling [1] 29/16
stuck [1] 12/1
student [1] 52/11
students [3] 64/12 71/3
71/6
studies [1] 95/24
study [2] 53/17 53/20
studying [1] 53/15

Stumo [9] 8/19 8/20 71/14
71/18 72/8 72/9 76/7 78/9
83/11
Stumo..........................
..............76 [1] 4/17
styled [1] 3/8
subject [2] 109/6 118/7
submission [1] 130/12
submit [4] 58/11 95/11
127/18 129/23
submitted [2] 100/12
119/20
subscribe [1] 24/14
substance [2] 83/24
129/14
substantial [1] 95/1
substantive [2] 117/10
117/18
substantively [1] 122/9
success [1] 115/25
successful [5] 40/7 96/24
118/15 122/15 129/19
succor [1] 69/3
such [11] 48/3 49/13 93/8
93/11 93/15 94/20 97/17
98/10 100/9 100/19 101/14
Sudan [1] 15/12
Sudanese [2] 15/15 16/16
suddenly [2] 19/10 26/19
suffer [2] 12/20 49/19
suffered [1] 96/12
suffering [8] 11/25 16/9
17/7 22/3 22/4 29/20
49/8 74/4
suffers [1] 13/6
sufficient [3] 37/24 38/21
96/25
suffocation [1] 56/22
suggestions [2] 114/1 114/2
suggests [1] 98/12
Suite [2] 1/17 2/13
suits [1] 36/25

summary [1] 113/21
sun [1] 73/14
Sunday [1] 19/24
supervising [1] 129/18
supervision [4] 109/3
110/24 113/21 129/18
supervisory [2] 98/17
98/24
supplement [2] 83/17
106/23
support [9] 11/5 26/1
26/15 93/4 93/6 93/19
94/11 94/20 99/10
supported [1] 99/6
supporter [1] 64/11
supporting [1] 16/13
supports [2] 26/14 93/1
suppose [1] 83/2
supposed [8] 17/11 27/7
35/1 35/8 57/13 69/1 86/5
86/7
supposedly [1] 79/21
suppress [1] 16/10
sure [24] 28/19 31/6 31/9
31/12 31/20 31/21 32/19
45/12 48/11 48/12 48/15
48/25 58/13 89/8 90/11
102/10 102/10 107/7
107/14 107/17 107/19
117/25 129/3 130/16
surprise [2] 78/15 80/1
surrounds [1] 20/24
survive [1] 48/23
survivors [1] 20/4
Susan [5] 4/9 9/2 39/8
39/17 44/3
sweaty [1] 56/20
Sweet [2] 17/17 26/2
sweetheart [3] 13/14 39/4
46/2
sweethearts [1] 52/23
sworn [12] 4/4 9/15 14/21

**S**

**sworn...** **[9]** 14/23 28/14 32/1 39/9 46/14 50/21 59/18 63/18 71/16

**system** **[13]** 25/21 50/5 62/23 75/15 76/1 80/9 80/24 80/25 81/8 83/22 84/3 88/1 114/4

**systems** **[1]** 95/18

**T**

**tainted** **[1]** 34/4

**take** **[30]** 13/9 17/22 19/17 19/18 20/21 21/1 23/14 28/1 32/18 33/20 38/20 43/7 47/24 51/20 69/20 70/23 70/25 72/22 77/9 88/2 88/16 95/3 107/6 115/23 127/7 128/3 128/9 128/18 128/21 130/11

**taken** **[5]** 35/20 48/2 64/7 105/14 125/14

**takes** **[2]** 102/15 108/6

**taking** **[7]** 20/24 30/16 75/4 100/18 100/19 106/6 107/14

**talk** **[10]** 20/9 22/12 22/24 24/8 26/7 49/7 51/19 55/11 68/3 105/18

**talked** **[1]** 109/1

**talking** **[3]** 20/10 107/10 108/25

**talks** **[1]** 47/22

**tasks** **[1]** 68/15

**tattoo** **[5]** 18/1 18/1 18/5 18/6 18/7

**taught** **[2]** 30/17 42/25

**taxi** **[1]** 61/19

**teaches** **[1]** 43/2

**tears** **[1]** 16/7

**technical** **[5]** 24/13 25/1 25/10 70/17 110/8

**teenage** **[1]** 52/18

**teetering** **[1]** 56/1

**Telephone** **[6]** 1/18 1/23 2/5 2/8 2/18 2/21

**television** **[2]** 22/11 60/21

**tell** **[19]** 33/10 34/6 36/6 48/12 49/11 51/19 57/13 60/16 60/18 60/25 61/4 61/9 61/19 61/22 80/13 103/25 122/23 123/7 127/22

**telling** **[2]** 40/3 104/11

**tells** **[2]** 19/20 23/6

**ten** **[2]** 23/15 79/20

**tens** **[3]** 36/3 109/13 109/22

**term** **[5]** 94/2 94/4 107/16 122/11 124/13

**terms** **[11]** 29/16 92/23 93/16 93/25 97/19 97/22 97/24 98/5 98/8 103/17 124/3

**terrified** **[1]** 73/1

**territory** **[1]** 125/23

**terror** **[3]** 12/6 51/14 72/25

**terrorism** **[1]** 10/18

**terrors** **[1]** 35/21

**test** **[5]** 66/2 111/19 111/20 112/5 115/20

**tested** **[3]** 97/8 101/9 101/11

**testified** **[2]** 88/21 99/21

**testify** **[2]** 17/14 99/24

**testifying** **[1]** 88/23

**testimony** **[1]** 99/23

**testing** **[3]** 95/18 95/25 101/13

**TEXAS** **[10]** 1/2 1/6 1/17 1/18 2/13 3/3 17/12 26/12 132/18 132/20

**text** **[2]** 43/16 89/11

**textbook** **[1]** 71/2

**textbooks** **[2]** 25/7 25/11

**texted** **[1]** 76/25

**Thailand** **[1]** 40/2

**than** **[29]** 21/17 22/25 27/2 29/12 29/20 33/17 37/11 37/12 41/14 42/6 50/13 53/12 61/14 62/9 62/12 68/7 80/2 80/19 84/1 86/14 87/8 90/8 91/16 100/6 102/2 110/14 110/14 123/5 127/18

**thank** **[58]** 9/18 9/19 9/20 14/18 14/19 15/1 15/2 25/9 27/18 27/21 28/5 28/7 28/7 28/13 28/17 31/22 31/23 32/4 32/17 39/7 39/15 39/16 43/23 43/23 44/4 46/9 46/10 46/11 46/17 50/18 50/24 50/25 59/15 59/22 59/23 63/15 63/21 63/24 63/25 64/8 71/12 71/21 71/22 76/6 76/8 81/25 82/1 92/2 108/12 114/10 114/13 114/14 122/15 123/1 124/20 124/25 130/3 130/25

**that** **[662]**

**that's** **[48]** 7/2 9/23 27/16 34/8 39/5 40/4 41/6 41/10 41/24 43/4 43/20 45/1 52/10 52/16 53/11 57/3 59/12 59/13 74/10 74/11 74/11 76/23 79/7 79/13 83/25 85/11 86/5 87/7 88/6 89/24 89/25 108/23 110/23 114/11 115/10 115/18 117/3 117/19 118/21 119/25 121/10 121/24 123/10 126/24 127/6 128/14 128/19 129/6

**their** **[65]** 12/18 12/20

**T**

**their...** **[63]** 13/17 16/8
16/8 16/9 16/9 16/11 16/20
17/9 18/11 18/18 31/5
33/10 33/10 33/11 35/17
37/5 37/11 38/6 40/2 40/4
40/7 40/11 43/1 44/8
44/10 44/15 45/24 50/5
54/13 55/5 55/5 55/19
57/14 60/4 60/9 61/16
66/23 68/10 69/4 69/9
69/19 70/11 70/16 70/18
70/24 71/9 72/6 73/16
75/6 76/15 78/11 84/15
87/19 99/10 105/15 105/18
106/4 119/9 119/19 122/2
123/21 123/22 127/10

**theirs [1]** 69/15

**them [46]** 11/22 14/12 16/2
16/4 17/4 26/7 27/12 34/1
34/13 34/13 37/4 38/7
39/3 39/24 40/15 41/17
41/21 42/23 44/5 44/6
46/8 49/20 52/1 55/20
55/23 55/24 58/11 59/3
60/17 62/11 72/7 74/8
74/17 75/16 77/9 83/18
84/21 89/18 100/18 105/10
105/18 106/1 108/10 121/3
128/9 129/10

**themself [1]** 79/21

**themselves [2]** 62/9 62/13

**then [55]** 6/24 8/4 8/11
8/15 9/4 9/7 15/9 20/21
20/23 26/13 34/25 35/25
39/22 40/1 43/13 45/2
45/23 52/6 52/22 52/23
53/10 53/24 54/5 54/6
55/1 55/20 57/23 58/20
71/5 78/25 86/4 87/18
88/7 89/5 89/7 92/17
104/7 106/7 106/13 107/1

107/13 108/21 108/22
109/20 110/10 116/15
117/13 117/20 117/23
118/13 124/20 128/18
130/11 130/14 130/25

**then-existing [1]** 111/10

**therapy [1]** 49/15

**there [85]** 8/10 11/18
12/22 14/13 16/2 16/4
18/15 22/9 23/6 23/11
24/7 24/17 25/13 26/21
27/4 37/6 37/7 38/7 41/1
41/3 42/16 44/21 45/17
50/13 52/20 55/20 55/25
56/8 56/8 58/3 66/21 68/1
69/10 70/12 77/9 77/11
77/11 77/15 78/12 78/14
78/15 80/15 82/7 82/23
86/20 87/9 87/13 87/20
88/13 90/11 91/2 93/24
94/3 94/17 94/18 100/15
101/1 101/12 101/15 103/13
104/21 105/5 105/7 106/5
115/1 115/11 115/14 115/14
117/7 118/1 119/12 119/16
120/6 122/14 123/3 123/14
124/13 124/15 127/2
127/22 128/5 128/8 128/18
129/15 129/17

**there will [1]** 8/10

**there's [18]** 54/2 83/2
86/3 101/20 101/21 102/25
103/14 111/6 115/10 116/22
117/10 117/14 118/2 120/11
123/12 124/8 124/10
128/13

**therefore [2]** 80/20
122/14

**thereunder [1]** 98/1

**these [47]** 13/21 16/1
17/18 19/3 26/9 38/10
44/3 46/6 49/1 54/8 54/9

55/6 62/2 62/20 68/23
68/23 70/11 70/19 72/3
72/6 72/12 88/24 90/15
95/1 95/13 96/3 96/25
98/9 99/13 99/16 100/2
100/14 100/20 104/11 107/1
110/2 110/22 112/10 112/21
113/10 118/9 120/15 121/17
121/18 124/3 126/8 128/2

**thesis [1]** 64/19

**they [123]** 9/12 12/15
12/20 12/20 13/9 13/10
13/11 16/10 16/12 16/12
16/13 16/17 16/20 16/24
16/24 16/25 17/3 17/3
17/8 21/19 23/8 26/15
31/19 33/24 34/17 35/18
37/4 39/20 39/24 40/1
40/2 40/6 40/6 40/8 40/9
40/10 40/11 40/12 40/13
40/16 40/18 40/18 40/19
43/19 44/25 45/23 48/19
50/14 57/2 57/20 58/9
58/10 58/11 58/13 58/17
58/18 60/3 60/12 64/7
66/12 67/23 68/10 68/13
70/5 70/9 70/11 70/23
75/8 77/6 79/10 79/11
79/12 79/13 80/3 80/3
80/4 80/10 81/12 81/14
82/12 83/23 84/7 84/12
84/19 84/21 85/9 85/24
89/5 89/5 89/7 89/16
90/18 90/19 96/8 96/10
96/10 99/9 99/10 99/18
105/3 107/12 107/14
107/24 107/25 108/13
108/13 108/14 114/1 114/1
115/19 115/20 118/1 119/2
123/7 123/24 124/2 125/21
126/21 128/6 128/8 129/1
129/2 129/25

**T**

**they're [14]** 36/8 36/9 36/19 43/15 43/16 54/10 54/10 89/9 113/25 115/19 119/4 122/24 125/13

**they've [2]** 37/7 39/2

**thing [19]** 18/8 31/18 34/8 34/23 35/9 36/19 36/20 42/12 61/7 76/3 82/11 90/2 91/18 103/14 115/2 123/8 125/10 128/14 128/24

**things [31]** 14/5 20/7 38/11 40/8 41/20 41/21 41/21 42/22 45/7 48/13 55/6 60/14 61/22 62/2 74/9 85/23 86/5 92/6 103/5 103/10 104/11 105/5 107/1 107/10 107/11 111/12 114/11 124/3 125/1 127/23 129/4

**think [53]** 13/21 13/22 13/23 38/4 38/12 43/4 43/12 43/21 44/6 51/17 55/18 56/14 65/13 74/17 86/13 86/16 87/23 87/25 87/25 88/4 89/10 90/22 103/18 104/13 105/11 107/12 114/22 115/5 116/5 116/8 117/8 118/17 118/21 119/5 119/16 119/25 120/5 120/11 120/24 121/8 121/12 121/19 121/24 123/11 123/23 124/7 125/1 125/20 125/22 126/8 126/18 126/20 130/1

**thinking [3]** 21/19 41/5 70/19

**ThinkWell [1]** 74/11

**third [21]** 59/13 72/4 73/8 81/17 81/25 82/12 90/20 92/22 93/10 94/25

97/13 97/16 99/2 99/24 100/9 101/12 110/23 120/21 121/18 122/19 125/20 122/3 129/22 129/25

**third-party [2]** 110/23 120/21

**this [194]**

**thorough [5]** 44/18 58/10 69/17 113/25 114/3

**those [73]** 12/7 12/14 14/14 14/18 19/15 23/4 24/5 29/19 31/18 33/7 33/15 35/24 37/1 37/23 38/14 38/17 38/19 41/19 43/10 43/12 43/13 43/14 47/21 47/22 48/7 51/16 58/12 59/12 59/14 63/13 65/12 73/3 74/8 75/16 79/20 80/24 80/25 81/24 82/9 82/24 83/3 83/20 83/21 83/23 83/24 84/15 86/6 88/3 89/4 89/10 89/14 90/23 93/5 95/3 95/12 96/19 96/21 98/8 103/5 103/10 104/20 105/17 107/14 107/22 108/17 109/22 111/8 114/2 115/18 123/23 124/19 128/22 132/13

**though [6]** 27/1 42/22 54/24 59/11 65/13 120/25

**thought [8]** 13/11 41/2 41/14 41/15 44/20 45/1 53/12 56/9

**thoughts [3]** 12/6 13/25 49/17

**thousands [3]** 36/3 109/14 109/22

**three [29]** 10/8 18/2 22/14 22/16 33/24 34/18 36/6 48/1 59/16 65/3 68/14 82/16 88/19 89/4 92/20 92/22 93/8 94/22 95/10

99/3 99/13 99/17 101/20 121/18 122/19 125/20 128/7 128/25 129/22

**three-year [1]** 122/11

**three-year-old [1]** 10/8

**throat [1]** 56/22

**through [26]** 12/7 24/18 42/23 42/24 43/15 45/23 49/8 58/12 60/22 65/11 67/21 68/12 75/3 78/16 83/7 84/20 85/13 86/25 88/10 111/21 113/3 113/3 113/16 113/19 115/6 121/12

**throughout [6]** 62/19 68/21 78/24 96/13 112/6 112/16

**throws [1]** 43/3

**thus [2]** 21/24 109/6

**tier [1]** 45/20

**tightening [1]** 56/21

**time [37]** 7/10 11/12 12/2 12/3 12/13 13/9 19/17 22/16 23/16 23/19 25/25 30/1 30/5 33/11 37/14 38/20 39/7 39/24 41/7 42/9 42/9 42/14 44/4 48/17 53/7 53/17 60/12 60/21 62/12 65/6 74/17 78/20 85/2 101/7 113/7 116/16 124/4

**times [5]** 35/3 43/9 55/25 59/11 117/21

**tiny [1]** 33/4

**tirelessly [1]** 48/10

**today [52]** 6/18 8/14 9/20 10/2 13/13 16/12 17/14 20/2 21/24 24/22 29/13 30/4 31/3 39/17 43/4 43/24 44/9 44/16 47/2 50/10 51/1 53/25 54/12 57/8 60/6 65/21 75/9 82/9 82/11 84/4 85/21

**T**

today… **[21]** 87/2 90/23 92/9 92/20 106/18 108/6 108/8 108/16 113/13 116/9 116/20 119/17 120/8 120/12 122/8 124/11 125/18 127/8 127/24 129/21 129/24

together **[15]** 16/1 16/24 19/8 19/11 19/15 21/13 21/16 29/7 39/21 41/12 41/17 47/8 62/4 74/2 77/14

told **[8]** 15/22 18/4 18/6 54/18 89/18 126/19 127/20 128/2

tolerance **[1]** 62/17

tolerates **[1]** 75/24

toll **[1]** 29/14

tomorrow **[1]** 27/7

too **[23]** 12/21 13/5 13/7 19/7 32/20 32/25 33/23 38/20 54/4 59/5 62/3 62/3 62/3 62/4 65/13 71/10 74/4 78/17 79/16 81/3 81/4 83/21 114/3

took **[9]** 10/16 18/10 21/9 23/25 44/8 59/8 59/11 72/24 79/25

tool **[1]** 69/6

Toole **[2]** 8/25 59/25

top **[2]** 81/16 113/11

top-down **[1]** 81/16

Tor **[2]** 76/10 77/14

torch **[1]** 71/11

torment **[1]** 35/21

tormented **[1]** 67/13

torture **[2]** 49/8 76/4

total **[4]** 36/2 64/11 66/22 79/7

totally **[2]** 21/20 41/24

touch **[1]** 18/21

touched **[1]** 117/20

touching **[1]** 108/24

tough **[2]** 42/12 73/23

towards **[1]** 30/8

town **[1]** 45/15

towns **[1]** 91/14

track **[2]** 64/20 116/22

TRACY **[2]** 2/9 8/7

tragedy **[2]** 30/21 67/10

tragic **[1]** 31/15

tragically **[1]** 29/1

train **[1]** 21/4

training **[8]** 69/23 78/24 79/1 79/2 79/5 80/6 95/16 115/14

traits **[1]** 48/11

transcribed **[1]** 132/10

transcript **[3]** 1/11 132/5 132/12

transfer **[1]** 19/22

transfers **[1]** 19/23

transmitted **[1]** 89/20

transparency **[3]** 44/24 82/21 113/9

transparent **[2]** 91/23 101/16

transport **[2]** 21/3 46/4

transportation **[6]** 65/24 78/6 78/22 83/12 109/6 109/9

trauma **[2]** 11/25 38/22

traumatic **[3]** 12/18 34/17 44/13

travel **[3]** 11/13 41/17 57/9

traveled **[4]** 10/2 10/12 60/2 129/21

traveling **[3]** 11/8 39/21 68/18

travels **[1]** 68/19

treated **[2]** 32/13 91/16

trends **[1]** 113/2

trial **[5]** 13/19 24/4 24/23 123/11 123/14

trials **[1]** 22/25

tried **[8]** 9/10 11/14 16/10 32/24 79/1

triggering **[1]** 77/6

trim **[1]** 80/9

trip **[5]** 13/8 19/16 39/22 39/23 40/3

triplets **[1]** 17/3

trips **[1]** 41/18

true **[8]** 16/18 23/9 45/3 64/11 69/9 70/11 121/9 132/5

truly **[2]** 29/22 70/11

trust **[4]** 69/10 89/23 89/25 127/9

trusted **[1]** 98/11

truth **[7]** 13/18 33/3 45/8 45/9 45/11 71/7 83/25

try **[17]** 12/22 13/22 13/23 38/7 54/6 54/23 55/1 57/8 57/8 57/8 57/9 57/10 72/6 75/5 77/5 87/16 114/22

trying **[6]** 36/16 68/17 68/21 77/9 79/10 102/15

turn **[7]** 37/8 54/25 55/1 84/18 93/5 95/3 114/11

turned **[3]** 36/5 40/25 46/1

turning **[2]** 36/5 38/25

turpitudes **[1]** 23/19

tweeted **[1]** 38/14

tweets **[2]** 38/11 38/17

twice **[1]** 61/5

twists **[1]** 75/3

Twitter **[1]** 24/19

two **[59]** 7/10 9/6 10/2 11/12 13/8 17/18 17/25 18/6 19/6 19/23 22/10 23/2 26/11 29/3 32/12 39/18 60/14 62/2 70/17 70/20 75/18 76/25 81/7

# T

**two...** **[36]** 81/14 83/7 91/11 92/6 93/5 94/25 96/18 96/19 97/11 99/22 103/13 105/6 105/7 111/3 113/23 115/22 116/6 116/12 116/19 116/22 117/8 118/11 120/1 120/2 120/15 121/14 122/10 122/13 124/4 124/12 125/1 126/7 127/13 127/17 127/20 129/19

**two-day** **[1]** 99/22

**type** **[1]** 80/21

**types** **[1]** 120/21

**typical** **[2]** 40/16 40/19

**Typically** **[1]** 86/2

# U

**U.S** **[12]** 13/8 59/2 71/4 84/7 95/17 97/5 109/6 109/8 112/9 118/6 125/3 125/16

**U.S.C** **[1]** 108/22

**Uganda** **[1]** 76/13

**Uh** **[2]** 9/24 28/8

**Uh-huh** **[2]** 9/24 28/8

**ulcers** **[1]** 57/2

**ultimate** **[1]** 119/1

**ultimately** **[1]** 90/10

**Um** **[1]** 40/18

**Uma** **[1]** 108/8

**umbra** **[1]** 71/11

**unable** **[1]** 130/19

**unbearable** **[2]** 21/20 27/3

**unchecked** **[1]** 38/2

**uncle** **[4]** 28/25 33/6 42/6 68/9

**unconditionally** **[1]** 26/14

**under** **[38]** 7/20 45/14 73/24 82/5 83/14 87/2 88/14 89/4 99/5 102/3 102/9 102/10 102/24 103/4

103/11 103/11 104/25 107/3 111/1 111/7 113/14 115/25 116/6 116/14 116/24 117/1 117/11 118/24 119/9 119/11 121/8 121/18 122/5 122/20 123/21 129/13 130/5 130/11

**understand** **[14]** 22/16 24/6 24/11 25/12 26/9 26/15 45/11 68/21 68/25 70/23 87/13 102/13 120/18 128/16

**Understandably** **[1]** 127/2

**understanding** **[5]** 24/16 60/13 76/15 106/15 106/18

**understands** **[1]** 26/14

**understatement** **[2]** 34/17 67/2

**understood** **[2]** 96/10 96/11

**undertake** **[2]** 95/10 95/14

**undertaken** **[1]** 124/2

**undocumented** **[1]** 64/24

**undoubtedly** **[1]** 32/16

**undress** **[1]** 20/22

**undue** **[1]** 79/21

**unending** **[3]** 36/12 36/12 52/3

**unexpected** **[1]** 22/1

**unfair** **[1]** 89/25

**ungrounding** **[1]** 24/8

**unhappy** **[1]** 19/4

**unimaginable** **[2]** 10/19 11/24

**uninterrupted** **[2]** 20/11 56/25

**unique** **[1]** 96/17

**unit** **[3]** 112/12 112/12 112/19

**UNITED** **[17]** 1/1 1/5 1/12 1/16 1/21 3/2 6/6 7/18 10/13 10/14 11/8 23/8 61/3 65/4 66/18 110/12 132/14

**universe** **[1]** 73/19

**university** **[12]** 2/3 2/4 52/11 52/20 52/25 55/8 64/19 64/22

**university's** **[1]** 52/13

**unknowingly** **[1]** 60/11

**unknown** **[2]** 20/18 78/15

**unknowns** **[1]** 78/13

**unless** **[4]** 116/25 117/4 121/15 124/8

**unlike** **[1]** 123/17

**unnecessary** **[6]** 93/9 94/21 94/22 110/23 111/6 126/19

**unprecedented** **[12]** 86/1 93/9 93/12 99/6 103/24 104/4 104/8 104/11 104/21 125/22 125/23 125/24

**unrest** **[1]** 10/18

**unsafe** **[3]** 25/18 38/19 45/23

**until** **[3]** 19/25 47/8 80/22

**untouchable** **[1]** 38/12

**untruths** **[1]** 78/20

**unvarnished** **[1]** 106/4

**unveiling** **[1]** 87/10

**unwavering** **[1]** 30/13

**up** **[61]** 8/12 9/14 11/21 12/17 15/19 15/20 16/15 16/15 19/24 19/25 20/14 24/15 25/8 36/8 41/4 41/21 43/12 45/16 47/2 48/9 48/23 49/15 51/24 51/25 52/2 52/15 52/16 53/12 53/17 53/18 53/22 55/2 55/2 55/24 55/24 56/16 56/19 64/2 67/16 68/10 68/18 73/5 77/5 77/13 77/16 78/20 79/6 79/7 84/1 87/11 88/14 89/1 91/2 104/3 106/13 106/19 106/20 107/13

## U

**up...** [3]  107/21 116/21 117/14
**update** [1]  130/4
**updates** [1]  66/16
**upgrade** [1]  81/3
**upgrading** [1]  80/23
**upload** [1]  18/9
**upon** [8]  47/5 49/9 70/7 78/14 94/5 106/17 117/3 117/20
**upset** [1]  77/24
**urge** [1]  116/18
**urged** [3]  117/3 120/10 121/14
**urgently** [1]  20/1
**urging** [1]  118/17
**us** [55]  13/25 26/3 30/2 30/3 30/4 30/17 30/19 30/19 30/23 30/25 32/8 33/23 33/23 34/25 37/24 38/1 39/1 39/17 40/3 41/21 41/23 43/24 45/11 46/4 46/6 48/13 49/3 52/16 52/24 54/17 54/22 54/22 54/22 59/7 62/24 62/25 63/1 63/1 72/7 72/13 72/19 73/18 74/2 74/2 74/15 75/5 76/4 76/23 76/25 81/12 83/21 102/15 107/16 108/7 115/20
**use** [6]  54/5 56/24 57/1 58/2 75/2 123/5
**used** [9]  21/13 42/22 69/8 69/16 77/4 87/24 88/4 97/9 97/10
**useful** [1]  126/14
**uses** [2]  54/9 123/9
**usual** [4]  19/20 19/25 58/1 75/23
**usually** [2]  21/10 23/15

**UTAH** [3]  2/3 2/3 2/4
**utterly** [1]  47/6

## V

**vacation** [1]  15/10
**vacations** [1]  21/7
**vain** [2]  31/5 31/22
**valedictorian** [1]  64/14
**validate** [1]  25/20
**values** [2]  30/13 62/21
**van** [2]  41/1 41/2
**various** [2]  109/1 109/14
**vent** [1]  74/6
**verbal** [1]  40/4
**verify** [1]  106/16
**version** [1]  30/4
**very** [44]  7/1 7/7 7/11 7/13 7/23 9/20 13/1 20/8 21/2 22/24 30/22 32/11 40/6 40/9 40/14 40/16 41/14 43/1 89/10 90/23 91/10 108/6 112/15 115/20 116/5 116/6 116/11 117/17 117/17 117/18 118/2 118/3 118/19 119/5 119/25 121/19 122/2 123/11 123/23 124/20 125/1 125/21 126/14 128/20
**via** [1]  132/9
**vibrant** [1]  73/12
**vicariously** [1]  67/21
**Vickie** [1]  88/21
**victim** [6]  4/4 29/4 69/3 90/17 92/19 96/12
**victims** [31]  8/10 24/20 26/6 26/13 26/13 31/4 31/8 31/13 31/14 31/15 31/15 31/19 31/21 44/2 51/9 54/8 54/8 54/9 57/16 62/16 63/10 69/15 71/23 81/12 81/12 81/13 85/12 89/19 89/23 100/10 100/11
**victims'** [12]  23/3 26/25

88/20 89/15 99/8 99/12 100/2 100/8 127/9 128/7 129/3 129/20
**videoconferencing** [1]  132/10
**view** [4]  43/19 89/14 106/20 118/22
**views** [1]  108/16
**vigilant** [2]  113/25 114/3
**village** [1]  51/24
**violated** [1]  63/10
**violations** [2]  97/5 112/9
**violent** [1]  65/8
**Virginia** [1]  2/17
**vis** [2]  107/4 107/4
**vision** [1]  11/6
**visions** [1]  12/5
**visiting** [1]  73/25
**visualize** [1]  43/8
**vital** [1]  62/24
**voice** [3]  54/13 54/25 57/14
**VOLUME** [1]  1/11
**vomit** [1]  61/15
**voracious** [1]  64/10
**vulnerable** [2]  10/24 74/7

## W

**wailing** [1]  26/21
**wait** [2]  27/7 61/21
**Waithaka** [3]  8/18 32/7 33/17
**waiting** [2]  14/11 63/14
**wake** [9]  19/25 41/4 43/12 53/17 53/22 67/16 91/12 91/24 126/15
**waking** [1]  56/19
**walk** [5]  34/1 42/23 47/25 90/24 90/25
**walked** [3]  14/15 34/21 37/15
**walking** [5]  35/9 40/23 55/20 59/15 64/5

# W

**want [27]** 6/20 7/4 7/6 13/17 13/17 14/17 18/21 22/13 24/3 28/22 33/13 41/8 42/23 55/23 55/23 81/18 82/12 82/20 86/8 88/8 90/13 96/17 105/10 108/14 108/15 127/6 128/3

**wanted [9]** 16/25 16/25 17/20 54/17 74/9 74/9 75/2 108/13 110/15

**wants [2]** 125/4 128/9

**war [1]** 10/18

**warm [1]** 61/4

**warned [1]** 128/12

**warnings [1]** 66/10

**warrant [2]** 124/16 125/8

**was [246]**

**Washington [1]** 1/22

**wasn't [7]** 36/22 36/22 36/23 42/10 47/9 77/11 123/3

**watch [7]** 17/23 21/4 21/14 21/14 22/11 44/24 57/9

**watches [1]** 18/25

**Watching [1]** 35/16

**water [3]** 20/24 32/24 32/25

**way [20]** 10/6 11/17 17/18 17/19 26/2 40/25 41/2 43/3 45/1 65/9 76/3 76/13 84/21 108/21 111/4 113/20 124/7 127/15 127/15 129/24

**ways [2]** 14/7 62/17

**we [208]**

**We'd [1]** 86/8

**we'll [1]** 128/9

**we're [24]** 37/17 41/13 42/18 43/4 50/10 73/3 81/12 87/9 88/5 108/1 111/7 115/22 117/22 117/22

118/11 124/4 126/4 126/19 127/16 127/20 128/12 128/15 128/20 129/12

**we've [15]** 72/2 72/5 75/3 81/16 82/24 83/15 87/10 88/11 88/16 125/1 126/24 128/2 128/24 129/8 129/17

**wealth [2]** 37/5 84/8

**wearing [1]** 132/9

**weaseled [1]** 86/20

**website [1]** 101/16

**wedding [3]** 53/5 53/6 61/10

**weddings [1]** 32/15

**weed [1]** 46/6

**week [1]** 90/24

**weekend [1]** 19/12

**weekends [1]** 17/22

**weekly [1]** 68/1

**weeks [3]** 14/3 20/5 126/11

**weeping [1]** 55/25

**Weinstein [1]** 23/10

**well [23]** 9/5 30/10 53/2 53/23 57/17 83/16 83/23 84/24 85/24 104/7 106/24 108/3 108/10 111/1 111/3 112/23 113/23 117/22 120/3 121/16 126/3 128/4 130/16

**well-documented [1]** 57/17

**went [7]** 18/6 18/14 23/2 32/20 38/13 39/18 65/11

**were [82]** 10/23 12/14 13/25 14/18 16/2 16/4 16/24 17/3 20/10 27/6 27/12 31/5 33/7 33/24 35/7 35/10 35/13 35/18 36/1 36/1 37/19 39/20 39/20 39/24 40/1 40/2 40/6 40/6 40/12 40/12 40/13 40/16 40/18 40/19 40/19 41/15 44/3 44/18

44/21 45/12 46/25 47/7 47/7 48/15 50/14 52/1 53/11 55/16 56/16 60/10 62/1 63/20 67/22 69/8 69/10 70/11 70/17 70/18 71/17 72/4 77/8 77/12 78/12 78/19 80/19 80/25 84/21 89/16 108/25 117/5 119/7 120/10 120/11 120/12 120/22 123/3 123/4 129/1 129/4 129/15 130/14 132/10

**wetland [1]** 64/24

**WFP [2]** 11/2 11/10

**whales [1]** 64/19

**Whaling [1]** 61/2

**what [100]** 7/3 7/16 10/23 12/5 13/24 14/6 19/2 22/12 25/12 26/16 27/10 30/15 34/13 35/1 35/7 36/6 38/5 40/21 41/14 42/6 45/5 51/15 52/16 54/19 55/9 56/9 57/3 58/8 58/14 58/17 59/13 59/13 60/13 61/18 61/23 65/11 65/22 66/21 67/13 69/8 69/15 69/24 70/5 70/5 72/18 72/19 72/23 72/23 72/24 75/1 77/20 79/13 80/14 83/2 85/16 85/17 88/5 89/16 89/20 89/22 89/22 91/22 92/13 99/15 100/4 100/24 103/2 104/10 104/20 104/22 104/23 105/13 106/18 106/19 106/19 107/3 108/14 115/12 115/20 115/20 115/21 117/25 118/25 119/7 119/8 121/24 122/24 124/11 124/13 125/18 125/24 127/12 127/15 128/5 128/8 128/15

# W

**what...** **[4]** 128/16 128/17
128/23 129/14

**what's [7]** 41/18 43/5
90/8 90/12 121/10 124/10
129/6

**whatever [4]** 36/13 45/14
110/20 118/18

**WhatsApp [1]** 20/13

**whatsoever [1]** 125/25

**when [59]** 10/25 11/13
12/21 13/21 15/4 17/15
18/6 18/13 18/15 18/23
19/22 19/25 26/20 28/24
34/18 37/7 38/10 38/13
38/23 39/18 40/21 42/8
42/14 43/12 43/12 47/10
49/6 50/2 51/4 51/21
52/10 53/14 54/18 56/16
57/5 57/11 57/21 58/8
61/20 62/10 62/25 63/1
63/1 64/5 66/23 67/5
69/12 70/24 72/9 72/12
72/14 72/17 86/2 87/25
101/2 107/3 119/11 122/24
125/14

**whenever [4]** 30/20 54/25
55/19 55/20

**where [26]** 20/18 22/23
23/7 26/22 33/16 35/3
39/5 46/2 51/25 52/10
52/15 52/16 53/11 53/20
87/5 87/6 87/12 87/20
88/6 93/14 95/22 98/9
101/25 104/1 105/8 120/20

**Wherever [1]** 20/12

**whether [20]** 35/23 79/1
85/13 88/10 89/24 89/25
92/16 96/24 96/25 97/7
97/12 101/6 102/16 102/17
103/22 104/22 107/17
127/22 127/25 129/15

**which [43]** 15/11 15/12
15/22 15/22 15/25 17/8
18/19 18/20 18/21 18/23
22/25 23/20 23/21 30/3
34/10 35/24 76/10 82/14
83/12 84/5 92/4 93/13
94/10 95/8 98/24 99/3
102/7 102/14 107/18 110/7
110/25 113/12 114/20 116/5
116/24 118/2 119/2 120/11
123/12 126/5 126/6 129/24
130/16

**while [4]** 37/5 48/5 48/16
130/10

**who [70]** 8/5 8/10 8/14
8/16 8/17 8/19 8/20 8/22
8/24 8/25 9/2 18/25 18/25
18/25 20/14 22/20 25/23
29/22 30/12 30/24 32/9
33/7 33/7 35/10 37/10
38/14 46/25 48/10 51/4
54/10 57/12 59/25 60/16
60/19 61/1 61/5 61/5 61/16
62/8 62/9 62/11 62/11
62/11 63/13 64/5 70/17
72/9 75/6 75/16 76/9
83/22 85/4 85/4 85/7
88/21 88/25 91/17 96/4
99/14 99/19 105/19 108/8
108/17 110/2 112/22 114/17
116/10 118/6 119/13 123/10

**who's [6]** 55/11 55/12
55/13 55/14 55/15 108/9

**whole [11]** 23/19 27/8
33/20 33/23 34/23 35/4
61/9 72/1 77/11 79/17 81/6

**whom [2]** 14/1 29/4

**why [11]** 53/21 53/25
53/25 74/10 74/11 74/12
97/13 106/24 125/7 127/6
130/4

**wife [14]** 29/4 39/22 44/3

51/15 51/24 52/7 54/11
56/4 55/10 57/9 57/14
57/15 67/20 67/24

**wife's [2]** 67/3 67/22

**will [89]** 7/12 7/25 8/2 8/5
8/10 8/10 9/12 10/4 12/20
13/7 19/6 19/20 19/22
21/13 23/12 25/7 27/9
28/9 28/21 31/10 31/12
31/21 32/10 41/21 46/7
47/19 49/11 49/12 51/21
54/19 55/6 55/7 55/9
60/3 61/4 62/5 62/10
62/11 62/11 62/14 63/14
63/15 64/6 67/2 67/19
68/9 68/10 68/12 71/6
71/10 71/11 71/13 73/22
82/9 82/21 85/1 85/17
85/19 86/24 88/7 88/21
90/9 90/18 90/19 91/21
92/6 92/14 93/5 95/3
97/7 108/20 110/21 110/21
114/19 114/21 115/7 117/4
124/12 124/21 125/20
126/11 127/15 129/10
129/20 129/24 130/6
130/8 130/11 130/16

**WILLIAMS [4]** 3/2 132/4
132/17 132/17

**winding [1]** 59/11

**wise [1]** 29/22

**wish [1]** 35/18

**wistful [1]** 73/16

**within [6]** 19/5 51/15 58/4
58/21 59/1 102/19

**without [16]** 9/10 21/21
25/20 29/11 35/20 37/8
37/10 47/6 49/2 49/3
56/19 56/19 63/5 83/24
87/21 122/2

**witness [3]** 27/25 42/12
67/20

## W

witnessed **[1]**  10/19
wives **[2]**  31/9 35/17
woke **[1]**  11/19
woman **[2]**  19/4 60/16
woman's **[1]**  15/4
won't **[8]**  19/22 21/12
38/20 41/9 74/25 82/8
83/19 85/17
wonder **[3]**  38/4 55/10
55/11
wondering **[1]**  35/23
WOODS **[1]**  2/16
word **[6]**  5/1 37/19 54/8
66/23 87/25 88/4
words **[9]**  14/14 20/4 47/3
62/4 62/6 103/8 122/23
124/15 129/22
work **[17]**  10/16 10/20 11/4
40/25 45/18 53/8 61/16
67/14 68/6 69/12 73/25
75/5 76/21 110/2 111/21
111/25 113/19
worked **[3]**  10/17 14/1
122/13
worker **[1]**  30/7
working **[12]**  10/12 10/23
15/7 18/12 53/11 53/17
71/12 98/2 107/19 111/3
114/4 129/9
workload **[1]**  66/9
works **[1]**  74/22
workshop **[1]**  11/9
world **[30]**  10/13 10/14
10/20 10/24 10/25 13/22
16/4 17/22 20/12 23/19
28/23 29/24 30/3 39/23
47/15 50/1 50/17 56/4
60/17 60/23 62/22 66/19
71/24 72/7 74/5 74/21
76/19 112/16 118/6 129/21
world's **[2]**  60/20 109/19

worried **[1]**  19/1
worries **[1]**  20/15
WORTH **[6]**  1/3 1/6 1/18
3/3 132/19 132/20
would **[138]**
wouldn't **[2]**  103/8 107/2
wounded **[2]**  68/14 74/14
wrap **[1]**  25/8
wrenched **[1]**  33/23
wrist **[1]**  69/20
write **[2]**  19/20 19/22
writes **[1]**  73/11
writing **[2]**  19/16 28/3
written **[2]**  40/4 130/22
wrong **[4]**  30/14 49/18
49/18 87/25
wrongdoing **[1]**  44/19
wrote **[2]**  14/2 32/12

## Y

yeah **[6]**  41/9 43/23
101/15 105/11 107/21
107/23
year **[21]**  10/8 12/8 14/5
21/9 23/10 24/6 26/11
27/2 33/4 37/15 41/1 52/8
52/11 52/12 53/2 76/10
76/17 81/16 89/23 117/13
122/11
Year's **[1]**  34/5
yearn **[1]**  49/5
years **[61]**  10/6 11/7 12/18
15/4 15/8 16/8 17/15 17/25
18/6 19/4 19/4 19/6 19/9
20/11 23/13 23/15 23/16
29/7 29/8 29/13 34/16
36/7 36/7 36/11 36/14
37/9 44/5 44/5 48/1 49/16
49/21 51/23 53/4 53/14
56/7 64/4 64/22 68/1
72/2 73/15 79/18 94/25
96/18 96/19 97/11 105/6
105/8 111/3 113/23 115/22

116/6 116/12 116/19 118/11
120/1 120/2 122/11 122/13
124/5 124/12 127/21
years' **[2]**  7/10 116/22
yes **[25]**  6/11 6/16 6/19
8/3 9/21 9/24 14/25 26/24
28/4 28/5 28/8 28/11
50/23 91/15 100/25 102/12
104/9 104/25 105/12 106/9
106/10 106/15 107/5 108/4
123/1
yesterday **[10]**  29/14 56/7
83/16 83/21 87/24 89/12
93/18 94/11 94/13 101/1
yet **[5]**  24/25 58/14 66/11
125/4 127/1
yoke **[1]**  77/5
York **[3]**  2/7 2/7 93/23
you **[376]**
you'll **[1]**  19/16
You're **[1]**  59/4
you've **[14]**  19/8 19/9 56/2
56/3 77/17 82/14 83/9
83/14 85/12 89/15 91/9
101/17 105/9 127/8
young **[12]**  10/3 11/12
12/10 12/11 12/18 15/3
40/16 51/25 52/2 52/18
60/16 64/8
your **[134]**
youth **[1]**  65/4

## Z

Zack **[3]**  16/16 17/2 17/5
Zack's **[1]**  17/7
zenith **[1]**  65/7
zest **[1]**  70/14
Zipporah **[4]**  4/8 8/17
31/24 32/6
ZOIE **[4]**  3/2 132/4 132/17
132/17
zwilliams.rmr **[2]**  3/4
132/21