UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 4:21-cr-005-O-1 |
| ) | |
| THE BOEING COMPANY, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

**NOTICE BY NAOISE CONNOLLY RYAN ET AL. REGARDING FILING OF APPENDIX OF ADDITIONAL VICTIM STATEMENTS**

Naoise Connolly Ryan et al.[1] (the "victims' representatives"), through undersigned counsel, file this notice as directed by the Court's order (ECF No. 165). The Victims Representatives hereby file this Appendix of Additional Victim Statements pursuant to 18 U.S.C. § 3771(a)(4).

---

[1] In addition to Ms. Ryan, the other victims' family members filing this motion are Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated. They are supported by more than one hundred other families.

| | |
|---|---|
| Dated: January 30, 2023 | Respectfully submitted, |
| /s/ Warren T. Burns<br>Warren T. Burns (Texas Bar No. 24053119)<br>Burns Charest, LLP<br>wburns@burnscharest.com | /s/ Paul G. Cassell<br>Paul G. Cassell (Utah Bar No. 06078)<br>(Counsel of Record)<br>Utah Appellate Project<br>S.J. QUINNEY COLLEGE OF LAW<br>University of Utah<br>cassellp@law.utah.edu<br>(no institutional endorsement implied) |
| Darren P. Nicholson<br>Burns Charest, LLP<br>dnicholson@burnscharest.com | |
| Kyle Kilpatrick Oxford<br>Burns Charest LLP<br>koxford@burnscharest.com | Tracy A. Brammeier<br>Clifford Law Offices PC<br>tab@cliffordlaw.com |
| Chase Hilton<br>Burns Charest LLP<br>chilton@burnscharest.com | Erin Ressa Applebaum<br>Kreindler & Kreindler LLP<br>eapplebaum@kreindler.com |
| | Pablo Rojas<br>Podhurst Orseck PA<br>projas@podhurst.com |

*Attorneys for Victims' Representatives*

## CERTIFICATE OF SERVICE

I certify that on January 30, 2023, the foregoing document was served on the parties to the proceedings via the Court's CM/ECF filing system.

/s/ Paul G. Cassell
Paul G. Cassell

1