**FILED**

**February 27, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-10168

————————

IN RE NAOISE CONNOLLY RYAN; EMILY CHELANGAT BABU;
JOSHUA MWAZO BABU; CATHERINE BERTHET; HUGUETTE
DEBETS; BAYIHE DEMISSIE; LUCA DIECI; SRI HARTATI;
ZIPPORAH MUTHONI KURIA; JAVIER DE LUIS; NADIA
MILLERON; MICHAEL STUMO; CHRIS MOORE; PAUL NJOROGE;
YUKE MEISKE PELEALU; JOHN KARANJA QUINDOS; GUY DAUD
ISKANDAR ZEN S; POLSKIE LINIE LOTNICZE LOT S.A.;
SMARTWINGS, A.S.,

*Petitioners.*

————————————————————

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-5-1

————————————————————

UNPUBLISHED ORDER

Before CLEMENT, SOUTHWICK, and HIGGINSON, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the Unopposed Motion of Petitioners,
Naoise Connolly Ryan, Emily Chelangat Babu, Joshua Mwazo Babu,
Catherine Berthet, Huguette Debets, Bayihe Demissie, Luca Dieci, Sri
Hartati, Zipporah Muthoni Kuria, Javier de Luis, Nadia Milleron, Michael
Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja

Quindos, and Guy Daud Iskandarr Zen S., to waive the right to a decision within 72 hours is GRANTED.

IT IS FURTHER ORDERED that the Unopposed Motion of Petitioner, Polskie Linie Lotnicze Lot S.A., to waive the right to a decision within 72 hours is GRANTED.

IT IS FURTHER ORDERED that the Unopposed Motion of Petitioner, Smartwings, a.s., to waive the right to a decision within 72 hours is GRANTED.

IT IS FURTHER ORDERED that a response to the petitions for writ of mandamus be filed by the United States and by Boeing Company within 30 days and reply by Petitioners within 21 days.