## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 24, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-10168   In re: Naoise Ryan
                       USDC No. 4:21-CR-5-1

Enclosed is an order entered in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Roeshawn Johnson, Deputy Clerk
                                  504-310-7998

Mr. Adam Warren Aston
Mr. Anthony Battista
Mr. Colin Patrick Benton
Mr. Paul G. Cassell
Mr. David J. Drez III
Mr. Jeremy Alan Fielding
Mr. Benjamin L. Hatch
Mr. Jeffrey Wallace Hellberg Jr.
Mr. Alex Lewis
Mr. Chad E. Meacham
Ms. Karen S. Mitchell
Mr. Craig Scott Primis
Mr. Richard Bratton Roper III
Ms. Katherine Ann Staton