FILED
March 7, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

No. 23-10168

IN RE NAOISE CONNOLLY RYAN; EMILY CHELANGAT BABU; JOSHUA MWAZO BABU; CATHERINE BERTHET; HUGUETTE DEBETS; BAYIHE DEMISSIE; LUCA DIECI; SRI HARTATI; ZIPPORAH MUTHONI KURIA; JAVIER DE LUIS; NADIA MILLERON; MICHAEL STUMO; CHRIS MOORE; PAUL NJOROGE; YUKE MEISKE PELEALU; JOHN KARANJA QUINDOS; GUY DAUD ISKANDAR ZEN S; POLSKIE LINIE LOTNICZE LOT S.A.; SMARTWINGS, A.S.,

*Petitioners.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-5-1

ORDER:

IT IS ORDERED that the Unopposed Motion of the National Crime Victim Law Institute, for leave to file an amicus brief is GRANTED.

*Leslie H. Southwick*

LESLIE H. SOUTHWICK
*United States Circuit Judge*