# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 06, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10168   Naoise Ryan v. n
                   USDC No. 4:21-CR-5-1

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Roeshawn Johnson, Deputy Clerk
                        504-310-7998

Mr. Adam Warren Aston
Mr. Anthony Battista
Mr. Colin Patrick Benton
Ms. Mariel A. Brookins
Mr. Warren Tavares Burns
Mr. Paul G. Cassell
Mr. Paul D. Clement
Mr. David J. Drez III
Mr. Jeremy Alan Fielding
Ms. Margaret Ann Garvin
Mr. Benjamin L. Hatch
Mr. Jeffrey Wallace Hellberg Jr.
Mr. Chase Hilton
Mr. Alex Lewis
Mr. Chad E. Meacham
Ms. Karen S. Mitchell
Mr. Darren Patrick Nicholson
Mr. Craig Scott Primis
Mr. C. Harker Rhodes IV
Mr. Richard Bratton Roper III
Mr. Jeremy Raymond Sanders
Ms. Katherine Ann Staton
Mr. William Connor Winn