UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal Action No. 4:21-cr-5-O |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court are the Motion & Brief of Amicus Curiae Anthony Keyter (Senior Boeing Instructor Pilot, Retired) in Support of Court Order Forbidding the Boeing Company to Commit Further Crimes, and in Support of International Flight Safety (ECF No. 186), filed February 10, 2023; and the Boeing Company's Response (ECF No. 187), filed February 24, 2023.

Mr. Keyter, appearing *pro se*, moves the Court for leave to file:

[A]n extraordinary Brief as amicus curiae in this case: (a) in support of [the undersigned's] order to the Boeing Company on January 26, 2023, not to commit further crimes; (b) in support of the rule of law and a *law-abiding* Boeing Company; (c) in support of the Boeing Company's shareholder's [sic] and prospective shareholders economic security by preventing loss due to present fraud; (d) in support of imperative "flight safety" for the international flying public flying on Boeing aircraft, in the milieu of a criminal Boeing corporate culture; (e) in support of "respect for the Court"; and, (f) in support of "defense of the interests of the United States[.]"

Mot. 3, ECF No. 186. Because the Court has already entered orders regarding the issues Mr. Keyter wishes to write in support of, and because the others are not relevant to the questions before this Court, the Court **DENIES** the motion **as moot**.

**SO ORDERED** this **14th day** of **March, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**