UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal Action No. 4:21-cr-5-O |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

## MISCELLANEOUS ORDER

The Court issued its Third Memorandum Opinion and Order regarding remedies (ECF No. 185) on February 9, 2023. The crime victims' representatives have appealed that decision. Because there are no motions currently pending and the parties are awaiting expiration of the deferred prosecution agreement, the Court **DIRECTS** the Clerk of Court to administratively close the above-captioned case for statistical purposes pending appeal or until further motion by the parties to this case.

**SO ORDERED** this **5th day** of **April, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE