**FILED**

**April 12, 2023**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

# United States Court of Appeals
# for the Fifth Circuit

———————

No. 23-10168

———————

IN RE  NAOISE CONNOLLY RYAN; EMILY CHELANGAT BABU;
JOSHUA MWAZO BABU; CATHERINE BERTHET; HUGUETTE
DEBETS; BAYIHE DEMISSIE; LUCA DIECI; SRI HARTATI;
ZIPPORAH MUTHONI KURIA; JAVIER DE LUIS; NADIA
MILLERON; MICHAEL STUMO; CHRIS MOORE; PAUL NJOROGE;
YUKE MEISKE PELEALU; JOHN KARANJA QUINDOS; GUY DAUD
ISKANDAR ZEN S; POLSKIE LINIE LOTNICZE LOT S.A.;
SMARTWINGS, A.S.,

*Petitioners.*

———————————————

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-5-1

———————————————

ORDER:

IT IS ORDERED that the unopposed motion of the Petitioners'
(Victims' Families') for leave to file a consolidated reply to the two responses
to their petition in excess of the word count limitation but not to exceed 7,250
words is GRANTED.

*Leslie H. Southwick*

_____
LESLIE H. SOUTHWICK
*United States Circuit Judge*