Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA, 98335 USA
Tel: (USA) 253-853-3859
Email: akeyter@centurytel.net

**RECEIVED**
MAY 31 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

May 23, 2023

4/21-CR-005-O

The Judges et al
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

***For Attention:***
***Judges:*** David C. Godbey; Sam A. Lindsay; Barbara M. G. Lynn; Ed Kinkeade; Jane J. Boyle; Reed O'Connor; Karen Gren Scholer; Matthew J. Kacsmaryk; Mark T. Pittman; James Wesley Hendrix; Brantley Starr; Ada Brown; A. Joe Fish; Sidney A. Fitzwater; Sam R. Cummings; Terry R. Means; Irma Carrillo Ramirez; Jeffrey L. Cureton; Judge Renee H. Toliver; Judge David L. Horan; Judge Hal R. Ray, Jr; Judge D. Gordon Bryant, Jr; Judge Lee Ann Reno; Judge Rebecca Rutherford; Judge John R. Parker;
***Clerk's Office:*** Clerk of the Court and Deputy Clerk;

Dear Judges, Clerk, and Deputies,

### Re: Filing of Criminal Charges against Judicial Officials

Enclosed on CD find a criminal Complaint filed against 55 federal judicial officials involved in serious crime.

The judges, clerks, and deputy clerks of the US District Court for Northern Texas and the 5th Circuit Court of Appeals, were informed, via thirteen Affidavits/ Criminal Complaints submitted by the Prosecutor Qui Tam, of numerous criminal violations of law perpetrated by the Boeing Company and its officials.

The judicial officials were requested, pursuant their respective duties, to take peremptory action to apply the laws upon the Boeing perpetrators and thereby to provide protection of the laws to the international flying public and to Boeing investors. The Judges and Clerks had a definite duty to provide protection of the laws to the international flying public and to investors in the Boeing Company, pursuant statutes United States statutes 18USC 3041, 18USC3046, and 18USC3060, and Rules 4 and 41 of the Federal Rules of Criminal Procedure. The Judges/Clerks were reminded of that duty and the statutes.

The judicial officials deliberately failed to administer the laws in order to protect the Boeing Company and their co-conspirators from prosecution, instead of protecting the public from Boeing crimes. The acts of the judicial officials violated the laws on several counts. The attached *'Affidavit of Complaining Witness/ Criminal Complaint'* details those charges lodged against the law-breaking judicial officials.

Pursuant your duties under law, you are requested to address and terminate the ongoing crimes perpetrated by the Boeing Company and by the US federal judicial officials. Failing to perform your legal duties, you will be held culpable in the crimes of the judicial officials and the Boeing Company.

Sincerely,

*signature*

Anthony Keyter
Prosecutor Qui Tam

***Enclosure:***
Criminal Complaint: 'Criminal Charges Lodged Against Judges and Clerks of the US District Court for Northern Texas and the US 5th Circuit Court of Appeals', dated 5.23.23.



Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA. 98335

The Judges et al
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

76102-975999

RECEIVED
MAY 30 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TACOMA WA 983
OLYMPIA WA
24 MAY 2023 PM 3 L

X-RAY