**FILED**

**June 12, 2023**

KAREN MITCHELL

CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-10168

_____

In re Naoise Connolly Ryan; Emily Chelangat Babu; Joshua Mwazo Babu; Catherine Berthet; Huguette Debets; Bayihe Demissie; Luca Dieci; Sri Hartati; Zipporah Muthoni Kuria; Javier de Luis; Nadia Milleron; Michael Stumo; Chris Moore; Paul Njoroge; Yuke Meiske Pelealu; John Karanja Quindos; Guy Daud Iskandar Zen S; Polskie Linie Lotnicze Lot S.A.; Smartwings, a.s.,

*Petitioners.*

_____

Petition for Review from an Order of the
Northern District of Texas
Agency No. 4:21-CR-5-1

_____

ORDER:

IT IS ORDERED that the unopposed motion of respondent to continue oral argument is GRANTED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT