# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 15, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 23-10168   In re: Naoise Ryan
                           USDC No. 4:21-CR-5-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Peter A. Conners, Deputy Clerk
                          504-310-7685

cc w/encl:
    Mr. Anthony Battista
    Mr. Colin Patrick Benton
    Ms. Mariel A. Brookins
    Mr. Warren Tavares Burns
    Mr. Paul G. Cassell
    Mr. Paul D. Clement
    Mr. David J. Drez III
    Mr. Jeremy Alan Fielding
    Ms. Margaret Ann Garvin
    Mr. Benjamin L. Hatch
    Mr. Jeffrey Wallace Hellberg Jr.
    Mr. Chase Hilton
    Mr. Alex Lewis
    Mr. Chad E. Meacham
    Mr. Darren Patrick Nicholson

```
Mr. Craig Scott Primis
Mr. C. Harker Rhodes IV
Mr. Richard Bratton Roper III
Mr. Jeremy Raymond Sanders
Mr. Brandon Michael Santos
Mr. William Connor Winn
```