**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 4:21-cr-00005-O-1 |
| THE BOEING COMPANY, | ) |
| *Defendant.* | ) |

**NOTICE BY NAOISE CONNOLLY RYAN, ET AL.  WITHDRAWING REQUEST FOR EXPEDITED BRIEFING ON THEIR PENDING MOTION**

Naoise Connolly Ryan et al.[1] (the "victims' families" or "families"), through undersigned counsel, file this notice regarding the status of the families' earlier request for an expedited briefing schedule on the families' pending motion requesting reconsideration of court-imposed conditions of release and appointment of a judicial monitor to supervise Boeing's safety compliance (ECF No. 202) (the "monitor motion").

As indicated in the monitor motion, the families and the parties (the Justice Department and Boeing) met and conferred today regarding whether to accelerate the ordinary fourteen-day briefing schedule on the motion. During the conference, the Justice Department indicated that it would likely be filing something with the Court during the week of July 1, which will provide the Court and the families with additional information that may inform the briefing and decision

---

[1] In addition to Ms. Ryan, the other victims' family members filing this motion are Emily Chelangat Babu anda Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated.

regarding the monitor issue and may produce the possibility of a hearing before the Court (if, of course, the Court agreed) during the week of July 8. In light of that new information—and in light of the fact that the families' monitor motion will be fully responded to by July 8—the families have decided to withdraw their request for expedited briefing on their monitor motion.  The families will review the Department's action next week—and the responses thereto by the Department and Boeing—in further deciding whether they will be filing a motion requesting the opportunity to file a reply brief in support of the monitor motion. Of course, the families continue to move for the immediate appointment of a monitor for the reasons explained in the pending motion (ECF No. 202).

Dated: June 24, 2024                                    Respectfully submitted,

*/s/ Darren P. Nicholson*                               */s/ Paul G. Cassell*
Warren T. Burns                                          Paul G. Cassell (Utah Bar No. 06078)
Texas Bar No. 24053119                                   (Counsel of Record)
Darren P. Nicholson                                      Utah Appellate Project
Texas Bar No. 24032789                                   S.J. QUINNEY COLLEGE OF LAW
Kyle K. Oxford                                           University of Utah
Texas Bar No. 24095806                                   cassellp@law.utah.edu
BURNS CHAREST LLP                                        (no institutional endorsement implied)
900 Jackson Street, Suite 500
Dallas, Texas 75202                                      Tracy A. Brammeier
Telephone: (469) 904-4550                                CLIFFORD LAW OFFICES PC
wburns@burnscharest.com                                  tab@cliffordlaw.com
dnicholson@burnscharest.com
koxford@burnscharest.com                                 Erin R. Applebaum
                                                         KREINDLER & KREINDLER LLP
                                                         eapplebaum@kreindler.com

                                                         Pablo Rojas
                                                         PODHURST ORSECK PA
                                                         projas@podhurst.com

*Attorneys for Victims' Families*

2

## CERTIFICATE OF SERVICE

I certify that on June 26, 2024, the foregoing document was served on the parties to the proceedings via the Court's CM/ECF filing system.

*/s/ Darren P. Nicholson*
Darren P. Nicholson