# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 4:21-cr-00005-O |
| THE BOEING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## [PROPOSED] ORDER POSTPONING ISSUANCE OF A TRIAL SCHEDULING ORDER

Having considered the United States of America's (the "Government") status report and motion for the Court to postpone the issuance of a trial scheduling order, to which relief Defendant The Boeing Company ("Boeng") agrees, the Court hereby **ORDERS** that:

The Court will **POSTPONE** issuing a trial scheduling order until at least July 12, 2024, on which date the Court expects to receive from the Government a status report and proposed scheduling order.

**SO ORDERED** this _____ day of July, 2024

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**