UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 4:21-cr-00005-O-1 |
| ) | |
| THE BOEING COMPANY, ) | |
| ) | |
| *Defendant.* ) | |
| _____ ) | |

**NOTICE BY NAOISE CONNOLLY RYAN, ET AL. OF INTENT TO EXERCISE CVRA RIGHT TO BE HEARD IN OPPOSITION TO PROPOSED PLEA AND REQUESTING TIME TO CONFER ON A BRIEFING SCHEDULE**

Naoise Connolly Ryan et al.[1] (the "victims' families" or "families"), through undersigned counsel, file this notice regarding the Government's status report indicating that it has reached a plea agreement with Boeing (ECF No. 204). The victims' families intend to exercise their Crime Victims' Rights Act (CVRA) right to be heard in opposition to the proposed plea, under 18 U.S.C. § 3771(a)(4). *See In re Ryan et al.*, 88 F.4th 614, 627 (5th Cir. 2023) (holding that when a guilty plea is submitted for court approval that approval process automatically "would require that victims [are] heard"). The families intend to argue that the plea deal with Boeing unfairly makes concessions to Boeing that other criminal defendants would never receive and fails to hold Boeing accountable for the deaths of 346 persons. *Cf.* ECF No. 185 ("Boeing's crime may

---

[1] In addition to Ms. Ryan, the other victims' family members filing this motion are Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated.

1

properly be considered the deadliest corporate crime in U.S. history"). As a result, the generous plea agreement rests on deceptive and offensive premises.

At the upcoming hearing regarding the plea, families intend to ask the Court to reject the plea pursuant to its authority under Fed. R. Crim. P. 11(e). It will expedite the families' presentation if they can file advance briefing on the reasons the Court should reject the plea and coordinate to avoid duplicative briefing and statements. The Government's status report indicates that they are asking the Court to delay setting a scheduling order until at least July 12, 2024. The families join in that request in order to give the families' counsel an opportunity to confer with other counsel in the case about proposing to the Court a mutually agreeable briefing schedule.

Dated: July 7, 2024                                  Respectfully submitted,

/s/ Darren P. Nicholson                              /s/ Paul G. Cassell
Warren T. Burns                                      Paul G. Cassell (Utah Bar No. 06078)
Texas Bar No. 24053119                               (Counsel of Record)
Darren P. Nicholson                                  Utah Appellate Project
Texas Bar No. 24032789                               S.J. QUINNEY COLLEGE OF LAW
Kyle K. Oxford                                       University of Utah
Texas Bar No. 24095806                               cassellp@law.utah.edu
BURNS CHAREST LLP                                    (no institutional endorsement implied)
900 Jackson Street, Suite 500
Dallas, Texas 75202                                  Tracy A. Brammeier
Telephone: (469) 904-4550                            CLIFFORD LAW OFFICES PC
wburns@burnscharest.com                              tab@cliffordlaw.com
dnicholson@burnscharest.com
koxford@burnscharest.com                             Erin R. Applebaum
                                                     KREINDLER & KREINDLER LLP
                                                     eapplebaum@kreindler.com

                                                     Pablo Rojas
                                                     PODHURST ORSECK PA
                                                     projas@podhurst.com

*Attorneys for Victims' Families*

2

## CERTIFICATE OF SERVICE

I certify that on July 7, 2024, the foregoing document was served on the parties to the proceedings via the Court's CM/ECF filing system.

*/s/ Paul G. Cassell*
Paul G. Cassell
