UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>THE BOEING COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) 4:21-cr-00005-O<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Having considered the United States of America's (the "Government") status report and motion for the Court to postpone the issuance of a trial scheduling order, to which relief Defendant The Boeing Company ("Boeng") agrees, the Court hereby **ORDERS** that:

The Court will **POSTPONE** issuing a trial scheduling order pending receipt of a status report by the Government on July 12, 2024.

**SO ORDERED** this 10th day of July, 2024.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE