AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 4:21-cr-5-O |
| The Boeing Company | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 07/11/2024

/s/ Sean P. Tonolli
*Attorney's signature*

Sean P. Tonolli / DC Bar # 503346
*Printed name and bar number*
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20530
*Address*

sean.tonolli@usdoj.gov
*E-mail address*

(202) 514-2000
*Telephone number*

*FAX number*