# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:21-cr-5-O |
| THE BOEING COMPANY, | ) |
| Defendant. | ) |

## [PROPOSED] SCHEDULING ORDER

Having considered the United States of America's (the "Government") status report and the proposed scheduling order, the Court hereby **ORDERS** that:

By seven (7) calendar days after the Government files the proposed plea agreement and related documents (collectively, "Plea Agreement"), the families of the victims of the Lion Air Flight 610 and Ethiopian Airlines Flight 302 airplane crashes ("families"), and any other person claiming status as a "crime victim" under the Crime Victims' Rights Act, 18 U.S.C. § 3771 (together with the families, the "movants"), must file any motion, and supporting brief, requesting the Court not accept the Plea Agreement.

By fourteen (14) calendar days after any motions filed under the preceding paragraph are filed, the Government and Boeing must file their respective briefs in response.

By five (5) calendar days after the Government and Boeing file their respective briefs in response, the movants must file any reply.

On _____DATE_____ at _____TIME_____ the Court will hear argument on the motions.

2

The Court will **POSTPONE** issuing a trial scheduling order at least until the Court decides whether to accept the Plea Agreement.

**SO ORDERED** this _____ day of July, 2024

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**