## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THE BOEING COMPANY,<br><br>                          *Defendant*. | No. 4:21-CR-5-O |

### NOTICE OF APPEARANCE OF JOHN R. LAUSCH

Notice is hereby given that John R. Lausch enters his appearance as follows as counsel for Defendant, The Boeing Company in the above-styled and numbered case:

> John R. Lausch
> IL Bar No. 6237516
> john.lausch@kirkland.com
> Kirkland & Ellis LLP
> 333 West Wolf Point Plaza
> Chicago, IL 60654
> Tel: 312.862.0505
> Fax: 312.862.2200

Dated:  July 12, 2024

Respectfully submitted,

**KIRKLAND & ELLIS LLP**

*/s/ John R. Lausch*
John R. Lausch
IL Bar No. 6237516
john.lausch@kirkland.com

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312.862.0505
Fax: 312.862.2200

Mark Filip
IL Bar No. 6226541
mark.filip@kirkland.com

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312.379.6440
Fax: 312.862.2200

Jeremy A. Fielding
State Bar No. 24040895
jeremy.fielding@kirkland.com

Kirkland & Ellis LLP
4550 Travis Street
Dallas, Texas 75205
Tel: 214.972.1770
Fax: 214.972.1771

Ian B. Hatch
State Bar No. 24123444
ian.hatch@kirkland.com

Kirkland & Ellis LLP
4550 Travis Street
Dallas, Texas 75205
Tel: 214.432.5048
Fax: 214.972.1771

Craig S. Primis
DC Bar No. 454796
cprimis@kirkland.com

Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202.389.5000
Fax: 202.389.5200

*Counsel for The Boeing Company*