# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THE BOEING COMPANY,<br><br>                         *Defendant*. | No. 4:21-CR-5-O |

## NOTICE OF APPEARANCE OF RALPH DADO

Notice is hereby given that Ralph Dado enters his appearance as follows as counsel for Defendant, The Boeing Company in the above-styled and numbered case:

Ralph N. Dado, III
IL Bar No. 6303132
ralph.dado@kirkland.com
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312.862.2225
Fax: 312.862.2200

Dated: July 12, 2024

Respectfully submitted,

**KIRKLAND & ELLIS LLP**

/s/ *Ralph N. Dado, III*
Ralph N. Dado, III
IL Bar No. 6303132
ralph.dado@kirkland.com

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312.862.2225
Fax: 312.862.2200

Mark Filip
IL Bar No. 6226541
mark.filip@kirkland.com

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312.379.6440
Fax: 312.862.2200

Jeremy A. Fielding
State Bar No. 24040895
jeremy.fielding@kirkland.com

Kirkland & Ellis LLP
4550 Travis Street
Dallas, Texas 75205
Tel: 214.972.1770
Fax: 214.972.1771

Ian B. Hatch
State Bar No. 24123444
ian.hatch@kirkland.com

Kirkland & Ellis LLP
4550 Travis Street
Dallas, Texas 75205
Tel: 214.432.5048
Fax: 214.972.1771

Craig S. Primis
DC Bar No. 454796
cprimis@kirkland.com

Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202.389.5000
Fax: 202.389.5200

*Counsel for The Boeing Company*