# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:21-cr-00005-O |
| THE BOEING COMPANY, | ) |
| Defendant. | ) |

**GOVERNMENT STATUS REPORT**

Following on its July 12, 2024 status report (ECF No. 215), the United States of America (the "Government") respectfully submits this further status report. The Government and The Boeing Company ("Boeing") have made substantial progress toward memorializing their agreement in principle in a written plea agreement, but will not be able to finalize the agreement by tomorrow. Based on the work that remains to be done, and accounting for the corporate formalities attendant to finalizing the plea agreement, the Government expects that the earliest it could file the plea agreement is Wednesday, July 24, 2024. The Government will continue to work expeditiously in an effort to file that day, but if it cannot, it will submit instead a further status report to apprise the Court of the parties' progress.

|  | Respectfully submitted, |
|---|---|
| GLENN S. LEON<br>Chief, Fraud Section, Criminal Division<br>United States Department of Justice | LEIGHA SIMONTON<br>United States Attorney<br>Northern District of Texas |
| By: *s/ Lorinda I. Laryea*<br>Lorinda I. Laryea<br>Principal Deputy Chief<br>D.C. Bar No. 997696<br>lorinda.laryea@usdoj.gov | By: *s/ Chad E. Meacham*<br>Chad E. Meacham<br>Assistant United States Attorney<br>Texas Bar No. 00784584<br>chad.meacham@usdoj.gov |
| Sean P. Tonolli<br>Senior Deputy Chief<br>D.C. Bar No. 503346<br>sean.tonolli@usdoj.gov | United States Attorney's Office<br>Northern District of Texas<br>801 Cherry Street, 17th Floor<br>Fort Worth, TX 76102<br>817-252-5200 |
| United States Department of Justice<br>Criminal Division, Fraud Section<br>1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>202-514-2000 | |

cc: Counsel of Record (via ECF)