U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 29 2024

CLERK, U.S. DISTRICT COURT
By_____
Deputy

No. 4:21-CR-5-O

---

# IN THE UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF TEXAS

---

### UNITED STATES OF AMERICA

v.

### THE BOEING COMPANY
#### Defendant

---

## MOTION & SUPPORTING BRIEF OF AMICUS CURIAE ANTHONY KEYTER (SENIOR BOEING INSTRUCTOR PILOT, RETIRED) REQUESTING COURT NOT TO ACCEPT THE BOEING PLEA AGREEMENT

---

**ANTHONY P. KEYTER**
**6200 SOUNDVIEW DR, R201**
**GIG HARBOR, WA 98335**

**JULY 25, 2024**

## TABLE OF CONTENTS

|  | Page |
|---|---|
| Status as Boeing Crime Victim | 2 |
| **Motion for Court to reject the Boeing Plea Agreement** | 4 |
| **Supporting Brief** | 4 |
|     1.  Introduction | 4 |
|     2.  Restitution for Families in Terms of Mass Murder | 6 |
|     3.  Restitution for the American People | 7 |
|     4.  Attempted Murder of Anthony Keyter as Court Witness | 7 |
|     5.  $249.88 Billion Stock Exchange Fraud | 8 |
|     6.  Conclusion | 9 |

**Appendices:**
1. The Dossier of Crimes, Volume III, Chapter 42.1  (On CD)
2. Amicus Curiae Brief of Anthony Keyter   (Docket #186)
3. Letter to Court, dated 2/10/23

## STATUS AS BOEING CRIME VICTIM

Amicus Curiae / Prosecutor Qui Tam, Anthony Keyter, claims status under the Crime Victim's Act, 18USC3771 and claims *all the rights* afforded under the Act, including 18USC3771(a)(1): the right to be reasonably protected from the accused; (a)(4) the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; (a)(6) the right to full and timely restitution as provided in law; (a)(8) the right to be treated with fairness and with respect for the victim's dignity and privacy.

Anthony Keyter was a Senior Instructor Pilot for the Boeing Company for a period of 17 years.  At the end of that period, he suffered kidnap and murder attempts by the Boeing Company (in conspiracy with certain government officials), as court witness

and whistleblower to wrongdoing in the US Supreme Court, in case no. 05-140. (See the Dossier of Crimes, Volume III, Chapter 42.1.1). According to the FAA, the plot to murder remains active today. Boeing committed numerous associated crimes, including crimes against Anthony Keyter's employ and his person. Those crimes are meticulously detailed by Anthony Keyter as Prosecutor Qui Tam and have been filed with this Court on February 13, 2023. The Boeing crimes have not yet been addressed by government investigators or prosecutors because of the involvement of certain high government officials. Flight safety warnings issued by Anthony Keyter as Senior Boeing Instructor Pilot (now retired), which were simply ignored, led directly to further crimes of mass murder in four completely avoidable air accidents, including the two Boeing 737 Max accidents.

Boeing crimes perpetrated against Anthony Keyter, against the flying public, and against the United States, that have yet to be dealt with by the judicial system, include but are not limited to:

> *Fraud on a large scale ($250 billion); obstruction of justice, 18USC1519; theft of court record; tampering with a witness; retaliation against a witness; contempt of court; perjury; conspiracy to commit offenses; conspiracy to kidnap; conspiracy to murder; conspiracy against rights; deprivation of rights; misprision of felony; treason; misprision of treason; seditious conspiracy; insurrection against the laws; accessory after the fact to offenses of their government co-conspirators as detailed in the 'Dossier of Crimes'; crimes against humanity of mass murder in the death of 507 people; crimes against humanity of other inhumane acts in the grave injury of 189 innocent civilians.*

These crimes are detailed in Chapter 42 of a Dossier of Crimes, which Chapter and the complaints presented therein, have been filed with this court on 13 February 2023, and is herewith filed again as ***Appendix 1.*** The crimes attest to a criminal corporate culture existing at Boeing. The crimes directed against Anthony Keyter (as witness /

whistleblower to Boeing wrongdoing / Prosecutor Qui Tam), give him status as crime victim under the Crime Victim's Act, 18USC3771.

---

## MOTION REQUESTING THE COURT NOT TO ACCEPT THE BOEING PLEA AGREEMENT

Amicus Curiae / Prosecutor Qui Tam, Anthony Keyter, respectfully moves the US District Court for the Northern District of Texas NOT TO ACCEPT the Boeing Plea Agreement in its present form, negotiated with the US Department of Justice on 7/24/24. It would be a gross travesty of justice to single out and settle one count of fraud by Boeing - while ignoring numerous other serious felonies, for example: mass murder of 507 and attempted murder of 189 others; attempted murder of a court witness / whistleblower; ongoing stock exchange fraud of $249.88 billion; obstruction of justice; and numerous other grave felonies, concealed by the government (but now filed with this Court in the Dossier of Crimes, Volume III, Chapter 42).

## SUPPORTING BRIEF: REASONS WHY THIS COURT SHOULD NOT ACCEPT THE BOEING PLEA AGREEMENT

### 1. INTRODUCTION

The Boeing Company enjoys virtual impunity to criminal prosecution, afforded by the United States Government. Boeing is a strategically important company for the United States and therefore its officials are largely protected by the government, from the consequences of their criminal wrongdoing. That protection against prosecution for crimes committed, can be seen in the January 7, 2021 Deferred Prosecution Agreement

and in the complete lack of investigation and prosecution for the crimes listed above - the complaints of which are in the hands of the US Department of Justice.

The Boeing Company violated the earlier Deferred Prosecution Agreement of 7 January 2021 to the detriment of *not only* the government, but also to the detriment of several other harmed parties as well.   Those other parties are: (a) the family members of the 737 Max crash victims; (b) the Amicus Curiae, court witness, and whistleblower, Anthony Keyter; (c) the American people (d) the international flying public; and (e) the international investing public.

The Plea Agreement reached between the government and the Boeing Company brings some restitution by way of a fine to the government, but to the government alone. The Plea Agreement disregards criminal punishment of the guilty parties within Boeing who have engaged in *past and ongoing crimes* – shamefully, with the knowledge of the Department of Justice, who has mostly turned a blind eye to Boeing crimes.  For that reason, some crimes are continuing without respite and without restitution to the other harmed parties.  For the needed lessons and changes to be brought home to Boeing Company criminal violators, and for the continuing crimes to be terminated and restitution made to all suffering parties, rehabilitation and punishment of the guilty persons needs to be exacted – either by prison time or personal plea agreement.

Thus, the Boeing Plea Agreement should be enhanced to include a plea agreement with the Prosecutor Qui Tam Anthony Keyter for harm suffered; and plea agreements with the other aggrieved parties as well, not covered by the agreement of the government or that of the Prosecutor Qui Tam.

## 2.  RESTITUTION FOR FAMILY MEMBERS
## IN TERMS OF MASS MURDER

The Boeing Plea Agreement only admits to one count of fraud for misleading US regulators.  This Court should not accept the Plea Agreement without there being a satisfactory Plea Agreement with the families of the deceased, for the crime of *mass murder* committed by Boeing against their loved ones. Restitution for family members should be evaluated in terms of the *mass murder charges* filed with this Court on February 13, 2023.  Alternatively, this Court should appoint a special prosecutor where the Department of Justice has refused to investigate and prosecute Boeing for the crime of mass murder.   See *Appendix 1,* the Dossier of Crimes, Volume III, Chapter 42.1.8.

The flight safety warning presented in my Amicus Curiae Brief of 2/6/23 to this Court, (attached as *Appendix 2*) is repeated with earnest:

> ### *Flight Safety Warning:*
> *Four common causes, stemming from the Boeing Company, have caused the death of 507 people and grave injury to another 189 in the preventable air accidents of Lion Air Flight 610, Ethiopian Airlines Flight 302; Asiana Flight 214, and Air India Flight IX-812.  Many more innocent people will die needlessly in inevitable aircraft or spacecraft accidents on Boeing aircraft/spacecraft, attributable to these same avoidable causes:*
> - o  *Unless the ongoing criminality within the Boeing Company and its US Government co-conspirators is addressed and terminated. (See the Dossier of Crimes).*
> - o  *Unless the impunity offered by the US Government to the Boeing Company, for crimes committed, is ended forthwith.*
> - o  *Unless the Boeing Company's culture of 'extreme indifference to human life' is reigned in and eradicated for good. (See major contributory causes by Boeing in the accidents of Lion Air Flight 610, Asiana Flight 214, and Air India Flight IX-812.)*
> - o  *Unless Boeing's corporate culture of putting its financial interests first, well before flight safety considerations, is once and for all eliminated in full. (See criminal charges in the Dossier of Crimes, Volume III, Chapter 42).*

### 3.  RESTITUTION FOR THE AMERICAN PEOPLE

The Boeing Plea Agreement only admits to one count of fraud for misleading US regulators, despite many more *ongoing crimes*.  This Court should not accept the Boeing Plea Agreement without simultaneously addressing the other ongoing crimes – addressed by trail or by plea agreement.  Restitution and punishment, flight safety, and protection of the laws for the American people, should be evaluated by this Court in terms of the charges of *'ongoing crimes'* being perpetrated by the Boeing Company, as filed with this Court by the Prosecutor Qui Tam on February 13, 2023; and updated on May 15, 2024. See *Appendix 1*, the Dossier of Crimes, Volume III, Chapter 42.1.17.  This can be dealt with in the potential plea agreement with the Prosecutor Qui Tam.  Alternatively, this Court should appoint a special prosecutor or appoint the Prosecutor Qui Tam to prosecute Boeing, where the Department of Justice and SEC have refused to investigate and prosecute Boeing for the ongoing crimes presented in Appendix 1.

### 4.  ATTEMPTED MURDER OF ANTHONY KEYTER AS COURT WITNESS/ WHISTLEBLOWER/ PROSECUTOR QUI TAM

The Boeing Plea Agreement only admits to one count of fraud for misleading US regulators, ignoring all other crimes.  This Court should not accept the Plea Agreement without there being a plea agreement reached with Prosecutor Qui Tam, Anthony Keyter, for the following unaddressed crimes committed by Boeing *against him:*

> *Attempted kidnap and murder; obstruction of justice, 18USC1519; theft of court record; tampering with a witness; retaliation against a witness; contempt of court; perjury; conspiracy to commit offenses; conspiracy to kidnap; conspiracy to murder; conspiracy against rights; deprivation of rights; misprision of felony; seditious conspiracy; accessory after the fact to offenses of their government co-conspirators as detailed in the 'Dossier of Crimes'.*

7

As Prosecutor Qui Tam, Anthony Keyter has offered such plea agreement to this Court in his letter dated 2/10/23 in the paragraph titled "An Alternate Solution". (Copy enclosed as *Appendix 3*). Alternatively; this Court should appoint the Prosecutor Qui Tam or a special prosecutor to prosecute Boeing, where the Department of Justice has refused to investigate and prosecute Boeing for these crimes. See *Appendix 1,* the Dossier of Crimes, Volume III, Chapter 42.1.

### 5. $249.88 BILLION STOCK EXCAHNGE FRAUD

The Boeing Plea Agreement only admits to one count of fraud for misleading US regulators, ignoring Boeing's massive and ongoing stock exchange fraud. This Court should not accept the Plea Agreement without Boeing admitting to, terminating, and correcting their $249.88 billion stock exchange fraud on the New York Stock Exchange, the Nasdaq, and the London Stock Exchange. This issue can and should be dealt with in the potential plea agreement with the Prosecutor Qui Tam. Alternatively, this Court should appoint the Prosecutor Qui Tam or a special prosecutor to prosecute Boeing where the Department of Justice and SEC has refused to investigate and prosecute Boeing for their immense stock exchange fraud. That fraud forms part of $1.42 trillion stock exchange fraud as presented in *Appendix 1*, the Dossier of Crimes, Volume III, Chapter 42.1.16b. When this massive fraud comes to light, as inevitably it must, it will likely destabilize the financial markets and bring great loss and suffering to many investors worldwide. This Court has the unique capability and responsibility to prevent that harmful impact upon the financial markets and must act judiciously on this knowledge.

## 6. CONCLUSION

Boeing's criminal corporate culture adversely affects: Boeing shareholder(s) and future investors; the life and safety of the flying public; the life and safety of the Prosecutor Qui Tam Anthony Keyter; the public perception of an arbitrary judicial system in the United States; and the standing of the United States in the eyes of the international public. These facts have been acutely demonstrated in the two recent Boeing 737 Max crashes and the concomitant death of 346 people; and demonstrated in the ongoing murder plot of Anthony Keyter which has recently been confirmed by the FAA still to be active today - with the criminal culpability of the Boeing Company therein.

The Boeing Company's criminality continues unabated. This Court should ensure that all aspects of that criminality is addressed, confessed to, and terminated before accepting any Boeing Plea Agreement. Again, the Amicus Curiae / Prosecutor Qui Tam Anthony Keyter, is of the firm belief that the arrest and incarceration of the Board of Directors and certain Executives, could serve to terminate the ongoing criminality and could change for the better, the entrenched criminal corporate culture of the Boeing Company. In the alternative, plea agreements that address all Boeing's known crimes could be made, *addressing the concerns and interests of all the harmed parties and the safety and security of the international flying and investing public, alike.*

On the other hand, willfully failing to address the criminality filed with this Court in *Appendix 1* (addressed either by comprehensive plea agreements with all parties concerned or by trial and the just application of the laws), this Court will take full responsibility and culpability for (a) the impending impact of Boeing's stock exchange

fraud upon the international financial markets; (b) further attempts by Boeing upon the life of a Boeing whistleblower; and (c) lives lost in further air accidents ascribed directly to Boeing's ongoing criminal corporate culture and extreme indifference to human life.

Hear me, this time.

Respectfully Submitted,

Anthony P. Keyter
Amicus Curiae
Prosecutor Qui Tam

---

## APPENDIX 3

Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA, 98335  USA
Tel: (USA) 253-853-3859
Email: akeyter@centurytel.net

February 10, 2023

Judge Reed O'Conner
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

Dear Judge O'Conner,

### RE: Case No. 4:21-CR-5.
### Dealing with Boeing Company Criminality

I am a (retired) Senior Instructor Pilot of the Boeing Company. However, I approach you in my present role as International Prosecutor Qui Tam in the 'Boeing Company murder case'.

Following my Amicus Curiae Brief filed with the Court on February 6, 2023, I follow up on that 'Brief' by providing additional information and reporting additional crimes committed by the Boeing Company which do not fall under the category of breaches of Court Order, but which are 'past crimes' which *have not* been addressed or tended to by the authorities.

Because these earlier crimes perpetrated by the Boeing Company have been 'swept under the carpet' by the DOJ, the FBI, and by other state or federal government departments notified of the crimes, and because the acts still pose danger to human life today, I have pursued the matter as ***Prosecutor Qui Tam*** on behalf of the United Sates and on my own behalf. This route has been taken in an effort to secure the safety of the international flying public, as well as to secure my own safety from further retaliation by Boeing against my testimony. In addition, I continue to pursue the charges against the Boeing Company pursuant my duties under statute 18USC4.

In conjunction with this letter, I will file a series of *'Affidavits of Complaining Witness/ Criminal Complaints'* with this Court against the Boeing Company for the Court's deliberation and actions under statutes 18USC3046 and 18USC3060, and Rules 4 and 41 of the Federal Rules of Criminal Procedure. The Affidavits establish strong cause to believe offenses have been committed and that the Boeing Company, through its officials, has committed them. The Criminal Complaints constitute part of Chapter 42 of Volume III of a tome titled the ***Dossier of Crimes,*** compiled by me as Prosecutor Qui Tam.

### Boeing's Criminal Corporate Culture
The Boeing Company is the world's largest airplane manufacturer, together with Airbus, and America's biggest exporter. Boeing is an innovative company and is commercially and technically astute. It is on the forefront of new aviation and space technology. The company adds much to America's prestige internationally. However, none of these positive attributes can warrant the sacrifice of human life.

For all that the Boeing Company has achieved, for all that it symbolizes for the United States, the company has a thoroughly criminal corporate culture today and has had for a number of years. In terms of that criminal culture it subjugates all technical considerations or flight safety considerations to profit motive. When an issue strongly impacts the company's profits, it very often sacrifices flight safety in favor of profitability. These fully implemented, active, constructive decisions by the company's board and executives do from time to time result in flying accidents and death and injury on a large scale.

In particular I refer to the Boeing Company's *repeated actions* of ignoring or concealing flight safety warnings and of deliberately withholding pertinent technical and safety information from pilots, all with an aim to save costs and enhance profits. Such actions by the Boeing Board and Executive Council can be termed callous indifference to human life - and 'criminal' acts. Those actions have played a major role in air accidents and injuries and death, and that is the case in the four air accidents mentioned in my Amicus

Curiae Brief of February 6, 2023, namely:  The Boeing MAX accidents of Lion Air Flight 610 and Ethiopian Airlines Flight 302; the Boeing 777 crash of Asiana Flight 214 at San Francisco; and the Air India Express IX-812 accident in Mangalore, India.  Some 507 people died in these four avoidable accidents and another 189 suffered grave injuries.

Where Boeing manifested an extreme indifference to human life and engaged in conduct which created a grave risk of death to persons, and thereby caused the death of persons, such conduct is considered *murder in the first degree* under the Revised Code of Washington State RCW 9A.32.30(1)(b), where Boeing Commercial Aircraft is domiciled.

Other aspects of Boeing's criminal corporate culture include inter alia, massive fraud on three stock exchanges in the amount of $249.88 billion, obstruction of justice, retaliation against witnesses to Boeing crimes, and attempted kidnap and murder of a prime witness. These Boeing Company crimes are detailed in the enclosed affidavits from Chapter 42 of Volume III of the Dossier of Crimes.

But the Boeing crimes did not and do not take place in a vacuum.  They are perpetrated with the knowledge and consent of institutions and of high officials of the United States Government.  And therein lies the reason why the Boeing Company enjoys total impunity from criminal prosecution and *literally* gets away with murder.

I am an aviation professional who has spent my life and career with flight safety as a primary concern.  As former Senior Instructor Pilot for the Boeing Company for 17 years (now retired), I have through many years witnessed the Boeing Company's criminal corporate culture at work and have myself suffered under that criminality for my extensive efforts to correct and terminate that criminality, *with aim* to prevent accidents.

### Boeing / US Government Criminal Conspiracy

Boeing has enjoyed total impunity against prosecution because the company and its manufacturing has such strategic value to the United States, to United States airlines, to the US armed forces, and to its space program;  and also, because of its prestige worldwide.  But there is another hidden reason for that impunity, a reason that is equally important as any of the former mentioned reasons.  That is, that Boeing is a criminal partner in US Government crimes, and vice versa:  the US Government is a partner in Boeing crimes. This will be discussed below.  As such, Boeing has powerful blackmail potential upon the US Government and in particular the FAA - strong enough blackmail capability to enable the company to escape prosecution for murder and attempted murder. As this Court endeavors to bring justice upon the Boeing Company and its officials, it should take cognizance of that influence and blackmail potential possessed by the Boeing Company.

### Boeing as agent of US Government Crime

During February 2006, the Boeing Company (my employer at the time) facilitated an attempt to kidnap and murder me.  The attempt was carried out at the behest of and on behalf of a senior US Government official, President George W. Bush.  The execution of

12

that plot commenced in the US Supreme Court in case number 05-140, in retaliation for filing criminal charges against the President for theft of court record in the case. The plot unfolded through the offices of the White House, the Department of Justice including the FBI, the Federal Aviation Administration, and the Boeing Company. As my employer at the time, Boeing was offered a lucrative contract to facilitate the malicious murder attempt. Prioritizing profits over morality and lawfulness, the Boeing Board acquiesced to the malevolent request.

The murder attempt was recognized and identified early enough to be foiled, but it left the US Government indebted to the Boeing Company - a criminal debt which Boeing has exploited ever since. A considerable amount of detail of events and evidence of the kidnap attempts remain available to serious investigators. Although reported to the authorities, there has never been an investigation into the reported events because of the criminal involvement of those very same institutions and high government officials therein.

### US Government as Partner in Boeing Crimes

In return, as example, the US Government is a crucial partner in Boeing's part of an ongoing scheme of $607 billion worth of stock exchange fraud. Boeing's part in that massive fraud scheme being $249.88 billion. Boeing cannot get away with that fraud without the full participation of the Securities and Exchange Commission (SEC), the DOJ, the FBI, and President Biden and his Cabinet. All of them have been advised of the $249.88 billion fraud and were requested to take action on several occasions. And none have acted and thus the fraud continues day after day and the potential loss to shareholders and prospective shareholders remains immense.

The fraud case, the attempted murder incident, the cover up thereof, and the safe haven and passage offered to the Boeing Company despite heinous crimes, *disqualifies the DOJ and FBI* from unbiased investigation and prosecution of the Boeing Company for these and any other crimes. As active co-conspirators in the fraud, as co-conspirators in the cover-up of the kidnap and murder attempts, as co-perpetrators in the Boeing mass murder case, it would be untenable in law for these institutions or officials to investigate and prosecute their own crimes.

There are plenty of other examples that show the criminal conspiracy between Boeing and the US Government, and show the government's protection (from prosecution) of this company and/or its officials. The DOJ statement after the $2.5 billion fine upon Boeing, levied for the 737 MAX fraud conspiracy, is another example of that protection of Boeing officials. To quote the DOJ: *"This resolution holds **Boeing** accountable for its employees' criminal misconduct...".* What a travesty of justice, holding an inert company responsible for the criminal conduct of employees -  having Boeing shareholders pay that $2.5 billion fine, while those employees who committed the crimes are allowed to go scot-free.

### Role as Prosecutor Qui Tam

I have taken up the role as prosecutor qui tam, internationally, on behalf of the people of the United States, on behalf of the international flying public, and on my own behalf: where the law-enforcement institutions of the United States have refused to investigate and prosecute Boeing; and/or where they are legally disqualified in law from investigating and prosecuting themselves and their Boeing 'co-conspirator in crime'; and, where the Boeing/US Government crimes have continued unabated; and where the trap set for my kidnap and murder is kept firmly in place by both Boeing and the US Government.

I include prosecution "on my own behalf", since I have experienced a deprivation of rights and conspiracy against my rights, perpetrated by the US Government acting in concert with Boeing, in the crime of attempted kidnap and murder. Simply, I have been deprived of the fundamental constitutional rights to 'due process of law and protection of the laws'. Statute 42USC1985(3), addressing conspiracy to interfere with civil rights, allows, quote: *"the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators"*.

### The Court's Dilemma

The prosecution dilemma faced by the United States and its Attorney General and US Attorneys, and also faced by the US District Court for Northern Texas, is that the Boeing Company is of great strategic value to society, to the military, to space operations, and to commercial aviation. That certainly is one reason why Boeing and its officials enjoy impunity against criminal prosecution and jail time; and why the government refuses to prosecute Boeing officials. Fines, no matter how large, have had no effect upon Boeing's criminal corporate culture. That culture endures intact.

Prosecuting the plethora of serious crimes committed by Boeing and its top officials will, in all *honest* application of the laws, bring the company down. Seemingly, nobody wants to cause that likelihood.  On the other hand, none of the positive assets to the country and to society warrant the sacrifice of human life at the hands of a callous and corrupt airplane manufacturer bent on profits; and at the hands of a US Government who is a 'partner in crime' to a corrupt company. That excruciating sacrifice of 507 people and injury to 189, has been witnessed over several years and four avoidable air accidents. Seemingly, this dilemma has no solution: Boeing Leadership demonstrating an extreme indifference to human life - and a US Government hell-bent on protecting Boeing and its officials from criminal prosecution.

Yet, as prosecutor qui tam, who has observed and studied the Boeing matter over the past 17 years, I can see and can suggest a very practical and effective solution to the dilemma. An effective solution that will ensure **rehabilitation** of the Boeing leadership and their corporate culture; and at the same time will save the company from certain demise.

### *An Alternate Solution*

In the absence of FBI investigation and DOJ prosecution, and in their absence of any legal standing to investigate and prosecute, acting as prosecutor qui tam, I can offer the Boeing Board and Executive Leadership a plea agreement that is specifically aimed at correcting and rehabilitating personal errors *and* group errors (company errors); and aimed at an education program to prevent this situation from ever re-occurring. Such a plea agreement will endeavor to save the Boeing Company from its own self-destruction, while transforming its morals and *modus operandi*. Elements of the agreement would be paying a fine as restitution; community service for a time and in a position of maximum benefit to society internationally; correction of personal errors and not just company errors; and rehabilitation of the corporate culture in favor of a more moral and benevolent Boeing Company.

The proceeds of the fines are to be directed to a foundation and through that foundation to international community service – with aims, in part, to prevent these types of situations from re-occurring. For the sake of confidentiality, all elements of the proposed plea agreement are not mentioned in this letter, but can willingly be discussed with the Court in a more secure setting if there be interest in pursuing this route.

Such plea agreements have already been prepared by me as Prosecutor Qui Tam for the various levels and groups of Boeing officials implicated in the accompanying criminal charges. The plea agreements stand ready to be implemented upon the admission of guilt and upon the willingness of the individual perpetrators themselves, and of the company, to enter such free-will agreement. As prosecutor qui tam, as 17-year veteran of the Boeing Company at managerial level, I am prepared to play a leading role in monitoring the execution of the plea agreements, under the auspices of *this Court* or any other United States Court.

Boeing will not be able to hide and cover-up its heinous criminal conduct for much longer. For example, an unverified report states that the UK Head of State, King Charles, has requested that the company stop trading its shares on the London Stock Exchange. Other likely consequences will follow. Fundamentally, what is at stake, should Boeing acknowledge its crimes publicly and take up the plea agreement (thereby enforcing rehabilitation), is a brighter, productive, law-abiding future for the Boeing Company. Alternatively, should Boeing fail to subject itself to rehabilitation through the plea agreement, what lies immediately ahead is the disgrace and death of the company and the concomitant incarceration of many of its top officials for crimes against humanity. *The future existence of the company depends entirely upon the rehabilitation of Boeing officials.* Those Directors, Executive Council members and other officials implicated, who fail to show conscience, good faith, and a willingness to rehabilitate, should face the full force of United States law for their crimes detailed in the criminal complaints listed below. The crimes must not be allowed to continue.

It is an extra-ordinary situation in the judicial history of the United States involving one of its leading manufacturers in serious joint criminality with the government, including

crimes against humanity of mass murder.   This one-of-a-kind situation requires a wise but unique judicial solution.

If the DOJ attempts to prosecute without legal standing and with culpability in the very same crimes, it will serve to perpetuate the joint criminality.   If a special prosecutor outside the DOJ prosecutes, it will take years to come up to speed with investigation and the proper findings on 17 years of criminality involving the Boeing Company.   Boeing will not survive the attendant public scrutiny over years of special prosecutor investigations and the court case itself.

As former test pilot, Boeing instructor pilot, and as prosecutor qui tam, I know the facts, the case, the company, the subject matter of aviation, and have a good working knowledge of the law.   If this Court is willing to join forces and to collaborate in pursuit of rehabilitation of the Boeing Company and its officials, it is my belief that justice may be best served for all concerned.   Justice will be seen to be served, in this particular 'alternate judicial solution' of plea agreement with the prosecutor qui tam.

In addressing the contempt of court violations exhibited by Boeing and its officials (as demonstrated in my Amicus Curiae Brief of February 6, 2023), it would not be improper to arrest the Boeing CEO and perhaps other Directors and Executive Council members, for their breach of this Court's order.   That would present suitable occasion for Boeing offenders to give consideration to the consequences produced by their entire criminal endeavor over the past 17 years, and occasion to consider admission of guilt and a plea agreement with the Prosecutor Qui Tam.

Should the Court be willing to consider the inimitable alternate solution to the Boeing criminal matter and criminal complaints sent separately, then as Prosecutor Qui Tam I would be pleased to meet for further discussion on the form and details of potential cooperation.

If the Court is not amenable to the suggested alternate solution, as a courtesy kindly advise me as Prosecutor Qui Tam, what other actions have been taken, if any, to address the criminal complaints against the Boeing Company and its officials, sent separately to the Court.

Sincerely,

Anthony Keyter

**Sent separately to the Clerk of the Court:**
**List of Criminal Complaints sent separately to the Court – the Dossier of Crimes, Vol III:**
   1.  Chapter 42.1.1 - Date 11.6.06.  Conspiracy to kidnap plus 13 other offenses.
   2.  Chapter 42.1.2 - Date 10.11.09. Obstruction of Justice plus 15 other offenses.

16

3. Chapter 42.1.4 – Date 1.8.12.  Retaliation against a Witness, plus 5 other offenses.
4. Chapter 42.1.6 – Date 2.15.14. Witness Tampering.
5. Chapter 42.1.8 – Date 3.21.21. Consolidated Boeing Company Mass Murder Case.
6. Chapter 42.1.9 – Date 6.7.21.  Boeing Investors Fraud.
7. Chapter 42.1.10 – Date 8.3.21. Boeing Directors Fraud.
8. Chapter 42.1.11 – Date 10.17.21. Boeing/ US Government Obstruction of Justice.
9. Chapter 42.1.12 – Date 11.30.22. Boeing/ UK Government Fraud.
10. Chapter 42.1.16 – Date 1.27.23. Consolidated Case: $607 Billion Fraud
11. Chapter 42.1.17 – Date 2.13.23. Ongoing Criminal offenses.

———————————

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2024, a true and correct copy of this Motion

and Supporting Brief was served on the following counsel for the parties:

United States Attorney:
Burnett Plaza, Ste 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882
USATXN.USA@usdoj.gov

Defendants: C/o
CEO David L. Calhoun
Corp. Secretary John Demers
Boeing Corporate Offices
929 Long Bridge Drive
Arlington, VA 22202
david.l.calhoun@boeing.com;
john.demers@boeing.com;

Ralph Dado and John Lausch
Kirkland and Ellis
333 West Wolf Point Plaza
Chicago, Il 60654
ralph.dado@kirkland.com
john.lausch@kirkland.com

Respectfully Submitted,

Anthony P. Keyter

Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA, 98335
Tel: 253-8533859
Email: akeyter@centurytel.net

July 25, 2024

US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

The Clerk,

**Re: Filing in Case No. 4:21-cr-5-O**

Enclosed find a Motion and Support Brief, 'Requesting Court not to Accept the Boeing Plea Agreement' in criminal case number *4:21-CR-5-O,* together with Appendices and the 'Certificate of Service.   Thank you.

Sincerely,

Anthony Keyter







Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA, 98335

The Clerk
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

Visit UPS.com

**Apply shipping documents on this side.**

**Window Envelope**
Use this envelope with shipping documents printed from a laser or inkjet printer on plain paper.

**Scan QR code to
schedule a pickup**

This envelope is for use with these services:

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**
**UPS Worldwide Expedited®**

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**

**Domestic Shipments**
• To qualify for the letter rate, UPS Express® envelope correspondence, urgent documents, and/or electron 8 oz. or less. UPS Express envelopes containing item or weighing more than 8oz. will be billed by weigh

**International Shipments**
• The UPS Express envelope may be used only for d value. Certain countries consider electronic media ups.com/importexport to verify if your shipment

• To qualify for the letter rate, the UPS Express enve UPS express envelopes weighing more than 8 oz

**Note:** UPS Express envelopes are not recommended electronic media containing sensitive personal infor Do not send cash or cash equivalent.

**International Shipping Notice** — Carriage hereunder may be subject to the rules relating to liability and other by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

SHIP ATTN THE CLERK
TO: US DISTRICT COURT
501 W 10TH ST
FORT WORTH TX 76102-3641

UPS 2ND DAY AIR A.M.
TRACKING #: 1Z X04 796 87 6797 9420



010195103  05/21  TG  United Parcel Service