AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff* <br> v. <br> THE BOEING COMPANY, *Defendant* | ) ) ) ) ) ) Case No. 4:21-CR-00005-O |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Estate of Andrea Manfredi, Linda Manfredi, Sonia Lorenzoni, and Maurizio Manfredi.

Date: 7/29/2024

/s/ Charles Siegel
*Attorney's signature*

Charles Siegel, Esq.
*Printed name and bar number*
18341875
Waters Kraus Paul & Siegel
3141 Hood Street, Ste. 700
Dallas, TX 75219
*Address*

siegel@waterskraus.com
*E-mail address*

(214) 357-3244
*Telephone number*

*FAX number*