UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   Criminal Action No. 4:21-cr-5-O |
| | § |
| THE BOEING COMPANY, | § |
| | § |
| Defendant. | § |

## ORDER

Before the Court is the Naoise Connolly Ryan, et al.'s Motion Requesting the Court Not Accept the Rule 11(C)(1)(c) Plea Agreement (ECF Nos. 232 and 234), Arfiyandi, et al.'s Submission Regarding the Proposed Plea Agreement (ECF No. 233), Polskie Linie Lotnicze LOT S.A.'s ("LOT's") Motion Requesting that the Court Recognize Its Rights as a Crime Victim and Reject the Proposed Plea Agreement (ECF No. 235), the Manfredi Family's Motion Requesting that the Court not Accept the Rule 11(C)(1)(c) Binding Plea Agreement (ECF No. 236), the Government's Consolidated Response In Support of the Proposed Plea Agreement (ECF No. 245), the Boeing Company's ("Boeing's") Consolidated Response to Objections to Proposed Plea Agreement (ECF No. 246), Lot's Reply (ECF No. 249), Naoise Connolly Ryan, et al.'s Reply (ECF No. 254), and the Manfredi Family's Reply (ECF No. 256).

The Government and Boeing have drafted a Proposed Plea Agreement (ECF No. 222-1), and they want it accepted. All of the above-mentioned parties have briefed legal arguments concerning whether the Court should accept it. The Court sets an in-person hearing on **Friday, October 11, 2024**, at **9:00 am** to discuss the legal arguments presented in the parties' briefing

regarding the Plea Agreement. The hearing will convene in the Second Floor Courtroom, **501 W. 10th Street, Fort Worth, Texas** and will proceed as follows:

- Counsel for the **Government** will be given **20 minutes** to explain to the Court why it should accept the Plea Agreement.

- Counsel for **Boeing** will be given **20 minutes** to explain to the Court why it should accept the Plea Agreement.

- Counsel for **Naoise Connolly Ryan, et al.** on behalf of his clients and the joinder victims[1] and additional supporters will be given **20 minutes** to explain to the Court why it should reject the Plea Agreement.

- Counsel for **Arfiyandi, et al.** will be given **20 minutes** to explain to the Court why it should reject the Plea Agreement.

- Counsel for **LOT**[2] will be given **20 minutes** to explain to the Court why it should reject the Plea Agreement.

- Counsel for the **Government** will be given **10 minutes** for rebuttal.

- Counsel for **Boeing** will be given **10 minutes** for rebuttal.

Above-mentioned Counsel are hereby **ORDERED** to appear at the hearing. All counsel should avoid repeating arguments already presented by other counsel.

**SO ORDERED** on this **27th day** of **September, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] This includes Rini Eka A. Soegiyono, et al. (ECF Nos. 238 and 255) and the Manfredi Family (ECF Nos. 236 and 256).
[2] The Court is currently considering Lot's status under the CVRA. Nevertheless, for the sake of judicial expediency, LOT is allowed to argue before the Court as to why it should reject the Plea Agreemet.