## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. 4:21-cr-005-O-1 |
| | ) | |
| THE BOEING COMPANY, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## NOTICE BY NAOISE CONNOLLY RYAN, ET AL., OF SUBSTITUTE FILINGS WITH FEWER REDACTIONS

Pursuant to Local Rule 79.3, Naoise Connolly Ryan et al.[1] (the "victims' families" or "families"), through undersigned counsel, respectfully provide notice that they are filing two substitute filings in this case on the public docket. These filings contain fewer redactions than the earlier filings, as the basis for the redactions no longer exists.

Earlier in this case, the victims' families filed on the public court docket two documents containing redactions: (1) Motion and Memorandum of Recognized Crime-Victims' Families Naoise Connolly Ryan, et al. Requesting that the Court Not Accept the Rule 11(c)(1)(C) binding plea agreement proposed by the Government and Boeing (ECF No. 234); and (2) Reply Memorandum of Recognized Crime Victims' Families Naoise Connolly Ryan, et al. Requesting that the Court Not Accept the Proposed Rule 11(c)(1)(C) Binding Plea Agreement (ECF No. 254). Both of the public documents were redacted because they contained information that was derived

---

[1] In addition to Ms. Ryan, the other victims' family members filing this motion are Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelelu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated.

directly from documents produced by Boeing in civil discovery that were covered by a protective order. *See In Re Ethiopian Airlines Flight ET 302 Crash*, 1:19-cv-02170 (N.D. Ill.) (Dkt. 2162) The protective order allowed for limited disclosure of otherwise confidential material in these criminal proceedings, but did not permit the material to be publicly filed.

Since those filings, Boeing has agreed to request from *The New York Times* to release some of the previously protected documents. Boeing has also advised the victims' families that the documents no longer are covered by the protective order.  Accordingly, the basis for some of the redactions that the victims' families previously made to their public filings no longer exists.

Under Local Rule 79.3(a), "a party may file under seal any document that a statute or rule requires or permits to be so filed." Because the basis for some of the redactions previously made by the victims' families no longer exists, the basis for filing those parts of the documents under seal no longer exists.

In light of these changed circumstances, the victims' families hereby give notice that they are filing on the public docket less redacted versions of their (1) Motion and Memorandum of Recognized Crime-Victims' Families Naoise Connolly Ryan, et al. Requesting that the Court Not Accept the Rule 11(c)(1)(C) binding plea agreement proposed by the Government and Boeing (ECF No. 234); and (2) Reply Memorandum of Recognized Crime Victims' Families Naoise Connolly Ryan, Et al. Requesting that the Court Not Accept the Proposed Rule 11(c)(1)(C) Binding Plea Agreement (ECF No. 254).  These two versions are attached to this notice as Exhibit A and Exhibit B respectively.

Counsel for the families has conferred with Boeing via emails exchanged over the last several weeks on this filing, and Boeing agrees that the families can make the new, less redacted filings on the public docket, consistent with the need for the public to be able to review the filings.

Dated: October 8, 2024                    Respectfully submitted,

/s/ Darren P. Nicholson                    /s/ Paul G. Cassell
Warren T. Burns                            Paul G. Cassell (Utah Bar No. 06078)
Texas Bar No. 24053119                     (Counsel of Record)
Darren P. Nicholson                        Utah Appellate Project
Texas Bar No. 24032789                     S.J. QUINNEY COLLEGE OF LAW
Kyle Oxford                                University of Utah
Texas Bar No. 24095806                     cassellp@law.utah.edu
Chase Hilton                               (no institutional endorsement implied)
Texas Bar No. 24100866
Burns Charest, LLP                         Tracy A. Brammeier
900 Jackson Street, Suite 500              CLIFFORD LAW OFFICES PC
Dallas, Texas 75202                        tab@cliffordlaw.com
Tel. (469) 458-9890
wburns@burnscharest.com                    Erin R. Applebaum
dnicholson@burnscharest.com                KREINDLER & KREINDLER LLP
koxford@burnscharest.com                   eapplebaum@kreindler.com
chilton@burnscharest.com
                                           Pablo Rojas
                                           PODHURST ORSECK PA
                                           projas@podhurst.com


                    *Attorneys for Victims' Families*

3

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on October 8, 2024, the foregoing document was served on the parties to the proceedings via the Court's CM/ECF filing system.

*/s/ Darren P. Nicholson*
Darren P. Nicholson