Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA, 98335 USA
Tel: (USA) 253-853-3859



October 14, 2024

The Judges et al
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

*For Attention:*
*Judges:* David C. Godbey; Sam A. Lindsay; Ed Kinkeade; Jane J. Boyle; Reed O'Connor; Karen Gren Scholer; Matthew J. Kacsmaryk; Mark T. Pittman; James Wesley Hendrix; Brantley Starr; Ada Brown; A. Joe Fish; Sidney A. Fitzwater; Sam R. Cummings; Terry R. Means; Barbara M. G. Lynn; Jeffrey L. Cureton; Judge Renee H. Toliver; Judge David L. Horan; Judge Hal R. Ray, Jr; Jr; Judge Lee Ann Reno; Judge Rebecca Rutherford; Judge John R. Parker; Amanda Birch; Brian Mckay Irma Carrillo Ramirez; Judge D. Gordon Bryant,
*Clerk's Office:* Clerk of the Court and Deputy Clerk;

Dear Judges, Clerk, and Deputies,

## RE: Unaddressed Boeing Company Criminal Charges, Case No. 4:23- cr-5-O
## - Your Judicial Action Required

About 18 months ago, a series of criminal charges against the Boeing Company were filed with the entire bench and each of the addressees listed above (see letter attached below). The criminal complaints were filed with you pursuant *my duties* under statute 18USC4. Your imperative action was requested to deal with the Boeing crimes according to *your duties* under 18USC4, 18USC3041, 18USC3046, and 18USC3060, and Rules 4 and 41 of the Federal Rules of Criminal Procedure.

The action to file with the entire bench of the US District Court (USDC) Fort Worth, was necessitated when Judge Reed O'Conner overseeing the case, willfully failed his duties under the same laws. Subsequently it became obvious that the entire bench (and clerks) worked together to suppress the Boeing criminal charges, because no action has for the past 18 months been taken by the Court Bench to terminate Boeing's ongoing crimes. Those crimes have continued unabated. This delinquency by the entire USDC Bench has enabled additional crimes to be perpetrated by the Boeing Company, with the USDC's complicity therein.

Criminal charges have been added and/or updated and are filed with the USDC Fort Worth Bench in case no. 4:23-cr-5-O, Docket # 229, in Appendices 1 and 2; and in Docket no. 267 - for your action. The *'Dossier of Crimes'*, detailing the *'insurrection against the laws'*, in which the Boeing Company plays a central role, was filed with the USDC for action on 2/27/23.

Boeing and the Boeing Board of Directors and Executive Council are implicated in a broad and virulent criminal endeavor as detailed in Docket # 229, involving the following crimes:

> ***Past Boeing Crimes (Dkt 229, Appendix 1)***
> *Fraud on a large scale; obstruction of justice, 18USC1519; theft of court record; tampering with a witness; retaliation against a witness; contempt of court; perjury; conspiracy to commit offenses; conspiracy to kidnap; conspiracy to murder; conspiracy against rights; deprivation of rights; misprision of felony; treason; misprision of treason; seditious conspiracy; insurrection against the laws; accessory after the fact to offenses of their government co-conspirators as detailed in the 'Dossier of Crimes'; crimes against humanity of mass murder in the death of 507 people; crimes against humanity of other inhumane acts in the grave injury of 189 innocent civilians.*

> ***Ongoing Boeing Crimes (Dkt 229, Appendix 2)***
> *Ongoing violation of: seditious conspiracy; fraud in the mount of **$249.88 billion** on three separate stock exchanges; Securities Act, Sections 17(a)(2) and 17(a)(3); Revised Code of Washington, RCW 9a.28.40; SEC 'cease-and-desist' order; DOJ 'Plea Agreement'; USDC Northern Texas Order; Boeing ongoing criminal conspiracy with stock exchanges; Boeing ongoing criminal conspiracy with the US Government to cover-up fraud and unaddressed past crimes; Boeing ongoing criminal conspiracy with Alaska Airlines; Boeing 'ongoing' criminal conspiracy to defraud the United States; an ongoing criminal corporate culture as demonstrated by Boeing / US Government ongoing criminal conspiracy to murder the prosecutor qui tam, Anthony Keyter.*

The risks of *not arresting* the Boeing Board and Executive Council Members and of *not addressing and terminating* their crimes are serious, are found in Docket # 264, but are worth repeating herewith. The most damaging of those risks are presented below:

### 1. Risks to the Western World's Financial Markets:

The first grave risk in failing to terminate the ongoing criminal corporate culture within Boeing, is the imminent risk to the United States (and potentially world) financial markets. The United States financial markets and stock exchanges could collapse, given Boeing Company fraud of $249.88 billion on the most prestigious stock exchanges, amongst them the NYSE, NASDAQ (and internationally the LSE in London); and given the high risk of the stock exchange directors, who are knowledgeable, being arrested for involvement in that fraud. The Boeing fraud forms a part of a $1.42 trillion stock exchange fraud scheme.

The potential collapse of the stock exchanges will impact the ability of thousands of companies to raise cash and to trade their shares. It could cause the collapse of investor confidence at a time when investor confidence is most needed. The potential crash of financial markets will have a significant negative impact upon the US economy and the financial well-being of many people. (The major criminal conspiracy engaged in the $1.42 trillion stock exchange fraud and Boeing's part therein, is fully dealt with in the Dossier of Crimes, USA, Volume III, Chapter 42.1.16b, filed with this Court in this case, in Docket # 229).

### 2. *Risks to the International Flying Public*

The second grave risk in failing to terminate the ongoing criminal corporate culture of Boeing, is the imminent risk to the safety of the international flying public. The international flying public are constantly at risk of harm whilst the Boeing Company's criminal corporate culture rules supreme and with total impunity - whilst the US Government (and US Stock Exchanges) participate in the cover-up and continuance of their criminal conduct and criminal corporate culture.

As Prosecutor Qui Tam, and as an aviation specialist well familiar with Boeing's criminal corporate culture, I have repeatedly warned of that criminality long before the deaths (the murder) of 507 people and grave injury (attempted murder) to 189 people occurred. I am today repeating my flight safety warning to you that many more needless deaths will occur in inevitable aircraft or spacecraft accidents unless Boeing's criminal corporate culture (as root cause) is expunged and the broad ranging crimes are dealt with and terminated for good. (The "Consolidated Boeing Company Mass Murder Case" and the 'Flight Safety Warning' by Anthony Keyter is presented in the Dossier of Crimes, USA, Volume III, Chapter 42.1.8, filed with this Court in this case in Docket # 229).

### 3. *Risks to the Safety and Security of Witnesses to Crime*

The safety and security and the lives of witnesses to Boeing Company crime, and whistle blowers on crimes perpetrated by Boeing, will remain at great risk until the criminality is addressed and terminated. Boeing has before attempted to kidnap and murder me as court witness, and is likely to do so again - since Boeing was afforded impunity by US authorities for that crime. I was lucky (or blessed) to escape former assassination attempts by Boeing and its co-conspirators. (The assassination attempt(s) and Boeing's part therein, is fully dealt with in the Dossier of Crimes, USA, Volume III, Chapter 42.1.1a, filed with this Court in this case, in Docket # 229).

### 4. *Risk to the Survival of the Boeing Company*

The Boeing Company risks collapse. As the unaddressed Boeing crimes accrue with the passing years and coalesce and combine into a root cause of accidents, deaths, and injuries, and as that cause remains unattended and uncorrected, there will come a time when the government can no longer afford to corruptly provide the company with impunity and protection from prosecution, as it has done over many years. The public outcry will see to that. The 108-year-old Boeing Company will inevitably fall upon its own sword and will die by its own malevolent hand. That time is nigh, for the signs are written everywhere.

Unless, of course, Boeing takes the necessary vital actions, comes clean but entirely, admits to its grave errors in the past and present, undertakes to correct those errors as best they can at this late stage, and cleans house once and for all. In such a noble yet difficult strategy of survival, as Prosecutor Qui Tam, I am willing and quite able to assist to save the Boeing Company, where the DOJ are partners in crime with Boeing and legally ineligible to enter plea agreements with Boeing.

### 5. *Risk of Prison Time, for You the Addressee*

As you collectively and individually form the Bench, and as you deliberately withhold application of the law upon known law-breakers; as you enable their ongoing criminal offenses; and as you continue to prevent their apprehension trial and punishment and assist them to escape justice, you too risk apprehension, trial, and punishment, as Boeing's co-conspirator in the insurrection against the laws of the United States.

***Your Obligatory Action is Required***
It is imperative for the USDC Fort Worth to deal with the Boeing Company crimes. For the Court to sign off on a Boeing Plea Agreement on one count of fraud, while ignoring the extensive list of crimes of the company, will be a travesty of justice.

I remind you that you have solemnly sworn that you will *"administer justice without respect to persons …… and that you will faithfully and impartially discharge and perform all the duties incumbent upon you under the Constitution and laws of the United States. So help me God."* Deliberately failing your duty, you will be held accountable in those Boeing crimes - as accomplices to the ongoing crimes for enabling them; and as accessories to the past Boeing crimes for assisting them to escape justice.

Kindly advise me by return mail, what actions you have taken or intend to take, if any, to deal with the Boeing Company crimes filed with the USDC for Northern Texas. Failing to hear from you by return, I must assume that you intend to take no action on the Boeing crimes, rendering you complicit therein. So help you God.

Respectfully Submitted,

*[signature]*

Anthony P. Keyter
Prosecutor Qui Tam

---

Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA, 98335 USA
Tel: (USA) 253-853-3859
Email: akeyter@centurytel.net

April 19, 2023

The Judges et al
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

***For Attention:***
***Judges:*** David C. Godbey; Sam A. Lindsay; Barbara M. G. Lynn; Ed Kinkeade; Jane J. Boyle; Reed O'Connor; Karen Gren Scholer; Matthew J. Kacsmaryk; Mark T. Pittman; James Wesley Hendrix; Brantley Starr; Ada Brown; A. Joe Fish; Sidney A. Fitzwater; Sam R. Cummings; Terry R. Means; Irma Carrillo Ramirez; Jeffrey L. Cureton; Judge Renee H. Toliver; Judge David L.

4

Horan; Judge Hal R. Ray, Jr; Judge D. Gordon Bryant, Jr; Judge Lee Ann Reno; Judge Rebecca Rutherford; Judge John R. Parker;
***Clerk's Office:*** Clerk of the Court and Deputy Clerk;

Dear Judges, Clerk, and Deputies,
## RE: Filing of Affidavits/ Criminal Complaints
## RE The Boeing Company

Having failed to tend to the Criminal Charges filed against the Boeing Company in my Amicus Curiae Brief of February 6, 2023, now acting in my capacity as Prosecutor Qui Tam I herewith file those criminal complaints with the entire bench for your imperative action according to the governing laws.

Enclosed on CD in electronic format, find a series of eleven 'Affidavits of Complaining Witness / Criminal Complaints' (237 pages in all) filed with you as Judges/ Clerks of the US District Court for Northern Texas. The criminal complaints are filed with you pursuant my duties under statute 18USC4, which states:

> *18USC4 – Misprision of Felony:* "*Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible <u>make known the same to some judge</u> or other person in civil or military authority under the United States shall be fined under this title or imprisoned not more than three years, or both*".

The eleven 'Affidavits/ Criminal Complaints' are filed with you for your action under statutes 18USC3046 and 18USC3060, and Rules 4 and 41 of the Federal Rules of Criminal Procedure. Rule 4 of the Federal Rules of Criminal Procedure, states:

> *<u>Federal Rules of Criminal Procedure, Rule 4.</u>*
> *Rule 4 (a) states: "If the complaint or one or more affidavits filed with the complaint establishes <u>probable cause</u> to believe an offense has been committed and that the defendant committed it, <u>the judge must issue an arrest warrant</u> to an officer authorized to execute it. Rule 4 (c) states: Such warrant must "command that the defendant be arrested and brought without unnecessary delay before a judge".*

The enclosed 'Affidavits/ Criminal Complaints' provide prima facie evidence and strong probable cause of the Boeing Company's criminal corporate culture, as well as details of the following crimes committed by Boeing and its employees:

> *Fraud on a large scale; obstruction of justice, 18USC1519; theft of court record; tampering with a witness; retaliation against a witness; contempt of court; perjury; conspiracy to commit offenses; conspiracy to kidnap; conspiracy to murder; conspiracy against rights; deprivation of rights; misprision of felony; treason; misprision of treason; seditious conspiracy; insurrection against the laws; accessory after the fact to offenses of their government co-conspirators as detailed in the 'Dossier of Crimes'; crimes against humanity of mass murder in the death of*

5

> *507 people; crimes against humanity of other inhumane acts in the grave injury of 189 innocent civilians.*

These crimes are described in Chapter 42 of a Dossier of Crimes, which Chapter presents eleven of the complaints filed therein and now filed with the judges of the US District Court.

These crimes have yet to be investigated and prosecuted. The details have been meticulously documented over a number of years by me as Prosecutor Quit Tam and as (retired) employee of the Boeing Company at managerial level, and as Senior Instructor Pilot for the Boeing Company in Seattle (a position I held for 17 years). My work and my career were, and my ongoing passion is, oriented towards flight safety for the greater public good.

It is for the sake of international flight safety and for the sake of reducing the risks posed to that safety by a criminal Boeing Company corporate culture; and for the termination of Boeing's massive $249.88 billion dollar fraud scheme upon the international financial markets and upon investors, that I file these criminal complaints with the judges of the US District Court for Northern Texas, for your peremptory action.

Respectfully Submitted,

*[signature]*

Anthony P. Keyter
Prosecutor Qui Tam

**Enclosure:**
Chapter 42 (in Part of the Dossier of Crimes, Volume III: Eleven Affidavits/ Criminal Complaints against the Boeing Company.

Anthony Keyter
Soundview Drive
Gig Harbor, WA. 98335

TACOMA WA
15 OCT 2024 PM 3 L



The Judges et al
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673



RECEIVED
OCT 22 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



76102-975999