# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 4:21-cr-00005-O |
| THE BOEING COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

Having considered the Joint Status Report and Motion for Exclusion of Time Under the Speedy Trial Act filed by the United States of America and The Boeing Company, the Court hereby **ORDERS** that:

The parties continue to meet and confer and provide the Court with an update on how they plan to proceed in this matter by no later than February 16, 2025; and

Because the ends of justice are served by allowing the parties additional time to meet and confer on a potential resolution of this case short of trial, the period of December 5, 2024 to February 16, 2025, is hereby excluded from the computation of time in which a trial must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED** this 4th day of January, 2025.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**