# `UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:21-cr-00005-O |
| THE BOEING COMPANY, ) | |
| Defendant. ) | |

## JOINT STATUS REPORT AND MOTION
## FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The United States of America (the "Government") and the Defendant, The Boeing Company (the "Company"), respectfully submit this joint status report pursuant to the Court's February 17, 2025 Order, ECF No. 288, and motion for the entry of an order in accordance with the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), extending the time period for commencing trial.

1. As ordered by the Court, the parties are continuing to meet and confer on a resolution of this matter short of trial. The parties have not reached agreement but continue to work in good faith toward that end, to include the briefing of new Department leadership. The parties respectfully request permission to provide the Court with the next status report by Friday, April 11, 2025.

2. The Speedy Trial Act requires that the trial of a defendant charged in an Information occur within 70 days from the later of the filing of the Information or the date

on which the defendant appeared before a judicial officer in the court in which the charge is pending. 18 U.S.C. § 3161(c)(1).

3. The Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), provides:

> Any period of delay resulting from a continuance granted by any judge on his own motion or at the request of the defendant or his counsel or at the request of the attorney for the Government, if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. No such period of delay resulting from a continuance granted by the court in accordance with this paragraph shall be excludable under this subsection unless the court sets forth, in the record of the case, either orally or in writing, its reasons for finding that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

4. The parties submit that the ends of justice are served by excluding from the computation of time in which a trial must be commenced under the Speedy Trial Act the period of March 14, 2025, to April 11, 2025, and that taking such action outweighs the public and defendant's interests in a speedy trial.

5. Accordingly, the parties respectfully request that the Court enter an Order, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), excluding the period of March 14, 2025, to April 11, 2025, in computing the time within which any trial must be commenced upon the charge contained in the Information filed against the Company.

|  | Respectfully submitted, |
|---|---|
| LORINDA I. LARYEA<br>Acting Chief, Fraud Section,<br>Criminal Division<br>United States Department of Justice | CHAD E. MEACHAM<br>Acting United States Attorney<br>Northern District of Texas |
| By: *s/ Sean P. Tonolli*<br>Sean P. Tonolli<br>Senior Deputy Chief<br>D.C. Bar No. 503346<br>sean.tonolli@usdoj.gov | *s/ Chad E. Meacham*<br>Texas Bar No. 00784584<br>chad.meacham@usdoj.gov |
| United States Department of Justice<br>Criminal Division, Fraud Section<br>1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>202-514-2000 | United States Attorney's Office<br>Northern District of Texas<br>801 Cherry Street, 17th Floor<br>Fort Worth, TX 76102<br>817-252-5200<br><br>*Counsel for the United States* |
| */s Mark Filip*<br>Mark Filip<br>John Lausch<br>Ralph Dado<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br><br>Ian Briton Hatch<br>KIRKLAND & ELLIS LLP<br>4550 Travis Street<br>Dallas, Texas 75205 | */s Benjamin L. Hatch*<br>Benjamin L. Hatch<br>Brandon M. Santos<br>Elissa N. Baur<br>MCGUIRE WOODS LLP<br>888 16th Street, N.W., Suite 500<br>Black Lives Matter Plaza<br>Washington, D.C. 20006<br><br>Michael P. Heiskell<br>Johnson Vaughn & Heiskell<br>5601 Bridge St., Suite 220<br>Fort Worth, Texas 76112<br><br>*Counsel for The Boeing Company* |