## No. 23-10168

**In The**

## United States Court of Appeals for the Fifth Circuit

## Petition for Writ of Mandamus Pursuant to the Crime Victim's Rights Act, 18USC3771(d)(3).

## Mandamus from the United States District Court for the Northern District of Texas
## Case No. 4:21-cr-005-O

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 1 2025
CLERK, U.S. DISTRICT COURT
By_____ De____

## In Re:
### Anthony P. Keyter (Pro Se)
### Boeing Crime Victim (and Prosecutor Qui Tam of Unaddressed Boeing Crimes)
### 6200 Soundview Drive, R201
### Gig Harbor, WA. 98335
### Telephone: (253) 853-3859

## March 26, 2025

## RECAPITULATION

The criminal case 'United States v. The Boeing Company', Case No. 4:21-cr-005-O in the US District Court for Northern Texas, refers. On 02/23/23, a Petition for Writ of Mandamus was filed in the Fifth Circuit Court of Appeals, Case No. 23-10168, seeking that Boeing Crime Victims be afforded their rights under the Crime Victim's Rights Act (CVRA), statute 18USC3771. On 12/18/23, the Fifth Circuit Court denied the mandamus relief without prejudice, stating that the Fifth Circuit court is *"confident that the district court will uphold victim's rights throughout the instant criminal proceedings, above all when, how, and if judicial approval is sought to resolve this case"*. However, that confidence has proved to be unfounded, because the district court has denied some of those important rights to the Petitioner and Boeing crime victim, Anthony Keyter

Petitioner, Anthony Keyter, is one of the several Boeing crime victims who was invited by the US District Court on 7/15/23, to submit his motions under statute 18USC3771. While other Boeing crime victims have been granted their rights under the Crime Victims Act, certain crime victim's rights have willfully and blatantly been withheld from Anthony Keyter by the District Court.

It has thus become necessary to petition the Fifth Circuit Court *for a second time,* for a writ of mandamus to the District Court, to ensure that Anthony Keyter's rights under CVRA, are indeed granted in full. In particular, rights under 18USC3771(a)(1): the right to be reasonably protected from the accused; (a)(4) the right to be reasonably heard at any public proceeding in the district court involving … plea, sentencing, …..; (a)(6) the right to full and timely restitution as provided in law; (a)(8) the right to be treated with fairness and with respect for the victim's dignity and privacy – where these rights have been denied the Petitioner. In addition, to ensure Petitioner's constitutional right to 'protection of the laws', where those particular laws have not and are not being obeyed by the Boeing Company, harming the Petitioner and the public.

The aim of this Petition, is ultimately to secure personal safety and secure the public safety. As former Boeing Company Senior Instructor Pilot (now retired), the Petitioner sternly warns that no passengers flying on Boeing aircraft world-wide, including the reader, will ever be safe unless and until the Boeing Company's ongoing crimes are addressed and terminated once and for all. The detailed criminal complaints are filed with the Fifth Circuit Court of Appeals. Unassailable evidence exists. The Fifth Circuit Court is urged to grant the writ of mandamus and thereby to assist the Petitioner to bring an end to Boeing's criminal corporate culture that gives rise to the flight safety dangers warned about.

## INTERESTED PARTIES

### PETITIONER: ANTHONY P. KEYTER
*Status as Boeing Crime Victim:* The Petitioner, Anthony P. Keyter, is a former Boeing Company Senior Instructor Pilot, now retired. He claims status under the Crime Victim's Act, 18USC3771, and *all the rights* afforded under the Act. The US District Court has recognized his claim and that status.

Anthony Keyter held the position as Senior Instructor Pilot for the Boeing Company for a period of 17 years. At the end of that period, he suffered kidnap and murder attempts by the Boeing Company as court witness and whistleblower to wrongdoing in the US Supreme Court, in Case No. 05-140. Boeing acted at the behest of, and on the behalf of, former President GW

2

Bush. The criminal act has never been investigated or prosecuted. That unaddressed criminal act is detailed in the Dossier of Crimes, Volume III, Chapter 42.1.1. [The Dossier of Crimes was filed with the US District Court in Case No. 4:21-CR-5-O, on February 13, 2023; and again on July 27, 2024 (Docket No. 229). The Dossier of Crimes was filed with the Fifth Circuit Appeals Court on April 12, 2023, in this case, no. 23-10168].

According to the Federal Aviation Authority (FAA), the trap set by Boeing for Anthony Keyter's kidnap and murder remains current and active today. Boeing committed numerous associated crimes, including witness tampering (crimes against Anthony Keyter's employ and his person). Those crimes are meticulously detailed by Anthony Keyter in his role as Prosecutor Qui Tam and, as stated, have been filed with the US District Court for Northern Texas on February 13, 2023, and again on July 27, 2024 (Docket No. 229).

The Boeing crimes have not been addressed by government investigators or prosecutors, or by the District Court, because of the involvement therein of former President GW Bush and other high government and Boeing officials. Flight safety warnings, regarding the impact of Boeing's criminality on safety, issued by Anthony Keyter as Boeing Senior Instructor Pilot (now retired), which were simply ignored, led directly and proximately to further charges of mass murder in four completely avoidable air accidents, including the two Boeing 737 Max accidents on 10/29/2018 and 3/10/2019. Further crimes, avoidable air accidents, and deaths, will occur if the root cause – Boeing's criminal corporate culture - is not resolutely dealt with.

As Boeing crime victim and as Prosecutor Qui Tam, Anthony Keyter petitions the Fifth Circuit Court of Appeals, on his own behalf and on behalf of flight safety of the international flying public, for writ of mandamus to command the DOJ prosecutors and the District Court to address the numerous unaddressed and ongoing Boeing crimes.

**RESPONDENTS: 'THE USDC FOR NORTHERN TEXAS'**
Judge Reed O'Conner, Presiding Judge in US District Court Case No. 4:21-CR-5-O,

**RESPONDENTS: PROSECUTING ATTORNEYS FOR 'THE UNITED STATES'**
**Leadership:** US Attorney General Pam Bondi; **DOJ Attorneys:** Glenn Leon; Leigha Simonton; Chad Meacham; Alex Lewis; Allan Medina; Carlos Lopez; Cory Jacobs; Jerrob Duffy; Lorina Laryea; Michael O'Neill; Scott Armstrong; Sean Tonolli.

**RESPONDENTS: 'THE BOEING COMPANY'**
**Board of Directors:** Robert A Bradway; Lynne Doughtie; David Gitlin; Lynn J. Good; Stayce D Harris; Akhil Johri; David L Joyce; Lawrence W. Kellner; Steven Mollenkopf (Chair); Kelly Ortberg; John M. Richardson; Sabrina Soussan.
**CEO and Executive Council (present and former):** Kelly Ortberg (Pres and CEO); Brian West (CFO); Stephanie Pope (COO); William Ampofo; Uma Amuluru; Stephen E. Biegun; Ted Citron; Michael Delaney; Susan Doniz; Mike Fleming; Brett Gerry; Darrin Hostetler; Elizabeth Lund; Howard McKenzie; Brian Moran; Brendan Nelson; Ziad Ojakli; Kimberly Pastega; Chris Raymond; John Demers, Corporate Secretary.
**Counsel:** Mark Filip; John Lausch; Ralph Dado; Benjamen Hatch; Brandon Santos; Elissa Baur; Ian Hatch; Michael Heiskell.

## TABLE OF CONTENTS

**RECAPITULATION** ……………………………………… 2

**INTERESTED PARTIES** ……………………………………… 2

**TABLE OF CONTENTS** ……………………………………… 4

**TABLE OF AUTHORITIES** ……………………………………… 4

    1. **STATEMENT OF RELIEF SOUGHT** ………………… 5

    2. **ISSUES / FACTS – US DISTRICT COURT** …………… 8

    3. **ISSUES / FACTS – DOJ PROSECUTORS** …………....... 11

    4. **ISSUES / FACTS – THE BOEING COMPANY** ………. 13

    5. **REASONS WHY THE WRIT SHOULD ISSUE** ……… 14

    6. **CONCLUSIONS** ……………………………………… 17

    **CERTIFICATE OF SERVICE** ……………………………… 19

## TABLE OF AUTHORITIES

*Statutes*

18USC3771 ……………………………………………… 1, 2,3,5,8,9,10,12

18USC4 ……………………………………………… 4, 7

18USC3041 ……………………………………………… 4, 5, 6, 7

18USC3046 ……………………………………………… 4, 5, 6, 7

18USC3060 ……………………………………………… 4, 5, 6, 7

28USC547 ……………………………………………… 5, 7

*Rules*

FRCrimP Rule 4 ……………………………………… 4, 5

FRCrimP Rule 41 ……………………………………… 4, 5

## 1.  STATEMENT OF RELIEF SOUGHT

Anthony Keyter, Boeing crime victim, Prosecutor Qui Tam vis-à-vis ongoing and unaddressed Boeing crimes, seeks the following relief from the Respondents:

### 1.1 RELIEF SOUGHT FROM RESPONDENT: 'THE USDC FOR NORTHERN TEXAS'

#### (A) Deal with All Unaddressed Criminal Charges Filed in the Case

The US District Court and the DOJ prosecuting attorneys, are addressing only one crime committed by Boeing, in their discussions regarding trial or plea agreement. That is:- *one single count of Boeing defrauding the United States.*  However, there is an entire series of grave felonies that have been committed by Boeing, which felonies are filed in the US District Court case, but which crimes are being concealed.  They include violent crimes, crimes against the administration of justice, and many more serious counts of fraud.

The Fifth Circuit Court of Appeals is petitioned to compel the US District Court to ***obey the laws,*** in particular where affidavits/criminal complaints have been filed with the US District Court pursuant statute 18USC4; and to deal with the unaddressed Boeing Company crimes filed with the court, pursuant the court's judicial duties under statutes 18USC3041, 18USC3046 and 18USC3060, and Rules 4 and 41 of the Federal Rules of Criminal Procedure.

#### (B).  Provide the Petitioner with an Opportunity to be Heard

There are eight motions filed by the Petitioner in the US District Court over the past 9 months, which have simply been ignored. The motions include criminal charges being filed.  None of the motions have been decided or otherwise acted upon.    Yet, statute 18USC3771(a)(4) demands that crime victims be heard.  Furthermore, the District Court willfully failed to give the Petitioner a chance to be heard during a scheduled oral hearing.

The Fifth Circuit Court of Appeals is petitioned to compel the US District Court to ***obey the laws mentioned,*** and to decide and take action on the important motions, since they all

5

pertain to flight safety and/or the security of the public at large; and the personal safety of the Petitioner. The Fifth Circuit Court of Appeals is petitioned to compel the US District Court to *obey 18USC3771(a)(4)*, and give the Petitioner a chance to be heard through his filed motions, where his motions and a court hearing has been withheld from the Petitioner.

### (C) Dismantle the Trap set by Boeing for the Kidnap and Murder of Petitioner

Amongst the Boeing crimes that are *not being addressed*, is a trap set by Boeing at the FAA, for the kidnap and murder of the Petitioner, Anthony Keyter (now a retired employee of Boeing). Petitioner's safety is being denied by the US District Court. CVRA, statute 18USC3771(a)(1), grants Petitioner the right to be reasonably protected from the accused. That protection has not been provided, since the trap set by Boeing for his kidnap and murder remains *intact and active*. The Fifth Circuit Court of Appeals is petitioned to compel the US District Court to obey the law and address that crime, in terms of the Boeing crime victims' right to be reasonably protected from the accused.

### (D) Deal with Boeing's Massive and Ongoing Stock Exchange Fraud

Also, amongst the Boeing criminal charges filed in the case, but that are *not being addressed* by the US District Court or the government prosecutors, is Boeing's massive fraud of *$249.88 billion* on the New York and London stock exchanges, and on the Nasdaq. To provide the public and further Boeing crime victims the right to be reasonably protected from the accused pursuant 18USC3771(a)(1), the Fifth Circuit Court of Appeals is petitioned to compel the US District Court to obey this law and to address and terminate Boeing's ongoing, massive, fraud.

### (E) Grant the Right to Confer with the Prosecutors

The Fifth Circuit Court of Appeals is petitioned to grant the Petitioner his right to confer with the prosecutors in the case, before they erroneously decide on Boeing plea agreement or trial on a single count of fraud.

6

## 1.2 RELIEF SOUGHT FROM RESPONDENT: 'PROSECUTING ATTORNEYS FOR THE UNITED STATES'

The United States Department of Justice (DOJ) prosecutors on this case, acting on behalf of the United States, are fully informed of the Boeing Company's past and presently *ongoing crimes* that have not been investigated or prosecuted. The government prosecutors involved have the details of those major, unmistakable, and ongoing crimes; but as mentioned, they have willfully chosen to protect the Boeing Company from prosecution for known crimes.

The Fifth Circuit Court of Appeals is petitioned to compel the DOJ prosecutors to end the impunity offered to the Boeing Company; to compel the DOJ prosecutors to obey the law, in particular statute 28USC547, and to, quote: *"prosecute for all offenses against the United States"*. There, where DOJ officials are implicated in Boeing crimes (as in the kidnap and murder attempts upon Anthony Keyter), there to ensure that independent prosecutors pursue the important DOJ duties of prosecuting for all offenses against the United Sates. In the alternative, allow Anthony Keyter to act as Prosecutor Qui Tam and to prosecute unaddressed Boeing crimes, and to lead the court (and Boeing) through the evidence.

## 1.3 RELIEF SOUGHT FROM RESPONDENT: 'THE BOEING COMPANY'

The Boeing Company, through its Board of Directors and Executive Council, is in continual violation of the laws of the United States, to the detriment and danger of the flying public, to the investing public, and to witnesses to Boeing crime, including the Petitioner. The Boeing Company crimes have willfully not been addressed by the authorities, in order to protect this strategically important company from prosecution.

Knowing of these serious and ongoing offenses, the Fifth Circuit is petitioned to compel the Boeing Company and its officials to turn a new leaf, and to: admit to the District Court known grave offenses committed by the company; to dismantle the trap set for the kidnap and murder of the Petitioner; to cooperate fully and truthfully in investigations and to produce to the court, the known evidence in its possession; to terminate its ongoing crimes and make

7

amends; to report *all known crimes* the company has engaged in, in this matter; and to work with government prosecutors *and* the prosecutor qui tam, to bring the known Boeing criminal offenders to justice.  In so doing, to save the Boeing Company from certain demise.

## 2.  ISSUES PRESENTED AND THE NECESSARY FACTS
## - US DISTRICT COURT FOR NORTHERN TEXAS

### *FIRST ISSUE PRESENTED - US DISTRICT COURT FOR NORTHERN TEXAS*

Did the US District Court for Northern Texas err when the court deliberately failed to perform its judicial duty to address past Boeing crimes and to terminate ongoing crimes filed in the case - and thereby deliberately prevented, hindered, and delayed, Boeing and Boeing officials' apprehension, trial, and punishment?

### *THE FACTS NECESSARY TO UNDERSTAND THE FIRST ISSUE*

Boeing and the Boeing Board of Directors and Executive Council are implicated in a broad and virulent criminal endeavor as detailed in Docket entry 229 in the US District Court, involving the following crimes:

> **Past Crimes (District Court Dkt 229, Appendix 1)**
> *Fraud on a large scale; obstruction of justice, 18USC1519; theft of court record; tampering with a witness; retaliation against a witness; contempt of court; perjury; conspiracy to commit offenses; conspiracy to kidnap; conspiracy to murder; conspiracy against rights; deprivation of rights; misprision of felony; treason; misprision of treason; seditious conspiracy; insurrection against the laws; accessory after the fact to offenses of their government co-conspirators as detailed in the 'Dossier of Crimes'; crimes against humanity of mass murder in the death of 507 people; crimes against humanity of other inhumane acts in the grave injury of 189 innocent civilians.*
> **Ongoing Crimes (District Court Dkt 229, Appendix 2)**
> *Ongoing violation of: seditious conspiracy; fraud in the mount of $249.88 billion on three separate stock exchanges; Securities Act, Sections 17(a)(2) and 17(a)(3); Revised Code of Washington, RCW 9a.28.40; SEC 'cease-and-desist' order; USDC Northern Texas Court Order; Boeing ongoing criminal conspiracy with stock exchanges; Boeing ongoing criminal conspiracy with the US Government to cover-up fraud and unaddressed past crimes; Boeing ongoing criminal conspiracy with Alaska Airlines; Boeing 'ongoing' criminal conspiracy to defraud the United States; an ongoing criminal corporate culture as demonstrated by Boeing / US Government ongoing criminal conspiracy to murder the prosecutor qui tam, Anthony Keyter.*

These crimes have not been investigated or prosecuted and remain unaddressed. These criminal offenses have been filed with the District Court case no. 4:21-cr-5-O, in docket #229, in the Dossier of Crimes, Vol. III, Chapter 42.1. (The charges have also been filed with the Fifth Circuit Court on April 12, 2023, in this case, no. 23-10168).

The US District Court for Northern Texas is fully informed of unaddressed and ongoing Boeing crimes. See US District Court Docket Entries 186, 192, 229 and appendices, 258, 264, 276, 277, 280, 281, and 283. The US District Court had judicial duties to tend to those crimes pursuant 18USC4, 18USC3041, 18USC3046, 18USC3060, FRCrim.P, Rules 4 and 41c. The US District Court willfully failed to adhere to its judicial duties under the laws. The court thereby protected the Boeing Company from prosecution and assisted them to escape justice.

### *SECOND ISSUE PRESENTED - US DISTRICT COURT FOR NORTHERN TEXAS*

Did the US District Court for Northern Texas err when the court deliberately failed to perform its duty to decide the Petitioner's eight motions presented to the court. Did the District Court err when it deliberately failed to invite Petitioner to a hearing ostensibly held for all Boeing crime victims?

### *THE FACTS NECESSARY TO UNDERSTAND SECOND ISSUE - US DISTRICT COURT*

*Motions not Addressed:* Of the eight US District Court Docket Entries by the Petitioner during 2024, Docket Numbers 229, 258, 264, 276, 277, 280, 281, and 283, pleading for action on unaddressed Boeing crimes, the court answered *none* or decided *none of them,* but has instead ignored them, even though they relate to the public safety and security – and to the safety and well-being of the Petitioner. Docket #283 calls for action regarding an urgent flight safety warning concerning Boeing and its ongoing crimes. The US District Court willfully failed to adhere to its judicial duties under the Crime Victim's Rights Act and the constitutional right to protection of the laws. The court thereby protected the Boeing Company from prosecution and assisted them to escape justice.

*Hearing in Court denied:* Although a hearing was held on October 11, 2024, for the other Boeing Crime Victims to give their oral input, Anthony Keyter was excluded from that hearing. An Order regarding the hearing scheduled for October 11, 2024, was issued by the Court on September 27, 2024. A copy of that Order was only *mailed* by the Court (by US First Class Mail) from Texas to Anthony Keyter in Seattle, on October 9, 2024 – twelve days *after* the Order was made and two days before the October 11th hearing. The Order was only *received* in the mail by Anthony Keyter at around 3pm on October 16, 2024 – some 5 days *after* the hearing. In addition, Anthony Keyter *was deliberately not included* in the Order on the list of invited speakers to explain his rejection of the proposed Plea Agreement of Boeing.

The Petitioner has a legal *right to timely notice* pursuant 18USC3771(a)(2). The Petitioner has a legal *right not to be excluded* from any such public court proceeding, pursuant 18USC3771(a)(3). The Petitioner has a *right to be reasonably heard* at such public proceeding in the district court involving plea and sentencing, pursuant 18USC3771(a)(4). Petitioner Anthony Keyter was denied these rights by the District Court. (See Docket No. 277).

### THIRD ISSUE PRESENTED - US DISTRICT COURT FOR NORTHERN TEXAS

Did the US District Court for Northern Texas err when the court deliberately failed to perform its judicial duty to dismantle and to terminate Boeing's current and ongoing trap set for the Petitioner's kidnap and murder? The District Court thereby deliberately prevented, hindered, and delayed, the apprehension, trial, and punishment of lawbreaking Boeing officials implicated; and apprehension of President GW Bush at whose behest and on whose behalf, Boeing acted; and apprehension of Bush's henchmen involved? Is Boeing and the former United States President and his henchmen above the law for attempted murder?

### THE FACTS NECESSARY TO UNDERSTAND THIRD ISSUE - US DISTRICT COURT

The US District Court has legal duties pursuant 18USC3771(a)(1) to see that the Boeing crime victims, including the public and the Petitioner, are reasonably protected from the crimes

10

of the accused, namely Boeing. In particular, where the US District Court has been made aware that Boeing (in conjunction with the FAA) still hold in place a trap set for the Petitioner's kidnap and murder (at the behest of, and on behalf of, former President, GW Bush).

(For the details and criminal complaint on this crime, see the Dossier of Crimes, USA, Volume III, Chapter 42.1.1a, filed with the Fifth Circuit Court and also filed with the District Court in case no. 4:21-cr-5-O, in Docket # 229).

### 3.  ISSUES PRESENTED AND THE NECESSARY FACTS - DOJ PROSECUTORS

*ISSUE PRESENTED - RE DOJ PROSECUTORS*

Once the DOJ Prosecutors were fully informed of unaddressed Boeing crimes, did the DOJ prosecutors on the case, err by failing to obey 28USC547 and to *'prosecute for all offenses against the United States'?* Or, can DOJ officials continue to willfully conceal and ignore serious Boeing Company crimes and those of their accomplices, without investigation, and with the blessings and protection of the DOJ and the Courts?

*THE FACTS NECESSARY TO UNDERSTAND THE ISSUE - RE DOJ PROSECUTORS*

It is a sad fact that, as a rule, the US Government and the Courts protect their own officials against the consequences of their criminal wrongdoing. The US Government and the Courts also tend to protect strategically important industries from prosecution for criminal wrongdoing. This unlawful government policy has led to profound, unaddressed, criminality within the US Government and American industry; and led to grave consequences upon the public. Some of that criminality and the harmful consequences are meticulously documented in the Petitioner's Dossier of Crime. More specifically, that lawlessness within government and industry has led to *'impunity'* afforded to the Boeing Company, for:

- o  crimes against humanity of mass murder in four completely avoidable air accidents;
- o  crimes against society of $249.88 billion stock exchange fraud;
- o  Boeing attempts to kidnap and murder one of its own senior instructor pilots (a Supreme Court witness), acting on behalf of former President, GW Bush; and
- o  impunity for numerous associated crimes against the administration of justice.

This 'Petition' for Writ of Mandamus seeks redress of this degenerate situation of impunity, where a company like Boeing can literally get away scot-free with mass murder and attempted murder of a court witness.

The list of Boeing crimes, left unattended and concealed by the DOJ prosecutors, is presented above in paragraph 2. The individual crimes are meticulously detailed in the 2,400-page tome titled: the ***'Dossier of Crimes', in Volume III, Chapters 42.1.1 to 42.1.17.*** The Dossier of Crimes and its 'Chapter 42.1' is filed with the US District Court for Northern Texas, the 5th Circuit Appeals Court, and the DOJ.

The US District Court for Northern Texas has been requested on several occasions - on the following dates 2/6/23; 2/13/23; 2/27/23; 7/27/24; 8/17/24; 9/3/24; 10/22/24; 10/30/24; 11/4/24; and 12/18/24 - to address *all the Boeing criminal offenses,* not just one count of fraud, the issue presently in the District Court case. The DOJ has been requested many more times and has been kept closely informed when there were new Boeing crimes committed, including on the following dates: 1/6/23; 1/16/23; 1/27/23; 2/27/23; 10/10/23; 1/1/24; 1/10/24; and 10/11/24. The Petitioner has not left a stone unturned on this crucial matter of danger to the public.

For the past 25 months since 2/6/23, the US District Court and the DOJ have simply ignored the extensive Boeing Company criminality. As mentioned, amongst the Boeing crimes ignored by the District Court and the DOJ, are the serious crimes of mass murder of 507 people in four avoidable air accidents, and grave injury (attempted murder) of another 189 people. The case for charging 'murder' has been well laid out to the courts and to the DOJ in the Dossier of Crimes, Volume III, Chapter 42.1.8. The DOJ is in possession of the detailed violations of laws and all the evidence it needs. The Boeing fraud case of $249.88 billion is obvious from the facts compared against the laws. The unlawfulness of the Commercial Airplanes business in terms of the Revised Code of Washington (RCW) is plain to read. Yet, these serious crimes

and their corresponding complaints have not been investigated or prosecuted, or had the laws applied upon them. They have instead have been swept under the carpet causing great peril to the public at large.

Statute 18USC3771(a)(6), demands full and timely restitution for all Boeing crimes, listed in paragraph 2 above, not just one count of fraud. If the DOJ insists on prosecuting one count of fraud only, then the Prosecutor Qui Tam Anthony Keyter is prepared to prosecute all the other criminal charges he has filed with the District Court, if so allowed.

## 4. ISSUES PRESENTED AND THE NECESSARY FACTS - BOEING BOARD AND EXECUTIVE COMMITTEE

*ISSUE PRESENTED - RE BOEING BOARD AND EXECUTIVE COMMITTEE*

Can the Boeing Company and its Board of Directors and Executive Committee, continue their series of grave criminal offenses against the United States and against Anthony Keyter (as documented in The Dossier of Crimes, Volume III, Chapter 42.1), including continuing with the trap set for his kidnap and murder, with the blessings and under the protection of the US District Court and the DOJ?

*THE FACTS NECESSARY TO UNDERSTAND THE ISSUE - RE BOEING BOARD AND EXECUTIVE COMMITTEE*

To maintain the rule of law in the United States, the 5th Circuit Court is compelled to take the unpopular step and to issue the requested writ of mandamus, in order to address the Boeing criminal corporate culture exposed in Chapter 42.1 of the Dossier of Crimes. And, the US District Court must pursue restitution *for all* the exposed Boeing crimes, and give *consideration to all* Boeing crime victims, including Anthony Keyter. And, the Boeing Company and its officials must cooperate fully and honestly in eradicating its criminal corporate culture, and making 'full and timely restitution as provided in law', to crime victims.

If on the other hand, the status quo is allowed to stand, if Boeing is allowed to continue its crime spree upon society, and if the DOJ and the US District Court are allowed to unlawfully

13

conceal the Boeing crimes, then a further flight safety warning is imperative and is herewith issued by Anthony Keyter, retired Senior Instructor Pilot for the Boeing Company and Prosecutor Qui Tam concerning unaddressed Boeing crimes:

***Flight Safety Warning Regarding Boeing***

*Some common causes, stemming from the Boeing Company, have caused the death of 507 people and grave injury to another 189 in the preventable air accidents of Lion Air Flight 610, Ethiopian Airlines Flight 302; Asiana Flight 214, and Air India Flight IX-812.*

*In each of the four avoidable air accidents, Boeing manifested and extreme indifference to human life by deliberately withholding vital safety and technical information from their clients, the aircraft operators. Their conduct created a grave risk of death to passengers and crew and thereby caused the death or injury to 696 people.*

*Many more innocent people will die needlessly in inevitable aircraft or spacecraft accidents on Boeing aircraft/ spacecraft, attributable to these same avoidable causes:*
- o *Unless the ongoing criminality within the Boeing Company and its US Government co-conspirators is addressed and terminated. (See the Dossier of Crimes, Volume III, Chapter 42.1).*
- o *Unless the impunity offered by the US Government (and DOJ) to the Boeing Company, for crimes committed, is ended forthwith.*
- o *Unless the Boeing Company's culture of 'extreme indifference to human life' is reigned in and eradicated for good. (See major contributory causes by Boeing in the accidents of Lion Air Flight 610, Asiana Flight 214, and Air India Flight IX-812. See the Dossier of Crimes, Volume III, Chapter 42.1.8).*
- o *Unless Boeing's corporate culture of putting its financial interests first, well before flight safety considerations, is once and for all eliminated in full. (Again, see criminal charges in the Dossier of Crimes, Volume III, Chapter 42.1.8).*

*[Credentials of the issuer of this Flight Safety Warning, Anthony Keyter: Senior Instructor Pilot with Boeing for 17 years (now retired), rated on Boeing 737, 747, 757, 767, and 777 aircraft. Test Pilot Instructor, with test flying experience on high performance fighter jets and Boeing commercial airplanes alike. MSc Degree in 'Space Science'. 'Prosecutor Qui Tam' of the criminal charges filed against Boeing and its officials in the Dossier of Crimes].*

## 5. <u>REASONS WHY THE WRIT SHOULD ISSUE</u>

The obvious reason why the writ should issue is to terminate the Boeing Company's ongoing crimes and continued harm upon the international public – where the DOJ prosecutors and the District Court have taken no action. There are several ***risks in not terminating*** Boeing Company crimes and in ***not taking judicial action***. Potentially, the most harmful of those risks are presented below:

14

### *5.1 RISKS TO THE WESTERN WORLD'S FINANCIAL MARKETS:*

The first grave risk in failing to address and terminate the ongoing criminal corporate culture within Boeing, is the imminent risk to the United States (and potentially world) financial markets. The United States financial markets and stock exchanges could collapse, given Boeing Company fraud of $249.88 billion on the most prestigious stock exchanges, amongst them the NYSE, NASDAQ (and internationally the LSE in London). Also, given the high risk of the stock exchange directors, who are knowledgeable and in complicity with Boeing, being arrested for involvement in that fraud.

The Boeing fraud forms a part of a $1.42 trillion international stock exchange fraud scheme. The potential collapse of the stock exchanges will impact the ability of thousands of companies to raise cash and to trade their shares. It could cause the collapse of investor confidence at a time when investor confidence is most needed. The potential crash of financial markets will have a significant negative impact upon the US economy and the financial well-being of the American people.  The major criminal conspiracy engaged in the $1.42 trillion stock exchange fraud and Boeing's part therein, is fully dealt with in the Dossier of Crimes, USA, Volume III, Chapter 42.1.16b.  The Dossier is filed with the US District Court Fort Worth in case no. 4:21-cr-5-O, in Docket # 229; and with the Fifth Circuit Court of Appeals.

### *5.2 RISKS TO THE SAFETY OF THE INTERNATIONAL FLYING PUBLIC*

The second grave risk in failing to terminate the ongoing criminal corporate culture of Boeing, is the imminent risk to the safety of the international flying public. The international flying public are constantly at risk of harm whilst the Boeing Company's criminal corporate culture rules supreme and with total impunity - whilst the US Government and courts (and US stock exchanges) participate in the cover-up and continuance of their criminal conduct and criminal corporate culture.

Prosecutor Qui Tam Anthony Keyter, former Senior Boeing Instructor Pilot and aviation specialist well familiar with Boeing aircraft and Boeing's criminal corporate culture, has repeatedly warned of that criminality long before the deaths (the murder) of 507 people and grave injury (attempted murder) to 189 people occurred. He has re-issued his *flight safety warning* above in paragraph 4 and in the District Court in Docket # 229 and Docket # 283, warning that no passengers flying on Boeing aircraft world-wide, including the reader, will ever be safe unless Boeing's criminal corporate culture (as root cause) is expunged and the broad ranging crimes are individually dealt with and terminated for good.

### 5.3 RISKS TO THE SAFETY AND SECURITY OF WITNESSES TO CRIME

The safety and security and the lives of witnesses to Boeing Company crime, and whistle blowers on crimes and other irregularities perpetrated by Boeing, will remain at great risk until the criminality is addressed and terminated. Boeing has previously attempted to kidnap and murder a US Supreme Court witness, and is likely to do so again - since Boeing has thus far been afforded impunity by US authorities for that crime. That risk includes the risk of assassination of the Prosecutor Qui Tam Anthony Keyter, who has been lucky (or blessed) to escape former assassination attempts by Boeing and its accomplices. Yet, the trap set by Boeing at the FAA for his kidnap and murder, remains active at the time of this Petition, with former President GW Bush's blessings. (For details see the Dossier of Crimes, USA, Volume III, Chapter 42.1.1a,).

### 5.4 RISK TO THE SURVIVAL OF THE BOEING COMPANY

The Boeing Company risks collapse. As the unaddressed Boeing crimes accrue with the passing years and coalesce and combine into a root cause of accidents, deaths, and injuries, and as that cause remains unattended and uncorrected, there will come a time when the government can no longer afford to corruptly provide the company with impunity and protection from prosecution, as it has done over many years. The public outcry and lack of

16

passenger and investor confidence will see to that. The 109-year-old Boeing Company will inevitably fall upon its own sword and will die by its own malevolent hand – to the detriment of many and the global loss of its fine aviation products. That time is nigh, for the signs are clear. Unless, of course, Boeing takes the necessary vital actions, comes clean but entirely, admits to its grave errors in the past and present, undertakes to correct those errors as best they can at this late stage, cleans house once and for all, and makes amends. In such a noble yet difficult strategy of survival, the Prosecutor Qui Tam, Anthony Keyter, is willing, capable, and quite able to assist to save the Boeing Company from its own demise.

### 6.  CONCLUSIONS

The District Court and DOJ prosecutors have turned a blind eye to numerous serious and ongoing Boeing Company crimes. They have thus far provided the company impunity and enabled Boeing to continue the unlawful course it is on; and have assisted Boeing to escape justice. This situation portends peril for the safety and security of the flying public and investing public, for the personal safety of the Petitioner, and for the longevity of the Boeing Company.

The responsibility for mitigating the risks to society mentioned above, lies within the purview of the Fifth Circuit Court. Restitution by plea deal on one count of fraud only, as is presently being negotiated by the DOJ, *by April 11, 2025,* will not bring justice to bear on the situation. The Fifth Circuit Court is solemnly petitioned to compel the US District Court, via writ of mandamus, to administer the laws *upon all* Boeing crimes *and all* Boeing offenders, as detailed in the Dossier of Crimes, Volume III, Chapter 42.1 tabled by the Prosecutor Qui Tam in the Fifth Circuit Court of Appeals.

Only then can Boeing's criminal corporate culture be eradicated in full. Only then can the flight safety warning issued herewith be headed and negated. And, only then will justice

have been served in this entire matter, will Boeing secure a better future, and will the skies be

safe again.

Respectfully Submitted,

Anthony P. Keyter
Boeing Crime Victim /Prosecutor Qui Tam/
Boeing Senior Instructor Pilot, Retired.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2025, a true and correct copy of this Writ of Mandamus was served on the following counsel for the parties, and persons in authority.

### *The Department of Justice*

*Attorney General:* Pam Bondi; 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
*Attorneys:* USATXN.USA@usdoj.gov; Chad.Meacham@usdoj.gov; Alex.Lewis@usdoj.gov;
Allan.Medina@usdoj.gov; Carlos.Lopez@usdoj.gov; Cory.Jacobs@usdoj.gov;
Jerrob.Duffy@usdoj.gov; Lorind.Laryea@usdoj.gov; Michael.T.Oneill@usdoj.gov;
Scott.Armstrong@usdoj.gov; Sean.Tonolli@usdoj.gov; Criminal.Division@usdj.gov;
Burnett Plaza, Ste 1700, 801 Cherry Street, Unit #4, Fort Worth, Texas 76102-6882

### *The Boeing Company*

CEO Kelly Ortberg, Corp. Secretary John Demers, Boeing Corporate Offices, 929 Long
Bridge Drive, Arlington, VA 22202;
david.l.calhoun@boeing.com; john.demers@boeing.com;
Kirkland and Ellis: 333 West Wolf Point Plaza; Chicago, Il 60654; ralph.dado@kirkland.com
john.lausch@kirkland.com;

### *The Clerk*

USDC for Northern Texas, 501 West 10th Street, Room 310, Fort Worth, TX 76102-3673

### *The Clerk*

US Court of Appeals for the 5th Circuit, 600 S. Maestri Place, Suite 115, New Orleans, LA
70130-3408

Respectfully Submitted,

Anthony P. Keyter
Boeing Crime Victim
Prosecutor Qui Tam

Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA, 98335 USA
Tel: (USA) 253-853-3859
Email: akeyter@centurytel.net

March 26, 2025

The Clerk
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

Clerk of the Court,

**Re: USDC Copy of Petition for Writ of Mandamus;**
**Fifth Circuit Case No. 23-10168.**
**USDC Case No. 4:21-cr-5-O**

Enclosed find a copy of a Petition for Writ of Mandamus sent to the Fifth Circuit Appeals Court. Appeals Court Case No. 23-10168.  USDC Case No. 4:21-cr-5-O

Sincerely,

Anthony Keyter
Prosecutor Qui Tam

Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA. 98335







The Clerk
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673



RECEIVED

APR - 1 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS