No. 4:21-CR-5-O

IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

THE BOEING COMPANY
Defendant

MOTION TO UPDATE CRIMINAL COMPLAINT AGAINST BOEING, RE
RETALIATION AGAINST A CRIME WITNESS

SUBMITTED BY: ANTHONY KEYTER
(BOEING CRIME VICTIM / PROSECUTOR QUI TAM
/ BOEING SENIOR INSTRUCTOR PILOT, RETIRED).



ANTHONY P. KEYTER
6200 SOUNDVIEW DR, R201
GIG HARBOR, WA 98335

APRIL 14, 2025

1

## MOTION TO UPDATE CRIMINAL COMPLAINT AGAINST BOEING, RE CURRENT ATTEMPT TO KIDNAP AND MURDER A CRIME WITNESS

Prosecutor Qui Tam / Boeing Crime Victim, Anthony Keyter, motions this Court to *update* the criminal complaint lodged against Boeing, re their ongoing and current plot to kidnap and murder Anthony Keyter as a primary witness to Boeing / US Government crimes. The Criminal Complaint - Chapter 42.1.1a of the Dossier of Crimes Volume III - was filed with this Court in this case on 7/27/24 (Docket #229, Appendix 1).

Attempts were made by Boeing to retaliate against Anthony Keyter for his testimony in Supreme Court case 05-140 and his witness to Boeing (and customer Air India) crimes. The attempts were foiled and a criminal complaint was lodged against the Boeing participants in the crime. Because a top US Government official was also implicated, and because of Boeing's importance to the United States, *no investigation or prosecution has taken place.* The case was squashed. However, the FAA, whose assistance Boeing sought in their plot, has recently confirmed that the trap set by Boeing at the FAA, for Movants kidnap and murder, remains active and current.

The Criminal Complaint lodged against Boeing and filed with this Court, has been *Updated* to reflect that currency. The Movant moves the District Court to update its record on this crime before trail, and to replace Chapter 42.1.1a of Volume III of the Dossier of Crimes with the update provided below. This solemn request is made so that this Court can address that heinous crime perpetrated by Boeing.

### THE UPDATE IN SUPPORT OF THE MOTION

The Update presented below, reflects the currency of the ongoing criminal plot to kidnap and murder the Movant and emphasizes the risk of death faced by the Movant if no action is taken by the authorities. Boeing has attempted the kidnap and murder before, with impunity, and because of that impunity, is very likely to do so again. The *Update* also points out the risks faced by the American public, concerning flight safety and financial security, if

2

no action is taken upon the Boeing Company crimes - and they are again swept under the carpet.

The format of the Updated Criminal Complaint is kept the same as the format of the complaint first filed, and the format of the other criminal complaints filed with it.

---

**CHAPTER 42.1.1A**
(of Volume III of the Dossier of Crimes)
(Chapter 42.1.1a should be read in conjunction with Volume III
of the Dossier, Chapter 1, as if fully incorporated herein.)

### AFFIDAVIT OF COMPLAINING WITNESS / CRIMINAL COMPLAINT

### BOEING / GW BUSH / AIR INDIA
### ONGOING PLOT TO KIDNAP AND MURDER
### CRIME WITNESS ANTHONY KEYTER

**SUBMITTED BY:**
**ANTHONY P. KEYTER**
**PLAINTIFF, PROSECUTOR QUI TAM,**
**BOEING SENIOR INSTRUCTOR PILOT (RETIRED)**

**FIRST FILED: NOV. 6, 2006**
**LATEST UPDATE: APRIL 14, 2025**

### 1. BACKGROUND

The Plaintiff / Prosecutor Qui Tam, Anthony Keyter, was an employee of The Boeing Company for nearly 17 years from July 1989 to March 2006. Plaintiff held the position of 'Senior Instructor Pilot' (at managerial level) within the company, and enjoyed the trust and esteem of The Boeing Company in that professional position. As such, Plaintiff represented the company with airlines worldwide on pilot-instructing-assignments of a month to two months at a time.

Plaintiff holds a Master's Degree in space science from the University of Houston, Texas, and a Bachelor's Degree in quantum physics and astronomy from the University of South Africa, Pretoria. As a Senior Instructor Pilot for the Boeing Company, Plaintiff was qualified to fly all Boeing aircraft in production during his sojourn, including B737, B747, B757, B767, and B777 aircraft. Plaintiff is also an (inactive) member of the Society for

Experimental Test Pilots. His work and his career were, and his ongoing passion is, oriented towards flight safety for the greater public good.

During Plaintiff's employ at the Boeing Company, Plaintiff was witness to violations of criminal law by Boeing officials, by officials of Boeing's client airline Air India, and violations by a top US Government official, namely, President George W Bush, and his agents. Early in 2006, Boeing and Air India, and agents of the United States Government, acted in concert to retaliate against the Plaintiff's court testimony, against his employ, and against his life, as witness and whistleblower to the crimes perpetrated by Boeing, Air India, and President George W Bush (and agents). The troika made several abortive attempts to kidnap and murder the Plaintiff, Anthony Keyter. The crimes of President Bush and government agents are detailed in the Dossier of Crimes, Vol. IIII, Chpt 1.1, and should be read as fully incorporated in this criminal complaint.

The execution of this criminal endeavor commenced in the US Supreme Court, in case no. 05-140, and unfolded through the offices of the White House, the Boeing Company and Air India, and the Federal Aviation Administration. All investigation of the crimes and prosecution of the criminals have been stifled and suppressed by the US authorities, because of the involvement of the strategically important Boeing Company and top US Government officials therein. Consequently, *the criminal plot* to kidnap and murder the Plaintiff as US Supreme Court litigant, whistleblower, and witness to crimes perpetrated by these institutions and officials, *remains active and primed at the time of updating this document in 2025.*

## 2. BOEING /AIR INDIA COMPLICITY IN CRIME

*Air India Fleet Expansion*
During 2005, India's national air carrier, Air India, embarked upon the renewal and expansion of its fleet. To this end the company placed orders for the supply of new aircraft from the Boeing Company in a business deal worth more than 11 billion US Dollars. The training of Air India's flight crews for the new aircraft was undertaken by Boeing flight instructors. Plaintiff, Captain Anthony Keyter, was involved in that training on both the B737 and B777 aircraft, in his capacity as Senior Instructor Pilot for the Boeing Company.

*Culture of Lawlessness in Air India*
During his sojourn of two and a half months in India, Plaintiff Anthony Keyter observed habitual violations of the Indian aviation laws by Air India, which violations had a detrimental impact upon flight safety and which violations potentially affected the lives of passengers. Those violations occurred at the behest of Air India's operational management and many violations happened with the full knowledge and sanction of Mr. V. Thulasidas, Chairman and Managing Director (CMD) of Air India at that time. As a consequence of an autocratic and repressive management culture within Air India, combined with management's penchant towards lawlessness, aircrews were intimidated into violating the Indian Aviation Laws under duress. In his capacity as Senior Boeing Instructor Pilot working with Air India on assignment, Plaintiff was himself subjected to such illegal coercion.

Demonstrating that unlawful coercion by way of one example only in this Criminal Complaint: Air India CMD Thulasidas illegally instigated (by intimidation) a Boeing 777 flight on the evening of May 8, 2005, in contravention of the Indian Aviation Law. Acting in concert with Boeing Vice President (VP) Dinesh Keskar from Seattle in that intimidation, Air India CMD Thulasidas and Boeing's VP Dinesh Keskar attempted to illegally coerce Plaintiff

4

to exceed his flight and duty time limits as well as Civil Aviation Licensing Directives, in violation of the India Aircraft Act of 1934 and the Aircraft Rules of 1937. The Licensing Directive forbade Plaintiff to instruct on both Boeing 777 and Boeing 737 aircraft 'during the same period'.

Coercion to violate flight and duty times occurred *as a norm* and Plaintiff's subjection to that dual coercion is described in Appendix 1 of the Criminal Complaint later filed against Air India. (See the Dossier of Crimes, Vol III, Chpt. 42.2). Instigation and intimidation to break the laws, violates the Indian Penal Code, Section 503, and the Revised Code of Washington statute on coercion, RCW 9A.36.070.

*Safety Report Submitted*
Violations of the Indian Aircraft Act constituted an *'operational incident'* which was reportable to the authorities, according to the dictates of the law. Accordingly, Plaintiff reported on the coercion incidences to Air India's management for their action and onward transmission of the report to the civil aviation authorities of India, as the law required. Plaintiff also reported on other violations of law and on the general climate within Air India to contravene the Aircraft Act as it pertained to flight safety. That obligatory 'Captain's Report' is available to investigators.

*Retaliation by Boeing and by Air India against a Witness to Crime*
As Plaintiff's flight safety report directly implicated Air India in the violations of law, the Air India Managing Director illegally obstructed the dissemination of the safety report to the India Director General of Civil Aviation (DGCA), in further violation of the Aircraft Act. Air India additionally initiated retaliatory action against the Plaintiff via Plaintiff's employer, the Boeing Company in Seattle, Washington. Using the manipulative *'power of the buyer'* in a 11 billion dollar aircraft deal, Air India instigated Boeing executives to illegally coerce Plaintiff to withhold lawful dissemination of the safety report. Boeing placed the Plaintiff on disciplinary action, forbade him to disseminate the lawfully required Captain's Safety Report', and threatened on several occasions to terminate his employ. That act of obstructing, through intimidation and retaliation by Boeing and Air India, the distribution of a legally required safety report, violated the Indian Penal Code Section 503 on a second count; and violated the Washington State statute on coercion (RCW 9A.36.070) on a second count.

These well documented events involving Boeing and Air India as perpetrators, and the Plaintiff Captain Anthony Keyter as crime victim, dovetailed and joined together with events in the United States involving Boeing, President George W. Bush, and Anthony Keyter as President Bush's US Supreme Court opponent in case no. 04-150.

### 3. BOEING / PRESIDENT GW BUSH COMPLICITY IN CRIME

During 2005/2006, Plaintiff's last years of employment with The Boeing Company, Plaintiff was involved in a civil case against President George W. Bush (USDC case no. 1: 03CV02496) for reckless disregard of the President's statutory duties and violation of Section 3 of Article II of the United States Constitution; violation of titles 18USC241, 18USC242, and 18USC4; and for reckless disregard of his Common Law duties. The case was filed in the US District Court, DC.

This case covertly evoked intimidation of, and threats against the Plaintiff and his employ, by the President and his agents via *The Boeing Company* and its officers. These threats are also

5

described in the *'Dossier of Crimes'*, Volume III, Chapter 1. The civil case against President Bush progressed through the Appeals Court for the District of Columbia (case no. 04-5324) into the United States Supreme Court as case no. 05-140.

During the sojourn of the case against President Bush in the United States Supreme Court (case no. 05-140), Plaintiff lodged criminal charges against the President and co-conspiring Supreme Court personnel for Theft of Court Record, Obstruction of Justice, Conspiracy against Rights, Conspiracy to Commit Offense, Deprivation of Rights under Color of Law, Contempt of Court, and other serious criminal offenses committed against the United States and against the Plaintiff. (For a full description, see the Dosier of Crimes Vol. III, Chpt 1.2. Read as if fully incorporated herein).

On February 9, 2006 a 'Petition for Rehearing' was filed with the US Supreme Court in the case against President Bush, together with a Criminal Complaint which addressed the extensive theft of court records. These documents significantly increased the risk of public exposure and prosecution of President Bush and his co-conspirators.

Within 24 hours of those documents being filed in the US Supreme Court, President Bush, via his agents, contacted high level executives of The Boeing Company and initiated a criminal plot to retaliate against Plaintiff, with intent to kidnap and kill him as primary witness to, and victim of, the reported crimes. The goal was to thwart the course of justice and administration of the laws. The execution of this plot commenced in the Supreme Court under the auspices of Chief Justice Roberts and Police Chief Swope, and unfolded through the offices of the White House, The Boeing Company, and the Federal Aviation Authority.

In a mutually beneficial arrangement, officers of The Boeing Company immediately embarked upon an attempt to inveigle Plaintiff to an area away from his normal workplace, there to unlawfully seize him - kidnap him - in collaboration with and in execution of the plot to murder Plaintiff. Boeing was offered an attractive contract/compensation to facilitate this iniquitous conduct (strongly suspected to be the controversial USAF / Boeing tanker aircraft program), and the Boeing Board acquiesced to the request.

## 4. EXECUTION OF THE PLOT TO KIDNAP AND MURDER

On Monday morning February 13, 2006, Boeing Chief Pilot Mike Coker and personnel manager Linda Enebrad commenced execution of the well-planned endeavor to murder Plaintiff. In implementing the plot, The Boeing Company: a) Set up meetings at remote locations away from Plaintiff's normal workplace and out of the public eye, as a trap for kidnapping him b) Arranged with professional medical staff to facilitate the murder of Plaintiff under the contrived pretext that Plaintiff was requiring medical attention. c) Threatened Plaintiff that should he not cooperate, The Boeing Company would terminate his employment and by implication destroy his career.

At a meeting on that day, and in subsequent telephone conversations with personnel manager Linda Enebrad, Plaintiff was advised of the following: that his duties at Boeing were immediately suspended without pay; that there was a report of 'odd/bizarre' behavior by him during his visit to the US District Court, DC; that he should see Mr. King, a Boeing counselor within 24 hours. At no stage during the meeting on February 13, 2006, did Mr. Coker allow Plaintiff to verbally respond.

6

Mr. King, the counselor, advised Plaintiff telephonically that he would be referring him for psychiatric tests – that, without the benefit of seeing him. He also threatened that should Plaintiff not turn up, he would be fired. Mr. Coker and Ms. Enebrad reiterated that threat on several occasions that, should Plaintiff not subject himself to immediate psychiatric tests, he would be fired. There was no cause for such tests.

Suspiciously, these managers refused to provide Plaintiff with any detail of his supposed wrongdoing; failed to provide Plaintiff with a platform to be heard; failed to provide him with any detail of the incidents and the purported 'odd/bizarre' behavior other than to say that the incidents took place in the US District Court, DC, on the 7th and/or 8th of February, 2006; failed to verify the allegations or verify that Plaintiff was indeed the person involved in the contrived, so-called incident in the District Court – or was even there on the days in question. That is, they failed to verify that Plaintiff was the person to whom this purported 'odd/bizarre' behavior was ascribed.

Mr. Coker and Ms. Enebrad's actions spoke of an undue haste, even desperation, to get Plaintiff, a normal and healthy person - to a psychiatrist to obtain a fraudulent report. A mere week before this contrived incident, Boeing had trusted the Plaintiff with flying a Boeing 777 aircraft as the only qualified pilot on board, together with several student pilots under training.

### *Requirement for Psychiatric Tests*
In a letter from Mr. Coker dated February 17, 2006, the desperate tone subsided and Plaintiff was requested to submit to 'fitness for duty' evaluation with a psychologist. Such a request clearly was Boeing's prerogative. On the face of it appears to be a benign requirement - even in the light of the fact that Plaintiff underwent mandatory fitness tests and flight physical examinations twice a year with Boeing, and annually prior to that, from the time that he was 19 years old. And Plaintiff had an impeccable physical and mental fitness record.

However, under the extraordinary circumstances described above, it was clear that the request had a singularly sinister objective. Particularly since the 'fitness tests' mutated to *psychiatric tests* based, not upon *Boeing's* observations of Plaintiff's conduct, but upon those of an outside source, Sarah Hodges, incited by President Bush, who was already implicated in crimes against the Plaintiff and who was desperately attempting to avoid criminal culpability.

Plaintiff unequivocally states that the report of odd/ bizarre behavior by him in the DC District Court was false, and submits that the sudden requirement for *psychiatric tests* based on that unverified report, had a criminal and fraudulent motive. That motive was, as stated, to retaliate and intimidate Plaintiff as a key witness in the Supreme Court case, no. 05-140. Plaintiff further submits that the actions of Boeing Chief Pilot Coker and Human Resources Manager Enebrad, and other high managerial agents from Boeing, were a manifestation of that criminal objective.

The first foiled attempt to kidnap and murder Plaintiff, initiated by officers of the Boeing Company, failed and resulted in further criminal charges being filed. A second attempt was jointly undertaken by The Boeing Company, and the Federal Aviation Authority *at Boeing's request,* in an effort to prevent information relating to the abovementioned federal offenses from reaching law enforcement and the courts. The second kidnap attempt was also abortive.

Nonetheless, The Boeing Company consummated their threats and one month after the commencement of the murder plot, Boeing corruptly terminated Plaintiff's employment and succeeded in destroying his livelihood and 17-year career as Instructor Pilot with the company – in violation of the law on 'tampering with a witness', statute 18USC1513 (a)(1) and (e): Retaliating against a witness, victim, or an informant.

### *Statutory duty to report crimes*
Pursuant to 18USC4, it was Plaintiff's *duty* in law to report the crimes committed by the senior Boeing executives and managers involved without delay. The criminal acts were reported to the Boeing high managerial agents listed in this complaint. They include ten members of the Boeing Board, 8 Vice Presidents, and 4 other high managerial officers. All these company officers had a duty under the statute on misprision of felony, and under company law, to take action upon the crimes within Boeing, reported to them. Correspondence to these officials is available to investigators.

### *Further Requests to Executives/ Managers*
Plaintiff further requested of the high managerial agents from Boeing who were implicated, that, pursuant their legal duties, they:
- intervene and concern themselves personally with the serious irregularities
- halt the crimes
- report the crimes to the appropriate judicial and/or law enforcement agencies without delay, and suspend the fraudsters
- correct the iniquities within Boeing and reinstate Plaintiff in his position with rightful pay
- report those serious irregularities to the shareholders
- inform Plaintiff by return of the actions taken, if any, to arrest and prevent the continuation of this criminal endeavor.

### *Pursuance of the Conspiracy*
Boeing Company officials failed to take action and instead allowed the crimes to continue unimpeded. The Boeing Company officials condoned the violation of the criminal statutes, and took further substantial steps to pursue the criminal conspiracy. Boeing's Board of Directors and Executives:
- Conspired against Plaintiff's right to protection of the laws. They denied Plaintiff the protection provided by the Constitution and by the laws prohibiting tampering with a witness, tampering with evidence, conspiracy, coercion, and other laws.
- Conspired with one another to tamper with a witness and to violate the law
- Failed their duties on misprision of felony
- Corruptly obstructed and impeded the due and proper administration of the law in Supreme Court Case No.05-140

### *The Role of Air India*
Besides *the Boeing Company* and President Bush and his government agents, the third party directly involved in these kidnap and murder attempts was *Air India*. Officials from Air India pressured and incited Boeing to act to silence and prevent Plaintiffs witness against lawlessness within Air India, as mentioned in Section 2, above. Air India sought to suppress a damning Captain's Safety Report authored by Plaintiff in his capacity as Senior Boeing Company Instructor Pilot, and sought to suppress knowledge of their violations of the Indian Aviation Act.

8

In an illegal conspiracy to violate the law, the Boeing Company acquiesced to the incitement by Air India in order to facilitate and protect its 11 billion US Dollar aircraft deal with Air India at the time. That incitement occurred *simultaneous to the pressure and incitement by President Bush upon the Boeing Company to facilitate retaliatory action against the Plaintiff.* Thus, the incitement by Air India upon the Boeing Company merged with the incitement by President Bush upon Boeing. Boeing's responses to that dual incitement are not distinguishable. The suppressed flight safety warnings were later to play a crucial role in the death (the murder) of 158 passengers and crew in the fatal air accident of Air India Flight IX-812.

The events surrounding the attempted kidnap and murder and destruction of Plaintiff's career have been meticulously recorded and are detailed in the *'Dossier of Crimes'*, in Volume III, Chapter 1 and Chapters 41 – 44. A considerable amount of additional details of events and evidence of the kidnap and murder attempts, slander of Plaintiff's good name and destruction of his career, can be presented to investigators, including audio tapes of meetings and conversations with Boeing managers and FAA officials. The evidence clearly indicates the conclusions on intent and reveal the involvement of (then) Attorney General Gonzales and agents from his Justice Department and FBI.

> ***Despite the years in between, there has been no investigation or prosecution – likely because of the importance of the Boeing Company; and because high government officials are involved. The plot to murder the Plaintiff, as witness to the crimes committed by officials from Boeing and their customer Air India, and by senior officials of the United States Government, remains intact, is current and is ongoing at Boeing and the FAA, at the time of this updated criminal complaint.***

### 5. THE PERPETRATORS

Multiple people who were directly involved in the kidnap and murder attempts can be called to testify, to verify, to collaborate, and to expand on the evidence detailed in the *'Dossier of Crimes'*, including, but not limited to the following perpetrators:

<u>**From The White House**</u>
1. President George W. Bush

<u>**From The Boeing Company**</u>

**Directors**
2. Mr. John Biggs — Director
3. Mr. John E. Bryson — Director
4. Ms. Linda Z. Cook — Director
5. Mr. Kenneth M. Duberstein — Director
6. Mr. John F. McDonnell — Director
7. Mr. W. James McNerney, Jr. — Director
8. Mr. Richard Nanula — Director
9. Ms. Rozanne L. Ridgeway — Director
10. Mr. John M. Shalikashvili — Director
11. Mr. Mike S. Zafirovski — Director

***Vice Presidents***
12. Mr. Allan Mullaly — Executive Vice President
13. Mr. Douglas G. Baine — Senior Vice President
14. Mr. Richard Stephens — Senior Vice President
15. Ms. Bonnie Soodek — Senior Vice President
16. Mr. Tom Pickering — Senior Vice President
17. Mr. Ken Higgins — Vice President
18. Ms. Martha Ries — Vice President
19. Mr. Dinesh Keskar — Vice President

***Managers and Boeing Agents***
20. Mr. Mike Coker — Chief Pilot, Training
21. Ms. Linda Enebrad — Manager, Human Resources
22. Mr. Butch Moody — Chief, Boeing Security
23. Mr. Kevin King — Counselor
24. Dr Mark McClung — Psychiatrist

***From Boeing Business Associate: Air India***
25. Mr. V. Thulasidas — Chairman, and Managing Director

***All other Boeing Board Members and Executive Council Members***, *who have, since February 2006, continued to cover up these Boeing crimes, and who have held the kidnap and murder plot, filed by Boeing at the FAA, in place until the date of this Complaint – including the present Board of Directors and Executive Council. (See 146 letters to Boeing Board and executives, et al).*

### 6. CRIMINAL CHARGES FILED

**Charges Filed against the Perpetrators**

- 18 USC 1512 — Tampering with a Witness
- 18 USC 1513(a) &(e) — Retaliation against a Witness
- 18 USC 1201(c) — Conspiracy to Kidnap
- 18 USC 1117 — Conspiracy to Murder
- 18 USC 241 — Conspiracy against Rights
- 18 USC 242 — Denial of Rights
- 18 USC 371 — Conspiracy to Commit Offense
- 18 USC 3 — Accessory After the Fact
- 18 USC 4 — Misprision of Felony
- 18 USC 1505 — Obstruction of Justice
- 18 USC 401 — Contempt of Court
- RCW 9A.76.050 — Rendering Criminal Assistance
- RCW 9A.28.040 — Criminal Conspiracy
- RCW 9A.36.070. — Coercion

### 7. PRESENT DAY UPDATE

The crimes listed above have not been investigated or prosecuted at the time of this updated Criminal Complaint, not by the DOJ or FBI, or any other state or federal law enforcement

agency. The reason is likely because of Boeing's important role in the United States economy and its strategic importance and role in the military and space.

This delinquency by law-enforcement, several Administrations, Congress, and the Courts, has had the effect that, over a period of two decades, Boeing and its law-breaking officials have continued their crime spree with impunity granted by its main partner in crime, the United States Government. Boeing's additional crimes are well documented in the ***Dossier of Crimes, Volume III, Chapters 42.1.1b to 42.1.19.***

### *Unaddressed Past Crimes*
Over the past two decades, Boeing and the Boeing Board of Directors and Executives have played a leading role in a broader and virulent criminal conspiracy involving the following additional crimes:

> *Fraud on a large scale; obstruction of justice, 18USC1519; theft of court record; tampering with a witness; retaliation against a witness; contempt of court; perjury; conspiracy to commit offenses; conspiracy to kidnap; conspiracy to murder; conspiracy against rights; deprivation of rights; misprision of felony; treason; misprision of treason; seditious conspiracy; insurrection against the laws; accessory after the fact to offenses of their government co-conspirators as detailed in the 'Dossier of Crimes'; crimes against humanity of mass murder in the death of 507 people; crimes against humanity of other inhumane acts in the grave injury of 189 innocent civilians.*

### *Unaddressed Ongoing Crimes*
> *Ongoing violation of: seditious conspiracy; fraud in the mount of $249.88 billion on three stock exchanges; Fraud in the amount of $20 billion; Securities Act, Sections 17(a)(2) and 17(a)(3); Revised Code of Washington, RCW 9a.28.40; SEC 'cease-and-desist' order; DOJ 'Plea Agreement'; USDC Northern Texas order; Boeing ongoing conspiracy with stock exchanges; Boeing ongoing criminal conspiracy with the US Government to cover-up fraud and unaddressed past crimes; Boeing ongoing criminal conspiracy with Alaska Airlines; Boeing 'ongoing' criminal conspiracy to defraud the United States; Boeing's ongoing criminal corporate culture: Boeing / US Government ongoing criminal conspiracy to murder the prosecutor qui tam, Anthony Keyter.*

The above offenses are otherwise fully described in the ***Dossier of Crimes, Volume III, Chapter 42.1.***

### *Risk to the Plaintiff*
The risk to the Plaintiff, of not terminating the active and ongoing Boeing-Bush conspiracy to kidnap and murder the Plaintiff, is death.

### *Risk to the United States of America*
Turning a blind eye to the escalating criminal endeavor embroiling the Boeing Company and the US Government, poses grave risk to the well-being of the 'United States of America' and its international reputation. The risk to the United States can be summarized as follows:

11

- The death (murder) of many more people in avoidable air accidents caused by ongoing criminality within the Boeing Company.
- Massive personal losses to investors on the stock exchanges – to many investors, loss of their life-savings.
- The potential collapse of the country's most prestigious stock exchanges, the NYSE and Nasdaq. As a result ….
- Impact upon the ability of thousands of companies to raise cash and trade their shares.
- The collapse of investor confidence in the USA. And, as a further result ….
- The potential crash of the country's financial markets with concomitant impact upon the economy.
- The potential collapse of an unlawful US Government and its institutions;
- The suspension of Congress, where no one who is presently holding office is legal;
- Et al.

The current trajectory of the ongoing criminality is towards chaos. Should the Boeing Company / US Government criminal conspiracy not be dealt with and be terminated, that ongoing criminality represents *'a catastrophe in waiting'*.

Respectfully submitted by:

*[signature]*

Anthony Keyter
Boeing Crime Victim/ Prosecutor Qui Tam /
Senior Instructor Pilot for Boeing, Retired.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2025, a true and correct copy of this Motion was served on the following counsel for the parties.

United States Attorney:
Burnett Plaza, Ste 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882
USATXN.USA@usdoj.gov

Defendants: C/o
CEO Kelly Ortberg
Corp. Secretary John Demers
Boeing Corporate Offices
929 Long Bridge Drive
Arlington, VA 22202
kelly.ortberg@boeing.com;
john.demers@boeing.com;

Ralph Dado and John Lausch
Kirkland and Ellis
333 West Wolf Point Plaza
Chicago, Il 60654
ralph.dado@kirkland.com
john.lausch@kirkland.com

Defendants: C/o
Benjamen Hatch
Brandon Santos
Elissa Baur
McGuire Woods LLP
888 16th Street NW Ste 500
Black Lives Matter Plaza
Washington DC 20006
bhatch@mchuirewoods.com

Respectfully Submitted,

*[signature]*

Anthony P. Keyter

Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA, 98335 USA
Tel: (USA) 253-853-3859
Email: akeyter@centurytel.net

April 14, 2025

The Clerk
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

The Clerk,

### Re: Motion to Update Criminal Complaint against Boeing: Retaliation against a Witness. USDC Case No. 4:21-cr-5-O

Enclosed find a Motion to Update Criminal Complaint against Boeing: Retaliation against a Crime Witness. The Criminal Complaint: Chapter 42.1.1a of the Dossier of Crimes Volume III - filed with this Court in this case on 7/27/24 (Docket #229, Appendix 1).

Sincerely,

*[signature]*

Anthony Keyter
Prosecutor Qui Tam

Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA. 98335





TACOMA WA
MON 14 APR 2025 PM

The Clerk
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673



RECEIVED
APR 1
CLERK U S DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

