**EXHIBIT 1**

| | |
|---|---|
| **From:** | Victimassistance Fraud (CRM) |
| **Subject:** | US v. Boeing Notification |
| **Date:** | Friday, January 3, 2025 1:00:00 PM |
| **Attachments:** | DOJ Ltr to Crash-Victim Families - 01-03-25.pdf |

Hello,

Please see the attached notification in United States v. Boeing.

Thank you,

Victim-Witness Unit
Fraud Section, Criminal Division
United States Department of Justice



U.S. Department of Justice

Criminal Division

---

*Fraud Section*  *Washington, D.C. 20530*

January 3, 2025

U.S. Department of Justice
Criminal Division, Fraud Section
10th & Constitution Avenue, NW
Bond Building
Washington, DC 20530

Phone: 1-888-549-3945
Fax: (202) 514 3708
Email: victimassistance.fraud@usdoj.gov

      Re:    <u>*United States v. The Boeing Company*</u>
              Court Docket 4:21-cr-005-O (N.D. Tex.)

To Whom it May Concern:

      We are contacting you because you have been determined to be a crime victim pursuant to a court order dated October 21, 2022, in *United States v. The Boeing Company*, a federal criminal case pending in the United States District Court for the Northern District of Texas. This case is being jointly handled by the U.S. Department of Justice's Criminal Division, Fraud Section, and the U.S. Attorney's Office for the Northern District of Texas (collectively, the "Government" or "Department"). Crime victims are entitled to certain rights and services, as described further in this letter. As a victim witness professional, my role is to assist you with information and services during the pendency of the above-captioned case.

      Thank you to those who shared your views in writing and/or during the December 11th conferral session about the Court's December 5th Order rejecting the proposed plea agreement and how the Department should proceed in the matter. The Department has given consideration to those views, as well as those expressed in prior written submissions, lawyers-only meetings and conferral sessions, court filings, and statements on the record before the Court.

      The week after the December 11th conferral, the Department decided to engage with Boeing in negotiations on a revised proposed plea agreement that addresses the concerns the Court expressed in its Order. The parties have not reached agreement and do not expect to before January 4th, but are continuing to work in good faith toward that end. The parties will inform the Court of this in a status report filed on the public docket. If the parties ultimately do reach agreement on a revised proposed plea agreement—and there is no guarantee of that—the Department will provide you timely notice.

**Additional Information**

Because charges have been filed in this case in federal court, victims of the charges filed are entitled to the following rights, according to CVRA, Title 18, United States Code, Section 3771: (1) The right to be reasonably protected from the accused; (2) The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused; (3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding; (4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; (5) The reasonable right to confer with the attorney for the Government in the case; (6) The right to full and timely restitution as provided in law; (7) The right to proceedings free from unreasonable delay; (8) The right to be treated with fairness and with respect for the victim's dignity and privacy; (9) The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement; and (10) The right to be informed of the rights under this section and the services described in the Victims' Rights and Restitution Act of 1990 (34 U.S.C. § 20141(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice. Victims may seek the advice of an attorney with respect to these rights.

In addition, a victim of a federal crime is entitled to services under the Victims' Rights and Restitution Act (VRRA), including notification of court events. For further details, please refer to Title 34, United States Code, Section 20141 or the VRRA link posted at https://www.notify.usdoj.gov.

We will continue to provide you with notifications and services unless you tell us not to. We will make our best efforts to ensure you are provided the rights and services to which you are entitled. You may contact the Victim/Witness Coordinator at the office listed above if you have questions about the progress of your case, your rights or the services to which you are entitled, or how you can assert them during the proceedings. If you believe that a Justice Department employee has not provided you with these rights, you may file a complaint with the Justice Department's Victims' Rights Ombudsman. For more information, go to http://www.justice.gov/usao/resources/crime-victims-rights-ombudsman. If you have questions about filing a complaint against an employee, you may contact the Ombudsman by email at usaeo.VictimOmbudsman@usdoj.gov. Questions concerning this case should be directed to the office listed above.

While our office cannot act as your attorney or provide you with legal advice, you can seek the advice of an attorney with respect to the rights above or other related legal matters.

It is important to keep in mind that the defendant is presumed innocent until proven guilty and that presumption requires both the Court and our office to take certain steps to ensure that justice is served.

If you want to inform the prosecutor of your views regarding any other aspect of the case, please contact us and we will put you in touch with the prosecutor.

Because of the Court's schedule, hearing dates could change on very short notice. If you plan on attending a hearing, you may want to call or email our office to confirm the date and time.

If you have any questions about this notice or want to talk to us directly, please call us toll-free at 1-888-549-3945 or email us at victimassistance.fraud@usdoj.gov.

> Sincerely,
> Victim-Witness Unit
> Fraud Section, Criminal Division
> Department of Justice