# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **Criminal Action No. 4:21-cr-5-O** |
| § | |
| **THE BOEING COMPANY,** § | |
| § | |
| **Defendant.** § | |

## ORDER

Before the Court is the Motion by Naoise Connolly Ryan, et al. ("victims' families"), which requests the Court set a May 5, 2025, *Ellis* deadline for any proposed plea agreement or other pre-trial resolution (ECF No. 298).[1] Having considered the parties' briefing and applicable law, the Court concludes that the victims' families have not presented good cause under the Crime Victims' Rights Act for an *Ellis* deadline. The Motion is hereby **DENIED**. The parties **SHALL** continue to adhere to the Court's March 25, 2025, Scheduling Order (ECF No. 294).

**SO ORDERED** on this **6th day of May, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] Rini Eka A. Soegiyono, et al. and the Manfredi Family have joined Naoise Connolly Ryan, et al.'s Motion (ECF Nos. 299–300).