# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Criminal Action No. 4:21-cr-5-O |
| § | |
| THE BOEING COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is Naoise Connolly Ryan et al.'s (the "victims' families" or "families"), Agreed Motion for Order Regarding the Issuance of U.S Visas (ECF No. 306), filed May 9, 2025. Having reviewed that Motion and the Court being fully advised, the Motion is **GRANTED**. Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned criminal case of *United States v. Boeing* is currently pending before this Court.

2. The Court has set a trial date of June 23, 2025.

3. The Court has previously determined that 346 families who lost loved ones in the crashes of two Boeing 737 MAX aircraft are representatives of "crime victims" and are entitled to exercise rights under the Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771. ECF No. 116 (Oct. 21, 2022). Those killed in the crash are listed in ECF No. 306, Exhibit 1.

4. In order to attend the trial, family members residing outside the United States who wish to attend the trial will need appropriate visas or other authorization to travel to the U.S.

5. Those who are related to family members may use this Agreed Order (alongside other appropriate required documentation for any visa applicant seeking lawful entry in the

United States) in in their application and during the Consular Interview for the appropriate U.S. visas, as confirmation that a trial connected with those killed will occur on June 23, 2025, and the Court's desire that family members of those killed in the crashes be permitted to travel to Fort Worth to observe the trial.

**SO ORDERED** on this **12th day** of **May, 2025**.

*Reed O'Connor*
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**