UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:21-cr-00005-O |
| THE BOEING COMPANY, | ) |
| Defendant. | ) |

### [PROPOSED] ORDER

Having considered the Government's Status Report and Consent Motion to Continue the Motions *In Limine* Deadline, the Court hereby **ORDERS** that:

The deadline for the parties to file motions *in limine* is hereby **CONTINUED** from May 27, 2025, to June 2, 2025. All other deadlines in the trial Scheduling Order (ECF No. 294) remain the same.

**SO ORDERED** this _____ day of May, 2025

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**