# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Criminal Action No. 4:21-cr-5-O |
| § | |
| THE BOEING COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER

Having considered the Government's Status Report and Consent Motion to Continue the Motions *In Limine* Deadline, the Court hereby **ORDERS** that:

The deadline for the parties to file motions *in limine* is hereby **CONTINUED** from May 27, 2025, to June 2, 2025. All other deadlines in the trial Scheduling Order (ECF No. 294) remain the same.

**SO ORDERED** on this **23rd day** of **May, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE