**EXHIBIT 3**

**From:**            Victimassistance Fraud (CRM)
**Subject:**         United States v. Boeing Restitution Questionnaire
**Date:**            Wednesday, October 9, 2024 4:46:00 PM
**Attachments:**     DOJ Ltr to Families - 10.09.2024.pdf
                     FAQs for Restitution AMHARIC.pdf
                     FAQs for Restitution CHINESE.pdf
                     FAQs for Restitution FRENCH.pdf
                     FAQs for Restitution GERMAN.pdf
                     FAQs for Restitution INDONESIAN.pdf
                     FAQs for Restitution NORWEGIAN.pdf

Hello,

Attached please find correspondence requesting information regarding restitution in the case United States v. The Boeing Company.

Regards,

Victim Witness Unit
Victimassistance.fraud@usdoj.gov



**U.S. Department of Justice**

Criminal Division

---

*Fraud Section*                                      *Washington, D.C. 20530*

October 9, 2024

U.S. Department of Justice
Criminal Division, Fraud Section
10th & Constitution Avenue, NW
Bond Building
Washington, DC 20530

Email: victimassistance.fraud@usdoj.gov

> Re:    *United States v. The Boeing Company*
>        Court Docket 4:21-CR-005-O (N.D. Tex.)

To Whom it May Concern:

We are contacting you because you have been determined to be a crime victim pursuant to a court order dated October 21, 2022, in *United States v. The Boeing Company*, a federal criminal case pending in the United States District Court for the Northern District of Texas. This case is being jointly handled by the U.S. Department of Justice's Criminal Division, Fraud Section, and the U.S. Attorney's Office for the Northern District of Texas (collectively, the "Government" or "Department"). Crime victims are entitled to certain rights and services, as described further in this letter. As a victim witness professional, my role is to assist you with information and services during the pendency of the above-captioned case.

We are writing to **request information and records related to potential restitution claims** for financial losses incurred due to Boeing's offense.

As you know, the Court is considering whether to accept Boeing's guilty plea pursuant to the plea agreement the parties presented to the Court on July 24, 2024. But whether Boeing pleads guilty or is found guilty at trial, the Court will need to determine how much in restitution Boeing owes to the families of the crash victims. (If Boeing were found not guilty at trial, the Court could not order any restitution.) And because of the large number of families, and the particular circumstances of each family, this will require the collection and analysis of a large volume of information. The Court would be assisted in this process by the Probation Office, which would submit its restitution recommendation. And the Court also would look to the Government and Boeing to present their respective views on restitution.

Under the proposed plea agreement, the Government has committed to support all lawful claims for restitution submitted by the families. The sooner you submit the information needed to assess your restitution claim, the better positioned the Government will be to determine its position on your claim. We have therefore created an online Questionnaire that is designed to help you

provide the information the Government needs. The Questionnaire is available in English, Amharic, Bahasa, French, German, Norwegian, and Mandarin.

We ask that you please **complete the Questionnaire and provide the requested supporting records by <u>November 15, 2024</u>**.

Some of you have previously submitted information and records that relate to claims for restitution. We appreciate that you submitted those materials, which we have reviewed and we will consider as part of our analysis regarding restitution. However, even if you already submitted such information, we respectfully request that you also please complete the online Questionnaire and submit the records as requested in the Questionnaire.

Below you will find links to the Questionnaire. We recommend that you first carefully review the Questionnaire and collect the responsive information and records before ultimately returning to the Questionnaire to complete it online.

<u>English</u>: https://app.smartsheetgov.com/b/form/28718f5049134e368b1bcb7fa448316b

<u>Amharic</u>: https://app.smartsheetgov.com/b/form/4f770a5aed9045f39f0a74ce5e440e21

<u>Bahasa</u>: https://app.smartsheetgov.com/b/form/99b5b531b6d04c99aa0a8767c485edf5

<u>French</u>: https://app.smartsheetgov.com/b/form/796243f4728a45668f739e3f0004b413

<u>German</u>: https://app.smartsheetgov.com/b/form/60d102ce31f2481392fa84e2f8752709

<u>Norwegian</u>: https://app.smartsheetgov.com/b/form/e25c3ea8070a4e9daeee3f7f95fdfa63

<u>Mandarin</u>: https://app.smartsheetgov.com/b/form/32629d170cda4a1bba3515dac3cf88f5

Below are Frequently Asked Questions with further information about restitution. Enclosed with this correspondence are the same Frequently Asked Questions in each of the six non-English languages listed above.

If you have any questions or issues with the online Questionnaire, please send an email to victimassistance.fraud@usdoj.gov.

**<u>Frequently Asked Questions</u>**

In the section below, the Government provides answers to questions that you might have. Please remember that this is not intended as legal advice, that the attorneys for the Government are not your attorney, and that if you wish to consult with an attorney, you may do so at your own cost.

1.    *<u>Why are you requesting this information?</u>*

In federal court, a convicted offender may be ordered to reimburse victims for financial losses incurred due to the offender's crime. This reimbursement is called "restitution," and it may be ordered for lost income, property damage, counseling, medical expenses, funeral costs or other financial costs directly related to the crime. Some financial losses are not eligible for restitution,

such as state or federal taxes, interest, penalties or fines; expenses for private legal representation relating to personal or business legal issues raised by the crime; fees for tax advisors, accountants, or other professionals; and legal expenses for the civil recovery of financial losses. Losses for "pain & suffering" are also not eligible for restitution.

To determine the amount of restitution to be ordered, the U.S. Probation Office gathers financial loss information from the investigative agents, the prosecutors, and victims or their representatives.

The Government will support any legally authorized claim for restitution by Crash Victim Families against The Boeing Company ("Boeing"). In order to assess any claim for restitution, the Government needs the information and records that it is requesting.

2.    _Who decides what restitution I am owed?_

The Court will decide what restitution, if any, is owed to each victim. The U.S. Probation Office will make a recommendation to the Court about restitution based on its review of the evidence related to each victim's losses. At a restitution hearing, the Government will present to the Court its position on what restitution is legally owed to each victim. Under the law, Boeing is also allowed to take its own position regarding the restitution that it owes to each victim.

The Court may also decline to order restitution if it finds that determining restitution in a case is too complex or would excessively prolong the sentencing process.

3.    _Can I attend the restitution hearing?_

Yes, you have a right to attend the restitution hearing but you are not required to attend. You should also be given an opportunity to speak at the restitution hearing if you want to do so.

4.    _Why do you need all this information?_

In order to assess any claim for restitution, the Government must understand the specific facts related to each victim's losses. Under the law, determining lost income requires a complex analysis that involves many different types of information. Most of the information that the Government is requesting relates to the calculation of lost income. The information that the Government is requesting will help the Government, the U.S. Probation Office, and the Court evaluate claims for restitution.

5.    _Will you share this information with the Court?_

Yes. The Government will share the information that you provide with the Court through the U.S. Probation Office. The U.S. Probation Office helps the Court collect and analyze the evidence related to sentencing, including restitution. It is necessary for the U.S. Probation Office and the Court to understand the evidence related to restitution before the Court makes its decision. Although the Government will share the information and records that it collects from you with the U.S. Probation Office, the U.S. Probation Office may also directly ask you for additional information.

6.     _Will you share this information with Boeing?_

Yes. As the defendant in this case, Boeing is entitled to receive the information and records that is shared with the Court and the U.S. Probation Office. Boeing has agreed to enter into a protective order, which the Court has issued at the Government's request. Under the protective order issued by the Court, Boeing is limited in how it may use and share the information and records that the Government produces to it.

7.     _Will my information be made public?_

The Government will take steps to protect your personal identifying information in order to avoid revealing it to the public. Personal identifying information includes your name, date of birth, and address, among other information.

8.     _Am I required to answer these questions?_

You are not required to answer these questions. However, the Government needs to know the information that it is requesting in order to decide whether it can support each victim's claim for restitution. If you do not answer these questions, it is possible that the Government will not be able to support some or all of your restitution claims and it may impact your ability to obtain restitution.

9.     _What documents are required?_

The questions include information about what documents the Government is requesting in support of your restitution claim. Depending on the information and documents that you provide, the Government may contact you directly for additional information or documents to support your claim.

10.     _When are my responses and documents due?_

**Please respond by November 15, 2024** so that the Government may have enough time to review and analyze each victim's claim, and so that the Government may share the information and records with the U.S. Probation Office and allow the U.S. Probation Office enough time to conduct its own review and analysis.

11.     _Why are you asking for this information before the Court has decided whether to accept the proposed plea agreement?_

Collecting, reviewing, and analyzing the requested information and records takes a lot of time and resources. The Government will be better positioned to support claims for restitution if it receives the requested information in a timely manner. Even if the Court decides not to accept the proposed plea agreement, and if Boeing is ultimately convicted of an offense through a different plea agreement or after a trial, the information and records we are requesting now will be needed for restitution purposes.

12.     _Who can I contact if I have a question?_

If you have any questions, please send an email to victimassistance.fraud@usdoj.gov.

**Additional Information**

Because charges have been filed in this case in federal court, victims of the charges filed are entitled to the following rights, according to CVRA, Title 18, United States Code, Section 3771: (1) The right to be reasonably protected from the accused; (2) The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused; (3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding; (4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; (5) The reasonable right to confer with the attorney for the Government in the case; (6) The right to full and timely restitution as provided in law; (7) The right to proceedings free from unreasonable delay; (8) The right to be treated with fairness and with respect for the victim's dignity and privacy; (9) The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement; and (10) The right to be informed of the rights under this section and the services described in the Victims' Rights and Restitution Act of 1990 (34 U.S.C. § 20141(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice. Victims may seek the advice of an attorney with respect to these rights.

In addition, a victim of a federal crime is entitled to services under the Victims' Rights and Restitution Act (VRRA), including notification of court events. For further details, please refer to Title 34, United States Code, Section 20141 or the VRRA link posted at https://www.notify.usdoj.gov.

We will continue to provide you with notifications and services unless you tell us not to. We will make our best efforts to ensure you are provided the rights and services to which you are entitled. You may contact the Victim/Witness Coordinator at the office listed above if you have questions about the progress of your case, your rights or the services to which you are entitled, or how you can assert them during the proceedings. If you believe that a Justice Department employee has not provided you with these rights, you may file a complaint with the Justice Department's Victims' Rights Ombudsman. For more information, go to http://www.justice.gov/usao/resources/crime-victims-rights-ombudsman. If you have questions about filing a complaint against an employee, you may contact the Ombudsman by email at usaeo.VictimOmbudsman@usdoj.gov. Questions concerning this case should be directed to the office listed above.

While our office cannot act as your attorney or provide you with legal advice, you can seek the advice of an attorney with respect to the rights above or other related legal matters.

It is important to keep in mind that the defendants are presumed innocent until proven guilty and that presumption requires both the Court and our office to take certain steps to ensure that justice is served.

If you want to inform the prosecutor of your views regarding any other aspect of the case, please contact us and we will put you in touch with the prosecutor.

Because of the Court's schedule, hearing dates could change on very short notice. If you plan on attending a hearing, you may want to call or email our office to confirm the date and time.

If you have any questions about this notice or want to talk to us directly, please email us at victimassistance.fraud@usdoj.gov.

Sincerely,

Victim-Witness Unit
Fraud Section, Criminal Division
Department of Justice

encl. (translated Frequently Asked Questions)

## መመለስን በሚመለከት በተደጋጋሚ የሚጠየቁ ጥያቄዎች

ከታች ባለው ክፍል ውስጥ፣ ሊኖሮት የሚችሉትን ጥያቄዎች አስመልክቶ መንግስት መልስ ይሰጣል። እባክዎ ያስታውሱት ይህ እንዲሆን ምክር የታሰበ አይደለም፣ የመንግስት ጠበቆች የእርስዎ ጠበቃ አይደሉም እና ከጠበቃ ጋር መማከር ከፈለጉ በራስዎ ወጪ ማድረግ ይችላሉ።

1. ይህን መረጃ ለምን ጠየቁ?

በፌዴራል ፍርድ ቤት ጥፋተኛ የተባለ ተከሳሹ በፈፀመው ወንጀል ምክንያት ተጎጂዎች ላይ ለደረሰባቸው የገንዘብ ኪሳራ በካሳ እንዲመልስ ሊታዘዝ ይችላል። ይህ ካሳ ማለት "ተመላሽ" ይባላል እና ለጠፋ ገቢ፣ ለንብረት ውድመት፣ ለምክር፣ ለህክምና ወጪዎች፣ ለቀብር ወጪዎች ወይም ከወንጀሉ ጋር በቀጥታ ለተያያዘ ሌሎች የገንዘብ ወጪዎች ሊታዘዝ ይችላል። አንዳንድ የገንዘብ ኪሳራዎች ለተመላሻነት ብቁ አይደሉም፣ ለምሳሌ የስቴት ወይም የፌዴራል ግብር፣ ወለድ፣ ቅጣቶች ወይም መቀጮ፣ በወንጀሉ ከተነሱ የግል ወይም የንግድ ህጋዊ ጉዳዮች ጋር በተያያዘ ለዋለ የህግ ውክልና ወጪዎች፣ ለጥብቅ አማካሪዎች፣ የሂሳብ ባለሙያዎች ወይም ሌሎች ባለሙያዎች ክፍያዎች፣ እና የገንዘብ ኪሳራዎችን ለሲቪል መልስ ማግኘትን ህጋዊ ወጪዎች። ለ"ህመም እና ስቃይ" ኪሳራ እንዲሁ ለተመላሽነት ብቁ አይደሉም።

የሚታዘዙትን የተመላሽ መጠን ለመወሰን፣ የ U.S አቃቤ ቢሮ የገንዘብ ኪሳራ መረጃን ከመርማሪ ወኪሎች፣ ከአቃቢ ህጎች እና ከተጎጂዎች ወይም ከተወካዮቻቸው ይሰበስባል።

በቦይንግ ኩባንያ ("ቦይንግ") ላይ በደረሰው አደጋ የተጎጂ ቤተሰቦች ለሚነሱት ማንኛውም ህጋዊ የተፈቀደ የይገባኛል ጥያቄ መንግስት ይደግፋል። ማንኛውንም የተመላሽ ይገባኛል ጥያቄ ለመገምገም መንግሥት የሚጠየቀውን መረጃ እና መማግብት ይፈልጋል።

2. ምን አይነት የተመላሽ ዕዳ እንዳለብኝ የሚወስነው ማነው?

ፍርድ ቤት ለእያንዳንዱ ተጎጂ ምን ዓይነት የተመላሽ ዕዳ እንዳለ ይወስናል። የ U.S አቃቤር ቢሮ ከእያንዳንዱ ተጎጂ ኪሳራ ጋር በተያያዘ መረጃዎች ላይ በደረገው ግምገማ ለፍርድ ቤት የመመለስ ሃሳብ ያቀርባል። በተመላሽ ማድረግ ችሎት ላይ መንግስት ለእያንዳንዱ ተጎጂ በህጋዊ መንገድ ተመላሽ የሚደረግ ዕዳ ምን እንደሆነ ለፍርድ ቤት ያቀርባል። በህጉ መሰረት በቦይንግ ለእያንዳንዱ ተጎጂ ተመላሽ የሚደረገውን ዕዳ በተመለከተ የራሱን አቋም እንዲይዝ ተፈቅዶለታል።

ፍርድ ቤቱ በጉዳዩ ላይ ተመላሽ ማድረግግን መወሰን በጣም ውስብስብ እንደሆነ ካወቀ ወይም የቅጣት አወሳሰን ሂደቱን ክልክ በላይ የሚያራዝም ከሆነ ተመላሽ የማድረግ ትዕዛዝ ለመስጠት ፈቃደኛ አይሆንም።

3. የተመላሽ ማድረግ ችሎት ላይ መገኘት እችላለሁ?

የተመለሸ ማድረጊ ችሎት ላይ የመሳተፍ መብት አለዎት ነገር ግን የመገኘት ግዴታ የለብዎትም። እንዲሁም ይህን ለማድረግ ከፈለጉ የተመለሸ ማድረጊ ችሎት ላይ የመናገር እድል ሊሰጥዎት ይገባል።

4. ለምን ይህ ሁሉ መረጃ ያስፈልግዎታል?

ማንኛውንም የመመለሸ ጥያቄ ለመገምገም መንግስት ከእያንዳንዱ ተጎጂ ኪሳራ ጋር የተያያዙ ልዩ እውነታዎችን መረዳት አለበት። በሕጉ መሠረት የጠፋ ገቢን ለመወሰን ብዙ የተለያዩ የመረጃ ዓይነቶችን ያካተተ ውስብስብ ትንታኔ ያስፈልጋል። መንግሥት እየጠየቀ ያለው አብዛኛው መረጃ ከጠፋው ገቢ ስሌት ጋር የተያያዘ ነው። መንግስት የሚጠይቀው መረጃ መንግስትን፣ የ u.S አመክሮ ቢሮን እና ፍርድ ቤቱን የማስመለስ አቤቱታውን ለመገምገም ይረዳል።

5. ይህንን መረጃ ለፍርድ ቤት ያገራሉ?

አዎ። እርስዎ ያቀረቡትን መረጃ መንግስት በ U.S አመክሮ ቢሮ በኩል ለፍርድ ቤት ያገራል። የ U.S ፕሮቤሽን ቢሮ ለፍርድ ቤት ከቅጣት አወሳሰን ጋር የተያያዙ ማስረጃዎችን እንዲሰበስብ እና እንዲመረምር ያግዛል፤ ይህም ማስመለስን ጨምሮ ነው። ፍርድ ቤት ውሳኔውን ከማስጠቱ በፊት የዩኤስ የፕሮቤሽን ቢሮ እና ፍርድ ቤት ተመለሸ ማድረግን የሚመለከቱ ማስረጃዎችን እንዳገነዙ ያስፈልጋል። ምንም እንኳን መንግስት ከእርስዎ የሚሰበስበውን መረጃ እና መዝገብችን ለU.S አመክሮ ቢሮ ቢያካፍልም፣ የ U.S ፕሮቤሽን ቢሮ ለተጨማሪ መረጃ በቀጥታ ሊጠይቅዎት ይችላል።

6. ይህንን መረጃ ለቦይንግ ያገራሉ?

አዎ። በዚህ ክስ ተከሳሽ እንደመሆኖ ቦይንግ ለፍርድ ቤት እና ለU.S አመክሮ ቢሮ የተገራውን መረጃ እና መዝገቦች የመቀበል መብት አለው። ፍርድ ቤት በመንግስት ጥያቄ የሰጠውን የመከላከያ ሀጋዊ ሂደት ውስጥ ለመግባት ቦይንግን ተስማምቷል። ፍርድ ቤት በሰጠው የመከላከያ ሀጋዊ ሂደት መሰረት ቦይንግ መንግስት የሚያቀርበውን መረጃ እና መዘግብት እንዴት መጠቀም እና ማጋራት እንደሚችል የተገደበ ነው።

7. የ�play መረጃ ይፋ ይሆናል?

መንግስት የእርስዎን የግል መለያ መረጃ ለህዝብ ላለማጋለጥ ለመከላከል እርምጃዎችን ይወስዳል። የግል መለያ መረጃ ከሌሉ መረጃዎች መካከል የእርስዎን ስም፣ የትውልድ ቀን እና አድራሻ ያካትታል።

8. ለእነዚህ ጥያቄዎች መልስ የመስጠት ግዴታ አለብኝ?

ለእነዚህ ጥያቄዎች መልስ መስጠት አስጠበቅብዎትም። ሆኖም መንግስት የእያንዳንዱን ተጎጂ የተመለሸ ጥያቄ መደገፍ ይችል እንደሆነ ለመወሰን የሚጠይቀውን መረጃ ማወቅ አለበት። ለእነዚህ ጥያቄዎች መልስ ካልሰጡ፣ መንግስት የእርስዎን የተመለሸ ጥያቄዎች ጥቂቶቹን ወይም ሁሉንም ሊደግፍ ስለማይችል እና ተመለሸ የማኘችን ችሎታዎ ላይ ተጽእኖ ሊያሳድር ይችላል።

9. የምን ሰነዶች ያስፈልጋሉ?

ጥያቄዎቹ የመመለሻ ጥያቄዎን የሚደግፍ መንግስት ምን አይነት ሰነዶች እንደሚጠይቅ መረጃን ያካትታሉ። በቀረቡት መረጃ እና ሰነዶች ላይ በመመስረት ለተጨማሪ መረጃ ወይም ለጥያቄዎ ድጋፍ የሚሆኑ ሰነዶችን ለማግኘት መንግስት በቀጥታ ሊያነጋግርዎት ይችላል።

10. *የእኔ ምላሾች እና ሰነዶች መቼ ናቸው?*

እባክዎ መንግስትን የእያንዳንዱን ተጎጂዎች የይገባኛል ጥያቄ ለመገምገም እና ለመተንተን በቂ ጊዜ እንዲኖረው እና መንግስት መረጃውን እና መዝገቡን ለU.S አመካሮ ቢሮ እንዲያ ያጋራ እና የU.S ፕሮቤሽን ቢሮ የራሱን ግምገማ እና ትንተና እንዲያከናውድ በቂ ጊዜ እንዲያገኝ በ ሀዳር 15, 2024 ምላሽ ይስጡ።

11. *ፍርድ ቤቱ የቀረበውን የይግባኝ ስምምነት ለመቀበል ወይም ላለመቀበል ከወሰነ በፊት ይህንን መረጃ ለምን ይጠይቃል?*

የተጠየቁትን መረጃዎች እና መዝገቦች መሰብሰብ፣ መገምገም እና መተንተን ብዙ ጊዜ እና ግብዓት ይወስዳል። መንግስት የተጠየቀውን መረጃ በጊዜው ከገኘ የመመለሻ ጥያቄዎችን ለመደገፍ የተሻለ አቋም ይኖረዋል። ፍርድ ቤቱ የቀረበውን የይግባኝ ስምምነት ላለመቀበል ቢወስንም እንኳ እና በይነግ በመጨረሻ ጥፋት ፈጽሟል በተለየ የይግባኝ ውል ወይም ከሙከራ በኋላ ጥፋተኛ ሆኖ ከተገኘ አሁን የምንጠይቀው መረጃ እና መዛግብት ለማስመለስ አላማ አስፈላጊ ይሆናል።

12. *ጥያቄ ካለኝ ማንን ማግኘት እችላለሁ?*

ማንኛቸውም ጥያቄዎች ካሉዎት፣ እባክዎን ወደ [victimassistance.fraud@usdoj.gov](mailto:victimassistance.fraud@usdoj.gov).

## 有关补偿的常见问题

美国政府检控方将在下文中回答您可能提出的问题。 请记住，这不是法律建议，美国政府检控方的律师也不是您的律师，如果您希望咨询律师，费用自理。

1. *您为什么要求提供这些信息？*

美国联邦法院可命令被定罪的罪犯补偿受害人因其犯罪而遭受的经济损失。这种补偿被称为 "补偿"，可用于补偿收入损失、财产损失、心理咨询、医疗费用、丧葬费用或其他与犯罪直接相关的经济损失。有些经济损失不符合补偿的条件，如州或联邦税款、利息、罚金或罚款；与犯罪引起的个人或企业法律问题有关的私人法律代理费用；税务顾问、会计师或其他专业人士的费用；以及民事追偿经济损失的法律费用。因 "痛苦与煎熬"造成的损失也不符合补偿条件。

为了确定法令补偿的金额，美国缓刑犯监管局会从调查人员、检察官和受害者或其代表那里收集经济损失的信息。

美国政府检控方将支持任何经法律授权的坠机受害者家庭对波音公司（"波音"）提出的补偿要求。为了评估任何补偿要求，检控方需要其所要求的信息和记录。

2. *谁来决定我应获得的补偿？*

美国法院将决定对每位受害者的补偿金额（如有）。 美国缓刑办公室将根据其对与每位受害人损失相关的证据的审查结果，向美国法院提出补偿建议。在补偿听证会上，检控方将向法庭陈述其对依法应补偿每位受害者的补偿金额的立场。 根据法律规定，波音公司也可以就其应向每位受害者补偿的数额表明自己的立场。

如果法院认为在案件中确定补偿过于复杂或会过度延长判决过程，也可以拒绝下令补偿。

3. *我能参加补偿听证会吗？*

是的，您有权出席补偿听证会，但并非必须出席。如果您想在补偿听证会上发言，您也应该有机会这样做。

4. *为什么需要这些信息？*

为了评估任何补偿要求，检控方必须了解与每位受害者损失有关的具体事实。根据法律规定，确定收入损失需要进行复杂的分析，涉及许多不同类型的信息。检控方要求提供的大部分信息都与计算收入损失有关。 检控方要求提供的信息将有助于美国政府、美国缓刑办公室和法院评估补偿要求。

5. *您会与法院分享这些信息吗？*

是的，美国政府检控方将通过美国缓刑办公室与法院共享您提供的信息。美国缓刑办公室帮助法庭收集和分析与判刑有关的证据，包括补偿。在法院做出判决之前，美国缓刑办公室和法院有必要了解与补偿相关的证据。 虽然政府检控方会与美国缓刑犯监管局共享从您那里收集的信息和记录，但美国缓刑犯监管局也可能直接向您索要更多信息。

6. *您会与波音公司分享这些信息吗？*

是的。 作为本案的被告，波音公司有权获得与法院和美国缓刑办公室共享的信息和记录。波音公司已同意签署一项保护令，法院已应政府的请求签发了该保护令。根据法院签发的保护令，波音公司在使用和共享政府提供的信息和记录方面受到限制。

7. *我的信息会被公开吗？*

政府将采取措施保护您的个人身份信息，以避免将其泄露给公众。个人身份信息包括您的姓名、出生日期和地址等信息。

8. *我必须回答这些问题吗？*

您不必回答这些问题。 但是，美国政府检控方需要了解其所要求的信息，以决定是否能够支持每位受害者的补偿要求。 如果您不回答这些问题，政府检控方可能无法支持您的部分或全部补偿要求，这可能会影响您获得补偿的能力。

9. *需要哪些文件？*

这些问题包括政府检控方要求您提供哪些文件来支持您的补偿要求。 根据您提供的信息和文件，政府检控方可能会直接与您联系，要求您提供更多信息或文件以支持您的索赔要求。

10. *我的答复和文件何时到期？*

请在 2024 年 11 月 15 日之前答复，以便政府检控方有足够的时间审查和分析每个受害人的索赔，并与美国缓刑办公室共享信息和记录，使美国缓刑办公室有足够的时间进行审查和分析。

11. *在法庭决定是否接受认罪协议之前，您为什么要求提供这些信息？*

收集、审查和分析所要求的信息和记录需要大量的时间和资源。 如果政府检控方能够及时收到所要求的信息，将能够更好地支持您的补偿要求。 即使法庭决定不接受拟议的认罪协议，如果波音最终通过不同的认罪协议或经过法庭审判被而定罪，我们现在要求提供的信息和记录也将需要用于补偿目的。

12. *如果我有问题，可以与谁联系？*

如您有任何问题，请发送电子邮件至 Victimassistance.fraud@usdoj.gov 。

**Questions courantes concernant la restitution**

Dans la section ci-dessous, le gouvernement donne des réponses à vos éventuelles questions. N'oubliez pas qu'il ne s'agit pas d'un avis juridique, que les avocats du gouvernement ne sont pas vos avocats et que si vous souhaitez consulter un avocat, il vous est possible de le faire à vos frais.

1. *Pourquoi demandez-vous ces renseignements ?*

   Devant un tribunal fédéral, un condamné peut se voir ordonner de rembourser aux victimes les pertes financières subies à la suite de sa conduite criminelle. Ce remboursement s'appelle « la restitution » et peut être ordonné pour perte de revenu, dégâts matériels, conseils, frais médicaux, frais funéraires ou autres frais directement liés au crime. Certaines pertes financières - telles que les impôts étatiques ou fédéraux, les intérêts, les pénalités ou les amendes, les honoraires d'avocats liés à des questions juridiques personnelles professionnelles en rapport avec le crime, les honoraires de conseillers fiscaux, de comptables ou d'autres professionnels et les frais juridiques pour le recouvrement civil des pertes financières - ne peuvent pas être inclus dans la restitution. De même, les pertes pour « préjudice moral » ne peuvent prétendre à la restitution.

   Pour déterminer le montant du dédommagement à ordonner, le Bureau de probation des États-Unis recueille des informations sur la perte financière auprès des agents d'enquête, des procureurs et des victimes ou de leurs représentants.

   Le gouvernement soutiendra toute demande de dédommagement légalement autorisée pour les familles des victimes d'un accident contre la société Boeing (« Boeing »). Afin d'évaluer toute demande de dédommagement, le gouvernement a besoin des informations et des documents requis.

2. *Qui décide du dédommagement qui m'est dû ?*

   Le cas échéant, le tribunal décidera du dédommagement dû à chaque victime. Le Bureau de probation des États-Unis fera une recommandation au tribunal sur le dédommagement en fonction de son examen des preuves liées aux pertes de chaque victime. Lors d'une audience de restitution, le gouvernement présentera à la Cour sa position sur le dédommagement légalement dû à chaque victime. Conformément à la loi, Boeing est également autorisé à prendre sa propre position concernant la restitution qu'il doit à chaque victime.

   Le tribunal peut également refuser d'ordonner le dédommagement s'il estime que la détermination de cette restitution dans une affaire est trop complexe ou qu'elle prolongerait excessivement le processus de détermination de la peine.

3. *Puis-je assister à l'audience de restitution ?*

Oui, vous avez le droit d'assister à l'audience de restitution, mais vous n'êtes pas tenu de le faire. Vous devriez également avoir la possibilité de prendre la parole lors de l'audience de restitution si vous le souhaitez.

4. *Pourquoi avez-vous besoin de toutes ces informations ?*

Afin d'évaluer toute demande de dédommagement, le gouvernement doit comprendre les faits spécifiques liés aux pertes subies par chaque victime. En vertu de la loi, la détermination de perte de revenu nécessite une analyse complexe impliquant de nombreux types de renseignements. La plupart des informations demandées par le gouvernement concernent le calcul de la perte de revenu. Les informations demandées par le gouvernement aideront ce dernier, le Bureau de probation des États-Unis et le tribunal à évaluer les demandes de restitution.

5. *Partagerez-vous ces informations avec le tribunal ?*

Oui. Le gouvernement partagera les informations que vous fournirez z avec le tribunal par l'intermédiaire du Bureau de probation des États-Unis. Le Bureau de probation des États-Unis aide le tribunal à recueillir et à analyser les preuves liées à la détermination de la peine, y compris le dédommagement. Il est indispensable que le Bureau de probation des États-Unis comprenne les preuves liées à la restitution avant que le tribunal ne statue. Bien que le gouvernement partage les informations et les documents recueillis auprès de vous avec le Bureau de probation des États-Unis, ce dernier pourrait également vous demander directement des renseignements supplémentaires.

6. *Partagerez-vous ces informations avec Boeing ?*

Oui. En tant que défendeur dans cette affaire, Boeing a le droit de recevoir les informations et les documents partagés avec le tribunal et le Bureau de probation des États-Unis. Boeing a accepté de contracter un accord que le tribunal a rendue à la demande du gouvernement. En vertu de cet accord rendu par la Cour, Boeing est limité dans la façon dont il peut partager les informations et les documents que le gouvernement lui fournit.

7. *Mes informations seront-elles rendues publiques ?*

Le gouvernement prendra des mesures pour protéger vos informations d'identification personnelles afin d'éviter de les révéler au public. Les informations d'identification personnelles comprennent, entre autres, votre nom, votre date de naissance et votre adresse.

8. *Suis-je tenu de répondre à ces questions ?*

Vous n'êtes pas tenu de répondre à ces questions. Cependant, le gouvernement a besoin d'avoir connaissance de ces informations afin de décider s'il peut soutenir la demande de dédommagement de chaque victime. Si vous ne répondez pas à ces questions, il est possible que le gouvernement ne soit pas en mesure d'accorder une partie ou la totalité de vos demandes de restitution et cela pourrait avoir une incidence sur votre capacité à obtenir un dédommagement.

9. *Quels sont les documents requis ?*

Les questions comprennent des informations sur les documents que le gouvernement requiert à l'appui de votre demande de restitution. Selon les informations et les documents que vous fournissez, le gouvernement peut vous contacter directement pour obtenir des renseignements ou des documents supplémentaires à l'appui de votre demande.

10. *Quand dois-je répondre et fournir les documents ?*

Veuillez répondre d'ici le 15 Novembre 2024 afin que le gouvernement puisse avoir suffisamment de temps pour examiner et analyser la demande de chaque victime et pour qu'il puisse partager les informations et les documents avec le Bureau de probation des États-Unis et lui accorder suffisamment de temps pour effectuer ses propres examens et analyses.

11. *Pourquoi demandez-vous ces renseignements avant que la Cour n'ait décidé d'accepter ou non l'accord de plaidoyer proposé ?*

La collecte, l'examen et l'analyse des informations et des documents demandés prennent beaucoup de temps et demandent beaucoup de ressources. Le gouvernement pourra mieux soutenir les demandes de restitution s'il reçoit les informations requises en temps opportun. Même si le tribunal décide de rejeter l'accord de plaidoyer et si Boeing finit par être reconnu coupable d'une infraction à la suite d'un accord de plaidoyer différent ou après un procès, les informations et les documents que nous demandons maintenant seront nécessaires afin que vous soyez dédommagé (e).

12. *À qui puis-je m'adresser si j'ai une question ?*

Si vous avez des questions, veuillez envoyer un courriel à victimassistance.fraud@usdoj.gov.

## Häufig gestellte Fragen bezüglich einer Entschädigung

Im nachstehenden Abschnitt stellt die US-Regierung Antworten auf Fragen zur Verfügung, die Sie möglicherweise haben könnten. Bitte beachten Sie, dass es sich hierbei nicht um eine Rechtsauskunft handelt, dass die Anwälte der US-Regierung nicht Ihre Anwälte sind, und dass Sie auf eigene Kosten einen Anwalt konsultieren können, wenn Sie dies wünschen.

1. *Warum ersuchen Sie um diese Informationen?*

Ein US-Bundesbezirksgericht kann einem verurteilten Straftäter befehlen, den Opfern die finanziellen Verluste zu ersetzen, die ihnen durch die Straftat des Täters entstanden sind. Diese Rückzahlung wird als „Entschädigung" bezeichnet und kann für Einkommensverluste, Sachschäden, Beratungskosten, Arztkosten, Beerdigungskosten oder andere finanzielle Kosten in direktem Zusammenhang mit der Straftat angeordnet werden. Einige finanzielle Verluste kommen für eine Entschädigung nicht in Frage, wie beispielsweise Steuern auf US-Bundes- oder bundesstaatlicher Ebene, Zinsen, Straf- oder Bußgelder, Kosten für private Rechtsvertretung im Zusammenhang mit persönlichen oder geschäftlichen Rechtsfragen, die durch die Straftat aufgeworfen wurden, Honorare für Steuerberater, Buchhalter oder andere Fachleute, sowie Rechtskosten für die zivilrechtliche Rückerlangung zum Ausgleich von finanziellen Verlusten. Verluste für „Schmerz und Leid" kommen ebenfalls nicht für eine Entschädigung in Frage.

Um die Höhe der anzuordnenden Entschädigung zu bestimmen, sammelt die US-Bewährungsdienststelle (U.S. Probation Office) Informationen über die finanziellen Verluste von den US-Ermittlungsbeamten, den US-Staatsanwälten und den Opfern oder ihren Vertretern.

Die US-Regierung wird jeden rechtlich zulässigen Entschädigungsanspruch der Familien der Absturzopfer gegen The Boeing Company („Boeing") unterstützen. Um den Anspruch auf Entschädigung beurteilen zu können, benötigt die US-Regierung die von ihr angeforderten Informationen und Unterlagen.

2. *Wer entscheidet über die Höhe der Entschädigung, die mir zusteht?*

Das Gericht entscheidet, ob und in welcher Höhe jedem einzelnen der Opfer eine Entschädigung zusteht. Die US-Bewährungsdienststelle (U.S. Probation Office) wird dem Gericht eine Empfehlung bezüglich der Entschädigung geben, die auf der Überprüfung der Beweismittel im Zusammenhang mit den Verlusten der einzelnen Opfer beruht. Bei einer Anhörung zur Entschädigung wird die US-Regierung dem Gericht ihren Standpunkt zu der Frage darlegen, welche Entschädigung jedem Opfer rechtlich zusteht. Nach US-Recht ist Boeing auch berechtigt, seinen eigenen Standpunkt bezüglich der Entschädigung, die es jedem Opfer schuldet, zu vertreten.

Das Gericht kann es auch ablehnen, eine Entschädigung anzuordnen, wenn es feststellt, dass die Festlegung der Entschädigung in einem Fall zu komplex ist oder das Strafverfahren übermäßig verlängern würde.

3. *Kann ich an der Anhörung zur Entschädigung teilnehmen?*

Ja, Sie haben das Recht, an der Anhörung zur Entschädigung teilzunehmen, aber Sie sind nicht zur Teilnahme verpflichtet. Sollten Sie dies wünschen, wird Ihnen auch die Gelegenheit gegeben, sich bei der Anhörung zur Entschädigung zu äußern.

4. *Warum benötigen Sie all diese Informationen?*

Um einen Anspruch auf Entschädigung zu beurteilen, muss die US-Regierung die spezifischen Fakten im Zusammenhang mit den Verlusten jedes Opfers verstehen. Nach US-Recht erfordert die Bestimmung von Einkommensverlusten eine komplexe Analyse, die viele verschiedene Arten von Informationen umfasst. Die meisten der Informationen, die die US-Regierung anfordert, beziehen sich auf die Berechnung von Einkommensverlusten. Die von der US-Regierung angeforderten Informationen helfen der US-Regierung, der US-Bewährungsdienststelle und dem Gericht bei der Beurteilung von Entschädigungsansprüchen.

5. *Werden Sie diese Informationen dem Gericht mitteilen?*

Ja. Die US-Regierung wird die Informationen, die Sie zur Verfügung stellen, über die US-Bewährungsdienststelle dem Gericht mitteilen. Die US-Bewährungsdienststelle hilft dem Gericht, die Beweismittel im Zusammenhang mit der Verurteilung, einschließlich der Entschädigung, zu sammeln und zu analysieren. Es ist notwendig, dass die US-Bewährungsdienststelle und das Gericht die Beweismittel im Zusammenhang mit der Entschädigung verstehen, bevor das Gericht seine Entscheidung trifft. Obwohl die US-Regierung die von Ihnen zur Verfügung gestellten Informationen und Unterlagen an die US-Bewährungsdienststelle weitergibt, kann die US-Bewährungsdienststelle Sie möglicherweise auch direkt um zusätzliche Informationen bitten.

6. *Werden Sie diese Informationen der Firma Boeing mitteilen?*

Ja. Als Angeklagte in diesem Fall ist die Firma Boeing berechtigt, die Informationen und Aufzeichnungen zu erhalten, die dem Gericht und der US-Bewährungsdienststelle zur Verfügung gestellt werden. Boeing hat eingewilligt, eine Schutzanordnung abzuschließen, die das Gericht auf Ersuchen der US-Regierung erlassen hat. Nach der vom Gericht erlassenen Schutzanordnung ist die Firma Boeing in der Verwendung und Weitergabe der ihr von der US-Regierung vorgelegten Informationen und Aufzeichnungen eingeschränkt.

7. *Werden meine Informationen öffentlich bekanntgegeben?*

Die US-Regierung wird Maßnahmen ergreifen, um ihre personenbezogenen Daten zu schützen, damit sie nicht an die Öffentlichkeit gelangen. Zu den personenbezogenen Daten gehören unter anderem Ihr Name, Ihr Geburtsdatum und Ihre Adresse.

8. *Bin ich zur Beantwortung dieser Fragen verpflichtet?*

Sie sind nicht zur Beantwortung dieser Fragen verpflichtet. Die US-Regierung muss jedoch die Informationen, um die sie ersucht, in Erfahrung bringen, um zu entscheiden, ob sie den Anspruch eines Opfers auf Entschädigung unterstützen kann. Wenn Sie diese Fragen nicht beantworten, wird die US-Regierung möglicherweise nicht in der Lage sein, einige oder alle

Ihrer Entschädigungsansprüche zu unterstützen, und dies könnte Ihre Fähigkeit, eine Entschädigung zu erhalten, beeinträchtigen.

9.  *Welche Unterlagen sind erforderlich?*

Die Fragen enthalten Informationen darüber, um welche Unterlagen die US-Regierung zur Unterstützung Ihres Entschädigungsanspruches ersucht. Je nach den von Ihnen zur Verfügung gestellten Informationen und Unterlagen kann sich die US-Regierung direkt an Sie wenden, um zusätzliche Informationen oder Unterlagen zur Unterstützung Ihres Anspruchs anzufordern.

10. *Wann sind meine Antworten und Unterlagen fällig?*

Bitte antworten Sie bis zum [DATUM]15. November 2024, damit die US-Regierung genügend Zeit hat, die Ansprüche jedes Opfers zu überprüfen und zu analysieren, und damit die US-Regierung die Informationen und Aufzeichnungen an die US-Bewährungsdienststelle weitergeben und der US-Bewährungsdienststelle genügend Zeit einräumen kann, ihre eigene Überprüfung und Analyse durchzuführen.

11. *Warum ersuchen Sie um diese Informationen, bevor das Gericht entschieden hat, ob es die vorgeschlagene Verständigung im Strafverfahren annimmt?*

Das Zusammentragen, Überprüfen und Analysieren der angeforderten Informationen und Unterlagen nimmt viel Zeit und Ressourcen in Anspruch. Die US-Regierung wird besser in der Lage sein, Ansprüche auf Entschädigung zu unterstützen, wenn sie die angeforderten Informationen rechtzeitig erhält. Selbst wenn das Gericht beschließt, die vorgeschlagene Verständigung im Strafverfahren nicht anzunehmen, und wenn Boeing letztendlich durch eine andere Verständigung im Strafverfahren oder nach einem Gerichtsverfahren für eine Straftat verurteilt wird, werden die Informationen und Unterlagen, die wir jetzt anfordern, für Entschädigungszwecke benötigt.

12. *An wen kann ich mich wenden, falls ich eine Frage habe?*

Sollten Sie jegliche Fragen haben, senden Sie bitte eine E-Mail an [XXX@usdoj.gov]victimassistance.fraud@usdoj.gov. oder rufen Sie die folgende Nummer an: [Nummer].

**<u>Pertanyaan Umum Mengenai Restitusi atau Ganti Rugi</u>**

Pada bagian di bawah ini, pemerintah menyediakan jawaban atas pertanyaan - pertanyaan yang mungkin Anda miliki. Harap diingat bahwa ini bukan merupakan nasihat hukum, pengacara milik pemerintah bukanlah pengacara Anda, dan jika Anda ingin berkonsultasi dengan pengacara secara langsung Anda dapat melakukannya dengan tanggungan biaya pribadi.

1.  *Mengapa Anda memohon informasi ini?*

Di pengadilan federal, seorang pelaku tindak pidana yang dihukum dapat diperintahkan untuk mengganti kerugian finansial yang dialami korban akibat tindak pidana yang dilakukannya. Penggantian ini disebut "restitusi", dan dapat diperintahkan untuk pendapatan yang hilang, kerusakan properti, konseling, biaya pengobatan, biaya pemakaman, atau biaya finansial lainnya yang terkait langsung dengan tindak pidana tersebut. Beberapa kerugian finansial tidak memenuhi syarat untuk mendapatkan restitusi, seperti pajak negara bagian atau federal, bunga, hukuman, atau denda; biaya untuk perwakilan hukum swasta yang berkaitan dengan masalah hukum pribadi atau bisnis yang timbul akibat tindak pidana tersebut; biaya untuk penasihat pajak, akuntan, atau profesional lainnya; dan biaya hukum untuk pemulihan kerugian finansial secara perdata. Kerugian untuk "rasa sakit & penderitaan" juga tidak memenuhi syarat untuk restitusi.

Untuk menentukan jumlah ganti rugi yang akan diperintahkan, Kantor Masa Percobaan Amerika Serikat mengumpulkan informasi kerugian finansial dari agen-agen investigasi, para jaksa penuntut, dan para korban atau para perwakilan yang bersangkutan.

Pemerintah akan mendukung setiap tuntutan ganti rugi yang sah secara hukum dari Keluarga Korban Kecelakaan terhadap Perusahaan Boeing ("Boeing"). Untuk menilai setiap tuntutan ganti rugi, Pemerintah memerlukan informasi dan catatan yang dimintanya.

2.  *Siapa yang memutuskan ganti rugi apa saja yang menjadi hak saya?*

Pengadilan akan memutuskan ganti rugi apa saja, jika ada, yang menjadi hak setiap korban. Kantor Masa Percobaan AS akan membuat rekomendasi kepada Pengadilan tentang ganti rugi berdasarkan tinjauannya terhadap bukti yang terkait dengan kerugian setiap korban. Pada sidang ganti rugi, Pemerintah akan menyampaikan kepada Pengadilan tentang ganti rugi apa saja yang secara hukum menjadi hak setiap korban. Berdasarkan hukum, Boeing juga diizinkan untuk menempatkan posisinya sendiri terkait ganti rugi yang menjadi haknya kepada setiap korban.

Pengadilan juga dapat menolak untuk memerintahkan restitusi jika menemukan bahwa penetapan restitusi dalam suatu kasus terlalu rumit atau akan memperpanjang proses penjatuhan hukuman.

3. *Dapatkah saya menghadiri sidang restitusi?*

Ya, Anda berhak menghadiri sidang restitusi, tetapi Anda tidak diwajibkan untuk hadir. Anda juga seharusnya diberi kesempatan untuk berbicara di sidang restitusi jika Anda ingin melakukannya.

4. *Mengapa Anda memerlukan semua informasi ini?*

Untuk menilai setiap klaim restitusi, Pemerintah harus memahami fakta-fakta spesifik yang terkait dengan kerugian setiap korban. Berdasarkan hukum, menentukan pendapatan yang hilang memerlukan analisis kompleks yang melibatkan berbagai jenis informasi. Sebagian besar informasi yang Pemerintah minta terkait dengan penghitungan pendapatan yang hilang. Informasi yang diminta Pemerintah akan membantu Pemerintahan, Kantor Masa Percobaan AS, dan Pengadilan yang mengevaluasi klaim restitusi tersebut.

5. *Apakah Anda akan membagikan informasi ini kepada Pengadilan?*

Ya. Pemerintah akan membagikan informasi yang Anda berikan dengan Pengadilan melalui Kantor Masa Percobaan AS. Kantor Masa Percobaan AS membantu Pengadilan mengumpulkan dan menganalisis bukti yang terkait dengan hukuman, termasuk restitusi atau ganti rugi. Kantor Masa Percobaan AS dan Pengadilan perlu memahami bukti yang terkait dengan restitusi sebelum Pengadilan membuat keputusannya. Meskipun Pemerintah akan membagikan informasi dan catatan yang dikumpulkannya dari Anda dengan Kantor Masa Percobaan AS, Kantor Masa Percobaan AS juga dapat meminta informasi tambahan secara langsung kepada Anda.

6. *Apakah Anda akan membagikan informasi ini kepada Boeing?*

Ya. Sebagai terdakwa dalam kasus ini, Boeing berhak menerima informasi dan catatan yang dibagikan kepada Pengadilan dan Kantor Masa Percobaan AS. Boeing telah setuju untuk menandatangani perintah perlindungan, yang dikeluarkan Pengadilan atas permintaan Pemerintah. Berdasarkan perintah perlindungan yang dikeluarkan Pengadilan, Boeing dibatasi dalam hal penggunaan dan pembagian informasi serta catatan yang diberikan Pemerintah kepadanya.

7. *Apakah informasi saya akan dipublikasikan?*

Pemerintah akan mengambil langkah-langkah untuk melindungi informasi data pribadi Anda agar tidak terungkap ke publik. Informasi pengenal pribadi meliputi nama, tanggal lahir, alamat, informasi lainnya yang sifatnya pribadi.

8. *Apakah saya diwajibkan menjawab pertanyaan-pertanyaan ini?*

Anda tidak diharuskan menjawab pertanyaan-pertanyaan ini. Namun, Pemerintah perlu mengetahui informasi yang dimintanya untuk memutuskan apakah nantinya yang bersangkutan dapat mendukung klaim restitusi setiap korban. Jika Anda tidak menjawab pertanyaan-pertanyaan ini, ada kemungkinan Pemerintah tidak akan dapat mengabulkan sebagian atau klaim

keseluruhan restitusi Anda dan hal ini dapat memengaruhi kemampuan Anda untuk memperoleh restitusi.

9. *Dokumen apa saja yang diperlukan?*

Pertanyaan tersebut mencakup informasi tentang dokumen apa saja yang diminta Pemerintah untuk mendukung klaim restitusi Anda. Bergantung pada informasi dan dokumen yang Anda berikan, Pemerintah dapat menghubungi Anda secara langsung untuk meminta informasi atau dokumen tambahan guna mendukung klaim Anda.

10. *Kapan tanggapan dan dokumen saya harus diserahkan?*

Harap tanggapi paling lambat 15 Nopember 2024 agar Pemerintah memiliki waktu yang cukup untuk meninjau dan menganalisis setiap klaim korban, dan agar Pemerintah dapat membagikan informasi dan catatan tersebut dengan Kantor Masa Percobaan AS dan memberi Kantor Masa Percobaan AS waktu yang cukup untuk dapat melakukan peninjauan dan analisisnya secara pribadi.

11. *Mengapa Anda meminta informasi ini sebelum Pengadilan memutuskan apakah akan menerima usulan kesepakatan pembelaan?*

Mengumpulkan, meninjau, dan menganalisis informasi dan catatan yang diminta membutuhkan banyak waktu dan sumber daya informasi yang akurat. Pemerintah akan berada dalam posisi yang lebih baik untuk mendukung klaim restitusi atau ganti rugi jika menerima informasi yang diminta dengan tepat waktu. Bahkan jika Pengadilan memutuskan untuk tidak menerima usulan kesepakatan pembelaan, dan jika Boeing akhirnya dihukum atas suatu pelanggaran melalui kesepakatan pembelaan yang berbeda atau setelah persidangan, informasi dan catatan yang kami minta sekarang akan diperlukan untuk tujuan restitusi.

12. *Siapa yang dapat saya hubungi jika saya memiliki pertanyaan?*

Jika Anda memiliki pertanyaan, silahkan kirim email ke victimassistance.fraud@usdoj.gov.

### Ofte stilte spørsmål angående erstatning

I avsnittet nedenfor gir USAs regjering svar på spørsmål du måtte ha. Husk at dette ikke er ment som juridisk rådgivning, at advokatene for regjeringen ikke er din advokat, og at hvis du ønsker å rådføre deg med advokat, kan du gjøre det på egen regning.

1. *Hvorfor ber vi om disse opplysninger?*

   I føderal domstol kan en dømt lovbryter bli beordret til å refundere ofre for økonomiske tap påført på grunn av lovbryterens forbrytelse. Denne refusjonen kalles "erstatning", og den kan pålegges for tapt inntekt, skade på eiendom, rådgivning, medisinske utgifter, begravelseskostnader eller andre økonomiske kostnader direkte relatert til forbrytelsen. Noen økonomiske tap er ikke kvalifisert for erstatning, for eksempel statlige eller føderale skatter, renter, straffer eller bøter; utgifter til privat juridisk representasjon knyttet til personlige eller forretningsmessige juridiske spørsmål som forbrytelsen har reist; honorarer for skatterådgivere, regnskapsførere eller andre fagfolk; og advokatutgifter for sivil inndrivelse av økonomiske tap. Tap for tort og svie er heller ikke erstatningsberettiget.

   For å bestemme størrelsen på erstatning som skal beordres, samler det US Probation Office informasjon om økonomiske tap fra etterforskerne, påtalemyndighetene og ofrene eller deres representanter.

   Regjeringen vil støtte ethvert lovlig godkjent krav om erstatning fra Krasjofferfamilier mot The Boeing Company ("Boeing"). For å kunne vurdere ethvert krav om erstatning trenger regjeringen de opplysninger og dokumenterer den ber om.

2. *Vem bestemmer hvilken erstatning jeg får?*

   Domstolen vil avgjøre hvilken erstatning, hvis det er noen, som eventuelt er skyldig hvert offer. Det US Probation Office vil gi en anbefaling til domstolen om erstatning basert på dens gjennomgang av bevisene vedrørende hvert enkelt offers tap. I en erstatningshøring vil regjeringen legge frem for domstolen sitt syn på hva som er rettslig skyldig hvert offer. I henhold til loven har Boeing også lov til å ta sitt eget standpunkt angående erstatningen de skylder hvert offer.

   Domstolen kan også avslå å pålegge erstatning dersom den finner at det å fastsette erstatning i en sak er for komplisert eller vil forlenge straffutmålingen for mye.

3. *Kan jeg delta på erstatningshøringen?*

   Ja, du har rett til å delta i erstatningshøringen, men du er ikke pålagt å delta. Du bør også få anledning til å uttale deg i erstatningshøringen dersom du ønsker det.

4. *Hvorfor trenger du all disse opplysningene?*

For å vurdere ethvert krav om erstatning, må regjeringen forstå de spesifikke fakta knyttet til hvert enkelt offers tap. I henhold til loven krever fastsettelse av tapt inntekt en kompleks analyse som omfatter mange forskjellige typer opplysninger. Mesteparten av opplysningene som regjeringen ber om gjelder beregning av tapt inntekt. Opplysningene som regjeringen ber om vil hjelpe regjeringen, det US Probation Office og domstolen med å vurdere krav om erstatning.

5. *Vil du dele disse opplysningene med domstolen?*

Ja. Regjeringen vil dele opplysningene du gir med domstolen gjennom det US Probation Office. US Probation Office hjelper domstolen med å samle inn og analysere bevisene knyttet til straffutmålingen, inkludert erstatning. Det er nødvendig for US Probation Office og domstolen å forstå bevisene knyttet til erstatning før domstolen tar sin avgjørelse. Selv om myndighetene vil dele opplysningene og dokumentasjonen som den samler inn fra deg med US Probation Office, kan U.S. Probation Office også direkte be deg om ytterligere opplysninger.

6. *Vil du dele disse opplysninger med Boeing?*

Ja. Som tiltalt i denne saken har Boeing rett til å motta opplysningene og dokumentene som deles med domstolen og det US Probation Office. Boeing har gått med på å inngå en beskyttelsesordre, som domstolen har utstedt på regjeringens anmodning. I henhold til beskyttelsesordren utstedt av domstolen er det begrenset på hvilken måte Boeing kan bruke og dele opplysningene og dokumentasjonen som de mottar fra regjeringen.

7. *Vil opplysningene mine bli offentliggjort?*

Regjeringen vil iverksette tiltak for å beskytte personopplysningene dine for å unngå å avsløre den for offentligheten. Personopplysninger inkluderer blant annet navn, fødselsdato og adresse.

8. *Må jeg svare på disse spørsmålene?*

Du er ikke pålagt å svare på disse spørsmålene. Regjeringen trenger imidlertid å kjenne til opplysningene den ber om for å avgjøre om den kan støtte hvert enkelt offers krav om erstatning. Hvis du ikke svarer på disse spørsmålene, er det mulig at myndighetene ikke vil være i stand til å støtte noen eller alle av dine krav om erstatning, og det kan påvirke din berettigelse til å få erstatning.

9. *Hvilke dokumenter kreves?*

Spørsmålene inkluderer informasjon om hvilke dokumenter regjeringen ber om til støtte for kravet om erstatning. Avhengig av opplysningene og dokumentene du oppgir, kan myndighetene kontakte deg direkte for ytterligere informasjon eller dokumenter som støtter kravet ditt.

10. *Når forfaller svarene og dokumentene mine?*

Vennligst svar innen 15 November 2024 slik at regjeringen kan ha tilstrekkelig med tid til å gjennomgå og analysere hvert offers krav, og slik at regjeringen kan dele opplysningene og

dokumentene med det US Probation Office og gi det US Probation Office den tid den trenger for å gjennomføre sin egen gjennomgang og analyse.

11. *Hvorfor ber du om disse opplysninger før domstolen har avgjort om den foreslåtte klageavtalen skal godtas?*

Å samle inn, gjennomgå og analysere den forespurte opplysningene og postene er mye tid- og ressurskrevende. Regjeringen vil være bedre i stand til å støtte krav om tilbakeføring dersom den mottar den etterspurte opplysningene i tide. Selv om domstolen bestemmer seg for ikke å godta den foreslåtte klageavtalen, og hvis Boeing til slutt blir dømt for en lovovertredelse gjennom en annen klageavtale eller etter en rettssak, vil opplysningene og dokumentene vi ber om her være nødvendige for erstatningsformål.

12. *Hvem kan jeg henvende meg til hvis jeg har spørsmål?*

Hvis du har spørsmål, vennligst send en e-post til <u>victimassistance.fraud@usdoj.gov</u>.