**EXHIBIT 4**

From: Victimassistance Fraud (CRM)
Bcc: Victimassistance Fraud (CRM); abe@flightinjury.com; aburra@ecbawm.com; Alisa@sgb-law.com; andrea@vdlawyers.com; aromanucci@rblaw.net; asigeadvocates@yahoo.com; astern@sterncrawford.com; austin@bartlettchenlaw.com; av@cb-law.com; bhensley@rblaw.net; boyle@psblaw.com; breen@sgb-law.com; cassellp@law.utah.edu; charles@hlg.lawyer; crobbins@baumhedlundlaw.com; cvelasquez@vdlawyers.com; cwysong@HSPLEGAL.COM; david@flightinjury.com; djn@nolan-law.com; DKatzman@klm-law.com; dneiman@rblaw.net; drapoport@rapoportlaw.com; Eapplebaum@kreindler.com; ecrawford@sterncrawford.com; faw@wisner-law.com; fm@xlawx.com; FPitre@cpmlegal.com; frank@colson.com; gross@sgb-law.com; info@arwaassociates.co.ke; jabady@ecbawm.com; JCotchett@cpmlegal.com; JGreen@kreindler.com; jlebovitz@nphm.com; JLessmeister@lessmeisterlaw.com; jmarlin@baileybrauer.com; john@hlg.lawyer; jpupo@podhurst.com; JThyken@cpmlegal.com; kbeardsley@smithlacien.com; keller@sgb-law.com; kenbehzadi@aol.com; kpd@cliffordlaw.com; l.pierallini@pierallini.it; mark@hlg.lawyer; mark@marklindquistlaw.com; mateo.atty@gmail.com; mcornwell@baumhedlundlaw.com; MDym@HSPLEGAL.COM; MGonzalez@baumhedlundlaw.com; michael@indrajana.com; Mike.Andrews@BeasleyAllen.com; mkd@corboydemetrio.com; monicakelly@ribbecklaw.com; MPiers@HSPLEGAL.COM; mschiavo@motleyrice.com; msims@rapoportlaw.com; mverna@bowlesverna.com; preilly@law.tamu.edu; rac@cliffordlaw.com; rbaizer@rblaw.net; rtepper@satclaw.com; shakespear@shakespearlaw.com; SMARKS@PODHURST.com; sp@cliffordlaw.com; ssingh@sanjivnsingh.com; tab@cliffordlaw.com; tbrininger@nphm.com; tje@nolan-law.com; tpr@nolan-law.com; tsmith@smithlacien.com; yakeshanand@gmail.com; 44385650@qq.com; a.giammetta@aiic.net; ababuameha@gmail.com; abdimuniem@gmail.com; ad.massart@gmail.com; ademartinus44@gmail.com; adhi.tony@gmail.com; adhityawirawan@gmail.com; adhochdennises@gmail.com; adjimah.abidin@gmail.com; adriantoole16@gmail.com; aidatanjung712@gmail.com; akeyojaboma@gmail.com; alessandro.degregorio92@gmail.com; allisonwsy@gmail.com; alsyllacroix@gmail.com; aminghazi12@gmail.com; amwachtmeister@hotmail.com; anabelatayob@gmail.com; andreagovinda.tusa@gmail.com; andreaspini72@gmail.com; anggabramantya89@gmail.com; aniceiryani@gmail.com; aninditasuryani81@gmail.com; anohinaelenaviktorovna@mail.ru; anrosanna02@gmail.com; anzarjikaki@gmail.com; aprilia.helda@gmail.com; asdori64@yahoo.com; astrid.tendis-knely@proton.me; astrid.tendis-knely@speed.at; astridww@gmail.com; auroracheung12@gmail.com; ave2981@gmail.com; B.oneibrahim@gmail.com; bagusrr977@gmail.com; barutu.tomson@gmail.com; bayihedemissie@gmail.com; bayusaputra0484@gmail.com; bennymutua@gmail.com; bensonbirundu@gmail.com; bets_vin@yahoo.com; biasramadhanas@gmail.com; binaasta84@gmail.com; binodthapa76@gmail.com; camila.fagerberg@hotmail.com; catherineberthet68@gmail.com; chafinisrine2000@gmail.com; claudiochimenti@yahoo.it; curlybex@googlemail.com; daniandrian@gmail.com; david@auffret.co; dayinta.anggana@gmail.com; dayintaanggana@yahoo.com; dayintagoji@gmail.com; delafarhana@gmail.com; denisboutant@gmail.com; denisboutant1@gmail.com; desizulya@gmail.com; dhanipentholstapala@gmail.com; dhinaaldina12@gmail.com; dhiniretno.puspita@gmail.com; diandaniaty24@gmail.com; didimama89@gmail.com; dieci@math.gatech.edu; diniwismaningsih@gmail.com; donisw222@gmail.com; drgaripriawanda@gmail.com; dvecere@cooperlevenson.com; edinvnt@gmail.com; eginsetyaa@gmail.com; ekermann-maria@live.se; elamu2005@yahoo.com; ellen_philipp@kabelmail.de; emily@seaways.net; emmieauma@gmail.com; enisitinuraeni1964@gmail.com; erizcosatya@gmail.com; et302galicia@gmail.com; etmidalti11@gmail.com; evaoktavia.pp@gmail.com; evi.rahmawati75@gmail.com; evispeed2018@gmail.com; eyasu.teshome@gmail.com; Fahridakurniawati99@gmail.com; feisal4@hotmail.com; Felchbrittney@yahoo.com; fendy.hong@yahoo.com; feny.liong@gmail.com; ferdian.putra@gmail.com; fernandoverian@gmail.com; francois.fricaudet@gmail.com; fred_musau@yahoo.com; frenchhuntanna@gmail.com; garima.sethi88@gmail.com; gheaghesa20@gmail.com; gladyskivia@gmail.com; glennardipranata4998@gmail.com; guerosso1211@gmail.com; gunitgarg92@gmail.com; hajofeigl@aol.com; hanjawar@yahoo.com; harrysaro@gmail.com; hartosuharto338@gmail.com; hasanuddin131@gmail.com; helumekonnen@yahoo.com; hema_ahlawy10@yahoo.com; herususanto.itjen@gmail.com; iker@wmbeaty.com; ilonalukman1@gmail.com; iriantosurip21517@gmail.com; irzanijan72@gmail.com; janekabugi63@gmail.com; janekimiti@gmail.com; javier@deluis.com; jds.et302@gmail.com; jjhartato@gmail.com; jmvincent@rogers.com; joshua@seaways.net; jsgathumbi@gmail.com; juliahgaititi@gmail.com; juliana.wahab@yahoo.com; juliasarimyrna@gmail.com; jwwaithaka2000@yahoo.com; kalbfleischa@bennettjones.com; karanjaruthwangui@gmail.com; karlinasput@gmail.com; kenkam73@gmail.com; kglato@gmail.com; khammamy@yahoo.com; kisanetaregawi1416@gmail.com; klaus.philipp@kabelmail.de; kld100@yahoo.com; kresellisa@gmail.com; laeti_tavernier@yahoo.fr; latiefnurbana@gmail.com; liaiyingtzb@bit.edu.cn; Lianaharianto81@gmail.com; likprast@gmail.com; linamorazig@gmail.com; linetmwirigi@gmail.com; liulshafi@gmail.com; luvlina85@gmail.com; m.mbprieur@yahoo.fr; macharianduta4@gmail.com; magnus_montelius@yahoo.com; mahailemariam@gmail.com; mairessemelissa@gmail.com; mama08tuti@gmail.com; manantv@outlook.com; manuelafili@yahoo.it; marazig@hotmail.com; mardonarangga04@gmail.com; markpegram66@aol.com; marsudi012021@gmail.com; marti.faidah@gmail.com; mas.arnoldy@yahoo.com; maulanausman19@gmail.com; mediak2020@gmail.com; menateferi@yahoo.com; menikpujilestari5@gmail.com; merdian1408@gmail.com; merry.laij05@gmail.com; merysundary@gmail.com; MeseretAlemu2@cbe.com.et; meylandamartono79@gmail.com; michaelstumo@gmail.com; milkayonathan2018@gmail.com; miryjesse12@gmail.com; mnajeh77@gmail.com; mohamed6692248@gmail.com; mohamedfarag1444@gmail.com; muhamad.zuhri.msz@gmail.com; muhamadfadlan29@gmail.com; mulia.ristuti@gmail.com; multi.rizki@gmail.com; munirabdulkarim87@gmail.com; munyis720@gmail.com; mutoharoh27@gmail.com; nadege.seex@gmail.com; nadiamilleron@gmail.com; nadina1956@bk.ru; naheed.val@gmail.com; namoalin@gmail.com; narulitasari321@gmail.com; ndylee@gmail.com; ndylee927@gmail.com; nermen.khlil@gmail.com; nermin.khalil@gmail.com; neuis_marfuah@yahoo.com; noahmh1975@gmail.com; noviamama12@gmail.com; Nursia_man@yahoo.co.id; oktooktobiy@gmail.com; oliver1301@gmail.com; ouafa.zeroual@gmail.com; oyhibmatareng@gmail.com; pablo.konarski@gmail.com; parullahoti@outlook.com; patrycjaduda@onet.eu; paul.kondaveeti@gmail.com; paulnjoroge2008@gmail.com; permatasari.wahyudi@gmail.com; pettynovita@ymail.com; phaoel50@gmail.com; poet.poeyi@gmail.com; qamaramoalin@gmail.com; quindoskaranja@gmail.com; rahellibeskal@yahoo.com; rahmanxrahman@gmail.com;

reasoegiyono@gmail.com; rilfaniririn10@gmail.com; rimawijayanti55@gmail.com; rindisepti@gmail.com;
riris_m53@yahoo.com; risandi.hidayat@gmail.com; robert119kr@yahoo.com; rukeni@bssn.go.id;
ruthkageche10@gmail.com; safety.ana13@gmail.com; samrichalachew@gmail.com; sarybe@gmail.com;
satariyo01@gmail.com; septi.jatnika@gmail.com; septidursbianti@yahoo.com; sergeypolyakov0791@mail.ru;
serlyo585@gmail.com; setiawan888budi@gmail.com; shitayegirmaye219@gmail.com; silke.eissa@gmail.com;
sineyunita@yahoo.com; sisfiarsih@gmail.com; solve_2007@yahoo.com; srihusman@gmail.com;
subektisri797@gmail.com; sueriff@sbcglobal.net; sultanklaf@gmail.com; sumiatiacum@gmail.com;
suzanne_camp@msn.com; syafirahrnt@gmail.com; symunguti@gmail.com; syukriasy@gmail.com;
talita.arianti1122@gmail.com; tandina_2074@gmail.com; tandinapermadi@gmail.com;
tashbaker@rocketmail.com; tiffanypieia@ymail.com; tigergaot@163.com; tomkabau@gmail.com;
ulfahkusumaningsih@yahoo.co.id; vetri300677@gmail.com; vincelionel99@gmail.com; vinctus83@gmail.com;
wilson_lpmp@yahoo.co.id; windymarliandini05@gmail.com; wirawanandianta@gmail.com;
Wisnu.Juniartanto@saipem.com; withyilkalyirgalem@gmail.com; wowokendo@yahoo.com;
Wynninovanasari@gmail.com; xiongweireal@126.com; yadiismanto704@gmail.com; yalenakrystine@gmail.com;
yaniturhindayani1975@gmail.com; yanti.fac@arkadiagreenpark.com; yaredlegalcase@gmail.com;
yazid.azmi10@gmail.com; ympelealu@gmail.com; yoko.hendrawan13@gmail.com; zakiafais99@gmail.com;
zatajohn@gmail.com; zekureasfaw@gmail.com; zubandiperi@gmail.com

| | |
|---|---|
| **Subject:** | United States v. Boeing Update Re: Restitution Information Request |
| **Date:** | Friday, November 8, 2024 1:26:00 PM |
| **Attachments:** | Boeing Notification Restitution Update 8 Nov 24.pdf |
| | Boeing Restitution Questionnaire_Amharic.pdf |
| | Boeing Restitution Questionnaire_Chinese.pdf |
| | Boeing Restitution Questionnaire_English.pdf |
| | Boeing Restitution Questionnaire_French.pdf |
| | Boeing Restitution Questionnaire_German.pdf |
| | Boeing Restitution Questionnaire_Indonesia.pdf |
| | Boeing Restitution Questionnaire_Norwegian.pdf |

Hello,

Please see the attached update regarding the restitution questionnaire for the matter of United
States v. Boeing.

Regards,

Victim Witness Unit
Victimassistance.fraud@usdoj.gov

**U.S. Department of Justice**

Criminal Division

---

*Fraud Section*                                    *Washington, D.C. 20530*

November 8, 2024

U.S. Department of Justice
Criminal Division, Fraud Section
10th & Constitution Avenue, NW
Bond Building
Washington, DC 20530

Phone: 1-888-549-3945
Fax: (202) 514 3708
Email: Victimassistance.fraud@usdoj.gov

Re: *United States v. The Boeing Company*
    Court Docket 4:21-CR-005-O (N.D. Tex.)

To Whom it May Concern:

We are contacting you because you have been determined to be a crime victim pursuant to a court order dated October 21, 2022, in *United States v. The Boeing Company*, a federal criminal case pending in the United States District Court for the Northern District of Texas. This case is being jointly handled by the U.S. Department of Justice's Criminal Division, Fraud Section, and the U.S. Attorney's Office for the Northern District of Texas (collectively, the "Government" or "Department"). Crime victims are entitled to certain rights and services, as described further in this letter. As a victim witness professional, my role is to assist you with information and services during the pendency of the above-captioned case.

We are writing to update you regarding our previous request, dated October 9, 2024, for **information and records related to potential restitution claims** for financial losses incurred due to Boeing's offense. In our October 9 letter, we sent you an online Questionnaire and asked that you complete the Questionnaire and provide the requested supporting records by November 15, 2024.

The Court is still considering whether to accept Boeing's guilty plea pursuant to the plea agreement the parties presented to the Court on July 24, 2024. We are therefore able to extend the deadline for your response until after November 15, 2024. We intend to send you a further update once the Court decides whether to accept the plea agreement. By that time, we also expect to also provide you with an updated deadline by which the completed Questionnaire and supporting documentation must be received.

However, please remember that the sooner you submit the information needed to assess your restitution claim, the better positioned the Government will be to determine its position on your claim.

Below you will again find the links to the Questionnaire. We recommend that you first carefully review the Questionnaire and collect the responsive information and records before ultimately returning to the Questionnaire to complete it online.

English: https://app.smartsheetgov.com/b/form/28718f5049134e368b1bcb7fa448316b
Amharic: https://app.smartsheetgov.com/b/form/4f770a5aed9045f39f0a74ce5e440e21
Bahasa: https://app.smartsheetgov.com/b/form/99b5b531b6d04c99aa0a8767c485edf5
French: https://app.smartsheetgov.com/b/form/796243f4728a45668f739e3f0004b413
German: https://app.smartsheetgov.com/b/form/60d102ce31f2481392fa84e2f8752709
Norwegian: https://app.smartsheetgov.com/b/form/e25c3ea8070a4e9daeee3f7f95fdfa63
Mandarin: https://app.smartsheetgov.com/b/form/32629d170cda4a1bba3515dac3cf88f5

We prefer that you submit your responses online using the links above. But if you are unable to submit your responses online using these links, you may submit your answers and documentation in paper format. You do not need to submit a written response if you have also used the online link. Enclosed with this letter are electronic copies of the complete set of questions and requests in the Questionnaire, translated to each of the languages described above. You may print the Questionnaire in your preferred language and respond in writing. If you choose to do so, please send the written responses and supporting documentation to:

U.S. Department of Justice
Criminal Division, Fraud Section
Attn: Victim Witness Unit
1400 New York Avenue, NW
Bond Building
Washington, DC 20530

If you have any questions or issues with the online Questionnaire, please send an email to victimassistance.fraud@usdoj.gov.

Sincerely,
Victim-Witness Unit
Fraud Section, Criminal Division
Department of Justice

encl. (translated Questionnaire)

# Restitution Questionnaire

ATTENTION: This form does not automatically save and must be completed in one session. Please ensure you have all necessary information available at the time of entry. After you click "Submit", this form cannot be edited. Please contact victimassistance.fraud@usdoj.gov if you need to revise your responses.

The term "Victim" refers to the individual who died on Lion Air Flight 610 or Ethiopian Airlines Flight 302.

The term "Representative" refers to an individual who is assuming the Victim's legal claim to restitution.

**Restitution Questionnaire**

## Victim Information

**Victim's First Name / Given Name** *

**Victim's Last Name / Surname** *

**Victim's Date of Birth** *
*You may type in the date. Please format as MM/DD/YYYY.*

**Was the Victim 18 years of age or older at the time of death?** *
○ Yes
○ No

**Victim's Highest Level of Education** *
○ Less than High School/Secondary School
○ High School/Secondary School (Includes GED)
○ Some College/University (No Degree)
○ Associate of Arts / Trade School
○ Bachelor's Degree
○ Master's Degree
○ Professional/Doctoral Degrees
○ Unknown

**Victim's Gender** *
○ Female
○ Male
○ Not Specified

**Victim's Street Address** *

**Restitution Questionnaire**

Victim's City *

[                                                                    ]

Victim's State/Province/Region/Etc. *

[                                                                    ]

Victim's Country *

[                                                                    ]

Victim's Zip Code / Postal Code *

[                                                                    ]

Victim's citizenship at death, if different than residence

[                                                                    ]

Victim's marital status at death *

○ Single – never married
○ Married
○ Divorced
○ Widowed

If married at death, date of marriage
*You may type in the date. Please format as MM/DD/YYYY.*

[           📅  ]

Number of Victim's dependents at death *
*A dependent is defined an individual who relied upon the Victim for financial support.*

○ None
○ 1
○ 2
○ 3
○ 4 or more

**Restitution Questionnaire**

Please indicate the currency that will be used for all amounts provided in this form: *

○ 1. CAD - Canada Dollar

○ 2. CNY - China Yuan Renminbi

○ 3. DKK - Denmark Krone

○ 4. DJF - Djiboutian Franc

○ 5. EGP - Egypt Pound

○ 6. ETB - Ethiopia Birr

○ 7. EUR - Euro Member Countries

○ 8. INR - India Rupee

○ 9. IDR - Indonesia Rupiah

○ 10. ILS - Israel Shekel

○ 11. JPY - Japan Yen

○ 12. KES - Kenya Shilling

○ 13. SAR - Saudi Arabia Riyal

○ 14. SOS - Somalia Shilling

○ 15. ZAR - South Africa Rand

○ 16. SEK - Sweden Krona

○ 17. CHF - Switzerland Franc

○ 18. GBP - United Kingdom Pound

○ 19. USD - United States Dollar

○ 20. Other

**If other currency, please provide** *

<br>

## Representative Information

**Number of Representatives** *

○ 1

○ 2

**Restitution Questionnaire**

<u>**Representative No. 1**</u>

**Representative No. 1 - First Name / Given Name** *

**Representative No. 1 - Last Name / Surname** *

**Representative No. 1 - Date of Birth** *
*You may type in the date. Please format as MM/DD/YYYY.*

**Representative No. 1 - Gender** *
○ Female
○ Male
○ Not Specified

**Representative No. 1 - Relationship to Victim at death** *
○ Spouse
○ Former Spouse
○ Child
○ Parent
○ Sibling
○ Other

**If other, please explain** *

**Representative No. 1 - Street Address** *
*Address to receive any restitution payment.*

**Representative No. 1 - City** *

**Restitution Questionnaire**

**Representative No. 1 - State/Province/Region/Etc.** *

**Representative No. 1 - Country** *

**Representative No. 1 - Zip Code / Postal Code** *

---

<u>**Representative No. 2**</u>

**Representative No. 2 - First Name / Given Name**

**Representative No. 2 - Last Name / Surname**

**Representative No. 2 - Date of Birth**

*You may type in the date. Please format as MM/DD/YYYY.*

**Representative No. 2 - Gender**

○ Female

○ Male

○ Not Specified

**Representative No. 2 - Relationship to Victim at death**

○ Spouse

○ Former Spouse

○ Child

○ Parent

○ Sibling

○ Other

**Restitution Questionnaire**

**If other, please explain**

**Representative No. 2 - Street Address**
*Address to receive any restitution payment.*

**Representative No. 2 - City**

**Representative No. 2 - State/Province/Region/Etc.**

**Representative No. 2 - Country**

**Representative No. 2 - Zip Code / Postal Code**

Spouse Information
*If different from Representative Information above.*

**Spouse - First Name / Given Name**

**Spouse - Last Name / Surname**

**Spouse - Date of Birth**
*You may type in the date. Please format as MM/DD/YYYY.*

**Spouse - Gender**
○ Female
○ Male
○ Not Specified

**Restitution Questionnaire**

## Dependent Information

*Please complete for each person dependent upon the Victim at the time of death. Include spouse or representative(s) if they were dependents, even if the information was previously provided.*

### Dependent No. 1

**Dependent No. 1 - First Name / Given Name**

[ ]

**Dependent No. 1 - Last Name / Surname**

[ ]

**Dependent No. 1 - Date of Birth**
*You may type in the date. Please format as MM/DD/YYYY.*

[ ]

**Dependent No. 1 - Gender**

○ Female
○ Male
○ Not Specified

**Dependent No. 1 - Relationship to Victim at death**

○ Spouse
○ Former Spouse
○ Child
○ Parent
○ Sibling
○ Other

**Dependent No. 1 - If other, please explain**

[ ]

**Dependent No. 1 - Age of Financial Independence**
*Age at which dependent will/would have become financially independent, if applicable.*

*Numbers only. Please do not spell out. For example, input 18 instead of eighteen.*

[ ]

**Restitution Questionnaire**

## Dependent No. 2

**Dependent No. 2 - First Name / Given Name**

**Dependent No. 2 - Last Name / Surname**

**Dependent No. 2 - Date of Birth**

*You may type in the date. Please format as MM/DD/YYYY.*

**Dependent No. 2 - Gender**

○ Female

○ Male

○ Not Specified

**Dependent No. 2 - Relationship to Victim at death**

○ Spouse

○ Former Spouse

○ Child

○ Parent

○ Sibling

○ Other

**Dependent No. 2 - If other, please explain**

**Dependent No. 2 - Age of Financial Independence**

*Age at which dependent will/would have become financially independent, if applicable.*

*Numbers only. Please do not spell out. For example, input 18 instead of eighteen.*

**Restitution Questionnaire**

## Dependent No. 3

**Dependent No. 3 - First Name / Given Name**

[                                                          ]

**Dependent No. 3 - Last Name / Surname**

[                                                          ]

**Dependent No. 3 - Date of Birth**
*You may type in the date. Please format as MM/DD/YYYY.*

[          📅 ]

**Dependent No. 3 - Gender**

○ Female
○ Male
○ Not Specified

**Dependent No. 3 - Relationship to Victim at death**

○ Spouse
○ Former Spouse
○ Child
○ Parent
○ Sibling
○ Other

**Dependent No. 3 - If other, please explain**

[                                                          ]

**Dependent No. 3 - Age of Financial Independence**
*Age at which dependent will/would have become financially independent, if applicable.*

*Numbers only. Please do not spell out. For example, input 18 instead of eighteen.*

[                                    ]

**Restitution Questionnaire**

## Dependent No. 4

**Dependent No. 4 - First Name / Given Name**

**Dependent No. 4 - Last Name / Surname**

**Dependent No. 4 - Date of Birth**

You may type in the date. Please format as MM/DD/YYYY.

**Dependent No. 4 - Gender**

○ Female
○ Male
○ Not Specified

**Dependent No. 4 - Relationship to Victim at death**

○ Spouse
○ Former Spouse
○ Child
○ Parent
○ Sibling
○ Other

**Dependent No. 4 - If other, please explain**

**Dependent No. 4 - Age of Financial Independence**

Age at which dependent will/would have become financially independent, if applicable.

Numbers only. Please do not spell out. For example, input 18 instead of eighteen.

**Restitution Questionnaire**

## Dependent No. 5

**Dependent No. 5 - First Name / Given Name**

_____

**Dependent No. 5 - Last Name / Surname**

_____

**Dependent No. 5 - Date of Birth**

_You may type in the date. Please format as MM/DD/YYYY._

[_____ 📅]

**Dependent No. 5 - Gender**

○ Female

○ Male

○ Not Specified

**Dependent No. 5 - Relationship to Victim at death**

○ Spouse

○ Former Spouse

○ Child

○ Parent

○ Sibling

○ Other

**Dependent No. 5 - If other, please explain**

_____

**Dependent No. 5 - Age of Financial Independence**

_Age at which dependent will/would have become financially independent, if applicable._

_Numbers only. Please do not spell out. For example, input 18 instead of eighteen._

_____

**Restitution Questionnaire**

## Dependent No. 6

### Dependent No. 6 - First Name / Given Name

### Dependent No. 6 - Last Name / Surname

### Dependent No. 6 - Date of Birth

*You may type in the date. Please format as MM/DD/YYYY.*

### Dependent No. 6 - Gender

○ Female

○ Male

○ Not Specified

### Dependent No. 6 - Relationship to Victim at death

○ Spouse

○ Former Spouse

○ Child

○ Parent

○ Sibling

○ Other

### Dependent No. 6 - If other, please explain

### Dependent No. 6 - Age of Financial Independence

*Age at which dependent will/would have become financially independent, if applicable.*

*Numbers only. Please do not spell out. For example, input 18 instead of eighteen.*

**Restitution Questionnaire**

### Dependent No. 7

**Dependent No. 7 - First Name / Given Name**

**Dependent No. 7 - Last Name / Surname**

**Dependent No. 7 - Date of Birth**

*You may type in the date. Please format as MM/DD/YYYY.*

**Dependent No. 7 - Gender**

○ Female

○ Male

○ Not Specified

**Dependent No. 7 - Relationship to Victim at death**

○ Spouse

○ Former Spouse

○ Child

○ Parent

○ Sibling

○ Other

**Dependent No. 7 - If other, please explain**

**Dependent No. 7 - Age of Financial Independence**

*Age at which dependent will/would have become financially independent, if applicable.*

*Numbers only. Please do not spell out. For example, input 18 instead of eighteen.*

**Restitution Questionnaire**

## Dependent No. 8

**Dependent No. 8 - First Name / Given Name**

**Dependent No. 8 - Last Name / Surname**

**Dependent No. 8 - Date of Birth**

*You may type in the date. Please format as MM/DD/YYYY.*

**Dependent No. 8 - Gender**

○ Female

○ Male

○ Not Specified

**Dependent No. 8 - Relationship to Victim at death**

○ Spouse

○ Former Spouse

○ Child

○ Parent

○ Sibling

○ Other

**Dependent No. 8 - If other, please explain**

**Dependent No. 8 - Age of Financial Independence**

*Age at which dependent will/would have become financially independent, if applicable.*

*Numbers only. Please do not spell out. For example, input 18 instead of eighteen.*

**Restitution Questionnaire**

## Dependent No. 9

**Dependent No. 9 - First Name / Given Name**

**Dependent No. 9 - Last Name / Surname**

**Dependent No. 9 - Date of Birth**
*You may type in the date. Please format as MM/DD/YYYY.*

**Dependent No. 9 - Gender**
○ Female
○ Male
○ Not Specified

**Dependent No. 9 - Relationship to Victim at death**
○ Spouse
○ Former Spouse
○ Child
○ Parent
○ Sibling
○ Other

**Dependent No. 9 - If other, please explain**

**Dependent No. 9 - Age of Financial Independence**
*Age at which dependent will/would have become financially independent, if applicable.*

*Numbers only. Please do not spell out. For example, input 18 instead of eighteen.*

**Restitution Questionnaire**

## Dependent No. 10

**Dependent No. 10 - First Name / Given Name**

[                                                                                    ]

**Dependent No. 10 - Last Name / Surname**

[                                                                                    ]

**Dependent No. 10 - Date of Birth**
*You may type in the date. Please format as MM/DD/YYYY.*

[            📅  ]

**Dependent No. 10 - Gender**

○ Female

○ Male

○ Not Specified

**Dependent No. 10 - Relationship to Victim at death**

○ Spouse

○ Former Spouse

○ Child

○ Parent

○ Sibling

○ Other

**Dependent No. 10 - If other, please explain**

[                                                                                    ]

**Dependent No. 10 - Age of Financial Independence**
*Age at which dependent will/would have become financially independent, if applicable.*

*Numbers only. Please do not spell out. For example, input 18 instead of eighteen.*

[                                                                                    ]

**Restitution Questionnaire**

## Victim Employment and Income

**Victim's employment status at death** *

○ Full-time

○ Part-time

○ Unemployed

○ Student

○ Retired

○ Disabled (other than a temporary disability)

○ Homemaker

---

**Employment Status: Retired or Disabled (other than a temporary disability)**

**Date of Retirement**

*You may type in the date. Please format as MM/DD/YYYY.*

[ 📅 ]

**Retirement Benefits Received**

*If the Victim received retirement benefits, provide the monthly amount received in the currency previously selected.*

[                    ]

---

**Date of Disability**

*Other than a temporary disability.*
*You may type in the date. Please format as MM/DD/YYYY.*

[ 📅 ]

**Disability Benefits Received**

*If the Victim received disability benefits, provide the monthly amount received in the currency previously selected.*

[                    ]

---

**Did the Victim's retirement or disability benefit plan contain a survivor clause?**

*A survivor clause allows the named beneficiary to continue to receive payments from the benefit plan.*

○ Yes

○ No

**Restitution Questionnaire**

### Employment Status: Homemaker

**Identify the number of hours per week the Victim spent performing household services**

[ ]

**Can you quantify any out-of-pocket replacement costs for work performed by the Victim?**

*For example, replacement cost for a housekeeper, gardener, handyman, childcare, etc.*

○ Yes

○ No

**Indicate the monthly amount of replacement costs performed by Victim in the currency previously selected.**

[ ]

### For Victims Who Were in the Labor Market and/or Self-Employed at the time of death or within the three years prior to death:

**Number of Victim's employers in the year of death and three years prior to death**

○ 0 (zero)

○ 1 (one)

○ 2 (two)

○ 3 (three)

**Restitution Questionnaire**

## Employer No. 1

**Employer No. 1 - Employer Name**

**Employer No. 1 - Date of Hire**

*You may type in the date. Please format as MM/DD/YYYY.*

**Employer No. 1 - Date Employment Ended**

*Leave blank if not applicable.*
*You may type in the date. Please format as MM/DD/YYYY.*

**Employer No. 1 (Year of death) - Monthly Earnings**

*Please provide the amount of underline{monthly earnings} (salary/wages and bonus) received by the Victim in the underline{year of the Victim's death} in the currency previously selected.*

*If Victim did not work for this employer during this time, please enter 0.*

**Employer No. 1 (Year 1) - Annual Earnings**

*Please provide the amount of underline{annual earnings} (salary/wages and bonus) received by the Victim in the underline{calendar year prior to the Victim's death} in the currency previously selected.*

*If Victim did not work for this employer during this time, please enter 0.*

**Employer No. 1 (Year 2) - Annual Earnings**

*Please provide the amount of underline{annual earnings} (salary/wages and bonus) received by the Victim in the calendar year that was underline{two years prior to the Victim's death} in the currency previously selected.*

*If Victim did not work for this employer during this time, please enter 0.*

**Restitution Questionnaire**

### Employer No. 1 (Year 3) - Annual Earnings

*Please provide the amount of <u>annual earnings</u> (salary/wages and bonus) received by the Victim in the calendar year that was <u>three years prior to the Victim's death</u> in the currency previously selected.*

*If Victim did not work for this employer during this time, please enter 0.*

[                              ]

### Employer No. 1 - Employer-Contributed Benefits

Indicate whether the Victim received employer-contributed benefits in the calendar year prior to the Victim's death.

○ Yes

○ No

○ Unknown

### Employer No. 1 - Employer-Contributed Benefits Type

*Indicate the type of employer-contributed benefits that the Victim received in the calendar year prior to the Victim's death. Select all that apply.*

☐ Fringe Benefits

☐ Health Insurance

☐ Retirement Plan

---

### <u>Employer No. 2</u>

### Employer No. 2 - Employer Name

[                                                            ]

### Employer No. 2 - Date of Hire

*You may type in the date. Please format as MM/DD/YYYY.*

[        📅        ]

### Employer No. 2 - Date Employment Ended

*Leave blank if not applicable.*
*You may type in the date. Please format as MM/DD/YYYY.*

[        📅        ]

**Employer No. 2 (Year of death) - Monthly Earnings**

*Please provide the amount of <u>monthly earnings</u> (salary/wages and bonus) received by the Victim in the <u>year of the Victim's death</u> in the currency previously selected.*

*If Victim did not work for this employer during this time, please enter 0.*

> [                    ]

**Employer No. 2 (Year 1) - Annual Earnings**

*Please provide the amount of <u>annual earnings</u> (salary/wages and bonus) received by the Victim in the <u>calendar year prior to the Victim's death</u> in the currency previously selected.*

*If Victim did not work for this employer during this time, please enter 0.*

> [                    ]

**Employer No. 2 (Year 2) - Annual Earnings**

*Please provide the amount of <u>annual earnings</u> (salary/wages and bonus) received by the Victim in the calendar year that was <u>two years prior to the Victim's death</u> in the currency previously selected.*

*If Victim did not work for this employer during this time, please enter 0.*

> [                    ]

**Employer No. 2 (Year 3) - Annual Earnings**

*Please provide the amount of <u>annual earnings</u> (salary/wages and bonus) received by the Victim in the calendar year that was <u>three years prior to the Victim's death</u> in the currency previously selected.*

*If Victim did not work for this employer during this time, please enter 0.*

> [                    ]

**Employer No. 2 - Employer-Contributed Benefits**

Indicate whether the Victim received employer-contributed benefits in the calendar year prior to the Victim's death.

○ Yes

○ No

○ Unknown

**Employer No. 2 - Employer-Contributed Benefits Type**

*Indicate the type of employer-contributed benefits that the Victim received in the calendar year prior to the Victim's death. Select all that apply.*

☐ Fringe Benefits

☐ Health Insurance

☐ Retirement Plans

---

### Employer No. 3

**Employer No. 3 - Employer Name**

[ ]

**Employer No. 3 - Date of Hire**

*You may type in the date. Please format as MM/DD/YYYY.*

[ ]

**Employer No. 3 - Date Employment Ended**

*Leave blank if not applicable.*
*You may type in the date. Please format as MM/DD/YYYY.*

[ ]

**Employer No. 3 (Year of death) - Monthly Earnings**

*Please provide the amount of monthly earnings (salary/wages and bonus) received by the Victim in the year of the Victim's death in the currency previously selected.*

*If Victim did not work for this employer during this time, please enter 0.*

[ ]

**Employer No. 3 (Year 1) - Annual Earnings**

*Please provide the amount of annual earnings (salary/wages and bonus) received by the Victim in the calendar year prior to the Victim's death in the currency previously selected.*

*If Victim did not work for this employer during this time, please enter 0.*

[ ]

**Restitution Questionnaire**

**Employer No. 3 (Year 2) - Annual Earnings**

*Please provide the amount of <u>annual earnings</u> (salary/wages and bonus) received by the Victim in the calendar year that was <u>two years prior to the Victim's death</u> in the currency previously selected.*

*If Victim did not work for this employer during this time, please enter 0.*

[                    ]

**Employer No. 3 (Year 3) - Annual Earnings**

*Please provide the amount of <u>annual earnings</u> (salary/wages and bonus) received by the Victim in the calendar year that was <u>three years prior to the Victim's death</u> in the currency previously selected.*

*If Victim did not work for this employer during this time, please enter 0.*

[                    ]

**Employer No. 3 - Employer-Contributed Benefits**

Indicate whether the Victim received employer-contributed benefits in the calendar year prior to the Victim's death.

○ Yes

○ No

○ Unknown

**Employer No. 3 - Employer-Contributed Benefits Type**

*Indicate the type of employer-contributed benefits that the Victim received in the calendar year prior to the Victim's death. Select all that apply.*

☐ Fringe Benefits

☐ Health Insurance

☐ Retirement Plans

---

**Victim's Anticipated Retirement Date**

*Leave blank if unknown.*
*You may type in the date. Please format as MM/DD/YYYY.*

[              📅 ]

**Restitution Questionnaire**

## Parent Information

*If the Victim was less than 18 years old at the time of death, please input the following information about the Victim's parent(s).*

### Parent No. 1 – Gender

○ Female

○ Male

○ Not Specified

### Parent No. 1 - Highest Level of Education

○ Less than High School/Secondary School

○ High School/Secondary School (Includes GED)

○ Some College/University (No Degree)

○ Associate of Arts / Trade School

○ Bachelor's Degree

○ Master's Degree

○ Professional/Doctoral Degrees

### Parent No. 2 - Gender

○ Female

○ Male

○ Not Specified

### Parent No. 2 - Highest Level of Education

○ Less than High School/Secondary School

○ High School/Secondary School (Includes GED)

○ Some College/University (No Degree)

○ Associate of Arts / Trade School

○ Bachelor's Degree

○ Master's Degree

○ Professional/Doctoral Degrees

**Restitution Questionnaire**

## Other Income

*Identify any other income earned by the Victim in the year of death and three years prior to death. Select all that apply.*

**Victim's Other Income**

☐ None - no other income

☐ Investment Income

☐ Business Income

☐ Rental Income

☐ Royalty Income

☐ Pension and Annuity Income

☐ Passive Income

☐ Other

**If Other, explain the type of other income received that is not reflected above**

[ ]

**Other Income - Year of death**

Please provide the total <u>monthly</u> amount of other income earned in the <u>year of the Victim's death</u> in the currency previously selected.

*If Victim did not earn other income in this year, please enter 0.*

[ ]

**Other Income - Year 1**

*Please provide the total <u>annual amount</u> of other income earned in the <u>calendar year prior to the Victim's death</u> in the currency previously selected.*

*If Victim did not earn other income in this year, please enter 0.*

[ ]

**Restitution Questionnaire**

### Other Income - Year 2

*Please provide the total <u>annual amount</u> of other income earned in the <u>calendar year two years prior to the Victim's death</u> in the currency previously selected.*

*If Victim did not earn other income in this year, please enter 0.*

[                              ]

### Other Income - Year 3

*Please provide the total <u>annual amount</u> of other income earned in the <u>calendar year three years prior to the Victim's death</u> in the currency previously selected.*

*If Victim did not earn other income in this year, please enter 0.*

[                              ]

## Consumption

### Did the Victim's Spouse contribute to household income at the time of the Victim's death?

○ Yes

○ No

### Victim's Spouse's annual earnings in the year of the Victim's death

*Includes income received from salary/wages and bonus, disability benefits, or retirement benefits in the <u>year of the Victim's death</u> in the currency previously selected.*

[                              ]

### Victim's Spouse's annual earnings in the year prior to the Victim's death

*Includes income received from salary/wages and bonus, disability benefits, or retirement benefits in the <u>year prior to the Victim's death</u> in the currency previously selected.*

*If the Victim's Spouse did not contribute to household income in this year, please enter 0.*

[                              ]

**Restitution Questionnaire**

**Other Income earned by the Victim's Spouse in the year of the Victim's death and the year prior to the Victim's death:**

*Select all that apply.*

☐ None - no other income

☐ Investment Income

☐ Business Income

☐ Rental Income

☐ Royalty Income

☐ Pension and Annuity Income

☐ Passive Income

☐ Other

**Other Income earned by the Victim's Spouse in the year of the Victim's death**

*Please provide the total underline{annual amount} of other income earned by the Victim's Spouse in the underline{year of the Victim's death} in the currency previously selected. Do not duplicate other income entered above for the Victim if this other income is joint income.*

*If the Victim's Spouse did not earn other income in this year, please enter 0.*

[                    ]

**Other Income earned by the Victim's Spouse in the year prior to the Victim's death**

*Please provide the total underline{annual amount} of other income earned by the Victim's Spouse in the underline{year prior} to the Victim's death in the currency previously selected. Do not duplicate other income entered above for the Victim if this other income is joint income.*

*If the Victim's Spouse did not earn other income in this year, please enter 0.*

[                    ]

**Restitution Questionnaire**

### Victim's Extraordinary Expenses

**Alimony or Spousal Support Payments**

If the Victim was responsible for paying alimony or spousal support, please indicate the monthly amount paid in the currency previously selected.

*Leave blank if not applicable.*

**Date at which alimony or spousal support payments would terminate**

*You may type in the date. Please format as MM/DD/YYYY.*

**Child Support Payments**

If the Victim was responsible for paying child support, please indicate the monthly amount paid in the currency previously selected.

*Leave blank if not applicable.*

**Date at which child support payments would terminate**

*You may type in the date. Please format as MM/DD/YYYY.*

**Publicly Funded/State-Funded Health Insurance**

If the Victim received publicly funded/state-funded benefits, please indicate the monthly amount received for health insurance in the currency previously selected.

*Leave blank if not applicable.*

**Publicly Funded/State-Funded Housing Supplement**

If the Victim received publicly funded/state-funded benefits, please indicate the monthly amount received for a housing supplement in the currency previously selected.

*Leave blank if not applicable.*

**Restitution Questionnaire**

## Property Loss

**Identify the value of the Victim's property lost or damaged in the crash in the currency previously selected.**

[                    ]

---

## Out-of-Pocket Costs

*Identify all amounts incurred by Representative(s) related to the death of the Victim.*

**Total amount incurred on funeral costs (e.g., burial costs, cremation costs, etc.) in the currency previously selected.**

[                    ]

*Investigation-Related Costs: Investigation-related costs are certain costs that relate to your participation in the Government's investigation and prosecution of the criminal offense. This includes, for example, attendance at conferral meetings with the United States Department of Justice and attendance at court hearings regarding the criminal case, United States v. The Boeing Company, Case Number 4:21-cr-0005 (NDTX). It does not include costs related to civil court proceedings, meetings with or events at the United States Congress, or private investigations into the crashes.*

**Amount of childcare costs to allow for participation in the Government's investigation and prosecution of the criminal offense in the currency previously selected.**

[                    ]

**Amount of transportation costs to allow for participation in the Government's investigation and prosecution of the criminal offense in the currency previously selected.**

[                    ]

**Amount of income lost for participation in the Government's investigation and prosecution of the criminal offense in the currency previously selected.**

[                    ]

**Amount of legal fees directly related to the Government's investigation and prosecution of the criminal offense in the currency previously selected.**

[                    ]

## Other

**Other Pecuniary Damages**

*Provide information on any other pecuniary damages, including amount and justification of the claim (pecuniary damages are quantifiable economic losses incurred because of the crime).*

## Documentation

**For U.S. Citizen Victims:** Please provide Income tax returns for the year of the Victim's death and the year prior to the Victim's death, but preferably for the three years prior to the Victim's death. Please also provide any additional documents you have available that would support the amounts you have listed above.

**For Non-U.S. Citizen Victims:** Please provide documents supporting annual income for the year of the Victim's death and the year prior to the Victim's death, but preferably for the three years prior to the Victim's death. Please also provide any additional documents you have available that would support the amounts you have listed above.

## Questionnaire Preparer Acknowledgement

**By submitting this form, I acknowledge that all information provided was accurate and complete.**

**Preparer First Name / Given Name** *

**Preparer Last Name / Surname** *

**Preparer Phone Number** *

*Please include country code. For example, +1-xxx-xxx-xxxx*

**Preparer Email Address** *

# የካሳ መጠይቅ

ትኩረት፡ ይኸ ቅፅ አውቶማቲክ በሆነ መንገድ ማኖር/"ሴቭ ማድረግ" አይቻልም። ስለዚህም በጉዳዩ ጊዜ ሂደት መጨረስ አለበት። እባክዎ በሚሞሉበት ሰዓት አስፈላጊው መረጃ ሁሉ መኖሩን ያረጋግጡ። "ሰብሚት" የሚለውን ጠቅ ከደረጉ በኋዋላ በቅፁ ላይ አርትኦት ማካሄድ አይቻልም። መልስዎቸዎን መከለስ ካስፈለገዎ አባክዎ ከ victimassistance.fraud@usdoj.gov ጋር ይገናኙ።

"ተገጄ" የሚለው ቃል የሚመለከተው በ ሳዮን አየር መንገድ በረራ ቁ. 610 ወይም በኢትዮጵያ አየር መንገድ በረራ ቁ. 302 ላይ የሞተ(ቸ) ግለሰብን ነው።

"ተወካይ" የሚለው ቃል የሚመለከተው የተገጄውን(ዋ)ን ከሳ ይገባኛል ጥያቄ የሚረከብን ግለሰብ ነው።

የካሳ መጠይቅ

## ሰለባን የሚመለከት መረጃ

**የተጎጂው(ዋ) መጠሪያ/ስም** *

**የሰለባው(ዋ) የመጫረሻ/የአያት ስም** *

**የተጎጂው(ዋ) የትውልድ ቀን** *

ቀኖን ሊተይቡት ይቻላሉ። እባክዎ ቀኖን ሲያስገቡ ፎርማ እንደ ወወ/ቀቀ/ዓዓዓዓ ይሁን።

📅

**ተጎጂው(ዋ) በሞተ(ች)በት ወቅት 18 ዓመቱ(ቷ) ወይም ከዚያ በላይ ዕድሜ ነበረው(ራት)** *

○ አዎ

○ አይ

**ተጎጂው(ዋ) የደረሰችበት ከፍተኛ የትምህርት ደረጃ** *

○ ከከፍተኛ ሁለተኛ ደረጃ ትምህርት ቤት / ከሁለተኛ ደረጃ ትምህርት ቤት ያነሰ

○ ከፍተኛ ሁለተኛ ደረጃ ትምህርት ቤት/ ሁለተኛ ደረጃ ትምህርት ቤት

○ ጥቂት (ዲግሪ የሌለው) የኮሌጅ / የዩኒቨርሲቲ ትምህርት

○ የኮሌጅ ዲፕሎማ / የጆ ሙያ ትምህርት ቤት

○ የመጀመሪያ ዲግሪ (በቸለርስ)

○ ሁለተኛ ዲግሪ (ማስተርስ)

○ የሞያ / የዶክትሬት ዲግሪ

○ አልታወቀም

**የተጎጂው(ዋ) ፆታ** *

○ ሴት

○ ወንድ

○ ያልተገለፀ

**የተጎጂው(ዋ) አድራሻ** *

የካሳ መጠይቅ

የተጎጂው(ዉ) መኖሪያ ከተማ *

[                                                                    ]

የተጎጂው(ዉ) መኖሪያ ክልል/ወረዳ/አውራጃ/ወዘተ *

[                                                                    ]

የተጎጂው(ዉ) ሀገር *

[                                                                    ]

የተጎጂው(ዉ) የፖስታ አድራሻ *

[                                                                    ]

ከመኖሪያው(ዉ) ስፍራ የተለየ ከሆነ ተጎጂ በሞተ(ች) ጊዜ የነበረው(ራት) ዜግነት

[                                                                    ]

በሞቱ(ቷ) ጊዜ የተጎጂው(ዋ) የጋብቻ ሁኔታ *

○ ያላገባ(ች)

○ ያገባ(ች)

○ የፈታ(ች)

○ የሞተበት(ባት)

በሞተበ(ችበት) ወቅት ያገባ(ች) ከሆነ(ች) የጋብቻ ቀን

*ቀኑን ሊተይቡት ይችላሉ፡፡ አበክዎን ሲደፉት እንደሚከተለው ሊተይቡት ይችሉ ወወ/ቀቀ/ዓዓዓዓ፡፡*

[        📅        ]

ተጎጂው(ዋ) በሞተ(ችበት) ወቅት የንበሩ(ሯ)ት የጥገኞች ቁጥር *

*ጥገኛ ሲተረገም ለገንዘብ ("ፋይናንሻያል") ድጋፍ በሰሰለባው(ዋ) የሚተ(ትተ)ማመን ግለሰብ ማለት ነው፡፡*

○ ምንም

○ 1

○ 2

○ 3

○ 4 ወይም ከዚያ በላይ

2 |

የካሳ መጠይቅ

በዚህ ቅፅ ወስጥ ለተጠቀሱት የገንዘብ መጠኖች ሁሉ ጥቅም ላይ የሚውለውን የገንዘብ ዓይነት እባክዎን ያመልክቱ፡ *

○ 1. የካናዳ ብር

○ 2. የቻይና ዩዋን/ረሚሚንቢ

○ 3. የዴንማርክ ክሮን

○ 4. የጇቡቲ ፍራንክ

○ 5. የግብፅ ፓውንድ

○ 6. የኢትዮጵያ ብር

○ 7. የአውሮፓ ህብረት ዩሮ

○ 8. የሀንድ ሩፒ/ፒ

○ 9. የኢንዶኔዥያ ሩፒ/ፒያ

○ 10. የእስራኤል ሸኬ/ቄ/ል

○ 11. የጇፓን የን

○ 12. የኬንያ ሺሊንግ

○ 13. የሳውዲ አረብያ ሪአል

○ 14. የሶማሊያ ሺሊንግ

○ 15. የደቡብ አፍሪካ ራንድ

○ 16. የስዌዴን ክሮና

○ 17. የስዊትዘርላንድ ፍራንክ

○ 18. የእንግሊዝ ፓውንድ

○ 19. የአሜሪካን ዶላር

○ 20. ሌላ

ሌላ ዓይነት ገንዘብ ከሆነ እባክዎ ያመልክቱ *

[                                                                    ]

## ተወካይን የሚመለከት መረጃ

የተወካዮች ብዛት *

○ 1

○ 2

የካሳ መጠይቅ

## 1ኛ ተወካይ

**የ 1ኛ ተወካይ መጠሪያ / ስም** *

**የ 1ኛ ተወካይ የመጨረሻ / ያያት ስም** *

**የ 1ኛ ተወካይ የትውልድ ቀን** *

ቀኖን ሊተይቡት ይችላሉ። አባክዎን ሲጻፉት እንደሚከተለው ሊተይቡት ይችላሉ ወወ/ቀቀ/ዓዓዓዓ።

**የ 1ኛ ተወካይ ያታ** *

○ ሴት

○ ወንድ

○ ያልተገለፀ

**ሰለባው(ዋ) በሞተ(ች)በት ወቅት 1ኛ ተወካይ ከሰለባው(ዋ) ጋር ያለው ዝምድና** *

○ የትዳር ጓደኛ

○ የቀድሞ የትዳር ጓደኛ

○ ልጅ

○ ወላጅ

○ ወንድም/እህት

○ ሌላ

**ሌላ ከሆነ እባክዎ ይግለፁ** *

**የ 1ኛ ተወካይ የመኖሪያ አድራሻ** *

ካሰ የሚከፈል ቢሆን የሚከፈልበት አድራሻ።

**የ 1ኛ ተወካይ መኖሪያ ከተማ** *

4 |

የካሳ መጠይቅ

የ 1ኛ ተወካይ ክልል / አውራጃ/ወረዳ / ወዘተ *

የ 1ኛ ተወካይ - ሀገር *

የ 1ኛ ተወካይ የፖስታ አድራሻ *

---

## 2ኛ ተወካይ

የ 2ኛ ተወካይ መጠሪያ / ስም

የ 2ኛ ተወካይ የመጨረሻ / ያያት ስም

የ 2ኛ ተወካይ የትውልድ ቀን

*ቀኑን ሊተይቡት ይችላሉ። አበክሮን ሲጻፉት እንደሚከተለው ሊተይቡት ይችላሉ ወወ/ቀቀ/ዓዓዓዓ፡፡*

📅

የ 2ኛ ተወካይ ጾታ

◯ ሴት

◯ ወንድ

◯ ያልተገለፀ

ሰለባው(ዋ) በሞተ(ች)በት ወቅት 2ኛ ተወካይ ከሰለባው(ዋ) ጋር ያለው ዝምድና

◯ የትዳር ጓደኛ

◯ የቀድሞ የትዳር ጓደኛ

◯ ልጅ

◯ ወላጅ

◯ ወንድም/እህት

◯ ሌላ

**የካሳ መጠይቅ**

ሌላ ከሆነ እባክዎ ይግለፁ

የ 2ኛ ተወካይ የመኖሪያ አድራሻ

*ካሳ የሚከፈል ቢሆን የሚከፈልበት አድራሻ::*

የ 2ኛ ተወካይ መኖሪያ ከተማ

የ 2ኛ ተወካይ ክልል / አውራጃ/ወረዳ / ወዘተ

የ 2ኛ ተወካይ - ሀገር

የ 2ኛ ተወካይ የፖስታ አድራሻ

## የትዳር ጓደኛን የሚመለከት መረጃ

*ከዚህ በላይ ተወካይን በሚመለከት ከሰፈረው መረጃ የተለየ ከሆነ::*

**የትዳር ጓደኛ - መጠሪያ / ስም**

**የትዳር ጓደኛ - የመጨረሻ / ያያት ስም**

**የትዳር ጓደኛ - የትውልድ ቀን**

*ቀኑን ሊተይቡት ይችላሉ:: አለበለዚያ ቀናትን ሲጻፉ እንደሚከተለው ሊተይቡት ይችላሉ ወወ/ቀቀ/ዓዓዓዓ::*

**የትዳር ጓደኛ - ፆታ**

○ ሴት

○ ወንድ

○ ያልተገለፀ

የካሳ መጠይቅ

## ጥገኛን የሚመለከት መረጃ

ተጎጂው(ዋ) በሞተ(ች)በት ወቅት የሚያስባው(ዋ) ጥገኛ ለነበረ(ች) ለእያንዳንዱ ሰው መረጃውን ይሙሉ

<u>ጥገኛ ቁ. 1</u>

### ጥገኛ ቁ. 1 - መጠሪያ/ስም

### ጥገኛ ቁ. 1 - የመጨረሻ/ያያት ስም

### ጥገኛ ቁ. 1 - የትውልድ ቀን

ቀኑን ሊተይቡት ይችላሉ፡፡ አባከዎን ሲደፉት እንደሚከተለው ሊተይቡት ይችላሉ ወወ/ቀቀ/ዓዓዓዓ፡፡

[📅]

### ጥገኛ ቁ. 1 - ጾታ

○ ወንድ

○ ሴት

○ ያልተገለፀ

### ጥገኛ ቁ. 1 - ከሰለባው(ዋ) ጋር ያለው(ላት) ዝምድና

○ የትዳር ጓደኛ

○ የቀድሞ የትዳር ጓደኛ

○ ልጅ

○ ወላጅ

○ ወንድም/እህት

○ ሌላ

### ጥገኛ ቁ. 1 - ሌላ ከሆነ እባክዎን መግለጫ ይስጡ

### ጥገኛ ቁ 1 - በገንዘብ ረገድ ራስ የተቻላበት ጊዜ

አግባብ ካለው፣ ጥገኛው(ዋ) በገንዘብ ረገድ ራሱ(ሷ) ን የቻለ(ች) ሊሆን(ሆን) የሚችልበት ዕድሜ፡፡

አሃዞች ብቻ ያስገቡ፡፡ ለምሳሌ አስራ ስምንት በማለት ፋንታ 18 ብለው አስገቡ፡፡

የካሳ መጠይቅ

## ጥገኛ ቁ. 2

### ጥገኛ ቁ. 2 - መጠሪያ/ስም

### ጥገኛ ቁ. 2 - የመጨረሻ/ያያት ስም

### ጥገኛ ቁ. 2 - የትውልድ ቀን

*ቀኑን ሊተይቡት ይችላሉ። አባክዎን ሲጻፉት እንደሚከተለው ሊተይቡት ይችላሉ ወወ/ቀቀ/ዓዓዓዓ።*

[ 📅 ]

### ጥገኛ ቁ. 2 - ያታ

○ ወንድ

○ ሴት

○ ያልተገለፀ

### ጥገኛ ቁ. 2 - ከሰለባባው(ዋ) ጋር ያለው-(ላት) ዝምድና

○ የትዳር ጓደኛ

○ የቀድሞ የትዳር ጓደኛ

○ ልጅ

○ ወላጅ

○ ወንድም/እህት

○ ሌላ

### ጥገኛ ቁ. 2 - ሌላ ከሆነ እባክዎን መግለጫ ይስጡ

### ጥገኛ ቁ 2 - በገንዘብ ረገድ ራስ የተቻለበት ጊዜ

*እግዚብ ካለው፣ ጥገኛው(ዋ) በገንዘብ ረገድ ራሱ(ሷ)ን የቻለ(ች) ሊ(ልት)ሆን ትችል የነበረበት ዕድሜ።*

*አሃዞች ብቻ ያስገቡ። ለምሳሌ አነሪ ስምንት በማለት ፉንታ 18 ብለው አስገቡ።*

የካሳ መጠይቅ

## <u>ጥገኛ ቁ. 3</u>

### ጥገኛ ቁ. 3 - መጠሪያ/ስም

### ጥገኛ ቁ. 3 - የመጨረሻ/ያያት ስም

### ጥገኛ ቁ. 3 - የትውልድ ቀን

*ቀኑን ሊተይቡት ይችላሉ። አባክዎን ሲጻፉት እንደሚከተለው ሊተይቡት ይችላሉ ወወ/ቀቀ/ዓዓዓዓ።*

📅

### ጥገኛ ቁ. 3 - ጾታ

○ ወንድ

○ ሴት

○ ያልተገለፀ

### ጥገኛ ቁ. 3 - ከሰለባባው(ዋ) ጋር ያለው(ላት) ዝምድና

○ የትዳር ጓደኛ

○ የቀድሞ የትዳር ጓደኛ

○ ልጅ

○ ወላጅ

○ ወንድም/እህት

○ ሌላ

### ጥገኛ ቁ. 3 - ሌላ ከሆነ እባክዎን መግለጫ ይስጡ

### ጥገኛ ቁ 3 - በገንዘብ ረገድ ራስ የተቻለበት ጊዜ

*አባባ ካለው፣ ጥገኛው(ዋ) በገንዘብ ረገድ ራሱ(ሷ)ን የቻለ(ች) ሊ(ልት)ሆን ትችል የነበረበት ዕድሜ።*

*አሃዞች ብቻ ያስገቡ። ለምሳሌ አስራ ስምንት በማለት ፋንታ 18 ብለው አስገቡ።*

የካሳ መጠይቅ

## <u>ጥገኛ ቁ. 4</u>

### ጥገኛ ቁ. 4 - መጠሪያ/ስም

### ጥገኛ ቁ. 4 - የመጨረሻ/ያያት ስም

### ጥገኛ ቁ. 4 - የትውልድ ቀን
*ቀኑን ሊተይቡት ይችላሉ። አባክዎን ሲጻፉት እንደሚከተለው ሊተይቡት ይችላሉ ወወ/ቀቀ/ዓዓዓዓ።*

|  📅 |
|---|

### ጥገኛ ቁ. 4 - ፆታ
○ ወንድ
○ ሴት
○ ያልተገለፀ

### ጥገኛ ቁ. 4 - ከሰለባባው(ዋ) ጋር ያለው(ላት) ዝምድና
○ የትዳር ጓደኛ
○ የቀድሞ የትዳር ጓደኛ
○ ልጅ
○ ወላጅ
○ ወንድም/እህት
○ ሌላ

### ጥገኛ ቁ. 4 - ሌላ ከሆነ እባክዎን መግለጫ ይስጡ

### ጥገኛ ቁ 4 - በገንዘብ ረገድ ራስ የተቻለበት ጊዜ
*እባክብ ካለው፣ ጥገኛው(ዋ) በገንዘብ ረገድ ራሱ(ሷ) ን የቻለ(ች) ሊ(ልት)ሆን ትችል የነበረበት ዕድሜ።*

*አሃዞች ብቻ ያስገቡ። ለምሳሌ አስራ ስምንት በሚላት ፋንታ 18 ብለው አስገቡ።*

የካሳ መጠይቅ

## ጥገኛ ቁ. 5

### ጥገኛ ቁ. 5 - መጠሪያ/ስም

### ጥገኛ ቁ. 5 - የመጫረሻ/ያያት ስም

### ጥገኛ ቁ. 5 - የትውልድ ቀን

*ቀኑን ሊተይቡት ይችላሉ። አበክዎን ሲጻፉት እንደሚከተለው ሊተይቡት ይችላሉ ወወ/ቀቀ/ዓዓዓዓ።*

### ጥገኛ ቁ. 5 - ያታ

◯ ወንድ

◯ ሴት

◯ ያልተገለፀ

### ጥገኛ ቁ. 5 - ከሰለባባው(ዋ) ጋር ያለው(ላት) ዝምድና

◯ የትዳር ጓደኛ

◯ የቀድሞ የትዳር ጓደኛ

◯ ልጅ

◯ ወላጅ

◯ ወንድም/እህት

◯ ሌላ

### ጥገኛ ቁ. 5 - ሌላ ከሆነ እባክዎን መግለጫ ይስጡ

### ጥገኛ ቁ 5 - በገንዘብ ረገድ ራስ የተቻለበት ጊዜ

*አግባብ ካለው፣ ጥገኛው(ዋ) በገንዘብ ረገድ ራሱ(ሷ)ን የቻለ(ች) ሊ(ልት)ሆን ትችል የነበረበት ዕድሜ።*

*እነዚ ህ ጥ ያስገቡ)። ለምሳሌ አስራ ስምንት በማለት ፋንታ 18 ብለው አስገ ቡ።*

የካሳ መጠይቅ

<u>ጥገኛ ቁ. 6</u>

ጥገኛ ቁ. 6 - መጠሪያ/ስም

ጥገኛ ቁ. 6 - የመጨረሻ/ያያት ስም

ጥገኛ ቁ. 6 - የትውልድ ቀን
*ቀኑን ሊተይቡት ይችላሉ። አባክዎን ሲጻፉት እንደሚከተለው ሊተይቡት ይችላሉ ወዉ/ቀቀ/ዓዓዓዓ።*

ጥገኛ ቁ. 6 - ያታ
◯ ወንድ
◯ ሴት
◯ ያልተገለፀ

ጥገኛ ቁ. 6 - ከሰለባባው(ዋ) ጋር ያለው(ላት) ዝምድና
◯ የትዳር ጓደኛ
◯ የቀድሞ የትዳር ጓደኛ
◯ ልጅ
◯ ወላጅ
◯ ወንድም/እህት
◯ ሌላ

ጥገኛ ቁ. 6 - ሌላ ከሆነ እባክዎን መግለጫ ይስጡ

ጥገኛ ቁ 6 - በገንዘብ ረገድ ራስ የተቻለበት ጊዜ
*አግባብ ካለው፣ ጥገኛው(ዋ) በገንዘብ ረገድ ራሱ(ሷ) ን የቻለ(ች) ሲ(ልት) ሆነ ትቸል የነበረበት ዕድሜ።*

*አሃዞች ብቻ ያስገቡ)። ለምሳሌ አስራ ስምንት በማለት ፋንታ 18 ብለው አስገቡ።*

የካሳ መጠይቅ

## <u>ጥገኛ ቁ. 7</u>

### ጥገኛ ቁ. 7 - መጠሪያ/ስም

### ጥገኛ ቁ. 7 - የመጫረሻ/ያያት ስም

### ጥገኛ ቁ. 7 - የትውልድ ቀን

*ቀኑን ሊተይቡት ይችላሉ፡፡ አባክዎን ሲደፉት እንደሚከተለው ሊተይቡት ይችላሉ ወወ/ቀቀ/ዓዓዓዓ፡፡*

### ጥገኛ ቁ. 7 - ፆታ

○ ወንድ

○ ሴት

○ ያልተገለፀ

### ጥገኛ ቁ. 7 - ከሰለባው(ዋ) ጋር ያለው(ላት) ዝምድና

○ የትዳር ጓደኛ

○ የቀድሞ የትዳር ጓደኛ

○ ልጅ

○ ወላጅ

○ ወንድም/እህት

○ ሌላ

### ጥገኛ ቁ. 7 - ሌላ ከሆነ እባክዎን መግለጫ ይስጡ

### ጥገኛ ቁ 7 - በገንዘብ ረገድ ራስ የተቻላበት ጊዜ

*አግባብ ካለው፣ ጥገኛው(ዋ) በገንዘብ ረገድ ራሱ(ሷ)ን የቻለ(ች) ሊ(ለች)ሆን ትችል የነበረበት ዕድሜ፡፡*

*እነዙህ ብቻ ያስገቡ)፡፡ ለምሳሌ አስራ ስምንት በማለት ፋንታ 18 ብለው አስገቡ፡፡*

የካሳ መጠይቅ

<u>ጥገኛ ቁ. 8</u>

### ጥገኛ ቁ. 8 - መጠሪያ/ስም

### ጥገኛ ቁ. 8 - የመጨረሻ/ያያት ስም

### ጥገኛ ቁ. 8 - የትውልድ ቀን

*ቀ�logን ሊተይቦ/ት ይቸላሉ። አባክዎን ሲደፉት እንደሚከተለው ሊተይቦ/ት ይቸላሉ ወዱ/ቀቀ/9999።*

[📅]

### ጥገኛ ቁ. 8 - ፆታ

○ ወንድ

○ ሴት

○ ያልተገለፀ

### ጥገኛ ቁ. 8 - ከሰለባባው(ዋ) ጋር ያለው-(ላት) ዝምድና

○ የትዳር ጓደኛ

○ የቀድሞ የትዳር ጓደኛ

○ ልጅ

○ ወላጅ

○ ወንድም/እህት

○ ሌላ

### ጥገኛ ቁ. 8 - ሌላ ከሆነ እባክዎን መግለጫ ይስጡ

### ጥገኛ ቁ 8 - በገንዘብ ረገድ ሪስ የተቻላበት ጊዜ

*አግባብ ካለው፣ ጥገኛው(ዋ) በገንዘብ ረገድ ሪሳ(ሷ) ን የቻላ(ች) ሊ(ልት)ሆን ትቸል የነበረበት ዕድሜ።*

*እነዚች ብቻ ያስገቡ። ለምሳሌ አስራ ስምንት በማለት ፋንታ 18 ብለው አስገቡ።*

የካሳ መጠይቅ

<u>ጥገኛ ቁ. 9</u>

**ጥገኛ ቁ. 9 - መጠሪያ/ስም**

[                                                                    ]

**ጥገኛ ቁ. 9 - የመጨረሻ/ያያት ስም**

[                                                                    ]

**ጥገኛ ቁ. 9 - የትውልድ ቀን**

*ቀኑን ሊተይቡት ይችላሉ፡፡ አባክዎን ሲጽፉት እንደሚከተለው ሊተይቡት ይችላሉ፡፡ ወወ/ቀቀ/ዓዓዓዓ፡፡*

[          📅          ]

**ጥገኛ ቁ. 9 - ያታ**

○ ወንድ

○ ሴት

○ ያልተገለፀ

**ጥገኛ ቁ. 9 - ከሰለባባው(ዋ) ጋር ያለው(ላት) ዝምድና**

○ የትዳር ጓደኛ

○ የቀድሞ የትዳር ጓደኛ

○ ልጅ

○ ወላጅ

○ ወንድም/እህት

○ ሌላ

**ጥገኛ ቁ. 9 - ሌላ ከሆነ እባክዎን መግለጫ ይስጡ**

[                                                                    ]

**ጥገኛ ቁ 9 - በገንዘብ ረገድ ራስ የተቻለበት ጊዜ**

*አግባብ ካለው፡ ጥገኛው(ዋ) በገንዘብ ረገድ ራሱ(ሷ) ን የቻለ(ች) ሲ(ልት)ሆን ትችል የነበረበት ዕድሜ፡፡*

*እነዚች ብቾ ያስገቡ)፡ ለምሳሌ አስራ ስምንት በማለት ፋንታ 18 ብለው አስገቡ፡፡*

[                              ]

የካሳ መጠይቅ

## ጥገኛ ቁ. 10

### ጥገኛ ቁ. 10 - መጠሪያ/ስም

### ጥገኛ ቁ. 10 - የመጨረሻ/ያያት ስም

### ጥገኛ ቁ. 10 - የትውልድ ቀን

*ቀኑን ሊተይቡት ይችላሉ። አበክዎን ቢጻፉት እንደሚከተለው ሊተይቡት ይችላሉ ወወ/ቀቀ/ዓዓዓዓ።*

📅

### ጥገኛ ቁ. 10 - ጾታ

○ ወንድ

○ ሴት

○ ያልተገለፀ

### ጥገኛ ቁ. 10 - ከሰለባባው(ዋ) ጋር ያለው(ላት) ዝምድና

○ የትዳር ጓደኛ

○ የቀድሞ የትዳር ጓደኛ

○ ልጅ

○ ወላጅ

○ ወንድም/እህት

○ ሌላ

### ጥገኛ ቁ. 10 - ሌላ ከሆነ እባክዎን መግለጫ ይስጡ

### ጥገኛ ቁ 10 - በገንዘብ ረገድ ራስ የተቻለበት ጊዜ

*አግባብ ካለው፣ ጥገኛው(ዋ) በገንዘብ ረገድ ራሱ(ሷ) ን የቻለ(ች) ሊ(ልት) ሆን ትችል የነበረበት ዕድሜ።*

*እነዚች ብቻ ያስገቡ። ለምሳሌ አስራ ስምንት በማለት ፋንታ 18 ብለው አስገቡ።*

የካሳ መጠይቅ

## ተጎጂው(ዋ) ተቀጥሮ(ራ) ይ(ት)ሰራ የነበረው ስራ እና ገቢ

ሰለባዉ(ዋ) በሞተ(ች)በት ወቅት የነበረው(ራት) የቅጥር ሁኔታ *

○ የሙሉ ጊዜ ስራ

○ የከፊል ጊዜ ስራ

○ ስራ የሌላዉ(ላት)

○ ተማሪ

○ ጡረተኛ

○ የአካል ጉዳተኛ (ጊዜያዊ ያልሆነ)

○ የቤት እመቤት

---

### ጡረተኛ ወይም የአካል ጉዳተኛ (ጊዜያዊ ያልሆነ)

#### ጡረታ የወጣበት(ችበት) ቀን

ቀኑን ሊተይቡት ይችላሉ። አለክዎን ሊደፉት እንደሚከተለው ሊተይቡት ይችላሉ ወ⁄ወ⁄ዓዓዓዓ።

[  📅  ]

#### የተቀበሉት የጡረታ ጥቅማጥቅም

ተጎጂው(ዋ) ጥቅማጥቅም ያገኝ ከነበረ ቀደም ብለው በሞረጡት የገንዘብ ዓይነት ወርሃዊ መጠኑን አስሉተው ያስፉ፦

[                    ]

---

#### የአካል ጉዳት የደረሰበት ቀን

ጊዜያዊ ጉዳትን ላይይጨምር።
ቀኑን ሊተይቡት ይችላሉ። አለክዎን ሊደፉት እንደሚከተለው ሊተይቡት ይችላሉ ወ⁄ወ⁄ዓዓዓዓ።

[  📅  ]

#### የተቀበሉት ያካል ጉዳተኝነት ጥቅማጥቅም

ተጎጂው(ዋ) ጥቅማጥቅም ያገኝ ከነበረ ቀደም ብለው በሞረጡት የገንዘብ ዓይነት ወርሃዊ መጠኑን አስሉተው ያስፉ፦

[                    ]

---

### ተጎጂው(ዋ) ያዘጋጀው(ችው) ለጡረታ ጊዜ የሚገኝ የጥቅማ ጥቅም ምንጩ ዕቅድ የ "ሰርቫይይሸርስ ክሉስ" አካቷል?

"ሰርቫይይሸርስ ክሉሉ እንደ ተጠቃሚ የተጠቀሰው(ችው) ሰው ክፍያዎችን ከጥቅም ጥቅሙ ዕቅድ እያገኝ(ች) እንዲ(ት)ቀጥል ይፈቅዳል።

○ አዎ

○ አይ

የካሳ መጠይቅ

<u>የቤት እመቤት</u>

ተጎጂውን-(ዋ) የቤት ወስጥ አግለግሎቶችን በመስጠት ያጠፋ የነበረውን የሰዓታት ቁጥር ለይተው ያስቀምጡ።

[                    ]

በተጎጂው-(ዋ) የተከናወነውን ማናቸውም ሥራ በገንዘብ መልሶ ለመተካት የሚስፈልገውን ከኪስ የሚወጣ ክፍያ መመጠን ይችላሉ?

*ለምሳሌ የቤት ሰራተኛ፣ የአትክልተኛ፣ የአጅ ባለሞያ፣ የህፃናት ጥበቃ እና እንክብካቤ ውጮዎች፣ ወዘተ.*

○ አዎ

○ አይ

በተጎጂው-(ው) ለተከናኑ ስራዎች የሚከፈል የመተኪያ ወጭን ቀይም ብለው በመረጡት የገንዘብ ዓይነት ወርሃዊ መጠኑን አስሉተው ያስፍሩ።

[                    ]

<u>በሞት ጊዜ፣ ወይም ከዚያ በፊት በነበሩት ሶስት ዓመታት ወስጥ፣ የሥራ ገቢያው ወስጥ ለነበሩ ወይም በግል ስራ ለሚተዳደሩ ተጎጂዎች፣</u>

በሞት ጊዜ እና ከዚያ በፊት በነበሩት ሶስት ዓመታት የተጎጂው(ዋ) አሰሪዎች ቁጥር

○ 0 (zero)

○ 1 (one)

○ 2 (two)

○ 3 (three)

የካሳ መጠይቅ

<u>እሰረ ቁ. 1</u>

### እሰረ ቁ. 1 - የእሰረ ስም

### እሰረ ቁ. 1 - የቀጥር ጊዜ

*ቀኑን ሊተይቡ ይችላሉ፡ እባክዎ ሲደፉት እንደሚከተለው ሊተይቡት ይችላሉ ወወ/ቀቀ/ዓዓዓዓ፡፡*

### እሰረ/ቀጣሪ ቁ. 1 - ቀጥሩ ያለቀበት/የተቋረጠበት ቀን

*ጥያቄው የማይመለከትዎ ከሆነ ባዶውን ይተዉት፡፡*
*ቀኑን ሊተይቡት የቻላሉ፡ እባክዎን ሲደፉት እንደሚከተለው ሊተይቡት ይችላሉ ወወ/ቀቀ/ዓዓዓዓ፡፡*

### እሰረ/ቀጣሪ ቁ. 1 - (በሞት ዓመት) - ወርሃዊ ገቢ

*እባክዎ ሰተጎጀው(ዋ) በሞተ(ች)በት ዓመት የደረሰው(ሳት)ን ወርሃዊ ገቢ (ደሞዝ፣ የሰዓት ክፍያ፣ ቦነስ) ያስገቡ፡፡*

*በተባለው ጊዜ ተጎጀው(ዋ) ለዚህ እሰረ ያልሰራ/ች ከሆነ እባክዎ 0 ያስገቡ፡፡*

### እሰረ/ቀጣሪ ቁ. 1 – (ዓመት አንድ) - ዓመታዊ ገቢ

*እባክዎ ተጎጀው(ዋ) በሞተ(ች)በት ዓመት በፊት በነበረው ዓመት የደረሰው(ሳት)ን ዓመታዊ ገቢ (ደሞዝ፣ የሰዓት ክፍያ፣ ቦነስ) ያስገቡ፡፡*

*በተባለው ጊዜ ተጎጀው(ዋ) ለዚህ እሰረ ያልሰራ/ች ከሆነ እባክዎ 0 ያስገቡ፡፡*

### እሰረ/ቀጣሪ ቁ. 1 – (ዓመት 2) - ዓመታዊ ገቢ

*እባክዎ ተጎጀው(ዋ) ከሞተ(ች)በት ሁለት ዓመት በፊት በነበረው ዓመት የደረሰው(ሳት)ን ዓመታዊ ገቢ (ደሞዝ፣ የሰዓት ክፍያ፣ ቦነስ) ያስገቡ፡፡*

*በተባለው ጊዜ ተጎጀው(ዋ) ለዚህ እሰረ ያልሰራ/ች ከሆነ እባክዎ 0 ያስገቡ፡፡*

### አሰሪ/ቀጣሪ ቁ. 1 – (ዓመት 3) - ዓመታዊ ገቢ

*እባክዎ ተጎጂዉ(ዋ) ከሞተ(ች)በት ሶስት ዓመት በፊት በነበረዉ ዓመት የደረሰዉ(ሳት) ን ዓመታዊ ገቢ (ይሞዝ፣ የሰዓት ክፍያ፣ ቦነስ) ያስገቡ::*

*በተባለዉ ጊዜ ተጎጂዉ(ዋ) ለዚህ አሰር ያልሰራች ከሆነ እባክዎ 0 ያስገቡ::*

[                              ]

### ቀጣሪ/አሰሪ ቁ. 1 - በአሰሪ መዋጮ የተደረጉ ጥቅማጥቅሞች

*ተጎጂዉ(ዉ) ከሞተ(ች)በት ዓመት በፊት በነበረዉ ዓመት ከአሰሪ የተዋጡ ጥቅማጥቅሞች አግኝቶ(ታ) ከሆነ ያመልክቱ::*

○ አዎ

○ አይ

○ አልታወቀም

### ቀጣሪ/አሰሪ ቁ. 1 - በአሰሪ የተደረጉ መዋጮዎች ዓይነት

*ተጎጂዉ(ዉ) ከሞተ(ች)በት ዓመት በፊት በነበረዉ ዓመት ተጎጂዉ(ዋ) አግኝታ የነበረዉን የመዋጮ ዓይነት አመልክት:: አግባብ ያላቸዉን ምረጥ::*

☐ ከይሞዝ ሌላ የሚሰጡ ጥቅማጥቅሞች

☐ የጤና መድን

☐ የጡረታ ዕቅድ

---

### <u>አሰሪ ቁ. 2</u>

### አሰሪ ቁ. 2 - የአሰሪ ስም

[                                                    ]

### አሰሪ ቁ. 2 - የቀጥር ጊዜ

*ቀኑን ሊተይቡ ይችላሉ:: እባክዎ ሲደፉት እንደሚከተለዉ ሊተይቡት ይችላሉ ወዉ/ቀቀ/ዓዓዓዓ::*

[    📅    ]

### አሰሪ/ቀጣሪ ቁ. 2 - ቀጥሩ ያለቀበት/የተቋረጠበት ቀን

*ጥያቄዉ የማይመለከትዎ ከሆነ ባዶዉን ይተዉት::*
*ቀኑን ሊተይቡት የችላሉ:: እባክዎን ሲደፉት እንደሚከተለዉ ሊተይቡት ይችላሉ ወዉ/ቀቀ/ዓዓዓዓ::*

[    📅    ]

የካሳ መጠይቅ

### አሰሪ/ቀጣሪ ቁ. 2 – (በሞት ዓመት) - ወርሃዊ ገቢ

እባክዎ ሰተጎጇዉ(ዋ) በሞተ(ች)በት ዓመት የደረሰዉ(ሳት)ን ወርሃዊ ገቢ (ደሞዝ፣ የሰዓት ክፍያ፣ ቦነስ) ያስገቡ::

በተባለዉ ጊዜ ተጎጇዉ(ዋ) ለዚህ አሰሪ ያልሰራ/ች ከሆነ እባክዎ 0 ያስገቡ::

[                    ]

### አሰሪ/ቀጣሪ ቁ. 2 – (ዓመት አንድ) - ዓመታዊ ገቢ

እባክዎ ተጎጇዉ(ዋ) በሞተ(ች)በት ዓመት በፊት በነበረዉ ዓመት የደረሰዉ(ሳት)ን ዓመታዊ ገቢ (ደሞዝ፣ የሰዓት ክፍያ፣ ቦነስ) ያስገቡ::

በተባለዉ ጊዜ ተጎጇዉ(ዋ) ለዚህ አሰሪ ያልሰራች ከሆነ እባክዎ 0 ያስገቡ::

[                    ]

### አሰሪ/ቀጣሪ ቁ. 2 – (ዓመት 2) - ዓመታዊ ገቢ

እባክዎ ተጎጇዉ(ዋ) ከሞተ(ች)በት ሁለት ዓመት በፊት በነበረዉ ዓመት የደረሰዉ(ሳት)ን ዓመታዊ ገቢ (ደሞዝ፣ የሰዓት ክፍያ፣ ቦነስ) ያስገቡ::

በተባለዉ ጊዜ ተጎጇዉ(ዋ) ለዚህ አሰሪ ያልሰራ/ች ከሆነ እባክዎ 0 ያስገቡ::

[                    ]

### አሰሪ/ቀጣሪ ቁ. 2 – (ዓመት 3) - ዓመታዊ ገቢ

እባክዎ ተጎጇዉ(ዋ) ከሞተ(ች)በት ሶስት ዓመት በፊት በነበረዉ ዓመት የደረሰዉ(ሳት)ን ዓመታዊ ገቢ (ደሞዝ፣ የሰዓት ክፍያ፣ ቦነስ) ያስገቡ::

በተባለዉ ጊዜ ተጎጇዉ(ዋ) ለዚህ አሰሪ ያልሰራች ከሆነ እባክዎ 0 ያስገቡ::

[                    ]

### ቀጣሪ/አሰሪ ቁ. 2 - በአሰሪ መዋጮ የተደረጉ ጥቅማጥቅሞች

ተጎጇዉ(ዉ) ከሞተ(ች)በት ዓመት በፊት በነበረዉ ዓመት ከአሰሪ የተዋጡ ጥቅማጥቅሞች አግኝቶ(ታ) ከሆነ ያመልክቱ::

○ አዎ

○ አይ

○ አልታወቀም

የካሳ መጠይቅ

## ቀጣሪ/አሰሪ ቁ. 2 - በአሰሪ የተደረጉ መዋጮዎች ዓይነት

ተጎጂው(ዉ) ከመተ(ች)በት ዓመት በፊት በነበረው ዓመት ተጎጂው(ዋ) አግኝቶ የነበረውን የመዋጮ ዓይነት አመልክት፡፡ አግባብ ያላቸውን ምረጥ፡፡

☐ ከደሞዝ ሌላ የሚሰጡ ጥቅማጥቅሞች

☐ የጤና መድን

☐ የጡረታ ዕቅድ

---

### አሰሪ ቁ. 3

## አሰሪ ቁ. 3 - የአሰሪ ስም

[                                                                    ]

## አሰሪ ቁ. 3 - የቀጥር ጊዜ

ቀ�franን ሊተይስ ይችላ፡፡ እባክዎ ሲደፉት እንደሚከተለው ሊተይስት ይችላ ወወ/ቀቀ/ዓዓዓዓ፡፡

[  📅  ]

## አሰሪ/ቀጣሪ ቁ. 3 - ቀጥሩ ያለቀበት/የተቋረጠበት ቀን

ጥያቄው የማይመለከትዎ ከሆነ ባዶውን ይተዉት፡፡
ቀኑን ሊተይስት የችላ፡፡ እባክዎን ሲደፉት እንደሚከተለው ሊተይስት ይችላ ወወ/ቀቀ/ዓዓዓዓ፡፡

[  📅  ]

## አሰሪ/ቀጣሪ ቁ. 3 - (በሞት ዓመት) - ወርሃዊ ገቢ

እባክዎ ሰተጎጂው(ዋ) በሞተ(ች)በት ዓመት ያደረሰው(ሳት)ን ወርሃዊ ገቢ (ደሞዝ፣ የሰዓት ክፍያ፣ ቦነስ) ያስገቡ፡፡

በተባለው ጊዜ ተጎጂው(ዋ) ለዚህ አሰሪ ያልሰራ/ች ከሆነ እባክዎ 0 ያስገቡ፡፡

[                                  ]

## አሰሪ/ቀጣሪ ቁ. 3 – (ዓመት አንድ) - ዓመታዊ ገቢ

እባክዎ ተጎጂው(ዋ) በሞተ(ች)በት ዓመት በፊት በነበረው ዓመት ያደረሰው(ሳት)ን ዓመታዊ ገቢ (ደሞዝ፣ የሰዓት ክፍያ፣ ቦነስ) ያስገቡ፡፡

በተባለው ጊዜ ተጎጂው(ዋ) ለዚህ አሰሪ ያልሰራች ከሆነ እባክዎ 0 ያስገቡ፡፡

[                                  ]

የካሳ መጠይቅ

### አስሪ/ቀጣሪ ቁ. 3 – (ዓመት 2) - ዓመታዊ ገቢ

*እባክዎ ተጎጂውን(ዋ) ከሞተ(ች)በት ሁለተ ዓመት በፊት በነበረው ዓመት የደረሰው(ሳት) ን ዓመታዊ ገቢ (ደሞዝ፣ የሰዓት ክፍያ፣ ቦነስ) ያስገቡ::*

*በተባለው ጊዜ ተጎጂውን(ዋ) ለዚህ አሰር ያልሰራ/ች ከሆነ እባክዎ 0 ያስገቡ::*

### አስሪ/ቀጣሪ ቁ. 3 – (ዓመት 3) - ዓመታዊ ገቢ

*እባክዎ ተጎጂውን(ዋ) ከሞተ(ች)በት ሶስት ዓመት በፊት በነበረው ዓመት የደረሰው(ሳት) ን ዓመታዊ ገቢ (ደሞዝ፣ የሰዓት ክፍያ፣ ቦነስ) ያስገቡ::*

*በተባለው ጊዜ ተጎጂውን(ዋ) ለዚህ አሰር ያልሰራች ከሆነ እባክዎ 0 ያስገቡ::*

### ቀጣሪ/አስር ቁ. 3 - በአሰር መዋጮ የተደረጉ ጥቅማጥቅሞች

*ተጎጂውን(ዉ) ከሞተ(ች)በት ዓመት በፊት በነበረው ዓመት ከአሰር የተዋሉ ጥቅማጥቅሞች አግኝቸ(ታ) ከሆነ ያመልክቱ::*

◯ አዎ

◯ አይ

◯ አልታወቀም

### ቀጣሪ/አስር ቁ. 3 - በአሰር የተደረጉ መዋጮዎች ዓይነት

*ተጎጂውን(ዉ) ከሞተ(ች)በት ዓመት በፊት በነበረው ዓመት ተጎጂውን(ዋ) አግኝታ የነበረውን የመዋጮ ዓይነት አመልክት:: አግባብ ያለቸውን ምረጥ::*

☐ ከደሞዝ ሌላ የሚሰጡ ጥቅማጥቅሞች

☐ የጤና መድን

☐ የጡረታ ዕቅድ

### ተጎጂውን(ዋ) ጡረታ እወጣበታለሁ ብለ(ላ) የሚያ(ምታ)ስብበት ቀን

*የማይተወቅ ከሆነ ባዶውን ይተዉት::*
*ቀ�ን ሊተይቡ ይቸላሉ:: እባክዎ ሲደፉት እንደምከተለው ሊተይቡት ይቸላሉ ወወ/ቀቀ/ዓዓዓዓ::*

🗓

የካሳ መጠይቅ

## ወላጅን የሚመለከት መረጃ

*ተጎጂው(ዋ) በሞተ(ች)በት ወቀት ዕድሜው(ዋ) ከ 18 ዓመት በታች ከነበረ(ች) እባክዎ ስለሰለባው(ዋ) ወላጆች የሚከተለውን መረጃ ያስገቡ*

### ወላጅ ቁ. 1 - ፆታ

○ ሴት

○ ወንድ

○ ያለተገለፀ

### ወላጅ ቁ. 1 - የደረሰ(ች)በት ከፍተኛው የትምህርት ደረጃ

○ ሰለባው(ዋ) የደረሰቸበት ከፍተኛ የትምህርት ደረጃ

○ ከከፍተኛ ሁለተኛ ድረጃ ትምህርት ቤት / ከሁለተኛ ደረጃ ትምህርት ቤት ያነስ

○ ከፍተኛ ሁለተኛ ደረጃ ትምህርት ቤት/ ሁለተኛ ደረጃ ትምህርት ቤት

○ ጥቂት (ዲግሪ የሌላው) የኮሌጅ / የዩኒቨርሲቲ ትምህርት

○ የኮሌጅ ዲግሎ-ማ / የጆ ሙ-ያ ትምህርት ቤት

○ የመጀመሪያ ዲግሪ (በቸለርስ)

○ ሁለተኛ ዲግሪ (ማስተርስ)

○ የሞያ / የዶክትሬት ዲግሪ

○ አልታወቀም

### ወላጅ ቁ. 2 - ፆታ

○ ሴት

○ ወንድ

○ ያለተገለፀ

### ወላጅ ቁ. 2 - የደረሰ(ች)በት ከፍተኛው የትምህርት ደረጃ

○ ሰለባው(ዋ) የደረሰቸበት ከፍተኛ የትምህርት ደረጃ

○ ከከፍተኛ ሁለተኛ ድረጃ ትምህርት ቤት / ከሁለተኛ ደረጃ ትምህርት ቤት ያነስ

○ ከፍተኛ ሁለተኛ ደረጃ ትምህርት ቤት/ ሁለተኛ ደረጃ ትምህርት ቤት

○ ጥቂት (ዲግሪ የሌላው) የኮሌጅ / የዩኒቨርሲቲ ትምህርት

○ የኮሌጅ ዲግሎ-ማ / የጆ ሙ-ያ ትምህርት ቤት

○ የመጀመሪያ ዲግሪ (በቸለርስ)

○ ሁለተኛ ዲግሪ (ማስተርስ)

○ የሞያ / የዶክትሬት ዲግሪ

○ አልታወቀም

## ሌላ የገቢ ምንጮ

ተጎጂው(ዋ) በሞተ(ች)በት ዓመት እና ከዚያ ቀደም ብሎ ለነበሩት ሶስት ዓመታት የተገኘ ማንኛውንም ገቢ ለይተው ያስቀምጡ። ከሚከተሉት የሚመከቱዋን ይምረጡ።

### የተጎጂ(ዋ) ሌላ የገቢ ምንጮ

☐ ምንም ሌላ ገቢ የለም

☐ ከምቀዕለ ነዋይ የተገኘ ገቢ

☐ ከንግድ (ቢዝነስ) ስራ የተገኘ ገቢ

☐ ከኪራይ የተገኘ ገቢ

☐ ከ መጦቀምያ ክፍያ ("ሮያልቲ") የተገኘ ገቢ

☐ ከጡረታ እና ከመድን አበል ("አነዩቲ") የተገኘ ገቢ

☐ ካለሥራ/ካለልፋት የተገኘ ገቢ

☐ ሌላ

### ሌላ ከሆነ፣ የተገኘውን እና ከላይ ያልተገለፀውን/ያልተጠቃረቀውን የሌላ ገቢ ዓይነት ግለፅ

### ሌላ የገቢ ምንጮ - የሞተበት ዓመት

እባክዎ ተጎጂው(ዋ) በሞተበት(ችበት) ዓመት ከሌላ የገቢ ምንጮ የተገኘውን ወርሃዊ መጠን ቀደም ብለው በመረጡት የገንዘብ ዓይነት ያስቀምጡ።

በተጠቀሰው ዓመት ተጎጂው(ዋ) ምንም ሌላ የገቢ ምንጮ ካላገኘ(ች) 0 ያስገቡ።

### ሌላ የገቢ ምንጮ - 1ኛ ዓመት

እባክዎ ተጎጂው(ዋ) ከሞተበት(ችበት) ጊዜ አንድ ዓመት በፊት ከሌላ የገቢ ምንጮ የተገኘውን ዓመታዊ መጠን ቀደም ብለው በመረጡት የገንዘብ ዓይነት ያስቀምጡ።

በተጠቀሰው ዓመት ተጎጂው(ዋ) ምንም ሌላ የገቢ ምንጮ ካላገኘ(ች) 0 ያስገቡ።

### ሌላ የግቢ ምንጮች - 2ኛ ዓመት

*እባክዎ ተጎጂው(ዋ) ከማተበበት(ቸበት) ጊዜ ሁለት ዓመት በፊት ከሌላ የግቢ ምንጮች የተገኘውን ዓመታዊ መጠን ቆይደዎ ብለው በመረጡት የገንዘብ ዓይነት ያስቀምጡ።*

*በተጠቀሰው ዓመት ተጎጂው(ዋ) ምንም ሌላ የግቢ ምንጮች ከለገኘ(ች) 0 ያስገቡ።*

### ሌላ የገቢ ምንጮች - 3ኛ ዓመት

*እባክዎ ተጎጂው(ዋ) በማተበት(ቸበት) ጊዜ ሦስት ዓመት በፊት ከሌላ የግቢ ምንጮች የተገኘውን ዓመታዊ መጠን ቆይደዎ ብለው በመረጡት የገንዘብ ዓይነት ያስቀምጡ።*

*በተጠቀሰው ዓመት ተጎጂው(ዋ) ምንም ሌላ የግቢ ምንጮች ከለገኘ(ች) 0 ያስገቡ።*

---

## ፍጆታ

### የተጎጂው(ዋ) የትዳር ጓደኛ ተጎጂው(ዋ) በሞተ(ች)በት ቀን ለቤት ወጭ አስተዋፅኦ ያ(ታ)ደርግ ነበር?

○ አዎ

○ አይ

### ተጎጂው(ዋ) በሞተ(ች)በት ዓመት፣የትዳር ጓደኛው(ዋ) ያገኘው ዓመታዊ ገቢ

*ተጎጂው(ዋ) በሞተ(ች)በት ዓመት ወስጥ፣ ክይሞዝ፣ ከሰዓት ክፍያ፣ ከካፊ ጉዳተኛነት እና ከሉረታ ጥቅማጥቅሞች የተገኙ ገቢዎችን በመሉ ቆይደዎ ብለው በመረጡት የገንዘብ ዓይነት መጥዞ ያካቱ።*

### የተጎጂው(ዋ) ከሞተ(ች)በት ዓመት በፊት በነበረው ዓመት ፣የትዳር ጓደኛው(ዋ) ያገኘው ዓመታዊ ገቢ

*ተጎጂው(ዋ) ከሞተ(ች)በት ዓመት ቆይደዎ ብሉ በነበረው ዓመት ወስጥ፣ ክይሞዝ፣ ከሰዓት ክፍያ፣ ከካፊ ጉዳተኛነት እና ከሉረታ ጥቅማጥቅሞች የተገኙ ገቢዎችን በመሉ ቆይደዎ ብለው በመረጡት የገንዘብ ዓይነት መጥዞ ያካቱ።*

*የተጎጂው(ዋ) የትዳር ጓዋይኛ በዚህ ዓመት ለቤተሰቡ ገቢ አስተዋጽኦ ካለደረጉ 0 ያስገቡ።*

የካሳ መጠይቅ

ተጎጂው(ዋ) በሞተ(ች)በት ዓመትና ከዚያ ቀደም ብሎ በነበረው ዓመት በትዳር ጓደኛው(ዋ) የተገኘ ሌላ ገቢ:

የሚመለከተውን ይምረጡ።

☐ ምንም ሌላ ገቢ የለም

☐ ከምዋዕለ ነዋይ የተገኘ ገቢ

☐ ከንግድ (ቢዝነስ) ስራ የተገኘ ገቢ

☐ ከኪራይ የተገኘ ገቢ

☐ ከ መጠቀምዎ ክፍያ ("ሮያልቲ") የተገኘ ገቢ

☐ ከጡረታ እና ከመድን አበል ("አኑይቲ") የተገኘ ገቢ

☐ ከሊሥራ/ከሊለፋት የተገኘ ገቢ

☐ ሌላ

ተጎጂው(ዋ) በሞተ(ች)በት ዓመት በትዳር ጓደኛው(ዋ) የተገኘ ሌላ ገቢ

ተጎጂው(ዋ) በሞተ(ች)በት ዓመት በትዳር ጓደኛው(ዋ) የተገኘ ሌላ ገቢ ዓመታዊ ገቢ በሙሉ እባክዎ ይምሩት። ከዚህ በላይ ለተጎጂው(ው) የተሞላው ገቢ ባለትዳሮቹ በጥምር ያገኙት ከሆነ ("ጆይንት እንካም") እዚህ ጋር እንደገና አያስገቡት።

የተጎጂው(ዋ) የትዳር ጓደኛ በተጠቀሰው ዓመት ሌላ ገቢ ካለገኘ 0 ያስገቡ:

☐

ተጎጂው(ዋ) ከሞተ(ች)በት ዓመት ቀደም ብሎ በነበረው ዓመት በትዳር ጓደኛው(ዋ) የተገኘ ሌላ ገቢ

ዓመት ቀደም ብሎ በነበረው ዓመት በትዳር ጓደኛው(ዋ) የተገኘ ሌላ ገቢ ዓመታዊ ገቢ በሙሉ እባክዎ ይምሩት። ከዚህ በላይ ለተጎጂው(ው) የተሞላው ገቢ ባለትዳሮቹ በጥምር ያገኙት ከሆነ ("ጆይንት እንካም") እዚህ ጋር እንደገና አያስገቡት።

የተጎጂው(ዋ) የትዳር ጓደኛ በተጠቀሰው ዓመት ሌላ ገቢ ካለገኘ 0 ያስገቡ:

☐

የካሳ መጠይቅ

### የሰለባው-(ዋ) ለየት ያሉ/አመደበኛ ወጪዎች

#### የአሊሞኒ ወይም የትዳር ጓደኛ ድጋፍ ክፍያዎች

*ተጎጂው-(ዋ) የልጅ ድጋፍ የመክፈል ሃላፊነት ከነበረበ(ባ)ት እባክህ ወርሃዊ መጠኑን ቀደም ብለው በመረጡት የገንዘብ ዓይነት ያመልክቱ፡*

የማይመለክትም ከሆነ ባዶውን ይተዉት፡፡

#### የ"አሊሞኒ" ወይም የትዳር ጓደኛ ድጋፍ ክፍያዎች የሚቋረጡበት ቀን

*ቀኑን ያስገቡ፡ እባክዎን ሲደፉት እንደሚከተለው ሊተይቡት ይችላሉ ወወ/ቀቀ/ዓዓዓዓ፡፡*

#### የልጅ ድጋፍ ክፍያዎች

*ተጎጂው-(ዋ) የልጅ ድጋፍ የመክፈል ሃላፊነት ከነበረበ(ባ)ት እባክዎ ወርሃዊ መጠኑን ቀደም ብለው በመረጡት የገንዘብ ዓይነት ያመልክቱ፡፡*

የማይመለክትም ከሆነ ባዶውን ይተዉት፡፡

#### ለልጅ የሚሰጠው ድጋፍ የሚቋረጥበት ወቅት

*ቀኑን ያስገቡ፡ እባክዎን ሲደፉት እንደሚከተለው ሊተይቡት ይችላሉ ወወ/ቀቀ/ዓዓዓዓ፡፡*

#### በሕዝብ ("ፐብሊክሊ")/በክልል ሃብት የሚደገፍ መድን

*ስተጎጂው-(ዋ) በሕዝብ/ክልል ሃብት የተደገፈ ጥቅማጥቅም አግኛች(ታ)) ከሆነ ወርሃዊ መጠኑን ቀደም በለው በመረጡት የገንዘብ ዓይነት እባክዎ ያመልክቱ፡፡*

የማይመለክትም ከሆነ ባዶውን ይተዉት፡፡

#### በሕዝብ ("ፐብሊክሊ")/በክልል ሃብት የሚደገፍ የቤት (ኪራይ) ማጣያ

*ተጎጂው-(ዋ) በሕዝብ/ክልል ሃብት የተደገፈ ጥቅማጥቅም አግኛች(ታ) ከሆነ ወርሃዊ መጠኑን ቀደም በለው በመረጡት የገንዘብ ዓይነት እባክዎ ያመልክቱ፡፡*

የማይመለክትም ከሆነ ባዶውን ይተዉት፡፡

የካሳ መጠይቅ

## የንብረት እጦት

በ (አውሮፕላኑ) መከስከስ ምክንያት የጠፋ ወይም የተጎዳ የተነጀው(ዋ) ንብረቶች ዋጋ (ሻዕዩ) ለይተው ቀደም ብለው በመረጡት የገንዘብ ዓይነት ያስቀምጡ::

[                    ]

## ከኪስ የተደረጉ ወጭዎች

*ከተነጀው(ዋ) ሞት ጋር በተያያዘ ተወካዮች የደረሱባቸውን ወጭዎች በሙሉ ለይተው ያመልክቱ::*

ከቀብር ጋር የተያያዙ ወጭዎች መጠን (ለምሳሌ፣ የቀብር ወጭዎች፣ አስከሬን "ክሬሚኢሽን" (ማቃጠል) ወጭ፣ ወዘተ.) ቀደም ብለው በመረጡት የገንዘብ ዓይነት:

[                    ]

***ከምርመራ/ማጣራት ጋር የተያያዙ ወጭዎች:*** *ከምርመራ ጋር የተያያዙ ወጭዎች ማለት መንግስት ወንጀሉን በሚመረምርበት እና ክስ በሚያከይድበት ሂደት ወቅት በነበረት ተሳትፎ ምክንያት የተከሰቱ አንዳንድ ወጭዎች ናቸው። እንዚህ ወጭዎች ለምሳሌ የጥከተተትን ያካትታሉ- ከሜሪክ የፍትህ ሚንስቴር ጋር ለመወያየት በተጠሩ ስብሰባዎች ላይ መገኘትን እና ፖ'ዩናይትድ ስቴትስ V የሆይንግ ኩባንያ የመዝገብ ቁጥር 4:21-cr-0005 (NDTX) የወንጀል ክስን በሚመለከት ፍርድ ቤት መገኘትን፤ ከፍትሃ ጊዜረ ፍርድ ቤት ሂጆቶች፣ በአሜሪካን ኮንግሬስ በሚደረጉ ክስተቶች እና ስገበሰባዎችን ወይም ስለአውሮፕላኖቹ መከስከስ ከሚደረጉ የግል የምርመራ ስራዎች የሚመነጩ ወጭዎችን አያካትትም::*

መንግሥት ባካሄደው ወንጀሉን የሚመለክት ምርመራ/ማጣራትና የክስ ስራ ወስጥ ተሳትፎ ለማድረግ እንዲቻል ለልጆች ጥበቃ እና እንክብካቤ ("ቻይልድ ኬር") የዋጣ ወጭ መጠን ቀደም ብለው በመረጡት የገንዘብ ዓይነት::

[                    ]

መንግሥት ባካሄደው ወንጀሉን የሚመለክት ምርመራ/ማጣራትና የክስ ስራ ወስጥ ተሳትፎ ለማድረግ የተደረገ የትራንስፖርት ወጭ መጠን ቀደም ብለው በመረጡት የገንዘብ ዓይነት::

[                    ]

መንግሥት ባካሄደው ወንጀሉን የሚመለክት ምርመራ/ማጣራትና የክስ ስራ ወስጥ በተደረገ ተሳትፎ ምክንያት የደረሰ የገቢ እጦት መጠን ቀደም ብለው በመረጡት የገንዘብ ዓይነት::

[                    ]

መንግሥት ካካሄደው ወንጀሉን የሚመለክት ምርመራ/ማጣራትና የክስ ስራ ጋር በቀጥታ የተያያዙ ክፍያዎች መጠን ቀደም ብለው በመረጡት የገንዘብ ዓይነት::

[                    ]

የካሳ መጠይቅ

## ሌላ

### ሌሎች ገንዘብ ነክ ጉዳቶች

*የይገባኛኙን ትክክለኛነት ምክንያት ጨምሮ ሌሎች ተጨማሪ ገንዘብ ነክ ጉዳቶችን በሚመለከት መረጃ ያቅርቡ (ገንዘብ ነክ ጉዳቶች ማለት በውንጀሉ ምክንያት የደረሱ ሊመጡኑ የሚችሉ ምጣኔ ሃብታዊ/ኢኮኖሚያዊ ኪሳራዎች ማለት ነው)።*

## ሰነዶች

**የአሜሪካ ዜግነት ላላቸው ተጎጂዎች:** ሰለባው(ዋ) በሞተበት(ችበት) ዓመት እና ክዚያ ቀደም ብሎ ለነበረው ዓመት የገቢ ማብሪ የከፈለ(ች)በትን ማስረጃ ("ታክስ ሪተርን) ያቅርቡ/ያያይዙ። ቢቻል ግን ተጎጂው(ዋ) ከሞሞቱ(ቷ) ሰስት ዓመታት በፊት ጀምሮ ያለው ቢሆን ይመረጣል። እባከትን ከላይ የዘረዘርነውን መጠን የሚደግፉ ተጨማሪ ሰነዶችን ያቅርቡ።

**የአሜሪካ ዜግነት ለሌላቸው ተጎጂዎች:** ሰለባው((ዋ) በሞተበት(ችበት) ዓመት እና ክዚያ ቀደም ብሎ ለነበረው ዓመት የገቢ(ሩት)ን ዓመታዊ ገቢ የሚያሳዩ ሰነዶች ያቅርቡ/ያያይዙ። ቢቻል ግን ተጎጂው(ዋ) ከሞሞቱ(ቷ) ሰስት ዓመታት በፊት ያለው ቢሆን ይመረጣል። እባከትን ከላይ የዘረዘርነውን መጠን የሚደግፉ ተጨማሪ ሰነዶችን ያቅርቡ።

## የመጠይቁ አዘጋጅ ዕውቅና/ማረጋገጫ

**ይኸንን ቅጽ ሞልቼ በማስገባት የተሰጠው መረጃ ሁሉ ትክክለኛ እና የተሟላ መሆኑን አረጋግጣለሁ**

**ያዘጋጅ መጠሪያ/ስም** ✶

**ያዘጋጁ የመጨረሻ/ያያት ሥም** ✶

**የስልክ ቁጥር ያዘጋጁ.** ✶

*እባክዎ ሀገራዊ የስልክ መለያውን ያካቱ። ለምሳሌ + 251-xxx-xxx-xxxx*

**ያዘጋጁ የኢ-ሜይል አድራሻ** ✶

# 赔偿问卷

注意：本表不会自动保存，必须一次性完成。请确保您在填写时已准备好所有必要信息。点击"提交"后，本表将无法编辑。如需修改答复，请联系 victimassistance.fraud@usdoj.gov.

"受害者"一词是指在狮子航空 610 号航班或埃塞俄比亚航空 302 号航班上死亡的个人。

"代表人"一词指的是承担受害人合法赔偿要求的个人。

赔偿问卷

## 受害者信息

**受害者的名字** *

**受害者的姓氏** *

**受害者的出生日期** *

*您可以输入日期。请采用 月 (MM)/日期 (DD)/年 (YYYY) 格式。*

**受害者死亡时是否年满 18 岁？** *

○ 是
○ 否

**受害者的最高教育程度** *

○ 高中以下/中专
○ 高中/中专（包括普通教育证书）
○ 大专/大学（无学位）
○ 文科副学士/职业学校
○ 学士学位
○ 硕士学位
○ 专业/博士
○ 未知

**受害者性别** *

○ 女
○ 男
○ 未说明

**受害者的街道地址** *

1 |

赔偿问卷

受害者的城市 *

受害者的州/省/地区等。*

受害者的国家 *

受害者的邮编/邮政编码 *

受害者死亡时的国籍，如果与居住地不同

受害者死亡时的婚姻状况 *
○ 单身 - 从未结婚
○ 已婚
○ 离婚
○ 丧偶

如果死亡时已婚，请填写结婚日期
*您可以输入日期。请格式化为 月 (MM)/日期 (DD)/年 (YYYY)。*

受害者死亡时的受抚养人人数 *
受抚养人是指依靠受害者提供经济支持的个人。
○ 无
○ 1
○ 2
○ 3
○ 4 个或更多

赔偿问卷

**请注明本表提供的所有金额将使用的货币：** *

○ 1. CAD - 加拿大元

○ 2. CNY - 中国人民币

○ 3. DKK - 丹麦克朗

○ 4. DJF - 吉布提法郎

○ 5. EGP - 埃及镑

○ 6. ETB - 埃塞俄比亚比尔

○ 7. EUR - 欧元成员国

○ 8. INR - 印度卢比

○ 9. IDR - 印度尼西亚卢比

○ 10. ILS - 以色列谢克尔

○ 11. JPY - 日元

○ 12. KES - 肯尼亚先令

○ 13. SAR - 沙特阿拉伯里亚尔

○ 14. SOS - 索马里先令

○ 15. ZAR - 南非兰特

○ 16. SEK - 瑞典克朗

○ 17. CHF - 瑞士法郎

○ 18. GBP - 英镑

○ 19. USD - 美元

○ 20. 其他

**如果是其他货币，请提供** *

[                                                                    ]

---

代表人信息

**代表人数** *

○ 1

○ 2

赔偿问卷

## <u>1号代表人</u>

**1号代表人 – 名字** *

**1号代表人 – 姓氏** *

**1号代表人– 出生日期** *
*您可以输入日期。请采用 月 (MM)/ 日期 (DD)/ 年 (YYYY) 格式。*

**1号代表人 - 性别** *
○ 女
○ 男
○ 未说明

**1 号代表人 - 死亡时与受害者的关系** *
○ 配偶
○ 前配偶
○ 子女
○ 父母
○ 兄弟姐妹
○ 其他

**如果是其他，请说明** *

**1 号代表人 - 街道地址** *
*接收赔偿金的地址。*

**1 号代表人 – 城市** *

**4 |**

赔偿问卷

**1 号代表人 – 州/省/地区等** *

**1 号代表人 – 国家** *

**1 号代表人 – 邮编/邮政编码** *

---

## 2号代表人

**2号代表人 – 名字**

**2号代表人 – 姓氏**

**2号代表人 – 出生日期**

*您可以输入日期。请采用 月 (MM)/日期 (DD)/年 (YYYY) 格式。*

**2号代表人 - 性别**

○ 女
○ 男
○ 未说明

**2 号代表人 - 死亡时与受害者的关系**

○ 配偶
○ 前配偶
○ 子女
○ 父母
○ 兄弟姐妹
○ 其他

赔偿问卷

**如果是其他，请说明**

**2 号代表人 - 街道地址**
*按收赔偿金的地址。*

**2号代表人 – 城市**

**2 号代表人 – 州/省/地区等**

**2 号代表人 – 国家**

**2 号代表人 – 邮编/邮政编码**

---

## 配偶信息
*如果与上面的代表信息不同。*

**配偶 - 名字**

**配偶 – 姓氏**

**配偶 - 出生日期**
您可以输入日期。请采用 月 (MM)/日期 (DD)/年 (YYYY) 格式。

**配偶 - 性别**
○ 女
○ 男
○ 未说明

## 受抚养人的信息

*请填写受害者死亡时每个受抚养人的资料。*

### **1号受抚养人**

**1号受抚养人 – 名字**

**1号受抚养人 – 姓氏**

**1号受抚养人 – 出生日期**
*您可以输入日期。请采用 月 (MM)/日期 (DD)/年 (YYYY) 格式。*

**1号受抚养人 – 性别**
- ○ 女
- ○ 男
- ○ 未说明

**1号受抚养人 - 死亡时与受害者的关系**
- ○ 配偶
- ○ 前配偶
- ○ 子女
- ○ 父母
- ○ 兄弟姐妹
- ○ 其他

**1号受抚养人 - 如果是其他，请说明**

**1号受抚养人 - 财务独立年龄**
*受抚养人将/会在何时变得财务独立的年龄（如果适用）。*

*仅限数字。请勿拼写。例如，输入18而不是十八。*

赔偿问卷

## 2号受抚养人

**2号受抚养人 – 名字**

**2号受抚养人 – 姓氏**

**2号受抚养人 – 出生日期**

*您可以输入日期。请采用 月 (MM)/日期 (DD)/年 (YYYY) 格式。*

**2号受抚养人 – 性别**

○ 女
○ 男
○ 未说明

**2号受抚养人 - 死亡时与受害者的关系**

○ 配偶
○ 前配偶
○ 子女
○ 父母
○ 兄弟姐妹
○ 其他

**2号受抚养人 - 如果是其他，请说明**

**2号受抚养人 - 财务独立年龄**

*受抚养人将/会在何时变得财务独立的年龄（如果适用）。*

*仅限数字。请勿拼写。例如，输入18而不是十八。*

赔偿问卷

## 3号受抚养人

**3号受抚养人 – 名字**

**3号受抚养人 – 姓氏**

**3号受抚养人 – 出生日期**

*您可以输入日期。请采用 月 (MM)/日期 (DD)/年 (YYYY) 格式。*

**3号受抚养人 – 性别**

○ 女
○ 男
○ 未说明

**3号受抚养人 - 死亡时与受害者的关系**

○ 配偶
○ 前配偶
○ 子女
○ 父母
○ 兄弟姐妹
○ 其他

**3号受抚养人 - 如果是其他，请说明**

**3号受抚养人 - 财务独立年龄**

*受抚养人将/会在何时变得财务独立的年龄（如果适用）。*

*仅限数字。请勿拼写。例如，输入18而不是十八。*

赔偿问卷

## 4号受抚养人

**4号受抚养人 – 名字**

**4号受抚养人 – 姓氏**

**4号受抚养人 – 出生日期**
*您可以输入日期。请采用 月 (MM)/日期(DD)/年 (YYYY) 格式。*

**4号受抚养人 – 性别**
- ○ 女
- ○ 男
- ○ 未说明

**4号受抚养人 - 死亡时与受害者的关系**
- ○ 配偶
- ○ 前配偶
- ○ 子女
- ○ 父母
- ○ 兄弟姐妹
- ○ 其他

**4号受抚养人 - 如果是其他，请说明**

**4号受抚养人 - 财务独立年龄**
*受抚养人将/会在何时变得财务独立的年龄（如果适用）。*

*仅限数字。请勿拼写。例如，输入18而不是十八。*

赔偿问卷

## 5号受抚养人

**5号受抚养人 – 名字**

**5号受抚养人 – 姓氏**

**5号受抚养人 – 出生日期**
您可以输入日期。请采用月(MM)/日期(DD)/年(YYYY)格式。

**5号受抚养人 – 性别**
- ○ 女
- ○ 男
- ○ 未说明

**5号受抚养人 - 死亡时与受害者的关系**
- ○ 配偶
- ○ 前配偶
- ○ 子女
- ○ 父母
- ○ 兄弟姐妹
- ○ 其他

**5号受抚养人 - 如果是其他，请说明**

**5号受抚养人 - 财务独立年龄**
受抚养人将/会在何时变得财务独立的年龄（如果适用）。

仅限数字。请勿拼写。例如，输入18而不是十八。

赔偿问卷

## 6号受抚养人

**6号受抚养人 – 名字**

**6号受抚养人 – 姓氏**

**6号受抚养人 – 出生日期**

您可以输入日期。请采用 月 (MM) / 日期 (DD) / 年 (YYYY) 格式。

**6号受抚养人 – 性别**

- ○ 女
- ○ 男
- ○ 未说明

**6号受抚养人 - 死亡时与受害者的关系**

- ○ 配偶
- ○ 前配偶
- ○ 子女
- ○ 父母
- ○ 兄弟姐妹
- ○ 其他

**6号受抚养人 - 如果是其他，请说明**

**6号受抚养人 - 财务独立年龄**

受抚养人将/会在何时变得财务独立的年龄（如果适用）。

仅限数字。请勿拼写。例如，输入18而不是十八。

赔偿问卷

## 7号受抚养人

**7号受抚养人 – 名字**

**7号受抚养人 – 姓氏**

**7号受抚养人 – 出生日期**
您可以输入日期。请采用月 (MM)/日期 (DD)/年 (YYYY) 格式。

**7号受抚养人 – 性别**
- ○ 女
- ○ 男
- ○ 未说明

**7号受抚养人 - 死亡时与受害者的关系**
- ○ 配偶
- ○ 前配偶
- ○ 子女
- ○ 父母
- ○ 兄弟姐妹
- ○ 其他

**7号受抚养人 - 如果是其他，请说明**

**7号受抚养人 - 财务独立年龄**
受抚养人将/会在何时变得财务独立的年龄（如果适用）。

仅限数字。请勿拼写。例如，输入18而不是十八。

赔偿问卷

### 8号受抚养人

**8号受抚养人 – 名字**

**8号受抚养人 – 姓氏**

**8号受抚养人 – 出生日期**

*您可以输入日期。请采用月 (MM)/ 日期 (DD)/ 年 (YYYY) 格式。*

**8号受抚养人 – 性别**

- ○ 女
- ○ 男
- ○ 未说明

**8号受抚养人 - 死亡时与受害者的关系**

- ○ 配偶
- ○ 前配偶
- ○ 子女
- ○ 父母
- ○ 兄弟姐妹
- ○ 其他

**8号受抚养人 - 如果是其他，请说明**

**8号受抚养人 - 财务独立年龄**

*受抚养人将/会在何时变得财务独立的年龄（如果适用）。*

*仅限数字。请勿拼写。例如，输入18而不是十八。*

赔偿问卷

## 9号受抚养人

**9号受抚养人 – 名字**

**9号受抚养人 – 姓氏**

**9号受抚养人 – 出生日期**
您可以输入日期。请采用 月 (MM) / 日期 (DD) / 年 (YYYY) 格式。

**9号受抚养人 – 性别**
- ○ 女
- ○ 男
- ○ 未说明

**9号受抚养人 - 死亡时与受害者的关系**
- ○ 配偶
- ○ 前配偶
- ○ 子女
- ○ 父母
- ○ 兄弟姐妹
- ○ 其他

**9号受抚养人 - 如果是其他，请说明**

**9号受抚养人 - 财务独立年龄**
受抚养人将/会在何时变得财务独立的年龄（如果适用）。

仅限数字。请勿拼写。例如，输入18而不是十八。

赔偿问卷

## <u>10号受抚养人</u>

**10号受抚养人 – 名字**

**10号受抚养人 – 姓氏**

**10号受抚养人 – 出生日期**

*您可以输入日期。请采用 月 (MM)/ 日期 (DD)/ 年 (YYYY) 格式。*

**10号受抚养人 – 性别**

○ 女
○ 男
○ 未说明

**10号受抚养人 - 死亡时与受害者的关系**

○ 配偶
○ 前配偶
○ 子女
○ 父母
○ 兄弟姐妹
○ 其他

**10号受抚养人 - 如果是其他，请说明**

**10号受抚养人 - 财务独立年龄**

*受抚养人将/会在何时变得财务独立的年龄（如果适用）。*

*仅限数字。请勿拼写。例如，输入18而不是十八。*

## 受害者的就业和收入

### 受害者死亡时的就业状况 *

○ 全职
○ 兼职
○ 失业
○ 学生
○ 退休
○ 残疾人（暂时残疾除外）
○ 家庭主妇

---

### 退休 / 残疾人（暂时残疾除外）

### 退休日期

*您可以输入日期。请采用月 (MM)/日期 (DD)/年 (YYYY) 格式。*

[          📅]

### 领取的退休金

*如果受害者领取退休金，请提供以之前所选货币计算的每月领取金额。*

[                    ]

### 残疾日期

*非暂时残疾。*
*您可以输入日期。请采用月 (MM)/日期 (DD)/年 (YYYY) 格式。*

[          📅]

### 领取的残疾津贴

*如果受害人领取了残疾津贴，请提供以之前所选货币计算的每月领取金额。*

[                    ]

---

### 受害者的退休或伤残福利计划是否包含遗属条款？

*遗属条款允许指定受益者继续从福利计划中领取付款。*

○ 有
○ 没有

赔偿问卷

<u>家庭主妇</u>

确定受害者每周花在提供家政服务上的小时数

[                    ]

您能否量化受害者所执行工作的任何实付替代费用？

*例如，管家、园丁、杂工、儿童保育等的替代费用。*

◯ Yes

◯ No

请注明由受害者执行的替代工作每月费用金额，以先前选择的货币为单位。

[                    ]

---

受害者死亡时或死亡前三年内处于劳动力市场和/或自营职业的受害者：

受害人死亡当年和死亡前三年的雇主人数

◯ 0 (zero)

◯ 1 (one)

◯ 2 (two)

◯ 3 (three)

赔偿问卷

## 1号雇主

### 1号雇主 - 雇主姓名

### 1号雇主 - 雇用日期
*您可以输入日期。请格式化为 月 (MM) / 日期 (DD) / 年 (YYYY)。*

### 1号雇主 - 雇用终止日期
*如果不适用，请留空。*
*您可以输入日期。请采用 月 (MM) / 日期 (DD) / 年 (YYYY) 格式。*

### 1号雇主（死亡年份）- 月收入
*请提供受害者在死亡年份从该雇主处获得的月收入（薪资/工资和奖金），以先前选择的货币为单位。*

*如果受害者在此期间未在该雇主处工作，请输入0。*

### 1号雇主（第一年）- 年收入
*请提供受害者在死亡前的日历年度从该雇主处获得的年收入（薪资/工资和奖金），以先前选择的货币为单位。*

*如果受害者在此期间未在该雇主处工作，请输入0。*

### 1号雇主（第二年）- 年收入
*请提供受害者在死亡前两年的日历年度从该雇主处获得的年收入（薪资/工资和奖金），以先前选择的货币为单位。*

*如果受害者在此期间未在该雇主处工作，请输入0。*

## 1 号雇主（第三年）- 年收入

请提供受害者在死亡前三年的日历年度从该雇主处获得的年收入（薪资/工资和奖金），以先前选择的货币为单位。

如果受害者在此期间未在该雇主处工作，请输入0。

[                    ]

## 1 号雇主 - 雇主缴费福利

请指明受害人死亡前的日历年内是否领取了雇主缴费福利。

○ 是
○ 否
○ 未知

## 1 号雇主- 雇主缴费福利类型

请指明受害人在死亡前的日历年中领取的雇主缴费福利的类型。请选择所有适用的选项。

☐ 附加福利
☐ 医疗保险
☐ 退休计划

---

### 2 号雇主

## 2 号雇主 - 雇主姓名

[                                        ]

## 2 号雇主 - 雇用日期

您可以输入日期。请格式化为 月 (MM)/日期 (DD)/年 (YYYY)。

[    📅    ]

## 2 号雇主 - 雇用终止日期

如果不适用，请留空。
您可以输入日期。请采用 月 (MM)/日期 (DD)/年 (YYYY) 格式。

[    📅    ]

## 2 号雇主（死亡年份）- 月收入

请提供受害者在死亡年份从该雇主处获得的月收入（薪资/工资和奖金），以先前选择的货币为单位。

如果受害者在此期间未在该雇主处工作，请输入0。

## 2 号雇主（第一年）- 年收入

请提供受害者在死亡前的日历年度从该雇主处获得的年收入（薪资/工资和奖金），以先前选择的货币为单位。

如果受害者在此期间未在该雇主处工作，请输入0。

## 2 号雇主（第二年）- 年收入

请提供受害者在死亡前两年的日历年度从该雇主处获得的年收入（薪资/工资和奖金），以先前选择的货币为单位。

如果受害者在此期间未在该雇主处工作，请输入0。

## 2 号雇主（第三年）- 年收入

请提供受害者在死亡前三年的日历年度从该雇主处获得的年收入（薪资/工资和奖金），以先前选择的货币为单位。

如果受害者在此期间未在该雇主处工作，请输入0。

## 2 号雇主 - 雇主缴费福利

请指明受害人死亡前的日历年内是否领取了雇主缴费福利。

○ 是
○ 否
○ 未知

赔偿问卷

### 2 号雇主- 雇主缴费福利类型

*请指明受害人在死亡前的日历年中领取的雇主缴费福利的类型。请选择所有适用的选项。*

☐ 附加福利

☐ 医疗保险

☐ 退休计划

---

### 3 号雇主

### 3 号雇主 - 雇主姓名

[                                                                                ]

### 3 号雇主 - 雇用日期

*您可以输入日期。请格式化为 月 (MM)/日期 (DD)/年 (YYYY)。*

[        📅        ]

### 3 号雇主 - 雇用终止日期

*如果不适用，请留空。*
*您可以输入日期。请采用 月 (MM)/日期 (DD)/年 (YYYY) 格式。*

[        📅        ]

### 3 号雇主 (死亡年份) - 月收入

*请提供受害者在死亡年份从该雇主处获得的月收入 (薪资/工资和奖金)，以先前选择的货币为单位。*

*如果受害者在此期间未在该雇主处工作，请输入0。*

[                                                ]

### 3 号雇主 (第一年) - 年收入

*请提供受害者在死亡前的日历年度从该雇主处获得的年收入 (薪资/工资和奖金)，以先前选择的货币为单位。*

*如果受害者在此期间未在该雇主处工作，请输入0。*

[                                                ]

### 3 号雇主 (第二年) - 年收入

请提供受害者在死亡前两年的日历年度从该雇主处获得的年收入 (薪资/工资和奖金)，以先前选择的货币为单位。

如果受害者在此期间未在该雇主处工作，请输入0。

[                    ]

### 3 号雇主 (第三年) - 年收入

请提供受害者在死亡前三年的日历年度从该雇主处获得的年收入 (薪资/工资和奖金)，以先前选择的货币为单位。

如果受害者在此期间未在该雇主处工作，请输入0。

[                    ]

### 3 号雇主 - 雇主缴费福利

请指明受害人死亡前的日历年内是否领取了雇主缴费福利。

○ 是
○ 否
○ 未知

### 3 号雇主- 雇主缴费福利类型

请指明受害人在死亡前的日历年中领取的雇主缴费福利的类型。请选择所有适用的选项。

☐ 附加福利
☐ 医疗保险
☐ 退休计划

### 受害者预计退休日期

如果未知，请留空。
您可以输入日期。请采用 月(MM)/日期(DD)/年(YYYY) 格式。

[            🗓]

赔偿问卷

## 家长信息

**如果受害者死亡时未满 18 周岁，请输入受害人家长的以下信息。**

**1号家长 – 性别**
- ○ 女
- ○ 男
- ○ 未说明

**1号家长 – 最高教育程度**
- ○ 高中以下/中专
- ○ 高中/中专 (包括普通教育证书)
- ○ 大专/大学 (无学位)
- ○ 文科副学士/职业学校
- ○ 学士学位
- ○ 硕士学位
- ○ 专业/博士
- ○ 未知

---

**2号家长 – 性别**
- ○ 女
- ○ 男
- ○ 未说明

**2号家长 – 最高教育程度**
- ○ 高中以下/中专
- ○ 高中/中专 (包括普通教育证书)
- ○ 大专/大学 (无学位)
- ○ 文科副学士/职业学校
- ○ 学士学位
- ○ 硕士学位
- ○ 专业/博士
- ○ 未知

赔偿问卷

## 其他收入

*请指明受害者在死亡当年和死亡前三年赚取的任何其他收入。请选择所有适用的选项。*

**受害者的其他收入**

☐ 无 - 无其他收入

☐ 投资收入

☐ 商业收入

☐ 租金收入

☐ 版税收入

☐ 养老金和年金收入

☐ 被动收入

☐ 其他收入

**如果选择其他，请说明收入类型（上面选项中没有显示的收入类型）**

[                                        ]

**其他收入 - 死亡年份**
*请提供受害者在死亡年份获得的其他收入的月总金额，以先前选择的货币为单位。*

*如果受害者在该年没有其他收入，请输入0。*

[                    ]

**其他收入 – 第一年**
*请提供受害者在死亡前的日历年度获得的其他收入的年总金额，以先前选择的货币为单位。*

*如果受害者在该年没有其他收入，请输入0。*

[                    ]

赔偿问卷

**其他收入 – 第二年**

请提供受害者在死亡前两年的日历年度获得的其他收入的年总金额，以先前选择的货币为单位。

如果受害者在该年没有其他收入，请输入0。

| |
|---|

**其他收入 – 第三年**

请提供受害者在死亡前三年的日历年度获得的其他收入的年总金额，以先前选择的货币为单位。

如果受害者在该年没有其他收入，请输入0。

| |
|---|

## 消费

**受害者死亡时，其配偶是否为家庭收入做出了贡献?**

◯ 是

◯ 否

**受害者配偶在受害者死亡年份的年收入**

包括受害者死亡年份收到的工资/薪水和奖金、残疾津贴或退休津贴等收入，以先前选择的货币为单位。

| |
|---|

**受害者配偶在受害者死亡前一年的年收入**

包括在受害者死亡前一年收到的薪资/工资、奖金、残疾福利或退休福利的收入，以先前选择的货币为单位。

如果受害者配偶在该年未对家庭收入作出贡献，请输入0。

| |
|---|

**受害者配偶在受害者死亡年份及死亡前一年所赚取的其他收入：**

*请选择所有适用的选项。*

☐ 无 - 无其他收入

☐ 投资收入

☐ 商业收入

☐ 租金收入

☐ 版税收入

☐ 养老金和年金收入

☐ 被动收入

☐ 其他收入

**受害者配偶在受害者死亡年份获得的其他收入**

*请提供受害者配偶在受害者死亡年份获得的其他收入的年总金额，以先前选择的货币为单位。如果该其他收入是共同收入，请勿重复输入已为受害者输入的其他收入。*

*如果受害者配偶在该年没有其他收入，请输入0。*

```
┌────────────────────────────┐
│                            │
└────────────────────────────┘
```

**受害者配偶在受害者去死亡一年获得的其他收入**

*受害者配偶在受害者去死亡一年获得的其他收入*
*请提供受害者配偶在受害者死亡前一年获得的其他收入的年总金额，以先前选择的货币为单位。如果该其他收入是共同收入，请勿重复输入已为受害者输入的其他收入。*

*如果受害者配偶在该年没有其他收入，请输入0。*

```
┌────────────────────────────┐
│                            │
└────────────────────────────┘
```

### 受害者的额外开支

#### 赡养费或配偶赡养费支付情况

*如果受害者负责支付赡养费或配偶抚养费，请注明以先前选择的货币为单位的月支付金额。*

*如果不适用，请留空。*

[                    ]

#### 赡养费或配偶扶养费终止支付的日期

*您可以输入日期。请采用月 (MM)/日期 (DD)/年 (YYYY) 格式。*

[        📅        ]

#### 子女抚养费

*如果受害人负责支付子女抚养费，请注明每月以之前选择的货币支付的金额。*

*如果不适用，请留空。*

[                    ]

#### 子女抚养费终止的日期

*您可以输入日期。请采用月 (MM)/日期 (DD)/年 (YYYY) 格式。*

[        📅        ]

#### 政府资助/州政府资助的健康保险

*如果受害人获得公共资助/州资助的福利，请注明每月获得的健康保险金额（以之前选择的货币表示）。*

*如果不适用，请留空。*

[                                        ]

#### 政府资助/州政府资助的住房补贴

*如果受害者获得了政府资助或州政府资助的福利，请注明以先前选择的货币为单位的月住房补贴金额。*

*如果不适用，请留空。*

[                    ]

## 财产损失

确定受害者在事故中丧失或损坏的财产价值，以先前选择的货币为单位。

## 自付费用

**确定代表（或代表们）与受害者去世也相关的所有费用金额。**

以先前选择的货币为单位，确定所有丧葬费用（例如，埋葬费用、火化费用等）的总金额。

***与调查相关的费用：*** *与调查相关的费用是指您参与政府对刑事犯罪的调查和起诉所产生的某些费用。例如，这包括出席与美国司法部的协商会议，以及出席与美国诉波音公司（United States v. The Boeing Company），案件编号 4:21-cr-0005 (NDTX)，刑事案件有关的法庭听证会。这不包括与民事诉讼程序、与美国国会的会议或活动，或对事故进行私人调查的费用。*

为了参与政府对刑事犯罪的调查和起诉，产生的儿童看护费用金额，以先前选择的货币为单位。

为了参与政府对刑事犯罪的调查和起诉，产生的交通费用金额，以先前选择的货币为单位。

为了参与政府对刑事犯罪的调查和起诉，丧失的收入金额，以先前选择的货币为单位。

与政府对刑事犯罪的调查和起诉直接相关的法律费用金额，以先前选择的货币为单位。

## 其他

**其他经济损失**

*提供有关任何其他经济损失的信息，包括索赔金额和理由（经济损失是因犯罪而造成的可量化的经济损失）。*

## 文件

**对于美国公民受害者：** 请提供受害者死亡年份和死亡前一年的所得税申报表，但最好提供受害者死亡前三年的申报表。另请提供您所拥有的任何其他文件来支持您在上面列出的金额。

**非美国公民受害者：** 请提供受害者死亡当年和前一年的年收入证明文件，但最好是受害者死亡前三年的年收入证明文件。另请提供您所拥有的任何其他文件来支持您在上面列出的金额。

## 表格填写人确认书

**通过提交此表格，我承认所提供的所有信息都是准确和完整的。**

**填写人名字 \***

**填写人姓氏 \***

**填写人电话号码 \***

*请注明国家代码。例如：+1-xxx-xxx-xxxxx*

**填写人电子邮箱 \***

# Questionnaire de dédommagement

ATTENTION : Ce formulaire n'est pas sauvegardé automatiquement et doit être rempli en une seule fois. Veuillez vous assurer que vous disposez de toutes les informations nécessaires au moment de la saisie. Une fois que vous avez cliqué sur « Envoyer », ce formulaire ne peut plus être modifié. Veuillez contacter victimassistance.fraud@usdoj.gov si vous avez besoin de modifier vos réponses.

Le terme « victime » désigne la personne décédée à bord du vol Lion Air 610 ou du vol Ethiopian Airlines 302.

Le terme « représentant » désigne une personne qui prend en charge la demande légale de dédommagement de la victime.

## Information relative à la victime

**Prénom de la victime** *

[                                                                              ]

**Nom de famille de la victime** *

[                                                                              ]

**Date de naissance de la victime** *

*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

[          📅  ]

**La victime était-elle âgée de 18 ans ou plus au moment du décès?** *

○ Oui

○ Non

**Niveau d'éducation le plus élevé de la victime** *

○ Moins que le lycée/études secondaires

○ Études secondaires (comprend le GED)

○ Études supérieures/universitaires (pas de diplôme)

○ Diplôme d'art/ école professionnelle

○ Licence

○ Maîtrise

○ Diplôme professionnel/doctorat

○ Ne sait pas

**Sexe de la victime** *

○ Féminin

○ Masculin

○ Non précisé

**Adresse de la victime** *

[                                                                              ]

**Questionnaire de dédommagement**

**Ville de la victime** *

**État/province/région/etc. de la victime** *

**Pays de la victime** *

**Code postal de la victime** *

**Nationalité de la victime au moment du décès, si différente du pays de résidence**

**État civil de la victime au moment du décès** *

○ Célibataire – jamais mariée

○ Marié(e)

○ Divorcé(e)

○ Veuf/veuve

**Si marié(e) au moment du décès, date du mariage**

*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Nombre de personnes à la charge de la victime au moment du décès** *

*Une personne à charge est une personne qui dépend de l'aide financière de la victime*

○ Aucune

○ 1

○ 2

○ 3

○ 4 ou plus

**Questionnaire de dédommagement**

**Veuillez indiquer la devise qui sera utilisée pour tous les montants indiqués dans ce formulaire: ***

○ 1. CAD - Dollar canadien

○ 2. CNY - Yuan Renminbi de Chine

○ 3. DKK - Couronne danoise

○ 4. DJF - Franc djiboutien

○ 5. EGP - Livre égyptienne

○ 6. ETB - Birr éthiopien

○ 7. EUR - Pays membres de l'euro

○ 8. INR - Roupie indienne

○ 9. IDR - Rupiah indonésienne

○ 10. ILS - Shekel israélien

○ 11. JPY - Yen japonais

○ 12. KES - Shilling du Kenya

○ 13. SAR - Riyal d'Arabie Saoudite

○ 14. SOS - Shilling de Somalie

○ 15. ZAR - Rand sud-africain

○ 16. SEK - Couronne suédoise

○ 17. CHF - Franc suisse

○ 18. GBP - Livre sterling

○ 19. USD - Dollar des États-Unis

○ 20. Autres

**Veuillez indiquer une autre devise, le cas échéant ***

[                                                                    ]

## Information relative au représentant

**Nombre de représentants ***

○ 1

○ 2

**Questionnaire de dédommagement**

<u>Représentant n° 1</u>

### Représentant n° 1 - Prénom *

### Représentant n° 1- Nom de famille *

### Représentant n° 1 – Date de naissance *

*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

### Représentant n° 1 – Sexe *

○ Féminin

○ Masculin

○ Non précisé

### Représentant n° 1 –Relation avec la victime au moment du décès *

○ Conjoint

○ Ancien conjoint

○ Enfant

○ Parent

○ Frère ou sœur

○ Autre

### Si autre lien de parenté, veuillez expliquer *

### Représentant n° 1- Adresse postale *

*Adresse à laquelle recevoir tout paiement de dédommagement.*

### Représentant n° 1 - Ville *

**Questionnaire de dédommagement**

**Représentant n° 1- État/province/région/etc. ***

**Représentant n° 1 - Pays ***

**Représentant n° 1- Code postal ***

---

**Représentant n° 2**

**Représentant n° 2 - Prénom**

**Représentant n° 2 - Nom de famille**

**Représentant n° 2 – Date de naissance**
Veuillez indiquer la date en utilisant le format mm/jj/aaaa.

**Représentant n° 2 – Sexe**
- ○ Féminin
- ○ Masculin
- ○ Non précisé

**Représentant n° 2 –Relation avec la victime au moment du décès**
- ○ Conjoint
- ○ Ancien conjoint
- ○ Enfant
- ○ Parent
- ○ Frère ou sœur
- ○ Autre

**Questionnaire de dédommagement**

**Si autre lien de parenté, veuillez expliquer**

**Représentant n° 2 - Adresse postale**
Adresse à laquelle recevoir tout paiement de dédommagement.

**Représentant n° 2 - Ville**

**Représentant n° 2 - État/province/région/etc.**

**Représentant n° 2 - Pays**

**Représentant n° 2 - Code postal**

## Information relative au conjoint

*Si différente de l'information relative au représentant ci-dessus*

**Conjoint - Prénom**

**Conjoint – Nom de famille**

**Conjoint – Date de naissance**
*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Conjoint – Sexe**

○ Féminin

○ Masculin

○ Non précisé

**Questionnaire de dédommagement**

## Information relative aux personnes à charge

*Veuillez remplir cette partie pour chaque personne à la charge de la victime au moment du décès.*

**Personne à charge n° 1**

**Personne à charge n° 1 - Prénom**

**Personne à charge n° 1 – Nom de famille**

**Personne à charge n° 1 - Date de naissance**
*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Personne à charge n° 1 – Sexe**
- ⚪ Féminin
- ⚪ Masculin
- ⚪ Non précisé

**Personne à charge n° 1 – Relation avec la victime au moment du décès**
- ⚪ Conjoint
- ⚪ Ancien conjoint
- ⚪ Enfant
- ⚪ Parent
- ⚪ Frère ou sœur
- ⚪ Autre

**Personne à charge n° 1- Si autre lien de parenté, veuillez expliquer**

**Personne à charge n° 1 – Age de l'indépendance financière**
*Âge auquel la personne à charge deviendra/devrait devenir financièrement indépendante, le cas échéant.*

*Chiffres uniquement. Ne pas écrire en toutes lettres. Par exemple, écrire 18 au lieu de dix-huit.*

**Questionnaire de dédommagement**

<u>Personne à charge n° 2</u>

**Personne à charge n° 2 - Prénom**

**Personne à charge n° 2 – Nom de famille**

**Personne à charge n° 2 - Date de naissance**
*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Personne à charge n° 2 – Sexe**
○ Féminin
○ Masculin
○ Non précisé

**Personne à charge n° 2 – Relation avec la victime au moment du décès**
○ Conjoint
○ Ancien conjoint
○ Enfant
○ Parent
○ Frère ou sœur
○ Autre

**Personne à charge n° 2 - Si autre lien de parenté, veuillez expliquer**

**Personne à charge n° 2 – Age de l'indépendance financière**
*Âge auquel la personne à charge deviendra/devrait devenir financièrement indépendante, le cas échéant.*

*Chiffres uniquement. Ne pas écrire en toutes lettres. Par exemple, écrire 18 au lieu de dix-huit.*

**Questionnaire de dédommagement**

<u>Personne à charge n° 3</u>

**Personne à charge n° 3 - Prénom**

**Personne à charge n° 3 – Nom de famille**

**Personne à charge n° 3 - Date de naissance**
*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Personne à charge n° 3 – Sexe**

○ Féminin

○ Masculin

○ Non précisé

**Personne à charge n° 3 – Relation avec la victime au moment du décès**

○ Conjoint

○ Ancien conjoint

○ Enfant

○ Parent

○ Frère ou sœur

○ Autre

**Personne à charge n° 3 - Si autre lien de parenté, veuillez expliquer**

**Personne à charge n° 3 – Age de l'indépendance financière**
*Âge auquel la personne à charge deviendra/devrait devenir financièrement indépendante, le cas échéant.*

*Chiffres uniquement. Ne pas écrire en toutes lettres. Par exemple, écrire 18 au lieu de dix-huit.*

**Questionnaire de dédommagement**

<u>Personne à charge n° 4</u>

**Personne à charge n° 4 - Prénom**

**Personne à charge n° 4 – Nom de famille**

**Personne à charge n° 4 - Date de naissance**
*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Personne à charge n° 4 – Sexe**
- ⭕ Féminin
- ⭕ Masculin
- ⭕ Non précisé

**Personne à charge n° 4 – Relation avec la victime au moment du décès**
- ⭕ Conjoint
- ⭕ Ancien conjoint
- ⭕ Enfant
- ⭕ Parent
- ⭕ Frère ou sœur
- ⭕ Autre

**Personne à charge n° 4 - Si autre lien de parenté, veuillez expliquer**

**Personne à charge n° 4 – Age de l'indépendance financière**
*Âge auquel la personne à charge deviendra/devrait devenir financièrement indépendante, le cas échéant.*

*Chiffres uniquement. Ne pas écrire en toutes lettres. Par exemple, écrire 18 au lieu de dix-huit.*

**Questionnaire de dédommagement**

<u>**Personne à charge n° 5**</u>

**Personne à charge n° 5 - Prénom**

**Personne à charge n° 5 – Nom de famille**

**Personne à charge n° 5 - Date de naissance**

*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Personne à charge n° 5 – Sexe**

○ Féminin

○ Masculin

○ Non précisé

**Personne à charge n° 5 – Relation avec la victime au moment du décès**

○ Conjoint

○ Ancien conjoint

○ Enfant

○ Parent

○ Frère ou sœur

○ Autre

**Personne à charge n° 5 - Si autre lien de parenté, veuillez expliquer**

**Personne à charge n° 5 – Age de l'indépendance financière**

*Âge auquel la personne à charge deviendra/devrait devenir financièrement indépendante, le cas échéant.*

*Chiffres uniquement. Ne pas écrire en toutes lettres. Par exemple, écrire 18 au lieu de dix-huit.*

**Questionnaire de dédommagement**

<u>Personne à charge n° 6</u>

**Personne à charge n° 6 - Prénom**

**Personne à charge n° 6 – Nom de famille**

**Personne à charge n° 6 - Date de naissance**
*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Personne à charge n° 6 – Sexe**
○ Féminin
○ Masculin
○ Non précisé

**Personne à charge n° 6 – Relation avec la victime au moment du décès**
○ Conjoint
○ Ancien conjoint
○ Enfant
○ Parent
○ Frère ou sœur
○ Autre

**Personne à charge n° 6 - Si autre lien de parenté, veuillez expliquer**

**Personne à charge n° 6 – Age de l'indépendance financière**
*Âge auquel la personne à charge deviendra/devrait devenir financièrement indépendante, le cas échéant.*

*Chiffres uniquement. Ne pas écrire en toutes lettres. Par exemple, écrire 18 au lieu de dix-huit.*

**Questionnaire de dédommagement**

### Personne à charge n° 7

**Personne à charge n° 7 - Prénom**

**Personne à charge n° 7 – Nom de famille**

**Personne à charge n° 7 - Date de naissance**
*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Personne à charge n° 7 – Sexe**
- ○ Féminin
- ○ Masculin
- ○ Non précisé

**Personne à charge n° 7 – Relation avec la victime au moment du décès**
- ○ Conjoint
- ○ Ancien conjoint
- ○ Enfant
- ○ Parent
- ○ Frère ou sœur
- ○ Autre

**Personne à charge n° 7 - Si autre lien de parenté, veuillez expliquer**

**Personne à charge n° 7 – Age de l'indépendance financière**
*Âge auquel la personne à charge deviendra/devrait devenir financièrement indépendante, le cas échéant.*

*Chiffres uniquement. Ne pas écrire en toutes lettres. Par exemple, écrire 18 au lieu de dix-huit.*

**Questionnaire de dédommagement**

<u>**Personne à charge n° 8**</u>

**Personne à charge n° 8 - Prénom**

**Personne à charge n° 8 – Nom de famille**

**Personne à charge n° 8 - Date de naissance**
*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Personne à charge n° 8 – Sexe**
○ Féminin
○ Masculin
○ Non précisé

**Personne à charge n° 8 – Relation avec la victime au moment du décès**
○ Conjoint
○ Ancien conjoint
○ Enfant
○ Parent
○ Frère ou sœur
○ Autre

**Personne à charge n° 8 - Si autre lien de parenté, veuillez expliquer**

**Personne à charge n° 8 – Age de l'indépendance financière**
*Âge auquel la personne à charge deviendra/devrait devenir financièrement indépendante, le cas échéant.*

*Chiffres uniquement. Ne pas écrire en toutes lettres. Par exemple, écrire 18 au lieu de dix-huit.*

**Questionnaire de dédommagement**

<u>Personne à charge n° 9</u>

**Personne à charge n° 9 - Prénom**

**Personne à charge n° 9 – Nom de famille**

**Personne à charge n° 9 - Date de naissance**
*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Personne à charge n° 9 – Sexe**
○ Féminin
○ Masculin
○ Non précisé

**Personne à charge n° 9 – Relation avec la victime au moment du décès**
○ Conjoint
○ Ancien conjoint
○ Enfant
○ Parent
○ Frère ou sœur
○ Autre

**Personne à charge n° 9 - Si autre lien de parenté, veuillez expliquer**

**Personne à charge n° 9 – Age de l'indépendance financière**
*Âge auquel la personne à charge deviendra/devrait devenir financièrement indépendante, le cas échéant.*

*Chiffres uniquement. Ne pas écrire en toutes lettres. Par exemple, écrire 18 au lieu de dix-huit.*

**Questionnaire de dédommagement**

## Personne à charge n° 10

**Personne à charge n° 10 - Prénom**

**Personne à charge n° 10 – Nom de famille**

**Personne à charge n° 10 - Date de naissance**
*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Personne à charge n° 10 – Sexe**
- ○ Féminin
- ○ Masculin
- ○ Non précisé

**Personne à charge n° 10 – Relation avec la victime au moment du décès**
- ○ Conjoint
- ○ Ancien conjoint
- ○ Enfant
- ○ Parent
- ○ Frère ou sœur
- ○ Autre

**Personne à charge n° 10 - Si autre lien de parenté, veuillez expliquer**

**Personne à charge n° 10 – Age de l'indépendance financière**
*Âge auquel la personne à charge deviendra/devrait devenir financièrement indépendante, le cas échéant.*

*Chiffres uniquement. Ne pas écrire en toutes lettres. Par exemple, écrire 18 au lieu de dix-huit.*

**Questionnaire de dédommagement**

## Emploi et revenu de la victime

**Emploi de la victime au moment du décès**

○ Temps plein
○ Temps partiel
○ Sans emploi
○ Étudiant(e)
○ Retrait(é)
○ Invalide (autre qu'une invalidité temporaire)
○ Personne au foyer

---

### Emploi: Retrait(é) ou Invalide (autre qu'une invalidité temporaire)

**Date de retraite**

*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

[ 📅 ]

**Versement de pension de retraite**

*Si la victime percevait une pension de retraite, indiquez le montant <u>mensuel</u> dans la devise sélectionnée précédemment.*

[              ]

---

**Date de l'invalidité**

*Autre qu'une invalidité temporaire*
*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

[ 📅 ]

**Versement de pension d'invalidité**

*Si la victime percevait une pension d'invalidité, indiquez le montant <u>mensuel</u> dans la devise sélectionnée précédemment.*

[              ]

---

**Le régime de pension de retraite ou d'invalidité de la victime comprenait-il une clause de survie?**

*Une clause de survie permet au bénéficiaire désigné de continuer à percevoir des prestations du régime de retraite ou d'invalidité.*

○ Oui
○ Non

**Questionnaire de dédommagement**

### Emploi: Personne au foyer

**Identifier le nombre d'heures par semaine que la victime consacrait aux services ménagers**

[                              ]

**Pouvez-vous quantifier les coûts de remplacement des travaux effectués par la victime?**

*Par exemple, les coûts de remplacement d'une femme de ménage, d'un jardinier, d'un homme à tout faire, d'une garde d'enfants, etc.*

○ Oui

○ Non

**Indiquez le montant mensuel des coûts de remplacement des tâches effectués par la victime dans la devise sélectionnée précédemment.**

[                              ]

Pour les victimes qui étaient sur le marché du travail et/ou qui travaillaient à leur compte au moment du décès ou au cours des trois années précédant le décès:

**Nombre d'employeurs de la victime au cours de l'année du décès et des trois années précédant le décès**

○ 0 (zero)

○ 1 (one)

○ 2 (two)

○ 3 (three)

**Questionnaire de dédommagement**

<u>**Employeur n° 1**</u>

**Employeur n° 1 – Nom de l'employeur**

**Employeur n° 1 – Date d'embauche**

*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Employeur n° 1 – Date de fin d'emploi**

Laissez en blanc si sans objet.
Veuillez indiquer la date en utilisant le format mm/jj/aaaa.

**Employeur n° 1 (année du décès) – Revenu mensuel**

*Veuillez indiquer le montant des <u>revenus mensuels</u> (salaires/honoraires et primes) perçus par la victime au cours de <u>l'année de son décès</u>, dans la devise sélectionnée précédemment.*

*Si la victime n'a pas travaillé pour cet employeur pendant cette période, veuillez indiquer 0.*

**Employeur n° 1 (année no 1) – Revenus annuels**

Veuillez indiquer le montant des <u>revenus annuels</u> (salaires/honoraires et primes) perçus par la victime au cours de <u>l'année civile précédant son décès</u>, dans la devise sélectionnée précédemment.

Si la victime n'a pas travaillé pour cet employeur pendant cette période, veuillez indiquer 0.

**Employeur n° 1 (année no 2) – Revenus annuels**

*Veuillez indiquer le montant des <u>revenus annuels</u> (salaires/honoraires et primes) perçus par la victime au cours de <u>l'année civile précédant de deux ans son décès</u>, dans la devise sélectionnée précédemment.*

*Si la victime n'a pas travaillé pour cet employeur pendant cette période, veuillez indiquer 0.*

**Questionnaire de dédommagement**

### Employeur n° 1 (année no 3) - Revenus annuels

*Veuillez indiquer le montant des <u>revenus annuels</u> (salaires/honoraires et primes) perçus par la victime au cours de <u>l'année civile précédant de trois ans son décès</u>, dans la devise sélectionnée précédemment.*

*Si la victime n'a pas travaillé pour cet employeur pendant cette période, veuillez indiquer 0.*

### Employeur n° 1 - Prestations versées par l'employeur

*Indiquez si la victime a bénéficié de prestations versées par l'employeur au cours de l'année civile précédant son décès.*

○ Oui

○ Non

○ Ne sait pas

### Employeur n° 1 - Type de prestations versées par l'employeur

*Indiquez le type de prestations versées par l'employeur dont la victime a bénéficié au cours de l'année civile précédant son décès. Cochez toutes les cases qui s'appliquent.*

☐ Avantages divers

☐ Assurance maladie

☐ Régime de retraite

---

### Employeur n° 2

### Employeur n° 2 – Nom de l'employeur

### Employeur n° 2 – Date d'embauche

*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

### Employeur n° 2 – Date de fin d'emploi

*Laissez en blanc si sans objet.*
*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Questionnaire de dédommagement**

### Employeur n° 2 (année du décès) – Revenu mensuel

*Veuillez indiquer le montant des <u>revenus mensuels</u> (salaires/honoraires et primes) perçus par la victime au cours de <u>l'année de son décès</u>, dans la devise sélectionnée précédemment.*

*Si la victime n'a pas travaillé pour cet employeur pendant cette période, veuillez indiquer 0.*

[                    ]

### Employeur n° 2 (année no 1) – Revenus annuels

*Veuillez indiquer le montant des <u>revenus annuels</u> (salaires/honoraires et primes) perçus par la victime au cours de <u>l'année civile précédant son décès</u>, dans la devise sélectionnée précédemment.*

*Si la victime n'a pas travaillé pour cet employeur pendant cette période, veuillez indiquer 0.*

[                    ]

### Employeur n° 2 (année no 2) – Revenus annuels

*Veuillez indiquer le montant des <u>revenus annuels</u> (salaires/honoraires et primes) perçus par la victime au cours de <u>l'année civile précédant de deux ans son décès</u>, dans la devise sélectionnée précédemment.*

*Si la victime n'a pas travaillé pour cet employeur pendant cette période, veuillez indiquer 0.*

[                    ]

### Employeur n° 2 (année no 3) - Revenus annuels

*Veuillez indiquer le montant des <u>revenus annuels</u> (salaires/honoraires et primes) perçus par la victime au cours de <u>l'année civile précédant de trois ans son décès</u>, dans la devise sélectionnée précédemment.*

*Si la victime n'a pas travaillé pour cet employeur pendant cette période, veuillez indiquer 0.*

[                    ]

### Employeur n° 2 - Prestations versées par l'employeur

*Indiquez si la victime a bénéficié de prestations versées par l'employeur au cours de l'année civile précédant son décès.*

○ Oui

○ Non

○ Ne sait pas

**Employeur n° 2 - Type de prestations versées par l'employeur**

*Indiquez le type de prestations versées par l'employeur dont la victime a bénéficié au cours de l'année civile précédant son décès. Cochez toutes les cases qui s'appliquent.*

☐ Avantages divers

☐ Assurance maladie

☐ Régime de retraite

---

## Employeur n° 3

**Employeur n° 3 – Nom de l'employeur**

**Employeur n° 3 – Date d'embauche**

*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Employeur n° 3 – Date de fin d'emploi**

*Laissez en blanc si sans objet.*
*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Employeur n° 3 (année du décès) – Revenu mensuel**

Veuillez indiquer le montant des revenus mensuels (salaires/honoraires et primes) perçus par la victime au cours de l'année de son décès, dans la devise sélectionnée précédemment.

Si la victime n'a pas travaillé pour cet employeur pendant cette période, veuillez indiquer 0.

**Employeur n° 3 (année no 1) – Revenus annuels**

*Veuillez indiquer le montant des revenus annuels (salaires/honoraires et primes) perçus par la victime au cours de l'année civile précédant son décès, dans la devise sélectionnée précédemment.*

*Si la victime n'a pas travaillé pour cet employeur pendant cette période, veuillez indiquer 0.*

**Questionnaire de dédommagement**

### Employeur n° 3 (année no 2) – Revenus annuels

Veuillez indiquer le montant des <u>revenus annuels</u> (salaires/honoraires et primes) perçus par la victime au cours de <u>l'année civile précédant de deux ans son décès</u>, dans la devise sélectionnée précédemment.

Si la victime n'a pas travaillé pour cet employeur pendant cette période, veuillez indiquer 0.

### Employeur n° 3 (année no 3) - Revenus annuels

*Veuillez indiquer le montant des <u>revenus annuels</u> (salaires/honoraires et primes) perçus par la victime au cours de <u>l'année civile précédant de trois ans son décès</u>, dans la devise sélectionnée précédemment.*

*Si la victime n'a pas travaillé pour cet employeur pendant cette période, veuillez indiquer 0.*

### Employeur n° 3 - Prestations versées par l'employeur

*Indiquez si la victime a bénéficié de prestations versées par l'employeur au cours de l'année civile précédant son décès.*

◯ Oui

◯ Non

◯ Ne sait pas

### Employeur n° 3 - Type de prestations versées par l'employeur

*Indiquez le type de prestations versées par l'employeur dont la victime a bénéficié au cours de l'année civile précédant son décès. Cochez toutes les cases qui s'appliquent.*

☐ Avantages divers

☐ Assurance maladie

☐ Régime de retraite

### Date de retraite prévue de la victime

*Laissez en blanc si elle est inconnue.*
*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Questionnaire de dédommagement**

## Information relative aux parents

*Si la victime était âgée de moins de 18 ans au moment de son décès, veuillez fournir les informations suivantes concernant le(s) parent(s) de celle-ci.*

### Parent n° 1 – Sexe

○ Féminin
○ Masculin
○ Non précisé

### Parent n° 1 – Niveau d'éducation le plus élevé

○ Moins que l'école secondaire
○ Études secondaires (comprend le GED)
○ Études supérieures universitaires (sans diplôme)
○ Diplôme d'arts / école professionnelle
○ Licence
○ Maîtrise
○ Diplôme professionnel/doctorat
○ Ne sait pas

### Parent n° 2 – Sexe

○ Féminin
○ Masculin
○ Non précisé

### Parent n° 2 – Niveau d'éducation le plus élevé

○ Moins que l'école secondaire
○ Études secondaires (comprend le GED)
○ Études supérieures universitaires (sans diplôme)
○ Diplôme d'arts / école professionnelle
○ Licence
○ Maîtrise
○ Diplôme professionnel/doctorat
○ Ne sait pas

**Questionnaire de dédommagement**

## Autres revenus

Indiquez tout autre revenu perçu par la victime au cours de l'année du décès et des trois années précédant le décès. Cochez tout ce qui s'applique.

**Autres revenus de la victime**

☐ Aucun - aucun autre revenu

☐ Revenus d'investissement

☐ Revenus professionnels

☐ Revenus locatifs

☐ Revenus de redevances

☐ Revenus de pensions et de rentes

☐ Revenus passifs

☐ Autres revenus

**Autre : Veuillez expliquer le type de revenu reçu qui n'est pas mentionné ci-dessus.**

[                                                    ]

**Autre revenus – Année du décès**

*Veuillez indiquer le montant mensuel total des autres revenus perçus au cours de l'année du décès de la victime dans la devise sélectionnée précédemment.*

*Si la victime n'a pas perçu d'autres revenus au cours de cette année, veuillez indiquer 0.*

[                        ]

**Autre revenus – Année n° 1**

*Veuillez indiquer le montant annuel total des autres revenus perçus au cours de l'année civile précédant le décès de la victime dans la devise sélectionnée précédemment.*

*Si la victime n'a pas perçu d'autres revenus au cours de cette année, veuillez indiquer 0.*

[                        ]

**Questionnaire de dédommagement**

### Autre revenus – Année n° 2

*Veuillez indiquer le <u>montant annuel</u> total des autres revenus perçus au cours de <u>l'année civile précédant de deux ans le décès de la victime</u> dans la devise sélectionnée précédemment.*

*Si la victime n'a pas perçu d'autres revenus au cours de cette année, veuillez indiquer 0.*

[                    ]

### Autre revenus – Année n° 3

*Veuillez indiquer le <u>montant annuel</u> total des autres revenus perçus au cours de <u>l'année civile précédant de trois ans le décès de la victime</u> dans la devise sélectionnée précédemment.*

*Si la victime n'a pas perçu d'autres revenus au cours de cette année, veuillez indiquer 0.*

[                    ]

## Consommation

### Le conjoint de la victime contribuait-il au revenu du ménage au moment du décès de la victime ?

○ Oui

○ Non

### Revenus annuels du conjoint de la victime dans l'année du décès de la victime

*Ceci comprend les revenus provenant des salaires/honoraires et des primes, des pensions d'invalidité ou des pensions de retraite dans <u>l'année du décès de la victime</u>, dans la devise sélectionnée précédemment.*

[                    ]

### Revenus annuels du conjoint de la victime au cours de l'année précédant le décès de la victime

*Ceci comprend les revenus provenant des salaires et des primes, des pensions d'invalidité ou des pensions de retraite au cours de <u>l'année précédant le décès de la victime</u>, dans la devise sélectionnée précédemment.*

*Si le conjoint de la victime n'a pas contribué au revenu du ménage au cours de cette année, veuillez indiquer 0.*

[                    ]

**Questionnaire de dédommagement**

**Autres revenus perçus par le conjoint de la victime au cours de l'année du décès de la victime et de l'année précédant le décès de la victime:**

Sélectionnez toutes les réponses qui s'appliquent.

- ☐ Aucun - aucun autre revenu
- ☐ Revenus d'investissement
- ☐ Revenus professionnels
- ☐ Revenus de location
- ☐ Revenus de redevances
- ☐ Revenus de pensions et de rentes
- ☐ Revenus passifs
- ☐ Autres revenus

**Autres revenus perçus par le conjoint de la victime au cours de l'année du décès de la victime**

*Veuillez indiquer le montant annuel total des autres revenus perçus par le conjoint de la victime au cours de l'année du décès de la victime, dans la devise sélectionnée précédemment. Ne répétez pas les autres revenus indiqués ci-dessus pour la victime si ces autres revenus sont des revenus conjoints.*

*Si le conjoint de la victime n'a pas perçu d'autres revenus au cours de cette année, veuillez indiquer 0.*

> [                                    ]

**Autres revenus perçus par le conjoint de la victime au cours de l'année précédant le décès de la victime**

*Veuillez indiquer le montant annuel total des autres revenus perçus par le conjoint de la victime au cours de l'année précédant le décès de la victime, dans la devise sélectionnée précédemment. Ne répétez pas les autres revenus indiqués ci-dessus pour la victime si ces autres revenus sont des revenus conjoints.*

*Si le conjoint de la victime n'a pas perçu d'autres revenus au cours de cette année, veuillez indiquer 0.*

> [                                    ]

**Questionnaire de dédommagement**

### Dépenses extraordinaires de la victime

**Pension alimentaire pour le conjoint**

*Si la victime était responsable du paiement d'une pension alimentaire pour son conjoint, veuillez indiquer le montant mensuel payé dans la devise sélectionnée précédemment.*

*Laissez en blanc si ce n'est pas le cas.*

**Date à laquelle le versement de la pension alimentaire pour le conjoint prendrait fin**

*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Paiement de la pension alimentaire pour le(s) enfant(s)**

*Si la victime était tenue de verser une pension alimentaire, veuillez indiquer le montant mensuel versé dans la devise sélectionnée précédemment.*

*Laissez en blanc si ce n'est pas le cas.*

**Date à laquelle le versement de la pension alimentaire pour le(s) enfant(s) prendrait fin**

*Veuillez indiquer la date en utilisant le format mm/jj/aaaa.*

**Assurance maladie financée par l'État ou par des fonds publics**

*Si la victime a bénéficié de prestations financées par l'État ou par des fonds publics, veuillez indiquer le montant mensuel reçu pour l'assurance maladie dans la devise sélectionnée précédemment.*

*Laissez en blanc si ce n'est pas le cas.*

**Aide au logement financée par l'État ou par des fonds publics**

*Si la victime a reçu des aides publiques/de l'État, veuillez indiquer le montant mensuel reçu au titre de l'aide au logement dans la devise sélectionnée précédemment.*

*Laissez en blanc si ce n'est pas le cas.*

**Questionnaire de dédommagement**

## Perte de biens

**Indiquez la valeur des biens de la victime perdus ou endommagés dans le crash, dans la devise choisie précédemment.**

[                    ]

---

## Frais à la charge du bénéficiaire

*Indiquez toutes les sommes engagées par le(s) représentant(s) en rapport avec le décès de la victime.*

**Montant total des frais funéraires (par exemple, frais d'inhumation, frais de crémation, etc.) dans la devise sélectionnée précédemment.**

[                    ]

*<u>Coûts liés à l'enquête:</u> Les coûts liés à l'enquête sont certains coûts liés à votre participation à l'enquête et à la poursuite de l'infraction pénale par le gouvernement fédéral. Ceci comprend, par exemple, la participation aux réunions de concertation avec le département de la Justice des États-Unis et la participation aux audiences du tribunal concernant l'affaire pénale United States contre The Boeing Company, numéro de dossier 4:21-cr-0005 (NDTX). Elle n'inclut pas les coûts liés aux procédures judiciaires civiles, aux réunions avec le Congrès des États-Unis ou aux événements qui s'y déroulent, ni aux enquêtes privées sur les crashs.*

**Montant des frais de garde d'enfants pour permettre la participation à l'enquête et à la poursuite de l'infraction pénale par le gouvernement, dans la devise sélectionnée précédemment.**

[                    ]

**Montant des frais de transport pour permettre la participation à l'enquête et aux poursuites de l'infraction pénale par le gouvernement, dans la devise sélectionnée précédemment.**

[                    ]

**Montant des revenus perdus pour la participation à l'enquête et aux poursuites de l'infraction pénale par le gouvernement, dans la devise sélectionnée précédemment.**

[                    ]

**Montant des frais judiciaires liés à l'enquête et aux poursuites de l'infraction pénale par le gouvernement, dans la devise sélectionnée précédemment.**

[                    ]

## Autre

**Autres dommages pécuniaires**

Veuillez fournir des informations sur tout autre dommage pécuniaire, y compris le montant et la justification de la demande (les dommages pécuniaires sont des pertes économiques quantifiables subies en raison de l'infraction).

## Documentation

**Pour les victimes de nationalité américaine:** Veuillez fournir les déclarations d'impôt sur le revenu pour l'année du décès de la victime et l'année précédant le décès de la victime, mais de préférence pour les trois années précédant le décès de la victime. Veuillez également fournir tous les documents supplémentaires dont vous disposez qui justifieraient les montants que vous avez indiqués ci-dessus.

**Pour les victimes qui ne sont pas de nationalité américaine:** Veuillez fournir des documents attestant du revenu annuel pour l'année du décès de la victime et l'année précédant le décès de la victime, mais de préférence pour les trois années précédant le décès de la victime. Veuillez également fournir tous les documents supplémentaires dont vous disposez qui justifieraient les montants que vous avez indiqués ci-dessus.

## Attestation du préparateur du questionnaire

**En soumettant ce formulaire, je reconnais que toutes les informations fournies sont exactes et complètes.**

**Prénom du préparateur** *

**Nom de famille du préparateur** *

**Numéro de téléphone du préparateur** *

Veuillez inclure l'indicatif du pays. Par exemple, +1-xxx-xxx-xxxx

**Adresse électronique du préparateur** *

# Fragebogen zur Beantragung einer Entschädigung

HINWEIS: Dieses Formular wird nicht automatisch gespeichert und muss daher vollständig auf einmal ausgefüllt werden. Bitte tragen Sie Sorge dafür, dass alle notwendigen Angaben zum Zeitpunkt des Ausfüllens zur Verfügung stehen. Nachdem Sie auf „Absenden" geklickt haben, können Sie keine weiteren Änderungen am Formular vornehmen. Bitte kontaktieren Sie victimassistance.fraud@usdoj.gov, wenn Sie Änderungen an Ihren Antworten vornehmen müssen.

Der Begriff „Opfer" bezieht sich auf die Person, die beim Absturz des Fluges Lion Air 610 oder Ethiopian Airlines 302 ums Leben kam.

Der Begriff „Vertreter(in)" bezieht sich auf die natürliche Person, die den Rechtsanspruch des Opfers auf Entschädigung übernimmt.

**Fragebogen zur Beantragung einer Entschädigung**

## Angaben zum Opfer

**Vorname des Opfers** *

**Nachname des Opfers** *

**Geburtdatum des Opfers** *
*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**War das Opfer zum Zeitpunkt des Todes mindestens 18 Jahre alt?** *
- ○ Ja
- ○ Nein

**Bildungsstand des Opfers** *
- ○ Haupt- oder Realschulabschluss
- ○ Abitur oder Fachhochschulreife
- ○ Studium (ohne Abschluss)
- ○ Fachschule, Berufsakademie oder vergleichbare zweijährige berufsbildende Schule
- ○ Bachelorabschluss
- ○ Masterabschluss
- ○ Fachabschluss/höherer berufsqualifizierender Hochschulabschluss
- ○ Nicht bekannt

**Geschlecht des Opfers** *
- ○ Weiblich
- ○ Männlich
- ○ Keine Angabe

**Straße und Hausnummer des Opfers** *

**Fragebogen zur Beantragung einer Entschädigung**

Wohnort des Opfers *

Land des Wohnsitzes des Opfers *

Postleitzahl des Opfers *

Staatsangehörigkeit des Opfers zum Zeitpunkt des Todes, falls abweichend vom Land des Wohnsitzes

Personenstand des Opfers zum Zeitpunkt des Todes *

○ Ledig - noch nie verheiratet

○ Verheiratet

○ Geschieden

○ Verwitwet

Datum der Eheschließung, falls das Opfer zum Zeitpunkt des Todes verheiratet war.

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

Anzahl der unterhaltsberechtigten Personen des Opfers zum Zeitpunkt des Todes *

*Unterhaltsberechtigte Personen sind natürliche Personen, die auf die finanzielle Unterstützung des Opfers angewiesen waren.*

○ Keine

○ 1

○ 2

○ 3

○ 4 oder mehr

**Fragebogen zur Beantragung einer Entschädigung**

**Bitte geben Sie die Währung an, die für alle auf diesem Formular angegebenen Beträge gilt: ***

○ 1. CAD - Kanadischer Dollar

○ 2. CNY - Chinesischer Yuan Renminbi

○ 3. DKK - Dänische Krone

○ 4. DJF - Dschibuti-Franc

○ 5. EGP - Ägyptisches Pfund

○ 6. ETB - Äthiopischer Birr

○ 7. EUR - Euro-Mitgliedsländer

○ 8. INR - Indische Rupie

○ 9. IDR - Indonesische Rupiah

○ 10. ILS - Israelischer Schekel

○ 11. JPY - Japanischer Yen

○ 12. KES - Kenia-Schilling

○ 13. SAR - Saudi-Riyal

○ 14. SOS - Somali-Schilling

○ 15. ZAR - Südafrikanischer Rand

○ 16. SEK - Schwedische Krone

○ 17. CHF - Schweizer Franken

○ 18. GBP - Britisches Pfund Sterling

○ 19. USD - US-Dollar

○ 20. Sonstige Währung

**Falls sonstige Währung, bitte angeben: ***

[                                                                    ]

## Angaben zum/zur Vertreter(in)

**Anzahl der Vertreter ***

○ 1

○ 2

**Fragebogen zur Beantragung einer Entschädigung**

## Vertreter(in) 1

**Vertreter(in) 1 – Vorname ***

**Vertreter(in) 1 - Nachname ***

**Vertreter(in) 1 - Geburtsdatum ***
*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Vertreter(in) 1 - Geschlecht ***
○ Weiblich
○ Männlich
○ Keine Angabe

**Vertreter(in) 1 - Beziehung zum Opfer zum Zeitpunkt des Todes ***
○ Ehepartner(in)
○ Geschiedene(r) Ehepartner(in)
○ Kind
○ Elternteil
○ Bruder/Schwester
○ Sonstig

**Falls sonstig, bitte nähere Angaben machen: ***

**Vertreter(in) 1 - Straße und Hausnummer ***
Postanschrift, an welche die Entschädigung gesendet werden soll.

**Vertreter(in) 1 – Wohnort ***

**Fragebogen zur Beantragung einer Entschädigung**

**Vertreter(in) 1 – Land des Wohnsitzes** *

**Vertreter(in) 1 – Postleitzahl** *

---

**Vertreter(in) 2**

**Vertreter(in) 2 – Vorname**

**Vertreter(in) 2 - Nachname**

**Vertreter(in) 2 - Geburtsdatum**

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Vertreter(in) 2 - Geschlecht**

○ Weiblich

○ Männlich

○ Keine Angabe

**Vertreter(in) 2 - Beziehung zum Opfer zum Zeitpunkt des Todes**

○ Ehepartner(in)

○ Geschiedene(r) Ehepartner(in)

○ Kind

○ Elternteil

○ Bruder/Schwester

○ Sonstig

**Fragebogen zur Beantragung einer Entschädigung**

**Falls sonstig, bitte nähere Angaben machen:**

**Vertreter(in) 2 - Straße und Hausnummer**
*Postanschrift, an welche die Entschädigung gesendet werden soll.*

**Vertreter(in) 2 – Wohnort**

**Vertreter(in) 2 – Land des Wohnsitzes**

**Vertreter(in) 2 – Postleitzahl**

## Angaben zum/zur Ehepartner(in)
*Falls abweichend von den obigen Angaben zum/zur Vertreter(in)*

**Ehepartner(in) - Vorname**

**Ehepartner(in) - Nachname**

**Ehepartner(in) - Geburtsdatum**
*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Ehepartner(in) - Geschlecht**
○ Female
○ Male
○ Not Specified

**Fragebogen zur Beantragung einer Entschädigung**

## Angaben zu unterhaltsberechtigten Personen

*Bitte machen Sie Angaben zu jeder unterhaltsberechtigten Person des Opfers zum Zeitpunkt des Todes.*

### Unterhaltsberechtigte Person 1

**Unterhaltsberechtigte Person 1 - Vorname**

**Unterhaltsberechtigte Person 1 - Nachname**

**Unterhaltsberechtigte Person 1 - Geburtsdatum**
*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Unterhaltsberechtigte Person 1 - Geschlecht**
- ○ Weiblich
- ○ Männlich
- ○ Keine Angabe

**Unterhaltsberechtigte Person 1 - Beziehung zum Opfer zum Zeitpunkt des Todes**
- ○ Ehepartner(in)
- ○ Geschiedene(r) Ehepartner(in)
- ○ Kind
- ○ Elternteil
- ○ Bruder/Schwester
- ○ Sonstig

**Unterhaltsberechtigte Person 1 - Falls sonstig, bitte nähere Angaben machen:**

**Unterhaltsberechtigte Person 1 - Alter zum Zeitpunkt der finanziellen Unabhängigkeit**
*Alter, an dem die unterhaltsberechtigte Person ggf. finanziell unabhängig sein wird/geworden wäre.*

*Nur Zahlen. Bitte nicht in Buchstaben angeben. Geben Sie zum Beispiel „18" und nicht „achtzehn" an.*

**Fragebogen zur Beantragung einer Entschädigung**

### Unterhaltsberechtigte Person 2

**Unterhaltsberechtigte Person 2 - Vorname**

**Unterhaltsberechtigte Person 2 - Nachname**

**Unterhaltsberechtigte Person 2 - Geburtsdatum**

Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.

**Unterhaltsberechtigte Person 2 - Geschlecht**

○ Weiblich

○ Männlich

○ Keine Angabe

**Unterhaltsberechtigte Person 2 - Beziehung zum Opfer zum Zeitpunkt des Todes**

○ Ehepartner(in)

○ Geschiedene(r) Ehepartner(in)

○ Kind

○ Elternteil

○ Bruder/Schwester

○ Sonstig

**Unterhaltsberechtigte Person 2 - Falls sonstig, bitte nähere Angaben machen:**

**Unterhaltsberechtigte Person 2 - Alter zum Zeitpunkt der finanziellen Unabhängigkeit**

*Alter, an dem die unterhaltsberechtigte Person ggf. finanziell unabhängig sein wird/geworden wäre.*

*Nur Zahlen. Bitte nicht in Buchstaben angeben. Geben Sie zum Beispiel „18" und nicht „achtzehn" an.*

**Fragebogen zur Beantragung einer Entschädigung**

## Unterhaltsberechtigte Person 3

**Unterhaltsberechtigte Person 3 - Vorname**

**Unterhaltsberechtigte Person 3 - Nachname**

**Unterhaltsberechtigte Person 3 - Geburtsdatum**

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Unterhaltsberechtigte Person 3 - Geschlecht**

○ Weiblich

○ Männlich

○ Keine Angabe

**Unterhaltsberechtigte Person 3 - Beziehung zum Opfer zum Zeitpunkt des Todes**

○ Ehepartner(in)

○ Geschiedene(r) Ehepartner(in)

○ Kind

○ Elternteil

○ Bruder/Schwester

○ Sonstig

**Unterhaltsberechtigte Person 3 - Falls sonstig, bitte nähere Angaben machen:**

**Unterhaltsberechtigte Person 3 - Alter zum Zeitpunkt der finanziellen Unabhängigkeit**

*Alter, an dem die unterhaltsberechtigte Person ggf. finanziell unabhängig sein wird/geworden wäre.*

*Nur Zahlen. Bitte nicht in Buchstaben angeben. Geben Sie zum Beispiel „18" und nicht „achtzehn" an.*

**Fragebogen zur Beantragung einer Entschädigung**

### Unterhaltsberechtigte Person 4

**Unterhaltsberechtigte Person 4 - Vorname**

**Unterhaltsberechtigte Person 4 - Nachname**

**Unterhaltsberechtigte Person 4 - Geburtsdatum**

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Unterhaltsberechtigte Person 4 - Geschlecht**

○ Weiblich

○ Männlich

○ Keine Angabe

**Unterhaltsberechtigte Person 4 - Beziehung zum Opfer zum Zeitpunkt des Todes**

○ Ehepartner(in)

○ Geschiedene(r) Ehepartner(in)

○ Kind

○ Elternteil

○ Bruder/Schwester

○ Sonstig

**Unterhaltsberechtigte Person 4 - Falls sonstig, bitte nähere Angaben machen:**

**Unterhaltsberechtigte Person 4 - Alter zum Zeitpunkt der finanziellen Unabhängigkeit**

*Alter, an dem die unterhaltsberechtigte Person ggf. finanziell unabhängig sein wird/geworden wäre.*

*Nur Zahlen. Bitte nicht in Buchstaben angeben. Geben Sie zum Beispiel „18" und nicht „achtzehn" an.*

**Fragebogen zur Beantragung einer Entschädigung**

### Unterhaltsberechtigte Person 5

**Unterhaltsberechtigte Person 5 - Vorname**

**Unterhaltsberechtigte Person 5 - Nachname**

**Unterhaltsberechtigte Person 5 - Geburtsdatum**

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Unterhaltsberechtigte Person 5 - Geschlecht**

○ Weiblich

○ Männlich

○ Keine Angabe

**Unterhaltsberechtigte Person 5 - Beziehung zum Opfer zum Zeitpunkt des Todes**

○ Ehepartner(in)

○ Geschiedene(r) Ehepartner(in)

○ Kind

○ Elternteil

○ Bruder/Schwester

○ Sonstig

**Unterhaltsberechtigte Person 5 - Falls sonstig, bitte nähere Angaben machen:**

**Unterhaltsberechtigte Person 5 - Alter zum Zeitpunkt der finanziellen Unabhängigkeit**

*Alter, an dem die unterhaltsberechtigte Person ggf. finanziell unabhängig sein wird/geworden wäre.*

*Nur Zahlen. Bitte nicht in Buchstaben angeben. Geben Sie zum Beispiel „18" und nicht „achtzehn" an.*

**Fragebogen zur Beantragung einer Entschädigung**

### Unterhaltsberechtigte Person 6

**Unterhaltsberechtigte Person 6 - Vorname**

**Unterhaltsberechtigte Person 6 - Nachname**

**Unterhaltsberechtigte Person 6 - Geburtsdatum**

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Unterhaltsberechtigte Person 6 - Geschlecht**

○ Weiblich

○ Männlich

○ Keine Angabe

**Unterhaltsberechtigte Person 6 - Beziehung zum Opfer zum Zeitpunkt des Todes**

○ Ehepartner(in)

○ Geschiedene(r) Ehepartner(in)

○ Kind

○ Elternteil

○ Bruder/Schwester

○ Sonstig

**Unterhaltsberechtigte Person 6 - Falls sonstig, bitte nähere Angaben machen:**

**Unterhaltsberechtigte Person 6 - Alter zum Zeitpunkt der finanziellen Unabhängigkeit**

*Alter, an dem die unterhaltsberechtigte Person ggf. finanziell unabhängig sein wird/geworden wäre.*

*Nur Zahlen. Bitte nicht in Buchstaben angeben. Geben Sie zum Beispiel „18" und nicht „achtzehn" an.*

**Fragebogen zur Beantragung einer Entschädigung**

### Unterhaltsberechtigte Person 7

**Unterhaltsberechtigte Person 7 - Vorname**

**Unterhaltsberechtigte Person 7 - Nachname**

**Unterhaltsberechtigte Person 7 - Geburtsdatum**

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Unterhaltsberechtigte Person 7 - Geschlecht**

○ Weiblich

○ Männlich

○ Keine Angabe

**Unterhaltsberechtigte Person 7 - Beziehung zum Opfer zum Zeitpunkt des Todes**

○ Ehepartner(in)

○ Geschiedene(r) Ehepartner(in)

○ Kind

○ Elternteil

○ Bruder/Schwester

○ Sonstig

**Unterhaltsberechtigte Person 7 - Falls sonstig, bitte nähere Angaben machen:**

**Unterhaltsberechtigte Person 7 - Alter zum Zeitpunkt der finanziellen Unabhängigkeit**

*Alter, an dem die unterhaltsberechtigte Person ggf. finanziell unabhängig sein wird/geworden wäre.*

*Nur Zahlen. Bitte nicht in Buchstaben angeben. Geben Sie zum Beispiel „18" und nicht „achtzehn" an.*

**Fragebogen zur Beantragung einer Entschädigung**

**Fragebogen zur Beantragung einer Entschädigung**

### Unterhaltsberechtigte Person 8

**Unterhaltsberechtigte Person 8 - Vorname**

**Unterhaltsberechtigte Person 8 - Nachname**

**Unterhaltsberechtigte Person 8 - Geburtsdatum**

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Unterhaltsberechtigte Person 8 - Geschlecht**

○ Weiblich

○ Männlich

○ Keine Angabe

**Unterhaltsberechtigte Person 8 - Beziehung zum Opfer zum Zeitpunkt des Todes**

○ Ehepartner(in)

○ Geschiedene(r) Ehepartner(in)

○ Kind

○ Elternteil

○ Bruder/Schwester

○ Sonstig

**Unterhaltsberechtigte Person 8 - Falls sonstig, bitte nähere Angaben machen:**

**Unterhaltsberechtigte Person 8 - Alter zum Zeitpunkt der finanziellen Unabhängigkeit**

*Alter, an dem die unterhaltsberechtigte Person ggf. finanziell unabhängig sein wird/geworden wäre.*

*Nur Zahlen. Bitte nicht in Buchstaben angeben. Geben Sie zum Beispiel „18" und nicht „achtzehn" an.*

**Fragebogen zur Beantragung einer Entschädigung**

### Unterhaltsberechtigte Person 9

**Unterhaltsberechtigte Person 9 - Vorname**

**Unterhaltsberechtigte Person 9 - Nachname**

**Unterhaltsberechtigte Person 9 - Geburtsdatum**

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Unterhaltsberechtigte Person 9 - Geschlecht**

○ Weiblich

○ Männlich

○ Keine Angabe

**Unterhaltsberechtigte Person 9 - Beziehung zum Opfer zum Zeitpunkt des Todes**

○ Ehepartner(in)

○ Geschiedene(r) Ehepartner(in)

○ Kind

○ Elternteil

○ Bruder/Schwester

○ Sonstig

**Unterhaltsberechtigte Person 9 - Falls sonstig, bitte nähere Angaben machen:**

**Unterhaltsberechtigte Person 9 - Alter zum Zeitpunkt der finanziellen Unabhängigkeit**

*Alter, an dem die unterhaltsberechtigte Person ggf. finanziell unabhängig sein wird/geworden wäre.*

*Nur Zahlen. Bitte nicht in Buchstaben angeben. Geben Sie zum Beispiel „18" und nicht „achtzehn" an.*

**Fragebogen zur Beantragung einer Entschädigung**

### Unterhaltsberechtigte Person 10

**Unterhaltsberechtigte Person 10 - Vorname**

**Unterhaltsberechtigte Person 10 - Nachname**

**Unterhaltsberechtigte Person 10 - Geburtsdatum**

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Unterhaltsberechtigte Person 10 - Geschlecht**

○ Weiblich

○ Männlich

○ Keine Angabe

**Unterhaltsberechtigte Person 10 - Beziehung zum Opfer zum Zeitpunkt des Todes**

○ Ehepartner(in)

○ Geschiedene(r) Ehepartner(in)

○ Kind

○ Elternteil

○ Bruder/Schwester

○ Sonstig

**Unterhaltsberechtigte Person 10 - Falls sonstig, bitte nähere Angaben machen:**

**Unterhaltsberechtigte Person 10 - Alter zum Zeitpunkt der finanziellen Unabhängigkeit**

*Alter, an dem die unterhaltsberechtigte Person ggf. finanziell unabhängig sein wird/geworden wäre.*

*Nur Zahlen. Bitte nicht in Buchstaben angeben. Geben Sie zum Beispiel „18" und nicht „achtzehn" an.*

**Fragebogen zur Beantragung einer Entschädigung**

## Angaben zum Beschäftigungsverhältnis und Einkommen des Opfers

**Beschäftigungsstatus des Opfers zum Zeitpunkt des Todes \***

○ Vollzeitbeschäftigt

○ Teilzeitbeschäftigt

○ Arbeitslos

○ Schüler(in)/Studierende(r)

○ Im Ruhestand

○ Erwerbsunfähig (vorübergehende Erwerbsunfähigkeit ausgenommen)

○ Hausfrau/Hausmann

---

### Beschäftigungsstatus: Im Ruhestand oder Erwerbsunfähig (vorübergehende Erwerbsunfähigkeit ausgenommen)

**Datum des Eintritts in den Ruhestand**

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

[                    ] 📅

**Ruhestandsbezüge**

*Hat das Opfer Ruhestandsbezüge erhalten, geben Sie bitte den* <u>monatlich</u> *erhaltenen Betrag in der oben ausgewählten Währung an.*

[                    ]

---

**Datum des Eintritts der Erwerbsunfähigkeit**

*Vorübergehende Erwerbsunfähigkeit ausgenommen*
*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

[                    ] 📅

**Erwerbsminderungsrente**

*Hat das Opfer eine Erwerbsminderungsrente erhalten, geben Sie bitte den* <u>monatlich</u> *erhaltenen Betrag in der oben ausgewählten Währung an.*

[                    ]

---

**Beinhaltete die Altersvorsorge oder Vorsorge aufgrund von Erwerbsunfähigkeit des Opfers eine Hinterbliebenenklausel?**

*Eine Hinterbliebenenklausel ermöglicht es dem/der genannten Begünstigten, weiterhin Beträge auf der Grundlage des Vorsorgeplans zu erhalten.*

○ Ja

○ Nein

**Fragebogen zur Beantragung einer Entschädigung**

### Beschäftigungsstatus: Hausfrau/Hausmann

**Geben Sie die Anzahl der Wochenstunden an, die das Opfer mit Aufgaben im Haushalt verbracht hat.**

[                    ]

**Können Sie ggf. die Ersatzkosten für die Arbeiten quantifizieren, die das Opfer erbracht hat?**

*Beispielsweise Ersatzkosten für haushaltsnahe Dienstleistungen, die von einem/einer Hauswirtschafter(in), Gärtner(in), Handwerker(in) erbracht werden oder die für Kinderbetreuung usw. anfallen.*

○ Ja

○ Nein

**Geben Sie die monatlichen Ersatzkosten für die vom Opfer erbrachten Leistungen in der oben ausgewählten Währung an.**

[                    ]

### Opfer, die zum Zeitpunkt des Todes oder innerhalb der drei Jahre vor dem Zeitpunkt des Todes beschäftigt und/oder selbstständig waren:

**Anzahl der Arbeitgeber des Opfers im Jahr des Todes und in den drei Jahren vor dem Tod**

○ 0 (zero)

○ 1 (one)

○ 2 (two)

○ 3 (three)

**Fragebogen zur Beantragung einer Entschädigung**

<u>**Arbeitgeber 1**</u>

**Arbeitgeber 1 - Name des Arbeitgebers**

**Arbeitgeber 1 - Einstellungsdatum**

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Arbeitgeber 1 - Datum des Ausscheidens**

*Keine Angabe, falls nicht zutreffend*
*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Arbeitgeber 1 (im Jahr des Todes) - monatliches Einkommen**

*Bitte geben Sie den Betrag des <u>monatlichen Einkommens</u> (Gehalt/Lohn und Zusatzvergütung), den das Opfer im <u>Jahr des Todes</u> erhalten hat, in der oben ausgewählten Währung an.*

*Falls das Opfer in dieser Zeit nicht für diesen Arbeitgeber tätig war, geben Sie bitte 0 an.*

**Arbeitgeber 1 (Jahr 1) - Jahreseinkommen**

*Bitte geben Sie den Betrag des <u>Jahreseinkommens</u> (Gehalt/Lohn und Zusatzvergütung), den das Opfer im <u>Kalenderjahr vor seinem Tod</u> erhalten hat, in der oben ausgewählten Währung an.*

*Falls das Opfer in dieser Zeit nicht für diesen Arbeitgeber tätig war, geben Sie bitte 0 an.*

**Arbeitgeber 1 (Jahr 2) - Jahreseinkommen**

*Bitte geben Sie den Betrag des <u>Jahreseinkommens</u> (Gehalt/Lohn und Zusatzvergütung), den das Opfer im Kalenderjahr <u>zwei Jahre vor seinem Tod</u> erhalten hat, in der oben ausgewählten Währung an.*

*Falls das Opfer in dieser Zeit nicht für diesen Arbeitgeber tätig war, geben Sie bitte 0 an.*

**Fragebogen zur Beantragung einer Entschädigung**

### Arbeitgeber 1 (Jahr 3) - Jahreseinkommen

*Bitte geben Sie den Betrag des Jahreseinkommens (Gehalt/Lohn und Zusatzvergütung), den das Opfer im Kalenderjahr drei Jahre vor seinem Tod erhalten hat, in der oben ausgewählten Währung an.*

*Falls das Opfer in dieser Zeit nicht für diesen Arbeitgeber tätig war, geben Sie bitte 0 an.*

[                    ]

### Arbeitgeber 1 - Arbeitgeberleistungen

*Geben Sie an, ob das Opfer im Kalenderjahr vor seinem Tod Arbeitgeberleistungen erhalten hat.*

○ Ja

○ Nein

○ Nicht bekannt

### Arbeitgeber 1 - Art der Arbeitgeberleistungen

*Geben Sie die Art der Arbeitgeberleistungen an, die das Opfer im Kalenderjahr vor seinem Tod erhalten hat. Mehrfachnennungen möglich*

☐ Freiwillige betriebliche Zusatzleistungen

☐ Krankenversicherung

☐ Betriebliche Altersvorsorge

---

### Arbeitgeber 2

### Arbeitgeber 2 - Name des Arbeitgebers

[                                        ]

### Arbeitgeber 2 - Einstellungsdatum

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

[        📅 ]

### Arbeitgeber 2 - Datum des Ausscheidens

*Keine Angabe, falls nicht zutreffend*
*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

[        📅 ]

**Fragebogen zur Beantragung einer Entschädigung**

### Arbeitgeber 2 (im Jahr des Todes) - monatliches Einkommen

*Bitte geben Sie den Betrag des monatlichen Einkommens (Gehalt/Lohn und Zusatzvergütung), den das Opfer im Jahr des Todes erhalten hat, in der oben ausgewählten Währung an.*

*Falls das Opfer in dieser Zeit nicht für diesen Arbeitgeber tätig war, geben Sie bitte 0 an.*

> [                    ]

### Arbeitgeber 2 (Jahr 1) - Jahreseinkommen

*Bitte geben Sie den Betrag des Jahreseinkommens (Gehalt/Lohn und Zusatzvergütung), den das Opfer im Kalenderjahr vor seinem Tod erhalten hat, in der oben ausgewählten Währung an.*

*Falls das Opfer in dieser Zeit nicht für diesen Arbeitgeber tätig war, geben Sie bitte 0 an.*

> [                    ]

### Arbeitgeber 2 (Jahr 2) - Jahreseinkommen

*Bitte geben Sie den Betrag des Jahreseinkommens (Gehalt/Lohn und Zusatzvergütung), den das Opfer im Kalenderjahr zwei Jahre vor seinem Tod erhalten hat, in der oben ausgewählten Währung an.*

*Falls das Opfer in dieser Zeit nicht für diesen Arbeitgeber tätig war, geben Sie bitte 0 an.*

> [                    ]

### Arbeitgeber 2 (Jahr 3) - Jahreseinkommen

*Bitte geben Sie den Betrag des Jahreseinkommens (Gehalt/Lohn und Zusatzvergütung), den das Opfer im Kalenderjahr drei Jahre vor seinem Tod erhalten hat, in der oben ausgewählten Währung an.*

*Falls das Opfer in dieser Zeit nicht für diesen Arbeitgeber tätig war, geben Sie bitte 0 an.*

> [                    ]

### Arbeitgeber 2 - Arbeitgeberleistungen

*Geben Sie an, ob das Opfer im Kalenderjahr vor seinem Tod Arbeitgeberleistungen erhalten hat.*

○ Ja

○ Nein

○ Nicht bekannt

**Fragebogen zur Beantragung einer Entschädigung**

## Arbeitgeber 2 - Art der Arbeitgeberleistungen

Geben Sie die Art der Arbeitgeberleistungen an, die das Opfer im Kalenderjahr vor seinem Tod erhalten hat. Mehrfachnennungen möglich.

☐ Freiwillige betriebliche Zusatzleistungen

☐ Krankenversicherung

☐ Betriebliche Altersvorsorge

---

### Arbeitgeber 3

## Arbeitgeber 3 - Name des Arbeitgebers

[                                                                    ]

## Arbeitgeber 3 - Einstellungsdatum

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

[        📅 ]

## Arbeitgeber 3 - Datum des Ausscheidens

*Keine Angabe, falls nicht zutreffend*
*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

[        📅 ]

## Arbeitgeber 3 (im Jahr des Todes) - monatliches Einkommen

*Bitte geben Sie den Betrag des monatlichen Einkommens (Gehalt/Lohn und Zusatzvergütung), den das Opfer im Jahr des Todes erhalten hat, in der oben ausgewählten Währung an.*

*Falls das Opfer in dieser Zeit nicht für diesen Arbeitgeber tätig war, geben Sie bitte 0 an.*

[                                      ]

## Arbeitgeber 3 (Jahr 1) - Jahreseinkommen

*Bitte geben Sie den Betrag des Jahreseinkommens (Gehalt/Lohn und Zusatzvergütung), den das Opfer im Kalenderjahr vor seinem Tod erhalten hat, in der oben ausgewählten Währung an.*

*Falls das Opfer in dieser Zeit nicht für diesen Arbeitgeber tätig war, geben Sie bitte 0 an.*

[                                      ]

**Fragebogen zur Beantragung einer Entschädigung**

### Arbeitgeber 3 (Jahr 2) - Jahreseinkommen

*Bitte geben Sie den Betrag des Jahreseinkommens (Gehalt/Lohn und Zusatzvergütung), den das Opfer im Kalenderjahr zwei Jahre vor seinem Tod erhalten hat, in der oben ausgewählten Währung an.*

*Falls das Opfer in dieser Zeit nicht für diesen Arbeitgeber tätig war, geben Sie bitte 0 an.*

### Arbeitgeber 3 (Jahr 3) - Jahreseinkommen

*Bitte geben Sie den Betrag des Jahreseinkommens (Gehalt/Lohn und Zusatzvergütung), den das Opfer im Kalenderjahr drei Jahre vor seinem Tod erhalten hat, in der oben ausgewählten Währung an.*

*Falls das Opfer in dieser Zeit nicht für diesen Arbeitgeber tätig war, geben Sie bitte 0 an.*

### Arbeitgeber 3 - Arbeitgeberleistungen

Geben Sie an, ob das Opfer im Kalenderjahr vor seinem Tod Arbeitgeberleistungen erhalten hat.

○ Ja

○ Nein

○ Nicht bekannt

### Arbeitgeber 3 - Art der Arbeitgeberleistungen

*Geben Sie die Art der Arbeitgeberleistungen an, die das Opfer im Kalenderjahr vor seinem Tod erhalten hat. Mehrfachnennungen möglich*

☐ Freiwillige betriebliche Zusatzleistungen

☐ Krankenversicherung

☐ Betriebliche Altersvorsorge

### Voraussichtliches Datum des Eintritts in den Ruhestand des Opfers

*Keine Angabe, falls nicht bekannt*
*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Fragebogen zur Beantragung einer Entschädigung**

## Angaben zum Elternteil/zu den Eltern

*Falls das Opfer zum Zeitpunkt des Todes unter 18 Jahre alt war, machen Sie bitte die folgenden Angaben zum Elternteil/zu den Eltern des Opfers.*

**Elternteil 1 - Geschlecht**

○ Weiblich

○ Männlich

○ Keine Angabe

**Elternteil 1 - Bildungsstand**

○ Kein Schulabschluss

○ Abitur oder Fachhochschulreife

○ Studium (ohne Abschluss)

○ Fachschule, Berufsakademie oder vergleichbare zweijährige berufsbildende Schule

○ Bachelorabschluss

○ Masterabschluss

○ Fachabschluss/höherer berufsqualifizierender Hochschulabschluss

○ Nicht bekannt

**Elternteil 2 - Geschlecht**

○ Weiblich

○ Männlich

○ Keine Angabe

**Elternteil 2 - Bildungsstand**

○ Kein Schulabschluss

○ Abitur oder Fachhochschulreife

○ Studium (ohne Abschluss)

○ Fachschule, Berufsakademie oder vergleichbare zweijährige berufsbildende Schule

○ Bachelorabschluss

○ Masterabschluss

○ Fachabschluss/höherer berufsqualifizierender Hochschulabschluss

○ Nicht bekannt

**Fragebogen zur Beantragung einer Entschädigung**

## Sonstiges Einkommen

*Machen Sie ggf. Angaben zu sonstigem Einkommen, das das Opfer im Jahr vor seinem Tod und drei Jahre vor seinem Tod verdient hat.*
*Mehrfachnennungen möglich.*

**Sonstiges Einkommen des Opfers**

☐ Keines - kein sonstiges Einkommen

☐ Kapitalerträge

☐ Betriebseinnahmen

☐ Mieteinnahmen

☐ Lizenzeinnahmen/Tantiemen

☐ Betriebs- und Zeitrente

☐ Passives Einkommen

☐ Sonstig

**Wenn Sie 'Sonstiges' angeben, erläutern Sie bitte die Art des sonstigen Einkommens, das vorstehend nicht aufgeführt ist.**

[                                                                    ]

**Sonstiges Einkommen - im Jahr des Todes**
*Bitte geben Sie den monatlichen Gesamtbetrag des sonstigen Einkommens im Jahr des Todes des Opfers in der oben ausgewählten Währung an.*

*Falls das Opfer in diesem Jahr kein sonstiges Einkommen hatte, geben Sie bitte 0 an.*

[                          ]

**Sonstiges Einkommen - Jahr 1**
*Bitte geben Sie den gesamten Jahresbetrag des sonstigen Einkommens im Kalenderjahr vor dem Tod des Opfers in der oben ausgewählten Währung an.*

*Falls das Opfer in diesem Jahr kein sonstiges Einkommen hatte, geben Sie bitte 0 an.*

[                          ]

**Fragebogen zur Beantragung einer Entschädigung**

### Sonstiges Einkommen - Jahr 2

*Bitte geben Sie den gesamten Jahresbetrag des sonstigen Einkommens im Kalenderjahr zwei Jahre vor dem Tod des Opfers in der oben ausgewählten Währung an.*

*Falls das Opfer in diesem Jahr kein sonstiges Einkommen hatte, geben Sie bitte 0 an.*

[                    ]

### Sonstiges Einkommen - Jahr 3

*Bitte geben Sie den gesamten Jahresbetrag des sonstigen Einkommens im Kalenderjahr drei Jahre vor dem Tod des Opfers in der oben ausgewählten Währung an.*

*Falls das Opfer in diesem Jahr kein sonstiges Einkommen hatte, geben Sie bitte 0 an.*

[                    ]

---

## Bedarf

### Hat der/die Ehepartner(in) des Opfers zum Zeitpunkt seines Todes zum Haushaltseinkommen beigetragen?

○ Ja
○ Nein

### Jahreseinkommen des Ehepartners/der Ehepartnerin des Opfers im Jahr seines Todes

*Beinhaltet Einkommen aus Gehalt/Lohn und Zusatzvergütung, Erwerbsminderungsrente oder Ruhestandsbezüge im Jahr des Todes des Opfers in der oben ausgewählten Währung.*

[                    ]

### Jahreseinkommen des Ehepartners/der Ehepartnerin des Opfers im Jahr vor seinem Tod

*Beinhaltet Einkommen aus Gehalt/Lohn und Zusatzvergütung, Erwerbsminderungsrente oder Ruhestandsbezüge im Jahr vor dem Tod des Opfers in der oben angegebenen Währung.*

*Hat der/die Ehepartner(in) des Opfers in diesem Jahr nicht zum Haushaltseinkommen beigetragen, geben Sie bitte 0 an.*

[                    ]

**Fragebogen zur Beantragung einer Entschädigung**

**Sonstiges Einkommen des Ehepartners/der Ehepartnerin des Opfers im Jahr seines Todes und im Jahr davor:**

*Mehrfachnennungen möglich.*

☐ Keines - kein sonstiges Einkommen

☐ Kapitalerträge

☐ Betriebseinnahmen

☐ Mieteinnahmen

☐ Lizenzeinnahmen/Tantiemen

☐ Betriebs- und Zeitrente

☐ Passives Einkommen

☐ Sonstig

**Sonstiges Einkommen des Ehepartners/der Ehepartnerin des Opfers im Jahr seines Todes**

*Bitte geben Sie den gesamten Jahresbetrag des sonstigen Einkommens des Ehepartners/der Ehepartnerin des Opfers im Jahr seines Todes in der oben ausgewählten Währung an. Berücksichtigen Sie bitte nicht das sonstige Einkommen, das Sie oben für das Opfer angegeben haben, wenn es sich bei diesem sonstigen Einkommen um gemeinsames Einkommen handelt.*

*Falls der/die Ehepartner(in) des Opfers in diesem Jahr kein sonstiges Einkommen hatte, geben Sie bitte 0 an.*

_____

**Sonstiges Einkommen des Ehepartners/der Ehepartnerin des Opfers im Jahr vor seinem Tod**

*Bitte geben Sie den gesamten Jahresbetrag des sonstigen Einkommens des Ehepartners/der Ehepartnerin des Opfers im Jahr vor seinem Tod in der oben ausgewählten Währung an. Berücksichtigen Sie bitte nicht das sonstige Einkommen, das Sie oben für das Opfer angegeben haben, wenn es sich bei diesem sonstigen Einkommen um gemeinsames Einkommen handelt.*

*Falls der/die Ehepartner(in) des Opfers in diesem Jahr kein sonstiges Einkommen hatte, geben Sie bitte 0 an.*

_____

**Fragebogen zur Beantragung einer Entschädigung**

### Sonderausgaben des Opfers

**Ehegattenunterhalt**

*Falls das Opfer zur Zahlung von Ehegattenunterhalt verpflichtet war, geben Sie bitte den monatlichen Betrag in der oben ausgewählten Währung an.*

*Keine Angabe, falls nicht zutreffend.*

**Datum, an dem der Ehegattenunterhalt enden würde**

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Unterhaltszahlungen für Kinder**

*Falls das Opfer zur Zahlung von Unterhaltszahlungen für Kinder verpflichtet war, geben Sie bitte den monatlichen Betrag in der oben ausgewählten Währung an.*

*Keine Angabe, falls nicht zutreffend.*

**Datum, an dem die Unterhaltszahlungen für Kinder enden würden**

*Bitte geben Sie das Datum an. Verwenden Sie dazu das Format MM/TT/JJJJ.*

**Krankenversicherung im Falle von Arbeitslosigkeit oder Erwerbsunfähigkeit**

*Falls das Opfer im Fall von Arbeitslosigkeit oder Erwerbsunfähigkeit krankenversichert war, geben Sie bitte den dafür anfallenden monatlichen Betrag in der oben ausgewählten Währung an.*

*Keine Angabe, falls nicht zutreffend.*

**Wohngeld**

*Falls das Opfer Wohngeld erhalten hat, geben Sie bitte den monatlichen Betrag in der oben ausgewählten Währung an.*

*Keine Angabe, falls nicht zutreffend.*

**Fragebogen zur Beantragung einer Entschädigung**

## Sachschaden

**Geben Sie die Höhe des Sachschadens oder -verlustes, den das Opfer beim Absturz erlitten hat, in der oben ausgewählten Währung an.**

## Ausgaben

*Machen Sie Angaben zu allen Ausgaben, die dem/der Vertreter(in) im Zusammenhang mit dem Tod des Opfers angefallen sind.*

**Gesamtbestattungskosten (z. B. Kosten für die Beerdigung, Einäscherung usw.) in der oben ausgewählten Währung.**

*Kosten in Verbindung mit den Ermittlungen: Bei Kosten in Verbindung mit den Ermittlungen handelt es sich um bestimmte Kosten, die aufgrund Ihrer Teilnahme an den staatlichen Ermittlungen und der strafrechtlichen Verfolgung anfallen. Dazu gehört beispielsweise die Teilnahme an Beratungsgesprächen mit dem US-Justizministerium (United States Department of Justice) und an Gerichtsterminen im Zusammenhang mit der Strafsache ‚United States v. The Boeing Company', Geschäftszeichen 4:21-cr-0005 (NDTX). Nicht dazu gehören Kosten in Verbindung mit zivilrechtlichen Gerichtsverfahren, Besprechungen oder Terminen im US-Kongress oder privaten Ermittlungen im Zusammenhang mit den Abstürzen.*

**Kosten für Kinderbetreuung in der oben ausgewählten Währung, um an den staatlichen Ermittlungen und der strafrechtlichen Verfolgung teilzunehmen.**

**Reisekosten in der oben ausgewählten Währung, um an den staatlichen Ermittlungen und der strafrechtlichen Verfolgung teilzunehmen.**

**Höhe des entgangenen Einkommens in der oben ausgewählten Währung, um an den staatlichen Ermittlungen und der strafrechtlichen Verfolgung teilzunehmen.**

**Rechts- und Anwaltskosten in der oben ausgewählten Währung, die im direkten Zusammenhang mit den staatlichen Ermittlungen und der strafrechtlichen Verfolgung stehen.**

**Fragebogen zur Beantragung einer Entschädigung**

## Sonstiges

**Sonstiger finanzieller Schaden**

*Machen Sie Angaben zum sonstigen erlittenen finanziellen Schaden, einschließlich Angaben zum Betrag und zur Begründung des Anspruchs (finanzieller Schaden ist ein quantifizierbarer wirtschaftlicher Schaden, der aufgrund der Straftat entstanden ist).*

## Unterlagen

**Für Opfer mit US-amerikanischer Staatsangehörigkeit:** Bitte stellen Sie die Einkommensteuererklärungen für das Jahr des Todes des Opfers und das Jahr davor bzw. vorzugsweise für die drei Jahre vor dem Tod des Opfers zur Verfügung. Bitte legen Sie auch alle Ihnen zur Verfügung stehenden zusätzlichen Dokumente vor, die die oben aufgeführten Beträge belegen würden.

**Für Opfer mit anderer Staatsangehörigkeit:** Bitte stellen Sie Unterlagen zum Nachweis des Jahreseinkommens für das Jahr des Todes des Opfers und das Jahr davor bzw. vorzugsweise für die drei Jahre vor dem Tod des Opfers zur Verfügung. Bitte legen Sie auch alle Ihnen zur Verfügung stehenden zusätzlichen Dokumente vor, die die oben aufgeführten Beträge belegen würden.

## Erklärung der Person, die den Fragebogen ausgefüllt hat

**Mit dem Absenden dieses Formulars erkläre ich, dass alle Angaben genau und vollständig sind.**

**Vorname der Person, die den Fragebogen ausgefüllt hat** *

**Nachname der Person, die den Fragebogen ausgefüllt hat** *

**Telefonnummer der Person, die den Fragebogen ausgefüllt hat** *

*Bitte geben Sie die Ländervorwahl an. Beispiel: +49 (0)xx-xxxxxxx*

**E-Mail-Adresse Person, die den Fragebogen ausgefüllt hat** *

# Kuesioner Restitusi

PERHATIAN: Formulir ini tidak tersimpan secara otomatis dan harus diisi dalam satu sesi. Pastikan Anda memiliki semua informasi yang diperlukan saat mengisi formulir. Setelah Anda mengklik "Kirim", formulir ini tidak dapat diedit. Silakan hubungi victimassistance.fraud@usdoj.gov jika Anda perlu merevisi respons Anda.

Istilah "Korban" mengacu pada individu yang meninggal dalam Penerbangan Lion Air 610 atau Penerbangan Ethiopian Airlines 302.

Istilah "Perwakilan" mengacu pada individu yang menanggung klaim hukum Korban untuk restitusi.

**Kuesioner Restitusi**

## Informasi Korban

**Nama Depan Korban** *

**Nama Belakang / Nama Keluarga Korban** *

**Tanggal lahir Korban** *

*Silahkan masukkan tanggal lahir. Dengan format sebagai berikut TGL/BLN/THN.*

**Apakah Korban berusia 18 tahun atau lebih pada saat kematian?** *

○ Ya
○ Tidak

**Tingkat Pendidikan Tertinggi Korban** *

○ Kurang dari SMA/SMK
○ SMA/SMK/Setara
○ Beberapa Perguruan Tinggi/Universitas (Tanpa Gelar)
○ Diploma 1-3 (D1-3)
○ Gelar Sarjana / Sarjana 1 (S1)
○ Gelar Master / Sarjana 2 (S2)
○ Gelar Profesional/Doktor
○ Tidak Diketahui

**Jenis Kelamin Korban** *

○ Perempuan
○ Laki-laki
○ Tidak ditentukan

**Alamat Jalan Korban** *

**Kuesioner Restitusi**

**Kota Korban** *

**Kecamata/Kabupaten/Provinsi/Dll. Korban** *

**Negara Korban** *

**Kode Pos Korban** *

**Kewarganegaraan Korban pada saat kematian, jika berbeda dengan status kependudukan**

**Status pernikahan Korban pada saat kematian** *

◯ Lajang – belum pernah menikah

◯ Menikah

◯ Bercerai

◯ Duda/Janda

**Jika menikah pada saat kematian, tanggal pernikahan.**

*Silahkan masukkan tanggal lahir. Dengan format sebagai berikut TGL/BLN/THN.*

[📅]

**Jumlah tanggungan Korban pada saat kematian.** *

*Seorang tanggungan di definisikan sebagai individu yang bergantung pada Korban untuk dukungan finansial.*

◯ Tidak ada

◯ 1

◯ 2

◯ 3

◯ 4 atau lebih

**Kuesioner Restitusi**

**Silahkan pilih mata uang yang akan digunakan yang ada di bawah ini:** *

○ 1. CAD – Dolar Kanada

○ 2. CNY – Yuan Renminbi Tiongkok

○ 3. DKK – Krone Denmark

○ 4. DJF – Franc Jibuti

○ 5. EGP – Pound Mesir

○ 6. ETB – Birr Etiopia

○ 7. EUR – Negara Anggota Euro

○ 8. INR – Rupee India

○ 9. IDR – Indonesia Rupiah

○ 10. ILS – Shekel Baru Israel

○ 11. JPY – Yen Jepang

○ 12. KES – Shilling Kenya

○ 13. SAR – Riyal Arab Saudi

○ 14. SOS – Shilling Somalia

○ 15. ZAR – Rand Afrika Selatan

○ 16. SEK – Krona Swedia

○ 17. CHF – Franc Swiss

○ 18. GBP – Pound Sterling Britania Raya

○ 19. USD – Dolar Amerika Serikat

○ 20. Lainnya

**Jika menggunakan mata uang lain, harap tulis di bawah** *

Informasi Perwakilan

**Jumlah Perwakilan** *

○ 1

○ 2

**Kuesioner Restitusi**

## <u>Perwakilan No. 1</u>

**Perwakilan No. 1 – Nama Depan** *

**Perwakilan No. 1 – Nama Belakang / Nama Keluarga** *

**Perwakilan No. 1 – Tanggal Lahir** *
*Silahkan masukkan tanggal lahir. Dengan format sebagai berikut TGL/BLN/THN.*

**Perwakilan No. 1 – Jenis Kelamin** *
○ Perempuan
○ Laki-laki
○ Tidak ditentukan

**Perwakilan No. 1 – Hubungan dengan Korban pada saat kematian** *
○ Pasangan
○ Mantan Pasangan
○ Anak
○ Orang tua
○ Saudara kandung
○ Lainnya

**Jika lainnya, harap jelaskan** *

**Perwakilan No. 1 – Alamat Jalan** *
*Alamat untuk menerima pembayaran restitusi/ganti rugi.*

**Perwakilan No. 1 – Kota** *

**Kuesioner Restitusi**

**Perwakilan No. 1 – Kecamatan/Kabupaten/Provinsi/Dll. ***

**Perwakilan No. 1 – Negara ***

**Perwakilan No. 1 – Kode Pos ***

---

**Perwakilan No. 2**

**Perwakilan No. 2 – Nama Depan**

**Perwakilan No. 2 – Nama Belakang / Nama Keluarga**

**Perwakilan No. 2 – Tanggal Lahir**
*You may type in the date. Please format as MM/DD/YYYY.*

**Perwakilan No. 2 – Jenis Kelamin**
○ Perempuan
○ Laki-laki
○ Tidak ditentukan

**Perwakilan No. 2 – Hubungan dengan Korban pada saat kematian**
○ Pasangan
○ Mantan Pasangan
○ Anak
○ Orang tua
○ Saudara kandung
○ Lainnya

**Kuesioner Restitusi**

**Jika lainnya, harap jelaskan**

**Perwakilan No. 2 – Alamat Jalan**
*Alamat untuk menerima pembayaran restitusi/ganti rugi.*

**Perwakilan No. 2 – Kota**

**Perwakilan No. 2 – Kecamatan/Kabupaten/Provinsi/Dll.**

**Perwakilan No. 2 – Negara**

**Perwakilan No. 2 – Kode Pos**

## Informasi Pasangan

*Jika berbeda dari Informasi Perwakilan di atas.*

**Pasangan – Nama Depan**

**Pasanga – Nama Belakang / Nama Keluarga**

**Pasangan – Tanggal Lahir**
*Silahkan masukkan tanggal lahir. Dengan format sebagai berikut TGL/BLN/THN.*

**Pasangan – Jenis Kelamin**

◯ Perempuan
◯ Laki-laki
◯ Tidak ditentukan

**Kuesioner Restitusi**

## Informasi Tanggungan

Mohon lengkapi data diri untuk setiap orang yang bergantung pada Korban pada saat kematian.

### Tanggungan No. 1

**Tanggugnan No. 1 – Nama Depan**

[ ]

**Tanggugnan No. 1 – Nama Belakang / Nama Keluarga**

[ ]

**Tanggugnan No. 1 – Tanggal Lahir**

*Silahkan masukkan tanggal lahir. Dengan format sebagai berikut TGL/BLN/THN.*

[ ]

**Tanggugnan No. 1 – Jenis Kelamin**

○ Perempuan

○ Laki-laki

○ Tidak ditentukan

**Tanggugnan No. 1 – Hubungan dengan Korban pada saat kematian**

○ Pasangan

○ Mantan Pasangan

○ Anak

○ Orang tua

○ Saudara kandung

○ Lainnya

**Tanggugnan No. 1 – Jika lainnya, harap jelaskan**

[ ]

**Tanggugnan No. 1 – Usia Kemandirian Finansial**

*Usia di mana tanggungan akan/akan menjadi mandiri secara finansial, jika berlaku.*

*Mohon masukkan hanya angka. Tidak dieja. Misalnya, masukkan 18, bukan delapan belas.*

[ ]

## Tanggungan No. 2

**Tanggugnan No. 2 – Nama Depan**

<br>

**Tanggugnan No. 2 – Nama Belakang / Nama Keluarga**

<br>

**Tanggugnan No. 2 – Tanggal Lahir**

*Silahkan masukkan tanggal lahir. Dengan format sebagai berikut TGL/BLN/THN.*

<br>

**Tanggugnan No. 2 – Jenis Kelamin**

◯ Perempuan
◯ Laki-laki
◯ Tidak ditentukan

**Tanggugnan No. 2 – Hubungan dengan Korban pada saat kematian**

◯ Pasangan
◯ Mantan Pasangan
◯ Anak
◯ Orang tua
◯ Saudara kandung
◯ Lainnya

**Tanggungan No. 2 – Jika lainnya, harap jelaskan**

<br>

**Tanggungan No. 2 – Usia Kemandirian Finansial**

*Usia di mana tanggungan akan/akan menjadi mandiri secara finansial, jika berlaku.*

*Mohon masukkan hanya angka. Tidak dieja. Misalnya, masukkan 18, bukan delapan belas.*

**Kuesioner Restitusi**

<u>**Tanggungan No. 3**</u>

**Tanggugnan No. 3 – Nama Depan**

_____

**Tanggugnan No. 3 – Nama Belakang / Nama Keluarga**

_____

**Tanggugnan No. 3 – Tanggal Lahir**

*Silahkan masukkan tanggal lahir. Dengan format sebagai berikut TGL/BLN/THN.*

[  📅  ]

**Tanggugnan No. 3 – Jenis Kelamin**

○ Perempuan

○ Laki-laki

○ Tidak ditentukan

**Tanggugnan No. 3 – Hubungan dengan Korban pada saat kematian**

○ Pasangan

○ Mantan Pasangan

○ Anak

○ Orang tua

○ Saudara kandung

○ Lainnya

**Tanggungan No. 3 – Jika lainnya, harap jelaskan**

_____

**Tanggugnan No. 3 – Usia Kemandirian Finansial**

*Usia di mana tanggungan akan/akan menjadi mandiri secara finansial, jika berlaku.*

*Mohon masukkan hanya angka. Tidak dieja. Misalnya, masukkan 18, bukan delapan belas.*

_____

**Kuesioner Restitusi**

<u>**Tanggungan No. 4**</u>

**Tanggugnan No. 4 – Nama Depan**

**Tanggugnan No. 4 – Nama Belakang / Nama Keluarga**

**Tanggungan No. 4 – Tanggal Lahir**

*Silahkan masukkan tanggal lahir. Dengan format sebagai berikut TGL/BLN/THN.*

**Tanggungan No. 4 – Jenis Kelamin**

○ Perempuan

○ Laki-laki

○ Tidak ditentukan

**Tanggungan No. 4 – Hubungan dengan Korban pada saat kematian**

○ Pasangan

○ Mantan Pasangan

○ Anak

○ Orang tua

○ Saudara kandung

○ Lainnya

**Tanggungan No. 4 – Jika lainnya, harap jelaskan**

**Tanggungan No. 4 – Usia Kemandirian Finansial**

*Usia di mana tanggungan akan/akan menjadi mandiri secara finansial, jika berlaku.*

*Mohon masukkan hanya angka. Tidak dieja. Misalnya, masukkan 18, bukan delapan belas.*

**Kuesioner Restitusi**

<u>**Tanggungan No. 5**</u>

**Tanggugnan No. 5 − Nama Depan**

**Tanggugnan No. 5 − Nama Belakang / Nama Keluarga**

**Tanggugnan No. 5 − Tanggal Lahir**

*Silahkan masukkan tanggal lahir. Dengan format sebagai berikut TGL/BLN/THN.*

**Tanggugnan No. 5 − Jenis Kelamin**

◯ Perempuan

◯ Laki-laki

◯ Tidak ditentukan

**Tanggugnan No. 5 − Hubungan dengan Korban pada saat kematian**

◯ Pasangan

◯ Mantan Pasangan

◯ Anak

◯ Orang tua

◯ Saudara kandung

◯ Lainnya

**Tanggungan No. 5 − Jika lainnya, harap jelaskan**

**Tanggungan No. 5 − Usia Kemandirian Finansial**

*Usia di mana tanggungan akan/akan menjadi mandiri secara finansial, jika berlaku.*

*Mohon masukkan hanya angka. Tidak dieja. Misalnya, masukkan 18, bukan delapan belas.*

**Kuesioner Restitusi**

## Tanggungan No. 6

**Tanggugnan No. 6 – Nama Depan**

**Tanggugnan No. 6 – Nama Belakang / Nama Keluarga**

**Tanggugnan No. 6 – Tanggal Lahir**

*Silahkan masukkan tanggal lahir. Dengan format sebagai berikut TGL/BLN/THN.*

**Tanggugnan No. 6 – Jenis Kelamin**

◯ Perempuan

◯ Laki-laki

◯ Tidak ditentukan

**Tanggugnan No. 6 – Hubungan dengan Korban pada saat kematian**

◯ Pasangan

◯ Mantan Pasangan

◯ Anak

◯ Orang tua

◯ Saudara kandung

◯ Lainnya

**Tanggugnan No. 6 – Jika lainnya, harap jelaskan**

**Tanggugnan No. 6 – Usia Kemandirian Finansial**

*Usia di mana tanggungan akan/akan menjadi mandiri secara finansial, jika berlaku.*

*Mohon masukkan hanya angka. Tidak dieja. Misalnya, masukkan 18, bukan delapan belas.*

**Kuesioner Restitusi**

<u>**Tanggungan No. 7**</u>

**Tanggugnan No. 7 – Nama Depan**

[                                                                    ]

**Tanggugnan No. 7 – Nama Belakang / Nama Keluarga**

[                                                                    ]

**Tanggugnan No. 7 – Tanggal Lahir**
*Silahkan masukkan tanggal lahir. Dengan format sebagai berikut TGL/BLN/THN.*

[            📅            ]

**Tanggugnan No. 7 – Jenis Kelamin**
◯ Perempuan
◯ Laki-laki
◯ Tidak ditentukan

**Tanggugnan No. 7 – Hubungan dengan Korban pada saat kematian**
◯ Pasangan
◯ Mantan Pasangan
◯ Anak
◯ Orang tua
◯ Saudara kandung
◯ Lainnya

**Tanggugnan No. 7 – Jika lainnya, harap jelaskan**

[                                                                    ]

**Tanggugnan No. 7 – Usia Kemandirian Finansial**
*Usia di mana tanggungan akan/akan menjadi mandiri secara finansial, jika berlaku.*

*Mohon masukkan hanya angka. Tidak dieja. Misalnya, masukkan 18, bukan delapan belas.*

[                                                                    ]

**Kuesioner Restitusi**

<u>**Tanggungan No. 8**</u>

**Tanggugnan No. 8 – Nama Depan**

_____

**Tanggugnan No. 8 – Nama Belakang / Nama Keluarga**

_____

**Tanggugnan No. 8 – Tanggal Lahir**
*Silahkan masukkan tanggal lahir. Dengan format sebagai berikut TGL/BLN/THN.*

_____

**Tanggugnan No. 8 – Jenis Kelamin**

○ Perempuan

○ Laki-laki

○ Tidak ditentukan

**Tanggugnan No. 8 – Hubungan dengan Korban pada saat kematian**

○ Pasangan

○ Mantan Pasangan

○ Anak

○ Orang tua

○ Saudara kandung

○ Lainnya

**Tanggugnan No. 8 – Jika lainnya, harap jelaskan**

_____

**Tanggugnan No. 8 – Usia Kemandirian Finansial**
*Usia di mana tanggungan akan/akan menjadi mandiri secara finansial, jika berlaku.*

*Mohon masukkan hanya angka. Tidak dieja. Misalnya, masukkan 18, bukan delapan belas.*

_____

**Kuesioner Restitusi**

### Tanggungan No. 9

**Tanggugnan No. 9 – Nama Depan**

**Tanggugnan No. 9 – Nama Belakang / Nama Keluarga**

**Tanggugnan No. 9– Tanggal Lahir**

*Silahkan masukkan tanggal lahir. Dengan format sebagai berikut TGL/BLN/THN.*

**Tanggugnan No. 9 – Jenis Kelamin**

○ Perempuan

○ Laki-laki

○ Tidak ditentukan

**Tanggungan No. 9 – Hubungan dengan Korban pada saat kematian**

○ Pasangan

○ Mantan Pasangan

○ Anak

○ Orang tua

○ Saudara kandung

○ Lainnya

**Tanggungan No. 9 – Jika lainnya, harap jelaskan**

**Tanggungan No. 9 – Usia Kemandirian Finansial**

*Usia di mana tanggungan akan/akan menjadi mandiri secara finansial, jika berlaku.*

*Mohon masukkan hanya angka. Tidak dieja. Misalnya, masukkan 18, bukan delapan belas.*

**Kuesioner Restitusi**

## Tanggungan No. 10

**Tanggugnan No. 10 – Nama Depan**

**Tanggugnan No. 10 – Nama Belakang / Nama Keluarga**

**Tanggugnan No. 10 – Tanggal Lahir**

*Silahkan masukkan tanggal lahir. Dengan format sebagai berikut TGL/BLN/THN.*

**Tanggugnan No. 10 – Jenis Kelamin**

○ Perempuan

○ Laki-laki

○ Tidak ditentukan

**Tanggugnan No. 10 – Hubungan dengan Korban pada saat kematian**

○ Pasangan

○ Mantan Pasangan

○ Anak

○ Orang tua

○ Saudara kandung

○ Lainnya

**Tanggugnan No. 10 – Jika lainnya, harap jelaskan**

**Tanggugnan No. 10 – Usia Kemandirian Finansial**

*Usia di mana tanggungan akan/akan menjadi mandiri secara finansial, jika berlaku.*

*Mohon masukkan hanya angka. Tidak dieja. Misalnya, masukkan 18, bukan delapan belas.*

**Kuesioner Restitusi**

## Pekerjaan dan Pendapatan Korban

**Status pekerjaan Korban pada saat kematian \***

◯ Pekerjaan penuh waktu

◯ Pekerjaan paruh waktu

◯ Penganggur

◯ Mahasiswa

◯ Pensiunan

◯ Cacat (selain cacat sementara)

◯ Ibu rumah tangga

---

### Pekerjaan: Pensiunan atau Cacat (selain cacat sementara)

**Tanggal Pensiun**

*Silahkan masukkan tanggal pensiun. Dengan format sebagai berikut TGL/BLN/THN.*

[ 📅 ]

**Manfaat Pensiun yang Diterima**

Jika Korban menerima manfaat pensiun, berikan jumlah <u>bulanan</u> yang diterima dalam
mata uang yang telah dipilih sebelumnya.

[                    ]

---

**Tanggal Cacat**

*Selain cacat sementara.*
*Silahkan masukkan tanggal. Dengan format sebagai berikut TGL/BLN/THN.*

[ 📅 ]

**Manfaat Cacat yang Diterima**

Jika Korban menerima manfaat cacat, berikan jumlah <u>bulanan</u> yang diterima dalam
mata uang yang telah dipilih sebelumnya.

[                    ]

---

**Klausal ahli waris memungkinkan penerima manfaat yang disebutkan untuk terus
menerima pembayaran dari rencana manfaat.**

*Klausal ahli waris memungkinkan penerima manfaat yang disebutkan untuk terus
menerima pembayaran dari rencana manfaat.*

◯ Ya

◯ Tidak

**Kuesioner Restitusi**

### Pekerjaan: Ibu rumah tangga

**Jelaskan jumlah jam per minggu yang dihabiskan Korban untuk melakukan layanan rumah tangga.**

[                              ]

**Bisakah Anda menghitung biaya penggantian sendiri untuk pekerjaan yang dilakukan oleh Korban?**

*Misalnya, biaya penggantian untuk pembantu rumah tangga, tukang kebun, tukang, pengasuh anak, dan lain-lain.*

○ Ya

○ Tidak

**Tuliskan jumlah biaya pemasukkan bulanan yang didapat oleh Korban dalam mata uang yang dipilih sebelumnya.**

[                              ]

---

### Bagi Korban yang Berada di Pasar Tenaga Kerja dan/atau Wiraswasta pada saat kematian atau dalam kurun waktu tiga tahun sebelum kematian:

**Jumlah Pemberi Kerja Korban pada tahun kematian dan tiga tahun sebelum kematian:**

○ 0 (zero)

○ 1 (one)

○ 2 (two)

○ 3 (three)

**Kuesioner Restitusi**

<u>**Pemberi Kerja No. 1**</u>

**Pemberi Kerja No. 1 – Nama Pemberi Kerja**

**Pemberi Kerja No. 1 – Tanggal Perekrutan**

*Silahkan masukkan tanggal. Dengan format sebagai berikut TGL/BLN/THN.*

**Pemberi Kerja No. 1 – Tanggal Berakhirnya Pekerjaan**

*Kosongkan jika tidak ada.*
*Silahkan masukkan tanggal. Dengan format sebagai berikut TGL/BLN/THN.*

**Pemberi Kerja No. 1 (Tahun kematian) – Pendapatan Bulanan**

*Silakan berikan jumlah pendapatan bulanan (gaji/upah dan bonus) yang diterima oleh Korban pada tahun kematian Korban dalam mata uang yang telah dipilih sebelumnya.*

*Jika Korban tidak bekerja untuk Pemberi Kerja ini dalam kurun waktu tersebut, harap masukkan 0.*

**Pemberi Kerja No. 1 (Tahun 1) – Pendapatan Tahunan**

*Silakan berikan jumlah pendapatan tahunan (gaji/upah dan bonus) yang diterima oleh Korban pada tahun terakhir sebelum kematian Korban dalam mata uang yang telah dipilih sebelumnya.*

*Jika Korban tidak bekerja untuk Pemberi Kerja ini dalam kurun waktu tersebut, harap masukkan 0.*

**Pemberi Kerja No. 1 (Tahun 2) – Pendapatan Tahunan**

*Silakan berikan jumlah pendapatan tahunan (gaji/upah dan bonus) yang diterima oleh Korban pada dua tahun terakhir sebelum kematian Korban dalam mata uang yang telah dipilih sebelumnya.*

*Jika Korban tidak bekerja untuk Pemberi Kerja ini dalam kurun waktu tersebut harap masukkan 0.*

**Kuesioner Restitusi**

### Pemberi Kerja No. 1 (Tahun 3) – Pendapatan Tahunan

*Silakan berikan jumlah <u>pendapatan tahunan</u> (gaji/upah dan bonus) yang diterima oleh Korban <u>pada tiga tahun terakhir sebelum kematian Korban</u> dalam mata uang yang telah dipilih sebelumnya.*

*Jika Korban tidak bekerja untuk Pemberi Kerja ini dalam kurun waktu tersebut harap masukkan 0.*

[                                   ]

### Pemberi Kerja No. 1 – Manfaat yang Disumbangkan oleh Pemberi Kerja

*Apakah Korban menerima manfaat yang disumbangkan oleh pemberi kerja pada tahun terakhir sebelum kematian Korban.*

○ Ya

○ Tidak

○ Tidak Diketahui

### Pemberi Kerja No. 1 – Jenis Manfaat yang Disumbangkan oleh Pemberi Kerja

*Apa saja jenis manfaat yang disumbangkan oleh pemberi kerja yang diterima Korban pada tahun terakhir sebelum kematian Korban. Pilih semua yang sesuai.*

☐ Tunjangan Tambahan

☐ Asuransi Kesehatan

☐ Rencana Pensiun

---

### Pemberi Kerja No. 2

### Pemberi Kerja No. 2 – Nama Pemberi Kerja

[                                                      ]

### Pemberi Kerja No. 2 – Tanggal Perekrutan

*Silahkan masukkan tanggal. Dengan format sebagai berikut TGL/BLN/THN.*

[         📅  ]

### Pemberi Kerja No. 2 – Tanggal Berakhirnya Pekerjaan

*Kosongkan jika tidak ada.*
*Silahkan masukkan tanggal. Dengan format sebagai berikut TGL/BLN/THN.*

[         📅  ]

**Kuesioner Restitusi**

### Pemberi Kerja No. 2 (Tahun kematian) – Pendapatan Bulanan

*Silakan berikan jumlah <u>pendapatan bulanan</u> (gaji/upah dan bonus) yang diterima oleh Korban <u>pada tahun kematian Korban</u> dalam mata uang yang telah dipilih sebelumnya.*

*Jika Korban tidak bekerja untuk Pemberi Kerja ini dalam kurun waktu tersebut, harap masukkan 0.*

```
[                    ]
```

### Pemberi Kerja No. 2 (Tahun 1) – Pendapatan Tahunan

*Silakan berikan jumlah <u>pendapatan tahunan</u> (gaji/upah dan bonus) yang diterima oleh Korban <u>pada tahun terakhir sebelum kematian Korban</u> dalam mata uang yang telah dipilih sebelumnya.*

*Jika Korban tidak bekerja untuk Pemberi Kerja ini dalam kurun waktu tersebut, harap masukkan 0.*

```
[                    ]
```

### Pemberi Kerja No. 2 (Tahun 2) – Pendapatan Tahunan

*Silakan berikan jumlah <u>pendapatan tahunan</u> (gaji/upah dan bonus) yang diterima oleh Korban <u>pada dua tahun terakhir sebelum kematian Korban</u> dalam mata uang yang telah dipilih sebelumnya.*

*Jika Korban tidak bekerja untuk Pemberi Kerja ini dalam kurun waktu tersebut harap masukkan 0.*

```
[                    ]
```

### Pemberi Kerja No. 2 (Tahun 3) – Pendapatan Tahunan

*Silakan berikan jumlah <u>pendapatan tahunan</u> (gaji/upah dan bonus) yang diterima oleh Korban <u>pada tiga tahun terakhir sebelum kematian Korban</u> dalam mata uang yang telah dipilih sebelumnya.*

*Jika Korban tidak bekerja untuk Pemberi Kerja ini dalam kurun waktu tersebut harap masukkan 0.*

```
[                    ]
```

### Pemberi Kerja No. 2 – Manfaat yang Disumbangkan oleh Pemberi Kerja

*Apakah Korban menerima manfaat yang disumbangkan oleh pemberi kerja pada tahun terakhir sebelum kematian Korban.*

○ Ya

○ Tidak

○ Tidak Diketahui

**Kuesioner Restitusi**

**Pemberi Kerja No. 2 – Jenis Manfaat yang Disumbangkan oleh Pemberi Kerja**

*Apa saja jenis manfaat yang disumbangkan oleh pemberi kerja yang diterima Korban pada tahun terakhir sebelum kematian Korban. Pilih semua yang sesuai.*

☐ Tunjangan Tambahan

☐ Asuransi Kesehatan

☐ Rencana Pensiun

---

### Pemberi Kerja No. 3

**Pemberi Kerja No. 3 – Nama Pemberi Kerja**

[ ]

**Pemberi Kerja No. 3 – Tanggal Perekrutan**

*Silahkan masukkan tanggal. Dengan format sebagai berikut TGL/BLN/THN.*

[ 📅 ]

**Pemberi Kerja No. 3 – Tanggal Berakhirnya Pekerjaan**

*Kosongkan jika tidak ada.*
*Silahkan masukkan tanggal. Dengan format sebagai berikut TGL/BLN/THN.*

[ 📅 ]

**Pemberi Kerja No. 3 (Tahun kematian) – Pendapatan Bulanan**

*Silakan berikan jumlah pendapatan bulanan (gaji/upah dan bonus) yang diterima oleh Korban pada tahun kematian Korban dalam mata uang yang telah dipilih sebelumnya.*

*Jika Korban tidak bekerja untuk Pemberi Kerja ini dalam kurun waktu tersebut, harap masukkan 0.*

[ ]

**Pemberi Kerja No. 3 (Tahun 1) – Pendapatan Tahunan**

*Silakan berikan jumlah pendapatan tahunan (gaji/upah dan bonus) yang diterima oleh Korban pada tahun terakhir sebelum kematian Korban dalam mata uang yang telah dipilih sebelumnya.*

*Jika Korban tidak bekerja untuk Pemberi Kerja ini dalam kurun waktu tersebut, harap masukkan 0.*

[ ]

**Kuesioner Restitusi**

### Pemberi Kerja No. 3 (Tahun 2) – Pendapatan Tahunan

Silakan berikan jumlah <u>pendapatan tahunan</u> (gaji/upah dan bonus) yang diterima oleh Korban <u>pada dua tahun terakhir sebelum kematian Korban</u> dalam mata uang yang telah dipilih sebelumnya.

Jika Korban tidak bekerja untuk Pemberi Kerja ini dalam kurun waktu tersebut harap masukkan 0.

[                    ]

### Pemberi Kerja No. 3 (Tahun 3) – Pendapatan Tahunan

*Silakan berikan jumlah <u>pendapatan tahunan</u> (gaji/upah dan bonus) yang diterima oleh Korban <u>pada tiga tahun terakhir sebelum kematian Korban</u> dalam mata uang yang telah dipilih sebelumnya.*

*Jika Korban tidak bekerja untuk Pemberi Kerja ini dalam kurun waktu tersebut harap masukkan 0.*

[                    ]

### Pemberi Kerja No. 3 – Manfaat yang Disumbangkan oleh Pemberi Kerja

*Apakah Korban menerima manfaat yang disumbangkan oleh pemberi kerja pada tahun terakhir sebelum kematian Korban.*

◯ Ya

◯ Tidak

◯ Tidak Diketahui

### Pemberi Kerja No. 3 – Jenis Manfaat yang Disumbangkan oleh Pemberi Kerja

*Apa saja jenis manfaat yang disumbangkan oleh pemberi kerja yang diterima Korban pada tahun terakhir sebelum kematian Korban. Pilih semua yang sesuai.*

☐ Tunjangan Tambahan

☐ Asuransi Kesehatan

☐ Rencana Pensiun

### Tanggal Pensiun yang Diharapkan Korban

*Kosongkan jika tidak deketahui.*
*Silahkan masukkan tanggal. Dengan format sebagai berikut TGL/BLN/THN.*

[        📅        ]

**Kuesioner Restitusi**

## Informasi Orang Tua

*Jika Korban berusia kurang dari 18 tahun pada saat kematian, harap masukkan informasi orang tua Korban.*

**Orang Tua No. 1 – Jenis Kelamin**

○ Perempuan

○ Laki-laki

○ Tidak ditentukan

**Orang Tua No. 1 – Tingkat Pendidikan Tertinggi**

○ Kurang dari SMA/SMK

○ SMA/SMK/Setara

○ Beberapa Perguruan Tinggi/Universitas (Tanpa Gelar)

○ Diploma 1-3 (D1-3)

○ Gelar Sarjana / Sarjana 1 (S1)

○ Gelar Master / Sarjana 2 (S2)

○ Gelar Profesional/Doktor

○ Tidak Diketahui

**Orang Tua No. 2 – Jenis Kelamin**

○ Perempuan

○ Laki-laki

○ Tidak ditentukan

**Orang Tua No. 2 – Tingkat Pendidikan Tertinggi**

○ Kurang dari SMA/SMK

○ SMA/SMK/Setara

○ Beberapa Perguruan Tinggi/Universitas (Tanpa Gelar)

○ Diploma 1-3 (D1-3)

○ Gelar Sarjana / Sarjana 1 (S1)

○ Gelar Master / Sarjana 2 (S2)

○ Gelar Profesional/Doktor

○ Tidak Diketahui

**Kuesioner Restitusi**

## Pendapatan Lainnya

*Identifikasikan pendapatan lain yang diperoleh Korban pada tahun kematian dan tiga tahun sebelum kematian. Pilih semua yang sesuai.*

**Pendapatan Lainnya Korban**

☐ Tidak ada – tidak ada pendapatan lain

☐ Pendapatan Investasi

☐ Pendapatan Bisnis

☐ Pendapatan Sewa

☐ Pendapatan Royalti

☐ Pendapatan Pensiun dan Anuitas

☐ Pendapatan Pasif

☐ Lainnya

**Jika lainnya, jelaskan jenis pendapatan lainnya yang diterima apabila tidak tercantum di atas.**

<div style="border:1px solid #000; height:2em;"></div>

**Pendapatan Lainnya – Tahun Kematian**

*Silakan berikan jumlah pendapatan bulanan lain yang diperoleh Korban pada tahun kematian Korban dalam mata uang yang telah dipilih sebelumnya.*

*Jika Korban tidak memperoleh pendapatan lain pada tahun ini, silakan masukkan 0.*

<div style="border:1px solid #000; height:2em;"></div>

**Pendapatan Lainnya – Tahun 1**

*Silakan berikan jumlah pendapatan tahunan lain yang diperoleh Korban dalam satu tahun terakhir sebelum kematian Korban dalam mata uang yang telah dipilih sebelumnya.*

*Jika Korban tidak memperoleh pendapatan lain pada tahun ini, silakan masukkan 0.*

<div style="border:1px solid #000; height:2em;"></div>

**Kuesioner Restitusi**

### Pendapatan Lainnya – Tahun 2

*Silakan berikan jumlah pendapatan tahunan lain yang diperoleh Korban dua tahun terakhir sebelum kematian Korban dalam mata uang yang telah dipilih sebelumnya.*

*Jika Korban tidak memperoleh pendapatan lain pada tahun ini, silakan masukkan 0.*

[ ]

### Pendapatan Lainnya – Tahun 3

*Silakan berikan jumlah pendapatan tahunan lain yang diperoleh Korban tiga tahun terakhir sebelum kematian Korban dalam mata uang yang telah dipilih sebelumnya.*

*Jika Korban tidak memperoleh pendapatan lain pada tahun ini, silakan masukkan 0.*

[ ]

## Konsumsi

### Apakah Pasangan Korban berkontribusi terhadap pendapatan rumah tangga pada saat kematian Korban?

○ Ya

○ Tidak

### Pendapatan tahunan Pasangan Korban pada tahun kematian Korban

*Masukkan pendapatan yang diterima dari gaji/upah dan bonus, tunjangan cacat, atau tunjangan pensiun pada tahun kematian Korban dalam mata uang yang telah dipilih sebelumnya.*

[ ]

### Pendapatan tahunan Pasangan Korban dalam satu tahun sebelum kematian Korban

*Termasuk pendapatan yang diterima dari gaji/upah dan bonus, tunjangan cacat, atau tunjangan pensiun pada satu tahun sebelum kematian Korban dalam mata uang yang telah dipilih sebelumnya.*

*Jika Pasangan Korban tidak berkontribusi terhadap pendapatan rumah tangga pada tahun ini, silakan masukkan 0.*

[ ]

**Kuesioner Restitusi**

**Pendapatan Lain yang diperoleh Pasangan Korban pada tahun kematian Korban dan satu tahun sebelum kematian Korban:**

*Pilih semua yang berlaku.*

☐ Tidak ada – tidak ada pendapatan lain

☐ Pendapatan Investasi

☐ Pendapatan Bisnis

☐ Pendapatan Sewa

☐ Pendapatan Royalti

☐ Pendapatan Pensiun dan Anuitas

☐ Pendapatan Pasif

☐ Lainnya

**Pendapatan Lain yang diperoleh Pasangan Korban pada tahun kematian Korban**

*Silakan berikan jumlah pendapatan tahunan lain yang diperoleh Pasangan Korban pada tahun kematian Korban dalam mata uang yang telah dipilih sebelumnya. Jangan menduplikasi pendapatan lain yang telah dimasukkan di atas untuk Korban jika pendapatan lain ini adalah pendapatan bersama.*

*Jika Pasangan Korban tidak memperoleh pendapatan lain pada tahun ini, silakan masukkan 0.*

[                    ]

**Pendapatan Lain yang diperoleh Pasangan Korban pada satu tahun sebelum kematian Korban**

*Silakan berikan jumlah pendapatan tahunan lain yang diperoleh Pasangan Korban pada satu tahun sebelum kematian Korban dalam mata uang yang telah dipilih sebelumnya. Jangan menduplikasi pendapatan lain yang telah dimasukkan di atas untuk Korban jika pendapatan lain ini adalah pendapatan bersama.*

*Jika Pasangan Korban tidak memperoleh pendapatan lain pada tahun ini, silakan masukkan 0.*

[                    ]

### Biaya Luar Biasa Korban

### Pembayaran Tunjangan atau Dukungan Pasangan

*Jika Korban bertanggung jawab untuk membayar tunjangan atau dukungan pasangan, harap cantumkan jumlah bulanan yang dibayarkan dalam mata uang yang dipilih sebelumnya.*

*Kosongkan jika tidak berlaku.*

### Tanggal berakhirnya pembayaran tunjangan atau dukungan pasangan

*Silahkan masukkan tanggal. Dengan format sebagai berikut TGL/BLN/THN.*

### Pembayaran Tunjangan Anak

*Jika Korban bertanggung jawab untuk membayar tunjangan anak, harap cantumkan jumlah bulanan yang dibayarkan dalam mata uang yang telah dipilih sebelumnya.*

*Kosongkan jika tidak berlaku.*

### Tanggal berakhirnya pembayaran tunjangan anak

*Silahkan masukkan tanggal. Dengan format sebagai berikut TGL/BLN/THN.*

### Asuransi Kesehatan yang Didanai Publik/Didanai Negara

*Jika Korban menerima manfaat yang didanai publik/didanai negara, harap sebutkan jumlah bulanan yang diterima untuk asuransi kesehatan dalam mata uang yang telah dipilih sebelumnya.*

*Kosongkan jika tidak berlaku.*

### Suplemen Perumahan yang Didanai Publik/Didanai Negara

*Jika Korban menerima tunjangan yang didanai publik/didanai negara, harap sebutkan jumlah bulanan yang diterima untuk suplemen perumahan dalam mata uang yang dipilih sebelumnya.*

*Kosongkan jika tidak berlaku.*

**Kuesioner Restitusi**

## Kerugian Properti

**Jelaskan nilai properti Korban yang hilang atau rusak saat kecelakaan dalam mata uang yang dipilih sebelumnya.**

## Pengeluaran Pribadi

*Jelaskan semua jumlah yang dikeluarkan oleh Perwakilan terkait dengan kematian Korban.*

**Jumlah total yang dikeluarkan untuk biaya pemakaman (misalnya, biaya penguburan, biaya kremasi, dll.) dalam mata uang yang dipilih sebelumnya.**

*Biaya Terkait Investigasi:* Biaya terkait investigasi adalah biaya tertentu yang berkaitan dengan partisipasi Anda dalam investigasi dan penuntutan pelanggaran pidana oleh Pemerintah. Ini termasuk, misalnya, kehadiran pada pertemuan konferensi dengan Departemen Kehakiman Amerika Serikat dan kehadiran pada sidang pengadilan terkait kasus pidana, United States v. The Boeing Company,, Nomor Kasus 4:21-cr-0005 (NDTX). Biaya ini tidak termasuk biaya yang terkait dengan proses pengadilan perdata, pertemuan dengan atau acara di Kongres Amerika Serikat, atau investigasi swasta atas kecelakaan tersebut.

**Jumlah biaya pengasuhan anak untuk memungkinkan partisipasi dalam penyelidikan dan penuntutan Pemerintah atas tindak pidana dalam mata uang yang dipilih sebelumnya.**

**Jumlah biaya transportasi untuk memungkinkan partisipasi dalam penyelidikan dan penuntutan Pemerintah atas tindak pidana dalam mata uang yang dipilih sebelumnya.**

**Jumlah pendapatan yang hilang karena berpartisipasi dalam penyelidikan dan penuntutan Pemerintah atas pelanggaran pidana dalam mata uang yang dipilih sebelumnya.**

**Jumlah biaya hukum yang terkait langsung dengan penyelidikan dan penuntutan Pemerintah atas tindak pidana dalam mata uang yang dipilih sebelumnya.**

**Kuesioner Restitusi**

## Lainnya

### Kerugian Finansial Lainnya

*Memberikan informasi tentang kerugian finansial lainnya, termasuk jumlah dan justifikasi klaim (kerugian finansial adalah kerugian ekonomi yang dapat diukur yang terjadi karena kejahatan).*

## Dokumentasi

**Untuk Korban Warga Negara AS:** Harap sediakan Laporan Pajak penghasilan untuk tahun kematian Korban dan tahun sebelum kematian Korban, tetapi lebih disarankan untuk tiga tahun sebelum kematian Korban. Harap berikan juga dokumen tambahan apa pun yang Anda miliki yang akan mendukung jumlah yang Anda cantumkan di atas.

**Untuk Korban Bukan Warga Negara AS:** Harap sediakan dokumen yang mendukung pendapatan tahunan untuk tahun kematian Korban dan tahun sebelum kematian Korban, tetapi lebih disarankan untuk tiga tahun sebelum kematian Korban. Harap berikan juga dokumen tambahan apa pun yang Anda miliki yang akan mendukung jumlah yang Anda cantumkan di atas.

## Pengakuan Penyusun Kuesioner

**Dengan mengajukan formulir ini, saya mengakui bahwa semua informasi yang diberikan adalah akurat dan lengkap.**

**Nama Depan Penyusun \***

**Nama Belakang / Nama Keluarga Penyusun \***

**Nomor Telepon Penyusun \***

*Harap sertakan kode negara. Misalnya, +1-xxx-xxx-xxxx*

**Alamat Email Penyusun \***

# Spørreskjema for restitusjon

OBS: Dette skjemaet lagres ikke automatisk. Det må fylles ut i én økt. Sørg for at du har all nødvendig informasjon tilgjengelig når du fyller ut det. Etter at du har klikket på «Send» kan ikke dette skjemaet redigeres. Ta kontakt med victimassistance.fraud@usdoj.gov hvis det er nødvendig å gjøre endringer i svarene dine.

Begrepet «offer» henviser til personen som døde på Lion Air Flight 610 eller Ethiopian Airlines Flight 302.

Begrepet «Representant» henviser til en person som påtar seg offerets rettslige krav på erstatning.

**Spørreskjema for restitusjon**

## Opplysninger om offeret

**Offerets fornavn** *

**Offerets etternavn** *

**Offerets fødselsdato** *

Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.

**Var offeret 18 år eller eldre på dødstidspunktet?** *

○ Ja

○ Nei

**Offerets høyeste utdanningsnivå** *

○ Mindre enn videregående skole/videregående skole

○ Videregående skole/videregående skole (inkluderer GED)

○ Noen høyskole/universitet (ingen grad)

○ Associate of Arts/Handelsskole

○ Bachelorgrad

○ Mastergrad

○ Profesjonelle/doktorgrader

○ Ukjent

**Offerets kjønn** *

○ Kvinne

○ Mann

○ Ikke spesifisert

**Offerets gateadresse** *

**Spørreskjema for restitusjon**

Offerets by *

Offerets fylke/region/osv. *

Offerets land *

Offerets postnummer *

Offerets statsborgerskap ved dødsfall, hvis forskjellig fra bosted

**Offerets sivilstand ved dødsfall ***

○ Singel – aldri gift

○ Gift

○ Skilt

○ Enke

**Hvis gift ved døden, dato for ekteskap**

Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.

**Antall offers økonomisk avhengige pårørende ved dødsfall ***

En økonomisk avhengig pårørende er definert som en person som stolte på offeret for økonomisk støtte.

○ Ingen

○ 1

○ 2

○ 3

○ 4 eller flere

**Spørreskjema for restitusjon**

**Vennligst oppgi valutaen som skal brukes for alle beløpene som er oppgitt i dette skjemaet: \***

○ 1. CAD - Canada Dollar

○ 2. CNY - Kina Yuan Renminbi

○ 3. DKK - Danske kroner

○ 4. DJF - Djiboutisk franc

○ 5. EGP - Egypt Pund

○ 6. ETB - Etiopia Birr

○ 7. EUR - Euro medlemsland

○ 8. INR - India Rupee

○ 9. IDR - Indonesia Rupiah

○ 10. ILS - Israel Shekel

○ 11. JPY - Japanske yen

○ 12. KES - Kenya Shilling

○ 13. SAR - Saudi Arabia Riyal

○ 14. SOS - Somalia Shilling

○ 15. ZAR - Sør-Afrika Rand

○ 16. SEK - Sverige Krona

○ 17. CHF - Sveitsiske franc

○ 18. GBP - Storbritannias pund

○ 19. USD - Amerikanske dollar

○ 20. Annet

**Hvis annen valuta, vennligst oppgi \***

_____

## Opplysninger om representanter

**Antall representanter \***

○ 1

○ 2

**Spørreskjema for restitusjon**

<u>**Representant nr. 1**</u>

**Representant nr. 1 – fornavn** *

**Representant nr. 1 - etternavn** *

**Representant nr. 1 – fødselsdato** *

*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

**Representant nr. 1 – Kjønn** *

○ Kvinne

○ Mann

○ Ikke spesifisert

**Representant nr. 1 - Forhold til offeret ved dødsfall** *

○ Ektefelle

○ Tidligere ektefelle

○ Barn

○ Foreldre

○ Søsken

○ Annen

**Representant nr. 1 - Hvis annet, vennligst forklar**

**Representant nr. 1 – Gateadresse** *

*Adresse for å motta eventuell erstatning.*

**Representant nr. 1 – By** *

**Spørreskjema for restitusjon**

Representant nr. 1 – Fylke/region/osv. *

Representant nr. 1 – Land *

Representant nr. 1 – Postnummer *

---

**Representant nr. 2**

Representant nr. 2 – fornavn

Representant nr. 2 - etternavn

Representant nr. 2 – fødselsdato

*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

Representant nr. 2 – Kjønn

○ Kvinne
○ Mann
○ Ikke spesifisert

Representant nr. 2 - Forhold til offeret ved dødsfall

○ Ektefelle
○ Tidligere ektefelle
○ Barn
○ Foreldre
○ Søsken
○ Annen

**Spørreskjema for restitusjon**

**Representant nr. 2 - Hvis annet, vennligst forklar**

**Representant nr. 2 – Gateadresse**
Adresse for å motta eventuell erstatning.

**Representant nr. 2 – By**

**Representant nr. 2 – Fylke/region/osv.**

**Representant nr. 2 – Land**

**Representant nr. 2 – Postnummer**

## Opplysninger om ektefellen

*Hvis forskjellig fra opplysningene om representant ovenfor.*

**Ektefelle – fornavn**

**Ektefelle – etternavn**

**Ektefelle – fødselsdato**
*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

**Ektefelle – Kjønn**

○ Kvinne

○ Mann

○ Ikke spesifisert

**Spørreskjema for restitusjon**

## Opplysninger om økonomisk avhengige pårørende

Fyll ut for hver person som var avhengig av offeret på dødstidspunktet.

**Økonomisk avhengige pårørende nr. 1**

**Økonomisk avhengige pårørende nr. 1 - Fornavn**

**Økonomisk avhengige pårørende nr. 1 – Etternavn**

**Økonomisk avhengige pårørende nr. 1 – fødselsdato**
*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

**Økonomisk avhengige pårørende nr. 1 – Kjønn**
○ Kvinne
○ Mann
○ Ikke spesifisert

**Økonomisk avhengige pårørende nr. 1 - Forhold til offer ved dødsfall**
○ Ektefelle
○ Tidligere ektefelle
○ Barn
○ Foreldre
○ Søsken
○ Annen

**Økonomisk avhengige pårørende nr. 1 - Hvis annet, vennligst forklar**

**Økonomisk avhengige pårørende nr. 1 - Alder for økonomisk uavhengighet**
*Alder der økonomisk avhengige pårørende vil/ville blitt økonomisk uavhengig, hvis aktuelt.*

*Bare tall. Vennligst ikke stave ut. For eksempel, skriv inn 18 i stedet for atten.*

**Spørreskjema for restitusjon**

## Økonomisk avhengige pårørende nr. 2

**Økonomisk avhengige pårørende nr. 2 - Fornavn**

**Økonomisk avhengige pårørende nr. 2 – Etternavn**

**Økonomisk avhengige pårørende nr. 2 – fødselsdato**

*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

**Økonomisk avhengige pårørende nr. 2 – Kjønn**

○ Kvinne

○ Mann

○ Ikke spesifisert

**Økonomisk avhengige pårørende nr. 2 - Forhold til offer ved dødsfall**

○ Ektefelle

○ Tidligere ektefelle

○ Barn

○ Foreldre

○ Søsken

○ Annen

**Økonomisk avhengige pårørende nr. 2 - Hvis annet, vennligst forklar**

**Økonomisk avhengige pårørende nr. 2 - Alder for økonomisk uavhengighet**

*Alder der økonomisk avhengige pårørende vil/ville blitt økonomisk uavhengig, hvis aktuelt.*

*Bare tall. Vennligst ikke stave ut. For eksempel, skriv inn 18 i stedet for atten.*

**Spørreskjema for restitusjon**

<u>**Økonomisk avhengige pårørende nr. 3**</u>

**Økonomisk avhengige pårørende nr. 3 - Fornavn**

**Økonomisk avhengige pårørende nr. 3 – Etternavn**

**Økonomisk avhengige pårørende nr. 3 – fødselsdato**
*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

**Økonomisk avhengige pårørende nr. 3 – Kjønn**
○ Kvinne
○ Mann
○ Ikke spesifisert

**Økonomisk avhengige pårørende nr. 3 - Forhold til offer ved dødsfall**
○ Ektefelle
○ Tidligere ektefelle
○ Barn
○ Foreldre
○ Søsken
○ Annen

**Økonomisk avhengige pårørende nr. 3 - Hvis annet, vennligst forklar**

**Økonomisk avhengige pårørende nr. 3 - Alder for økonomisk uavhengighet**
*Alder der økonomisk avhengige pårørende vil/ville blitt økonomisk uavhengig, hvis aktuelt.*

*Bare tall. Vennligst ikke stave ut. For eksempel, skriv inn 18 i stedet for atten.*

**Spørreskjema for restitusjon**

<u>Økonomisk avhengige pårørende nr. 4</u>

**Økonomisk avhengige pårørende nr. 4 - Fornavn**

**Økonomisk avhengige pårørende nr. 4 – Etternavn**

**Økonomisk avhengige pårørende nr. 4 – fødselsdato**

*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

**Økonomisk avhengige pårørende nr. 4 – Kjønn**

○ Kvinne

○ Mann

○ Ikke spesifisert

**Økonomisk avhengige pårørende nr. 4 - Forhold til offer ved dødsfall**

○ Ektefelle

○ Tidligere ektefelle

○ Barn

○ Foreldre

○ Søsken

○ Annen

**Økonomisk avhengige pårørende nr. 4 - Hvis annet, vennligst forklar**

**Økonomisk avhengige pårørende nr. 4 - Alder for økonomisk uavhengighet**

*Alder der økonomisk avhengige pårørende vil/ville blitt økonomisk uavhengig, hvis aktuelt.*

*Bare tall. Vennligst ikke stave ut. For eksempel, skriv inn 18 i stedet for atten.*

**Spørreskjema for restitusjon**

## Økonomisk avhengige pårørende nr. 5

**Økonomisk avhengige pårørende nr. 5 - Fornavn**

**Økonomisk avhengige pårørende nr. 5 – Etternavn**

**Økonomisk avhengige pårørende nr. 5 – fødselsdato**

*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

**Økonomisk avhengige pårørende nr. 5 – Kjønn**

○ Kvinne

○ Mann

○ Ikke spesifisert

**Økonomisk avhengige pårørende nr. 5 - Forhold til offer ved dødsfall**

○ Ektefelle

○ Tidligere ektefelle

○ Barn

○ Foreldre

○ Søsken

○ Annen

**Økonomisk avhengige pårørende nr. 5 - Hvis annet, vennligst forklar**

**Økonomisk avhengige pårørende nr. 5 - Alder for økonomisk uavhengighet**

*Alder der økonomisk avhengige pårørende vil/ville blitt økonomisk uavhengig, hvis aktuelt.*

*Bare tall. Vennligst ikke stave ut. For eksempel, skriv inn 18 i stedet for atten.*

**Spørreskjema for restitusjon**

<u>Økonomisk avhengige pårørende nr. 6</u>

**Økonomisk avhengige pårørende nr. 6 - Fornavn**

[                                                                                    ]

**Økonomisk avhengige pårørende nr. 6 – Etternavn**

[                                                                                    ]

**Økonomisk avhengige pårørende nr. 6 – fødselsdato**

*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

[            📅  ]

**Økonomisk avhengige pårørende nr. 6 – Kjønn**

○ Kvinne

○ Mann

○ Ikke spesifisert

**Økonomisk avhengige pårørende nr. 6 - Forhold til offer ved dødsfall**

○ Ektefelle

○ Tidligere ektefelle

○ Barn

○ Foreldre

○ Søsken

○ Annen

**Økonomisk avhengige pårørende nr. 6 - Hvis annet, vennligst forklar**

[                                                                                    ]

**Økonomisk avhengige pårørende nr. 6 - Alder for økonomisk uavhengighet**

*Alder der økonomisk avhengige pårørende vil/ville blitt økonomisk uavhengig, hvis aktuelt.*

*Bare tall. Vennligst ikke stave ut. For eksempel, skriv inn 18 i stedet for atten.*

[                                    ]

**Spørreskjema for restitusjon**

## <u>Økonomisk avhengige pårørende nr. 7</u>

**Økonomisk avhengige pårørende nr. 7 - Fornavn**

**Økonomisk avhengige pårørende nr. 7 – Etternavn**

**Økonomisk avhengige pårørende nr. 7 – fødselsdato**
*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

**Økonomisk avhengige pårørende nr. 7 – Kjønn**
○ Kvinne
○ Mann
○ Ikke spesifisert

**Økonomisk avhengige pårørende nr. 7 - Forhold til offer ved dødsfall**
○ Ektefelle
○ Tidligere ektefelle
○ Barn
○ Foreldre
○ Søsken
○ Annen

**Økonomisk avhengige pårørende nr. 7 - Hvis annet, vennligst forklar**

**Økonomisk avhengige pårørende nr. 7 - Alder for økonomisk uavhengighet**
*Alder der økonomisk avhengige pårørende vil/ville blitt økonomisk uavhengig, hvis aktuelt.*

*Bare tall. Vennligst ikke stave ut. For eksempel, skriv inn 18 i stedet for atten.*

**Spørreskjema for restitusjon**

### Økonomisk avhengige pårørende nr. 8

**Økonomisk avhengige pårørende nr. 8 - Fornavn**

**Økonomisk avhengige pårørende nr. 8 – Etternavn**

**Økonomisk avhengige pårørende nr. 8 – fødselsdato**

*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

**Økonomisk avhengige pårørende nr. 8 – Kjønn**

○ Kvinne

○ Mann

○ Ikke spesifisert

**Økonomisk avhengige pårørende nr. 8 - Forhold til offer ved dødsfall**

○ Ektefelle

○ Tidligere ektefelle

○ Barn

○ Foreldre

○ Søsken

○ Annen

**Økonomisk avhengige pårørende nr. 8 - Hvis annet, vennligst forklar**

**Økonomisk avhengige pårørende nr. 8 - Alder for økonomisk uavhengighet**

*Alder der økonomisk avhengige pårørende vil/ville blitt økonomisk uavhengig, hvis aktuelt.*

*Bare tall. Vennligst ikke stave ut. For eksempel, skriv inn 18 i stedet for atten.*

**Spørreskjema for restitusjon**

<u>Økonomisk avhengige pårørende nr. 9</u>

**Økonomisk avhengige pårørende nr. 9 - Fornavn**

**Økonomisk avhengige pårørende nr. 9 – Etternavn**

**Økonomisk avhengige pårørende nr. 9 – fødselsdato**

*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

**Økonomisk avhengige pårørende nr. 9 – Kjønn**

○ Kvinne

○ Mann

○ Ikke spesifisert

**Økonomisk avhengige pårørende nr. 9 - Forhold til offer ved dødsfall**

○ Ektefelle

○ Tidligere ektefelle

○ Barn

○ Foreldre

○ Søsken

○ Annen

**Økonomisk avhengige pårørende nr. 9 - Hvis annet, vennligst forklar**

**Økonomisk avhengige pårørende nr. 9 - Alder for økonomisk uavhengighet**

*Alder der økonomisk avhengige pårørende vil/ville blitt økonomisk uavhengig, hvis aktuelt.*

*Bare tall. Vennligst ikke stave ut. For eksempel, skriv inn 18 i stedet for atten.*

**Spørreskjema for restitusjon**

## Økonomisk avhengige pårørende nr. 10

**Økonomisk avhengige pårørende nr. 10 - Fornavn**

**Økonomisk avhengige pårørende nr. 10 – Etternavn**

**Økonomisk avhengige pårørende nr. 10 – fødselsdato**

*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

**Økonomisk avhengige pårørende nr. 10 – Kjønn**

- ○ Kvinne
- ○ Mann
- ○ Ikke spesifisert

**Økonomisk avhengige pårørende nr. 10 - Forhold til offer ved dødsfall**

- ○ Ektefelle
- ○ Tidligere ektefelle
- ○ Barn
- ○ Foreldre
- ○ Søsken
- ○ Annen

**Økonomisk avhengige pårørende nr. 10 - Hvis annet, vennligst forklar**

**Økonomisk avhengige pårørende nr. 10 - Alder for økonomisk uavhengighet**

*Alder der økonomisk avhengige pårørende vil/ville blitt økonomisk uavhengig, hvis aktuelt.*

*Bare tall. Vennligst ikke stave ut. For eksempel, skriv inn 18 i stedet for atten.*

**Spørreskjema for restitusjon**

## Offerets sysselsetting og inntekt

### Offerets arbeidsstatus ved dødsfall *

○ Heltid

○ Deltid

○ Arbeidsledig

○ Student

○ Pensjonist

○ Funksjonshemmet (annet enn en midlertidig funksjonshemming)

○ Hjemme mor

---

### Arbeidsstatus: Pensjonist eller Funksjonshemmet (annet enn en midlertidig funksjonshemming)

**Dato for pensjonering**

*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

[ 📅 ]

**Pensjonsytelser mottatt**

*Hvis offeret mottok pensjonsytelser, oppgi det månedlige beløpet som ble mottatt i den valutaen som er valgt tidligere.*

[ ]

---

**Dato for funksjonshemming**

*Annet enn en midlertidig funksjonshemming.*
*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

[ 📅 ]

**Uføretrygd mottatt**

*Hvis offeret mottok uføretrygd, oppgi det månedlige beløpet som ble mottatt i den valutaen som er valgt tidligere.*

[ ]

---

### Inneholdt offerets pensjons- eller uføretrygdplan en overlevelsesklausul?

*En overlevelsesklausul lar den navngitte mottakeren fortsette å motta utbetalinger fra ytelsesplanen.*

○ Ja

○ Nei

**Spørreskjema for restitusjon**

### Arbeidsstatus:Hjemme mor

**Identifiser antall timer i uken offeret brukte på å utføre husholdningstjenester**

[                    ]

**Kan du kvantifisere eventuelle ut-av-lommen erstatningskostnader for arbeid utført av offeret?**

*For eksempel gjenanskaffelseskostnad for husholderske, gartner, altmuligmann, barnepass osv.*

○ Ja

○ Nei

**Angi det månedlige beløpet for erstatningskostnader utført av offeret i den tidligere valgte valutaen.**

[                    ]

---

### For ofrene som var på arbeidsmarkedet og/eller selvstendig næringsdrivende på dødstidspunktet eller innen de tre årene før dødsfallet:

**Antall offerets arbeidsgivere i dødsåret og tre år før dødsfallet**

○ 0 (zero)

○ 1 (one)

○ 2 (two)

○ 3 (three)

**Spørreskjema for restitusjon**

<u>**Arbeidsgiver nr. 1**</u>

**Arbeidsgiver nr. 1**

**Arbeidsgiver nr. 1 - Ansettelsesdato**

Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.

**Arbeidsgiver nr. 1 – Sluttdato for ansettelse**

*La stå tomt hvis ikke aktuelt.*
*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

**Arbeidsgiver nr. 1 (dødsår) - Månedsinntekt**

*Vennligst oppgi beløpet for <u>månedlig inntekt</u> (lønn/lønn og bonus) som ble mottatt av offeret i <u>året for offerets død</u> i den valutaen som tidligere er valgt.*

*Hvis offeret ikke jobbet for denne arbeidsgiveren i løpet av denne tiden, skriv inn 0.*

**Arbeidsgiver nr. 1 (År 1) - Årsinntekt**

*Vennligst oppgi beløpet for <u>årlig inntekt</u> (lønn/lønn og bonus) som ble mottatt av offeret i <u>kalenderåret før offerets død</u> i den valutaen som tidligere er valgt.*

*Hvis offeret ikke jobbet for denne arbeidsgiveren i løpet av denne tiden, skriv inn 0.*

**Arbeidsgiver nr. 1 (År 2) - Årsinntekt**

*Vennligst oppgi beløpet for <u>årlig inntekt</u> (lønn/lønn og bonus) som ble mottatt av offeret i kalenderåret som var <u>to år før offerets død</u> i den valutaen som tidligere er valgt.*

*Hvis offeret ikke jobbet for denne arbeidsgiveren i løpet av denne tiden, skriv inn 0.*

### Arbeidsgiver nr. 1 (År 3) - Årsinntekt

Vennligst oppgi beløpet for <u>årlig inntekt</u> (lønn/lønn og bonus) som ble mottatt av offeret i kalenderåret som var <u>tre år før offerets død</u> i den valutaen som tidligere er valgt.

Hvis offeret ikke jobbet for denne arbeidsgiveren i løpet av denne tiden, skriv inn 0.

[                    ]

### Arbeidsgiver nr. 1 - Arbeidsgiverbidrag

*Angi om offeret mottok arbeidsgiveravgift i kalenderåret før offerets død.*

○ Ja

○ Nei

○ Ukjent

### Arbeidsgiver nr. 1 - Type arbeidsgiverbidrag

*Angi hvilken type arbeidsgiverbidrag som offeret mottok i kalenderåret før offerets død. Velg alt som passer.*

☐ Frynsegoder

☐ Helseforsikring

☐ Pensjonsplan

---

**Arbeidsgiver nr. 2**

### Arbeidsgiver nr. 2- Arbeidsgivers navn

[                                                                    ]

### Arbeidsgiver nr. 2 - Ansettelsesdato

*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

[        📅    ]

### Arbeidsgiver nr. 2 – Sluttdato for ansettelse

*La stå tomt hvis ikke aktuelt.*
*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

[        📅    ]

**Spørreskjema for restitusjon**

### Arbeidsgiver nr. 2 (dødsår) - Månedsinntekt
*Vennligst oppgi beløpet for månedlig inntekt (lønn/lønn og bonus) som ble mottatt av offeret i året for offerets død i den valutaen som tidligere er valgt.*

*Hvis offeret ikke jobbet for denne arbeidsgiveren i løpet av denne tiden, skriv inn 0.*

[                    ]

### Arbeidsgiver nr. 2 (År 1) - Årsinntekt
*Vennligst oppgi beløpet for årlig inntekt (lønn/lønn og bonus) som ble mottatt av offeret i kalenderåret før offerets død i den valutaen som tidligere er valgt.*

*Hvis offeret ikke jobbet for denne arbeidsgiveren i løpet av denne tiden, skriv inn 0.*

[                    ]

### Arbeidsgiver nr. 2 (År 2) - Årsinntekt
*Vennligst oppgi beløpet for årlig inntekt (lønn/lønn og bonus) som ble mottatt av offeret i kalenderåret som var to år før offerets død i den valutaen som tidligere er valgt.*

*Hvis offeret ikke jobbet for denne arbeidsgiveren i løpet av denne tiden, skriv inn 0.*

[                    ]

### Arbeidsgiver nr. 2 (År 3) - Årsinntekt
*Vennligst oppgi beløpet for årlig inntekt (lønn/lønn og bonus) som ble mottatt av offeret i kalenderåret som var tre år før offerets død i den valutaen som tidligere er valgt.*

*Hvis offeret ikke jobbet for denne arbeidsgiveren i løpet av denne tiden, skriv inn 0.*

[                    ]

### Arbeidsgiver nr. 2 - Arbeidsgiverbidrag
*Angi om offeret mottok arbeidsgiveravgift i kalenderåret før offerets død.*

○ Ja

○ Nei

○ Ukjent

**Spørreskjema for restitusjon**

**Arbeidsgiver nr. 2 - Type arbeidsgiverbidrag**

Angi hvilken type arbeidsgiverbidrag som offeret mottok i kalenderåret før offerets død. Velg alt som passer.

☐ Frynsegoder

☐ Helseforsikring

☐ Pensjonsplan

### Arbeidsgiver nr. 3

**Arbeidsgiver nr. 3- Arbeidsgivers navn**

**Arbeidsgiver nr. 3 - Ansettelsesdato**

*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

**Arbeidsgiver nr. 3 – Sluttdato for ansettelse**

*La stå tomt hvis ikke aktuelt.*
*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

**Arbeidsgiver nr. 3 (dødsår) - Månedsinntekt**

*Vennligst oppgi beløpet for månedlig inntekt (lønn/lønn og bonus) som ble mottatt av offeret i året for offerets død i den valutaen som tidligere er valgt.*

*Hvis offeret ikke jobbet for denne arbeidsgiveren i løpet av denne tiden, skriv inn 0.*

**Arbeidsgiver nr. 3 (År 1) - Årsinntekt**

*Vennligst oppgi beløpet for årlig inntekt (lønn/lønn og bonus) som ble mottatt av offeret i kalenderåret før offerets død i den valutaen som tidligere er valgt.*

*Hvis offeret ikke jobbet for denne arbeidsgiveren i løpet av denne tiden, skriv inn 0.*

**Spørreskjema for restitusjon**

### Arbeidsgiver nr. 3 (År 2) - Årsinntekt

*Vennligst oppgi beløpet for <u>årlig inntekt</u> (lønn/lønn og bonus) som ble mottatt av offeret i kalenderåret som var <u>to år før offerets død</u> i den valutaen som tidligere er valgt.*

*Hvis offeret ikke jobbet for denne arbeidsgiveren i løpet av denne tiden, skriv inn 0.*

---

### Arbeidsgiver nr. 3 (År 3) - Årsinntekt

Vennligst oppgi beløpet for <u>årlig inntekt</u> (lønn/lønn og bonus) som ble mottatt av offeret i kalenderåret som var <u>tre år før offerets død</u> i den valutaen som tidligere er valgt.

Hvis offeret ikke jobbet for denne arbeidsgiveren i løpet av denne tiden, skriv inn 0.

---

### Arbeidsgiver nr. 3 - Arbeidsgiverbidrag

*Angi om offeret mottok arbeidsgiveravgift i kalenderåret før offerets død.*

○ Ja

○ Nei

○ Ukjent

### Arbeidsgiver nr. 3 - Type arbeidsgiverbidrag

Angi hvilken type arbeidsgiverbidrag som offeret mottok i kalenderåret før offerets død. Velg alt som passer.

☐ Frynsegoder

☐ Helseforsikring

☐ Pensjonsplan

---

### Offerets forventede pensjonsdato

*La stå tomt hvis ukjent.*
*Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.*

**Spørreskjema for restitusjon**

## Opplysninger om foreldre

*Hvis offeret var mindre enn 18 år gammelt på dødstidspunktet, vennligst skriv inn følgende opplysninger om offerets forelder(e).*

**Forelder nr. 1 – Kjønn**

○ Kvinne

○ Mann

○ Ikke spesifisert

**Forelder nr. 1 – Høyeste utdanningsnivå**

○ Mindre enn videregående skole/videregående skole

○ Videregående skole/videregående skole (inkluderer GED)

○ Noen høyskole/universitet (ingen grad)

○ Associate of Arts/Handelsskole

○ Bachelorgrad

○ Mastergrad

○ Profesjonelle/doktorgrader

○ Ukjent

**Forelder nr. 2 – Kjønn**

○ Kvinne

○ Mann

○ Ikke spesifisert

**Forelder nr. 2 – Høyeste utdanningsnivå**

○ Mindre enn videregående skole/videregående skole

○ Videregående skole/videregående skole (inkluderer GED)

○ Noen høyskole/universitet (ingen grad)

○ Associate of Arts/Handelsskole

○ Bachelorgrad

○ Mastergrad

○ Profesjonelle/doktorgrader

○ Ukjent

**Spørreskjema for restitusjon**

## Andre Inntekter

*Identifiser eventuelle andre inntekter offeret har tjent i dødsåret og tre år før døden. Velg alt som passer.*

**Offerets andre inntekter**

*Velg alt som passer.*

☐ Ingen - ingen andre inntekter

☐ Investeringsinntekter

☐ Næringsinntekt

☐ Leieinntekter

☐ Royaltyinntekt

☐ Pensjon og livrenteinntekt

☐ Passiv inntekt

☐ Annet

**Hvis Annet, forklar hvilken type annen inntekt du har mottatt som ikke gjenspeiles ovenfor.**

[                                                              ]

**Andre inntekter - Dødsår**

*Vennligst oppgi det totale månedlige beløpet for andre inntekter opptjent i året for offerets død i den valutaen som er valgt tidligere.*

*Hvis offeret ikke tjente andre inntekt i år, vennligst skriv inn 0.*

[                          ]

**Andre inntekter -År 1**

*Vennligst oppgi det totale månedlige beløpet for andre inntekter opptjent i kalenderåret før offerets død i den valutaen som er valgt tidligere.*

*Hvis offeret ikke tjente andre inntekt i år, vennligst skriv inn 0.*

[                          ]

**Spørreskjema for restitusjon**

### Andre inntekter -År 2

Vennligst oppgi det totale <u>månedlige beløpet</u> for andre inntekter opptjent i <u>kalenderåret som var to år før offerets død</u> i den valutaen som er valgt tidligere.

Hvis offeret ikke tjente andre inntekt i år, vennligst skriv inn 0.

[                    ]

### Andre inntekter -År 3

*Vennligst oppgi det totale <u>månedlige beløpet</u> for andre inntekter opptjent i <u>kalenderåret som var tre år før offerets død</u> i den valutaen som er valgt tidligere.*

*Hvis offeret ikke tjente andre inntekt i år, vennligst skriv inn 0.*

[                    ]

## Forbruk

### Bidro offerets ektefelle til husholdningens inntekt på tidspunktet for offerets død?

○ Ja

○ Nei

### Offerets ektefelles årlige inntekt i året for offerets død

*Inkluderer inntekt mottatt fra lønn/lønn og bonus, uføretrygd eller pensjonsytelser i <u>året for offerets død</u> i den valutaen som er valgt tidligere.*

[                    ]

### Offerets ektefelles årlige inntekt i året før offerets død

*Inkluderer inntekt mottatt fra lønn/lønn og bonus, uføretrygd eller pensjonsytelser i <u>året før offerets død</u> i den valutaen som er valgt tidligere.*

*Hvis fornærmedes ektefelle ikke bidro til husholdningsinntekten dette året, vennligst oppgi 0.*

[                    ]

**Spørreskjema for restitusjon**

**Andre inntekter opptjent av offerets ektefelle i året for offerets død og året før offerets død:**

*Velg alt som passer.*

☐ Ingen - ingen andre inntekter

☐ Investeringsinntekter

☐ Næringsinntekter

☐ Leieinntekter

☐ Royaltyinntekter

☐ Pensjon og livrenteinntekter

☐ Passiv inntekter

☐ Andre

**Annen inntekt opptjent av offerets ektefelle i året for offerets død**

*Vennligst oppgi det totale årlige beløpet for annen inntekt opptjent av offerets ektefelle i året for offerets død i den valutaen som tidligere er valgt. Ikke dupliser annen inntekt angitt ovenfor for offeret hvis denne andre inntekten er fellesinntekt.*

*Hvis offerets ektefelle ikke tjente annen inntekt i år, vennligst skriv inn 0.*

[                                        ]

**Andre inntekter opptjent av offerets ektefelle i året før offerets død**

*Vennligst oppgi det totale årlige beløpet for andre inntekter opptjent av offerets ektefelle i året før offerets død i den valutaen som tidligere er valgt. Ikke dupliser andre inntekter angitt ovenfor for Offeret hvis denne andre inntekten er fellesinntekt.*

*Hvis offerets ektefelle ikke tjente andre inntekter i år, vennligst skriv inn 0.*

[                                        ]

**Spørreskjema for restitusjon**

### Offerets ekstraordinære utgifter

**Underholdsbidrag eller ektefellestøtte**

Hvis Offeret var ansvarlig for å betale underholdsbidrag eller ektefellebidrag, vennligst oppgi det månedlige beløpet som ble betalt i den valutaen du tidligere har valgt.

*La stå tomt hvis ikke aktuelt.*

**Datoen da utbetalinger av underholdsbidrag eller ektefellestøtte ville opphøre**

Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.

**Utbetaling av barnebidrag**

Hvis offeret var ansvarlig for å betale barnebidrag, vennligst oppgi det månedlige beløpet som ble betalt i den valutaen som er valgt tidligere.

*La stå tomt hvis ikke aktuelt.*

**Datoen da utbetalinger av barnebidrag ville opphøre**

Du kan skrive inn datoen. Vennligst formater som MM/DD/ÅÅÅÅ.

**Offentlig finansiert/statlig finansiert helseforsikring**

Hvis offeret mottok offentlig finansierte/statsfinansierte ytelser, vennligst oppgi det månedlige beløpet som ble mottatt for helseforsikring i den valutaen som er valgt tidligere.

*La stå tomt hvis ikke aktuelt.*

**Offentlig finansiert/statlig finansiert boligtillegg**

Hvis offeret mottok offentlig finansierte/statsfinansierte ytelser, vennligst oppgi det månedlige beløpet som ble mottatt for et botillegg i den valutaen som er valgt tidligere.

*La stå tomt hvis ikke aktuelt.*

**Spørreskjema for restitusjon**

## Eiendomstap

**Identifiser verdien av offerets eiendom tapt eller skadet i krasjet i den valutaen som er valgt tidligere.**

## Ut-av-lomme kostnader

*Identifiser alle beløp påløpt av representant(er) relatert til offerets død.*

**Totalt beløp påløpt for begravelseskostnader (f.eks. begravelseskostnader, kremasjonskostnader osv.) i den valutaen som er valgt tidligere.**

*Etterforskningsrelaterte kostnader: Etterforskningsrelaterte kostnader er visse kostnader som er knyttet til din deltakelse i regjeringens etterforskning og rettsforfølgelse av det straffbare forholdet. Dette inkluderer for eksempel oppmøte på konferansemøter med USAs justisdepartement og oppmøte ved rettsmøter angående straffesaken, United States v. The Boeing Company, saksnummer 4:21-cr-0005 (NDTX). Det inkluderer ikke kostnader knyttet til sivile rettssaker, møter med eller arrangementer på den amerikanske kongressen, eller private undersøkelser av krasjene.*

**Beløpet for barnepasskostnader for å tillate deltakelse i regjeringens etterforskning og rettsforfølgelse av det straffbare forholdet i den valutaen som tidligere er valgt.**

**Transportkostnader for å tillate deltakelse i regjeringens etterforskning og rettsforfølgelse av det straffbare forholdet i den valutaen som er valgt tidligere.**

**Beløpet for tapt arbeidsfortjeneste for deltakelse i regjeringens etterforskning og rettsforfølgelse av det straffbare forholdet i den valutaen som er valgt tidligere.**

**Beløpet for advokatsalærer som er direkte knyttet til regjeringens etterforskning og rettsforfølgelse av det straffbare forholdet i den valutaen som er valgt tidligere.**

**Spørreskjema for restitusjon**

## Annen

### Andre økonomiske skader

*Gi opplysninger om eventuelle andre økonomiske skader, inkludert beløp og begrunnelse for kravet (økonomiske skader er kvantifiserbare økonomiske tap pådratt på grunn av forbrytelsen).*

[                                                                              ]

## Dokumentasjon

**For ofre som var amerikanske statsborgere:** Vennligst oppgi selvangivelse for året for offerets død og året før offerets død, men helst for de tre årene før offerets død. Vennligst oppgi eventuelle tilleggsdokumenter du har tilgjengelig som kan støtte beløpene du har oppført ovenfor.

**For ofre som ikke var amerikanske statsborgere:** Vennligst oppgi dokumenter som støtter årlig inntekt for året for offerets død og året før offerets død, men helst for de tre årene før offerets død. Vennligst oppgi eventuelle tilleggsdokumenter du har tilgjengelig som kan støtte beløpene du har oppført ovenfor.

## Bekreftelse fra spørreskjemaforbereder

**Ved å sende inn dette skjemaet, bekrefter jeg at all informasjon som ble gitt var nøyaktig og fullstendig.**

### Forbereder fornavn *

[                                                                              ]

### Forbereder etternavn *

[                                                                              ]

### Forbereder telefonnummer *

*Ta med landskode. For eksempel +1-xxx-xxx-xxxx*

[                                                                              ]

### Forbereder e-postadresse *

[                                                                              ]