UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:21-cr-00005-O |
| THE BOEING COMPANY, | ) |
| Defendant. | ) |

## SCHEDULING ORDER

Having considered the Government's Status Report and the proposed Scheduling Order, the Court hereby **ORDERS** that:

By June 18, 2025, the families of the victims of the Lion Air Flight 610 and Ethiopian Airlines Flight 302 airplane crashes, and any other person claiming status as a "crime victim" under the Crime Victims' Rights Act, 18 U.S.C. § 3771, must file any responsive briefs to the Government's Motion to Dismiss the Information (ECF No. 312). A responsive brief may not exceed 50 pages (excluding the table of contents and table of authorities).

By June 25, 2025, the Government and The Boeing Company must file any replies to the responsive briefs.

**SO ORDERED** this 1st day of June, 2025.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**