# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **No. 4:21-CR-5-O** |
| THE BOEING COMPANY, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## ORDER GRANTING JOINT MOTION OF THE PARTIES TO TERMINATE PRETRIAL DEADLINES AND VACATE THE TRIAL DATE

Having considered the parties' Joint Motion to Terminate Pretrial Deadlines and Vacate the Trial Date, and in light of the filing by the United States of a Motion to Dismiss and the briefing schedule set by the Court on the same (Docket Nos. 312, 315), it is hereby **ORDERED** that:

The current Scheduling Order (Docket No. 294) is **VACATED**. All pretrial deadlines are **CANCELLED**.

The trial currently scheduled to commence on June 23, 2025, is **CANCELLED**.

**SO ORDERED** this 2nd day of June, 2025

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**