UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff* | ) ) ) |
| v. | ) ) Case No. 4:21-cr-00005-O-1 |
| THE BOEING COMPANY, | ) ) ) |
| *Defendant.* | ) ) |

**MOTION BY NAOISE CONNOLLY RYAN, ET AL. TO WITHDRAW KYLE OXFORD AS COUNSEL OF RECORD**

Pursuant to LCrR 57.12, Naoise Connolly Ryan et al.[1] (the "victims' families" or "families"), through undersigned counsel, file this Motion to Withdraw Kyle Oxford as Counsel of Record for the Families.

Kyle Oxford is no longer with Burns Charest LLP. The Families continue to be represented by the undersigned counsel.

The requested withdrawal of counsel will not cause continuance or delay in this case.

**CONCLUSION**

The Families respectfully request that this Court grant the Motion to Withdraw Kyle Oxford as Counsel of Record for the Families. The Families further respectfully request that the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

---

[1] In addition to Ms. Ryan, the other victims' family members filing this motion are Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Sri Hartati, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, John Karanja Quindos, Guy Daud Iskandar Zen S., and others similarly situated.

1

Dated: June 18, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Darren P. Nicholson* | */s/ Paul G. Cassell* |
| Warren T. Burns | Paul G. Cassell (Utah Bar No. 06078) |
| Texas Bar No. 24053119 | (Counsel of Record) |
| Darren P. Nicholson | Utah Appellate Project |
| Texas Bar No. 24032789 | S.J. QUINNEY COLLEGE OF LAW |
| Chase Hilton | University of Utah |
| Texas Bar No. 24100866 | cassellp@law.utah.edu |
| BURNS CHAREST LLP | (no institutional endorsement implied) |
| 900 Jackson Street, Suite 500 | |
| Dallas, Texas 75202 | Tracy A. Brammeier |
| Telephone: (469) 904-4550 | CLIFFORD LAW OFFICES PC |
| wburns@burnscharest.com | tab@cliffordlaw.com |
| dnicholson@burnscharest.com | |
| chilton@burnscharest.com | Erin R. Applebaum |
| | KREINDLER & KREINDLER LLP |
| | eapplebaum@kreindler.com |
| | |
| | Pablo Rojas |
| | PODHURST ORSECK PA |
| | projas@podhurst.com |

*Attorneys for Victims' Families*

## CERTIFICATE OF SERVICE

I certify that on June 18, 2025, the foregoing document was served on the parties to the proceedings via the Court's CM/ECF filing system.

*/s/ Darren P. Nicholson*
Darren P. Nicholson

2