UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal Action No. 4:21-cr-5-O |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is the Government's Unopposed Motion to Amend the Scheduling Order (ECF No. 324), filed June 19, 2025. Having considered the Government's unopposed Motion to Amend the June 1, 2025, Scheduling Order (ECF No. 315), the Court hereby **ORDERS** that:

By July 2, 2025, the Government and The Boeing Company **SHALL** file any replies in support of the Government's Motion to Dismiss the Information (ECF No. 312) and responses to the Motion for Appointment of a Special Prosecutor (ECF No. 321).

**SO ORDERED** on this **20th day** of **June, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE