No. 4:21-CR-5-O

---

### IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS

---

UNITED STATES OF AMERICA

v.

THE BOEING COMPANY
Defendant

---

### MOTION TO DENY 'GOVERNMENT'S MOTION TO DISMISS'

SUBMITTED BY: ANTHONY KEYTER
(BOEING CRIME VICTIM / PROSECUTOR QUI TAM
/ BOEING SENIOR INSTRUCTOR PILOT, RETIRED).

---



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 4 2025
CLERK, U.S. DISTRICT COURT
By _____

**JUNE 16, 2025**

1

# TABLE OF AUTHORITIES

**Statutes**

| | |
|---|---|
| 28USC547 | 3 |
| 18USC3041 | 3 |
| 18USC3046 | 3 |
| 18USC3060 | 3 |
| 18USC371 | 5, 6 |
| 18USC241 | 5 |
| 18USC242 | 5 |
| 18USC1512(c)(2) | 5 |
| 18USC2383 | 5 |
| 28USC453 | 5 |
| 18USC401(2) | 5 |
| 18USC1519 | 4 |
| 18USC2 | 6 |
| 18USC3 | 6 |
| Securities Act, Sections 17(a)(2) and 17(a)(3) | 4 |
| Revised Code of Washington, RCW 9a.28.40 | 4 |

## MOTION TO DENY 'GOVERNMENT'S MOTION TO DISMISS'

Movant, Anthony P. Keyter, respectfully moves this Court to deny the 'Government's Motion to Dismiss the Information' in the above titled case of USA v The Boeing Company. The 'Government's Motion to Dismiss is illegal and incites the Court to violate the law. Granting the illegal motion would violate several laws.

## ARGUMENT IN SUPPORT OF MOTION TO DENY

*The Government Motion to Dismiss is Illegal*

The 'Government's motion to dismiss the Information' is illegal on several grounds, if granted, and would violate the laws:

1. The Department of Justice prosecutors, Lorinda Laryea, Sean Tonolli, and Chad Meacham, acting for the Government, have a duty to 'prosecute for all offenses against the United States'. See statute 28USC547. They are in possession of 19 criminal complaints filed against the Boeing Company *in this case*, which they have willfully not investigated or prosecuted. The Government prosecutors have intentionally failed to perform their duty to investigate and prosecute in violation of statute 28USC547. Their 'Motion to Dismiss' the case is in conflict with performing their legal duty, it violates 28USC547, and is therefore illegal.

2. The second reason why the 'Motion to Dismiss' tabled by the prosecutors is illegal is because it incites the Court (Judge O'Connor), to violate the laws. Pursuant statutes 18USC3041, statute 18USC3046, and 18USC3060, and Federal Rules of Criminal Procedure 4 and 41, the Judge shall arrest the Boeing offenders and shall hold a preliminary hearing on the offenses detailed in the 19 unaddressed criminal complaints before the Court, as the laws demand of him. Dismissing the case on incitement, without obeying the aforementioned statutes, would violate these laws.

3. The third reason why the 'Motion to Dismiss' tabled by the Government Prosecutors is illegal, is because: if Judge O'Connor gives in to their incitement to 'dismiss', both the judge and the government attorneys will not only be complicit in the unaddressed Boeing crimes filed in the case, but will also be party to the joinder crimes, of which the full list is presented in the Dossier of Crimes (see Docket # 303). They will have assisted the Boeing offenders and their joinders to escape justice. (See 18USC2 & 3).

4. The fourth reason why the 'Motion to Dismiss' tabled by the prosecutors is illegal is because: the Boeing Company is at this very instant in time, in violation of the Non-Prosecution Agreement. Boeing has committed the unaddressed past crimes and/or, is committing unaddressed ongoing crimes, including fraud on the stock exchanges, fraud by doing business in Washington State, mass murder, and attempted murder of a court witness:

***Past Crimes:***

*Obstruction of justice, 18USC1519; theft of court record; tampering with a witness; retaliation against a witness; contempt of court; perjury; conspiracy to commit offenses; conspiracy to kidnap a witness; conspiracy to murder a witness; conspiracy against rights; deprivation of rights; misprision of felony; treason; misprision of treason; seditious conspiracy; insurrection against the laws; accessory after the fact to offenses of their government co-conspirators as detailed in the 'Dossier of Crimes'; crimes against humanity of mass murder in the death of 507 people; crimes against humanity of other inhumane acts in the grave injury of 189 innocent civilians; DOJ 'Deferred Prosecution Agreement'.*

***Ongoing Crimes:***

*Ongoing violation of: seditious conspiracy; insurrection against the laws; Securities Act, Sections 17(a)(2) and 17(a)(3); Revised Code of Washington, RCW 9a.28.40; SEC 'cease-and-desist' order; USDC Northern Texas order; Boeing ongoing criminal conspiracy with stock exchanges; Boeing ongoing criminal conspiracy with the US Government to cover-up fraud and unaddressed past crimes; Boeing ongoing criminal conspiracy with Alaska Airlines; Boeing 'ongoing' criminal conspiracy to defraud the United States; Boeing's ongoing criminal corporate culture: Boeing / US Government ongoing criminal conspiracy to murder the prosecutor qui tam, Anthony Keyter.*

These serious offenses have not been prosecuted and should be attended to in this court case to serve the urgency of timely preventative action against further accidents and deaths, as warned about in Docket # 283. These offenses are fully detailed in *Appendix 1* to the Joinder Motion (Docket 303) and in Docket # 229: the Dossier of Crimes, Volume III, Chapter 42.1.1 to Chapter 42.1.19. Premature and illegal dismissal of the case, without addressing the above-listed crimes and addressing the Boeing criminal corporate culture lying behind them, will render both the Judge and the Government Attorneys culpable for any further deaths caused by the condoned criminality within the Boeing Company, its Board of Directors, and its Executive Council.

*Granting an Illegal Motion Would Violate the Laws*

Should the Government manage to incite the Court to illegally dismiss the Boeing Company Case, the Court would be in criminal conspiracy with the Government Attorneys in granting an illegal motion, in violation of 18USC371 regarding conspiracy to commit offense. In premature dismissal, the Court would deny the American and international flying public and investing public the right to "protection of the laws" (those laws which Boeing is in breach of as listed above), in violation of 18USC241, conspiracy against rights; and in violation of 18USC242, denial of rights. The Court would obstruct justice in the mass murder case by corrupt dismissal of the case, in violation of 18USC1512(c)(2) on obstruction of justice. The Court would thereby join the insurrection against the laws described in the joinder motion, in violation of 18USC2383. Judge O'Connor would violate his oath of office, 28USC453, and the court rules, showing contempt of court in violation of 18USC401(2).

*Boeing's Crimes Would be Swept Under the Carpet*

The Boeing Company did not only commit one count of fraud, as is corruptly being pursued in this Court by the DOJ prosecutors. Boeing and the Boeing Board of Directors and Executive Council have played a central role in a virulent and broad seditious conspiracy and

5

'insurrection against the laws' active within the United States Government. That seditious conspiracy and 'insurrection against the laws' is detailed in 240 unaddressed criminal complaints presented in the Dossier of Crimes filed with this Court in Docket # 303. To cover up those offenses would be a crime (see 18USC2 & 3).

The Defendant, Boeing, knowing of the guilt of its employees in the unaddressed crimes listed above, would have failed to come clean and failed to cooperate with the Prosecutor Qui Tam (Anthony Keyter), the DOJ, and the Court, to address and terminate Boeing's ongoing crimes. Boeing would have willfully failed to make the needed reports to the Securities and Exchange Commission, the stock exchanges upon which they are listed, and to their shareholders, regarding their part in the $1.42 trillion stock exchange fraud they are involved in - in violation of statute 18USC371 (conspiracy to commit offense) and the Securities Act. (See criminal complaint in the Dossier of Crimes, Volume III, Chapter 42.1.16b, filed with this Court against Boeing, regarding Boeing's fraud).

### *Boeing's Criminal Culpability in Recent Air Accidents Would be Disregarded*

The Boeing Company's criminal culpability in a series of four air accidents would be disregarded and ignored if the case was dismissed before investigation and prosecution of the *'murder charges'* filed in the death of 507 people and grave injury to another 189. See the Dossier of Crimes, Volume III, Chapter 42.1.8, filed with this Court for its attention and action.

Further Boeing criminal culpability may or may not be associated with the death of 270 people in the recent crash of an Air India Boeing 787 at Ahmedabad, India, on 12 June 2025. It is still too early in the investigations to tell.

However, the death toll stemming from Boeing's criminal corporate culture will rise, as the Prosecutor Qui Tam Anthony Keyter has forewarned in Docket # 283 filed late last year, should no action be taken by this Court to curtail Boeing's criminal corporate culture. (Refer to the past and ongoing crimes listed above). Not all 'factory-involved' air accidents have their

origin on the factory floor during assembly. In Boeing's case, many more 'factory-involved' incidents and accidents originate from corrupt decisions made in the board-room and in company executive offices and stem from an overarching criminal corporate culture. No passengers flying on Boeing aircraft world-wide will ever be safe, unless and until the Boeing Company's criminal corporate culture is addressed and eradicated once and for all. Including you, the reader.

***The Motion to Dismiss is Unjustified and Illegal***

The Department of Justice prosecutors, Lorinda Laryea, Sean Tonolli, and Chad Meacham, acting for the Government, are in violation of the criminal statutes by tendering their motion. For the above stated reasons, the 'Motion for Dismissal' is illegal and should be denied.

Respectfully submitted by:

*[signature]*

Anthony Keyter
Boeing Crime Victim/ Prosecutor Qui Tam /
Senior Instructor Pilot for Boeing, Retired.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2025, a true and correct copy of this Motion to Reject the Government's Motion for Dismissal, was served on the following counsel for the parties.

United States Attorney:
Burnett Plaza, Ste 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882
USATXN.USA@usdoj.gov
sean.tonolli@usdoj.gov
chad.meacham@usdoj.gov

Defendants: C/o
CEO Kelly Ortberg
Corp. Secretary John Demers
Boeing Corporate Offices
929 Long Bridge Drive
Arlington, VA 22202
kelly.ortberg@boeing.com;
john.demers@boeing.com;

Ralph Dado and John Lausch
Kirkland and Ellis
333 West Wolf Point Plaza
Chicago, Il 60654
ralph.dado@kirkland.com
john.lausch@kirkland.com

Defendants: C/o
Benjamen Hatch
Brandon Santos
Elissa Baur

McGuire Woods LLP
888 16th Street NW Ste 500
Black Lives Matter Plaza
Washington DC 20006
bhatch@mchuirewoods.com

Respectfully Submitted,

*[signature]*

Anthony P. Keyter

Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA 98335
akeyter@centurytel.net

June 16, 2025

The Clerk
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

The Clerk,

### Re: Motion to Deny 'Government's Motion to Dismiss'
### USDC Case No. 4:21-cr-5-O

Enclosed find a *'Motion to Deny 'Government's Motion to Dismiss'* in the above titled case,

Sincerely,

*[signature]*

Anthony Keyter
Boeing Crime Victim
Prosecutor Qui Tam


Case 4:21-cr-00005-O    Document 327    Filed 06/24/25    Page 10 of 10    PageID 8319

Anthony Keyter
6200 Soundview Drive, #200
Gig Harbor, WA. 98335





Retail

U.S. POSTAGE PAID
FCM LG ENV
GIG HARBOR, WA 98335
JUN 16, 2025
$1.77
S2323A500509-33

76102
RDC 99



The Clerk
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673



RECEIVED
JUN 2 4 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS