Anthony Keyter
Address Redacted
6200 Soundview Drive, R201
Gig Harbor, WA 98335
akeyter@centurytel.net



June 24, 2025

The Clerk
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

*Attention:*
*The Respondents: 'The USDC for Northern Texas,*
Judge Reed O'Connor and the USDC bench, en banc: Chief Judge David C. Godbey; Sam A. Lindsay; Ed Kinkeade; Jane J. Boyle; Reed O'Connor; Karen Gren Scholer; Matthew J. Kacsmaryk; Mark T. Pittman; James Wesley Hendrix; Brantley Starr; Ada Brown; A. Joe Fish; Sidney A. Fitzwater; Sam R. Cummings; Terry R. Means; Barbara M. G. Lynn; Jeffrey L. Cureton; Judge Renee H. Toliver; Judge David L. Horan; Judge Hal R. Ray, Jr; Jr; Judge Lee Ann Reno; Judge Rebecca Rutherford; Judge John R. Parker; Amanda Burch; Brian McKay; Irma Carrillo Ramirez; Judge D. Gordon Bryant.

Judges and Clerk,

### Re: US Supreme Court 'Petition for Writ of Mandamus' from –
### USDC Northern Texas Case No. 4:21-CR-5-O
### Fifth Circuit Case No. 25-10457

Since your name appears as *'Respondent'* in a US Supreme Court Mandamus Petition, enclosed find for your attention and action, that 'Petition for Writ of Mandamus re USDC Case No. 4:21-CR-5-O; and Fifth Circuit Case No. 25-10457; plus Appendix 1: The Dossier of Crimes; and a Certificate of Service upon you.

With or without the Writ of Mandamus commanding you to action, you have a legal duty to address the unaddressed, known, and ongoing crimes being perpetrated by the Boeing Company and its accomplices. For the sake of the safety and security of the international public, please take care of the faithful execution of the laws upon the criminals, as your duty demands. Kindly advise me by return mail or email, what actions you have taken or intend to take, if any, to terminate the harmful criminal endeavor.

Failing to hear from you by return mail, I will assume that you have no intention of dealing with the serious past and ongoing crimes of the Boeing Company and its accomplices. I must perforce assume that you condone Boeing's $249.88 billion fraud, the Boeing/FAA/GW Bush conspiracy to murder a Supreme Court Witness, and Boeing's culpability in the death (murder) of 507 people and injury (attempted murder) of 189 others.

Sincerely,

*[signature]*

Anthony Keyter
Former Boeing Company Senior Instructor Pilot
Boeing Crime Victim, Prosecutor Qui Tam of Boeing Crimes

*Enclosure:*
US Supreme Court Petition for Writ of Mandamus, dated 6.24.25
Appendix 1 to the Writ of Mandamus: the Dossier of Crimes, dated 1.1.25

No.
_____

# In The
# Supreme Court of the United States

---

**In Re: Anthony P. Keyter, on his own behalf,
on behalf of all other Boeing Crime Victims, and on behalf
of the United States and the American People**

---

## Petition to Chief Justice Roberts for Writ of Mandamus, Pursuant to the Crime Victim's Rights Act, 18USC3771(d)(3).

---

Mandamus from:
the USDC for the Northern District of Texas, Case No. 4:21-cr-005-O;
and from the 5th Circuit USCA, Case Nos. 23-10168 / 25-10457

---

Anthony P. Keyter
(Boeing Crime Victim and Prosecutor Qui Tam)
6200 Soundview Drive, R201
Gig Harbor, WA. 98335

---

**June 24, 2025**

## INTERESTED PARTIES

*Petitioner: Anthony P. Keyter*
*Status as Boeing Crime Victim:* The Petitioner, Anthony P. Keyter, is a former Boeing Company Senior Instructor Pilot, now retired. He claims status under the Crime Victim's Act, 18USC3771 and claims *all the rights* afforded under the Act, including rights under 18USC3771(a)(1): the right to be reasonably protected from the accused; (a)(4) the right to be reasonably heard at any public proceeding in the district court involving … plea, sentencing, ….; (a)(6) the right to full and timely restitution as provided in law; (a)(8) the right to be treated with fairness and with respect for the victim's dignity and privacy.

Anthony Keyter held the position as Senior Instructor Pilot for the Boeing Company for a period of 17 years. At the end of that period, he suffered kidnap and murder attempts by the Boeing Company (acting in concert with former President GW Bush and the FAA), as court witness and whistleblower to wrongdoing in the US Supreme Court, in case no. 05-140. The US Supreme Court and Chief Justice Roberts are well familiar with that heinous, but unaddressed, criminal act. (For details see *Appendix 1,* the Dossier of Crimes, Volume III, Chapter 42.1.1).

According to the Federal Aviation Authority (FAA), the criminal conspiracy and trap set for Anthony Keyter's kidnap and murder remains active today. Boeing committed numerous associated crimes, including witness tampering (crimes against Anthony Keyter's employ and his person). Those crimes are meticulously detailed by Anthony Keyter in his role as Prosecutor Qui Tam and have been filed with the US District Court (USDC) for Northern Texas on several occasions and are filed with this Court in *Appendix 1* to this Petition.

As Boeing Company Crime Victim and Prosecutor Qui Tam in the Boeing Company mass murder case, Anthony Keyter petitions Justice Roberts and the US Supreme Court for 'Writ of Mandamus' on his own behalf and on behalf of all other Boeing Crime Victims.

*Respondents: 'The USDC for Northern Texas, en banc'*
Judge Reed O'Connor and the USDC bench, en banc:
Chief Judge David C. Godbey; Sam A. Lindsay; Ed Kinkeade; Jane J. Boyle; Reed O'Connor; Karen Gren Scholer; Matthew J. Kacsmaryk; Mark T. Pittman; James Wesley Hendrix; Brantley Starr; Ada Brown; A. Joe Fish; Sidney A. Fitzwater; Sam R. Cummings; Terry R. Means; Barbara M. G. Lynn; Jeffrey L. Cureton; Judge Renee H. Toliver; Judge David L. Horan; Judge Hal R. Ray, Jr; Jr; Judge Lee Ann Reno; Judge Rebecca Rutherford; Judge John R. Parker; Amanda Burch; Brian McKay; Irma Carrillo Ramirez; Judge D. Gordon Bryant.

*Respondents: 'The 5th Circuit Court of Appeals, en banc'*
Chief Judge Jennifer Walker Elrod and the 5th Circuit bench, en banc:
Judge Priscilla Richman; Judge Carolyn Dineen King; Judge E. Grady Jolly; Judge Patrick E. Higginbotham; Judge W. Eugene Davis; Judge Edith H. Jones; Judge Jerry E. Smith; Judge John M. Duhé, Jr.; Judge Jacques L. Wiener, Jr.; Judge Rhesa H. Barksdale; Judge Carl E. Stewart; Judge James L. Dennis; Judge Edith Brown Clement; Judge Leslie H. Southwick; Judge Catharina Haynes; Judge James E. Graves, Jr.; Judge Stephen A. Higginson; Judge Don R. Willett; Judge James C. Ho; Judge Stuart Kyle Duncan; Judge Kurt D. Engelhardt; Judge Andrew S. Oldham; Judge Cory T. Wilson; Judge Dana M. Douglas; Irma Carrillo Ramirez; Judge Fortunato P. Benavides.

***Respondents: US Supreme Court Justices, en banc***
***Justices:*** Chief Justice Roberts; Justice Samuel Alito; Justice Clarence Thomas; Justice Sonia Sotomayor; Justice Elena Kagan; Justice Neil Gorsuch; Justice Brett Kavanaugh; Justice Coney Barrett; Justice Ketanji Brown Jackson;
***Clerk's Office:*** Scott Harris; Lisa Nesbit; all other Clerk's Assistants.

***Respondents: Attorneys for 'The United States'***
***Leadership:*** AG Pamela Bondi; Dep. AG Todd Blanche; Chief Crim Div Matthew Galeotti;
***Attorneys:*** Glenn Leon; Leigha Simonton; Chad Meacham; Alex Lewis; Allan Medina; Carlos Lopez; Cory Jacobs; Jerrob Duffy; Lorina Laryea; Michael O'Neill; Scott Armstrong; Sean Tonolli.

***Respondents: 'The Boeing Company'***
***Board of Directors:*** Robert A Bradway; Mortimer Buckley; Lynne Doughtie; David Gitlin; Lynn J. Good; Stayce D Harris; Akhil Johri; David L Joyce; Steven Mollenkopf (Chair); Kelly Ortberg (Pres and CEO); John M. Richardson; Lawrence W. Kellner; Sabrina Soussan.
***CEO and Executive Council:*** Kelly Ortberg; Brian West (CFO); Stephanie Pope (COO); Uma Amuluru; Dana Deasy; Brett Gerry; Darrin Hostetler; Howard McKenzie; Brian Moran; Brendan Nelson; Steve Parker; Chris Raymond; Don Ruhmann; Ann Schmidt; Jeff Shokey.
***Counsel:*** Mark Filip; John Lausch; Ralph Dado; Benjamen Hatch; Brandon Santos; Elissa Baur.

## TABLE OF CONTENTS

| | |
|---|---|
| **INTERESTED PARTIES** | 2 |
| **TABLE OF CONTENTS** | 3 |
| **TABLE OF AUTHORITIES** | 3 |
| 1. STATEMENT OF RELIEF SOUGHT | 4 |
| 2. ISSUES PRESENTED | 8 |
| 3. THE FACTS ON THE ISSUES PRESENTED | 9 |
| 4. REASONS WHY THE WRIT SHOULD ISSUE | 11 |
| 5. CONCLUSIONS | 13 |
| **CERTIFICATE OF SERVICE** | 15 |

APPENDIX 1: THE DOSSIER OF CRIMES

## TABLE OF AUTHORITIES

*Statutes*
| | |
|---|---|
| 18USC3771 | 1, 2, 3 |
| 18USC4 | 4, 5, 8 |
| 18USC3041 | 4, 5, 7, 8 |

3

| | | |
|---|---|---|
| 18USC3046 | ………………………………………… | 4, 5, 7, 8 |
| 18USC3060 | ………………………………………… | 4, 5, 7, 8 |
| 28USC547 | ………………………………………… | 6, 8 |
| ***Rules*** | | |
| FRCrimP Rule 4 | ……………………………………….. | 4, 5, 7, 8 |
| FRCrimP Rule 41 | ……………………………………….. | 4, 5, 7, 8 |

## 1. STATEMENT OF RELIEF SOUGHT

Anthony Keyter, Boeing crime victim, Prosecutor Qui Tam concerning Boeing crimes, seeks the following relief from the Respondents:

### *1.1 RELIEF SOUGHT FROM RESPONDENT: 'THE USDC FOR NORTHERN TEXAS, EN BANC'*

All judges and the clerk of the District Court are informed of the series of past and ongoing Boeing Company crimes. All judges were requested to address those crimes according to law, which have otherwise not been addressed and terminated. All judges USDC and the clerk willfully failed to perform their duty under law.

The US Supreme Court is petitioned to compel presiding Judge Reed O'Connor and all other USDC Fort Worth Judges to *obey the laws,* in particular where affidavits/criminal complaints were filed with the judges pursuant statute 18USC4; and to address Boeing Company crimes (and that of Boeing accomplices) filed with the court, pursuant their duties under statutes 18USC3041, 18USC3046 and 18USC3060, and Rules 4 and 41 of the Federal Rules of Criminal Procedure. Compel the USDC judges by writ to tend to the criminal charges filed in their court.

### *1.2 RELIEF SOUGHT FROM RESPONDENT: 'THE 5TH CIRCUIT COURT OF APPEALS, EN BANC'*

All judges and the clerk of the Court of Appeals are informed of the series of Boeing Company crimes as detailed and presented in 19 criminal complaints. All judges were requested to address those crimes according to law. All judges and the clerk willfully failed to perform their duty under law. (See 5th Circuit USCA, Case No. 23-10168).

The US Supreme Court Chief Justice is petitioned to compel the Judges of the Appeals Court to *obey the laws,* in particular where affidavits/criminal complaints were filed with them pursuant 18USC4, and to address Boeing Company crimes (and that of Boeing accomplices) filed with the judges, pursuant their duties under statutes 18USC3041, 18USC3046 and 18USC3060, and Rules 4 and 41 of the Federal Rules of Criminal Procedure. *In the alternative,* compel the Appeals Court judges to order the US District Court judges to address the ongoing Boeing crimes according to law, and the crimes of Boeing's accomplices.

### *1.3 RELIEF SOUGHT FROM RESPONDENT: 'THE UNITED STATES SUPREME COURT JUSTICES, ET AL*

All justices and the clerk of the US Supreme Court are informed of the series of past and ongoing but unaddressed Boeing Company crimes. They were informed that Boeing's crimes, and that of Boeing's accomplices, were not being addressed by the lower courts. All judges were requested to address those crimes according to law, which have otherwise not been addressed or terminated. All Supreme Court Justices and Clerk willfully failed to perform their duty under law.

The US Supreme Court Chief Justice is petitioned to compel all Supreme Court Justices to *obey the laws,* in particular where affidavits/criminal complaints were filed with the Justices pursuant statute 18USC4; and to address Boeing Company crimes (and that of Boeing accomplices) filed with the court, pursuant their duties under statutes 18USC4, 18USC3041, 18USC3046 and 18USC3060, and Rules 4 and 41 of the Federal Rules of Criminal Procedure. Compel the Supreme Court Justices and Clerk by writ to tend to the criminal charges filed in in the US Supreme Court.

5

### *1.4 RELIEF SOUGHT FROM RESPONDENT: 'THE UNITED STATES GOVERNMENT'*

The United States Department of Justice (DOJ), acting on behalf of the United States Government, is fully informed of the Boeing Company's past crimes and presently ongoing crimes that have not been investigated or prosecuted. (Crimes as filed in the USDC case, Docket #229, and #280). The DOJ has even gone so far as to enter a fraudulent Non-Prosecution Agreement with the Boeing Company. The DOJ got Boeing to agree to commit no further crime - all the while knowing that major and ongoing crimes are being committed daily by the Boeing Company. (See Appendix 1, the Dossier of Crimes). The DOJ Prosecutors have the details of those major ongoing crimes, as detailed in the Dossier of Crimes.

The US Supreme Court is petitioned to compel the DOJ to end the impunity offered to the Boeing Company; to compel the DOJ to obey the law, in particular statute 28USC547, and to, quote: *"prosecute for all offenses against the United States"*. There, where Department of Justice officials are implicated in Boeing crimes (as in the kidnap and murder attempts upon Anthony Keyter), there to ensure that independent prosecutors pursue the important DOJ duties of prosecuting for all offenses against the United Sates.

### *1.5 RELIEF SOUGHT FROM RESPONDENT: 'THE BOEING COMPANY'*

The Boeing Company, through its Board of Directors and Executive Council and accomplices, is in continual violation of the laws of the United States, to the detriment and danger of the international flying public, the investing public, and witnesses to Boeing crime. The Boeing Company crimes have not been addressed by the authorities. Boeing and the Boeing Board of Directors and Executive Council are implicated in a broad and virulent criminal endeavor as detailed in Docket entry 229 in the US District Court, involving the following crimes:

***Past Crimes (Dkt 229, Appendix 1)***
*Fraud on a large scale; obstruction of justice, 18USC1519; theft of court record; tampering with a witness; retaliation against a witness; contempt of court; perjury; conspiracy to commit offenses; conspiracy to kidnap; conspiracy to murder; conspiracy against rights; deprivation of rights; misprision of felony; treason; misprision of treason; seditious conspiracy; insurrection against the laws; accessory after the fact to offenses of their government co-conspirators as detailed in the 'Dossier of Crimes'; crimes against humanity of mass murder in the death of 507 people; crimes against humanity of other inhumane acts in the grave injury of 189 innocent civilians.*

***Ongoing Crimes (Dkt 229, Appendix 2)***
*Ongoing violation of: seditious conspiracy; fraud in the mount of **$249.88 billion** on three separate stock exchanges; Securities Act, Sections 17(a)(2) and 17(a)(3); Revised Code of Washington, RCW 9a.28.40; SEC 'cease-and-desist' order; DOJ 'Non Prosecution Agreement; USDC Northern Texas Court Order; Boeing ongoing criminal conspiracy with stock exchanges; Boeing ongoing criminal conspiracy with the US Government to cover-up fraud and unaddressed past crimes; Boeing ongoing criminal conspiracy with Alaska Airlines; Boeing 'ongoing' criminal conspiracy to defraud the United States; an ongoing criminal corporate culture as demonstrated by Boeing / US Government ongoing criminal conspiracy to murder the prosecutor qui tam, Anthony Keyter.*

These criminal offenses are herewith filed with the Chief Justice and US Supreme Court and are detailed in ***Appendix 1:*** The Dossier of Crimes, Vol. III, Chapter 42.1. Also see docket #229 and #280 of USDC case no. 4:21-cr-5-O. Knowing of these serious and ongoing offenses, the US Supreme Court is petitioned to compel the Boeing Company to terminate its ongoing crimes, to report the known crimes it has engaged in, and to work with prosecutors to bring the Boeing Company criminal offenders and their accomplices to justice.

The Chief Justice and the US Supreme Court are petitioned under federal statutes 18USC3041, 18USC3046, and 18USC3060, and the Federal Rules of Criminal Procedure, Rules 4 & 41, to ***arrest the offenders*** and to ***hold a preliminary hearing*** on the offenses detailed in the affidavits/ criminal complaints filed with this Court, in order to terminate the crimes, punish the criminals, and deter further heinous crimes from being perpetrated. Or, in the alternative, to see to the same in the US District Court and/or 5th Circuit Court of Appeals.

Where Boeing and the US Government are found to be involved in the same criminal endeavor, the same insurrection against the laws, the US Supreme Court should appoint a special prosecutor, or appoint the Prosecutor Qui Tam Anthony Keyter, to prosecute the Boeing Company, its officials, and its accomplices.

## 2. ISSUES PRESENTED

### 2.1 US COURT OFFICIALS

The *US District Court for Northern Texas, the 5th Circuit Court of Appeals, and the US Supreme Court Justices* were fully informed, en banc, of unaddressed and ongoing Boeing crimes, but willfully failed to adhere to their judicial duties under the laws (18USC4, 18USC3041, 18USC3046, 18USC3060, FRCrim.P, Rules 4 and 41c). They thereby protected the Boeing Company and their accomplices from prosecution and assisted them to escape justice. *Issue Presented:* Did the US District Court for Northern Texas, the 5th Circuit Court of Appeals, and US Supreme Court Justices *err en banc*, when they deliberately failed to perform their judicial duty under the aforementioned laws, to terminate ongoing Boeing crimes and to bring the Boeing perpetrators and their accomplices to justice?

### 2.2 DOJ OFFICIALS

*Issue Presented:* Once they were fully informed of unaddressed Boeing crimes, did the *DOJ Prosecutors* who are involved, err by failing to obey 28USC547 and to prosecute for all offenses against the United States? Or, can DOJ officials continue to willfully ignore Boeing Company crimes and those of their accomplices, with the blessing and protection of the US Courts?

### 2.3 BOEING BOARD AND EXECUTIVE COMMITTEE

*Issue Presented:* Can the Boeing Company, its Board of Directors and Executive Committee and its accomplices, continue their series of grave criminal offenses against the United States

and the international community (as documented in *Appendix 1 - The Dossier of Crimes*), with the blessings and under the protection of the US Supreme Court and lower courts?

### 3. THE FACTS ON THE ISSUES PRESENTED

It is a sad fact that, in general, the US Government and the Courts protect their officials against the consequences of criminal wrongdoing. The US Government and the Courts also protect strategically important industries, like Boeing, and their officials from prosecution for criminal wrongdoing. This unlawful and corrupt government policy has led to profound, unaddressed, criminality within the US Government and American industry.

More specifically, this lawlessness within government and industry has led to *'impunity'* afforded to the Boeing Company for:

- Crimes against humanity of mass murder of 507 and attempted murder of 189, in four completely avoidable air accidents in which Boeing has culpability;
- Ongoing crimes against society of $249.88 billion stock exchange fraud;
- Ongoing Boeing/US Government/FAA conspiracy to kidnap and murder one of Boeing's own former senior instructor pilots (a Supreme Court witness); and
- Impunity for numerous associated crimes against the administration of justice.

This 'Petition' to the US Supreme Court seeks redress of this degenerate situation of impunity, where a company like Boeing can literally get away scot-free with mass murder. The list of unattended Boeing crimes is presented above. The individual crimes are meticulously detailed in a 2,400-page tome titled: the *'Dossier of Crimes', in Volume III, Chapters 42.1.1 to 42.1.19.* The Dossier of Crimes and its 'Chapter 42.1' is filed with the US District Court for Northern Texas, the 5th Circuit Appeals Court, the US Supreme Court, and the DOJ. The Dossier of Crimes is herewith re-filed with the US Supreme Court (as *Appendix 1)* - for the 35th time.

9

The US District Court for Northern Texas has been requested on several occasions {including on dates 2/6/23; 2/13/23; 2/27/23; 7/27/24; 9/3/24; 10/14/24; 10/30/24; 4/24/25 and 6/16/25} to address *all the Boeing criminal offenses,* not just one count of fraud (as has been pursued in the USDC case no. 4:21-cr-5-O). The 5th Circuit Court of Appeals bench was requested on 4/8/23; 4/12/23; 4/19/23; 10/14/24; 3/26/25 and 5/30/25, to deal with the full series of Boeing crimes (see 5th Circuit case no. 23-10168 / 25-10457). The DOJ has been requested many more times and has been kept closely informed when there were new Boeing crimes committed, including on the following dates: 1/6/23; 1/16/23; 1/27/23; 2/27/23; 10/10/23; 1/1/24; 1/10/24; and 10/11/24. The US Supreme Court bench and Chief Justice were requested on numerous occasions to administer the laws upon the Boeing Company crimes. The US Supreme Court Clerk has a record of those numerous requests.

For the past two years, the US District Court, the 5th Circuit Appeals Court, and the DOJ have simply ignored the extensive Boeing Company criminality and that of their accomplices. As mentioned, amongst the Boeing crimes ignored by the lower courts and the DOJ, are the serious crimes of mass murder of 507 people in four avoidable air accidents, and grave injury (attempted murder) of another 189 people. The case for murder has been well laid out to the courts and to the DOJ in the Dossier of Crimes, Volume III, Chapter 42.1.8. The DOJ is in possession of all the evidence it needs. The Boeing fraud case of $249.88 billion is obvious from Boeing's violations of SEC Regulations and the facts presented in the Dossier of Crimes, Volume III, Chapter 42.1.16b. The unlawfulness of the Commercial Airplanes business in Washington State is plain to see in Volume III, Chapter 42.1.17. Yet, these serious crimes and their corresponding complaints have not been investigated or prosecuted, or had the laws applied, but instead have been swept under the carpet causing great peril to the public at large.

## 4. REASONS WHY THE WRIT SHOULD ISSUE

The obvious reason why the writ should issue is to terminate the Boeing Company's ongoing crimes and harm upon the public. There are several *risks in not terminating* Boeing Company crimes and in *not taking judicial action*. Potentially the most harmful of those risks are presented below:

### 4.1 RISKS TO THE WESTERN WORLD'S FINANCIAL MARKETS:

The first grave risk in failing to address and terminate the ongoing criminal corporate culture within Boeing, is the imminent risk to the United States (and potentially world) financial markets. The United States financial markets and stock exchanges could collapse, given Boeing Company fraud of $249.88 billion on the most prestigious stock exchanges, amongst them the NYSE, NASDAQ (and internationally the LSE in London). Also, given the high risk of the stock exchange directors, who are knowledgeable and in complicity with Boeing, being arrested for involvement in that fraud.

The Boeing fraud forms a part of a *$1.42 trillion* international stock exchange fraud scheme. The potential collapse of the stock exchanges will impact the ability of thousands of companies to raise cash and to trade their shares. It could cause the collapse of investor confidence at a time when investor confidence is most needed. The potential crash of financial markets will have a significant negative impact upon the US economy and the financial well-being of many people. (The major criminal conspiracy engaged in the $1.42 trillion stock exchange fraud and Boeing's part therein, is fully dealt with in *Appendix 1,* the Dossier of Crimes, USA, Volume III, Chapter 42.1.16b. Also filed with the US District Court Fort Worth in case no. 4:21-cr-5-O, in Docket # 229 and #280; filed in the 5th Circuit Court case nos. 23-10168 / 25-10457; and filed in the US Supreme Court 35 times).

### *4.2 RISKS TO THE SAFETY OF THE INTERNATIONAL FLYING PUBLIC*

The second grave risk in failing to terminate the ongoing criminal corporate culture of Boeing, is the imminent risk to the safety of the international flying public. The international flying public are constantly at risk of harm whilst the Boeing Company's criminal corporate culture rules supreme and with total impunity - whilst the US Government and courts (and US Stock Exchanges) participate in the cover-up and continuance of their criminal conduct and criminal corporate culture.

Prosecutor Qui Tam Anthony Keyter, former Senior Boeing Instructor Pilot and aviation specialist well familiar with Boeing's criminal corporate culture, has repeatedly warned of that criminality long before the deaths (the murder) of 507 people and grave injury (attempted murder) to 189 people occurred. He is today re-issuing his *flight safety warning* that many more needless deaths will occur in inevitable aircraft or spacecraft accidents unless Boeing's criminal corporate culture (as root cause) is expunged and the broad ranging crimes are dealt with and terminated for good. (The "Consolidated Boeing Company Mass Murder Case" and the 'Flight Safety Warning' issued by Anthony Keyter is presented in *Appendix 1:* the Dossier of Crimes, USA, Volume III, Chapter 42.1.8. Also filed with the District Court in case no. 4:21-cr-5-O, in Docket # 229 and Docket # 283; and 5th Circuit case nos. 23-10168 / 25-10457; and filed in the US Supreme Court 35 times).

### *4.3 RISKS TO THE SAFETY AND SECURITY OF WITNESSES TO CRIME*

The safety and security and the lives of witnesses to Boeing Company crime, and whistle blowers on crimes and other irregularities perpetrated by Boeing, will remain at great risk until the criminality is addressed and terminated. Boeing has previously attempted to kidnap and murder a US Supreme Court witness, and is likely to do so again - since Boeing was afforded impunity by US authorities for that crime. That risk includes the risk of assassination of the Prosecutor Qui Tam Anthony Keyter, who has been lucky (or blessed) to

escape former assassination attempts by Boeing and its accomplices. The conspiracy to murder and trap set by Boeing at the FAA for his kidnap and murder, remains active at the time of this Petition, as confirmed by the FAA. (For details see *Appendix 1:* the Dossier of Crimes, USA, Volume III, Chapter 42.1.1a. Also filed with the District Court in case no. 4:21-cr-5-O, in Docket #229 and #280; in 5th Circuit case nos. 23-10168 / 25-10457; and filed in the US Supreme Court 35 times).

### *4.4 RISK TO THE SURVIVAL OF THE BOEING COMPANY*

The Boeing Company risks collapse. As the unaddressed Boeing crimes accrue with the passing years and coalesce and combine into a root cause of accidents, deaths, and injuries, and as that cause remains unattended and uncorrected, there will come a time when the government can no longer afford to corruptly provide the company with impunity and protection from prosecution, as it has done over many years. The public outcry will see to that. The 108-year-old Boeing Company will inevitably fall upon its own sword and will die by its own malevolent hand. That time is nigh, for the signs are clear.

Unless, of course, Boeing takes the necessary vital actions, comes clean but entirely, admits to its grave errors in the past and present, undertakes to correct those errors as best they can at this late stage, and cleans house once and for all. In such a noble yet difficult strategy of survival, the Prosecutor Qui Tam, Anthony Keyter, is willing and quite able to assist to save the Boeing Company from its own demise.

### 5. CONCLUSIONS

The lower courts and the DOJ have turned a blind eye to serious and ongoing Boeing Company crimes. They have thus far enabled Boeing to continue the unlawful course it is on and have assisted Boeing to escape justice. This situation portends peril for the safety and security of the flying public and investing public.

The responsibility for mitigating the risks to society mentioned above, lies within the purview of the Chief Justice and the US Supreme Court Justices. The Supreme Court Justices are obligated by law and by Oath of Office to either compel the US District Court for Northern Texas and/or the 5th Circuit Court of Appeals to administer the laws upon the Boeing crimes and criminals, and that of their accomplices; or, to perform that task themselves. Either way, the US Supreme Court Chief Justice and Associate Justices remain accountable for their actions in this disaster in the making.

Respectfully Submitted,

Anthony P. Keyter
Boeing Crime Victim /Prosecutor Qui Tam/
Boeing Senior Instructor Pilot, Retired.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2025, a true and correct copy of this *'Petition for Writ of Mandamus' together with Appendix 1: The Dossier of Crimes"*, was served on the following counsel for the parties, persons in authority, and Respondents.

The Department of Justice
***US Attorney General:*** Pam Bondi;
***US Attorneys***
Burnett Plaza, Ste 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882
USATXN.USA@usdoj.gov; Chad.Meacham@usdoj.gov; Alex.Lewis@usdoj.gov; Allan.Medina@usdoj.gov; Carlos.Lopez@usdoj.gov; Cory.Jacobs@usdoj.gov; Jerrob.Duffy@usdoj.gov; Lorind.Laryea@usdoj.gov; Michael.T.Oneill@usdoj.gov; Scott.Armstrong@usdoj.gov; Sean.Tonolli@usdoj.gov; Criminal.Division@usdj.gov

The Boeing Company
CEO Kelly Ortberg, Corp. Secretary John Demers, Boeing Corporate Offices, 929 Long Bridge Drive, Arlington, VA 22202;
john.demers@boeing.com;
Kirkland and Ellis: 333 West Wolf Point Plaza; Chicago, Il 60654; ralph.dado@kirkland.com
john.lausch@kirkland.com;

The Clerk and Judges,
USDC for Northern Texas, 501 West 10th Street, Room 310, Fort Worth, TX 76102-3673

The Clerk and Judges,
US Court of Appeals for the 5th Circuit, 600 S. Maestri Place, Suite 115, New Orleans, LA 70130-3408

The Clerk and Justices,
US Supreme Court, One First Street N.E., Washington, D.C. 20543

Respectfully Submitted,

*[signature]*

Anthony P. Keyter
Boeing Crime Victim
Prosecutor Qui Tam



Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA. 98335



The Clerk
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673





RECEIVED
JUL - 1 2025
CLERK U.S. DISTRICT
NORTHERN DISTRICT