**EXHIBIT 2**

**From:**    ▮
**To:**    Victimassistance Fraud (CRM)
**Subject:**    [EXTERNAL] Victim Impact Submission – U.S. v. The Boeing
**Date:**    Friday, May 23, 2025 10:01:00 AM

To Whom It May Concern:
We are submitting this statement as the daughters of one of the victim who lost her life in one of the Boeing 737 MAX crashes.

We were devastated not just by the crash itself, but by the disturbing revelations that followed — about decisions made, shortcuts taken, and risks overlooked in the name of profit or speed. Knowing that this tragedy was preventable only deepens the pain.

We place our trust in the Department of Justice to pursue true accountability in this case. That means not simply closing it with a fine or a settlement that allows the company to move on without meaningful consequences. The choices made by Boeing had real, human costs — they took lives. Our mother's life.

We ask that you consider the long-lasting impact of this crime, not just on our family but on every family affected. We are asking for justice not out of revenge, but because it is necessary to honor the lives lost and to prevent future tragedies. Accountability matters — for healing, for truth, and for safety.

Thank you for allowing victims and families the chance to be heard. I appreciate the Department's commitment to respecting our dignity and privacy throughout this process.

Sincerely,

▮

Indonesia June 07, 2025



**Crime Victim**

Responses to the orders issued by the Court,

The first order, issued on June 1, 2025, sets a briefing schedule on the Department's motion to dismiss the case. Under the order, responses to the motion either in opposition or in support must be filed by June 18, 2025, and the Department and Boeing will then have until June 25, 2025 to file any replies in support of the motion.

The second order, issued on June 2, 2025, dismisses in other words, clears the Court's calendar of the June 23, 2025 trial date, and all pretrial deadlines. In other words, the case is no longer scheduled for trial while the Court considers the motion to dismiss.

I am the wife of ▮▮▮▮▮▮▮, a victim of the Lion Air JT610 Indonesia plane crash on October 29, 2018. My role here is the victim's wife, as well as representing my two biological children from our marriage, and representing the family

When and after my husband's death, I had to live a very sad life. At that time I was two weeks pregnant and had one toddler. It was not easy for me to live the following days even until now.

In response to the Department's motion to dismiss the case currently in the United States Court, and to require the Boeing Company to pay the maximum additional fine, **I agree and support the Department of Justice's motion**. In my opinion, it is better for this case to be resolved immediately without having to wait too long. The longer this case goes on, the longer our suffering will be remembering the loss of a loved one.

My children are still small (currently 10 and 6 years old), I have to raise them without a father's role beside them. What I want is for them to get a guarantee of a good, sufficient, and happy future. So I hope that Boeing Company can provide a guarantee to me and my children by providing full compensation or the maximum fine that we can accept.

It is hard for me to let go of this case, I want Boeing Company to get the punishment that is appropriate for this case, but I also want the best for me and my children. Let us try to open a new page without having to continue trauma considering every notification about the case that is currently underway in the American court.

There is no problem for me and I agree if the trial on June 23, 2025 is abolished, the most important thing is that the Department of Justice and the court judge decide on the heaviest sanctions for Boeing Company for the crimes they committed against the victims of the Lion Air JT610 and Ethiopian Airlines planes. We have high hopes for the Department of Justice and Judge Reed O' Connor so that this case is handled as well as possible.

That is our response,

Family of Victims of the Lion Air JT610 crime

**Asige Keverenge & Anyanzwa**
**ADVOCATES**
**COMMISSIONERS FOR OATHS & NOTARY PUBLIC**

J. S. Asige
F. S. Mwakireti

P.O. Box 86870-80100
Telephone 2220869 & 2221869
Fax 254-41-2225039
1st Floor, Wakiande House
Meru Road
Mombasa, **KENYA**
E. Mail No. *asigeadvocates@yahoo.com*

**Your Ref:**
**Our Ref:** *JLA/mla*                              **Date: 11TH JUNE 2025**

U.S Department of Justice
Criminal Division, Fraud Section
10th & Constitution Avenue, NW
Bond Building
Washington, DC 20530

Phone: 1-888-549-3945
Fax:      202-514-3708
Email:  **victimassistance.fraud@usdoj.gov**

**Re: *United States v. The Boeing Company***
    **Court Docket 4:21 –CR-00005-O (N.D.Tex.)**
    **RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS THE**
    **INFORMATION (ECF No. 312)**

We **ASIGE KEVERENGE & ANYANZWA ADVOCATES** for and on behalf of
[redacted] being father and legal administrator of the
estate of the late [redacted] who was a *"crash victim"* aboard
the **ETHIOPIAN AIRLINES FLIGHT ET302** on **MARCH 10, 2019**, *HEREBY*
*SUPPORT* the Government's Motion to dismiss the information (ECF No. 312)
as stated above in terms as set out in the *Non-Prosecution Agreement* dated
*May 29, 2025*.

**WE SO DECLARE AND AFFIRM**.

Sincerely

**J.S. ASIGE**
**ATTORNEY/ADVOCATE**
**OF THE ESTATE OF THE**
**LATE** [redacted]

Name of victim of the Boeing
737 Max LION AIR JT 610 Crash
: PUSPITA EKA PUTRI.
Parent/Father acting as
representative of the victim :

Toni Priyono Adhi, INDONESIA.

Jakarta,Indonesia,10th June
2025.

U.S Department of Justice
Criminal Division,Fraud Section
10th & Constitution Avenue, NW Bond Building
Washington, DC 20530.

Re : <u>United State vs The Boeing Company</u>
Court Docket 4:21-CR-00005-0 (N.D. Tex.).

To Whom it May Concern,

I am writing this letter to provide a response to the above matter.
I want to start by giving a touch of heart and feeling as a living human beeing to anyone
who does not feel how sad and torn our hearts and lives are with the loss of our beloved
daughter, died in a very inhumane and sadistic way , her body was crushed and sank
into the Java Sea because of the main carelessness of Boeing technology and the
parties involved in it. I ask legal experts not only to practice their legal expertise to insist
until their wishes are achieved but try to feel if what we experienced happened to you.

(Disclaimer : We are not concerning anyone, but we urge you to experience what we
experienced ).

Today ( 10th June 2025) is the 2,416 th day since the tragedy of October 29,2018.
We who have had to mourn the loss of our daughte's life and body all this time with the
situation that is continuously exposed to the public & media and swayed by legal events
that must be investigated but feel very long never ending . Endless sadness and always
reappears and always brings tears to my eyes every time this case is discussed in
public or in court and other forums.
For those who did not experience it, maybe the don't care, it is considered business as
usual , but for us the situation is very memorable and very emotional and sad,

Who sick and tired of having a case that drag on and never ends and some even want to
keep dragging it on for even longer ? This is also seems, due to so far Boeing's apparent
defensiveness .
It's understood by all that everyone has their own rights.

In principle, taking someone else's life is indeed a crime, any demands and compensation will never satisfy all parties, even the victims and their families,because LIFE IS PRICELESS, no matter how much it s valued, there is still an Immaterial Damage factor that is like its value cannot even be replaced with Boeing assets.

Unless Boeing can bring our daughter back to life and reunite her with our family. Life belongs to God.

However, the investigation,however  must have a time limit that we can agree on together, not feeling the most expert in the field .

We  appreciate legal experts, please , for those who still insist on testing their expetise in the legal field or whatever, feel what the victim's family feels.

To The Boeing Company ,You must take full responsibility and be accountable, don't wait to be forced to do so until the very end.

Regarding the above Subject along with its contents and attachements, we have sincerely supported what is written and ultimately supported the  NPA, adjusted to the NPA standards to be implemented according the the Law, which has been discussed.

1. Admit mistakes or violations committed.
2. Pay fines _ restitution to the victims.
3. Take steps to prevent similar violations from occuring in the future.
4. Cooperate with law enforcement agencies in the  investigation and prosecution of other cases.

This is our latest response and statement. If there are any typos or other deficiencies, We apologize.

Thank you for your attention.

Sincerely yours,

Toni Priyono Adhi.

The Bashua Family

Accra, Ghana.

7th June, 2025.


U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

United States of America


**Formal Objection to the Proposed Non-Prosecution Agreement with Boeing**


To The U.S. Department of Justice,


We, the Bashua family, write to formally and categorically oppose the Department's proposed Non-Prosecution Agreement (NPA) with Boeing in connection with the crashes of Lion Air Flight 610 and Ethiopian Airlines Flight 302.


This proposal represents a profound injustice to the 346 victims whose lives were tragically and most importantly, avoidably lost. Among them were our loved ones— lives full of promise, purpose, and meaning. The NPA as proposed not only fails to hold Boeing fully accountable for its role in these disasters but also sends a deeply troubling message - that corporate misconduct, even when it results in mass loss of life, can be resolved through writing cheques, and without true justice.

Boeing's actions—prioritizing profit over passenger safety, misleading regulators, and withholding critical information—were not simply errors. They were decisions. Decisions that had fatal consequences.

A non-prosecution agreement denies the families of the victims a proper reckoning and ignores the need for meaningful accountability and reform.

We respectfully demand:

- Criminal accountability for Boeing's actions, not immunity.
- Transparency and justice for the families who continue to suffer from this irreparable loss.
- Institutional change to ensure that no other families endure what we have.

We urge the Department to reject this NPA and pursue a path that honors the memory of the victims by upholding the principles of justice, responsibility, and public safety.

We speak not only for our family, but for all 346 souls who can no longer speak for themselves.

Sincerely,

Yetunde Bashua

On behalf of Abiodun Bashua & the entire Bashua Family.



Friday, 20 june 2025

**To: Ms. Lorinda Laryea**
Acting Chief, Fraud Section
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**Subject: Objection to DOJ's Non-Prosecution Agreement with Boeing – Request for Criminal Trial**

Dear Ms. Laryea,

I am writing to express my deep concern and strong opposition to the Non-Prosecution Agreement (NPA) recently entered into between the U.S. Department of Justice and Boeing, in connection with the tragic crashes of Lion Air Flight JT610 and Ethiopian Airlines Flight ET302, which took the lives of 346 peoples.

I strongly oppose this agreement, which allows Boeing to evade criminal accountability, and I respectfully urge the Department to pursue a public criminal trial instead.

This agreement unlawfully deprives the victims' families of their fundamental right to fair treatment in the justice process. The NPA stipulates that Boeing will not be prosecuted further, regardless of Judge O'Connor's ruling. This is illegal and grossly unjust.

Moreover, even in the event of a breach, all potential charges are now time-barred, rendering the NPA unenforceable. The absence of independent judicial oversight—such as a court-appointed monitor—is contrary to the public interest. Allowing Boeing to choose its own "compliance consultant" is equivalent to letting a criminal supervise themselves.

The agreement completely fails to account for the 346 deaths that this court has already recognized as caused by Boeing's conspiracy.

The proposed direct payments to the families amount to a transparent "cash for immunity" tactic—intended to discourage families from pursuing justice. Without an admission of guilt or conviction, these payments are not true restitution, but rather an attempt to buy silence.

Finally, the DOJ's claim that a trial would be too difficult because Boeing might "vigorously challenge" the breach determination is unconvincing. Boeing signed a written confession

in the original DPA, which the DOJ can use at trial. The DOJ also holds sole and unreviewable discretion to determine a breach.

Allowing Boeing to avoid a public trial would set a dangerous precedent: that large corporations can buy their way out of accountability. Such an outcome would profoundly damage public trust in the rule of law.

For the sake of justice and in honor of the 346 lives lost, I urge the Department to reject this agreement and pursue criminal prosecution of Boeing in open court.

Sincerely,



June 19, 2025

Lorinda Laryea
Acting Chief of the Fraud Section
US Department of Justice

Ms. Laryea,

This letter registers my family's objection to the proposed Non-Prosecution Agreement with Boeing regarding the crashes of the two 737 Max aircraft in Indonesia and Ethiopia. I am the judicially-appointed Family Representative for ▉▉▉▉▉▉▉▉▉▉▉ (my sister), who was killed on board Ethiopian 302.

The proposed agreement fails on two counts: first, it provides no accountability for the actions that resulted in the flawed design that ultimately killed my sister; the cumulative fines that the DoJ will have collected amount to approximately 10% of Boeing's profit in the year prior to the crashes.  For a company like Boeing, that is pocket-change.

Second, it provides insufficient oversight to ensure that a tragedy like this does not happen again. A single "independent" consultant will not have any impact on Boeing's behavior. Last year's Expert Panel report showed that Boeing still is not prioritizing safety. What has changed in the year since that report was issued to make the Department of Justice believe that things are now different at this company? No one hopes more than me for Boeing to return to the ways that gave us iconic, and safe, aircraft like the 707 or the 747. However, that time has not yet come, and this agreement will do nothing to help us reach that goal.

My family and I strongly object to this agreement. It is a disservice to the interest of the flying public and provides no justice to the victims.

Respectfully,



Brother of ▉▉▉▉▉▉▉▉▉▉▉

Dear Lorinda :

Thanks for meeting with us, families of JT610 and ET 302 families le 16 mai dernier.
I know that this is an obligation provided for by the CVRA, but the history of recent years has shown, unfortunately three times, that this obligation was not respected during a fundamental stage in this case, the establishment of the DPA between Boeing and the Government.
I will come back to this meeting later in my letter.

I am one of the people represented by Paul Cassel and I am perfectly in line with everything he has said in all our meetings with the Fraud Department as well as all these briefs and motions, and in particular his Objection and Memorandum of .... Addressed to Judge O'Connor on June 18.

Thank you for giving me the opportunity to write you this letter so that it can be filed to be transmitted to the Judge, beyond the fact of my absolute disapproval of the NPA.

On March 10, 2019, I lost my life when my daughter lost hers in the crash of flight ET302. She was 28 years old, I had her very young, still a student, and she helped me become an adult as much as I raised her. She was the person I confided in the most (at the time of the crash, my son was only 16 years old) and I was the one whose name she probably screamed before crashing to the ground.
My daughter was also the person I admired the most in the world. She had chosen the profession of humanitarian and had acquired more and more responsibilities in highly dangerous missions in refugee camps in countries at war. She had dedicated her life to others. But she was not a hothead and I knew it: she worked for an NGO renowned for the quality of its security services and for the attention paid to the safety of its humanitarians. My daughter had an extraordinary will and tenacity. I will show the same.

Boeing destroyed us, and for the past six and a half years, the Department of Justice has destroyed us as well.
346 lives lost and 346 families destroyed by Boeing's direct crime, and by the weakness of the Department of Justice.
189 victims in the crash of JT610 already deserved an exemplary sentence for Boeing, but a second crash 4 months later killing 157 passengers required an exemplary sentence and severity.

For the past six years, I have been walking around certain cities in the United States, Washington, Fort Worth, New Orleans, in the hope that the Ministry of Justice will finally realize the absurdity of its positions.
And no.
I had forgotten to mention that my non-life is a mystery to my family and friends in France: how could they understand this case that Boeing and the Ministry of Justice are trying to make not only indigestible and vomit?
But I hang on.

I would like to give here some brief arguments on the reasons for my rejection of the NPA and what I consider to be serious misconduct by the Ministry of Justice in its decision.

1/ I can't count the number of "meet and confer we had", according to the law that is now respected. It is clear that the only respect is to hold a meeting. NEVER have our suggestions, remarks, positions, oppositions been taken into account. Even Paul Cassell's questions were evaded.
On May 16, you wanted to show that you had listened to us by quoting the attempt to question Mark Forkner that we had suggested several times. Bravo.However, I don't think you deigned to think about other suggestions: to hear some whistleblowers, to hear ███████, brother of a victim but also ████████████████████████████████████████████████. I am not going to make an exhaustive list of all our suggestions because my letter would be at least ten pages long.

2/ However, you were given a suggestion and especially a request on May 16: are you in contact with the NTSB? Are you aware of at least three serious investigations involving 737 Max aircraft since the beginning of the year? Have you contacted them about the near crash of a 737 Max operated by Alaska Airlines in January 2024?
It was the hearing of the final report today that made it impossible for me not to write to you.
I cannot imagine that you live in a parallel world where the media, the judges, the passengers do not know what has been said.
Valid cause: ".... »
One of the main recommendations (I'll let you read the entire report): we absolutely recommend that an independent panel (Boeing and the FAA (-- to avoid bias, evaluate the safety systems and ensure that procedures are actually in place.

This point alone, which had been the central point of Justice O'Connor's rejection of the proposed plea deal, in itself justifies the cancellation of the proposed NPA.

3/ Of course, I also find the steps of the last year grotesque after the DOJ had (and today's report proves that it was right) said that Boeing had breached the DPA, which they have never disputed.
How then can we explain that, after offering them a scandalous DPA on a silver platter, and while they had admitted their guilt, by a kind of magic breath, the DOJ is considering withdrawing all charges and not prosecuting at trial. I know the reason for that, of course. Politics. The pressure of the richest and the most powerful. This is not justice, and I would even say that it is dishonourable.

4/ What is even more dishonorable is the way you treat the victims. Because yes, I repeat myself, my daughter and the 345 other passengers are victims, and even victims of the deadliest corporate crime in the United States. And you try to buy them. I think that in the United States the term is a snippet. It may seem contemptuous of the 110 families whose certificates you show in favor or not of the NPA. But what you have been subjecting the victims to for the past six years is an unfathomable contempt for the ordeal they are going through, a misunderstanding of the judicial procedure that bears no resemblance to theirs

and which, moreover, even for law professors or senators, appears totally nonsensical and unprecedented. The way you treat victims is the abuse of the weakness of people who are bereaved, destroyed, exhausted, and sometimes do not have the skills to understand themselves. Paying people to shut up and renounce truth and justice shows a bleak face of what should be the greatest justice in the world, just as Boeing should regain its place as the flagship of American aviation.

5/ Boeing's history over the last 15 years (minimum) reveals a success story of penalties, fines, lawsuits settled to the tune of millions to avoid facing its responsibilities.
It was said at the NTSB's Boaad this afternoon that Boeing has made some changes since January 2024 (regarding the door plug issue). Similarly, forced by 346 deaths and a forced grounding of their planes, they had corrected the deficiencies of the MCAS (but still not the root causes of the crashes: the persistent problems in the electrical and electronic circuits). This is fortunate. But we will find that it takes a serious accident for Boeing to make fundamental changes. Commercial flights serve as test flights! We have never heard that Boeing is proactive when it comes to safety.

The analysis of the black boxes and the first official comments on the crash of the Air India flight two weeks ago are slow to be heard. I won't be a conspiracy theorist, but I'm willing to bet that even within the DOJ, you're asking yourself the question. Because yes, once again, whistleblowers, one in particular, found dead in his car last year, had evoked such a scenario.

In short, this letter is much less structured than anything that Paul Cassell, my lawyer, conveys in his words.

But I thank you very much for the attention you will pay to it, hoping that it can be part of the elements to convince you to sue Boeing. You know you can't lose this trial in front of a jury.

I send you my most respectful greetings.

███████████████



June 19, 2025

Lorinda Laryea

Acting Chief, Fraud Section

U.S. Department of Justice

Washington, D.C.

Dear Ms. Laryea,

**RE: Objection to DOJ Motion to Dismiss – United States v. The Boeing Company (Case No. 4:21-cr-00005-O)**

I write as one of the family members devastated by the loss of 346 precious lives in the Boeing 737 MAX tragedies. My name is ███████████████, and I lost my wife ████████████████, my daughter ████████████████, my grandson ████████████, my nieces, ████████ and ████████ in the crash of Ethiopian Airlines Flight 302.

I respectfully and strongly object to the Department of Justice's motion to dismiss the criminal charge against The Boeing Company. Boeing has admitted to its criminal conspiracy. Yet the DOJ now seeks to dismiss the case—after four years—with a non-prosecution agreement that circumvents the Court's authority and violates the spirit of justice.

This NPA allows Boeing to walk away from the deadliest corporate crime in U.S. history without ever facing trial, public scrutiny, or meaningful accountability. Even more

troubling, the DOJ has agreed not to prosecute Boeing further—even if the Court rejects the motion—rendering the Court's role meaningless.

This agreement mocks the rights of victims' families under the Crime Victims' Rights Act. It silences our voices while allowing a powerful corporation to buy its freedom. It sends a dangerous message that even when lives are lost, truth can be buried and justice deferred—if the defendant is wealthy enough.

Our loved ones cannot speak for themselves. But we can. And we do.

I urge you to withdraw the motion to dismiss. If not, I respectfully ask the Court to deny it, so that the case may proceed to trial—where facts are tested, and public interest is served.

Our families deserve that. The world deserves that. Justice demands that.

Sincerely,



Your Honor,

We are the two daughters of ████████████████, who lost her life in the crash of Ethiopian Airlines Flight ET302.

We are not simply the daughters of one of the 346 victims. She was not simply a seat number on a plane that went down. She was our mother, our pillar of strength.

Her passing has left an immense void in our lives. This tragedy tore our family apart and irreversibly disrupted our daily lives. Since that day, we have lived with the loss, the injustice, and the deep feeling that what happened cannot go unaddressed.

She lost her life in that crash, and with her, a part of ourselves. This tragedy has irreversibly changed our lives. Since that day, we have carried the weight of a loss that nothing can ever fill. We learned with dismay that the Department of Justice intends to end the criminal proceedings against Boeing with a negotiated settlement, without a trial. We are writing to you today to express our firm opposition to this decision.

What is at stake goes far beyond legal or economic considerations. This is a crime that caused the deaths of 346 people. A crime that has been recognized, but one that they would like to quietly bury, without public confrontation, without full accountability.

How can we accept that a company can escape trial simply because it is powerful? How can we explain to our children that their grandmother's life can be erased with a simple agreement signed out of sight? This is not only an injustice; it sends a dangerous message to all of society: some can circumvent justice, provided they have the right resources.

We are not asking for revenge. We are asking for truth, transparency, and accountability. We ask that our mother, and the 345 other victims, be treated with the respect and dignity their memory deserves.

Your Honor, you are the last independent voice left today that can still oppose this miscarriage of justice. You still have the opportunity to prevent this historic error. We place in your hands the hope that American justice will not bow to the interests of the most powerful.

We thank you for reading our submissions.


Respectfully,


████████████████████████████

Dear Ms. Laryea,

My name is ███████. Six years ago, I lost my 28-year-old daughter in the ET-302 crash. My family strongly opposes the proposed NPA.

When Boeing struck its deal six years ago, it was under explicit instruction to overhaul its safety structure. Yet the alarming number of Boeing-related accidents since then shows those promises went unfulfilled. We have lost confidence in Boeing aircraft and without meaningful, independent oversight, this NPA in its current form won't restore it.

How is it possible that a company that admitted deceiving the FAA, and thereby accepted the deaths of 157 people in that second crash, can simply buy its way out of accountability? Such an outcome is unacceptable to the families of the victims.

I am from Germany, where Volkswagen executives were sentenced to prison for fraud, fortunately with no loss of life. What price must be paid for a single human life?

I urge you to reconsider this approach so that the public may once again place its trust in the American justice system.

Sincerely,

█████████

**Madame Loryea,**

As the brother of ███████████, a victim of Flight ET302, and on behalf of our shattered family, we categorically reject the proposed deal with Boeing. This agreement betrays our pursuit of justice and disrespects the memory of our brother.

**Our key objections:**

- The court is stripped of its power: the agreement renders any decision by Judge O'Connor meaningless.

- Boeing avoids all independent oversight by choosing its own monitor.

- The 346 deaths are ignored in calculating the penalties.

- **Above all**: the "compensation payments" are an unacceptable bargain. **Impunity cannot be bought.** These funds are *not* legitimate restitution (there is no admission of guilt, nor any connection to our harm). This is a cynical attempt to silence us, violating the fundamental principle of *"equal justice for the poor and the rich alike"* (Griffin v. Illinois).

**Our truth:**

My brother ██████ deserved better. Accepting this would mean saying that a life can be erased with a check. Boeing, a repeat offender with unlimited resources, must answer for its actions *in a public courtroom*.

We demand the rejection of this unworthy agreement. Our pain is not for sale.

**With determination,**

██████████████████████████████████

Family of ET302 victim

**Madame Loryea,**

En tant que frère de ███████, victime du vol ET302, et au nom de notre famille brisée, nous rejetons catégoriquement la transaction proposée à Boeing. Cet accord trahit notre quête de justice et méprise la mémoire de notre frère.

**Nos objections essentielles :**

- Le tribunal est privé de son pouvoir : l'accord rend toute décision du juge O'Connor inutile.

- Boeing échappe à tout contrôle indépendant en choisissant son propre surveillant.

- Les 346 morts sont ignorés dans le calcul des sanctions.

- **Surtout** : les "paiements de compensation" sont un marché inacceptable. **On ne peut acheter l'impunité.** Ces fonds ne sont *pas* une restitution légitime (sans aveu de culpabilité ni lien avec notre préjudice). C'est une tentative cynique de nous faire taire, violant le principe fondamental : *"l'égalité de justice pour les pauvres et les riches"* (Griffin c. Illinois).

**Notre vérité :**

Mon frère ████ méritait mieux. Accepter cela reviendrait à dire qu'une vie peut s'effacer contre un chèque. Boeing, récidiviste avec des ressources illimitées, doit répondre de ses actes *devant un tribunal public*.

Nous exigeons le rejet de cet accord indigne. Notre douleur ne se monnaye pas.

**Avec détermination,**



Famille de victime ET302

Ms Lorinda Laryea
Acting Chief of the Fraud Section

Dear Ms Laryea

My name is ████████, and I am writing to you to respectfully express my strongest objection to the Department of Justices' motion to dismiss the criminal charge against Boeing and the associated Non Prosecution Agreement (NPA).

It is more than six years since my partner ████████ life was taken away by Boeing in the second 737 Max 8 crash in Ethiopia on 10 March 2019. ████ was among the 157 people on board ET302 who died that day, and the 346 partners, parents, wives, husbands, and children who died as a result of Boeing's willful and deliberate defrauding of the FAA in order to put an unsafe plane into service at the lowest possible cost and without the necessary safety standards and critical pilot training. The Boeing Company is the reason why █ is not alive today, and it is for this reason that ██ family and I reject the NPA.

Our lawyers have set out seven legal reasons why the families object to the NPA, all of which we support. We have endured six painfully long years of unimaginable torment and suffering, battling a Department of Justice intent on allowing The Boeing Company evade any meaningful accountability for the deaths of the 346 victims and the grief and suffering of their families and loved ones that have been left behind. We've sat through sham conferrals, where the representatives of the Department of Justice couldn't even summarize the key points made by the families, the same key points they claim they considered before reaching decisions that were entirely contradictory to the families wishes. And we are suffering through the latest row-back by the Department of Justice as it moves to dismiss the criminal charge entirely and undo all the progress we have fought so hard to achieve.

When I addressed the court in Texas I said that the DPA was not justice for █ or the other victims, that it was tolerance, acceptance, and in many ways endorsement of the evils of greed, power, influence and control that prevail throughout The Boeing Company. These same evils that are eroding our values, dividing our societies, exploiting our planet, and making the world a sadder and more desperate place. This NPA is worse.

I said that we, the victims, look to the Justice System to protect us, and we ask the Members that serve in that vital institution to stand for us, where we cannot stand, to speak for us when we cannot speak, and to act for us when we cannot act. We need those voices now more than ever.

And so, in █'s memory, her family and I reject this NPA agreed between the Department of Justice and The Boeing Company and all that it stands for.

Partner of ████████

Dear Ms Laryea,

My name is David Moore, brother of Danielle Moore who lost her life on Ethiopian Airlines flight ET302. As a statutory crime-victim family member, I firmly object to the Non-Prosecution Agreement (NPA) between the Department of Justice and Boeing. This is not in the interest of the families nor the flying public. It baffles me that there has been no punishment for this crime. The statement of facts in the Deferred Prosecution Agreement, which Boeing has agreed is true, shows that the FAA and Boeing personnel knew what was wrong with the 737 Max 8 after the Lion Air JT610 crash. This section of the statement of facts is exceptionally slim although it is the most crucial part. At this point it's not just two technical pilots– Boeing senior program managers and FAA officials knew that there was a critical issue that would cause another plane crash. But yet, why did they allow the plane to keep flying?

There is no excuse for the negligence at play here. The ET302 crash is a different case from the first crash. It is clear, beyond a reasonable doubt, that people knew that there was something catastrophically wrong with the 737 Max 8 line of planes after the Lion Air crash. There is evidence of people discussing the issue and sitting on their hands while the flying public's lives continued to be at risk. Despite being witness to 189 people dying in the Lion Air crash, decision makers decided to do nothing about it because it would hurt their bottom line. This is a greed issue. This is big business running wild and knowing that they won't get punished.

346 lives were lost. No one is in jail. There has been no criminal trial. The facts need to come to light. Why were decision makers okay with letting this plane continue to fly despite the likelihood of another crash? Who were these people? Were there no objections? These facts need to surface. People are trading lives for dollars and this isn't justice. The people need the truth. My sister's soul and 345 others need the truth. I need the truth. I beg you – no deals, no NPA. Let's bring everything to light and look at what decisions led to such a grave catastrophe.

I respectfully ask the Court to reject the NPA, set the matter for public trial, and order full disclosure of all relevant discovery.

Sincerely,

David Moore



Lorinda Laryea,
U.S. Department of Justice
Acting Chief of the Fraud Section
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

█████████████ ,
Toronto, ON, M1P 3L3
June 19, 2025

**Re: Response to the DoJ's Motion to Dismiss**

Dear Lorinda Laryea:

We did not take the opportunity to express our objection to the implementation of an NPA after the last 'conferral' meeting with the DoJ, because a) Paul Cassel's letter carries our objection and b) your Unit has left us discouraged with your continued dismissal of victims' exhortation to try Boeing criminally.  This was explained in the email to you sent May 23, 2025.

In that email, it was noted that: We, as grieving family members need to know the full truth and it is critical for this declaration to be made public.  Transparency is imperative to the establishment of truth. Truth is a precursor to accountability. Together, these underpin the foundation of Justice. The DoJ selected only one thread of facts that Boeing provided to you – the one that they wanted you to hear: that a rogue technical pilot managed to wrest the controls from the executives and management at Boeing, the USA's biggest exporter and commercial entity; of course, the jury didn't buy it.

In the three years since the murder of Danielle, the three CEOs that have been backed by Boeing's board had direct knowledge of the problems with MCAS after the first crash. How can the US safeguard public safety if the DoJ will not hold someone to account for the death of 346 lives?

It's in the public interest to try Boeing. The DPA watered down Boeing's accountability to a warning with a fine that equates to 2 ½ B737 MAX planes.  After breeching the agreement, one would expect harsher punishment, but the plea bargain proposal and the NPA from your Unit that the court has accepted threw more water on Boeing's accountability.  Swilling crimes for the rich and powerful absolves them from accountability. Do white collar criminals ever have skin in the game? Boeing executives are still making money hand over fist since their failed gamble and a broken agreement; your DPA did not work.

Secondly, a criminal trial would send a signal to *any* corporate board or CEO of any company that manufactures potentially lethal products that safety must be the number one priority. It would deter this type of white-collar crime – isn't this an objective of the DoJ?  Whereas finance-based crimes may be workable in a DPA and perhaps NPA, death that results from a commission of a crime must have some sanctity; there must be personal accountability for the deadliest corporate crime in America.

Thirdly, what message are you sending to our engineering, business and law students?  A Non-Prosecution Agreement sets a very low bar for accountability especially for the murder of 346 people.  You have tried to gaslight us into believing that there is not enough evidence to hold the executives accountable for just the fraud charge.  However, the House of Representatives in their <u>Final Report</u> exposed just *some* of the evidence *they* had, and it all pointed to one conclusion: the design and certification of the MCAS was fraudulent.  The game of 'hiding the MCAS' was a team effort; it *was* systemic.  Boeing CEO confession of criminal responsibility notwithstanding, if there is one case in America where 'the burden of proof… beyond a reasonable doubt' is sound, it is the Boeing 737 Max case (and door plug blowout to boot).  There were individuals responsible for these deaths and they should be held to account.

An NPA will greenlight similar tactics for our future captains of industry. Why? Because the DoJ has shown the public that the powerful can buy their way out of any charges; they can game the system. If they get caught, the paltry fine they pay is insignificant to the gains made. This is worse than the objections to DEI; it gives a leg up to those who do not need it.  It is more than disconcerting that the government does not even put effort into trying those responsible. It appears that your efforts are in trying to quell our demand for individual accountability and justice.

We emphatically object to the Non-Prosecution Agreement for the reasons outlined above and for numerous other factors that I'm willing to expand upon at future 'conferral' meetings. We implore you to bring some meaning to the word 'justice'.


Sincerely,

The Moore Family, [David Clariss and Chris]
CC: P. Cassell, T. Brammeier, J. Thyken

Lorinda Laryea, Acting Chief of the Fraud Section

June 23, 2025

Dear Ms. Laryea:

I object to the Department of Justice dismissing the criminal case against Boeing.

Three hundred forty-six people died at the hands of Boeing in their two flawed Max planes. My brother was one of the victims on the second plane, a crash that Boeing knew could happen, days after the Seattle Times reported on the flawed software on their value-engineered plane.

Statistics tell that at least nine people experience significant bereavement when someone dies. That is over three thousand people Boeing has affected, and the vast majority of them do not see any of the blood money Boeing pays out instead of being held responsible for their crime.

And now there are more bodies, 241 on Air India and at least thirty on the ground. "At least" is a euphemism for the gruesome task of recovering the bodies Boeing leaves behind. Boeing board members and executives should have to participate in the recovery process. They would make different choices if they had to see the dismembered bodies of their victims.

This will never be over, as every plane that flies overhead is a threat, a reminder, a flying coffin to any one of the tens of thousands of people who lost someone to Boeing's focus on profit over safety. Allowing Boeing to buy their way out is not only a travesty of justice to all those who lost their lives, but it also reinforces the same financial machine that fosters the toxic corporate culture that puts stock prices above all else. What would Boeing's P/E ratio be if they had to factor in a body count? As the stock market does not hold Boeing accountable, we can only appeal to the Department of Justice and the court to hold a United States company responsible when they kill people with their products. I ask for justice for both the victims and the future safety of the flying public.

You never think it will happen to you until it does, so please try to picture your family as part of the "flying public." Because they are. Brother, child, mother, entire family, mass graves of greed and callousness. Please don't let Boeing continue with business as usual. History is watching.

Sincerely,



June 24, 2025


Dear Ms. Lorinda,


My name is Clariss Moore and the mother of Danielle Moore who was killed in a Boeing 737 Max 8 crashed in Ethiopian Airline Flight ET302; she was 24 years old and had so much more life to live. The crash that killed her was only 5 months after the crash of Flight JT 610 – another Boeing MAX plane.  Danielle was on her way to Nairobi Kenya as one of Canada Youth Delegates representing Canada in the United Nations Environmental Assembly.  I am compelled to speak out because of the sweetheart deal you are giving Boeing.  Since her murder on March 10, 2019, our lives have been forever changed and shattered.

This is the deadliest Corporate Crimes in American History, killing 346 innocent lives and destroying thousands of other lives of their families. Boeing executives who knew of the crime and minimization of MCAS authority have not been indicted for their hideous crime. Instead, they were given immunity through the DPA and rewarded with huge compensation by Boeing.  Without trying those who should be held accountable, corporate greed of Boeing will continue, and the lives of the flying public will always be at risk.

It's unconscionable that the certification anomalies were evident 5 months prior to the second crash; but Boeing blamed the pilots.  As a statutory crime victim, I strongly object to this NPA -Non-Prosecutor Agreement deal.  How could DOJ state this NPA deal is in the best interest of everyone involved when justice is not served; you continue to protect the criminals.  We, the victims, and the 346 souls deserve protection and the truth.  I urge you to bring Boeing and its CEOs to trial, let the Truth come to light, let my daughter's soul and the soul of the 345 innocent victims have the justice they deserve.

Allowing money and power to influence justice only perpetuates devastating outcome and sadly, we continue to see criminals escape accountability. As a crime victim's family, I believe it's crucial for Boeing and its individual CEOs responsible to face us in court, in a criminal trial, for the truth to come to light, to hold Boeing executives accountable and for justice to be served.

March 10, 2019, will forever be etched in our heart and souls the day Boeing killed my daughter. We will never see our daughter ever again and the pain of living with this nightmare is overwhelming and the question will continue to haunt me every day and night.

"Did she call for me, for us?  Did she cry for us?  Did she know it was her last breath here on earth.  She must have been so terrified."

The public deserves the truth, and I need to hear it.  Who killed my daughter?  I am imploring you, No deals- No Leniency-No NPA.  Its time to put an end to this cycle of injustice.  I earnestly beg you to find it in your heart to give our loved ones the justice they so rightfully deserve.  Danielle and the 345 souls lost deserve nothing less than the truth and accountability.  Justice for them is justice for us and it's the only way for us to begin healing.


Sincerely,


Clariss Moore

Mother of Danielle Moore

B-54A, LGF, Greater Kailash, Part-1,
New Delhi-110 048
Ph.: +91-11-4661-2104/2105



**Yakesh Anand**

Advocate
Supreme Court of India
+91-9810004397, +91-9310004397
office@anandandassociates.co.in
yakeshanand@gmail.com

466, Lawyer's Chambers
Delhi High Court, New Delhi-110 003

# ANAND & ASSOCIATES
## ADVOCATES AND LEGAL ADVISORS

Dated : 24.06.2025

1. Ms. Lorinda Laryea
   Acting Chief of the Fraud Section
   U.S. Department of Justice,
   Criminal Division,
   Washington DC 20530.
   Email ID: victimassistance.Fraud@CRM.USDOJ.GOV.

2. Mr. Sean P. Tonolli
   Senior Deputy Chief,
   Fraud Section,
   U.S. Department of Justice,
   Criminal Division,
   Washington, DC 20530
   Email ID: victimassistance.fraud@usdoj.gov

Re: **Objections to the Governments motion.**

Good morning Ms. Lorinda Laryea & Mr. Sean P. Tonolli,

1. My name is Yakesh Anand. I am an Attorney practicing in the Supreme Court of India at New Delhi.

2. My client is the wife of Late Mr. Bhavye Suneja, who was the pilot of the Lion Air Flight J T 610 that crashed into the Java Sea on 29.10.2018 off the cost of Indonesia shortly after take off. Mr. Bhavye Suneja was an Indian Citizen, who was working with Lion Air in Indonesia.

3. I had been representing Ms. Garima Sethi as a Co-counsel along with a U.S. Counsel in some other legal proceedings in U.S.A.

4. In two Boeing 737 MAX crashes, 346 passengers and crew died. The U.S. Department of Justice, Criminal Division, has filed criminal charges against

B-54A, LGF, Greater Kailash, Part-1,
New Delhi-110 048
Ph.: +91-11-4661-2104/2105

466, Lawyer's Chambers
Delhi High Court, New Delhi-110 003



**Yakesh Anand**

Advocate
Supreme Court of India
+91-9810004397, +91-9310004397
office@anandandassociates.co.in
yakeshanand@gmail.com

# ANAND & ASSOCIATES
## ADVOCATES AND LEGAL ADVISORS

Boeing in a case titled as **United States of America Vs. The Boeing Company, Case No. / Court Docket 4:21-CR-00005-0 (N.D. Tex.)** which are under adjudication before the court of United States District Court for the Northern District of Texas Fort Worth Division.

5. Large number of victims families are being represented before the Hon'ble Court by large number of counsels. My client is also a crime victim and is entitled to participate in the legal proceedings pending before the Hon'ble Court of Northern District of Texas Fort Worth Division.

6. A criminal conspiracy charge against Boeing has been filed in the federal court, all crime victims have certain rights, including right to be heard at court hearing and to present her case, pleadings and legal submissions. It is surprising and against Principles of Natural Justice, that the Government and Boeing are entering into a non-prosecution Agreement (NPA) and Government intends to file a motion to dismiss. I am informed that the Government and Boeing have agreed not to even wait for the court's ruling on a pending motion. My client intends to challenge the Boeing DPA. My client is therefore, opposed to the DOJ's motion to dismiss.

7. My client, though not presently represented by a U.S. Counsel in the legal proceedings in the Case No. 4:21-cr-00005-O, I for and on behalf of my client submit that she fully supports the objections and opposition filed by Mr. Paul G. Cassell, Ms. Tracy A. Brammeier, Mr. Erin R. Applebaum, Mr. Pablo Rojas, Mr. Warren T. Burns, Mr. Darren P. Nicholson, Mr. Chase Hilton and Mr. Sanjiv N. Singh (Attorneys for Victims Representatives) for and on behalf of large number of victims and their families before the Hon'ble Court.

Sincerely,

[YAKESH ANAND]

To: Prof. Larinda Laryea
Acting Chief, Fraud Section
Department of Justice, U.S.A.


Dear Professor Laryea,

I am writing to very strongly oppose dismissal of the charges against Boeing and entering in the non-prosecution agreement (NPA).   I am not a legal expert, so I delegate to the experts to weigh in on the legal aspects of the NPA.
I am writing as a brother sorely missing one of the people who died in ET 302 and as a proud American who believes in this country and in what it represents.  Thanks for reading my statement.

Honestly, I find it profoundly distressing that our own DOJ entered a DPA with Boeing in the first place and now contemplates an even more consequential NPA.  I love Boeing and wish for Boeing to bounce back and become the pride of our country once again. But for this to happen, Boeing must change, and Boeing must remember what they did wrong and work to fix their malaise.  The DOJ is privileged to serve our country at the highest level: enforcing justice, educating all of us on legal matters, and it has the unique chance to show the world what it means to serve the common good.

Frankly, allowing the senior leaders of Boeing to escape their responsibilities prevented (unfortunately, predictably) Boeing from addressing its ongoing Engineering problems and its culture of greed which thrived under Boeing senior leadership.  Professor Laryea, I cannot accept that those responsible for the two crashes, in particular the former Boeing CEO Dennis Muilenburg, could be allowed to escape criminal prosecution. It is impossible to understand, much less justify, why Boeing knew full well about MCAS after the Lion Air Crash (10/29/2018) and did nothing to prevent the second crash (3/10/2019), in which my brother was killed.

My brother, Paolo Dieci, was killed on flight ET 302 on March 10, 2019. He left his wife and two children, who continue to suffer, missing his love and counsel, and his death left a huge void in the international cooperation community and in our whole family. Ever since his teens, Paolo worked in international cooperation; at the time of his death, he was the President of an NGO that he helped build and that now operates in 30 different countries with 125 projects benefiting more than 2 million people.  To me, he was especially a marvelous brother, very funny and fun, always attentive to the needs of everyone in the family.  The very pain that we all feel to this day is not waning, in fact it is increasing, exacerbated by the knowledge that Paolo's untimely and senseless death

was so preventable, would never have happened, were it not for the greed, poverty of spirit, lack of regard for human life and shortsightedness of those in charge at Boeing, those who are now excused because of a very unjust NPA that the DOJ is striking with Boeing.

Dear Professor Laryea, I am a proud first generation American and have been in awe of the simplicity and fairness of our judicial system.  Now I am feeling deeply betrayed by the travesty of justice that the NPA represents.  Regardless of political inclination and no matter where and how it came about, the NPA is totally un-American, it is an egregious disservice to our civil society, and it taints the credibility of our judicial system. Those responsible for the deaths of 346 innocent people should be prosecuted. We have a responsibility to the country and to the world to get this right, and this means rejecting the NPA.

Professor Laryea, Paolo's death was no "accident", he was killed by a company whose leadership put profits over safety and consciously defrauded the United States Government, and all those around the world that trust us, that trust the FAA and the USA to be the leaders in airline safety and justice.

Thank you for considering my statement and for rejecting the NPA.

Respectfully,

*Luca Dieci*

Luca Dieci
Professor of Mathematics
Georgia Institute of Technology


Atlanta, GA – June 28, 2025

| | |
|---|---|
| **From:** | Paul Cassell |
| **To:** | Victimassistance Fraud (CRM) |
| **Cc:** | Tracy A. Brammeier; Erin R. Applebaum; Chase Hilton; Pablo Rojas |
| **Subject:** | [EXTERNAL] RE: U.S. v. Boeing - forwarding letter received |
| **Date:** | Monday, June 30, 2025 3:31:00 PM |
| **Attachments:** | Letter to Prof Paul Cassell -from ▮▮▮▮▮ .pdf |

Dear Victim-Witness Unit for the Fraud Section of the Criminal Division,

I recently received the attached letter asking for the U.S. v. Boeing case to be "put" to "a stop" by a Lion Air victim family representative not my client, but signed by two other representatives who have been my clients. I have currently pending before the Court an unopposed motion to withdraw from representation for these two persons.

In view of the foregoing, it seemed appropriate for me to forward this letter to you. My forwarding of this letter is without prejudice to my representation of or position of other family members, who oppose the pending motion to dismiss.

Paul Cassell, Counsel for Naoise Ryan et.

Paul G. Cassell

Ronald N. Boyce Presidential Professor of Criminal Law and University Distinguished Professor of Law

S.J. Quinney College of Law at the University of Utah

383 S. University St.

Salt Lake City, UT 84112-0730

Email = cassellp@law.utah.edu Phone = (801) 585-5202 Fax = (801) 581-6897 (fax)

You can access his publications on https://papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=30160

CONFIDENTIAL: This electronic message - along with any/all attachments - is confidential. This message is intended only for the use of the addressee. If you are not the intended recipient, you may not use, distribute or copy this communication. If you have received this message in error, please immediately notify the sender by reply electronic mail and delete the original message. Professor Cassell is admitted to the Utah State Bar, but not the bars of other states. Any views he expresses in this email are solely his own.

Dear Professor PAUL CASSELL.

   We all would like to express our gratitude for all your assistance in bringing DOJ-Boeing case to this junction. At this point we all agree to put this case to a stop. We support the DOJ-Boeing agreement. As we would like to put this terrible event behind our families.



Your Sincerely

( ████ – Husband,
            ████ – Son)

( ████ – Husband)

( ████████ – Brother,      ████████ – Niece)

( ████ – Daughter,
            ████████ – Grandsons)

( ████████ – Father)

( ████ – Sister)

Name :
( ████████ – Daughter)

Name :
( ████████ – Husband)

( ████████ – Father)

( ████ – Husband)