## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Criminal Action No. 4:21-cr-5-O** |
| | § | |
| **THE BOEING COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

### ORDER

Before the Court is the Unopposed Motion by Naoise Connolly Ryan, et al. and Other Victims' Families for Leave to file a Single, Consolidated Reply and Sur-Reply in Support of Appointing a Special Prosecutor and in Opposition to the Pending Motion to Dismiss (ECF No. 336), filed July 3, 2025. Having considered the Motion, the lack of opposition thereto, and the applicable law, the Court hereby **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that on July 18, 2025, the Objecting Victims' Families[1] will file a single, consolidated reply brief and sur-reply brief of no longer than twenty (20) pages supporting their position that the Court should reject the pending motion to dismiss and appoint a special prosecutor.

---

[1] This motion is filed by three groups of victims' families, represented by three groups of attorneys: (1) Victims' families represented by Paul G. Cassell et al., specifically Ms. Ryan, as well as Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, and John Karanja Quindos (hereinafter "the Ryan et al. group"); (2) victims' families represented by Sanjiv N. Singh, specifically Rini Soegiyono, Dayinta Anggana, Helda Aprilia, Serly Oktaviani, Wilson Sandi, Hendrarti Hendraningrum, Dody Widodo, Myrna Juliasari, Merdian Agustin, Adhitya Wirawan, M. Sholekhudin Zuhri, Siska Ong and Wenny Sia Wijaya, Suharto and Rohmiyatun, Sri Umi Anggraini. and Permana Anggrimulja (hereinafter the "Soegiyono group"; and (3) a victims' family represented by Filippo Marchino and Charles S. Siegle, specifically Linda Manfredi (hereinafter "the Manfredi family"). Collectively all three groups are referred to in this filing as the "objecting victims' families," although there are many other victims' families who object but have not filed formal appearances in this criminal case.

**SO ORDERED** on this **3rd day** of **July, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**