IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA, | |
| v. | 4:21-CR-00005-O |
| THE BOEING COMPANY, | |
| Defendant. | |

**NOTICE OF PARTICIPATION IN HEARING**
**ON GOVERNMENT'S MOTION TO DISMISS**

COMES attorney Adrian Vuckovich of Collins Bargione & Vuckovich, pursuant to the Court's Order of July 18, 2025 (Dkt #339), and respectfully notifies the Court that he intends to speak at the hearing scheduled for September 3, 2025 at 8:30 a.m. (Dkt #342) on behalf of Certain Crime Victims: Herjuno Darpito by Marti Faidah; Shintia Melina by Etmidalti; Njat Ngo by Ferry Pranata; Abdul Efendi by Endang Sri Rejeki; M Wahjoe Noegrohantoro by RR Ine Yunita SI; Ariawan Komardy by Ulfah Kusumaningsih; Nurul Rezkianti by Hasanuddin; Rudolf Petrus Sayerzs by Siti Fatimah; Arfiyandi by Bina Asta Mastiti; Sahabudin by Rismayanti; Mawar Sariati by Fendy; Sahabudin by Ratna Sari Dewi; Yoga Perdana by Herlina Husain; Maherru by Sri Subekti; Mito by Dian Anindita Suryani; Darwin Haryanto by Liyanah; Rangga Adiprana by Mardona; Daniel Soeharja Wijaya, Radika Wijaya and Rafezha Wijaya by Dony Suharia Widjaya; Rivandi Pranata by Gusmardi; Janry Sianturi by James Sianturi; Rio Nanda Pratama by Irianto; Nikky Bagus Santoso by Emmy Delima; Martua Sahata by Nursia Manurung; RR Savitri Wulurastuti by Norman Purnama; Shella by Handy Wijaya; Idha Susanti by Tayeb Tahir; Martono by Meylanda Crisdiana; Sui Di by Sri Husman; Ervina Wijayanti by Edi Susanto; M Ravi Andrian by Epi Samsul Komar; Rabagus Noerwito by R. Ayu Ghea Sofa Anggraini; Yunita Sapitri by Umar Nayiri; Tami Julian by Ferdian Putra; Sui Khiun by Elisabet Vinolia; Deryl Fida Febrianto by

Lutfiyani Eka Putri; Panky Sukandar by Ulfa Wiwit Chasanah; Riyan Ariyandi by Abdul Rahman; Fauzan Azima by Amri Syakban; Witaseriani by Ansori; Ubaidillah Salabi by Petty Novita; Dicky Jatnika by Septi Riyani; Dodi Junaidi by Septi Dursbianti; Ambo Malibone by AM I. Talib; Mack Stanley by Oey Swan Nio; Christy Artina Prabowo by Endo Prabowo; Indra Bayu Aji by Zainal Abidin; Murita by Anzar Agustian; Kasan by Ellisa; Mie Nie by Ellisa; Karmin by Andy Fhildyna; Permadi Anggrimulja by Tandina Sukarno Putri; Glato Kodjo by Glato Kodjovi; Abdel Hamid Farrag Megali by Mohamed Farrag Mohamed Megali; Liu Chandra by Welly Chandra; Hedy by Winda Juwita; Trie Yudha Gautama by Siti Anbiya G. Ishimichi; Berly Boen by Vetri; HK Junaidi by Mimin Suratmi; Kyara Aurine by Ansori; Fita Damayanti by M Manik; Filzaladi by Kiki Merdekawati; Imam Riyanto by Puspawijayanti; Asep Saripudin by Sutaryo; Candra Kirana by Bayu Saputra; and Cici Ariska by Marsudi.

    Respectfully submitted,

    /s/ Adrian Vuckovich

Adrian Vuckovich  
Illinois State Bar No. 6207978  
av@cb-law.com  
COLLINS BARGIONE & VUCKOVICH  
One N. LaSalle Street, Suite 300  
Chicago, IL 60602  
(312) 372-7813

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, I caused the appended document to be served via CM/ECF, the Court's electronic notification system, upon all counsel of record.

By: /s/ Adrian Vuckovich