Anthony Keyter
Prosecutor Qui Tam
6200 Soundview Dr. R201
Gig Harbor, WA 98335

August 4, 2025



Judge Reed O'Connor
c/o The Clerk
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

Judge Reed O'Connor,

### Letter of Information re:
### In-Person Hearing on 3 September 2025
### Case No. 4:21-CR-5-O, USA v Boeing

While unable to attend the 'in-person-hearing' on September 3, 2025, as Prosecutor Qui Tam I nevertheless wish to contribute to that hearing, pursuant 18USC3771(4), by providing the Court with this 'letter of information', regarding the profound effects of the imminent and illegal dismissal of the Boeing criminal case, sans addressing the array of 'Boeing Company and Joinders' crimes.

### *Effects of Illegal Dismissal upon the US District Court and the Judge*

1. Dismissing the 'USA v Boeing' case without dealing with the array of criminal offenses filed under affidavit in the case against Boeing and Joinders, will constitute crime perpetrated by the Court, which will render such dismissal unlawful.

2. This Court has deliberately ignored numerous motions detailing the Boeing Company's criminality beyond the single fraud violation presently being considered by DOJ attorneys. The fifteen unattended motions gravely affect the outcome of the Boeing criminal case. [The docket numbers of the fifteen pertinent, but ignored, motions', are: 186, 195, 229, 258, 264, 267, 276, 277, 280, 281, 283, 296, 297, 303, and 327].

3. Criminal charges, filed against the Boeing Company under affidavit by the Prosecutor Qui Tam Anthony Keyter, in a number of those motions, have simply been swept under the carpet and covered up. If those crimes are not addressed by the Court (pursuant the Court's legal duty under statutes 18USC3041, 18USC3046, 18USC3060, and Federal Rules of Criminal Procedure Rules 4 and 41), then dismissing the case will be an illegal act and the Court (Judge O'Connor) will be *in criminal violation of* the following statutes:

   a. The 'due process of law' and 'equal protection of the laws' clauses of the Constitution, 14th Amendment, §1;
   b. Criminal violation of statutes 18USC3041, 18USC3046, 18USC3060, and Federal Rules of Criminal Procedure, Rules 4 and 41, in failing to arrest the offenders and failing to convene the preliminary hearing as mandated by these laws.
   c. Criminal violation of statute 18USC3771(a)(1), the right to be reasonably protected from the accused.
   d. Criminal violation of statute 18USC241, Conspiracy against Rights: Conspiring with the DOJ and Boeing, to deny the American people and Boeing crime victims their Constitutional rights to due process as detailed in 'point b', above.
   e. Criminal violation of statute 18USC242, Deprivation of Rights: Depriving the American people and Boeing crime victims of the rights to 'due process' and 'protection of the laws' against ongoing Boeing crimes.
   f. Criminal violation of statute 28USC453, Oath of Office: Deliberately failing to faithfully and impartially discharge and perform *all duties* laid upon the Court.
   g. Criminal violation of statute 18USC401, Contempt of Court: Misbehavior by the judge so as to obstruct the administration of justice; misbehavior in his official transactions; disobedience and resistance to the Court's lawful processes.
   h. Criminal violation of statute 28USC144 and 455, Recusal / Disqualification: for failing to recuse and/or disqualify himself while his impartiality is questioned, and for being co-perpetrator to many of the Boeing crimes (see docket # 267).
   i. Statute 18USC3: Accessory to Boeing's and Joinders' unaddressed *past crimes*, including mass murder, and attempted kidnap and murder of a Supreme Court witness – while knowing that numerous offenses against the United States have been committed, providing comfort or assistance to the offenders by illegal dismissal of the case, in order to hinder or prevent their apprehension, trial or punishment.
   j. Statute 18USC2: Complicity in Boeing's and Joinders' unaddressed *ongoing crimes*, for aiding and abetting Boeing and Joinders by enabling them to continue their ongoing crimes; and enabling them to escape justice, by illegally dismissing the criminal case against Boeing without tending to those ongoing crimes. The serious ongoing crimes include inter alia, seditious conspiracy, insurrection against the laws, treason, stock exchange fraud of $1.42 trillion, and much more. (See docket #229 and #303 and the Dossier of Crimes, for a full list and details of Boeing and Joinder crimes - and thus, this Court's crimes as accomplice).

4. The Court's criminal actions will join with and augment an ongoing insurrection against the laws of the United States, as described in docket numbers 229 and 303. The Court's criminal actions of illegal dismissal will represent unambiguous evidence and ***proof of that unaddressed 'insurrection against the laws'.***

### *Effects of Illegal Dismissal upon the Fifth Circuit Court and US Supreme Court*

5. Should the Boeing criminal case be illegally dismissed by the USDC in violation of the above laws, it will be with the knowledge and consent, and therefore ***complicity,*** of the

Fifth Circuit and US Supreme Court justices. The Fifth Circuit judges and Supreme Court justices are informed of the crimes committed by Boeing (see Docket # 229) and by the US District Court (see Docket # 195); and by Joinders (see Docket # 303). The Fifth Circuit and Supreme Court benches are in the loop and fully informed, and have been petitioned to command the District Court (Judge O'Connor) by way of writ of mandamus, to prevent and to terminate the ongoing criminality in and by the US District Court and the ongoing crimes of Boeing (Docket # 296).

Should the case be dismissed in violation of those laws presented in point #3 above, it will implicate the Fifth Circuit and US Supreme Court justices in the District Court's crimes, which include the Boeing crimes and Joinder's crimes. The willful failure of the Fifth Circuit and US Supreme Court Justices to command the District Judge *not to* continue violating the laws which he is in breach of, in effect tells the District Judge to *go ahead and violate the laws,* with the approval and consent of Fifth Circuit and US Supreme Court Justices. Their deliberate failure to issue writ of mandamus to command the lower court to obey the laws will render the judges/ justices accomplices to the US District Court insurrection against the laws. The illegal dismissal of the Boeing case will thus expose and be proof of *the criminal nature of the courts at all levels of the US Court System.*

### *Effects of Illegal Dismissal upon Members of Congress and the present and previous Administrations*

6. The Boeing Company finds itself at the center of a major criminal endeavor within the government and the courts of the United States. Members of Congress and certain present and previous Administration officials have been informed of Boeing's crimes and the Court's crimes, and were requested on 10/30/24, to take appropriate action to "terminate criminality in the US District Court, Fort Worth, Texas". That, they deliberately failed to do. The Joinder Motion, docket #303, implicates members of Congress and present and previous Administration officials in the Boeing Company crimes (as detailed in the Dossier of Crimes filed in dockets #229 and 303). Illegal dismissal will constitute definitive proof of the combined *criminal nature of all three branches of United States Government: the US Courts, the Administration, and Congress* (as detailed in the Dossier of Crimes, Volume III, Chapters 50.1 to 50.11).

7. Unlawful dismissal, in violation of 18USC241, 18USC242, and the 14th amendment, et al (violations as given above), without addressing the Boeing crimes and Joinder crimes filed in the case, will *join with and augment the broader seditious conspiracy and insurrection against the laws* of the United States, as detailed in the 2,400 pages of the Dossier of Crimes filed with the Court in Docket # 229 & 303. There are more than 15,000 government officials named in the criminality presented in the Dossier of Crimes.

8. The Constitution, 14th Amendment, §3, and the statutes 18USC2381 and 18USC2383 expressly forbid anyone to hold office under the United States who has engaged in insurrection and treason against the same. Should the Court illegally dismiss this Boeing fraud and mass murder case, as it is fixing to do, without tending to the criminal charges

filed in the case, then the US government and judicial officials implicated in the unaddressed insurrection against the laws and treason against the nation, will continue holding their government positions illegally. They will be masquerading as legitimate government officials in criminal violation of 18USC912. Those 15,000-plus illegal US Government officials *will render the United States Government illegal.* (See the Dossier of Crimes, Volume III, Chapter 50.5 for details).

9. In simple terms, illegally dismissing the Boeing fraud and mass murder case, with the sanction of the Administration, the Congress, and the fifth Circuit and Supreme Court, will provide unambiguous evidence that *the US government is unlawful,* since all three branches of US Government, in concert, are involved in the insurrection against the laws.

*The Impact of an Unlawful US Government*

10. An unlawful United States Government stands to bring much turmoil to the nation and to the world order. The unlawfulness of the United States Government will stem from more than 15,000 top US government officials who will be holding their offices unlawfully. They will all be part of an unaddressed and ongoing insurrection against the laws of the United States, with the knowledge and consent of the US District Court, the Fifth Circuit Court, and the US Supreme Court (and other District Courts, besides). Again, the United States statutes 18USC2383, 18USC2381, and the US Constitution, 14th Amendment, Section 1, expressly forbid perpetrators who have taken part in an insurrection against the laws and treason against the nation, to hold office.

11. The officials who will be holding office unlawfully, stretch from the lowest policeman on the beat, through Congressmen, the courts including the Supreme Court, and the military, to the highest office in the land, the Presidency. All decisions and orders, including court orders, all actions, military actions, transactions, treaties, and agreements, made or taken by an unlawful United States government, courts, and congress, will be unlawful.

    Any deaths inflicted by an illegitimate US Armed Forces under an illegitimate government *will constitute murder* in terms of US law and international law. The legal implications of an illegitimate government upon the United States national institutions, and international institutions where the USA plays a leading role, like the United Nations, Security Council and NATO, are far-reaching indeed.

12. An additional result of the official misconduct and lawlessness in the government and courts, is state-supported tyranny upon the populace. See the 2,400-page Dossier of Crimes for unambiguous proof of that tyranny.

13. A further likely consequence of the lawlessness perpetrated by government and judicial officials, is prison time for malfeasant officials – if and when morally inclined prosecutors and judges obey the laws of the United States and decide to perform their duty.

14. For broader insight into the effects briefly outlined above, to understand their interface and cohesion, and their international ramifications, also see:

>   (a) A *'Synopsis of the Case'*, presented in the Dossier of Crimes, Volume I, Chapter 1, filed with this Court in the Boeing criminal case.
>   (b) The *'World Report'*, filed with the United Nations on 12/10/24, and updated on 7/15/25. In particular, Chapters 4 and 5 of this volume, under the heading: 'Examples of the Effects upon Humanity'.

For these reasons, the US District Court for Northern Texas, and in particular the presiding judge, Reed O'Connor, is urged to administer the law upon "Boeing's crime, [which] may properly be considered the deadliest corporate crime in U.S. history".

***Do the right thing and address the Boeing and Joinder crimes by trial, according to law – and not by illegal dismissal, while bowing to political pressure.***

This plea is made in preservation of the prestige of the American nation and for the safety of the flying public and investing public worldwide. After all, the honorable judge, Reed O'Connor, has taken an oath before God and the nation (pursuant 28USC453) to do right and to faithfully and impartially discharge all the duties incumbent upon him. He has invoked God's assistance to do so with the avowed word's: *"So help me God"*.

So help you God.

Sincerely,

*[signature]*

Anthony Keyter

Boeing Senior Instructor Pilot, Retired/
Boeing Crime Victim/
Prosecutor Qui Tam of unaddressed Boeing crimes.

TACOMA WA 983
OLYMPIA WA
5 AUG 2025 PM 3 L

RECEIVED
| | 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA. 98335

The Clerk
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673



76102-975999