**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF TEXAS**
Fort Worth Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE BOEING COMPANY, ) <br> ) <br> Defendant. ) <br> ) | 4:21-cr-00005-O |

**GOVERNMENT'S RECORD SUPPLEMENT IN SUPPORT OF ITS**
**RULE 48(a) MOTION TO DISMISS THE INFORMATION**

In support of its Motion to Dismiss the Information, pursuant to Federal Rule of Criminal Procedure 48(a) and with the consent of Defendant The Boeing Company ("Boeing" or the "Company") (ECF No. 312), the United States of America (the "Government") respectfully submits this record supplement concerning its engagement with the family members of the victims of the Lion Air Flight 610 and Ethiopian Airlines Flight 302 airplane crashes ("Families") since filing its reply in support of the motion (ECF No. 334). Specifically, attached as Exhibits 1 to 3 are emails and accompanying letters that the Government respectively sent to the Families and their counsel informing them of the Court's Orders regarding the in-person hearing on the motion, including the direction that any Family member or their counsel wishing to speak at the hearing provide notice to the Court by no later than August 1, 2025. The Government also timely updated its public case website to provide the same information. U.S. Department of Justice, Criminal Division, Case Page for *United States v. The Boeing Company*, available at https://www.justice.gov/criminal/criminal-fraud/case/united-states-vboeing-company.

        Respectfully submitted,

| | |
|---|---|
| LORINDA I. LARYEA | NANCY E. LARSON |
| Acting Chief | Acting United States Attorney |
| Fraud Section, Criminal Division | Northern District of Texas |
| United States Department of Justice | |
| | |
| By: *s/ Sean P. Tonolli* | By: *s/ Chad E. Meacham* |
| Sean P. Tonolli | Chad E. Meacham |
| Acting Principal Deputy Chief | Assistant United States Attorney |
| D.C. Bar No. 503346 | Texas Bar No. 00784584 |
| sean.tonolli@usdoj.gov | chad.meacham@usdoj.gov |
| | |
| United States Department of Justice | United States Attorney's Office |
| Criminal Division, Fraud Section | Northern District of Texas |
| 1400 New York Avenue, N.W. | 801 Cherry Street, 17th Floor |
| Washington, D.C. 20005 | Fort Worth, TX 76102 |
| 202-514-2000 | 817-252-5200 |

cc: Counsel of Record (via ECF)