**EXHIBIT 1**

**From:** Victimassistance Fraud (CRM)
**Subject:** Being Case Notification 07.23.2025
**Date:** Wednesday, July 23, 2025 1:04:00 PM
**Attachments:** DOJ Ltr to Crash-Victim Families - 25.07.23.pdf

Good Afternoon,

Please see the attached letter regarding the Boeing case.

Sincerely,

Victim-Witness Unit
Fraud Section, Criminal Division
United States Department of Justice



**U.S. Department of Justice**

Criminal Division

---

*Fraud Section* *Washington, D.C. 20530*

July 23, 2025

U.S. Department of Justice
Criminal Division, Fraud Section
10th & Constitution Avenue, NW
Bond Building
Washington, DC 20530

Phone: 1-888-549-3945
Fax:    202-514-3708
Email: victimassistance.fraud@usdoj.gov

      Re:    <u>*United States v. The Boeing Company*</u>
             Court Docket 4:21-cr-005-O (N.D. Tex.)

To Whom it May Concern:

      We are contacting you because you have been determined to be a crime victim pursuant to a court order dated October 21, 2022, in *United States v. The Boeing Company*, a federal criminal case pending in the United States District Court for the Northern District of Texas. This case is being jointly handled by the U.S. Department of Justice's Criminal Division, Fraud Section, and the U.S. Attorney's Office for the Northern District of Texas ("USAO") (collectively, the "Department"). Crime victims are entitled to certain rights and services, as described further in this letter. As a victim witness professional, my role is to assist you with information and services during the pendency of the above-captioned case.

      This is to update you on the status of the motion to dismiss the case that the Department filed on May 29, 2025. Briefing on the motion is now complete. On July 18, 2025, the Court issued an Order, a copy of which is attached to this letter, scheduling an in-person hearing on Thursday, **August 28, 2025, at 9:00 am** Central Time, to consider the motion. The hearing will be held in the Second Floor Courtroom of the courthouse, located at 501 W. 10th Street, Fort Worth, Texas. The Court has requested that "[b]y **no later than August 1, 2025**, counsel and those unrepresented by counsel who desire to speak concerning the pending Motion are DIRECTED to notify the Court of the identity of any individual who intends to speak at the above-mentioned hearing." If you or your counsel would like to notify the Court of an individual who intends to speak at the hearing, you may do so by emailing Melissa Hurtado, the Courtroom Deputy, at melissa_hurtado@txnd.uscourts.gov.

      Finally, counsel for The Boeing Company has notified the Department and counsel for those families who filed briefs that the company plans to ask the Court to reschedule the hearing to another date in late August or early September. Accordingly, there is a possibility that the hearing will be held on a date other than August 28th. We will notify you if the date changes.

**Additional Information**

Because charges have been filed in this case in federal court, victims of the charges filed are entitled to the following rights, according to CVRA, Title 18, United States Code, Section 3771: (1) The right to be reasonably protected from the accused; (2) The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused; (3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding; (4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; (5) The reasonable right to confer with the attorney for the Government in the case; (6) The right to full and timely restitution as provided in law; (7) The right to proceedings free from unreasonable delay; (8) The right to be treated with fairness and with respect for the victim's dignity and privacy; (9) The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement; and (10) The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (34 U.S.C. § 20141(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice. Victims may seek the advice of an attorney with respect to these rights.

In addition, a victim of a federal crime is entitled to services under the Victims' Rights and Restitution Act (VRRA), including notification of court events. For further details, please refer to Title 34, United States Code, Section 20141 or the VRRA link posted at https://www.notify.usdoj.gov.

We will continue to provide you with notifications and services unless you tell us not to. We will make our best efforts to ensure you are provided the rights and services to which you are entitled. You may contact the Victim/Witness Coordinator at the office listed above if you have questions about the progress of your case, your rights or the services to which you are entitled, or how you can assert them during the proceedings. If you believe that a Justice Department employee has not provided you with these rights, you may file a complaint with the Justice Department's Victims' Rights Ombudsman. For more information, go to http://www.justice.gov/usao/resources/crime-victims-rights-ombudsman. If you have questions about filing a complaint against an employee, you may contact the Ombudsman by email at usaeo.VictimOmbudsman@usdoj.gov. Questions concerning this case should be directed to the office listed above.

While our office cannot act as your attorney or provide you with legal advice, you can seek the advice of an attorney with respect to the rights above or other related legal matters.

It is important to keep in mind that the defendants are presumed innocent until proven guilty and that presumption requires both the Court and our office to take certain steps to ensure that justice is served.

If you want to inform the prosecutor of your views regarding any other aspect of the case, please contact us and we will put you in touch with the prosecutor.

If you have any questions about this notice or want to talk to us directly, please call us toll-free at 1-888-549-3945 or email us at victimassistance.fraud@usdoj.gov.

Sincerely,

Victim-Witness Unit
Fraud Section, Criminal Division
Department of Justice

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal Action No. 4:21-cr-5-O |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Government's Rule 48(a) Motion to Dismiss the Information (ECF No. 312), filed May 29, 2025. Naoise Connolly Ryan, et al. and other victims' families and purported victims have filed responses and objections to the Government's Motion. *See, e.g.*, ECF Nos. 318, 319, 321, 323, 327. The Court sets an in-person hearing on **Thursday, August 28, 2025**, at **9:00 am** to consider the pending Motion to Dismiss. The hearing will convene in the Second Floor Courtroom, **501 W. 10th Street, Fort Worth, Texas**.

By no later than **August 1, 2025**, counsel and those unrepresented by counsel who desire to speak concerning the pending Motion are **DIRECTED** to notify the Court of the identity of any individual who intends to speak at the above-mentioned hearing.

**SO ORDERED** on this **18th day** of **July, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE