**EXHIBIT 2**

| | |
|---|---|
| **From:** | Victimassistance Fraud (CRM) |
| **Subject:** | US v. Boeing - Victim Notification 7.25.2025 |
| **Date:** | Friday, July 25, 2025 9:29:00 AM |
| **Attachments:** | DOJ Ltr to Crash-Victim Families - 25.07.25.pdf |

Good morning,

Please see the attached notification regarding the upcoming hearing on the motion to dismiss. The hearing has been rescheduled for **Wednesday, September 3, 2025 at 8:30 AM** (Central).

Sincerely,

Victim-Witness Unit
Fraud Section, Criminal Division
United States Department of Justice



U.S. Department of Justice

Criminal Division

---

*Fraud Section*  *Washington, D.C. 20530*

July 25, 2025

U.S. Department of Justice
Criminal Division, Fraud Section
10th & Constitution Avenue, NW
Bond Building
Washington, DC 20530

Phone: 1-888-549-3945
Fax:    202-514-3708
Email: victimassistance.fraud@usdoj.gov

      Re:    *United States v. The Boeing Company*
             Court Docket 4:21-cr-005-O (N.D. Tex.)

To Whom it May Concern:

    We are contacting you because you have been determined to be a crime victim pursuant to a Court Order dated October 21, 2022, in *United States v. The Boeing Company*, a federal criminal case pending in the United States District Court for the Northern District of Texas. This case is being jointly handled by the U.S. Department of Justice's Criminal Division, Fraud Section, and the U.S. Attorney's Office for the Northern District of Texas ("USAO") (collectively, the "Department"). Crime victims are entitled to certain rights and services, as described further in this letter. As a victim witness professional, my role is to assist you with information and services during the pendency of the above-captioned case.

    This is to update you on The Boeing Company's request to reschedule the hearing on the Department's motion to dismiss. On July 24, 2025, the Court granted the request and rescheduled the hearing to **Wednesday, September 3, 2025, at 8:30 am Central Time**. The hearing will be held in the Second Floor Courtroom of the courthouse, located at 501 W. 10th Street, Fort Worth, Texas. A copy of the July 24th Order is attached to this letter. The Court continues to request, through its July 18, 2025 Order, which we previously provided you with, that "[b]y **no later than August 1, 2025**, counsel and those unrepresented by counsel who desire to speak concerning the pending Motion are DIRECTED to notify the Court of the identity of any individual who intends to speak at the above-mentioned hearing." If you or your counsel would like to notify the Court of an individual who intends to speak at the hearing, you may do so by emailing Melissa Hurtado, the Courtroom Deputy, at melissa_hurtado@txnd.uscourts.gov.

**Additional Information**

    Because charges have been filed in this case in federal court, victims of the charges filed are entitled to the following rights, according to CVRA, Title 18, United States Code, Section

3771: (1) The right to be reasonably protected from the accused; (2) The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused; (3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding; (4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; (5) The reasonable right to confer with the attorney for the Government in the case; (6) The right to full and timely restitution as provided in law; (7) The right to proceedings free from unreasonable delay; (8) The right to be treated with fairness and with respect for the victim's dignity and privacy; (9) The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement; and (10) The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (34 U.S.C. § 20141(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice. Victims may seek the advice of an attorney with respect to these rights.

In addition, a victim of a federal crime is entitled to services under the Victims' Rights and Restitution Act (VRRA), including notification of court events. For further details, please refer to Title 34, United States Code, Section 20141 or the VRRA link posted at https://www.notify.usdoj.gov.

We will continue to provide you with notifications and services unless you tell us not to. We will make our best efforts to ensure you are provided the rights and services to which you are entitled. You may contact the Victim/Witness Coordinator at the office listed above if you have questions about the progress of your case, your rights or the services to which you are entitled, or how you can assert them during the proceedings. If you believe that a Justice Department employee has not provided you with these rights, you may file a complaint with the Justice Department's Victims' Rights Ombudsman. For more information, go to http://www.justice.gov/usao/resources/crime-victims-rights-ombudsman. If you have questions about filing a complaint against an employee, you may contact the Ombudsman by email at usaeo.VictimOmbudsman@usdoj.gov. Questions concerning this case should be directed to the office listed above.

While our office cannot act as your attorney or provide you with legal advice, you can seek the advice of an attorney with respect to the rights above or other related legal matters.

It is important to keep in mind that the defendants are presumed innocent until proven guilty and that presumption requires both the Court and our office to take certain steps to ensure that justice is served.

If you want to inform the prosecutor of your views regarding any other aspect of the case, please contact us and we will put you in touch with the prosecutor.

   If you have any questions about this notice or want to talk to us directly, please call us toll-free at 1-888-549-3945 or email us at victimassistance.fraud@usdoj.gov.

Sincerely,

Victim-Witness Unit
Fraud Section, Criminal Division
Department of Justice

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal Action No. 4:21-cr-5-O |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is The Boeing Company's Unopposed Motion to Reschedule the Hearing Date for the Government's Rule 48(a) Motion to Dismiss the Information (ECF No. 341), filed July 24, 2025. Noting the Motion is unopposed, the Court hereby **GRANTS** the Motion. Accordingly, the Court **ORDERS** that the in-person hearing is rescheduled to **Wednesday, September 3, 2025**, at **8:30** am to consider the pending Motion to Dismiss. The hearing will convene in the Second Floor Courtroom, **501 W. 10th Street, Fort Worth, Texas**. All other requirements and deadlines in the Court's July 18, 2025, Order (ECF No. 339) remain unchanged.

**SO ORDERED** on this **24th day** of **July, 2025**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**