**EXHIBIT 3**

**From:** Victimassistance Fraud (CRM)
**Subject:** US v. Boeing - Victim Notification 8.6.2025
**Date:** Wednesday, August 6, 2025 9:18:00 AM
**Attachments:** DOJ Ltr to Crash-Victim Families - 25.08.06.pdf

Good morning,

Please see the attached notice regarding the most recent court order in *United States v. The Boeing Company*.

Sincerely,

Victim-Witness Unit
Fraud Section, Criminal Division
United States Department of Justice



U.S. Department of Justice

Criminal Division

---

*Fraud Section*                                                         *Washington, D.C. 20530*

August 6, 2025

U.S. Department of Justice
Criminal Division, Fraud Section
10th & Constitution Avenue, NW
Bond Building
Washington, DC 20530

Phone:  1-888-549-3945
Fax:    202-514-3708
Email:  victimassistance.fraud@usdoj.gov

       Re:   *United States v. The Boeing Company*
             Court Docket 4:21-cr-005-O (N.D. Tex.)

To Whom it May Concern:

      We are contacting you because you have been determined to be a crime victim pursuant to a Court Order dated October 21, 2022, in *United States v. The Boeing Company*, a federal criminal case pending in the United States District Court for the Northern District of Texas. This case is being jointly handled by the U.S. Department of Justice's Criminal Division, Fraud Section, and the U.S. Attorney's Office for the Northern District of Texas ("USAO") (collectively, the "Department"). Crime victims are entitled to certain rights and services, as described further in this letter. As a victim witness professional, my role is to assist you with information and services during the pendency of the above-captioned case.

      On August 5, 2025, the Department asked the Court to issue an Order to assist those family members residing outside the United States who wish to attend the hearing on the Motion to Dismiss in their effort to obtain a visa or other authorization to travel to the United States. The Court issued the Order, a copy of which is attached. As a reminder, the hearing is scheduled for Wednesday, September 3, 2025, at 8:30 am Central Time. The hearing will be held in the Second Floor Courtroom of the courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

**Additional Information**

      Because charges have been filed in this case in federal court, victims of the charges filed are entitled to the following rights, according to CVRA, Title 18, United States Code, Section 3771: (1) The right to be reasonably protected from the accused; (2) The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused; (3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other

testimony at that proceeding; (4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; (5) The reasonable right to confer with the attorney for the Government in the case; (6) The right to full and timely restitution as provided in law; (7) The right to proceedings free from unreasonable delay; (8) The right to be treated with fairness and with respect for the victim's dignity and privacy; (9) The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement; and (10) The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (34 U.S.C. § 20141(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice. Victims may seek the advice of an attorney with respect to these rights.

In addition, a victim of a federal crime is entitled to services under the Victims' Rights and Restitution Act (VRRA), including notification of court events. For further details, please refer to Title 34, United States Code, Section 20141 or the VRRA link posted at https://www.notify.usdoj.gov.

We will continue to provide you with notifications and services unless you tell us not to. We will make our best efforts to ensure you are provided the rights and services to which you are entitled. You may contact the Victim/Witness Coordinator at the office listed above if you have questions about the progress of your case, your rights or the services to which you are entitled, or how you can assert them during the proceedings. If you believe that a Justice Department employee has not provided you with these rights, you may file a complaint with the Justice Department's Victims' Rights Ombudsman. For more information, go to http://www.justice.gov/usao/resources/crime-victims-rights-ombudsman. If you have questions about filing a complaint against an employee, you may contact the Ombudsman by email at usaeo.VictimOmbudsman@usdoj.gov. Questions concerning this case should be directed to the office listed above.

While our office cannot act as your attorney or provide you with legal advice, you can seek the advice of an attorney with respect to the rights above or other related legal matters.

It is important to keep in mind that the defendants are presumed innocent until proven guilty and that presumption requires both the Court and our office to take certain steps to ensure that justice is served.

If you want to inform the prosecutor of your views regarding any other aspect of the case, please contact us and we will put you in touch with the prosecutor.

If you have any questions about this notice or want to talk to us directly, please call us toll-free at 1-888-549-3945 or email us at victimassistance.fraud@usdoj.gov.

Sincerely,

Victim-Witness Unit
Fraud Section, Criminal Division
Department of Justice

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal Action No. 4:21-cr-5-O |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Government's Unopposed Motion for Order Regarding the Issuance of U.S Visas (ECF No. 344), filed August 5, 2025. Having reviewed that Motion and the Court being fully advised, the Motion is **GRANTED**. Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned criminal case of *United States v. Boeing* is currently pending before this Court.

2. The Court has set a hearing date of September 3, 2025, to consider the Government's Rule 48(a) Motion to Dismiss the Information (ECF No. 341). The hearing will be in-person in the Second Floor Courtroom, 501 W. 10th Street, Fort Worth, Texas.

3. The Court has previously determined that 346 families who lost loved ones in the crashes of two Boeing 737 MAX aircraft are representatives of "crime victims" and are entitled to exercise rights under the Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771. ECF No. 116 (Oct. 21, 2022). Those killed in the crash are listed in ECF No. 306, Exhibit 1.

4. The September 3, 2025, hearing will be open to the public, and the Court welcomes the attendance of any and all family members. Further, the Court will be allowing certain family members and/or their attorneys to speak at the hearing.

5. Family members residing outside the United States who wish to attend the September 3, 2025, hearing will need appropriate visas or other authorization to travel to the United States.

6. Family members may use this Order (alongside other appropriate required documentation for any visa applicant seeking lawful entry in the United States) in their application and during the Consular Interview for the appropriate U.S. visas, as confirmation that a hearing in this case will occur on September 3, 2025, and the Court's desire that family members be permitted to travel to Fort Worth to observe and/or speak at the hearing.

**SO ORDERED** on this **5th day** of **August, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**