**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|   *Plaintiff*        ) | |
| v.        ) | Case No. 4:21-cr-00005-O |
| THE BOEING COMPANY,        ) | |
|   *Defendant.*        ) | |

**OBJECTING FAMILIES' RECORD SUPPLEMENT IN SUPPORT OF THEIR SUR-
REPLY OBJECTING TO THE PENDING MOTION TO DISMISS**

Warren T. Burns (Texas Bar No. 24053119)
Burns Charest, LLP
wburns@burnscharest.com

Darren P. Nicholson
Burns Charest, LLP
icholson@burnscharest.com

Chase Hilton
Burns Charest LLP
chilton@burnscharest.com

Paul G. Cassell (Utah Bar No. 06078)
(Counsel of Record)
Utah Appellate Project
S.J. QUINNEY COLLEGE OF LAW
University of Utah
cassellp@law.utah.edu
(no institutional endorsement implied)

Tracy A. Brammeier
Clifford Law Offices PC
tab@cliffordlaw.com

Erin R. Applebaum
Kreindler & Kreindler LLP
eapplebaum@kreindler.com

*Attorneys for Victims' Representatives*

Counsel for Naoise Connolly Ryan et al. and other victims' families (the "objecting victims' families," listed in Ex. 1) respectfully submits this record supplement of additional victims' families who support the objecting to the pending motion to dismiss.:

**Victims of the Crash of Ethiopian Airlines**

1. Abdulla, Mucaad
2. Abi Alemu, Mulusew
3. Abul Farag, Suzan Mohamed
4. Adesanmi, Adebola
5. Alemayehu, Getenet
6. Asfaw Shenkut, Ato Mulugeta
7. Aymeku, Sintayehu
8. Barranger, Suzanne
9. Bashua, Abiodun Oluremi
10. Belanger, Darcy
11. De Claremont, Ghislaine
12. Demessie, Tamirat
13. Doaa, Atef Abdel-Salam
14. Duda, Miroslaw
15. Farah, Racha
16. Gao, Shuang
17. Garg, Shikha
18. Gathumbi, Agnes Mary
19. Hyba, Jessica
20. Jaboma, Isabella
21. Kabau, George
22. Kabugi, George Gikonyo
23. Kamau, Jane
24. Kariuki, Grace Murugi
25. Konarska, Stella
26. Konarski, Adam
27. LaCroix, Stephanie
28. Lewis, Antoine
29. Lwugi, Derick
30. Maina Gathu, Benson
31. Messent, Micah
32. Mohamed Ibrahim, Abdulhai
33. Mukua Kageche, George
34. Musyoki, Anne Munyao
35. Mwashi, Juliah
36. Ndivo, Mercy Ngami
37. Noormohamed, Ameen Ismail
38. Odero, Immaculate Achieng

39. Olexova, Danica
40. Orensa, Esmat
41. Pegram, Sam
42. Philipp, Marie
43. Rogony, Cosmas
44. Saafi, Karim
45. Seex, Jonathan
46. Swaleh M'Tetu, Al-Marhum Hussein
47. Tanner, Dawn Christine
48. Tayob, Marcelino
49. Tendis, Norman
50. Toole, Joanna
51. Vecere, Matthew
52. Wang, Chunming
53. Wanjohi Ngare, Anthony
54. Worku, Maygenet

**Victims of the Crash of Lion Air**

55. Daryoko, Janu
56. Filzaladi
57. Hantoro, Dr. Ibnu Fajariyadi
58. Kusuma, Hariyanto
59. Maulana, Sekar
60. Nugroho, Agil
61. Nuraini, Hesti
62. Ramadhan, Shandy
63. Sayerz, Rudolf Petrous
64. Silvanti, Yulia
65. Sitharesmi, Nurul Dyah Ayu
66. Suganda, Eka M
67. Suneja, Bhavye
68. Susanto, Robert
69. Wendy
70. Wiranofa, Andri

**Exhibit 1 – List of Objecting Families**

As permitted by the Court, the accompanying document is filed by three groups of victims' families, represented by three groups of attorneys: (1) Victims' families represented by Paul G. Cassell et al., specifically Ms. Naoise Connolly Ryan, as well as Emily Chelangat Babu and Joshua Mwazo Babu, Catherine Berthet, Huguette Debets, Luca Dieci, Bayihe Demissie, Zipporah Kuria, Javier de Luis, Nadia Milleron and Michael Stumo, Chris Moore, Paul Njoroge, Yuke Meiske Pelealu, and John Karanja Quindos ("the Ryan et al. group"); (2) victims' families represented by Sanjiv N. Singh, specifically Rini Soegiyono, Dayinta Anggana, Helda Aprilia, Serly Oktaviani, Wilson Sandi, Hendrarti Hendraningrum, Dody Widodo, Myrna Juliasari, Merdian Agustin, Adhitya Wirawan, M. Sholekhudin Zuhri, Siska Ong and Wenny Sia Wijaya, Suharto and Rohmiyatun, Sri Umi Anggraini. and Permana Anggrimulja (the "Soegiyono group"); and (3) a victims' family represented by Filippo Marchino and Charles S. Siegle, specifically Linda Manfredi ("the Manfredi family").