No. 4:21-CR-5-O

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 2 4 2025

CLERK, U.S. DISTRICT COURT

By_____
            Deputy

## IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS

### UNITED STATES OF AMERICA

v.

### THE BOEING COMPANY
Defendant

# NOTICE OF APPEAL

### SUBMITTED BY: ANTHONY KEYTER
PROSECUTOR QUI TAM OF UNADRESSED BOEING CRIMES /
BOEING CRIME VICTIM /
BOEING SENIOR INSTRUCTOR PILOT, RETIRED.

ANTHONY P. KEYTER
6200 SOUNDVIEW DR, R201
GIG HARBOR, WA 98335

NOVEMBER 16, 2025

## NOTICE OF APPEAL

Notice is hereby given that Anthony P. Keyter - Prosecutor Qui Tam of unaddressed Boeing Crimes/ Boeing Crime Victim/ Boeing Senior Instructor Pilot, Retired - in the above-named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit, from:

1. The judgment granting the governments Motion to Dismiss;
2. From the judgment finding that Anthony Keyter does not qualify as a Boeing crime victim under the CVRA because he is not "directly or proximately harmed" 18 U.S.C.A. § 3771; and,
3. From Denial of his Motion (ECF No. 277) - entered in this action on the 6th day of November 2025.

Respectfully Submitted,

Anthony P. Keyter
Prosecutor Qui Tam of unaddressed Boeing Crimes /
Boeing crime victim /
Boeing Company Senior Instructor Pilot, Retired.

