Anthony Keyter
Prosecutor Qui Tam
6200 Soundview Dr. R201
Gig Harbor, WA 98335



November 20, 2025

The Judges et al
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

***For Attention:***
***The Bench:*** David C. Godbey; Sam A. Lindsay; Ed Kinkeade; Jane J. Boyle; Reed O'Connor; Karen Gren Scholer; Matthew J. Kacsmaryk; Mark T. Pittman; James Wesley Hendrix; Brantley Starr; Ada Brown; A. Joe Fish; Sidney A. Fitzwater; Sam R. Cummings; Terry R. Means; Barbara M. G. Lynn; Jeffrey L. Cureton; Judge Renee H. Toliver; Judge David L. Horan; Judge Hal R. Ray, Jr; Jr; Judge Lee Ann Reno; Judge Rebecca Rutherford; Judge John R. Parker; Amanda Birch; Brian Mckay Irma Carrillo Ramirez; Judge D. Gordon Bryant,
***Clerk's Office:*** Clerk of the Court and Deputy Clerk;

Judges, Clerk, and Deputies,

### Re: Deal with the Unaddressed Crimes in the US District Court, Fort Worth, Texas 'USA v Boeing' Case, No. 4:21-CR-5-O,

On August 4, 2025, you were requested to prevent a crime from taking place *in the US District Court* for Northern Texas. (Copy attached below). Judge Reed O'Conner, who was presiding in the criminal case against the Boeing Company, was in criminal conspiracy with DOJ prosecutors and the Boeing Company, and *illegally dismissed* the case and all the criminal charges filed against Boeing and its Joinders, without addressing the plethora of crimes in the case. Judge O'Connor violated numerous laws and his dismissal was unlawful.

You were informed that illegal dismissal would have profound consequences upon the United States Government, *and upon you.* Those consequences were presented in my letter of August 4, 2025, copy attached below. Judge O'Connor's criminal actions joined with and augmented an ongoing *'insurrection against the laws of the United States'*, as described in docket numbers 229 and 303 of the Boeing USDC case. Judge O'Connor's criminal actions of illegal dismissal with your knowledge and consent and therefore complicity therein, represents unambiguous evidence and proof of that unaddressed *'insurrection against the laws'*, which you have now augmented with your own criminality.

***Affects upon American Democracy***
There is a very real risk posed to American democracy by your *NOT* taking vital judicial action, and by *NOT* terminating the ongoing Boeing crimes and those of its accomplices ('Joinders' in

this Boeing criminal case, docket no. 303).  The virulent *'insurrection against the laws'* (as defined by statute 18USC2383, and as detailed in the 2,400-page 'Dossier of Crimes' filed in the case), was spawned by the Boeing Company acting in concert with its numerous government 'criminal accomplices'.   ***You*** have now become one of those criminal accomplices and have provided a clear example of that cooperation between Boeing and government accomplices in committing criminal offenses in furtherance of the insurrection against the laws.

The Boeing Company criminal case demonstrates unambiguously how government, the courts, congress, and industry, all act in concert to commit crime and to augment and perpetuate the insurrection against the laws. These inimitable circumstances of the Boeing case menacingly combine, coalesce into, and produce a powerful but insufferable ***'United States constitutional crisis'***.  The Boeing Company lies at the center of that major constitutional crisis - and your court's contribution and example lies in juxtaposition.

> ***Whereas the United States Constitution demands a benign democracy, the corollary of the insurrection against the laws paves the way to a lawful dictatorship - a dictatorship in fact demanded by law.***

A 200-page document, titled ***"A Treatise on the U.S. Constitutional Crisis",*** by Anthony P. Keyter, details the step-by-step legal build-up to that constitutional crisis.  The document is not yet published but is available to you upon your request, should there be any interest at all and willingness to set right what you have done amiss. But only if you have a desire to address that insurrection against the laws and to apply the laws upon the lawbreakers who have thus far enjoyed impunity.

The *"Insurrection against the Laws",* which crime underpins the U.S. constitutional crisis, is meticulously detailed in the Dossier of Crimes", filed in the Boeing criminal case.  The insurrection is more comprehensively presented in the recent report ***"A Dirty U.S. Government Secret"*** by Anthony P. Keyter (See *Amazon.com*).

The international ramifications of the combined Boeing / US Government crimes, and others, are presented in terms of the Rome Statute of the International Criminal Court, in: ***"World Report 2025 – The Criminality of World Leaders and their Governments"*** by Anthony P. Keyter.  (See *Amazon.com*).

The constitutional crisis and the peril it poses to American democracy, exists today. You are once more petitioned to action, to address and terminate the unaddressed Boeing Company crimes filed in your court - and the crimes of Boeing's government accomplices (the Joinders in this Boeing Company case) - thereby to mitigate the dangers posed to society.

Sincerely,

Anthony Keyter
Boeing Crime Victim /
Boeing Senior Instructor Pilot, Retired /
Prosecutor Qui Tam of unaddressed Boeing crimes.

Anthony Keyter
Prosecutor Qui Tam
6200 Soundview Dr. R201
Gig Harbor, WA 98335

August 4, 2025

The Judges et al
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

***For Attention:***
***Judges:*** David C. Godbey; Sam A. Lindsay; Ed Kinkeade; Jane J. Boyle; Reed O'Connor; Karen Gren Scholer; Matthew J. Kacsmaryk; Mark T. Pittman; James Wesley Hendrix; Brantley Starr; Ada Brown; A. Joe Fish; Sidney A. Fitzwater; Sam R. Cummings; Terry R. Means; Barbara M. G. Lynn; Jeffrey L. Cureton; Judge Renee H. Toliver; Judge David L. Horan; Judge Hal R. Ray, Jr; Jr; Judge Lee Ann Reno; Judge Rebecca Rutherford; Judge John R. Parker; Amanda Birch; Brian Mckay Irma Carrillo Ramirez; Judge D. Gordon Bryant,
***Clerk's Office:*** Clerk of the Court and Deputy Clerk;

Dear Judges, Clerk, and Deputies,

### Re: Your Action Required to Prevent Government Crime in the US District Court, Fort Worth, Texas 'USA v Boeing' Case, No. 4:21-CR-5-O,

You are herewith requested to prevent a government crime in the US District Court for Northern Texas from continuing. Judge Reed O'Conner, who is presiding in the criminal case against the Boeing Company, is in criminal conspiracy with DOJ prosecutors and the Boeing Company, to illegally dismiss the case and all the crimes filed against Boeing and its Joinders, without addressing the plethora of crimes filed in the case. Illegal dismissal will have several profound consequences upon the United States Government. Those consequences are presented below.

You have a constitutional duty to faithfully administer justice, hence my request as Prosecutor Qui Tam, for you to halt those impending crimes. Judge O'Conner's actions will violate several statutes and his criminal actions will legally affect you.

### Consequences of Illegal Dismissal upon the US District Court and the Judge

1. Dismissing the 'USA v Boeing' case without dealing with the array of criminal offenses filed under affidavit in the case against Boeing and Joinders, will constitute crime perpetrated by Judge O'Connor, which will render such dismissal unlawful.

2. Judge O'Connor has deliberately ignored numerous motions detailing the Boeing Company's criminality beyond the single fraud violation presently being considered by DOJ attorneys. The fifteen unattended motions gravely affect the outcome of the Boeing criminal case. [The docket numbers of the fifteen pertinent, but ignored, motions', are: 186, 195, 229, 258, 264, 267, 276, 277, 280, 281, 283, 296, 297, 303, and 327].

3. Criminal charges, filed against the Boeing Company under affidavit by the Prosecutor Qui Tam Anthony Keyter, in a number of those motions, have simply been swept under the carpet and covered up. If those crimes are not addressed by Judge O'Connor (pursuant his legal duty under statutes 18USC3041, 18USC3046, 18USC3060, and Federal Rules of Criminal Procedure Rules 4 and 41), then dismissing the case will be an illegal act and Judge O'Connor will be ***in criminal violation of*** the following statutes:

   a. The 'due process of law' and 'equal protection of the laws' clauses of the Constitution, 14th Amendment, §1;

   b. Criminal violation of statutes 18USC3041, 18USC3046, 18USC3060, and Federal Rules of Criminal Procedure, Rules 4 and 41, in failing to arrest the offenders and failing to convene the preliminary hearing as mandated by these laws.

   c. Criminal violation of statute 18USC3771(a)(1), the crime victim's right to be reasonably protected from the accused.

   d. Criminal violation of statute 18USC241, Conspiracy against Rights: Conspiring with the DOJ and Boeing, to deny the American people and Boeing crime victims their Constitutional rights to due process as detailed in 'point b', above.

   e. Criminal violation of statute 18USC242, Deprivation of Rights: Depriving the American people and Boeing crime victims of the rights to 'due process' and 'protection of the laws' against ongoing Boeing crimes.

   f. Criminal violation of statute 28USC453, Oath of Office: Deliberately failing to faithfully and impartially discharge and perform *all duties* laid upon the Court.

   g. Criminal violation of statute 18USC401, Contempt of Court: Misbehavior by Judge O'Connor so as to obstruct the administration of justice; misbehavior in his official transactions; disobedience and resistance to the Court's lawful processes.

   h. Criminal violation of statute 28USC144 and 455, Recusal / Disqualification: for failing to recuse and/or disqualify himself while his impartiality is questioned, and for being co-perpetrator to many of the Boeing crimes (see docket # 267).

   i. Statute 18USC3: Accessory to Boeing's and Joinders' unaddressed *past crimes*, including mass murder, and attempted kidnap and murder of a Supreme Court witness – while knowing that numerous offenses against the United States have been committed, providing comfort or assistance to the offenders by illegal dismissal of the case, in order to hinder or prevent their apprehension, trial or punishment.

   j. Statute 18USC2: Complicity in Boeing's and Joinders' unaddressed *ongoing crimes*, for aiding and abetting Boeing and Joinders by enabling them to continue their ongoing crimes; and enabling them to escape justice, by illegally dismissing the criminal case against Boeing without tending to those ongoing crimes. The serious ongoing crimes include inter alia, seditious conspiracy, insurrection against

the laws, treason, stock exchange fraud of $1.42 trillion, and much more.  (See docket #229 and #303 and the Dossier of Crimes, for a full list and details of Boeing and Joinder crimes - and thus, Judge O'Connor's crimes as accomplice).

4.  Judge O'Connor's criminal actions will join with and augment an ongoing insurrection against the laws of the United States, as described in docket numbers 229 and 303.  Judge O'Connor's criminal actions of illegal dismissal will represent unambiguous evidence and *proof of that unaddressed 'insurrection against the laws'*.

### *Effects of Illegal Dismissal upon the Fifth Circuit Court and US Supreme Court*

5.  Should the Boeing criminal case be illegally dismissed by Judge O'Connor in violation of the above laws, it will be with the knowledge and consent, and therefore *complicity,* of the Fifth Circuit judges and US Supreme Court justices. The Fifth Circuit judges and Supreme Court justices are informed of the crimes committed by Boeing (see Docket # 229 in the Texas case) and by the US District Court (see Docket # 195); and by Joinders (see Docket # 303). The Fifth Circuit and Supreme Court benches are in the loop and fully informed, and have been petitioned to command Judge O'Connor by way of writ of mandamus, to prevent and to terminate the ongoing criminality in and by the US District Court and the ongoing crimes of Boeing (Docket # 296).

Should the case be dismissed in violation of those laws presented in point #3 above, it will implicate the Fifth Circuit judges and US Supreme Court justices in Judge O'Connor crimes, which include the Boeing crimes and Joinder's crimes.  The willful failure of the Fifth Circuit and US Supreme Court to command Judge O'Connor *to stop* violating the laws which he is in breach of, in effect tells the District Judge to *go ahead and violate the laws,* with the approval and consent of Fifth Circuit judges and US Supreme Court justices.  Their deliberate failure to issue writ of mandamus to command Judge O'Connor to obey the laws will render the judges/ justices accomplices to Judge O'Connor's insurrection against the laws. The illegal dismissal of the Boeing case will thus expose and be proof of *the criminal nature of the courts at all levels of the US Court System.*

### *Effects of Illegal Dismissal upon Members of Congress and the present and previous Administrations*

6.  The Boeing Company finds itself at the center of a major criminal endeavor within the government and the courts of the United States.  Members of Congress and certain present and previous Administration officials have been informed of Boeing's crimes and Judge O'Connor's crimes, and were requested on 10/30/24, to take appropriate action to "terminate criminality in the US District Court, Fort Worth, Texas". That, they deliberately failed to do.  The Joinder Motion, docket #303 in the case, implicates members of Congress and present and previous Administration officials in the Boeing Company crimes (as detailed in the Dossier of Crimes filed with the court in dockets #229 and 303). Illegal dismissal will constitute definitive proof of the combined *criminal nature of all three branches of United States Government: the US Courts, the*

*Administration, and Congress* (as detailed in the Dossier of Crimes, Volume III, Chapters 50.1 to 50.11).

7. Unlawful dismissal, in violation of 18USC241, 18USC242, and the 14th amendment, et al (violations as given above), without addressing the Boeing crimes and Joinder crimes filed in the case, will *join with and augment the broader seditious conspiracy and insurrection against the laws* of the United States, as detailed in the 2,400 pages of the Dossier of Crimes filed with Judge O'Connor in Docket # 229 & 303. There are more than 15,000 government officials named in the criminality presented in the Dossier of Crimes.

8. The Constitution, 14th Amendment, §3, and the statutes 18USC2381 and 18USC2383 expressly forbid anyone to hold office under the United States who has engaged in insurrection and treason against the same. Should the Court illegally dismiss this Boeing fraud and mass murder case, as it is fixing to do, without tending to the criminal charges filed in the case, then the US government and judicial officials implicated in the unaddressed insurrection against the laws and treason against the nation, will continue holding their government positions illegally. They will be masquerading as legitimate government officials in criminal violation of 18USC912. Those 15,000-plus illegal US Government officials *will render the United States Government illegal.* (See the Dossier of Crimes, Volume III, Chapter 50.5 for details).

9. In simple terms, illegally dismissing the Boeing fraud and mass murder case, with the sanction of the Administration, the Congress, and the fifth Circuit and Supreme Court, will provide unambiguous evidence that *the US government is unlawful,* since all three branches of US Government, in concert, are involved in the insurrection against the laws.

### The Impact of an Unlawful US Government

10. An unlawful United States Government stands to bring much turmoil to the nation and to the world order. The unlawfulness of the United States Government will stem from more than 15,000 top US government officials who will be holding their offices unlawfully. They will all be part of an unaddressed and ongoing insurrection against the laws of the United States, with the knowledge and consent of the US District Court for Northern Texas, the Fifth Circuit Court, and the US Supreme Court (and other District Courts, besides). Again, the United States statutes 18USC2383, 18USC2381, and the US Constitution, 14th Amendment, Section 1, expressly forbid perpetrators who have taken part in an insurrection against the laws and treason against the nation, to hold office.

11. The officials who will be holding office unlawfully, stretch from the lowest policeman on the beat, through Congressmen, the courts including the Supreme Court, and the military, to the highest office in the land, the Presidency. All decisions and orders, including court orders, all actions, military actions, transactions, treaties, and agreements, made or taken by an unlawful United States government, courts, and congress, will be unlawful.

Any deaths inflicted by an illegitimate US Armed Forces under an illegitimate government *will constitute murder* in terms of US law and international law. The legal implications of an illegitimate government upon the United States national institutions, and international institutions where the USA plays a leading role, like the United Nations Security Council and NATO, are far-reaching indeed.

12. An additional result of the official misconduct and lawlessness in the government and courts, is state-supported tyranny upon the populace.  See the 2,400-page Dossier of Crimes for unambiguous proof of that tyranny.

13. A further likely consequence of the lawlessness perpetrated by government and judicial officials, is prison time for malfeasant officials – if and when morally inclined prosecutors and judges obey the laws of the United States and decide to perform their legal duty.

14. For broader insight into the effects briefly outlined above, to understand their interface and cohesion, and their international ramifications, also see:

> (a) A *'Synopsis of the Case'*, presented in the Dossier of Crimes, Volume I, Chapter 1, filed with the Administration, the Courts, and Congress.
> (b) The *'World Report'*, filed with the United Nations on 12/10/24, and updated on 7/15/25. In particular, Chapters 4 and 5 of this volume, under the heading: 'Examples of the Effects upon Humanity'.

For these reasons, you are urged to do the right thing and to halt the criminal conspiracy between Judge O'Connor, the DOJ prosecutors, and the Boeing Company, in the US District Court for Northern Texas, and to prevent illegal dismissal of the Boeing criminal case, and prevent further crimes as described in section 3 above, to be perpetrated.

In Judge O'Connor's own words: "Boeing's crime, may properly be considered the deadliest corporate crime in U.S. history".  The Boeing Company criminal trial must continue and all the criminal charges filed in the case must be addressed by the court, and not just one count of fraud.

This plea is made in preservation of the prestige of the American nation, the government, and the courts, and for the safety of the flying public and investing public worldwide.  After all, you have taken an oath before God and the nation to do right and to faithfully discharge the duties of your office. You have invoked God's assistance to do so with the avowed word's: *"So help me God"*.

So help you God.

Sincerely,

Anthony Keyter
Boeing Senior Instructor Pilot, Retired/
Boeing Crime Victim/
Prosecutor Qui Tam of unaddressed Boeing crimes.



Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA. 98335

TACOMA WA 983
OLYMPIA WA
20 NOV 2025 PM 3  L

THE JUDGES
US DISTRICT Court
501 WEST 10th STREET, Rm 310
FORT WORTH, TX  76102 - 3673.

RECEIVED

NOV 25 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

