

Anthony Keyter
Prosecutor Qui Tam
6200 Soundview Dr. R201
Gig Harbor, WA 98335

December 15, 2025

The Judges et al
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

**4-21CR-005-O**

*For Attention:*
*The Full Bench:* David C. Godbey; Sam A. Lindsay; Ed Kinkeade; Jane J. Boyle; Reed O'Connor; Karen Gren Scholer; Matthew J. Kacsmaryk; Mark T. Pittman; James Wesley Hendrix; Brantley Starr; Ada Brown; A. Joe Fish; Sidney A. Fitzwater; Sam R. Cummings; Terry R. Means; Barbara M. G. Lynn; Jeffrey L. Cureton; Judge Renee H. Toliver; Judge David L. Horan; Judge Hal R. Ray, Jr; Jr; Judge Lee Ann Reno; Judge Rebecca Rutherford; Judge John R. Parker; Amanda Birch; Brian Mckay Irma Carrillo Ramirez; Judge D. Gordon Bryant,
*Clerk's Office:* Clerk of the Court and Deputy Clerk;

Judges, Clerk, and Deputies,

**YOUR RESPONSIBILITY RE THE
U.S. CONSTITUTIONAL CRISIS**

The United States government has, with extreme indifference, drifted into a *'constitutional crisis'* with potentially perilous consequences for American democracy.

Any present or future President of the United States can *legally* transform the United States Government into an authoritarian dictatorship, without any regard shown to the congress, state legislative bodies, or the judiciary. In effect, under the existing conditions, the Insurrection Act *demands* that the U.S. President disperse the legislative bodies and the judiciary, including congress, and governs alone – in direct opposition to the demands of the U.S. Constitution. And therein lies the crisis and the dangers to democracy.

The constitutional crisis arises from a direct conflict between the statutes: the U.S. Constitution, which demands a democracy, and the Insurrection Act, which demands dispersal of congress and the judiciary *under the prevailing circumstances*. I shall explain those irregular circumstances.

You are being informed of this situation because your institution and many of your members are party to the underlying crimes giving rise to the *'constitutional crisis'*. If you want to escape authoritarian rule and avoid the inevitable breakup of American democracy, you will have to perform your legal duty to address and terminate the crimes of your members.

*THE UNITED STATES CONSTITUTION*
It is well-known that the U.S. Constitution dictates that the government be a benign democracy, with three co-equal branches of government, with a separation of powers, and with the rule of law.

1

For many years, this form of United States democracy has been successful and a shining example to the world. However, the principle behind the rule of law demands that everyone, including government officials, are subject to the law. This requirement has failed in recent times and has produced the irregular circumstances of this case. Numerous government officials from both political parties, Democrats and Republicans alike, and from all three branches of state and federal government, are engaged in countless violations of law. It is completely justified in calling their joint criminality an *insurrection against the laws* of the United States.

### THE INSURRECTION ACT

The Insurrection Act of 1807 gives the U.S. President the power to use the military or national guard domestically under specific circumstances, such as to quell internal insurrections or rebellions. The President has that authority when federal laws cannot be enforced through the normal judicial processes, due to unlawful obstructions, combinations, or assemblages, or rebellion. That is the situation in the case under discussion.

Pursuant the criminal statute on insurrection, 18USC2383, it is not only insurgents against the authority of the Unites States, but also *insurgents against the laws* who are subject to this law. The law makes no distinction between 'insurgents against the authority' of the United States, or 'insurgents against the laws' of the United States, quote:

> *"Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States <u>or the laws thereof,</u> or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States".*

Pursuant the Insurrection Act, statute **10USC333,** the President **shall** take such measures as he considers necessary to **suppress** any insurrection, domestic violence, unlawful combination, or conspiracy. He is obligated by this law to quell any insurrection. Pursuant the Insurrection Act, statute **10USC334,** the President **shall,** by proclamation, immediately order the insurgents, or those obstructing the enforcement of the laws, to **disperse** and to retire to their abodes within a limited time. The President is *obligated* by this law to disperse the insurgents. These laws encompass common sense principles and are essential laws to maintain domestic order, peace, and the rule of law. Under normal circumstances there are no conflicts between the constitution and the statutes, including the Insurrection Act.

### THE CONSTITUTIONAL CRISIS

The constitutional conflict, in this matter, arises from an unforeseen circumstance not taken into account by the framers when the constitution and the statutes were drafted. That unforeseen circumstance is this: In this case it is *government officials, through their state and federal institutions,* who are engaged in the insurrection against the laws of the United States.

Because of that circumstance, the U.S. Constitution and the Insurrection Act of 1807 stand in contradiction to one another. Whereas the constitution demands a benign democracy and the rule of law, the Insurrection Act demands a dispersion of the congress and most of the judiciary under the present circumstance of insurrection against the laws. Obedience to the Act leaves only the Presidency intact, thereby legally demanding an authoritarian government.

This constitutional crisis has only occurred because law and order has broken down entirely within the government. Government officers have willfully and knowingly become part of the virulent insurrection against the laws of the United States and they may not hold office under the United States. Thus, under the prevailing circumstances, any present or future U.S. President need only to obey the Insurrection Act *of 1807* to legally become an authoritarian leader or dictator.

2

*The only legal way to circumvent that situation is to investigate, prosecute, and terminate the existing seditious conspiracy and insurrection against the laws, active within the government.*

### THE INSURRECTION AGAINST THE LAWS

For years, government officials have been violating the laws with impunity. Fellow officials have unlawfully obstructed the proper course of justice upon their colleagues (the criminal offenders), thereby violating the law themselves and joining their crimes into a criminal conspiracy, the shear extent of which leads into an *'insurrection against the laws'.*

The unaddressed violations of criminal law, perpetrated by state and federal government officers, have been meticulously documented by the author, the prosecutor qui tam Anthony Keyter, over the past 25 years and over several Administrations during that time. The criminality in the government embroils more than 15,000 law-breaking officials from 627 different state and federal institutions of government tasked with law and order.

The criminality of government officials has been recorded in a 2,400-page volume titled the **'Dossier of Crimes'.** The crimes themselves are detailed in 240 unaddressed criminal complaints presented in that dossier. The criminality of government officials is also addressed in 63 corruptly dismissed court cases and in some 356 corruptly dismissed proceedings in those cases. The record reveals more than 14,000 communications to government institutions and officials over the past 25 years, only to be disregarded and swept under the carpet. Those communications informed malfeasant government officials of the escalating but unaddressed *insurrection against the laws* in government and industry, and appealed for their action to secure due process and protection of the laws against that harmful criminal enterprise within the government. But the needed actions, to address and terminate the known criminality, were not forthcoming from government officials.

A report which provides a more detailed account on the *'insurrection against the laws',* has been made public under the title **"A Dirty U.S. Government Secret",** by Anthony P. Keyter (see Amazon.com).

The international ramifications of the widespread U.S. Government criminality are exposed in the **"World Report 2025 – The Criminality of World Leaders and their Governments",** by Anthony P Keyter. This report is also available on Amazon.com.

### CRIMES OF THE INSURRECTION AGAINST THE LAWS

The *'insurrection against the laws'* of the United States is not a theoretical matter without factual basis. It was spawned through a seditious conspiracy between the Boeing Company and top government officials, to kidnap and murder a U.S. Supreme Court witness to crime in case no. 05-140 (a case against President G.W. Bush). The aims of that seditious conspiracy (as defined in law by statute 18USC2384), was to silence the witness's testimony, to obstruct the administration of the laws, to provide impunity to known criminals, to deny fundamental rights of due process and protection of the laws to the witness and to the United States public, and to defeat the ends of justice – where crimes involve senior government and Boeing Company officials. That seditious conspiracy is very much alive and active, and continues to this day.

The crimes of the insurgents against the laws are serious, are numerous, are unaddressed, and include but are not limited to: violent crimes of mass murder of 507 people and attempted murder of another 189; unaddressed stock exchange fraud amounting to $1.42 trillion; crimes against the administration of justice; subversive crimes of sedition, insurrection, and treason; and an active conspiracy to kidnap and kill a court witness to these crimes – a retired Senior Boeing Instructor Pilot, Anthony Keyter. These crimes, and numerous others committed by government officers acting in concert with the Boeing Company, have not been investigated or prosecuted. The perpetrators enjoy impunity, provided by state and federal

3

statute on Insurrection or Rebellion against the laws, *criminal statute 18USC2383,* unambiguously states that: 'Whoever engages in any rebellion or insurrection against the authority of the United States or the laws thereof, shall be incapable of holding any office under the United States'. In addition, the case can be made that the insurrectionists against the laws, having given aid and comfort to each other, assisting domestic enemies of the United States to escape justice, their acts are rendered unmitigated acts of *treason.* And, the statute on *treason, 18USC2381,* unambiguously states that anyone: "guilty of treason …. shall be incapable of holding any office under the United States."

Thus, after administering the constitution and the laws under the existing circumstances, where some 15,000 government officials and 627 government institutions are implicated in the insurrection against the laws, that legitimately leaves the U.S. President as the sole governing authority.

### *AN UNLAWFUL GOVERNMENT*
At the time of writing, more than 15,000-plus US federal and state officials have breached the Insurrection Act, yet they illegally remain in their positions of power, masquerading as legitimate government officials, from whence they continue to rebel against the United States and its laws. Holding office, as they do, in disregard and violation of the United States Constitution and criminal statutes, renders the top office holders in the former or present Administrations, in the Judicial Branch, and in Congress, unlawful. Holding office illegally, in violation of the Constitution and the laws forbidding such an act, renders the actions of their office illegitimate. That applies to 627 institutions of state and federal government.

The subversive crimes, the crimes against the administration of justice, and violent crimes, committed by a large number of government officials, as detailed in *the Dossier of Crimes,* renders the government of the United States a *'Racketeering Influenced and Corrupt Organization',* in violation of statute 18USC1961, which must be dismantled to prevent further violent and ongoing crimes. The corollary is that the United States presently has *an unlawful government*, with all the legal ramifications, national and international, which that situation poses. For instance:

Some, but not all, of those ramifications, are: All actions, transactions, treaties, laws, decisions, and agreements made or taken by the United States Administration, Supreme Court, or Congress, during the unlawful government period, are unlawful and thus null and void, including *all* court rulings. All affiliations to international bodies, including the UN, the Security Council, and NATO, are unlawful. All wars fought or armed strikes made by the US armed forces (an unlawful mercenary force under an unlawful government, lacking legal status as combatants) are illegal. All deaths caused by that unlawful mercenary force could be regarded as war crimes in terms of Article 5 of the Mercenary Convention.

### *THE EVIDENCE*

There are several sources of evidence on the outcome of the 25-year study, available to government investigators, researchers, legal scholars, and investigative journalists. They are:

### *1. A Treatise on the United States Constitutional Crisis*
This treatise is by far the most comprehensive evidence available and consists of two volumes. Volume 1 is a 200-page report on the constitutional crisis, developed in conjunction with the laws. Volume II consist of an estimated 60,000 pages of evidence. That evidence includes the 2,400-page Dossier of Crimes with 240 detailed criminal complaints. It includes 14,000 letters and filings to the 15,000 officials over the 25 years; and includes some 356 corruptly dismissed proceedings in 63 corruptly dismissed court cases. The 'Treatise' is available to serious researchers and investigators upon request to the author, Anthony Keyter, via postal address or email.

### *2. The Dossier of Crimes*

The 2,400-page Dossier of Crimes and its 240 criminal complaints detailing the insurrection against the laws over the 25-year period, is a companion document to 'A Treatise on the U.S. Constitutional Crisis'. It is filed with all three branches of U.S. Government (The Department of Justice and FBI, the US Supreme Court, and Congress, and can be ascertained from any of them under the Freedom of Information Act.

### 3.  A Dirty US Government Secret – by Anthony P Keyter

This popular book covers the origins and escalation of the 'insurrection against the laws', and tracks the criminal endeavor up until the present time. It is available on Amazon.com, Ingram Spark, or through 'anthonypkeyter.com, author'.

### 4.  "World Report 2025— The Criminality of World Leaders and their Governments", by Anthony P Keyter

This popular Report deals with, amongst other, the international ramifications of the widespread criminality within the U.S. Government. It demonstrates how the USA exports its criminality to the international community. The Report is available on Amazon.com, Ingram Spark, or through 'anthonypkeyter.com, author'.

———

*The insurrection against the laws, and the constitutional crisis and unlawful government it has spawned, must perforce be addressed and terminated. You have a major role to play in that correction, since the crimes committed by government officers, including your members, have not been addressed.*

*You took an oath before God and the nation, to support and defend the Constitution against all enemies, foreign and domestic (including the insurgents); and that you will well and faithfully discharge the duties of your office – 'So help me God'.*

*So help you God.*

Sincerely,

Anthony Keyter
Prosecutor Qui Tam

6

Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA. 98335

76102-975669

The Judges et al
US District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

SEATTLE WA 980

7 DEC 2025 PM 7 L

2025
UNITED STATES
OF AMERICA
FOREVER/USA



RECEIVED

DEC 2 3 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

