# United States Court of Appeals for the Fifth Circuit

---

No. 25-11253
CONSOLIDATED WITH
No. 25-11254

---

United States Court of Appeals
Fifth Circuit
**FILED**
April 20, 2026
Lyle W. Cayce
Clerk

IN RE NAOISE CONNOLLY RYAN; EMILY CHELANGAT BABU; JOSHUA MWAZO BABU; CATHERINE BERTHET; HUGUETTE DEBETS, *Et al.*,

*Petitioners.*

---

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-5-1

---

ORDER:

A judge of this Court withholds issuance of the mandate in these appeals.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT